## **CERTIFICATION AND AUTHORIZATION**

I, David Sullivan, on behalf of the Plymouth County Retirement System ("Plymouth"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and I am authorized in my capacity as Executive Director of Plymouth to initiate litigation and to execute this Certification on behalf of Plymouth.

2. Plymouth did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Plymouth is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plymouth's transactions in Apache Corporation common stock during the Class Period are set forth below:

| Date | Transaction | Shares | Price |
| --- | --- | --- | --- |
| 05/29/18 | Purchase | 7,442 | $38.98 |
| 07/19/18 | Purchase | 2,036 | $44.44 |
| 12/12/18 | Purchase | 1,289 | $31.54 |
| 02/08/19 | Purchase | 6,783 | $29.76 |
| 04/09/19 | Sale | 2,319 | $35.17 |

5. Plymouth has sought to serve and was appointed as lead plaintiff or representative party on behalf of an asserted class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Plymouth Cty. Ret. Sys. v. Patterson Companies, Inc.*, No. 0:18-cv-0871 (D. Minn.)

   *Schlimm v. Welbilt, Inc.*, No. 8:18-cv-3007 (M.D. Fla.)

   *Employees Ret. Sys. of the Puerto Rico Electric Power Authority v. Conduent, Inc.*, No. 2:19-cv-08237 (D.N.J.)

   *Plymouth Cty. Ret. Sys. v. Evolent Health, Inc.*, No. 1:19-cv-01031 (E.D. Va.)

   *Plymouth Cty. Ret. Ass'n v. ViewRay, Inc.*, No. 1:19-cv-02115 (N.D. Ohio)

   *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corp.*, No. 2:20-cv-00856 (N.D. Ala.)

   *Visser v. Energy Recovery, Inc.*, No. 1:20-cv-05647 (S.D.N.Y.)

1

6. Plymouth has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

*St. Clair County Employees Ret. Sys. v. Acadia Healthcare Company, Inc.*, No. 3:18-cv-0988 (M.D. Tenn.)

*Plymouth County Ret. Sys. v. GTT Communications, Inc.*, No. 1:19-cv-0982 (E.D. Va.)

*Koffsmon v. Green Dot Corp.*, No. 2:19-cv-10701 (C.D. Cal.)

7. Plymouth will not accept any payment for serving as a representative party on behalf of the Class beyond Plymouth's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2021.

*Plymouth County Retirement System*

David Sullivan, Executive Director