Case 4:21-cv-00575   Document 13-1   Filed 04/26/21 in TXSD   Page 1 of 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN, <br><br> Defendants. | Case No. 4:21-cv-00575 <br><br> District Judge George C. Hanks, Jr. <br><br> Magistrate Judge Andrew M. Edison <br><br> CLASS ACTION |
| BRIAN SCHWEGEL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN, <br><br> Defendants. | Case No. 4:21-cv-00722 <br><br> District Judge Keith P. Ellison <br><br> CLASS ACTION |

**DECLARATION OF THOMAS R. AJAMIE IN SUPPORT OF**
**THE MOTION OF PLYMOUTH COUNTY RETIREMENT SYSTEM AND**
**THE TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND**
**FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Thomas R. Ajamie, declare as follows:

1.      I am a member in good standing of the State Bar of Texas and am admitted to practice before this Court.  I am Managing Partner of the law firm Ajamie LLP.  I submit this Declaration in support of the motion filed by Plymouth County Retirement System and the Trustees of the Teamsters Union No. 142 Pension Fund (collectively, the "Pension Funds") for consolidation of the above-captioned actions, appointment as Lead Plaintiff under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of the Pension Funds' selection of Kessler Topaz Meltzer & Check, LLP and Saxena White P.A. as Lead Counsel for the class and Ajamie LLP as Liaison Counsel for the class.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Sworn Certifications of Plymouth County Retirement System and the Trustees of the Teamsters Union No. 142 Pension Fund under the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

Exhibit B:    Joint Declaration of David Sullivan and Jay Smith in Support of the Motion of Plymouth County Retirement System and the Trustees of the Teamsters Union No. 142 Pension Fund;

Exhibit C:    Notice of pendency of *Plymouth County Retirement System v. Apache Corporation, et al.*, No. 4:21-cv-00575 (S.D. Tex.) published by *Business Wire* on February 23, 2021;

Exhibit D:    Charts of Plymouth County Retirement System's and the Trustees of the Teamsters Union No. 142 Pension Fund's transactions and losses in Apache Corporation common stock during the Class Period;

Exhibit E:    Firm résumé of Kessler Topaz Meltzer & Check, LLP;

Exhibit F:    Firm résumé of Saxena White P.A.; and

1

Exhibit G:    Firm résumé of Ajamie LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of April 2021.

*s/ Thomas R. Ajamie*
Thomas R. Ajamie

2

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

DATED:  April 26, 2021                    *s/ Thomas R. Ajamie*
                                          Thomas R. Ajamie

3