# EXHIBIT D

**Plymouth County Retirement System**
**LIFO Losses in Apache Corp.**
CP: 9/7/2016 - 3/13/2020
Retained Shares valued at: $9.64

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/29/2018 | 7,442 | $38.98 | $290,089.16 | Sale | 4/9/2019 | 2,319 | $35.17 | $81,559.23 |
| Purchase | 7/19/2018 | 2,036 | $44.44 | $90,479.84 | Retained Shares | | 15,231 | $9.64 | $146,868.60 |
| Purchase | 12/12/2018 | 1,289 | $31.54 | $40,655.06 | | | | | |
| Purchase | 2/8/2019 | 6,783 | $29.76 | $201,862.08 | | | | | |
| | | 17,550 | | $623,086.14 | | | 17,550 | | $228,427.83 |

*LIFO Losses in Apache Corp.* ($394,658.31)

**The Trustees of the Teamsters Union No. 142 Pension Fund**
**LIFO Losses in Apache Corp.**
CP: 9/7/2016 - 3/13/2020

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/7/2018 | 10,275 | $41.44 | $425,810.39 | Sale | 1/15/2019 | 3,325 | $32.34 | $107,530.50 |
| Purchase | 3/7/2018 | 5,250 | $35.18 | $184,695.00 | Sale | 4/15/2019 | 400 | $36.27 | $14,508.00 |
| Purchase | 3/21/2019 | 700 | $36.09 | $25,263.00 | Sale | 12/18/2019 | 3,575 | $22.74 | $81,295.50 |
| | | | | | Sale | 2/20/2020 | 75 | $28.49 | $2,136.80 |
| | | | | | Sale * | 3/18/2020 | 5,019 | $4.79 | $24,024.28 |
| | | | | | Sale * | 3/18/2020 | 3,831 | $4.79 | $18,337.72 |
| | | 16,225 | | $635,768.39 | | | 16,225 | | $247,832.80 |

*LIFO Losses in Apache Corp.* ($387,935.59)

* Post-CP sale price adjusted per PSLRA.