# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00575 |
| Plaintiff, | Judge George C. Hanks, Jr. |
| v. | CLASS ACTION |
| APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN, | |
| Defendants. | |
| BRIAN SCHWEGEL, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00722 |
| Plaintiff, | Judge Keith P. Ellison |
| v. | |
| APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF FRANCIS P. MCCONVILLE
IN FURTHER SUPPORT OF THE MOTION OF SHANG CHU CHIOU,
ON BEHALF OF HIMSELF AND THE CHIOU FAMILY TRUST,
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this case.  I am an attorney at the law firm of Labaton Sucharow LLP, proposed Lead Counsel for the Class.  I submit this supplemental declaration in further support of the motion filed by proposed Lead Plaintiff Shang Chu Chiou, on behalf of himself and the Chiou Family Trust (both hereafter referred to as "Mr. Chiou"), for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Mr. Chiou as Lead Plaintiff; (3) approving Mr. Chiou's selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibit A is a true and correct copy of the following documents:

EXHIBIT A: Loss Analysis for Dr. Terry Ellis, prepared by counsel for Mr. Chiou.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  May 17, 2021

Respectfully submitted,

*/s/ Francis P. McConville*
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record.

*/s/ Francis P. McConville*
Francis P. McConville
