# Exhibit A

**LOSS ANALYSIS**

**Class Period: 9/7/2016 to 3/13/2020**

**APACHE CORPORATION**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| APA | 37411105 | 2043962 | US0374111054 | $9.7083 [1] |

**Dr. Terry Ellis**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 09/07/16 | 58,500 | | |
| Sale | 09/08/16 | -58,500 | $58.7177 | $3,434,985.45 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *-58,500* | | *$3,434,985.45* |
| Purchase | 09/15/16 | 59,500 | $57.4447 | ($3,417,959.65) |
| Purchase | 10/03/16 | 55,400 | $63.2902 | ($3,506,277.08) |
| Purchase | 10/04/16 | 55,900 | $63.5374 | ($3,551,740.66) |
| Purchase | 10/06/16 | 56,000 | $64.1860 | ($3,594,416.00) |
| Purchase | 10/21/16 | 58,600 | $62.2813 | ($3,649,684.18) |
| Purchase | 11/17/16 | 1,000 | $61.9900 | ($61,990.00) |
| Purchase | 11/17/16 | 55,000 | $62.0548 | ($3,413,014.00) |
| Purchase | 11/22/16 | 57,800 | $61.8749 | ($3,576,369.22) |
| Purchase | 11/28/16 | 58,000 | $62.4614 | ($3,622,761.20) |
| Purchase | 12/07/16 | 18,905 | $65.5267 | ($1,238,782.26) |
| Purchase | 12/09/16 | 56,900 | $66.0683 | ($3,759,286.27) |
| Purchase | 12/14/16 | 57,883 | $66.1536 | ($3,829,168.83) |
| Purchase | 12/16/16 | 58,300 | $66.2525 | ($3,862,520.75) |
| Purchase | 12/22/16 | 57,550 | $66.6745 | ($3,837,117.48) |
| Purchase | 12/22/16 | 750 | $66.6745 | ($50,005.88) |
| *Class Period purchases:* | | *707,488* | | *($44,971,093.45)* |
| Sale | 09/15/16 | -30,000 | $58.6779 | $1,760,337.00 |
| Sale | 09/16/16 | -29,500 | $58.6890 | $1,731,325.50 |
| Sale | 10/03/16 | -55,400 | $64.0968 | $3,550,962.72 |
| Sale | 10/05/16 | -55,900 | $65.0168 | $3,634,439.12 |
| Sale | 10/19/16 | -56,000 | $64.7468 | $3,625,820.80 |
| Sale | 11/15/16 | -58,600 | $62.9572 | $3,689,291.92 |
| Sale | 11/21/16 | -56,000 | $63.5193 | $3,557,080.80 |
| Sale | 11/23/16 | -57,800 | $62.7348 | $3,626,071.44 |
| Sale | 11/30/16 | -58,000 | $64.5629 | $3,744,648.20 |
| Sale | 12/08/16 | -18,905 | $66.8237 | $1,263,302.05 |
| Sale | 12/13/16 | -56,900 | $67.3408 | $3,831,691.52 |
| Sale | 12/15/16 | -57,883 | $66.7893 | $3,865,965.05 |
| Sale | 12/19/16 | -58,300 | $67.1215 | $3,913,183.45 |
| Sale | 04/06/17 | -750 | $52.9700 | $39,727.50 |
| *Class Period sales (matched to Class Period purchases):* | | *-649,938* | | *$41,833,847.07* |
| | Shares Held: | 57,550 | $9.7083 | $558,710.02 |

| Total Shares Bought | Total Shares Sold | Total Net Shares | Class Period Expenditures | Class Period Sales | Total Net Expenditures |
|---|---|---|---|---|---|
| 707,488 | -708,438 | -950 | ($44,971,093) | $45,268,833 | $297,739 |

| | |
|---|---|
| Total Net Shares: | -950 |
| Total Net Gains from Sales: | $297,739.07 |

[1]  *Value of shares held is the mean trading price from 3/16/2020 to 6/12/2020.*