# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN,<br><br>Defendants. | Case No. 4:21-cv-00575<br><br>Judge George C. Hanks, Jr. |
| BRIAN SCHWEGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN,<br><br>Defendants. | Case No. 4:21-cv-00722<br><br>Judge Keith P. Ellison |

**DR. TERRY ELLIS' APPENDIX ACCOMPANYING HIS MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTIONS, AND IN FURTHER SUPPORT OF HIS MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

Attached is a true and correct copies of the following exhibits:

Exhibit 1:     Certificate of Conference of James M. Wilson, Jr. for Dr. Terry Ellis'
               Memorandum of Law in Opposition to the Competing Motions and in
               Further Support of his Motion for (1) Consolidation; (2) Appointment as
               Lead Plaintiff; and (3) Approval of Lead and Local Counsel

               Exhibit A to Exhibit 1: Email Chain with Counsel for Pension Fund Group

               Exhibit B to Exhibit 1: Email Chain with Counsel for Chiou

Dated:  May 17, 2021                    Respectfully submitted,


                                        **TOM ALAN CUNNINGHAM, PLLC**

                                        By:     */s/ Tom Alan Cunningham*
                                                Tom Alan Cunningham

                                        919 Milam, Suite 575
                                        Houston, Texas 77002
                                        Telephone: 713-255-5500
                                        Facsimile: 713-255-5555
                                        Email: tac@tomalancunningham.com


                                        James M. Wilson, Jr. (*pro hac vice*
                                        forthcoming)
                                        Robert W. Killorin (*pro hac vice* forthcoming)
                                        **FARUQI & FARUQI, LLP**
                                        685 Third Avenue, 26th Floor
                                        New York, NY 10017
                                        Telephone: 212-983-9330
                                        Facsimile: 212-983-9331
                                        Email:  jwilson@faruqilaw.com
                                                rkillorin@faruqilaw.com

                                        *Attorneys for [Proposed] Lead Plaintiff and*
                                        *[Proposed] Lead Counsel for the putative Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Tom Alan Cunningham
(S.D. Tex. ID No. 1383)
(Tex. State Bar No. 05244700)

2