# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN,<br><br>Defendants. | Case No. 4:21-cv-00575<br><br>Judge George C. Hanks, Jr. |
| BRIAN SCHWEGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN,<br><br>Defendants. | Case No. 4:21-cv-00722<br><br>Judge Keith P. Ellison |

**CERTIFICATE OF CONFERENCE OF JAMES M. WILSON, JR. FOR DR. TERRY ELLIS'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTIONS AND IN FURTHER SUPPORT OF HIS MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD AND LOCAL COUNSEL**

James M. Wilson, Jr. an attorney at the law firm of Faruqi & Faruqi, LLP, counsel for Dr. Terry Ellis ("Ellis") hereby certifies as to the following regarding the requirements under Section 6.C.2 of the Court Procedures of the Honorable George C. Hanks, Jr. and Local Rule 7.1(D) to confer regarding the substance of the relief requested in the pending motions to consolidate, to appoint lead plaintiff and to approve of lead counsel:

1.     On Saturday, May 15, 2021 at 11:27 a.m. EST, I received an email from an attorney representing Plymouth County Retirement System and the Trustees of the Teamsters Union No. 142 Pension Fund ("Pension Fund Group") to determine if Ellis would oppose the Pension Fund Group's motion for consolidation, appointment as lead plaintiff, and approval of selection of counsel.

2.     On Sunday, May 16, 2021, I responded to said email and informed counsel for Pension Fund Group that Ellis does not oppose consolidation, that he opposes their motion to be appointed lead plaintiff and the selection of their counsel to act as lead counsel for the class, inquired if they would oppose his motion, and sought to schedule a telephone call to discuss the movants' positions regarding the motions.

3.     On Monday morning, counsel for the Pension Fund Group and I exchanged several emails to coordinate a telephone call to discuss the pending motions at 11:00 a.m. EST. We conducted the telephone call as agreed at 11:00 a.m. and discussed in general terms the positions of our clients regarding the pending motions. These series of email exchanges with the Pension Fund Group's counsel are attached hereto as Ex. A.

1

4.　　During the telephone call with counsel for the Pension Fund Group, I informed counsel that based on the filings Ellis is the presumptive lead and should be appointed lead plaintiff and his selection of the Faruqi Firm as lead counsel should be approved. Counsel for the Pension Fund Group indicated that they would oppose Ellis' motion on the grounds that the institutional funds are well suited to lead the class and would challenge Ellis' adequacy and/or typicality based on his transactions in Apache stock.

5.　　On Sunday, May 16, 2021, I also emailed counsel for Shang Chu Chiou ("Chiou") and inquired if he intended to oppose Ellis' motion, informed them that Ellis intended to oppose the competing motions that were filed with respect to the appointment of lead plaintiff. I informed them that Ellis supports consolidation of the two actions. I also asked about having a telephone call to discuss the pending motions. Chiou's counsel responded on Monday, May 17, 2021, that Chiou intended to oppose Ellis' motion, but did not address whether they would participate in a telephone call to discuss the pending motions.

6.　　I responded by email that Ellis would oppose Chiou's motion and again offered to conduct a telephone call to discuss the motions. These series of email exchanges with Chiou's counsel are attached hereto as Ex. B.

7.　　As of this filing, Chiou's counsel has not responded to Ellis' counsel's attempts to confer telephonically.

2

Dated: May 17, 2021

Respectfully submitted,

James M. Wilson, Jr. (*pro hac vice* forthcoming)
Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com
       rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff
and [Proposed] Lead Counsel for the
putative Class*

3