# EXHIBIT A

# James Wilson

| | |
|---|---|
| **From:** | Rachel Avan <ravan@saxenawhite.com> |
| **Sent:** | Monday, May 17, 2021 8:51 AM |
| **To:** | James Wilson |
| **Cc:** | David Kaplan; Naumon Amjed; Ryan Degnan; Robert W. Killorin |
| **Subject:** | RE: Apache Corp. Securities Class Action |

**This Message originated outside your organization.**

Great, thanks, Josh. We will speak with you soon.

Best,
Rachel

**From:** James Wilson <jwilson@faruqilaw.com>
**Sent:** Monday, May 17, 2021 8:49 AM
**To:** Rachel Avan <ravan@saxenawhite.com>
**Cc:** David Kaplan <dkaplan@saxenawhite.com>; Naumon Amjed <namjed@ktmc.com>; Ryan Degnan <rdegnan@ktmc.com>; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Apache Corp. Securities Class Action

Good morning Rachel. 11 am is fine. We can use my below conference number to accommodate those calling from different locations:

Ph.:      917.654.8883
Code:   106 206 846 54 #

Thanks

Josh

**From:** Rachel Avan <ravan@saxenawhite.com>
**Sent:** Monday, May 17, 2021 8:45 AM
**To:** James Wilson <jwilson@faruqilaw.com>
**Cc:** David Kaplan <dkaplan@saxenawhite.com>; Naumon Amjed <namjed@ktmc.com>; Ryan Degnan <rdegnan@ktmc.com>; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Apache Corp. Securities Class Action

**This Message originated outside your organization.**

Good morning, Josh,

Thank you for suggesting a call. 10AM does not work for some of us. Would 11AM work instead? If so, please let us know the best way to reach you. Thanks.

Best,
Rachel

**From:** James Wilson <jwilson@faruqilaw.com>
**Sent:** Sunday, May 16, 2021 5:34 PM

1

**To:** Rachel Avan <ravan@saxenawhite.com>
**Cc:** David Kaplan <dkaplan@saxenawhite.com>; Naumon Amjed <namjed@ktmc.com>; Ryan Degnan <rdegnan@ktmc.com>; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** Re: Apache Corp. Securities Class Action

Rachel,

Thank you for reaching out about the pending motions to consolidate, appoint lead plaintiff and approve the selection of lead counsel in the Apache Corporation securities actions. Our client, Dr. Terry Ellis, intends to file an opposition to the competing motions for appointment as lead plaintiff and approval of the selection of counsel. Dr. Ellis does not oppose consolidation of the two actions. Pursuant to Judge Hanks rules, kindly also let me know if your clients Plymouth County Retirement System and the Trustees of Teamsters Union No. 142 Pension Fund will oppose Dr. Ellis' motion for consolidation, appointment as lead plaintiff and the approval the selection of lead counsel. I am available for a conference call tomorrow, Monday May 17, 2021, at 10:00 am to discuss the motions. I also have reached out to counsel for the other movants regarding their position on Dr. Ellis' motion.
Best
James (Josh) Wilson

---

**From:** Rachel Avan <ravan@saxenawhite.com>
**Sent:** Saturday, May 15, 2021 11:27 AM
**To:** James Wilson <jwilson@faruqilaw.com>
**Cc:** David Kaplan <dkaplan@saxenawhite.com>; Naumon Amjed <namjed@ktmc.com>; Ryan Degnan <rdegnan@ktmc.com>
**Subject:** Apache Corp. Securities Class Action

**This Message originated outside your organization.**

---

Dear James,

We represent Plymouth County Retirement System and the Trustees of Teamsters Union No. 142 Pension Fund in connection with their motion for consolidation, appointment as lead plaintiff, and approval of selection of counsel in the Apache Corp. securities class action. In accordance with Judge Hanks' rules, we are reaching out to determine whether you intend to oppose our motion on behalf of your client, movant Dr. Terry Ellis. Kindly respond at your earliest convenience. Thank you.

Best regards,
Rachel


Rachel A. Avan

Attorney



SAXENA WHITE

Saxena White P.A.

10 Bank Street, 8th Floor

White Plains, NY 10606

Office: 914-607-7561

ravan@saxenawhite.com

www.saxenawhite.com



Please consider the environment before printing this email.