# EXHIBIT B

## James Wilson

| | |
|---|---|
| **From:** | James Wilson |
| **Sent:** | Monday, May 17, 2021 2:18 PM |
| **To:** | McConville, Francis P.; Keller, Christopher J.; Belfi, Eric J.; Schwartz, David J. |
| **Cc:** | Robert W. Killorin |
| **Subject:** | RE: Apache Corp. Securities Class Action |

Good afternoon Frank. Yes, my client will oppose the competing motions, including your client's motion. As indicated, I am available today to discuss the motions before filing.
Best
James (Josh) Wilson

**From:** McConville, Francis P. <FMcConville@labaton.com>
**Sent:** Monday, May 17, 2021 1:20 PM
**To:** James Wilson <jwilson@faruqilaw.com>; Keller, Christopher J. <ckeller@labaton.com>; Belfi, Eric J. <EBelfi@labaton.com>; Schwartz, David J. <DSchwartz@labaton.com>
**Cc:** Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Apache Corp. Securities Class Action

**This Message originated outside your organization.**

Hi James –

Good to hear from you.

Yes, we intend to oppose your motion.  Can I assume you will also be opposing my client's motion?

Best,

Frank


**From:** James Wilson <jwilson@faruqilaw.com>
**Sent:** Sunday, May 16, 2021 5:28 PM
**To:** Keller, Christopher J. <ckeller@labaton.com>; Belfi, Eric J. <EBelfi@labaton.com>; McConville, Francis P. <FMcConville@labaton.com>; Schwartz, David J. <DSchwartz@labaton.com>
**Cc:** Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** [EXTERNAL] Apache Corp. Securities Class Action

Dear Counsel,

My firm represents Dr. Terry Ellis with respect to his motion for consolidation, appointment as lead plaintiff, and approval of selection of counsel in the Apache Corp. securities class actions.  In accordance with Judge Hanks' rules, I am reaching out to determine whether your client, Shang Chu Chiou, intends to oppose Dr. Ellis' motion. Dr. Ellis intends to oppose the competing motions that were filed with respect to the appointment of lead plaintiff. Dr. Ellis supports consolidation of the two actions. Please let me know your position at your earliest convenience. I am available for a conference call tomorrow, Monday May 17, 2021, at 10:00 am to discuss the motions.

Best regards,

James (Josh) Wilson



James (Josh) M. Wilson ▪ Partner ▪ Faruqi & Faruqi, LLP ▪ 685 3rd Avenue, 26th Floor ▪ New York, NY 10017 ▪ (T) 212 983 9330 ▪ (F) 212 983 9331 ▪ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP. This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP. This message may not be copied or distributed without this disclaimer. If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.