# EXHIBIT A

**Spreads Between the Purchase and Sale Prices in Ellis' Liquidations**

| Transaction | Date | Shares | Price | Amount | Spread | |
|---|---|---|---|---|---|---|
| Purchase | 09/15/16 | 59,500 | $57.4447 | $3,417,960 | | |
| Sale | 09/15/16 | (30,000) | $58.6779 | ($1,760,337) | $1.2332 | |
| Sale | 09/16/16 | (29,500) | $58.6890 | ($1,731,326) | $1.2443 | |
| **Realized Gain** | | | | **$73,703** | | |
| Purchase | 10/03/16 | 55,400 | $63.2902 | $3,506,277 | | |
| Sale | 10/03/16 | (55,400) | $64.0968 | ($3,550,963) | $0.8066 | |
| **Realized Gain** | | | | **$44,686** | | |
| Purchase | 10/04/16 | 55,900 | $63.5374 | $3,551,741 | | |
| Sale | 10/05/16 | (55,900) | $65.0468 | ($3,636,116) | $1.5094 | |
| **Realized Gain** | | | | **$84,375** | | |
| Purchase | 10/06/16 | 56,000 | $64.1860 | $3,594,416 | | |
| Sale | 10/19/16 | (56,000) | $64.7468 | ($3,625,821) | $0.5608 | ← Low |
| **Realized Gain** | | | | **$31,405** | | |
| Purchase | 10/21/16 | 58,600 | $62.2813 | $3,649,684 | | |
| Sale | 11/15/16 | (58,600) | $62.9572 | ($3,689,292) | $0.6759 | |
| **Realized Gain** | | | | **$39,608** | | |
| Purchase | 11/17/16 | 1,000 | $61.9900 | $61,990 | | |
| Purchase | 11/17/16 | 55,000 | $62.0548 | $3,413,014 | $1.5293 | |
| Sale | 11/21/16 | (56,000) | $63.5193 | ($3,557,081) | $1.4645 | |
| **Realized Gain** | | | | **$82,077** | | |
| Purchase | 11/22/16 | 57,800 | $61.8749 | $3,576,369 | | |
| Sale | 11/23/16 | (57,800) | $62.7348 | ($3,626,071) | $0.8599 | |
| **Realized Gain** | | | | **$49,702** | | |
| Purchase | 11/28/16 | 58,000 | $62.4614 | $3,622,761 | | |
| Sale | 11/30/16 | (58,000) | $64.5629 | ($3,744,648) | $2.1015 | ← High |
| **Realized Gain** | | | | **$121,887** | | |
| Purchase | 12/07/16 | 18,905 | $65.5267 | $1,238,782 | | |
| Sale | 12/08/16 | (18,905) | $66.8237 | ($1,263,302) | $1.2970 | |
| **Realized Gain** | | | | **$24,520** | | |
| Purchase | 12/09/16 | 56,900 | $66.0683 | $3,759,286 | | |
| Sale | 12/13/16 | (56,900) | $67.3408 | ($3,831,692) | $1.2725 | |
| **Realized Gain** | | | | **$72,405** | | |
| Purchase | 12/14/16 | 57,883 | $66.1536 | $3,829,169 | | |
| Sale | 12/15/16 | (57,883) | $66.7893 | ($3,865,965) | $0.6357 | |
| **Realized Gain** | | | | **$36,796** | | |
| Purchase | 12/16/16 | 58,300 | $66.2525 | $3,862,521 | | |
| Sale | 12/19/16 | (58,300) | $67.1215 | ($3,913,183) | $0.8690 | |
| **Realized Gain** | | | | **$50,663** | | |
| **Total Realized Gains and Average Spread** | | | | **$711,826** | **$1.1471** | |