# EXHIBIT B

APA US  $    ↓ 20.40      -0.73            Q20.39/20.40Q       700x323
At 17:20 d  Vol 6,930,182  O 20.65K   H 21.22F   L 19.95D   Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |

APA Corp

| | | | | High | 42.15 on | 10/20/17 |
| Range | 10/20/2017 - 10/20/2017 | Period | Daily | Low | 42.15 on | 10/20/17 |
| Market | High Px | Volume | Currency USD | Average | 42.15 | 4,431,635 |
| View | Price Table | | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 10/20/17 H | 42.15 | 4,431,635 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 17:51:56

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2021 Bloomberg Finance L.P.

APA US  $    ↓ 20.40      -0.73          Q20.39 /20.40Q      700 x323
At 17:20 d  Vol 6,930,182  O 20.65K    H 21.22F    L 19.95D    Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |
|---|---|---|---|---|

APA Corp

| | | | | High | 41.53 on | 05/03/18 |
|---|---|---|---|---|---|---|
| Range | 05/03/2018 - 05/03/2018 | Period Daily | Low | 41.53 on | 05/03/18 |
| Market | High Px  Volume | Currency USD | Average | 41.53 | 7,491,473 |
| View | Price Table | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr  05/04/18 | | | | | | | | |
| Th  05/03/18 | H  41.53 | 7,491,473 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 17:53:55

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US $    ↓ 20.40    -0.73    Q20.39/20.40Q    700 x 323
At 17:20 d  Vol 6,930,182  O 20.65K    H 21.22F    L 19.95D    Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |
|---|---|---|---|---|

APA Corp

| | | | | High | 40.40 on | 10/24/18 |
|---|---|---|---|---|---|---|
| Range | 10/24/2018 - 10/24/2018 | Period | Daily | Low | 40.40 on | 10/24/18 |
| Market | High Px | Volume | Currency USD | Average | 40.40 | 3,539,749 |
| View | Price Table | | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 10/26/18 | | | | | | | | |
| Th 10/25/18 | | | | | | | | |
| We 10/24/18 | H 40.40 | 3,539,749 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 17:56:03

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US $   ↓ 20.40     -0.73        Q20.39 /20.40Q      700 x323
    At 17:20 d  Vol 6,930,182  O 20.65K   H 21.22F   L 19.95D   Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |

APA Corp                                         High      37.90 on    10/29/18
Range    10/29/2018 - 10/29/2018   Period  Daily ▾  Low   37.90 on    10/29/18
Market   High Px ▾   Volume ▾      Currency  USD ▾  Average  37.90       3,900,642
View     Price Table ▾                              Net Chg   .00         0.00%

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr  11/02/18 | | | | | | | | |
| Th  11/01/18 | | | | | | | | |
| We  10/31/18 | | | | | | | | |
| Tu  10/30/18 | | | | | | | | |
| Mo  10/29/18 | H    37.90 | 3,900,642 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 17:56:48

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US  $    ↓ 20.40      -0.73        Q20.39/20.40Q      700x323
At 17:20 d  Vol 6,930,182  O 20.65K    H 21.22F    L 19.95D    Val 142.656M

| APA US Equity | | Export | | Settings | | | Page 1/1 | Historical Price Table |

APA Corp

| | | | | | High | | 32.40 on | 01/18/19 |
| Range | 01/18/2019 - 01/18/2019 | Period | Daily | Low | | 32.40 on | 01/18/19 |
| Market | High Px | Volume | Currency USD | Average | | 32.40 | 4,621,789 |
| View | Price Table | | | Net Chg | | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr  01/18/19 H | 32.40 | 4,621,789 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 17:57:48

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US  $    ↓ 20.40      -0.73          Q20.39/20.40Q        700x323
At 17:20 d  Vol 6,930,182  O 20.65K    H 21.22F    L 19.95D    Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |
|---|---|---|---|---|

APA Corp

| | | | | High | 36.78 on | 04/18/19 |
|---|---|---|---|---|---|---|
| Range | 04/18/2019 - 04/18/2019 | Period | Daily | Low | 36.78 on | 04/18/19 |
| Market | High Px    Volume | Currency | USD | Average | 36.78 | 3,965,389 |
| View | Price Table | | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 04/19/19 | | | | | | | | |
| Th 04/18/19 | H    36.78 | 3,965,389 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 17:59:02

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US  $   ↓ 20.40      -0.73          Q20.39/20.40Q      700x323
At 17:20 d  Vol 6,930,182  O 20.65K   H 21.22F   L 19.95D   Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |
|---|---|---|---|---|

APA Corp

| | | | | High | 33.90 on | 04/26/19 |
|---|---|---|---|---|---|---|
| Range | 04/26/2019 - 04/26/2019 | Period | Daily | Low | 33.90 on | 04/26/19 |
| Market | High Px | Volume | Currency USD | Average | 33.90 | 4,654,570 |
| View | Price Table | | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 04/26/19 H | 33.90 | 4,654,570 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 18:00:23

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2021 Bloomberg Finance L.P.

APA US  $    ↓ 20.40      -0.73        Q20.39/20.40Q        700x323
At 17:20 d  Vol 6,930,182  O 20.65K    H 21.22F    L 19.95D    Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |
|---|---|---|---|---|

APA Corp

| | | | | | High | 24.10 on | 07/19/19 |
|---|---|---|---|---|---|---|---|
| Range | 07/19/2019 | - | 07/19/2019 | Period Daily | Low | 24.10 on | 07/19/19 |
| Market | High Px | | Volume | Currency USD | Average | 24.10 | 8,065,465 |
| View | Price Table | | | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 07/19/19 | H 24.10 | 8,065,465 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 18:02:00

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US  $      ↓ 20.40        -0.73              Q20.39 /20.40Q        700 x323
     At 17:20 d  Vol 6,930,182  O 20.65K    H 21.22F    L 19.95D    Val 142.656M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |

APA Corp                                          High        25.23 on      07/24/19
Range   07/24/2019 - 07/24/2019    Period  Daily   Low         25.23 on      07/24/19
Market  High Px      Volume        Currency USD    Average     25.23         4,433,445
View    Price Table                              Net Chg       .00           0.00%

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|------|---------|--------|------|---------|--------|------|---------|--------|
| Fr 07/26/19 | | | | | | | | |
| Th 07/25/19 | | | | | | | | |
| We 07/24/19 | H    25.23 | 4,433,445 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 18:03:25

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2021 Bloomberg Finance L.P.

APA US  $    ↓ 20.40      -0.73      Q20.39/20.40Q      700x323
At 17:20 d  Vol 6,930,298  O 20.65K    H 21.22F    L 19.95D    Val 142.658M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |

APA Corp

| | | | High | 23.97 on | 07/29/19 |
|---|---|---|---|---|---|
| Range | 07/29/2019 - 07/29/2019 | Period: Daily | Low | 23.97 on | 07/29/19 |
| Market | High Px / Volume | Currency: USD | Average | 23.97 | 5,418,176 |
| View | Price Table | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 08/02/19 | | | | | | | | |
| Th 08/01/19 | | | | | | | | |
| We 07/31/19 | | | | | | | | |
| Tu 07/30/19 | | | | | | | | |
| Mo 07/29/19 | H 23.97 | 5,418,176 | | | | | | |

SN 1184415 EDT  GMT-4:00 H912-4185-1 13-May-2021 18:13:23

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US $    ↑ **22.16**    +0.60    Q22.15 / 22.16Q    494 x1

At 17:20 d  Vol 8,488,694  O 21.36B    H 22.195D  L 21.25N    Val 188.071M

| APA US Equity | Export | Settings | Page 1/1 | Historical Price Table |
|---|---|---|---|---|

APA Corp

| | | | | High | 22.88 on | 10/21/19 |
|---|---|---|---|---|---|---|
| Range | 10/21/2019 - 10/21/2019 | Period | Daily | Low | 22.88 on | 10/21/19 |
| Market | High Px | Volume | Currency USD | Average | 22.88 | 4,853,803 |
| View | Price Table | | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 10/25/19 | | | | | | | | |
| Th 10/24/19 | | | | | | | | |
| We 10/23/19 | | | | | | | | |
| Tu 10/22/19 | | | | | | | | |
| Mo 10/21/19 | H 22.88 | 4,853,803 | | | | | | |

SN 1184415 EDT  GMT-4:00 H947-7262-0 17-May-2021 18:14:35

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.

APA US $   ↑ 22.16    +0.60    Q22.15 /22.16Q    494 x1

At 17:20 d Vol 8,488,694 O 21.36B   H 22.195D  L 21.25N   Val 188.071M

| APA US Equity | | Export | | Settings | | Page 1/1 | Historical Price Table |
|---|---|---|---|---|---|---|---|

APA Corp

| | | | | | High | 23.41 on | 10/22/19 |
|---|---|---|---|---|---|---|---|
| Range | 10/22/2019 | - | 10/22/2019 | Period | Daily | Low | 23.41 on | 10/22/19 |
| Market | High Px | | Volume | Currency | USD | Average | 23.41 | 4,823,659 |
| View | Price Table | | | | | Net Chg | .00 | 0.00% |

| Date | High Px | Volume | Date | High Px | Volume | Date | High Px | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr  10/25/19 | | | | | | | | |
| Th  10/24/19 | | | | | | | | |
| We  10/23/19 | | | | | | | | |
| Tu  10/22/19 | H     23.41 | 4,823,659 | | | | | | |

SN 1184415 EDT  GMT-4:00 H947-7262-0 17-May-2021 18:15:11

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2021 Bloomberg Finance L.P.