**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN,<br><br>Defendants. | Case No. 4:21-cv-00575<br><br>Judge George C. Hanks, Jr. |
| BRIAN SCHWEGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, STEPHEN J. RINEY, and STEVEN KEENAN,<br><br>Defendants. | Case No. 4:21-cv-00722<br><br>Judge Keith P. Ellison |

**DR. TERRY ELLIS' APPENDIX ACCOMPANYING HIS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

Attached is a true and correct copy of the following exhibit:

Exhibit A:    Gains and Losses Chart of Movant Ellis

Dated:  May 24, 2021                    Respectfully submitted,

**TOM ALAN CUNNINGHAM, PLLC**

By:    */s/ Tom Alan Cunningham*
            Tom Alan Cunningham

919 Milam, Suite 575
Houston, Texas 77002
Telephone: 713-255-5500
Facsimile: 713-255-5555
Email: tac@tomalancunningham.com

James M. Wilson, Jr. (*pro hac vice* forthcoming)
Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
            rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff and*
*[Proposed] Lead Counsel for the putative Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Tom Alan Cunningham</u>
(S.D. Tex. ID No. 1383)
(Tex. State Bar No. 05244700)

2