# EXHIBIT A

## Gains and Losses of Movant Ellis due to stock inflation of $9.29 pre share

## due to fraud and excluding unrelated market fluctuations

| Date | Purchase | Sale | Quantity | Price | Total Amount Paid or Recieved | Amount of Profit or Loss Due Exclusively To Inflation (number of shares sold x ($9.29) or number of shares purchased x $9.29) | Net Gainer/ Net Loser Running Total including final class period purchase loss (pursuant to 90 day lookback rule) |
|---|---|---|---|---|---|---|---|
| 3/22/2016 | Purchase | | 46,450 | $ 50.2498 | $ (2,334,103.2100) | 0 | $0.00 |
| 3/28/2016 | | Sale | 46,450 | $ 48.0200 | $ 2,230,529.0000 | 0 | $0.00 |
| 5/9/2016 | Purchase | | 14,000 | $ 52.1704 | $ (730,385.6000) | 0 | $0.00 |
| 5/16/2016 | | Sale | 14,000 | $ 55.2367 | $ 773,313.8000 | 0 | $0.00 |
| 5/31/2016 | Purchase | | 13,500 | $ 57.1611 | $ (771,674.8500) | 0 | $0.00 |
| 6/10/2016 | Purchase | | 42,200 | $ 53.2436 | $ (2,246,879.9200) | 0 | $0.00 |
| 6/20/2016 | | Sale | 42,200 | $ 55.0815 | $ 2,324,439.3000 | 0 | $0.00 |
| 6/27/2016 | Purchase | | 44,900 | $ 51.7182 | $ (2,322,147.1800) | 0 | $0.00 |
| 6/30/2016 | | Sale | 44,900 | $ 55.2519 | $ 2,480,810.3100 | 0 | $0.00 |
| 7/20/2016 | Purchase | | 45,000 | $ 54.7427 | $ (2,463,421.5000) | 0 | $0.00 |
| 9/7/2016 | | Start of Class Period | | | | | $0.00 |
| 9/8/2016 | | Sale | 58,500 | $ 58.7177 | $ 3,434,985.4500 | $ 543,465.00 | $543,465.00 |
| 9/15/2016 | Purchase | | 59,500 | $ 57.4447 | $ (3,417,959.6500) | $ (552,755.00) | -$9,290.00 |
| 9/15/2016 | | Sale | 30,000 | $ 58.6779 | $ 1,760,337.0000 | $ 278,700.00 | $269,410.00 |
| 9/16/2016 | | Sale | 29,500 | $ 58.6890 | $ 1,731,324.7920 | $ 274,055.00 | $543,465.00 |
| 10/3/2016 | Purchase | | 55,400 | $ 63.2902 | $ (3,506,277.0800) | $ (514,666.00) | $28,799.00 |
| 10/3/2016 | | Sale | 55,400 | $ 64.0968 | $ 3,550,962.7200 | $ 514,666.00 | $543,465.00 |
| 10/4/2016 | Purchase | | 55,900 | $ 63.5374 | $ (3,551,740.6600) | $ (519,311.00) | $24,154.00 |
| 10/5/2016 | | Sale | 55,900 | $ 65.0468 | $ 3,636,116.1200 | $ 519,311.00 | $543,465.00 |
| 10/6/2016 | Purchase | | 56,000 | $ 64.1860 | $ (3,594,416.0000) | $ (520,240.00) | $23,225.00 |
| 10/19/2016 | | Sale | 56,000 | $ 64.7468 | $ 3,625,820.8000 | $ 520,240.00 | $543,465.00 |
| 10/21/2016 | Purchase | | 58,600 | $ 62.2813 | $ (3,649,684.1800) | $ (544,394.00) | -$929.00 |
| 11/15/2016 | | Sale | 58,600 | $ 62.9572 | $ 3,689,291.9200 | $ 544,394.00 | $543,465.00 |
| 11/17/2016 | Purchase | | 1,000 | $ 61.9900 | $ (61,990.0000) | $ (9,290.00) | $534,175.00 |
| 11/17/2016 | Purchase | | 55,000 | $ 62.0548 | $ (3,413,014.0000) | $ (510,950.00) | $23,225.00 |
| 11/21/2016 | | Sale | 56,000 | $ 63.5193 | $ 3,557,080.8000 | $ 520,240.00 | $543,465.00 |
| 11/22/2016 | Purchase | | 57,800 | $ 61.8749 | $ (3,576,369.2200) | $ (536,962.00) | $6,503.00 |

| Date | Purchase | Sale | Quantity | Price | Total Amount Paid or Recieved | Amount of Profit or Loss Due Exclusively To Inflation  (number of shares sold x ($9.29) or number of shares purchased x $9.29) | Net Gainer/ Net Loser Running Total including final class period purchase loss (pursuant to 90 day lookback rule) |
|---|---|---|---|---|---|---|---|
| 11/23/2016 | | Sale | 57,800 | $ 62.7348 | $ 3,626,071.4400 | $ 536,962.00 | $543,465.00 |
| 11/28/2016 | Purchase | | 58,000 | $ 62.4614 | $ (3,622,761.2000) | $ (538,820.00) | $4,645.00 |
| 11/30/2016 | | Sale | 58,000 | $ 64.5629 | $ 3,744,646.6340 | $ 538,820.00 | $543,465.00 |
| 12/7/2016 | Purchase | | 18,905 | $ 65.5267 | $ (1,238,782.2635) | $ (175,627.45) | $367,837.55 |
| 12/8/2016 | | Sale | 18,905 | $ 66.8237 | $ 1,263,302.0485 | $ 175,627.45 | $543,465.00 |
| 12/9/2016 | Purchase | | 56,900 | $ 66.0683 | $ (3,759,286.2700) | $ (528,601.00) | $14,864.00 |
| 12/13/2016 | | Sale | 56,900 | $ 67.3408 | $ 3,831,691.5200 | $ 528,601.00 | $543,465.00 |
| 12/14/2016 | Purchase | | 57,883 | $ 66.1536 | $ (3,829,168.8288) | $ (537,733.07) | $5,731.93 |
| 12/15/2016 | | Sale | 57,883 | $ 66.7893 | $ 3,865,965.0519 | $ 537,733.07 | $543,465.00 |
| 12/16/2016 | Purchase | | 58,300 | $ 66.2525 | $ (3,862,520.7500) | $ (541,607.00) | $1,858.00 |
| 12/19/2016 | | Sale | 58,300 | $ 67.1215 | $ 3,913,183.4500 | $ 541,607.00 | $543,465.00 |
| 12/22/2016 | Purchase | | 58,300 | $ 66.6745 | $ (3,887,123.3500) | $ (541,607.00) | $1,858.00 |
| 4/6/2017 | | Sale | 750 | $ 52.9700 | $ 39,727.5000 | $ 6,967.50 | $8,825.50 |
| "Sale" based on 90 day Lookback Price: | | | 57,550 | $ 9.7083 | $ 558,712.6650 | $ (534,639.50) | -$525,814.00 |