# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575 |
| | District Judge George C. Hanks, Jr. |
| | Magistrate Judge Andrew M. Edison |
| | <u>CLASS ACTION</u> |

## DR. TERRY ELLIS'S MOTION TO WITHDRAW

Pursuant to Federal Rule of Civil Procedure 21, Dr. Terry Ellis ("Movant"), moves for the withdrawal of himself as a party in this action.

Movant respectfully request that this court enter an order voluntarily withdrawing him, without prejudice to his status as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment or otherwise.

Dated: December 23, 2021

Respectfully submitted,

**TOM ALAN CUNNINGHAM, PLLC**

By:     */s/ Tom Alan Cunningham*
Tom Alan Cunningham
(S.D. Tex. ID No. 1383)
(Tex. State Bar No. 05244700)

919 Milam, Suite 575
Houston, Texas 77002
Telephone: 713-255-5500
Facsimile: 713-255-5555
Email: tac@tomalancunningham.com

*Attorneys for Dr. Terry Ellis*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of December 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Tom Alan Cunningham
(S.D. Tex. ID No. 1383)
(Tex. State Bar No. 05244700)

2