**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575 |
|  | District Judge George C. Hanks, Jr. |
|  | Magistrate Judge Andrew M. Edison |
|  | <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING DR. TERRY ELLIS'S MOTION TO WITHDRAW**

The Court has considered the motion for the withdrawal of Dr. Terry Ellis ("Movant") as a party in this action.

The Court hereby GRANTS Movant's motion and ORDERS that Movant shall be voluntarily withdrawn, without prejudice to his status as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgement or otherwise.

IT IS SO ORDERED.

DATED: _____

_____
HON. ANDREW M. EDISON
UNITED STATES MAGISTRATE
JUDGE