**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action 4:21-cv-00575 |
|  | District Judge George C. Hanks, Jr. |
|  | Magistrate Judge Andrew M. Edison |
|  | <u>CLASS ACTION</u> |

**DECLARATION OF THOMAS R. AJAMIE IN SUPPORT OF
LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
<u>CONSOLIDATED CLASS ACTION COMPLAINT</u>**

I, Thomas R. Ajamie, declare as follows:

1.      I am a member in good standing of the State Bar of Texas and am admitted to practice before this Court. I am Managing Partner of the law firm Ajamie LLP. I submit this Declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Defendants' Appendix A: Purportedly False / Misleading Statements Challenged in Consolidated Class Action Complaint (CCAC) (Dkt. 71-1) to which Plaintiffs have added a column entitled, "Plaintiffs' Response";

Exhibit B:    Excerpts (pp. 18 & 22 of 212) from Apache Corp., Annual Report (2014 Form 10-K) (Feb. 27, 2015); and

1

Exhibit C:     Excerpts (pp. 16 & 20-21 of 477) from Apache Corp., Annual

Report (2015 Form 10-K) (Feb. 26, 2016).

I declare, under penalty of perjury, that the foregoing is true and correct to the best

of my knowledge.

Executed this 22nd day of April 2022.

*s/ Thomas R. Ajamie*
Thomas R. Ajamie, Attorney-in-Charge
**AJAMIE LLP**
Texas Bar No. 00952400
S.D. Tex. No. 6165
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com

*Liaison Counsel for Lead Plaintiffs*