# EXHIBIT B

EDGAR *pro*
by EDGAR Online

# APACHE CORP

# FORM 10-K
(Annual Report)

# Filed 02/27/15 for the Period Ending 12/31/14

| | |
|---|---|
| Address | 2000 POST OAK BLVD |
| | STE 100 |
| | HOUSTON, TX, 77056-4400 |
| Telephone | 7132966000 |
| CIK | 0000006769 |
| Symbol | APA |
| SIC Code | 1311 - Crude Petroleum and Natural Gas |
| Industry | Oil & Gas Exploration and Production |
| Sector | Energy |
| Fiscal Year | 12/31 |

http://pro.edgar-online.com
© Copyright 2022, EDGAR Online, a division of Donnelley Financial Solutions. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, a division of Donnelley Financial Solutions, Terms of Use.

Table of Contents

**ITEM 1A.** *RISK FACTORS*

Our business activities and the value of our securities are subject to significant hazards and risks, including those described below. If any of such events should occur, our business, financial condition, liquidity, and/or results of operations could be materially harmed, and holders and purchasers of our securities could lose part or all of their investments. Additional risks relating to our securities may be included in the prospectuses for securities we issue in the future.

*Crude oil and natural gas price volatility, including the recent decline in prices for oil and natural gas, could adversely affect our operating results and the price of our common stock.*

Our revenues, operating results, and future rate of growth depend highly upon the prices we receive for our crude oil and natural gas production. Historically, the markets for crude oil and natural gas have been volatile and are likely to continue to be volatile in the future. For example, the NYMEX daily settlement price for the prompt month oil contract in 2014 ranged from a high of $107.26 per barrel to a low of $53.27 per barrel. The NYMEX daily settlement price for the prompt month natural gas contract in 2014 ranged from a high of $6.15 per MMBtu to a low of $2.89 per MMBtu. The market prices for crude oil and natural gas depend on factors beyond our control. These factors include demand for crude oil and natural gas, which fluctuates with changes in market and economic conditions, and other factors, including:

- worldwide and domestic supplies of crude oil and natural gas;

- actions taken by foreign oil and gas producing nations;

- political conditions and events (including instability, changes in governments, or armed conflict) in crude oil or natural gas producing regions;

- the level of global crude oil and natural gas inventories;

- the price and level of imported foreign crude oil and natural gas;

- the price and availability of alternative fuels, including coal and biofuels;

- the availability of pipeline capacity and infrastructure;

- the availability of crude oil transportation and refining capacity;

- weather conditions;

- domestic and foreign governmental regulations and taxes; and

- the overall economic environment.

Our results of operations, as well as the carrying value of our oil and gas properties, are substantially dependent upon the prices of oil and natural gas, which have declined significantly since June 2014. Lower crude oil and natural gas prices for an extended period may have the following effects on our business:

- limiting our financial condition, liquidity, and/or ability to fund planned capital expenditures and operations;

- reducing the amount of crude oil and natural gas that we can produce economically;

- causing us to delay or postpone some of our capital projects;

- reducing our revenues, operating income, and cash flows;

- limiting our access to sources of capital, such as equity and long-term debt;

- reducing the carrying value of our crude oil and natural gas properties resulting in additional non-cash write-downs; or

- reducing the carrying value of goodwill.

18

Table of Contents

the sum of our total liabilities, including contingent liabilities, and the amount of our capital; if there is no surplus, cash dividends on capital stock may only be paid from our net profits for the then current and/or the preceding fiscal year. Further, even if we are permitted under our contractual obligations and Delaware law to pay cash dividends on common stock, we may not have sufficient cash to pay dividends in cash on our common stock.

*Discoveries or acquisitions of additional reserves are needed to avoid a material decline in reserves and production.*

The production rate from oil and gas properties generally declines as reserves are depleted, while related per-unit production costs generally increase as a result of decreasing reservoir pressures and other factors. Therefore, unless we add reserves through exploration and development activities or, through engineering studies, identify additional behind-pipe zones, secondary recovery reserves, or tertiary recovery reserves, or acquire additional properties containing proved reserves, our estimated proved reserves will decline materially as reserves are produced. Future oil and gas production is, therefore, highly dependent upon our level of success in acquiring or finding additional reserves on an economic basis. Furthermore, if oil or gas prices increase, our cost for additional reserves could also increase.

*We may not realize an adequate return on wells that we drill.*

Drilling for oil and gas involves numerous risks, including the risk that we will not encounter commercially productive oil or gas reservoirs. The wells we drill or participate in may not be productive, and we may not recover all or any portion of our investment in those wells. The seismic data and other technologies we use do not allow us to know conclusively prior to drilling a well that crude or natural gas is present or may be produced economically. The costs of drilling, completing, and operating wells are often uncertain, and drilling operations may be curtailed, delayed, or canceled as a result of a variety of factors including, but not limited to:

- unexpected drilling conditions;

- pressure or irregularities in formations;

- equipment failures or accidents;

- fires, explosions, blowouts, and surface cratering;

- marine risks such as capsizing, collisions, and hurricanes;

- other adverse weather conditions; and

- increases in the cost of, or shortages or delays in the availability of, drilling rigs and equipment.

Future drilling activities may not be successful, and, if unsuccessful, this failure could have an adverse effect on our future results of operations and financial condition. While all drilling, whether developmental or exploratory, involves these risks, exploratory drilling involves greater risks of dry holes or failure to find commercial quantities of hydrocarbons.

*Material differences between the estimated and actual timing of critical events or costs may affect the completion and commencement of production from development projects.*

We are involved in several large development projects and the completion of these projects may be delayed beyond our anticipated completion dates. Our projects may be delayed by project approvals from joint venture partners, timely issuances of permits and licenses by governmental agencies, weather conditions, manufacturing and delivery schedules of critical equipment, and other unforeseen events. Delays and differences between estimated and actual timing of critical events may adversely affect our large development projects and our ability to participate in large-scale development projects in the future. In addition, our estimates of future development costs are based on current expectation of prices and other costs of equipment and personell we will need to

22

PETROLEUM RESERVES STATUS DEFINITIONS AND GUIDELINES
Page 2

### *Developed Non-Producing*

*Developed Non-Producing Reserves include shut-in and behind-pipe reserves.*

### *Shut-In*

*Shut-in Reserves are expected to be recovered from:*

    *(1)    completion intervals which are open at the time of the estimate, but which have not started producing;*

    *(2)    wells which were shut-in for market conditions or pipeline connections; or*

    *(3)    wells not capable of production for mechanical reasons.*

### *Behind-Pipe*

*Behind-pipe Reserves are expected to be recovered from zones in existing wells, which will require additional completion work or future re-completion prior to start of production.*

*In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well.*

## UNDEVELOPED RESERVES (SEC DEFINITIONS)

Securities and Exchange Commission Regulation S-X §210.4-10(a)(31) defines undeveloped oil and gas reserves as follows:

*Undeveloped oil and gas reserves are reserves of any category that are expected to be recovered from new wells on undrilled acreage, or from existing wells where a relatively major expenditure is required for recompletion.*

> *(i) Reserves on undrilled acreage shall be limited to those directly offsetting development spacing areas that are reasonably certain of production when drilled, unless evidence using reliable technology exists that establishes reasonable certainty of economic producibility at greater distances.*

> *(ii) Undrilled locations can be classified as having undeveloped reserves only if a development plan has been adopted indicating that they are scheduled to be drilled within five years, unless the specific circumstances, justify a longer time.*

> *(iii) Under no circumstances shall estimates for undeveloped reserves be attributable to any acreage for which an application of fluid injection or other improved recovery technique is contemplated, unless such techniques have been proved effective by actual projects in the same reservoir or an analogous reservoir, as defined in paragraph (a)(2) of this section, or by other evidence using reliable technology establishing reasonable certainty.*

RYDER SCOTT COMPANY    PETROLEUM CONSULTANTS