**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575 <br><br> District Judge George C. Hanks, Jr. <br><br> Magistrate Judge Andrew M. Edison <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER DENYING**
**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

After considering *Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint* (Dkt. 71), the Court:

DENIES *Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.*

DATED: _____    _____
                                THE HONORABLE ANDREW M. EDISON
                                UNITED STATED DISTRICT JUDGE

1