**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575 |
| | District Judge George C. Hanks, Jr. |
| | Magistrate Judge Andrew M. Edison |
| | <u>CLASS ACTION</u> |

**DECLARATION OF AMY PHARR HEFLEY – REPLY IN SUPPORT OF**
**MOTION TO DISMISS**

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Baker Botts L.L.P, which is counsel of record for Defendants Apache Corporation ("Apache"), John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney ("Individual Defendants," and together with Apache, "Defendants") in the above-styled cause of action.

2.      I am legally competent to make this declaration.  I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      Attached as **Exhibit 42** is a collection of true and correct copies of excerpts from Apache call transcripts containing statements challenged in the CCAC.

97910894                                   1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2022.

_____
Amy Pharr Hefley

97910894

2

**Exhibit 42 Index**

| Exhibit | Exhibit Description |
|---|---|
| 42-A | Apache Corporation's Q3 2016 Earnings Call Transcript dated November 3, 2016 |
| 42-B | Apache Corporation's Q4 2016 Earnings Call Transcript dated February 23, 2017 |
| 42-C | Apache Corporation's Q1 2017 Earnings Call Transcript dated May 4, 2017 |
| 42-D | Apache Corporation's Q2 2017 Earnings Call Transcript dated August 3, 2017 |
| 42-E | Apache Corporation's October Update Webcast Presentation dated October 9, 2017 |
| 42-F | Apache Corporation's Q3 2017 Earnings Call Transcript dated November 2, 2017 |
| 42-G | Apache Corporation's Q4 2017 Earnings Call Transcript dated February 22, 2018 |
| 42-H | Apache Corporation's Q1 2018 Earnings Call Transcript dated May 3, 2018 |
| 42-I | Apache Corporation's Altus Midstream Company Conference Call Transcript dated August 8, 2018 |
| 42-J | Apache Corporation's Q2 2018 Earnings Call Transcript dated August 2, 2018 |
| 42-K | Apache Corporation's Q3 2018 Earnings Call Transcript dated November 1, 2018 |
| 42-L | Apache Corporation's Q4 2018 Earnings Call Transcript dated February 28, 2019 |
| 42-M | Apache Corporation's Q1 2019 Earnings Call Transcript dated May 2, 2019 |

| Exhibit | Exhibit Description |
|---|---|
| 42-N | Apache Corporation's Q2 2019 Earnings Call Transcript dated August 1, 2019 |
| 42-O | Apache Corporation's Q3 2019 Earnings Call Transcript dated October 31, 2019 |
| 42-P | Apache Corporation's Q4 2019 Earnings Call Transcript dated February 27, 2020 |

97911118

# Exhibit 42-A

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ3 2016 Earnings Call Transcripts

## Thursday, November 03, 2016 6:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2016- | | | -FQ4 2016- | -FY 2016- | -FY 2017- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.17) | (0.03) | NM | 0.06 | (0.91) | 1.23 |
| **Revenue (mm)** | 1379.01 | 1440.00 | ▲4.42 | 1468.07 | 5287.86 | 6694.11 |

Currency: USD
Consensus as of  Nov-03-2016 2:26 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2015** | (0.47) | (0.06) | NM |
| **FQ1 2016** | (0.88) | (0.40) | NM |
| **FQ2 2016** | (0.19) | (0.26) | NM |
| **FQ3 2016** | (0.17) | (0.03) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning, good afternoon, my name is Doris, and I will be your conference operator today. At this time, I would like to welcome everyone to the Apache Corporation Third Quarter Earnings Conference Call. [Operator Instructions]

Thank you. I will now turn the call over to our host, Mr. Gary Clark, Vice President of Investor Relations. Sir, please go ahead.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good afternoon, and thank you for joining us on Apache Corporation's Third Quarter 2016 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney.

In conjunction with this morning's press release, I hope you have had the opportunity to review our third quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

Also, please note that Apache's third quarter 10-Q will be filed at the close of business today. And I would now like to turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good afternoon, and thank you for joining us.

Apache continues to make great progress on the goals we set at the beginning of the year, and our recent announcements and third quarter results underscore this positive performance. On today's call, I will discuss 4 primary topics. First, I will review the strategy we laid out at the beginning of 2015 that got Apache through the downturn. I will outline how the execution of that strategy has positioned Apache for success in 2017 and beyond. Then I will discuss our capital spending priorities as we look ahead to 2017. Following that, I will review our Permian, Egypt and North Sea regions and then conclude with a discussion of the Alpine High.

At the start of the downturn, we established some guiding principles that have brought us to where we are today. These were: dramatically reduced development spending until price and costs come into better equilibrium; establish a strong financial position and protect it by living within cash flow; and prepare the portfolio for long-term returns, growth and shareholder value. At the start of 2016, we put forth a very conservative capital budget of $1.6 billion. This spend level was based on a plan to live within cash flow at $35 per barrel of oil. Our capital allocation process reflected the decision to constrain capital investment in North American Onshore development activity. Despite this, our North American Onshore production has performed well in 2016, which is a testament to Apache's greatly improved capital efficiency and the relatively low decline rate of our Permian-anchored production base.

At the beginning of 2016, our planned capital allocation for the Alpine High play was less than $100 million. As the year progressed and cash flow came in above budgeted levels, we elected to invest incremental cash flow in Alpine High rather than chase near-term production growth elsewhere. As a result, we now expect to spend approximately $500 million in Alpine High this year which effectively

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-B

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ4 2016 Earnings Call Transcripts

## Thursday, February 23, 2017 7:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2016- | | | -FQ1 2017- | -FY 2016- | | | -FY 2017- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.07 | (0.06) | NM | 0.34 | (0.99) | (1.13) | NM | 1.40 |
| **Revenue (mm)** | 1508.35 | 1451.00 | ▼(3.80 %) | 1633.91 | 5399.91 | 5354.00 | ▼(0.85 %) | 6775.85 |

Currency: USD
Consensus as of  Feb-23-2017 2:07 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2016** | (0.88) | (0.40) | NM |
| **FQ2 2016** | (0.19) | (0.26) | NM |
| **FQ3 2016** | (0.17) | (0.03) | NM |
| **FQ4 2016** | 0.07 | (0.06) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

## Operator

Good afternoon. My name is Page, and I will be your conference operator today. At this time, I would like to welcome everyone to the Apache Corporation Fourth Quarter and Full Year 2016 Results Call. [Operator Instructions]

I would now like to turn the call over to Mr. Gary Clark, Vice President, Investor Relations. Sir, the floor is yours.

## Gary Thomas Clark
*Vice President of Investor Relations*

Good afternoon, and thank you for joining us on Apache Corporation's Fourth Quarter and Full Year 2016 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney.

In conjunction with this morning's press release, I hope you have had the opportunity to review our fourth quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com. I would like to note that the supplement posted this morning includes expanded production and financial guidance for 2017. Production numbers cited in today's call have been adjusted to exclude our noncontrolling interest in Egypt and Egypt's tax barrels. Please also note that we are now providing guidance for our Egypt-based operations that includes noncontrolling interest in tax barrels such that analysts can reconcile their estimates to Apache's reported production numbers.

I would also call your attention to the updated production guidance we are providing for North America. We are now providing specific production guidance for the Midland and Delaware basins combined, which represents Apache's primary growth engines. Another minor change we have made for 2017 is that we are now including the Gulf of Mexico in our North American guidance. We're also providing more comprehensive capital guidance, which now includes all oil and gas capital investments, leasehold acquisition, capitalized interest and capitalized G&A. And we are continuing to exclude Egypt noncontrolling interest capital from our guidance.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking statements and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

I will now turn the call over to John.

## Peter John Coleman
*CEO, MD & Executive Director*

Good afternoon, and thank you for joining us.

On today's call, I will review our 2016 accomplishments, outline our 2017 strategic and operational objectives, discuss our capital spending plans and production outlook for the next 2 years, and I will conclude with an update of our Alpine High play.

First, I'd like to step back and take stock of the last 2 years and how we have repositioned Apache. The collapse in commodity prices, which began in 2014, required a strategic response to improve the company's financial standing and our operational capabilities and to position Apache to thrive as prices recover. We have accomplished all of that and more. The cornerstone of our approach has been strict capital discipline and cost structure rationalization, both of which have significantly improved the quality and economics of our underlying inventory as well as our ability to access and exploit its value for the future. We accomplished this through a rigorous and more centralized process for capital allocation, a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-C

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ1 2017 Earnings Call Transcripts
## Thursday, May 04, 2017 6:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ1 2017- | | | -FQ2 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.15 | 0.08 | ▼(46.67 %) | 0.18 | 1.16 | 1.80 |
| **Revenue  (mm)** | 1525.25 | 1878.00 | ▲23.13 | 1511.09 | 6541.13 | 7570.36 |

Currency: USD
Consensus as of  May-04-2017 2:35 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2016** | (0.19) | (0.26) | NM |
| **FQ3 2016** | (0.17) | (0.03) | NM |
| **FQ4 2016** | 0.07 | (0.06) | NM |
| **FQ1 2017** | 0.15 | 0.08 | ▼(46.67 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Presentation

**Operator**

Welcome to the Apache Corporation First Quarter 2017 Results Earnings Call.

I would like to turn the call over to Gary Clark, Vice President, Investor Relations. Sir, the floor is yours.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good afternoon, and thank you for joining us on Apache Corporation's First Quarter 2017 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney.

In conjunction with this morning's press release, I hope you have had the opportunity to review our first quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com. Please note that the details of our 2017 production guidance increase can be found on Pages 21 through 24 of the supplement.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website. Consistent with previous reporting practices, production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt's tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

Now I will now turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good afternoon, and thank you for joining us. On today's call, I will discuss our strategy for delivering returns-focused growth, review our first quarter 2017 accomplishments, provide an overview of our international operations and conclude with an update on the progress of our Permian Basin growth initiatives in the Midland Basin and at Alpine High.

As I reflect on the last 2 years, I see tremendous progress at Apache. We have streamlined the portfolio, allowing us to focus our capital and allocate it more efficiently to organic growth opportunities in North America and toward free cash flow maintenance in Egypt and the North Sea. We are benefiting from actions taken to strengthen the balance sheet, budget conservatively and manage to cash flow neutrality. We have realigned our overhead and operating cost structures to achieve profitability in a lower commodity price environment. We have demonstrated an ability to grow organically by bringing forward a differentiated, low-cost, unconventional play in the Delaware Basin at Alpine High. And finally, we have a much deeper understanding of each hydrocarbon system within the portfolio, which has led to a significant improvement in well results and a larger, higher-quality drilling inventory with greater resource potential. As a result, we are a different company today. One that is capable of delivering highly competitive per-share growth rates and double-digit returns while living within cash flow in a $50 oil price world.

As we stated last quarter, Apache's overarching objective is to deliver long-term, returns-focused growth. Key components for achieving this include: budgeting conservatively and maintaining the flexibility to accelerate activity, if warranted; increasing capital allocation to the Midland and Delaware basins to fund Apache's very attractive growth areas; preparing for long-term development at Alpine High by completing

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Exhibit 42-D

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ2 2017 Earnings Call Transcripts

## Thursday, August 03, 2017 6:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2017- | | | -FQ3 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.02) | (0.21) | NM | 0.09 | 0.40 | 0.93 |
| **Revenue (mm)** | 1417.60 | 1384.00 | ▼(2.37 %) | 1471.22 | 6269.90 | 6767.58 |

Currency: USD
Consensus as of  Aug-03-2017 6:28 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2016** | (0.17) | (0.03) | NM |
| **FQ4 2016** | 0.07 | (0.06) | NM |
| **FQ1 2017** | 0.15 | 0.08 | ▼(46.67 %) |
| **FQ2 2017** | (0.02) | (0.21) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Presentation

**Operator**

Welcome to the Apache Corporation Second Quarter 2017 Results Earnings Call. I would like to turn the call over to Gary Clark, Vice President, Investor Relations. Sir, the floor is yours.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good afternoon, and thank you for joining us on Apache Corporation's Second Quarter 2017 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney.

In conjunction with this morning's press release, I hope you have had the opportunity to review our second quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website.

Consistent with previous reporting practices, production numbers cited in today's call are adjusted to exclude noncontrolling interests in Egypt and Egypt's tax barrels.

Please note that all currency references in our prepared remarks are in U.S. dollars.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

I will now turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good afternoon, and thank you for joining us. On today's call, I will: review our approach to navigating the lower-for-longer oil price environment; discuss the strategic rationale and financial benefits of our pending exit from Canada; provide current operational highlights, including Alpine High; and conclude with our thoughts around balancing funding and spending in 2018.

Since the beginning of 2015, we have restructured our business to adapt and thrive in a lower-for-longer commodity price environment. The organization reacted swiftly to the downturn in oil prices. We stressed the importance of properly aligning cost structure with commodity prices as well as achieving and maintaining cash flow neutrality. We completed a series of transactions that simplified our portfolio. We reduced operating costs, overhead and capital commitments and significantly improved the balance sheet.

With regard to our asset base and strategy, we successfully expanded and enhanced our organic, unconventional North American acreage footprint and technical capabilities. We also focused our international capital spending to deliver strong and sustainable free cash flow from our core businesses in Egypt and the North Sea. These efforts were supported by significant improvements in our planning and capital allocation processes, which helped drive our strategy of returns-focused organic growth.

In early 2017, WTI oil prices were trading above $50 per barrel, with the outyears of the NYMEX strip trending even higher. We had concerns about the fundamentals underpinning this oil price optimism and the corresponding cash flows from operations. At the same time, we had just announced our discovery at Alpine High, a very attractive, large-scale opportunity which would require significant near-term

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Exhibit 42-E

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# Special Call

**Monday, October 09, 2017 1:00 AM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Presentation

**John J. Christmann**
*CEO, President & Director*

Welcome, and thank you for taking the time to listen to our presentation. I am John Christmann, CEO and President of Apache Corporation. With me today are Steve Riney, Executive Vice President and Chief Financial Officer; and Tim Sullivan, Executive Vice President of Operations Support.

With this presentation, we are providing the most current context related to Apache's outlook for 2017 and 2018 as well as a detailed review of the steady progress we are making at Alpine High.

I won't review our Notice to Investors statement. I expect you're familiar with it and encourage you to review it if you're not.

We will begin today with a brief corporate overview, reiterating the management objectives we have operated under since early 2015 and outlining how those objectives still underpin our 2017 and 2018 plans. We will then provide a brief update on our region highlights followed by a review of our revised third quarter and fourth quarter 2017 production guidance, which reflects a few operational impacts and timing delays, mostly related to Hurricane Harvey.

This will be followed by an in-depth review of our progress at Alpine High, which is substantial. We will review the geology of the play and share our understanding of the critical play parameters that have influenced our activities during the evaluation phases. For competitive reasons, some of these parameters have not been previously discussed.

Next, we will describe Alpine High as we see it today in terms of 3 distinct plays: an extensive and highly economic wet gas play, a very economic dry gas play on a portion of our acreage, and an attractive emerging oil play in the Wolfcamp and Bone Springs.

We will provide updated performance results from some of our previously disclosed wells and some new drilling results, along with an updated view of development economics, which are very compelling at current commodity prices.

Lastly, we will outline the progress we have made on our infrastructure buildout and our hydrocarbon marketing strategy. There's a lot to cover, so let's get started.

Over the past several years, we have been on a journey to transform Apache. We have streamlined the portfolio, refocused the capital allocation process from volume growth to returns and value, and strategically transitioned the company from Acquire and Exploit to Returns Focused Organic Growth. Our vision for Apache is to be the premier exploration and production company with global assets focused on North American growth. We are very pleased with the progress we have made to date and with the opportunities we have created for the years ahead. A number of investment highlights are contributing to Apache's outlook for long-term profitable growth.

We have a strategically diversified portfolio that features strong free-cash-flow-generating assets in Egypt and the North Sea, which benefit from premium Brent crude oil pricing. These cash flows feed a top-tier position in the Permian Basin that is our foundation for long-term growth. With this portfolio, Apache can deliver highly competitive per share growth rates funded primarily by internally generated cash. We believe that over the long term, growth should be funded through operating cash flows. However, there are times when outspending operating cash flows is compelling. The start-up of Alpine High was a strategic milestone for Apache. Thus, we funded it with the sale of $1.2 billion of noncore assets this year. I will go into more detail on this on the next slide.

We are rigorously focused on long-term, corporate-level returns. We implemented a comprehensive capital allocation process in 2015 with investment decisions made across the entire portfolio based on fully burdened economics. We believe capital allocation based on well-level, half-cycle economics are shortsighted and fundamentally flawed for building long-term shareholder value.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-F



# Apache Corporation NYSE:APA
# FQ3 2017 Earnings Call Transcripts

## Thursday, November 02, 2017 6:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.02) | 0.04 | NM | 0.12 | 0.01 | 0.43 |
| **Revenue  (mm)** | 1386.00 | 1575.00 | ▲13.64 | 1490.35 | 6080.41 | 6172.57 |

Currency: USD
Consensus as of  Nov-02-2017 5:26 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2016** | 0.07 | (0.06) | NM |
| **FQ1 2017** | 0.15 | 0.08 | ▼ (46.67 %) |
| **FQ2 2017** | (0.02) | (0.21) | NM |
| **FQ3 2017** | (0.02) | 0.04 | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon. My name is Jennifer, and I will be your conference operator today. At this time, I would like to welcome everyone to the Third Quarter 2017 Earnings Conference Call. [Operator Instructions]

Thank you. And I would like to turn the conference over to Mr. Gary Clark. Sir, you may begin.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good afternoon, and thank you for joining us on Apache Corporation's Third Quarter 2017 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney.

In conjunction with this morning's press release, I hope you have had the opportunity to review our third quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website. Consistent with previous reporting practices, production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

I will now turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good afternoon, and thank you for joining us. On today's call, I will discuss third quarter results and accomplishments, comment on our Midland Basin oil production and development program, recap some of the key Alpine High points from last month's webcast and provide an update on our 2018 planning process and current thinking around commodity price assumptions.

Beginning with the third quarter. As anticipated, our average daily net production in the U.S. returned to a growth trajectory. We also grew net production in the North Sea and gross production in Egypt. Production was in line with our guidance, with notably strong performance in Permian oil volumes. We stated in our webcast update last month that we expect this performance to carry through into the fourth quarter, with Midland and Delaware oil production tracking at the high end of the guidance range established back in February. As we also noted, the delayed startup of 2 central processing facilities at Alpine High caused by Hurricane Harvey will defer some natural gas volumes into 2018. So our updated fourth quarter production guidance is unchanged.

In the Midland and Delaware basins, we are benefiting today from the strategic testing, optimization and development planning initiatives that we implemented in 2015 and 2016 while running a very lean capital program. Going forward, we anticipate continued capital efficiency gains in both the Midland and Delaware basins. This is particularly true at Alpine High as we move further into multi-well pad development, continue to extend average lateral length, utilize more smart completions and further optimize our landing zone targeting and well spacing. The majority of optimization benefits, which have been proven in other unconventional plays, are still ahead of us at Alpine High.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-G



# Apache Corporation NYSE:APA
# FQ4 2017 Earnings Call Transcripts

## Thursday, February 22, 2018 7:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.25 | 0.33 | ▲32.00 | 0.38 | 0.16 | 0.24 | ▲50.00 | 1.18 |
| **Revenue (mm)** | 1545.93 | 1586.00 | ▲2.59 | 1762.38 | 6198.29 | 6423.00 | ▲3.63 | 6944.20 |

Currency: USD
Consensus as of  Feb-22-2018 5:55 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise     ▼ Negative EPS Normalized surprise     ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2017** | 0.15 | 0.08 | ▼ (46.67 %) |
| **FQ2 2017** | (0.02) | (0.21) | NM |
| **FQ3 2017** | (0.02) | 0.04 | NM |
| **FQ4 2017** | 0.25 | 0.33 | ▲ 32.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**APACHE CORPORATION FQ4 2017 EARNINGS CALL | FEB 22, 2018**

# Presentation

### Operator

Good afternoon. My name is Sophia, and I will be the conference operator today. At this time, I would like to welcome everyone to the Apache Corporation Fourth Quarter 2017 Earnings Conference Call. [Operator Instructions] Thank you.

At this time, I would like to turn the conference over to Gary Clark. Please go ahead.

### Gary Thomas Clark
*Vice President of Investor Relations*

Good afternoon, and thank you for joining us on Apache Corporation's Fourth Quarter 2017 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney.

In conjunction with this morning's press release, I hope you have had the opportunity to review our fourth quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website.

Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt's tax barrels. Also, please note that with our exit from Canada, forward guidance and future quarterly reporting will refer to the United States, or the U.S., and we will no longer use the term North America.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

Our prepared remarks will run a bit longer today as we have a lot of information to cover with fourth quarter and full year results as well as our 3-year outlook. So we will extend this call past 2:00 in order to accommodate 30 minutes of Q&A.

And I will now turn the call over to John.

### John J. Christmann
*CEO, President & Director*

Good afternoon, and thank you for joining us. On today's call, I will begin by discussing Apache's approach to the current environment, then I will highlight our 2017 accomplishments and provide an overview of the fourth quarter before turning it over to Tim and Steve for more details. And finally, I will close with commentary on our 2018 to 2020 outlook.

Early in 2015, we focused Apache on a path that creates real value for our shareholders over the long term and through the commodity cycles. The foundation was underpinned by cost and capital discipline, and we linked our compensation plans accordingly. This approach has driven our actions through a very challenging period. Specifically, we have streamlined our portfolio, reduced capital investment, increased capital productivity and efficiency and reset the corporate and operating cost structure. By choice, we allowed production to decline rather than chase growth in an environment that was mostly value-destructive. This disciplined approach enabled us to cost effectively lease and quietly discover a world-class, unconventional resource of scale and to direct our limited additional investments to improving

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-H

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ1 2018 Earnings Call Transcripts

## Thursday, May 03, 2018 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.29 | 0.32 | ▲10.34 | 0.31 | 1.35 | 1.58 |
| **Revenue (mm)** | 1639.73 | 1742.00 | ▲6.24 | 1802.38 | 7354.60 | 7000.35 |

Currency: USD
Consensus as of May-03-2018 2:12 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2017** | (0.02) | (0.21) | NM |
| **FQ3 2017** | (0.02) | 0.04 | NM |
| **FQ4 2017** | 0.25 | 0.33 | ▲1 32.00 % |
| **FQ1 2018** | 0.29 | 0.32 | ▲2 10.34 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning. My name is Jennifer, and I will be your conference operator today. At this time, I would like to welcome everyone to the First Quarter 2018 Earnings Call. [Operator Instructions]

And I would like to turn the conference over to Mr. Gary Clark, Vice President of Investor Relations. Sir, you may begin.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning, and thank you for joining us on Apache Corporation's First Quarter 2018 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney. Also available for the Q&A session are Mark Meyer, Senior Vice President, Energy Technology Strategies; and Dave Pursell, Senior Vice President, Planning and Energy Fundamentals.

Our prepared remarks will be approximately 25 minutes in length, with the remainder of the hour allotted for Q&A. In conjunction with yesterday's press release, I hope you have had the opportunity to review our first quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com. Please note, the supplement was updated this morning to include information on our Permian Basin oil and gas marketing positions, which can be found on Pages 22 and 23.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website.

Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt's tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. Before I get to the results, I want to take a moment to recognize a longtime Apache, who has recently announced his plans to retire later this year. Kregg Olson, our Executive Vice President of Corporate Reservoir Engineering. During his 26 years with Apache, Kregg's leadership and expertise have been significant contributors to our long-term success. On behalf of all of Apache, I want to thank Kregg for his years of service and wish him well in retirement.

In light of this change, we have announced Dave Pursell, Senior Vice President, Planning and Energy Fundamentals, will lead our Corporate Reservoir Engineering function upon Kregg's retirement. This transition is already underway and we look forward to introducing you all to Dave in the months ahead.

On today's call, I will review Apache's first quarter progress and provide highlights from some of our key operating areas. Tim Sullivan and Steve Riney will then provide a brief review of our operational and financial performance during the quarter, and before moving to Q&A, I will conclude with our perspective on a few themes we have been hearing recently from the investment community.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-I

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# M&A Call

## Wednesday, August 08, 2018 10:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

1

# Presentation

**Operator**

Good afternoon. My name is Erica, and I will be your conference operator today. At this time, I would like to welcome everyone to the Apache Corporation and Kayne Anderson Acquisition Corp. Conference call on the creation of Altus Midstream Company. [Operator Instructions]

Thank you. Mr. Gary Clark, Vice President of Investor Relations for Apache Corporation, you may begin your conference.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good afternoon, and thank you for joining Apache Corporation and Kayne Anderson Acquisition Corp. to discuss the formation of Altus Midstream Company, a pure-play Permian Basin midstream C corp anchored by Apache's Alpine High infrastructure assets.

Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Kayne Anderson Acquisition Corp.'s Chairman of the Board, Kevin McCarthy; and Altus Midstream Company's incoming CEO, Brian Freed. Also available for the question-and-answer period will be Steve Riney, Chief Financial Officer and Executive Vice President; Mark Meyer, Senior Vice President, Energy, Technology Strategies; Dave Pursell, Senior Vice President, Planning and Energy Fundamentals; and Ben Rodgers, incoming CFO for Altus Midstream.

Our prepared remarks will be approximately 15 minutes in length, with the remainder of the hour allotted for Q&A. On this call, we will be referencing the press release issued this afternoon following the market close, along with the Form 8-K that was concurrently filed with the Securities and Exchange Commission regarding Altus Midstream Company. Additionally, we have made available the Altus Midstream roadshow presentation on Apache's website at investor.apachecorp.com and Kayne Anderson Acquisition Corp.'s website at kaynespac.com.

I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the press release issued this afternoon.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good afternoon. We are very excited to announce our transaction today with Kayne Anderson Acquisition Corp. to create Altus Midstream Company. Just under 2 years ago, Apache announced the discovery of Alpine High, a world-class resource play located in an area of the Delaware Basin where there was no existing infrastructure. We took a very methodical approach to identifying, discovering, delineating and initiating development of this tremendous hydrocarbon resource, along with great diligence to align these activities with the design and installation of a scalable midstream footprint.

Since breaking ground in November of 2016, we have invested nearly $1 billion in gathering, processing and transportation assets at Alpine High. Today's announcement highlights the significant value Apache has generated through this investment. The new company we are forming, Altus Midstream, will have a market capitalization estimated at approximately $3.5 billion upon inception and will be the only publicly traded Permian Basin pure-play midstream company with full connectivity to gas, NGL and crude oil markets on the Texas Gulf Coast. Altus Midstream will have a simplified C corp structure, a conservative balance sheet and a strategic vision to maximize the future value of this unparalleled midstream business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-J

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ2 2018 Earnings Call Transcripts
## Thursday, August 02, 2018 3:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.39 | 0.50 | ▲28.21 | 0.50 | 1.77 | 1.74 |
| **Revenue  (mm)** | 1748.62 | 1929.00 | ▲10.32 | 2017.00 | 7530.01 | 7436.42 |

Currency: USD
Consensus as of  Aug-02-2018 12:19 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ3 2017** | (0.02) | 0.04 | NM |
| **FQ4 2017** | 0.25 | 0.33 | ▲1 32.00 % |
| **FQ1 2018** | 0.29 | 0.32 | ▲2 10.34 % |
| **FQ2 2018** | 0.39 | 0.50 | ▲3 28.21 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning. My name is Natalia, and I will be your conference operator today. At this time, I would like to welcome everyone to the second quarter 2018 earnings call. [Operator Instructions] I would now turn the call over to Mr. Gary Clark, Vice President of Investor Relations. You may begin, sir.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning. And thank you for joining us on Apache Corporation's Second Quarter 2018 Financial and Operational Results Conference Call. Speakers making prepared remarks on today's call will be Apache's CEO and President, John Christmann; Executive Vice President of Operations Support, Tim Sullivan; and Executive Vice President and CFO, Steve Riney.

Our prepared remarks will be approximately 25 minutes in length, with the remainder of the hour allotted for Q&A. In conjunction with yesterday's press release, I hope you have had the opportunity to review our second quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website. Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interests in Egypt and Egypt tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. On today's call, I will begin with commentary on Apache's second quarter production results, and our outlook for the second half of 2018. Then, I will provide an overview of the progress we are making in our key regions. Tim Sullivan and Steve Riney will then provide some additional operational details and summarize our second quarter financial performance and guidance before turning it back to me for closing remarks and a comment on the status of our midstream transaction.

2018 has been a year of continued progress on important strategic initiatives and operational performance. On the operational side, we have made several significant advances, including drilling efficiencies, strong operational run time, base decline mitigation, new well outperformance and a step-change reduction in Permian Basin completion cost and cycle times. All of these have contributed to our positive production trends year-to-date. This is most evident in our strong second quarter U.S. results, where solid execution and an increasing pace of activity enabled us to exceed guidance by 7,000 BOEs per day. The Permian Basin was the primary growth driver in the quarter, with oil production in the Midland and Delaware Basins up almost 6,000 barrels per day from the first quarter. As highlighted in last night's press release, based on this performance, we are raising our full year 2018 U.S. production guidance to 260,000 barrels of oil equivalent per day, and we are raising full year 2018 Permian Basin guidance to approximately 210,000 barrels of oil equivalent per day. Both of these are above the high end of our prior guidance, which was increased in May.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-K

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ3 2018 Earnings Call Transcripts

## Thursday, November 01, 2018 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.47 | 0.63 | ▲34.04 | 0.60 | 2.06 | 2.26 |
| **Revenue (mm)** | 1886.86 | 1983.00 | ▲5.10 | 2050.14 | - | 8265.47 |

Currency: USD
Consensus as of  Nov-01-2018 11:30 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

Legend: ▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 0.25 | 0.33 | ▲1 32.00 % |
| **FQ1 2018** | 0.29 | 0.32 | ▲2 10.34 % |
| **FQ2 2018** | 0.39 | 0.50 | ▲3 28.21 % |
| **FQ3 2018** | 0.47 | 0.63 | ▲4 34.04 % |

COPYRIGHT © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning. My name is Lisa, and I'll be your conference operator today. At this time, I would like to welcome everyone to the third quarter 2018 earnings conference call. [Operator Instructions]

Gary Clark, Investor Relations, you may begin your conference.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning, and thank you for joining us on Apache Corporation's Third Quarter 2018 Financial and Operational Results Conference Call. We will begin the call today with an overview by Apache CEO and President, John Christmann. Tim Sullivan, Executive Vice President of Operations support will then provide additional operational color and Steve Riney, Executive Vice President and CFO will summarize our third quarter financial performance. Also available on the call to answer questions are Apache's Senior Vice Presidents, Brian Freed, Midstream and marketing; Mark Meyer, Energy, Technology, Data Analytics and Commercial intelligence; and Dave Pursell, planning reserves and fundamentals. Our prepared remarks will be approximately 25 minutes in length with the remainder of the hour allotted for Q&A. In conjunction with yesterday's press release, I hope you have had the opportunity to review our third quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these Non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website. Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt's tax barrels. Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. On the call today, I will discuss Apache's strategic positioning, provide a preview of 2019, comment on our strong third quarter performance and review our key focus areas. Apache is a very different and much improved company from 4 years ago, when oil prices began their prolonged downturn in the fall of 2014. We acknowledged very early on that the industry, including Apache needed to make significant changes. Not only in terms of reducing activity levels and overall cost structure, but equally, to reestablish long-term returns discipline in the capital program. At that time, we chose to significantly curtail our drilling program, allowing production to decline rather than pursue growth in an environment where commodity prices and costs were not properly aligned. We refrained from participating in high cost acreage acquisitions in the heart of proven plays, choosing instead to build our unconventional exploration capabilities. An important outcome of this strategy was the discovery of Alpine High. We have frequently stated in our philosophy that an EMP company should be capable of living within cash flow from operations, generating sustainable long-term reserve and production growth, while also returning capital to shareholders. After significant upfront investment at Alpine High and the pending completion of our Altus Midstream transaction, Apache has turned the corner and is well-positioned to deliver on this philosophy for many years to come. We continue to generate steady production growth on a flat activity set and are poised to deliver positive free cash flow in 2019. This can be sustained over the long-term through development of our extensive inventory. We'll be supplemented by organic exploration, including discoveries in hand today and a refresh portfolio of new opportunities. Lower F&D costs, increasing returns and continual portfolio high grading will accompany our growth and

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-L

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ4 2018 Earnings Call Transcripts
## Thursday, February 28, 2019 4:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.26 | 0.31 | ▲19.23 | 0.12 | 1.69 | 1.77 | ▲4.73 | 0.64 |
| Revenue (mm) | 1810.59 | 1765.00 | ▼(2.52 %) | 1649.32 | 7404.05 | 7424.00 | ▲0.27 | 6968.07 |

Currency: USD
Consensus as of  Feb-28-2019 2:30 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2018 | 0.29 | 0.32 | ▲ 10.34 % |
| FQ2 2018 | 0.39 | 0.50 | ▲ 28.21 % |
| FQ3 2018 | 0.47 | 0.63 | ▲ 34.04 % |
| FQ4 2018 | 0.26 | 0.31 | ▲ 19.23 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning. My name is Rob, and I will be your conference operator today. At this time, I would like to welcome everyone to the Apache Corporation Fourth Quarter 2018 Results Conference Call. [Operator Instructions]

Thank you. Mr. Gary Clark, Vice President of Investor Relations, you may begin your conference.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning, and thank you for joining us on Apache Corporation's Fourth Quarter and Full Year 2018 Financial And Operational Results Conference Call.

We will begin the call with an overview by Apache CEO and President, John Christmann. Tim Sullivan, Executive Vice President of Operations Support, will then provide additional operational color; and Steve Riney, Executive Vice President and CFO, will summarize our fourth quarter and full year financial performance. Also available on the call to answer questions are Apache Executive Vice Presidents, Mark Meyer, Energy Technology, Data Analytics & Commercial Intelligence; and Dave Pursell, Planning, Reserves and Fundamentals.

Our prepared remarks will be approximately 30 minutes in length, with the remainder of the hour allotted for Q&A.

In conjunction with yesterday's press release, I hope you've had the opportunity to review our fourth quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website.

Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt's tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. On today's call, I will review Apache's fourth quarter production results, recap our key accomplishments in 2018, update and provide color on the 2019 outlook we issued a few weeks ago and conclude with some high-level direction out to 2021.

Our fourth quarter total adjusted production of 421,000 barrels of oil equivalent per day for the quarter was in line with guidance. Strong international volumes offset slightly lower than expected U.S. production. New wells in the North Sea at Callater and Garten drove international outperformance, while production in Egypt was generally in line with our expectations.

In the U.S., Permian oil production continued its trend of strong performance and sequential growth, significantly exceeding our guidance for the quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-M

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ1 2019 Earnings Call Transcripts

## Thursday, May 02, 2019 3:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.14 | 0.10 | ▼ (28.57 %) | 0.34 | 1.16 | 1.33 |
| **Revenue (mm)** | 1634.86 | 1635.00 | ▲ 0.01 | 1711.44 | 6956.38 | 7461.38 |

Currency: USD
Consensus as of May-02-2019 1:43 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2018** | 0.39 | 0.50 | ▲1 28.21 % |
| **FQ3 2018** | 0.47 | 0.63 | ▲2 34.04 % |
| **FQ4 2018** | 0.26 | 0.31 | ▲3 19.23 % |
| **FQ1 2019** | 0.14 | 0.10 | ▼4 (28.57 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Operator**

Good day. My name is Christie, and I will be your conference operator today. At this time, I would like to welcome everyone to the Apache Corporation First Quarter 2019 Earnings Conference Call. [Operator Instructions] I will now turn the call over to Gary Clark, Vice President of Investor Relations. Mr. Clark, you may begin your conference.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning, and thank you for joining us on Apache Corporation's First Quarter Financial and Operational Results Conference Call. We will begin the call with an overview by CEO and President, John Christmann. Tim Sullivan, Executive Vice President of Operations Support, will then provide additional operational color. And Steve Riney, Executive Vice President and CFO, will summarize our fourth quarter and full year financial performance. Also available on the call to answer questions are Apache Executive Vice Presidents, Mark Meyer, Energy Technology, Data Analytics & Commercial Intelligence; and Dave Pursell, Planning, Reserves and Fundamentals.

Our prepared remarks will be approximately 25 minutes in length with the remainder of the hour allotted for Q&A. In conjunction with yesterday's press release, I hope you have had the opportunity to review our first quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website. Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interests in Egypt and Egypt tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental data on our website. And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. On today's call, I will provide an overview of Apache's first quarter results, discuss our production outlook and comment on our first exploration well in Suriname, review our upstream capital budget and Apache's commitment to return incremental cash flow to investors and highlight our progress on noncore asset sales.

Apache had an excellent first quarter in terms of execution, well performance and delivery against our production and capital guidance. We exceeded our U.S. production target by 5,000 BOEs per day and our international target by 7,000 BOEs per day on a capital budget of less than $600 million. In the Permian Basin, we maintained oil production near fourth quarter levels despite placing 1 of our 2 completion crews on a frac holiday for the entire first quarter.

At Alpine High, where we also had a relatively low number of completions, production was up significantly from the fourth quarter and was in line with our guidance of 70,000 BOEs per day. Overall, we delivered a 5% sequential quarterly increase in Permian Basin volumes. This is an impressive accomplishment given that we placed only 39 wells online in the first quarter compared to 60 wells during the fourth quarter.

Strong operational execution and well performance, coupled with minimal facilities downtime drove these results. International production was up 6% compared to the fourth quarter. In the North Sea, we benefited from strong early production rates from 2 wells at Garten and Callater, a continuation of good

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-N

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ2 2019 Earnings Call Transcripts

## Thursday, August 01, 2019 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.13 | 0.11 | ▼ (15.38 %) | 0.11 | 0.44 | 1.62 |
| **Revenue (mm)** | 1587.84 | 1603.00 | ▲ 0.95 | 1543.59 | 6571.64 | 7235.48 |

Currency: USD
Consensus as of  Aug-01-2019 11:54 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise     ▼ Negative EPS Normalized surprise     ● Neutral EPS Normalized surprise

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ3 2018** | 0.47 | 0.63 | ▲1 34.04 % |
| **FQ4 2018** | 0.26 | 0.31 | ▲2 19.23 % |
| **FQ1 2019** | 0.14 | 0.10 | ▼3 (28.57 %) |
| **FQ2 2019** | 0.13 | 0.11 | ▼4 (15.38 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Presentation

**Operator**

Good morning. My name is Natalia, and I will be your conference operator today. At this time, I would like to welcome everyone to the second quarter 2019 earnings call. [Operator Instructions] Thank you.

I will now turn the call over to Mr. Gary Clark, Vice President of Investor Relations. You may begin sir.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning, and thank you for joining us on Apache Corporation's Second Quarter Financial and Operational Results Conference Call. We will begin the call with an overview by CEO and President, John Christmann. Tim Sullivan, Executive Vice President of Operations Support, will then provide additional operational color; and Steve Riney, Executive Vice President and CFO, will summarize our second quarter financial performance. Also available on the call to answer questions are Apache Executive Vice Presidents, Mark Meyer, Energy Technology, Data Analytics & Commercial Intelligence; and Dave Pursell, Planning, Reserves and Fundamentals.

Our prepared remarks will be approximately 20 minutes in length with the remainder of the hour allotted for Q&A. In conjunction with yesterday's press release, I hope you have had the opportunity to review our second quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website. Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discussed today. A full disclaimer is located with the supplemental data on our website.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. On today's call, I will provide an overview of Apache's second quarter results, comment on our production outlook and capital investment program for the remainder of the year, outline our current position and initiatives in the Permian Basin, Egypt, North Sea and offshore Suriname and conclude with some thoughts on capital allocation in the context of the current macro environment.

In the second quarter, Apache's total adjusted production exceeded guidance with upstream capital spending of just under $600 million. Through midyear, we have invested less than 50% of our full year budget of $2.4 billion. We are focused on strict capital discipline, which is achievable, given our level-loaded activity set and relatively stable operational pace over the last couple of years. Permian Basin oil volumes trailed our guidance in the second quarter for a few reasons. Tim will provide more details. But in aggregate, we brought online 15 fewer wells than anticipated and incurred a significant delay in initial production from several other wells. Most of these items are just timing related from which we will fully recover by year-end.

Internationally and at an Alpine High, volumes in the second quarter were in line with our adjusted production guidance. Construction and commissioning of Altus Midstream's first 2 cryogenic processing

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-O

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ3 2019 Earnings Call Transcripts

## Thursday, October 31, 2019 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2019- | | | -FQ4 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.18) | (0.29) | NM | 0.06 | (0.04) | 0.44 |
| **Revenue  (mm)** | 1438.16 | 1477.00 | ▲2.70 | 1609.83 | 6310.49 | 6679.39 |

Currency: USD
Consensus as of  Oct-31-2019 12:45 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2018** | 0.26 | 0.31 | ▲1 19.23 % |
| **FQ1 2019** | 0.14 | 0.10 | ▼2 (28.57 %) |
| **FQ2 2019** | 0.09 | 0.11 | ▲3 22.22 % |
| **FQ3 2019** | (0.18) | (0.29) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good morning. My name is Nicole, and I will be your conference operator today. At this time, I would like to welcome everyone to the third quarter 2019 earnings call.

[Operator Instructions]

It is now my pleasure to hand the conference over to Mr. Gary Clark. Please go ahead, sir.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning, and thank you for joining us on Apache Corporation's Third Quarter Financial and Operational Results Conference Call. We will begin the call with an overview by CEO and President, John Christmann. Due to a personal matter, Tim Sullivan is unable to join us today. So Dave Pursell, Executive Vice President of Planning, Reserves and Fundamentals will provide additional operational color. Following that, Steve Riney, Executive Vice President and CFO, will summarize our third quarter financial performance.

Our prepared remarks will be approximately 20 minutes in length, with the remainder of the hour allotted for Q&A.

In conjunction with yesterday's press release, I hope you've had the opportunity to review our third quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

On today's conference call, we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website.

Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discussed today. A full disclaimer is located with the supplemental information on our website.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. On today's call, I will discuss Apache's approach to delivering value in the current environment, provide high-level direction on our 2020 capital budget and conclude with some comments on our third quarter performance and fourth quarter outlook.

The market has come to view the lower oil and gas price environment that has been in place since 2014 as structural in nature and unlikely to improve for the foreseeable future. Compounding this, investors are frustrated with excessive capital investment by U.S. producers in pursuit of growth, which has come at the expense of both return on and return of capital. For these and other reasons, the broad energy sector is out of favor, and there is very little investor interest in publicly-traded E&P companies. In response, as an industry, we must generate more free cash flow and return it to investors on a more consistent basis, while continuing to operate responsibly and increasing our focus on emissions reduction.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit 42-P

**S&P Global**
Market Intelligence

# Apache Corporation NYSE:APA
# FQ4 2019 Earnings Call Transcripts
## Thursday, February 27, 2020 4:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.05) | 0.08 | NM | 0.03 | (0.12) | 0.00 | NM | 0.53 |
| Revenue (mm) | 1607.51 | 1696.00 | ▲5.50 | 1638.92 | 6329.32 | 6411.00 | ▲1.29 | 6401.81 |

Currency: USD
Consensus as of  Feb-27-2020 1:00 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2019 | 0.14 | 0.10 | ▼ (28.57 %) |
| FQ2 2019 | 0.09 | 0.11 | ▲ 22.22 % |
| FQ3 2019 | (0.18) | (0.29) | NM |
| FQ4 2019 | (0.05) | 0.08 | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

1

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Apache Corporation Fourth Quarter 2019 Earnings Announcement Webcast. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker for today, Gary Clark, Vice President, Investor Relations. You may begin.

**Gary Thomas Clark**
*Vice President of Investor Relations*

Good morning, and thank you for joining us on Apache Corporation's Fourth Quarter Financial and Operational Results Conference Call. We will begin the call with an overview by CEO and President, John Christmann. Steve Riney, Executive Vice President and CFO, will then summarize our fourth quarter and full year financial performance. Dave Pursell, Executive Vice President of Development, Planning, Reserves and Fundamentals, will also be available on the call to answer questions.

Our prepared remarks will be approximately 15 minutes in length, with the remainder of the hour allotted for Q&A. In conjunction with yesterday's press release, I hope you have had the opportunity to review our fourth quarter financial and operational supplement, which can be found on our Investor Relations website at investor.apachecorp.com.

Please note that we may discuss certain non-GAAP financial measures. A reconciliation of the differences between these non-GAAP financial measures and the most directly comparable GAAP financial measures can be found in the supplemental information provided on our website. Consistent with previous reporting practices, adjusted production numbers cited in today's call are adjusted to exclude noncontrolling interest in Egypt and Egypt tax barrels.

Finally, I'd like to remind everyone that today's discussions will contain forward-looking estimates and assumptions based on our current views and reasonable expectations. However, a number of factors could cause actual results to differ materially from what we discuss today. A full disclaimer is located with the supplemental information on our website.

And with that, I will turn the call over to John.

**John J. Christmann**
*CEO, President & Director*

Good morning, and thank you for joining us. On today's call, I will recap Apache's 2019 accomplishments, discuss our fourth quarter performance and conclude with an overview of our strategic approach for the next few years.

For Apache, 2019 was a year of both progress and challenges. Our most significant challenges were associated with Alpine High, which I will discuss in a few minutes. Our progress, however, was on many fronts. We took steps to advance key environmental, social and governance initiatives, met our corporate goals around capital spending reduction and cash returns, further streamlined and repositioned our portfolio and strengthened our balance sheet. Specifically, over the last year, we enhanced our global sustainability efforts by linking ESG goals directly to short-term incentive compensation, initiated alignment of ESG disclosures with SASB and TCFD recommendations, and began to earmark capital specifically for ESG projects.

We launched a comprehensive corporate redesign to further align our organization, work processes and cost structure with lower long-term planned activity levels, and we reduced upstream capital investment by 23% from 2018. We also delivered cash return on invested capital consistent with our corporate

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.