United States District Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575 <br><br> District Judge George C. Hanks, Jr. <br><br> Magistrate Judge Andrew M. Edison <br><br> <u>CLASS ACTION</u> |

**JOINT STIPULATION REGARDING
<u>OBJECTIONS TO MEMORANDUM AND RECOMMENDATION</u>**

Plymouth County Retirement System ("Plymouth County") and the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters 142") (collectively, the "Pension Funds" or "Lead Plaintiff") and Defendants Apache Corporation ("Apache"), John J. Christmann, IV, Timothy J. Sullivan, and Stephen J. Riney (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties") stipulate and agree as follows:

1.      WHEREAS, Lead Plaintiff timely filed its Consolidated Complaint on December 17, 2021, and Defendants timely filed their Motion to Dismiss the Consolidated Complaint on February 15, 2022.

2.      WHEREAS, on September 15, 2022, the Court, Judge Edison presiding, issued a Memorandum and Recommendation ("Report," Dkt. 76) recommending that Defendants' Motion to Dismiss be denied.

3.      WHEREAS, Defendants' deadline to object to the Report is currently September 29, 2022.

100627044

4.	WHEREAS, the Parties wish to expand the schedule for Defendants' objections to the Report to October 13, 2022 and for Lead Plaintiff's responses to those objections, to November 10, 2022.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

5.	Defendants will file their Objections to the Report by October 13, 2022, and Lead Plaintiff will file its Response to those Objections by November 10, 2022.

IT IS SO STIPULATED.

Dated:  September 26, 2022	Respectfully submitted,

**BAKER BOTTS L.L.P**.

*/s/ David D. Sterling*
David D. Sterling
  *Attorney-In-Charge*
Texas Bar No. 19170000
Federal I.D. No. 07079
Amy Pharr Hefley
State Bar No. 24046046
910 Louisiana Street
Houston, Texas 77002
(713) 229-1946
(713) 229-7946 (Fax)
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com

*Attorneys for Defendants Apache Corporation,*
*John J. Christmann IV, Timothy J. Sullivan, and*
*Stephen J. Riney*

Dated:  September 26, 2022

**AJAMIE LLP**

*/s/ Thomas R. Ajamie (by permission)*

Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiff*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Michelle M. Newcomer (admitted *pro hac vice*)
Daniel B. Rotko (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
mnewcomer@ktmc.com
drotko@ktmc.com

3

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
505 Lomas Santa Fe Dr., Suite #180
San Diego, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiff*

4

IT IS SO ORDERED.

Dated: ___9-28_____, 2022

_____
Hon. Andrew M. Edison
United States Magistrate Judge

5