**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575 <br><br> District Judge George C. Hanks, Jr. <br><br> Magistrate Judge Andrew M. Edison <br><br> <u>CLASS ACTION</u> |

**ORDER
(1) ADOPTING MEMORANDUM AND RECOMMENDATION; AND
(2) DENYING DEFENDANTS' MOTION TO DISMISS
<u>PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT</u>**

After considering Magistrate Judge Andrew M. Edison's Memorandum and Recommendation (Dkt. 76), which recommended that Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Dkt. 71) be DENIED, the Court:

ADOPTS in its entirety Magistrate Judge Andrew M. Edison's Memorandum and Recommendation; and

DENIES Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.


DATED: _____      _____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE