United States District Court
Southern District of Texas
**ENTERED**
November 30, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, *et al.*, <br> Plaintiffs. <br><br> V. <br><br> APACHE CORPORATION, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:21-cv-00575 |

## **ORDER**

I need to issue a Docket Control Order in this case. I certainly want the parties' input. To that end, the parties are ordered to confer on a proposed Docket Control Order. By Friday, December 9, 2022, the parties should inform the Court by letter of any agreed dates and any disagreements.

SIGNED and ENTERED this 30th day of November 2022.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE