United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | § § § § § § | CIVIL ACTION NO. 4:21-cv-00575 |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

1. Passed
   *Note:* Defendants are scheduled to file their answer on January 10, 2023
   
   **DEADLINE TO AMEND PLEADINGS.** A party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. Passed

   **DEADLINE TO ADD NEW PARTIES.** A party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

3. April 7, 2023

   **DEADLINE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

4. May 19, 2023

   **DEADLINE FOR DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION.**

5. July 7, 2023

   **DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF CLASS CERTIFICATION.**

6. August 4, 2023 — **DEADLINE FOR DEFENDANTS' SUR-REPLY IN OPPOSITION TO CLASS CERTIFICATION.**

7. TBD — **HEARING ON CLASS CERTIFICATION.**

8. 30 days after Defendants serve objections and responses to Plaintiff's requests for production — **DEADLINE FOR PARTIES TO AGREE ON SEARCH PROTOCOL OR PRESENT UNRESOLVED ISSUES TO THE COURT.**

9. 150 days after parties agree on search protocol or Court rules on unresolved issues with search protocol — **DEADLINE FOR SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION.** The parties shall make rolling productions of documents in advance of this deadline on a regular basis with no "document dump" at the end of the substantial completion period.

10. December 1, 2023 — **COMPLETION OF FACT DISCOVERY.**

11. January 12, 2024 — **PLAINTIFF'S EXPERT REPORTS DUE.**

12. February 28, 2024 — **DEFENDANTS' RESPONSIVE EXPERT REPORTS DUE.**

13. March 29, 2024 — **PLAINTIFF'S REPLY EXPERT REPORTS DUE.**

14. April 26, 2024 — **COMPLETION OF EXPERT DISCOVERY.**

15. May 24, 2024 — **DISPOSITIVE AND DAUBERT MOTIONS.**

16. June 28, 2024      **DISPOSITIVE AND DAUBERT OPPOSITIONS.**

17. July 26, 2024      **DISPOSITIVE AND DABUERT REPLY BRIEFS.**

18. TBD                **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE.**

19. TBD                **<u>JURY / BENCH TRIAL.</u>**

SIGNED this 19th day of December 2022.

                                    _____
                                    ANDREW M. EDISON
                                    UNITED STATES MAGISTRATE JUDGE