United States District Court
Southern District of Texas

**ENTERED**

February 03, 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 21-cv-00575 |
|---|---|---|---|

IN RE APACHE CORP. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Austin W. Manning<br>Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>610-822-0274; amanning@ktmc.com<br>PA Bar No. 327640<br>U.S.D.C., E.D. Pa.<br>Austin W. Manning affirms that she has familiarized herself with the Local Rules of the United States District Court for the Southern District of Texas and the Court Procedures of District Judge George C. Hanks, Jr. and Magistrate Judge Andrew M. Edison. |

| Name of party applicant seeks to appear for: | Lead Plaintiffs Plymouth County Retirement System and Trustees of the Teamsters Union No. 142 Pension Fund |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ____✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 2/2/2023 | Signed: | |
|---|---|---|---|

| The state bar reports that the applicant's status is: | | Active |
|---|---|---|
| Dated: | February 02, 2023 | Clerk's signature |

### Order

Dated: _February 02, 2023_____

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge
**Magistrate**