**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiffs Plymouth County Retirement Association ("Plymouth County") and the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters," and together with Plymouth County, "Lead Plaintiffs") and Defendants Apache Corporation ("Apache"), John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney ("Individual Defendants," and together with Apache, "Defendants") file this Joint Motion for Entry of Agreed Protective Order and, and request that the Court enter the proposed agreed protective order submitted with this motion as Exhibit A.

Dated: March 1, 2023  Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
 David D. Sterling
 Attorney-In-Charge
 State Bar No. 19170000
 Federal I.D. No. 07079
 Amy Pharr Hefley
 State Bar No. 24046046
 Anthony J. Lucisano
 State Bar No. 24102118
 Federal I.D. No. 3369146
 C. Frank Mace
 State Bar No. 24110609
 Federal I.D. No. 3385915
 910 Louisiana Street
 Houston, Texas 77002
 (713) 229-1946
 (713) 229-7946 (Fax)
 david.sterling@bakerbotts.com
 amy.hefley@bakerbotts.com
 anthony.lucisano@bakerbotts.com
 frank.mace@bakerbotts.com

 **ATTORNEYS FOR DEFENDANTS APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, AND STEPHEN J. RINEY**

**AJAMIE LLP**

*/s/ Thomas R. Ajamie (by permission)*
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

**LIAISON COUNSEL FOR LEAD PLAINTIFFS**

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Michelle M. Newcomer (admitted *pro hac vice*)
Daniel B. Rotko (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastald@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
mnewcomer@ktmc.com
drotko@ktmc.com

**SAXENA WHITE P.A.**

David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

**CO-LEAD COUNSEL FOR LEAD PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of March, 2023, a true and correct copy of the foregoing document was served via ECF and/or electronic mail on all counsel of record.

      */s/ Amy Pharr Hefley*
      Amy Pharr Hefley