**BAKER BOTTS** LLP

910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN          NEW YORK
BRUSSELS        PALO ALTO
DALLAS          RIYADH
DUBAI           SAN FRANCISCO
HOUSTON         SINGAPORE
LONDON          WASHINGTON

March 1, 2023

**Via ECF**

Amy Pharr Hefley
TEL +1 713.229.1270
FAX +1 713.229.2770
amy.hefley@bakerbotts.com

Hon. Andrew M. Edison
United States Magistrate Judge
United States District Court
Southern District of Texas
601 Rosenberg, Seventh Floor
Galveston, Texas 77550

     Re: No. 4:21-cv-00575, *In re Plymouth County Retirement Sys. v. Apache Corp., et al.*

Dear Judge Edison,

     Pursuant to the Court's Docket Control Order, Dkt. 86, the Plymouth County Retirement System ("Plymouth County") and the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters 142") (collectively, "Lead Plaintiffs") and Defendants Apache Corporation ("Apache"), John J. Christmann, IV, Timothy J. Sullivan, and Stephen J. Riney (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties") provide the Court with this update concerning the status of their efforts to agree to a search protocol pertaining to Defendants' document production in this matter.[1]

     Lead Plaintiffs served their First Set of Requests for Production on Defendants ("Requests") on December 29, 2022, and Defendants served their Objections and Responses to Lead Plaintiffs' Requests on January 30, 2023. Since December 2022, the Parties have engaged in good-faith negotiations on discovery matters in this action, including a proposed Discovery Confidentiality Agreement and Protective Order ("Protective Order"), which the Parties submit separately today for the Court's approval. The Parties have also engaged in extensive discussions pertaining to the Search Protocol for Plaintiff's Requests, and have agreed on individual document custodians whose documents Defendants will search in response to the Requests and produce as part of their rolling production.

     The Parties are continuing to negotiate other components of the Search Protocol, including (i) the search terms that will be applied to emails and, where appropriate, non-custodial sources; and (ii) the custodial and non-custodial data sources that are available and that Defendants will search. The Parties are hopeful that continued negotiations on these remaining items will eliminate or limit any disputes. The Parties, therefore, respectfully request that they be permitted to continue such discussions until March 21, 2023, at which point they will report their

---

[1]     The Docket Control Order requires, among other things, that within thirty (30) days of Defendants' responses and objections to Plaintiff's Requests, the Parties must agree to a search protocol ("the "Search Protocol") or present to the Court any disputed issues pertaining to the Search Protocol.

102849678

**BAKER BOTTS** LLP

Hon. Andrew M. Edison            - 2 -            March 1, 2023

agreement to the Court or present to the Court for resolution any Search Protocol matters on which they disagree.[2]

*/s/ Josh D'Ancona*
**KESSLER TOPAZ MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted pro hac vice)
Michelle M. Newcomer (admitted pro hac vice)
Richard A. Russo Jr. (admitted pro hac vice)
Daniel B. Rotko (admitted pro hac vice)
Austin W. Manning (admitted pro hac vice)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
mnewcomer@ktmc.com
rrusso@ktmc.com
drotko@ktmc.com
amanning@ktmc.com

**SAXENA WHITE P.A.**

David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
505 Lomas Santa Fe Dr., Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and-

*/s/ Amy Pharr Hefley*
**BAKER BOTTS L.L.P.**
David D. Sterling
Attorney-In-Charge
Texas Bar No. 19170000
Federal I.D. No. 07079
Amy Pharr Hefley
State Bar No. 24046046
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1946
Facsimile: (713) 229-7946
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com

*Counsel Attorneys for Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney*

---

[2] Relatedly, the Parties are also negotiating a Discovery Protocol Regarding Electronically Stored Information and Paper Documents in an attempt to have an agreed-upon framework for certain aspects of the parties' collection, search, and production methodologies.

102849678

**BAKER BOTTS LLP**

Hon. Andrew M. Edison　　　　　　　　- 3 -　　　　　　　　March 1, 2023

Steven B. Singer (pro hac vice forthcoming)
Joshua H. Saltzman (admitted pro hac vice)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

-and-

Maya Saxena (pro hac vice forthcoming)
Joseph E. White, III (pro hac vice forthcoming)
Lester R. Hooker (pro hac vice forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

**AJAMIE LLP**

Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

102849678