United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-00575 |
|---|---|---|---|

In re Apache Corp. Securities Litigation

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sara DiLeo<br>Saxena White P.A.<br>10 Bank Street<br>Suite 882<br>White Plains, NY 10606<br>914.607.7565, sdileo@saxenawhite.com<br>NY Bar No.: 4731139<br>Sara DiLeo affirms that she has familarized herself with the Local Rules of the United States District Court for the Southern District of Texas and the Court Procedures of Judge George C. Hanks, Jr. |

| Name of party applicant seeks to appear for: | Lead Plaintiffs Plymouth County Retirement System and Trustees of the Teamsters Union No. 142 Pension Fund. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No   ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/8/2023 | Signed:     /s/ Sara DiLeo |
|---|---|

| The state bar reports that the applicant's status is:    ACTIVE | |
|---|---|
| Dated: 3/10/2023 | Clerk's signature    B. Thomas |

### Order

This lawyer is admitted *pro hac vice*.

Dated: March 10, 2023

*George C. Hanks Jr.*
United States District Judge