

March 21, 2023

**VIA ECF**

U.S. Magistrate Judge Andrew M. Edison
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, TX 77550

    Re**:**  No. 4:21-cv-00575, *In re Plymouth County Retirement Sys. v. Apache Corp., et al.*

Dear Judge Edison:

    Pursuant to the Court's Docket Control Order, Dkt. 86, and the Court's March 2, 2023 Minute Order,[1] the Plymouth County Retirement System ("Plymouth County") and the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters 142") (collectively, "Lead Plaintiffs") and Defendants Apache Corporation ("Apache"), John J. Christmann, IV, Timothy J. Sullivan, and Stephen J. Riney (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties") provide the Court with this second update concerning the status of their efforts to agree to a Search Protocol pertaining to Defendants' document production in this matter.

    Since submitting their March 1, 2023 Status Report addressing their efforts to agree upon a Search Protocol, the Parties have engaged in continued negotiations but have not yet reached agreement and would benefit from a limited additional period of time in which to attempt to reach agreement or else define for the Court the matters still in dispute. The Parties, therefore, jointly request that they be permitted to continue good faith negotiations until March 31, 2023, at which point they will report their agreement to the Court or present to the Court for resolution any remaining disputed issues.

                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Johnston de F. Whitman, Jr.* | */s/ Amy Pharr Hefley* |
| **KESSLER TOPAZ** | **BAKER BOTTS L.L.P.** |
| **MELTZER & CHECK, LLP** | David D. Sterling |
| Gregory M. Castaldo (*pro hac vice*) | Attorney-In-Charge |
| Johnston de F. Whitman, Jr. (*pro hac vice*) | Texas Bar No. 19170000 |
| Joshua E. D'Ancona (*pro hac vice*) | Federal I.D. No. 07079 |

---

[1] The Docket Control Order requires, among other things, that within thirty (30) days of Defendants' responses and objections to Plaintiffs' Requests, the Parties must agree to a search protocol ("Search Protocol") or present to the Court any disputed issues pertaining to a Search Protocol. In its March 2, 2023 Minute Order, the Court granted the Parties request to submit a status report by March 21, 2023 addressing their continuing efforts to agree upon a Search Protocol.

1



Michelle M. Newcomer (*pro hac vice*)
Richard A. Russo Jr. (*pro hac vice*)
Daniel B. Rotko (*pro hac vice*)
Austin W. Manning (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
mnewcomer@ktmc.com
rrusso@ktmc.com
drotko@ktmc.com
amanning@ktmc.com

**SAXENA WHITE P.A.**

David R. Kaplan (*pro hac vice*)
Wolfram T. Worms (*pro hac vice*)
Hani Farah (*pro hac vice*)
505 Lomas Santa Fe Dr., Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

Amy Pharr Hefley
State Bar No. 24046046
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1946
Facsimile: (713) 229-7946
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com

*Counsel Attorneys for Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney*

2

 

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

**AJAMIE LLP**

Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*