

March 31, 2023

**VIA ECF**

U.S. Magistrate Judge Andrew M. Edison
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, TX 77550

    Re**:**  No. 4:21-cv-00575, *In re Plymouth County Retirement Sys. v. Apache Corp., et al.*

Dear Judge Edison:

    Pursuant to the Court's Docket Control Order, Dkt. 86, and the Court's March 21, 2023 Minute Order, the Plymouth County Retirement System ("Plymouth County") and the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters 142") (collectively, "Lead Plaintiffs") and Defendants Apache Corporation ("Apache"), John J. Christmann, IV, Timothy J. Sullivan, and Stephen J. Riney (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties") jointly provide the Court with this third update concerning the status of their efforts to agree to a Search Protocol pertaining to Defendants' document production in this matter.

    Although the Parties have agreed on certain matters, they appear to have reached impasse on others. As a result, the Parties propose the following schedule for resolving the remaining disputed issues: (1) Plaintiffs submit to the Court a short letter brief (not to exceed 5 single-spaced pages) outlining their position on the remaining disputed issues on April 4; and (2) Defendants submit their responsive letter brief (not to exceed 5 single-spaced pages) on April 7.

    Respectfully submitted,

| | |
|---|---|
| */s/ Johnston de F. Whitman, Jr.* | */s/ Amy Pharr Hefley*\_\_\_\_ |
| **KESSLER TOPAZ** | **BAKER BOTTS L.L.P.** |
| **MELTZER & CHECK, LLP** | David D. Sterling |
| Gregory M. Castaldo (*pro hac vice*) | Attorney-In-Charge |
| Johnston de F. Whitman, Jr. (*pro hac vice*) | Texas Bar No. 19170000 |
| Joshua E. D'Ancona (*pro hac vice*) | Federal I.D. No. 07079 |



| | |
|---|---|
| Michelle M. Newcomer (*pro hac vice*)<br>Richard A. Russo Jr. (*pro hac vice*)<br>Daniel B. Rotko (*pro hac vice*)<br>Austin W. Manning (*pro hac vice*)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>gcastaldo@ktmc.com<br>jwhitman@ktmc.com<br>jdancona@ktmc.com<br>mnewcomer@ktmc.com<br>rrusso@ktmc.com<br>drotko@ktmc.com<br>amanning@ktmc.com | Amy Pharr Hefley<br>State Bar No. 24046046<br>910 Louisiana Street<br>Houston, TX 77002<br>Telephone: (713) 229-1946<br>Facsimile: (713) 229-7946<br>david.sterling@bakerbotts.com<br>amy.hefley@bakerbotts.com<br><br>*Counsel Attorneys for Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney* |

**SAXENA WHITE P.A.**

David R. Kaplan (*pro hac vice*)
Wolfram T. Worms (*pro hac vice*)
Hani Farah (*pro hac vice*)
505 Lomas Santa Fe Dr., Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

2

 

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

**AJAMIE LLP**

Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*