## APPENDIX A

## LEAD PLAINTIFFS' EXHIBIT LIST – LETTER BRIEF REGARDING DISCOVERY DISPUTES

| EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Lead Plaintiffs' Proposed Discovery Protocol Regarding Production of ESI and Paper Documents |
| 2 | March 10, 2023 Email from Amy Hefley to Josh D'Ancona re: APA – Ds' search term proposal |
| 3 | February 25, 2023 Letter form Amy Hefley to Josh D'Ancona and David Kaplan re: Civil Action NO. 4:21-cv-00575; *In re Apache Corp. Securities Litigation*; In the U.S. District Court for the Southern District of Texas, Houston Division |