UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

### DECLARATION OF JOSHUA E. D'ANCONA IN SUPPORT OF LEAD PLAINTIFFS' LETTER BRIEF REGARDING DISCOVERY DISPUTES

I, Joshua E. D'Ancona, hereby declare as follows:

1. I am a partner of the law firm, Kessler Topaz Meltzer & Check, LLP, court-appointed Lead Counsel for Lead Plaintiffs the Plymouth County Retirement System and the Trustees of the Teamsters Union No. 142 Pension Fund in the above-referenced action. I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in support of Lead Plaintiffs' Letter Brief Regarding Discovery Disputes, and I have personal knowledge of or information bearing on the facts set forth herein.

3. Attached are true and correct copies of the following exhibits:

Exhibit 1:   Lead Plaintiffs' Proposed Discovery Protocol Regarding Production of ESI and Paper Documents.

Exhibit 2:   March 10, 2023 Email from Amy Hefley to Josh D'Ancona Re: APA – Ds' search term proposal.

1

<u>Exhibit 3</u>:   February 25, 2023 Letter from Amy Hefley to Josh D'Ancona and David Kaplan Re: Civil Action No. 4:21-cv-00575; *In re Apache Corp. Securities Litigation*; In the U.S. District Court for the Southern District of Texas, Houston Division.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of April, 2023.

*s/ Joshua E. D' Ancona*
Joshua E. D'Ancona