**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575 <br><br> District Judge George C. Hanks, Jr. <br><br> Magistrate Judge Andrew M. Edison <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF THOMAS R. AJAMIE IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL AND <u>SUPPORTING MEMORANDUM OF LAW</u>**

I, Thomas R. Ajamie, declare as follows:

1. I am a member in good standing of the State Bar of Texas and am admitted to practice before this Court. I am Managing Partner of the law firm Ajamie LLP. I submit this Declaration in support of *Lead Plaintiffs' Motion for Class Certification and Appointment of Class representatives and Class Counsel and Supporting Memorandum of Law*.

2. Attached are true and correct copies of the following exhibits:

   Exhibit A:   The Expert Report of Dr. Zachary Nye, Ph.D., dated April 7, 2023, along with its exhibits

   Exhibit B:   Firm résumé of Saxena White P.A.

   Exhibit C:   Firm résumé of Kessler Topaz Meltzer & Check, LLP

   Exhibit D:   Firm résumé of Ajamie LLP

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1

2

Executed this 7th day of April, 2023

                                                *s/ Thomas R. Ajamie*
                                                Thomas R. Ajamie