# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

**INDEX OF EXHIBITS**

| EXHIBIT | DOCUMENT |
|---|---|
| A | Expert Report of Dr. Zachary Nye, Ph.D., dated April 7, 2023, along with its exhibits |
| B | Firm résumé of Saxena White P.A. |
| C | Firm résumé of Kessler Topaz Meltzer & Check, LLP |
| D | Firm résumé of Ajamie LLP |