# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

## NOTICE OF APPEARANCE

John B. Lawrence of the law firm of Baker Botts L.L.P. hereby enters his appearance as counsel in the above-referenced action on behalf of the Defendants and requests that he receive electronic notice of all filings in the above-referenced action through the Court's electronic filing system.

103904249

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ John B. Lawrence*
    David D. Sterling
      *Attorney-In-Charge*
    Texas Bar No. 19170000
    Federal I.D. No. 07079
    Amy Pharr Hefley
    State Bar No. 24046046
    Anthony J. Lucisano
    State Bar No. 24102118
    Federal I.D. No. 3369146
    C. Frank Mace
    State Bar No. 24110609
    Federal I.D. No. 3385915
    910 Louisiana Street
    Houston, Texas 77002
    (713) 229-1946
    (713) 229-7946 (Fax)
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com
    anthony.lucisano@bakerbotts.com
    frank.mace@bakerbotts.com

    John B. Lawrence
    Texas Bar No. 24055825
    S.D. Tex. No. 3124414
    BAKER BOTTS L.L.P.
    2001 Ross Avenue, Suite 900
    Dallas, Texas 75201
    john.lawrence@bakerbotts.com

**Attorneys for Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of April, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

      */s/ John B. Lawrence*
      John B. Lawrence