United States District Court
Southern District of Texas

**ENTERED**
April 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 21-cv-00575 |
|---|---|---|---|

IN RE APACHE CORP. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Helen Jane Bass<br>Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706; hbass@ktmc.com<br>PA Bar No. 330646<br>U.S.D.C., E.D. Pa.<br>Helen Jane Bass affirms that she has familiarized herself with the Local Rules of the United States District Court for the Southern District of Texas and the Court Procedures of District Judge George C. Hanks, Jr. and Magistrate Judge Andrew M. Edison. |
|---|---|

| Name of party applicant seeks to appear for: | Lead Plaintiffs Plymouth County Retirement System and Trustees of the Teamsters Union No. 142 Pension Fund |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 4/20/2023     Signed: *Helen Jane Bass*

The state bar reports that the applicant's status is: **active**

Dated: April 20, 2023   Clerk's signature

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 20, 2023

United States ~~District~~ Judge
Magistrate