UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 21-cv-00575 |
|---|---|---|---|

IN RE APACHE CORP. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stuart L. Berman<br>Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706; sberman@ktmc.com<br>PA Bar No. 62870; NJ Bar No. 023261991<br>U.S.D.C., E.D. Pa.; U.S.D.C., E.D.W.I.; U.S.D.C., D.N.J.<br>U.S.C.O.A., 2nd Cir.; U.S.C.O.A., 9th Cir.; U.S.C.O.A., 10th Cir.<br>Stuart L. Berman affirms that he has familiarized himself with the Local Rules of the United States District Court for the Southern District of Texas and the Court Procedures of District Judge George C. Hanks, Jr. and Magistrate Judge Andrew M. Edison. |

| Name of party applicant seeks to appear for: | Lead Plaintiffs Plymouth County Retirement System and Trustees of the Teamsters Union No. 142 Pension Fund |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/4/2023 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is:

Dated:                Clerk's signature

**Order**                This lawyer is admitted *pro hac vice*.

Dated: _____                _____
United States District Judge