United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION REGARDING
CLASS CERTIFICATION BRIEFING DEADLINES**

Lead Plaintiffs Plymouth County Retirement Association ("Plymouth County") and the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters 142") (collectively, "Lead Plaintiffs") and Defendants Apache Corporation ("Apache"), John J. Christmann, IV, Timothy J. Sullivan, and Stephen J. Riney (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties") stipulate and agree as follows:

1. WHEREAS, on September 15, 2021, Judge Hanks referred all non-dispositive and dispositive pretrial matters in this case to Magistrate Judge Edison (Dkt. 42).

2. WHEREAS, on December 19, 2022, the Court, Judge Edison presiding, issued a Docket Control Order ("DCO," Dkt. 86) setting the Parties' pre-trial briefing schedule.

3. WHEREAS, pursuant to the DCO, Lead Plaintiffs filed their Motion for Class Certification on April 7, 2023.

4. WHEREAS, under the DCO, the deadline for Defendants' Opposition to Class Certification is currently May 19, 2023; the deadline for Lead Plaintiffs' Reply in Support of Class Certification is currently July 7, 2023; and the deadline for Defendants' Sur-Reply in Opposition to Class Certification is currently August 4, 2023.

5. WHEREAS, the Parties wish to extend the deadline for Defendants' Opposition to Class Certification by three weeks, to June 9, 2023, to allow for the orderly completion of certain outstanding discovery related to Defendants' Opposition to Class Certification, specifically, depositions already noticed and written discovery already served.

6. WHEREAS, the Parties also wish to extend the subsequent class certification briefing deadlines in the DCO by a corresponding three-week period.

7. WHEREAS, granting the relief requested herein will not affect any deadlines in the DCO other than those pertaining to Class Certification briefing.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

8. Defendants will file their Opposition to Class Certification by June 9, 2023.

9. Lead Plaintiffs will file their Reply in Support of Class Certification by July 28, 2023.

10. Defendants will file their Sur-Reply in Opposition to Class Certification by August 25, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 9, 2023 | Respectfully submitted, |

**BAKER BOTTS L.L.P**.

*/s/ David D. Sterling*
David D. Sterling
  *Attorney-In-Charge*
Texas Bar No. 19170000
Federal I.D. No. 07079
Amy Pharr Hefley
State Bar No. 24046046
910 Louisiana Street
Houston, Texas 77002
(713) 229-1946
(713) 229-7946 (Fax)
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com

*Attorneys for Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney*

**AJAMIE LLP**

*/s/ Thomas R. Ajamie (by permission)*
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Michelle M. Newcomer (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
mnewcomer@ktmc.com

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
505 Lomas Santa Fe Dr., Suite #180
San Diego, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
Sara DiLeo (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300

4

        Boca Raton, FL 33434
        Telephone: (561) 394-3399
        Facsimile: (561) 394-3382
        msaxena@saxenawhite.com
        jwhite@saxenawhite.com
        lhooker@saxenawhite.com

      *Co-Lead Counsel for Lead Plaintiffs*

IT IS SO ORDERED.

Dated: May 10, 2023

Hon. Andrew M. Edison
United States Magistrate Judge