United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, *et al.*, | § § § § | |
| Plaintiffs. | § | |
| | § | CIVIL ACTION NO. 4:21-cv-00575 |
| V. | § § | |
| APACHE CORPORATION, *et al.*, | § § | |
| Defendants. | § | |

## ORDER

Although I fully realize that briefing will not be complete on Plaintiffs' Motion for Class Certification until August 25, 2023, I am curious as to whether (1) either party wants an oral hearing on Plaintiffs' Motion for Class Certification; and (2) if so, whether the parties want to conduct the hearing live at the Houston federal courthouse or by Zoom. I totally defer to the parties wishes. Please file a joint letter answering these two questions by Friday, May 26, 2023.

SIGNED this 22nd day of May 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE