

May 25, 2023

**VIA ECF**

U.S. Magistrate Judge Andrew M. Edison
United States District Court
Southern District of Texas
601 Rosenberg, Seventh Floor
Galveston, TX 77550

    Re:  *In re Apache Corp. Sec. Litig.*, No. 4:21-cv-00575 (S.D. Tex.)

Dear Judge Edison,

    We write pursuant to Your Honor's May 22, 2023 Order requesting that the parties file a joint letter indicating "whether (1) either party wants an oral hearing on Plaintiffs' Motion for Class Certification; and (2) if so, whether the parties want to conduct the hearing live at the Houston federal courthouse or by Zoom." ECF No. 114. Plaintiffs believe the issues raised in their Motion for Class Certification (the "Motion") are straightforward and do not require a hearing. Defendants request an in-person oral hearing on the Motion. Should Your Honor set a hearing, Plaintiffs also request an in-person oral hearing.

    Respectfully submitted,

| /s/ *David R. Kaplan* | /s/ *John B. Lawrence (with consent)* |
|---|---|
| **SAXENA WHITE P.A.** | **BAKER BOTTS L.L.P.** |
| David R. Kaplan (admitted *pro hac vice*) | David D. Sterling, Attorney-In-Charge |
| Wolfram T. Worms (admitted *pro hac vice*) | Texas Bar No. 19170000 |
| Hani Farah (admitted *pro hac vice*) | Federal I.D. No. 07079 |
| 505 Lomas Santa Fe Dr., Suite 180 | Amy Pharr Hefley |
| Solana Beach, CA 92075 | State Bar No. 24046046 |
| Telephone: (858) 997-0860 | J. Mark Little |
| Facsimile: (858) 369-0096 | State Bar No. 24078869 |
| dkaplan@saxenawhite.com | Federal I.D. No 1487508 |
| wworms@saxenawhite.com | Anthony J. Lucisano |
| hfarah@saxenawhite.com | State Bar No. 24102118 |
| | Federal I.D. No. 3369146 |
| -and- | C. Frank Mace |
| | State Bar No. 24110609 |
| Steven B. Singer (*pro hac vice* forthcoming) | Federal I.D. No. 3385915 |
| Joshua H. Saltzman (admitted *pro hac vice*) | 910 Louisiana Street |
| Sara DiLeo (admitted *pro hac vice*) | Houston, Texas 77002 |

U.S. Magistrate Judge Andrew M. Edison
May 25, 2023
Page 2

 

| | |
|---|---|
| 10 Bank Street, 8th Floor | (713) 229-1946 |
| White Plains, NY 10606 | (713) 229-7946 (Fax) |
| Telephone: (914) 437-8551 | david.sterling@bakerbotts.com |
| Facsimile: (888) 631-3611 | amy.hefley@bakerbotts.com |
| ssinger@saxenawhite.com | mark.little@bakerbotts.com |
| jsaltzman@saxenawhite.com | anthony.lucisano@bakerbotts.com |
| sdileo@saxenawhite.com | frank.mace@bakerbotts.com |
| | |
| -and- | -and- |
| | |
| Maya Saxena (*pro hac vice* forthcoming) | John B. Lawrence |
| Joseph E. White, III (*pro hac vice* forthcoming) | Texas Bar No. 24055825 |
| Lester R. Hooker (*pro hac vice* forthcoming) | S.D. Tex. No. 3124414 |
| 7777 Glades Road, Suite 300 | 2001 Ross Avenue, Suite 900 |
| Boca Raton, FL 33434 | Dallas, Texas 75201 |
| Telephone: (561) 394-3399 | john.lawrence@bakerbotts.com |
| Facsimile: (561) 394-3382 | |
| msaxena@saxenawhite.com | *Counsel for Defendants Apache* |
| jwhite@saxenawhite.com | *Corporation, John J. Christmann IV,* |
| lhooker@saxenawhite.com | *Timothy J. Sullivan, and Stephen J. Riney* |

*Co- Lead Counsel for Lead Plaintiffs*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Michelle M. Newcomer (admitted *pro hac vice*)
Richard A. Russo Jr. (admitted *pro hac vice*)
Austin W. Manning (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
mnewcomer@ktmc.com
rrusso@ktmc.com
drotko@ktmc.com
amanning@ktmc.com

U.S. Magistrate Judge Andrew M. Edison
May 25, 2023
Page 3

 

**AJAMIE LLP**
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*