# EXHIBIT F



MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

# Today's Research

## ENERGY COMMENTARY

**Apache Corporation** (APA) | Peter Kissel
**Alpine High Natural Gas Production Deferred Due to Pricing**

**Halliburton Company** (HAL) | Vaibhav (Vebs) Vaishnav
**1Q19 Earnings Recap – Flat D&E Margins Y/Y?**

**Helix Energy Solutions Group, Inc.** (HLX) | Vaibhav (Vebs) Vaishnav
**1Q19 Earnings First Take - Neutral**

**Natural Gas** | Holly Stewart
**Gas Weekly Update – April 22, 2019**

**Range Resources Corp.** (RRC) | Holly Stewart
**Impressive Start**

**SRC Energy Inc.** (SRCI) | Matthew Sorenson
**1Q19 Update – 18% Oil Beat, FY19 Production Raised 7%**

## SUMMARIES

**Pertinent Revisions**

For Reg AC Certification and important disclosures see Appendix A of this report. Scotia Howard Weil is a division of Scotia Capital (USA) Inc., a member of the Scotiabank group, and represents Scotiabank's energy equities business in the United States.

1

**Scotia Howard Weil**

MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

## Research at a Glance

### Apache Corporation (APA $37.09 – SP)
### Alpine High Natural Gas Production Deferred Due to Pricing

**QUICK TAKE**: Not unexpectedly, Apache has decided to defer certain natural gas production out of its gas-heavy Alpine High position in the Permian Basin due to extremely low WAHA hub pricing. The move is intended to boost near-term cash flow and currently represents 250 mmcf/d of gross production with deferrals beginning in late-March. The company has said that its expected exit rate from the Alpine High is unchanged for 2019 and that the expected 2019 EBITDA for Altus Midstream is reaffirmed. The planned rig count and well completions in the region are also unchanged, and further details on the impact to 2Q19 are expected to be provided during the 1Q19 earnings release on May 1. Ultimately, while the extremely low gas price environment may be somewhat transitory, we see the wide and volatile WAHA differentials as a reason to avoid APA in the near term.

| | |
|---|---|
| Rating | SP |
| 1-Yr. Target | $40.00 |
| EPS18E | $1.76 |
| EPS19E | $0.48 |
| EPS20E | $0.43 |
| Div. (NTM) | $1.00 |
| Div. (Curr.) | $1.00 |
| Yield (Curr.) | 2.7% |
| NAVPS | $39.88 |

**Valuation**: Derived from our risked NAV, including both proven and unproven reserves valued at the SHW price deck assumption

Link to Full Report

Peter Kissel | Analyst | 212-225-5987 | peterk@howardweil.com

### Halliburton Company (HAL $31.09 – SP)
### 1Q19 Earnings Recap – Flat D&E Margins Y/Y?

**QUICK TAKE:** HAL u/p the OIH by 260 bp despite a beat and raise quarter. 2H US visibility remains a critical debate. Intl revs to grow by high-single digits y/y in 2019 and pricing conversations are constructive. Flat D&E margins y/y in 2019, if achieved, imply upside to consensus estimates. Maintain Sector Perform.

| | New | Old |
|---|---|---|
| Rating | SP | - |
| 1-Yr. Target | $33.00 | $31.00 |
| EBITDA (M)19E | $3,813 | $3,759 |
| EBITDA (M)20E | $4,272 | $4,151 |
| Div. (NTM) | $0.00 | - |
| Div. (Curr.) | $0.00 | - |
| Yield (Curr.) | 0.0% | - |

**Valuation:** 8.5x 2020E EBITDA

Link to Full Report

Vaibhav (Vebs) Vaishnav | Analyst | 713-393-4502 | vaibhavv@howardweil.com

### Helix Energy Solutions Group, Inc. (HLX $8.59 – SO)
### 1Q19 Earnings First Take - Neutral

**QUICK TAKE:** HLX reported adj. EBITDA of $29M, modestly ahead of the $28M consensus estimate. EBITDA guidance for 2019 was maintained at $165M-$190M. With the stock up over 50% YTD, we wonder if results and guidance are enough to drive it higher, given SLB's and HAL's stock reaction? We would be buyers of any weakness.

| | |
|---|---|
| Rating | SO |
| 1-Yr. Target | $10.00 |
| EBITDA (M)19E | $174 |
| EBITDA (M)20E | $203 |
| Div. (NTM) | $0.00 |
| Div. (Curr.) | $0.00 |
| Yield (Curr.) | 0.0% |

**Valuation:** 7.0x 2020E EBITDA

Link to Full Report

Vaibhav (Vebs) Vaishnav | Analyst | 713-393-4502 | vaibhavv@howardweil.com

**Scotia Howard Weil**

MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

## Natural Gas

### Gas Weekly Update – April 22, 2019

**QUICK TAKE:** The natural gas data points are less than uplifting as the prompt month hits multi-year lows and the Appalachian Basin witnesses the second consecutive week of basis deterioration, making last week's average differential the worst since mid-October. Production is reaching new highs (the EIA DPR forecasts Permian gains of 1.6% m/m in May), and the first three storage injections have been an astonishing 137 bcf above the five-year average in total. On a positive note, LNG's Sabine Pass facility has completed its maintenance and is ramping back up to full capacity as ~1.5 bcf/d have been offline for ~3.5 weeks. In addition, Cameron has started to take more meaningful volumes of feed gas (105 mmcf/d) as part of the commissioning ramp-up.

*Link to Full Report*

**Holly Stewart** | Analyst | 713-393-4512 | hollys@howardweil.com
Joe Vandrick | Associate | 713-393-4511 | williamv@howardweil.com

## Range Resources Corp. (RRC $9.83 – SO)

### Impressive Start

**QUICK TAKE:** A strong start to 2019, beating expectations across the board, including generating FCF that was used to reduce leverage. RRC's closely watched 1Q NGL print (nearly 38% of WTI) should give investors confidence that its diversified NGL portfolio is bearing fruit. While 2Q19 production is forecasted below the Street, forward pricing and cost guidance is only likely to result in modest tweaks to consensus. Overall, a good print and FCF above expectations that should drive some near-term outperformance in a name that currently carries an 18% short interest position.

| | |
|---|---|
| Rating | SO |
| 1-Yr. Target | $15.00 |
| EBITDA (M)19E | $1,093 |
| EBITDA (M)20E | $1,182 |
| Div. (NTM) | $0.08 |
| Div. (Curr.) | $0.08 |
| Yield (Curr.) | 0.8% |
| **Valuation:** Sum-of-the-Parts approach to NAV, less debt | |

*Link to Full Report*

**Holly Stewart** | Analyst | 713-393-4512 | hollys@howardweil.com
Joe Vandrick | Associate | 713-393-4511 | williamv@howardweil.com

## SRC Energy Inc. (SRCI $6.66 – SO)

### 1Q19 Update – 18% Oil Beat, FY19 Production Raised 7%

**QUICK TAKE:** SRCI pre-announced 1Q19 production 9% above Street expectations with an oilier-than-expected mix (50% vs. the Street at 46%). The combination resulted in 1Q oil volumes beating expectations by 18%. Full year production was also guided 7% higher (we estimate ~32% of the increase was due to strong 1Q volumes) while all other guidance items remained unchanged. The release moves our 1Q19E and 2019E EBITDA estimates 22% and 16% higher, respectively, and our price target also increases to $9.00/share (from $7.00 previously). SRCI has admittedly been a strong performer as of late (+37% since 3/27 vs. XOP +8%) but it is still one of the cheapest S-Mid Cap names in our E&P coverage universe (3.5x 2019E EV/EBITDA vs. S-Mid Cap peers at 4.8x) despite its compelling free cash flow outlook (10% 2019E yield vs. peers at -2%) and strong debt-adjusted production growth through 2021E (21% CAGR vs. peers at 15%).

| | New | Old |
|---|---|---|
| Rating | SO | - |
| 1-Yr. Target | $9.00 | $7.00 |
| EBITDA (M)18E | $488 | $480 |
| EBITDA (M)19E | $591 | $510 |
| EBITDA (M)20E | $644 | $686 |
| Div. (NTM) | $0.00 | - |
| Div. (Curr.) | $0.00 | - |
| Yield (Curr.) | 0.0% | - |
| NAVPS | $11.02 | $10.71 |
| **Valuation:** ~4.0x 2020E EV/EBITDA on strip | | |

*Link to Full Report*

**Matthew Sorenson** | Analyst | 713-393-4524 | matts@howardweil.com



MORNING ENERGY COMMENTARY

Tuesday, April 23, 2019

# Pertinent Revision Summary

### Target Changes

|  | New | Old |
|---|---|---|
| Halliburton Company (HAL) | ↑ $33.00 | $31.00 |
| SRC Energy Inc. (SRCI) | ↑ $9.00 | $7.00 |

### Pertinent Revisions by Company

#### Halliburton Company (HAL)

|  | New | Old |
|---|---|---|
| 1-Yr. Target | $33.00 | $31.00 |
| Key Data | EBITDA (M)19E: $3,813 | EBITDA (M)19E: $3,759 |
|  | EBITDA (M)20E: $4,272 | EBITDA (M)20E: $4,151 |

#### SRC Energy Inc. (SRCI)

|  | New | Old |
|---|---|---|
| 1-Yr. Target | $9.00 | $7.00 |
| Key Data | EBITDA (M)18E: $488 | EBITDA (M)18E: $480 |
|  | EBITDA (M)19E: $591 | EBITDA (M)19E: $510 |
|  | EBITDA (M)20E: $644 | EBITDA (M)20E: $686 |
| NAVPS | $11.02 | $10.71 |



MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

## Pertinent Data

**Apache Corporation** (APA)

Valuation:
Derived from our risked NAV, including both proven and unproven reserves valued at the SHW price deck assumption
Key Risks:
Oil and natural gas prices, execution risk

**Halliburton Company** (HAL)

Valuation:
8.5x 2020E EBITDA
Key Risks:
Oil and gas prices, execution risk

**Helix Energy Solutions Group, Inc.** (HLX)

Valuation:
7.0x 2020E EBITDA
Key Risks:
Oil and gas prices, execution risk

**Range Resources Corp.** (RRC)

Valuation:
Sum-of-the-Parts approach to NAV, less debt
Key Risks:
Commodity prices, midstream availability, project timing

**SRC Energy Inc.** (SRCI)

Valuation:
~4.0x 2020E EV/EBITDA on strip
Key Risks:
Oil and natural gas prices, execution risk

**Scotia Howard Weil**

MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

## Appendix A: Important Disclosures

| Company | Disclosures (see legend below)* |
|---|---|
| Apache Corporation | G, I, N1, U |

Each Research Analyst named in this report or any subsection of this report certifies that (1) the views expressed in this report in connection with securities or issuers that he or she analyzes accurately reflect his or her personal views; and (2) no part of his or her compensation was, is, or will be directly or indirectly, related to the specific recommendations or views expressed by him or her in this report.

This research report was prepared by employees of Scotia Howard Weil, a division of Scotia Capital (USA) Inc., who have the title of Research Analyst.

All pricing of securities in reports is based on the closing price of the securities' principal marketplace on the night before the publication date, unless otherwise explicitly stated.

All Equity Research Analysts report to the Head of Equity Research. The Head of Equity Research reports to the Managing Director and Co-Head, Global Capital Markets, who is not and does not report to the Head of the Investment Banking Department. Scotia Howard Weil has policies that are reasonably designed to prevent or control the sharing of material non-public information across internal information barriers, such as between Investment Banking and Research.

The compensation of the research analyst who prepared this report is based on several factors, including but not limited to, the overall profitability of Scotiabank, Global Banking and Markets, and the revenues generated from its various departments, including investment banking, trading fees and other types of transactions. Furthermore, the research analyst's compensation is charged as an expense to various Scotiabank, Global Banking and Markets departments, including investment banking. Research Analysts may not receive compensation from the companies they cover.

For Scotia Howard Weil Research analyst standards and disclosure policies, please visit www.scotiahowardweil.com.

For applicable current disclosures for all covered companies, please write to the Scotia Howard Weil Research Department at the following address:

Scotia Howard Weil Research Department
1100 Poydras Street, Suite 3500
New Orleans, Louisiana 70163

Time of dissemination: April 23, 2019, 08:35 ET. Time of production: April 23, 2019, 08:34 ET. Note: Time of dissemination is defined as the time at which the document was disseminated to clients. Time of production is defined as the time at which the Supervisory Analyst approved the document.

**\*Legend**

| | |
|---|---|
| **G** | Scotia Capital (USA) Inc. or its affiliates has managed or co-managed a public offering in the past 12 months. |
| **I** | Scotia Capital (USA) Inc. or its affiliates has received compensation for investment banking services in the past 12 months. |
| **N1** | Scotia Capital (USA) Inc. had an investment banking services client relationship during the past 12 months. |
| **U** | Within the last 12 months, Scotia Capital Inc. and/or its affiliates have undertaken an underwriting liability with respect to equity or debt securities of, or have provided advice for a fee with respect to, this issuer. |

![Scotia Howard Weil]

MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

## Rating and Price Target History



**Apache Corporation (APA) as of April 22, 2019 (in USD)**

*Represents the value(s) that changed.
Ratings Legend: FS=Focus Stock; SO=Sector Outperform; SP=Sector Perform; SU=Sector Underperform; T=Tender; UR=Under Review; CS=Coverage Suspended; DC=Discontinued Coverage
Source: Scotiabank GBM estimates/Scotia Howard Weil estimates; FactSet.



**Halliburton Company (HAL) as of April 22, 2019 (in USD)**

*Represents the value(s) that changed.
Ratings Legend: FS=Focus Stock; SO=Sector Outperform; SP=Sector Perform; SU=Sector Underperform; T=Tender; UR=Under Review; CS=Coverage Suspended; DC=Discontinued Coverage
Source: Scotiabank GBM estimates/Scotia Howard Weil estimates; FactSet.

**Scotia Howard Weil**

MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

**Helix Energy Solutions Group, Inc. (HLX) as of April 22, 2019 (in USD)**



*Represents the value(s) that changed.
Ratings Legend: FS=Focus Stock; SO=Sector Outperform; SP=Sector Perform; SU=Sector Underperform; T=Tender; UR=Under Review; CS=Coverage Suspended; DC=Discontinued Coverage
Source: Scotiabank GBM estimates/Scotia Howard Weil estimates; FactSet.

**Range Resources Corp. (RRC) as of April 22, 2019 (in USD)**



*Represents the value(s) that changed.
Ratings Legend: FS=Focus Stock; SO=Sector Outperform; SP=Sector Perform; SU=Sector Underperform; T=Tender; UR=Under Review; CS=Coverage Suspended; DC=Discontinued Coverage
Source: Scotiabank GBM estimates/Scotia Howard Weil estimates; FactSet.



**MORNING ENERGY COMMENTARY**

Tuesday, April 23, 2019

**SRC Energy Inc. (SRCI) as of April 22, 2019 (in USD)**



| Date | Price | Rating | Target |
|---|---|---|---|
| 03-11-2016 | 7.88 | SP | 11.00 |
| 05-16-2016 | 5.99 | SO | 13.00 |
| 07-11-2016 | 6.60 | SO | 14.00 |
| 12-14-2016 | 9.48 | SO | 15.00 |
| 03-27-2017 | 7.82 | SO | 11.00 |
| 06-29-2017 | 6.47 | SO | 10.00 |
| 08-21-2017 | 7.64 | SO | 13.00 |
| 10-16-2017 | 9.38 | SO | 14.00 |
| 05-21-2018 | 13.00 | SO | 15.00 |
| 09-27-2018 | 8.72 | SO | 16.00 |
| 12-20-2018 | 4.41 | SO | 12.00 |
| 02-25-2019 | 4.70 | SO | 7.00 |

*Represents the value(s) that changed.

Ratings Legend: FS=Focus Stock; SO=Sector Outperform; SP=Sector Perform; SU=Sector Underperform; T=Tender; UR=Under Review; CS=Coverage Suspended; DC=Discontinued Coverage

Source: Scotiabank GBM estimates/Scotia Howard Weil estimates; FactSet.

# Scotia Howard Weil

MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

## Definition of Scotia Howard Weil Equity Research Ratings & Risk Rankings

We have a four-tiered rating system, with ratings of Focus Stock, Sector Outperform, Sector Perform, and Sector Underperform. Each analyst assigns a rating that is relative to his or her coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

The rating assigned to each security covered in this report is based on the Scotiabank, Global Banking and Markets research analyst's 12-month view on the security. Analysts may sometimes express to traders, salespeople and certain clients their shorter-term views on these securities that differ from their 12-month view due to several factors, including but not limited to the inherent volatility of the marketplace.

**Ratings**

**Focus Stock (FS)**
The stock represents an analyst's best idea(s); stocks in this category are expected to significantly outperform the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

**Sector Outperform (SO)**
The stock is expected to outperform the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

**Sector Perform (SP)**
The stock is expected to perform approximately in line with the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

**Sector Underperform (SU)**
The stock is expected to underperform the average 12-month total return of the analyst's coverage universe or an index identified by the analyst that includes, but is not limited to, stocks covered by the analyst.

**Other Ratings**

*Tender* – Investors are guided to tender to the terms of the takeover offer.

*Under Review* – The rating has been temporarily placed under review, until sufficient information has been received and assessed by the analyst.

**Risk Ranking**
As of June 22, 2015, Scotiabank, Global Banking and Markets discontinued its Low, Medium, and High risk rankings. The Speculative risk ranking reflects exceptionally high financial and/or operational risk, exceptionally low predictability of financial results, and exceptionally high stock volatility. The Director of Research and the Supervisory Analyst jointly make the final determination of the Speculative risk ranking.

**Scotia Howard Weil Equity Research Ratings Distribution***

**Distribution by Ratings and Equity and Equity-Related Financings***



| | Sector Outperform | Sector Perform | Sector Underperform |
|---|---|---|---|
| Grey | 47.3% | 49.5% | 3.3% |
| Black | 20.9% | 17.8% | 66.7% |

\* As of March 31, 2019.    Source: Scotia Howard Weil.

- Percentage of companies covered by Scotia Howard Weil within each rating category.
- Percentage of companies within each rating category for which Scotia Howard Weil has undertaken an underwriting liability or has provided advice for a fee within the last 12 months.

For the purposes of the ratings distribution disclosure FINRA requires members who use a ratings system with terms different than "buy," "hold/neutral" and "sell," to equate their own ratings into these categories. Our Focus Stock, Sector Outperform, Sector Perform, and Sector Underperform ratings are based on the criteria above, but for this purpose could be equated to strong buy, buy, neutral and sell ratings, respectively.



MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

## General Disclosures

This research report was prepared by employees of Scotia Howard Weil, a division of Scotia Capital (USA) Inc. who have the title of Research Analyst. Scotia Capital (USA) Inc., an SEC registered broker-dealer and a member of FINRA and the NYSE, is wholly owned by Scotia Capital Inc., a Canadian Investment Dealer, and indirectly owned by The Bank of Nova Scotia. Scotiabank, together with "Global Banking and Markets," is a marketing name for the global corporate and investment banking and capital markets businesses of The Bank of Nova Scotia and certain of its affiliates in the countries where they operate, including Scotia Capital (USA) Inc. All other trademarks are acknowledged as belonging to their respective owners and the display of such trademarks is for informational purposes only.

The frequency of reports is determined by the analyst on a case-by-case basis, driven by external market factors and issuer announcements. Analysts will endeavor to review and publish such estimates and recommendations as soon as possible after the release of material information by the issuer or the occurrence of other relevant events. This will typically involve, at a minimum, a summary of quarterly earnings releases.

In addition to Scotia Howard Weil Research, Scotiabank publishes and distributes Scotiabank Global Banking and Markets Equity Research ("Scotiabank Research"), which is a separate research publication. Scotia Howard Weil Research Analysts and Scotiabank Research Analysts are independent from one another and their respective coverage of issuers is different.

This report is provided to you for informational purposes only. This report is not, and is not to be construed as, an offer to sell or solicitation of an offer to buy any securities and/or commodity futures contracts.

If you are affected by MiFID II, you must advise us in writing at trade.supervision@scotiabank.com. Past performance or simulated past performance is not a reliable indicator of future results. Forecasts are not a reliable indicator of future performance.

The securities mentioned in this report may neither be suitable for all investors nor eligible for sale in some jurisdictions where the report is distributed.

The information and opinions contained herein have been compiled or arrived at from sources believed reliable; however, Scotia Howard Weil makes no representation or warranty, express or implied, as to their accuracy or completeness. Scotia Howard Weil has policies designed to make best efforts to ensure that the information contained in this report is current as of the date of this report, unless otherwise specified.

Any prices that are stated in this report are for informational purposes only. Scotia Howard Weil makes no representation that any transaction may be or could have been effected at those prices.

Any opinions expressed herein are those of the author(s) and are subject to change without notice and may differ or be contrary from the opinions expressed by other departments of Scotia Howard Weil or any of its affiliates.

Neither Scotia Howard Weil nor its affiliates accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or its contents.

This report and all the information, opinions, and conclusions contained in it are protected by copyright. This report may not be reproduced in whole or in part, or referred to in any manner whatsoever, nor may the information, opinions, and conclusions contained in it be referred to without the prior express consent of Scotia Howard Weil.

Equity research reports published by Scotia Howard Weil are available electronically via: Bloomberg, Thomson Reuters, Capital IQ, and FactSet. Institutional clients with questions regarding distribution of equity research or who wish to access the proprietary model used to produce this report should contact Scotia Howard Weil at 1-800-322-3005. A list of all investment recommendations in any financial instrument or issuer that have been disseminated during the preceding 12 months is available at the following location: www.scotiahowardweil.com/disclosures.

Scotia Capital (USA) Inc. is a multidisciplined financial services firm that regularly intends to seek investment banking business with companies covered in its research reports, and thereby seeks to receive compensation from these companies for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent for private transactions. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

This report/email may be considered advertising under federal law. If you decide not to receive Scotia Howard Weil Research via email, please reply to howardweil@howardweil.com and ask to be removed.

## Additional Disclosures

Australia: This report is provided in Australia by the Bank of Nova Scotia, an APRA-regulated Authorised Deposit-Taking Institution (Foreign Bank ADI) holding an Australian Financial Services License (AFSL).

Canada: Distributed to eligible Canadian persons by Scotia Capital Inc. a registered investment dealer in Canada.

Chile: This report is distributed by Scotia Azul Corredores de Bolsa Ltda and Scotia Corredora de Bolsa Chile S.A., subsidiaries of The Bank of Nova Scotia.



# MORNING ENERGY COMMENTARY
Tuesday, April 23, 2019

Colombia: This report is distributed in Colombia by Scotiabank Colpatria, S.A. as authorized by the Superintendencia Financiera de Colombia to The Bank of Nova Scotia ("Scotiabank") by Resolution 058 of 2014 and to Scotia Capital Inc. by Resolution 0226 of 2015. Said Resolutions authorize Scotiabank and Scotia Capital Inc. to promote and advertise their products and services through Scotiabank Colpatria, S.A. This report is prepared by analysts employed by The Bank of Nova Scotia and certain of its affiliates including Scotia Capital Inc.

Hong Kong: This report is distributed by The Bank of Nova Scotia Hong Kong Branch, which is authorized by the Securities and Future Commission to conduct Type 1, Type 4 and Type 6 regulated activities and regulated by the Hong Kong Monetary Authority.

Japan: This research report is provided for information purposes only and it is not intended to solicit any orders for securities transactions or commodities futures contracts. While we believe that the data and information contained in this research report is are obtained from reliable sources, we do not guarantee the accuracy or completeness of the data and information.

Mexico: The information contained in this report is for informational purposes only and is not intended to influence the decision of the addressee in any way whatsoever with respect to an investment in a certain type of security, financial instrument, commodity, futures contract, issuer, or market, and is not to be construed as an offer to sell or a solicitation of an offer to buy any securities or commodities futures contracts. Scotiabank Inverlat Casa de Bolsa, S.A. de C.V. is not responsible for the outcome of any investment performed based on the contents of this research report.

Peru: This report is distributed by Scotia Sociedad Agente de Bolsa S.A., a subsidiary of The Bank of Nova Scotia. This report is prepared by analysts employed by The Bank of Nova Scotia and certain of its affiliates including Scotia Capital Inc.

Singapore: For investors in the Republic of Singapore, this document is provided via an arrangement with BNS Asia Limited pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Chapter 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact BNS Asia, located at 1 Raffles Quay, #20-01 North Tower, One Raffles Quay, Singapore 048583, telephone: +65 6305 8388.

This document is intended for general circulation only and any recommendation that may be contained in this document concerning an investment product does not take into account the specific investment objectives, financial situation, or particular needs of any particular person, and advice should be sought from a financial adviser based in Singapore regarding the suitability of the investment product, taking into account the specific investment objectives, financial situation, or particular needs of any person in receipt of the recommendation, before the person makes a commitment to purchase the investment product.

BNS Asia Limited and/or its affiliates may have in the past done business with or may currently be doing or seeking to do business with the companies or issuers covered in this report. The information provided or to be provided or actions taken by or to be taken by BNS Asia Limited and/or its affiliates in such circumstances may be different from or contrary to the discussion set out in this report.

United Kingdom and the rest of Europe: Except as otherwise specified herein, this material is distributed by Scotiabank Europe plc to persons who are eligible counterparties or professional clients. Scotiabank Europe plc is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

United States: Distributed to U.S. persons by Scotia Capital (USA) Inc. or by an authorized subsidiary or affiliate of The Bank of Nova Scotia that is not registered as a U.S. broker-dealer (a 'non-U.S. affiliate') to major U.S. institutional investors only. Scotia Capital (USA) Inc. accepts responsibility for the content of a document prepared by its non-U.S. affiliate (s) when distributed to U.S. persons by Scotia Capital (USA) Inc. To the extent that a U.S. person wishes to transact in the securities mentioned in this document through Scotiabank, such transactions must be effected through Scotia Capital (USA) Inc., and not through a non-U.S. affiliate. The information in this document has not been approved, disapproved, or recommended by the U.S. Securities and Exchange Commission ("SEC"), any state securities commission in the United States or any other U.S. or non-U.S. regulatory authority. None of these authorities has passed on or endorsed the merits or the accuracy or adequacy of this document. Any representation to the contrary is a criminal offense in the United States.

™ Trademark of The Bank of Nova Scotia. Used under license, where applicable. Scotiabank, together with "Global Banking and Markets", is a marketing name for the global corporate and investment banking and capital markets businesses of The Bank of Nova Scotia and certain of its affiliates in the countries where they operate, including Scotia Capital Inc., Scotia Capital (USA) Inc., Scotiabanc Inc., Citadel Hill Advisors L.L.C., The Bank of Nova Scotia Trust Company of New York, Scotiabank Europe plc, Scotiabank (Ireland) Designated Activity Company, Scotiabank Inverlat S.A., Institución de Banca Múltiple, Scotia Inverlat Casa de Bolsa S.A. de C.V., Scotia Inverlat Derivados S.A. de C.V. – all members of the Scotiabank Group and authorized users of the mark. The Bank of Nova Scotia is incorporated in Canada with limited liability. Scotia Capital Inc. is a member of the Canadian Investor Protection Fund and regulated by the Investment Industry Regulatory Organization of Canada. Scotia Capital (USA) Inc. is a broker-dealer registered with the SEC and is a member of FINRA, NYSE, NFA and SIPC. Scotiabank Europe plc is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Scotiabank Inverlat, S.A., Scotia Inverlat Casa de Bolsa, S.A. de C.V., and Scotia Derivados, S.A. de C.V., are each authorized and regulated by the Mexican financial authorities.

© The Bank of Nova Scotia 2019

This report and all the information, opinions, and conclusions contained in it are protected by copyright. This report may not be reproduced in whole or in part, or referred to in any manner whatsoever, nor may the information, opinions, and conclusions contained in it be referred to without prior express consent.