# EXHIBIT G

**Flashnote** 23 April 2019 — United States

## EQUITIES

| APA US | | Neutral |
|---|---|---|
| Price (at 03:06, 23 Apr 2019 GMT) | | US$37.09 |

| | | US$ | |
|---|---|---|---|
| Valuation | | US$ | 32.00 |
| - DCF (WACC 10.0%) | | | |
| 12-month target | | US$ | 32.00 |
| 12-month TSR | | % | -11.0 |
| GICS sector | | | Energy |
| Market cap | | US$m | 13,942 |
| 30-day avg turnover | | US$m | 128.5 |
| Number shares on issue | | m | 375.9 |

### Investment fundamentals

| Year end 31 Dec | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Revenue | m | 7,160.3 | 6,841.9 | 7,025.6 | 7,026.1 |
| EBIT | m | 2,479.0 | 1,940.7 | 1,810.0 | 1,387.3 |
| Reported profit | m | 40.0 | 367.7 | 326.9 | 149.7 |
| Adjusted profit | m | 679.0 | 367.7 | 326.9 | 149.7 |
| Gross cashflow | m | 3,330.0 | 3,065.4 | 3,241.3 | 3,307.2 |
| CFPS | US$ | 9.35 | 9.83 | 10.30 | 10.18 |
| CFPS growth | % | 30.3 | 5.2 | 4.7 | -1.2 |
| PGCFPS | x | 4.3 | 4.6 | 4.3 | 4.2 |
| EPS adj | US$ | 1.77 | 0.97 | 0.87 | 0.40 |
| EPS adj growth | % | 629.1 | -45.0 | -11.1 | -54.2 |
| PER adj | x | 21.0 | 38.1 | 42.8 | 93.5 |
| Total DPS | US$ | 1.00 | 1.00 | 1.00 | 1.00 |
| Total div yield | % | 2.7 | 2.7 | 2.7 | 2.7 |
| ROA | % | 9.1 | 6.9 | 6.4 | 4.5 |
| ROE | % | 9.3 | 5.2 | 4.6 | 2.2 |
| EV/EBITDA | x | 4.4 | 4.8 | 4.7 | 4.9 |
| Net debt/equity | % | 85.0 | 97.5 | 98.5 | 100.0 |
| P/BV | x | 2.0 | 2.0 | 2.0 | 2.0 |

**APA US rel S&P 500 performance, & rec history**



Note: Recommendation timeline - if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Research, April 2019
(all figures in USD unless noted)

### Analysts
Macquarie Capital (USA) Inc.

**Paul Grigel, CFA** +1 303 952 2754
paul.grigel@macquarie.com

**Matt Henske, CFA** +1 303 952 2725
matt.henske@macquarie.com

**Daniel Guill** +1 303 952 2781
daniel.guill@macquarie.com

## Apache Corp (APA US)
### Effects of Negative Waha Prices

**Event**

- APA announced the deferral of Alpine High dry gas production.

**Impact**

- **Slight Negative** – Given the severity of local Permian natural gas pricing weakness, we think the deferral of gas is prudent and likely expected by investors. We do, however, think the announcement confirms incremental risk is present in the back-half '19 ramp and creates additional questions on NGL pricing/volumes.

- Deferral Details: APA first started deferring Alpine High dry gas production late March, with current deferrals totalling 250Mmcf/d. The company reiterated its year-end 2019 Alpine High exit rate production guidance of >100mboe/d. For context, this represents a ramp of >30mboe/d from 70mboe/d 1Q19 Alpine High production.

- Macquarie Thoughts: Even if gas is only deferred during April, we could witness 83Mmcf/d, or ~14mboe/d, lower production during 2Q19, which creates a difficult ramp to >100mboe/d. We do think the announcement places downside risk to our production estimates. However, the announcement itself is not that much of a negative, in our view. Our greater concern is on the risk that prices remain suppressed and thus volume remains deferred for a longer period of time (i.e. multiple months). In addition to the challenge in ramping production, we question whether the company would witness any damage to the reservoir associated with the curtailed volumes.

- Additional Risks: APA did not comment on NGL volumes. Any risk to NGL pricing and/or volumes as a result of Basin tightness may place greater pressure on the stock depending on the severity. A peer outside of the Permian announced yesterday shortage in frac capacity. While the unavailability of frac capacity may have been idiosyncratic, we think it is worth monitoring.

**Action and recommendation**

- We remain on the sidelines. We see near-term challenges on NG takeaway but think the company's international oil-weighted portfolio helps balance our view on the name. This topic will bear close monitoring, as it could indicate a continued cap on Waha pricing that could create recurring challenges in the play until the start-up of GCX. Reiterate Neutral.

**Please refer to page 2 for important disclosures and analyst certification, or on our website www.macquarie.com/research/disclosures.**

**Important disclosures:**

### Recommendation definitions

**Macquarie – Asia, USA, Canada, Europe and Mazi Macquarie (SA):**
Outperform – expected return >10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Macquarie - Australia/New Zealand**
Outperform – expected return >10%
Neutral – expected return from 0% to 10%
Underperform – expected return <0%

Note: expected return is reflective of a Medium Volatility stock and should be assumed to adjust proportionately with volatility risk

### Volatility index definition*

This is calculated from the volatility of historical price movements.

**Very high–highest risk** – Stock should be expected to move up or down 60–100% in a year – investors should be aware this stock is highly speculative.

**High** – stock should be expected to move up or down at least 40–60% in a year – investors should be aware this stock could be speculative.

**Medium** – stock should be expected to move up or down at least 30–40% in a year.

**Low–medium** – stock should be expected to move up or down at least 25–30% in a year.

**Low** – stock should be expected to move up or down at least 15–25% in a year.
* Applicable to select stocks in Asia/Australia/NZ/Canada

**Recommendations** – 12 months
**Note:** Quant recommendations may differ from Fundamental Analyst recommendations

### Financial definitions

All "Adjusted" data items have had the following adjustments made:
Added back: goodwill amortisation, provision for catastrophe reserves, IFRS derivatives & hedging, IFRS impairments & IFRS interest expense
Excluded: non recurring items, asset revals, property revals, appraisal value uplift, preference dividends & minority interests

**EPS** = adjusted net profit / efpowa*
**ROA** = adjusted ebit / average total assets
**ROA Banks/Insurance** = adjusted net profit /average total assets
**ROE** = adjusted net profit / average shareholders funds
**Gross cashflow** = adjusted net profit + depreciation
*equivalent fully paid ordinary weighted average number of shares

All Reported numbers for Australian/NZ listed stocks are modelled under IFRS (International Financial Reporting Standards).

### Recommendation proportions – For quarter ending 31 March 2019

|  | AU/NZ | Asia | RSA | USA | CA | EUR |  |
|---|---|---|---|---|---|---|---|
| Outperform | 48.45% | 56.50% | 47.06% | 51.94% | 68.53% | 51.76% | (for global coverage by Macquarie, 3.69% of stocks followed are investment banking clients) |
| Neutral | 35.27% | 30.15% | 32.94% | 42.78% | 24.48% | 38.19% | (for global coverage by Macquarie, 2.76% of stocks followed are investment banking clients) |
| Underperform | 16.28% | 13.35% | 20.00% | 5.28% | 6.99% | 10.05% | (for global coverage by Macquarie, 0.89% of stocks followed are investment banking clients) |

**APA US vs S&P 500, & rec history**



(all figures in USD currency unless noted)

Note: Recommendation timeline – if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Research, April 2019

### 12-month target price methodology

APA US: US$32.00 based on a EV/EBITDA methodology

**Company-specific disclosures:**
**APA US:** Macquarie Capital (USA) Inc. or one of its affiliates has provided Apache Corp with non-securities services during the past 12 months, for which it received compensation.
Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures.

| Date | Stock Code (BBG code) | Recommendation | Target Price |
|---|---|---|---|
| 10-Apr-2019 | APA US | Neutral | US$32.00 |
| 18-Jan-2019 | APA US | Neutral | US$29.00 |
| 02-Nov-2018 | APA US | Neutral | US$37.00 |
| 01-Aug-2018 | APA US | Underperform | US$39.00 |
| 07-May-2018 | APA US | Underperform | US$31.00 |
| 26-Feb-2018 | APA US | Underperform | US$29.00 |
| 14-Dec-2017 | APA US | Underperform | US$34.00 |
| 05-Sep-2017 | APA US | Underperform | US$33.00 |
| 07-Aug-2017 | APA US | Underperform | US$39.00 |
| 21-Jun-2017 | APA US | Underperform | US$40.00 |
| 31-Mar-2017 | APA US | Underperform | US$47.00 |
| 27-Feb-2017 | APA US | Underperform | US$48.00 |
| 03-Feb-2017 | APA US | Underperform | US$51.00 |
| 08-Nov-2016 | APA US | Neutral | US$58.00 |
| 12-Oct-2016 | APA US | Neutral | US$60.00 |
| 08-Sep-2016 | APA US | Neutral | US$54.00 |
| 12-Aug-2016 | APA US | Neutral | US$52.00 |
| 15-Jul-2016 | APA US | Neutral | US$51.00 |

Provided for the exclusive use of Derek Schmidt at Apache Corporation on 18-Apr-2023 05:13 PM.

**Target price risk disclosures**:
**APA US:** Apache's growth is dependent on a number of large, long lead-time type projects. Project or timeline slippage can materially affect its growth outlook, financial results and ultimately our valuation and price target assumptions. Any inability to compete successfully in their markets may harm the business. This could be a result of many factors which may include geographic mix and introduction of improved products or service offerings by competitors. The results of operations may be materially affected by global economic conditions generally, including conditions in financial markets. The company is exposed to market risks, such as changes in interest rates, foreign exchange rates and input prices. From time to time, the company will enter into transactions, including transactions in derivative instruments, to manage certain of these exposures.

**Analyst certification**:
We hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report. The Analysts responsible for preparing this report receive compensation from Macquarie that is based upon various factors including Macquarie Group Ltd total revenues, a portion of which are generated by Macquarie Group's Investment Banking activities.
**General disclaimers:**
Macquarie Securities (Australia) Ltd; Macquarie Capital (Europe) Ltd; Macquarie Capital (Ireland) DAC; Macquarie Capital Markets Canada Ltd; Macquarie Capital Markets North America Ltd;  Macquarie Capital (USA) Inc; Macquarie Capital Limited, Taiwan Securities Branch; Macquarie Capital Securities (Singapore) Pte Ltd; Macquarie Securities (NZ) Ltd; Mazi Macquarie Securities (RF) (Pty) Ltd; Macquarie Capital Securities (India) Pvt Ltd; Macquarie Capital Securities (Malaysia) Sdn Bhd; Macquarie Securities Korea Limited and Macquarie Securities (Thailand) Ltd are not authorized deposit-taking institutions for the purposes of the Banking Act 1959 (Commonwealth of Australia), and their obligations do not represent deposits or other liabilities of Macquarie Bank Limited ABN 46 008 583 542 (MBL) or MGL.  MBL does not guarantee or otherwise provide assurance in respect of the obligations of any of the above mentioned entities.  MGL provides a guarantee to the Monetary Authority of Singapore in respect of the obligations and liabilities of Macquarie Capital Securities (Singapore) Pte Ltd for up to SGD 35 million.  This research has been prepared for the general use of the wholesale clients of the Macquarie Group and must not be copied, either in whole or in part, or distributed to any other person. If you are not the intended recipient you must not use or disclose the information in this research in any way. If you received it in error, please tell us immediately by return e-mail and delete the document. We do not guarantee the integrity of any e-mails or attached files and are not responsible for any changes made to them by any other person. MGL has established and implemented a conflicts policy at group level (which may be revised and updated from time to time) (the "Conflicts Policy") pursuant to regulatory requirements (including the FCA Rules) which sets out how we must seek to identify and manage all material conflicts of interest. Nothing in this research shall be construed as a solicitation to buy or sell any security or product, or to engage in or refrain from engaging in any transaction. In preparing this research, we did not take into account your investment objectives, financial situation or particular needs. Macquarie salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions which are contrary to the opinions expressed in this research. Macquarie Research produces a variety of research products including, but not limited to, fundamental analysis, macro-economic analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research, whether as a result of differing time horizons, methodologies, or otherwise. Before making an investment decision on the basis of this research, you need to consider, with or without the assistance of an adviser, whether the advice is appropriate in light of your particular investment needs, objectives and financial circumstances. There are risks involved in securities trading. The price of securities can and does fluctuate, and an individual security may even become valueless. International investors are reminded of the additional risks inherent in international investments, such as currency fluctuations and international stock market or economic conditions, which may adversely affect the value of the investment. This research is based on information obtained from sources believed to be reliable but we do not make any representation or warranty that it is accurate, complete or up to date. We accept no obligation to correct or update the information or opinions in it. Opinions expressed are subject to change without notice. No member of the Macquarie Group accepts any liability whatsoever for any direct, indirect, consequential or other loss arising from any use of this research and/or further communication in relation to this research.  Clients should contact analysts at, and execute transactions through, a Macquarie Group entity in their home jurisdiction unless governing law permits otherwise. The date and timestamp for above share price and market cap is the closed price of the price date. #CLOSE is the final price at which the security is traded in the relevant exchange on the date indicated. Members of the Macro Strategy team are Sales & Trading personnel who provide desk commentary that is not a product of the Macquarie Research department or subject to FINRA Rule 2241 or any other regulation regarding independence in the provision of equity research.
**Country-specific disclaimers:**
**Australia**: In Australia, research is issued and distributed by Macquarie Securities (Australia) Ltd (AFSL No. 238947), a participating organization of the Australian Securities Exchange. Macquarie Securities (Australia) Limited staff involved with the preparation of research have regular interaction with companies they cover. Additionally, Macquarie Group Limited does and seeks to do business with companies covered by Macquarie Research. There are robust information barriers in place to protect the independence of Macquarie Research's product. However, recipients of Macquarie Research should be aware of this potential conflict of interest. **New Zealand**: In New Zealand, research is issued and distributed by Macquarie Securities (NZ) Ltd, a NZX Firm.
**Canada**: In Canada, research is prepared, approved and distributed by Macquarie Capital Markets Canada Ltd., a (i) member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund, and (ii) participating organisation of the Toronto Stock Exchange, TSX Venture Exchange & Montréal Exchange. This research is distributed in the United States, as third party research by Macquarie Capital Markets North America Ltd., which is a registered broker-dealer and member of Financial Industry Regulatory Authority and the Securities Investor Protection Corporation. Macquarie Capital Markets North America Ltd. accepts responsibility for the contents of reports issued by Macquarie Capital Markets Canada Ltd. in the United States and sent to US persons. Any US person wishing to effect transactions in the securities described in the reports issued by Macquarie Capital Markets Canada Ltd. should do so with Macquarie Capital Markets North America Ltd. This research is intended for distribution in the United States only to major Institutional Investors (as such term is defined in SEC 15a-6 and Section 15 of the Securities Exchange Act of 1934, as amended) and is not intended for the use of any person or entity that is not a major institutional investor.  Research analysts of Macquarie Capital Markets Canada Ltd. are not registered/qualified as research analysts with FINRA. The Research Distribution Policy of Macquarie Capital Markets Canada Ltd. is to allow all clients that are entitled to have equal access to our research.  **United Kingdom**: In the United Kingdom, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated by the Financial Conduct Authority (No. 193905). **Germany**: In Germany, this research is issued and/or distributed by Macquarie Capital (Ireland) DAC, which is authorised and regulated by the Central Bank of Ireland (No. C186531). **France**: In France, research is issued and distributed by Macquarie Capital (Ireland) DAC, which is authorised and regulated by the Central Bank of Ireland (No. C186531).
**Hong Kong & Mainland China**: In Hong Kong, research is issued and distributed by Macquarie Capital Limited, which is licensed and regulated by the Securities and Futures Commission. In Mainland China, Macquarie Securities (Australia) Limited Shanghai Representative Office only engages in non-business operational activities excluding issuing and distributing research. Only non-A share research is distributed into Mainland China by Macquarie Capital Limited.  **Japan**: In Japan, research is Issued and distributed by Macquarie Capital Securities (Japan) Limited, a member of the Tokyo Stock Exchange, Inc. and Osaka Exchange, Inc. (Financial Instruments Firm, Kanto Financial Bureau (kin-sho) No. 231, a member of Japan Securities Dealers Association).  **India:** In India, research is issued and distributed by Macquarie Capital Securities (India) Pvt. Ltd. (CIN: U65920MH1995PTC090696), 92, Level 9, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai – 400 051, India, which is a SEBI registered Research Analyst having registration no. INH000000545.  **Malaysia**: In Malaysia, research is issued and distributed by Macquarie Capital Securities (Malaysia) Sdn. Bhd. (Company registration number: 463469-W) which is a Participating Organisation of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission.  **Taiwan**: In Taiwan, research is issued and distributed by Macquarie Capital Limited, Taiwan Securities Branch, which is licensed and regulated by the Financial Supervisory Commission.  No portion of the report may be reproduced or quoted by the press or any other person without authorisation from Macquarie.  Nothing in this research shall be construed as a solicitation to buy or sell any security or product. The recipient of this

Provided for the exclusive use of Derek Schmidt at Apache Corporation on 18-Apr-2023 05:13 PM.

report shall not engage in any activities which may give rise to potential conflicts of interest to the report. Research Associate(s) in this report who are registered as Clerks only assist in the preparation of research and are not engaged in writing the research. Macquarie may be in past one year or now being an Issuer of Structured Warrants on securities mentioned in this report. **Thailand**: In Thailand, research is produced, issued and distributed by Macquarie Securities (Thailand) Ltd. Macquarie Securities (Thailand) Ltd. is a licensed securities company that is authorized by the Ministry of Finance, regulated by the Securities and Exchange Commission of Thailand and is an exchange member of the Stock Exchange of Thailand. The Thai Institute of Directors Association has disclosed the Corporate Governance Report of Thai Listed Companies made pursuant to the policy of the Securities and Exchange Commission of Thailand. Macquarie Securities (Thailand) Ltd does not endorse the result of the Corporate Governance Report of Thai Listed Companies but this Report can be accessed at: http://www.thai-iod.com/en/publications.asp?type=4. **South Korea**: In South Korea, unless otherwise stated, research is prepared, issued and distributed by Macquarie Securities Korea Limited, which is regulated by the Financial Supervisory Services. Information on analysts in MSKL is disclosed at http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystStut.xml&divisionId=MDIS03002001000000&serviceId=SDIS03002001000. **South Africa**: In South Africa, research is issued and distributed by Mazi Macquarie Securities (RF) (Pty) Ltd, a member of the JSE Limited.  **Singapore**: In Singapore, research is issued and distributed by Macquarie Capital Securities (Singapore) Pte Ltd (Company Registration Number: 198702912C), a Capital Markets Services license holder under the Securities and Futures Act to deal in securities and provide custodial services in Singapore. Pursuant to the Financial Advisers (Amendment) Regulations 2005, Macquarie Capital Securities (Singapore) Pte Ltd is exempt from complying with sections 25, 27 and 36 of the Financial Advisers Act. All Singapore-based recipients of research produced by Macquarie Capital (Europe) Limited, Macquarie Capital Markets Canada Ltd, Mazi Macquarie Securities (RF) (Pty) Ltd and Macquarie Capital (USA) Inc. represent and warrant that they are institutional investors as defined in the Securities and Futures Act. **United States**: In the United States, research is issued and distributed by Macquarie Capital (USA) Inc., which is a registered broker-dealer and member of FINRA.  Macquarie Capital (USA) Inc, accepts responsibility for the content of each research report prepared by one of its non-US affiliates when the research report is distributed in the United States by Macquarie Capital (USA) Inc. Macquarie Capital (USA) Inc.'s affiliate's analysts are not registered as research analysts with FINRA, may not be associated persons of Macquarie Capital (USA) Inc., and therefore may not be subject to FINRA rule restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. Information regarding futures is provided for reference purposes only and is not a solicitation for purchases or sales of futures. Any persons receiving this report directly from Macquarie Capital (USA) Inc. and wishing to effect a transaction in any security described herein should do so with Macquarie Capital (USA) Inc.  Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures, or contact your registered representative at 1-888-MAC-STOCK, or write to the Supervisory Analysts, Research Department, Macquarie Securities, 125 W.55th Street, New York, NY 10019.

© Macquarie Group

Provided for the exclusive use of Derek Schmidt at Apache Corporation on 18-Apr-2023 05:13 PM.

Macquarie Research | 

## Equities

# Research

**Heads of Equity Research**

| | |
|---|---|
| Christine Farkas (US) | (1 212) 231 6668 |
| Greg MacDonald (Canada) | (1 416) 628 3934 |

**Consumer**

**Gaming & Leisure**

| | |
|---|---|
| Chad Beynon (Head of US Consumer) | (1 212) 231 2634 |

**Beverages & HPC**

| | |
|---|---|
| Caroline Levy (New York) | (1 212) 231 1818 |

**Consumer Discretionary**

| | |
|---|---|
| Laurent Vasilescu (New York) | (1 212) 231 8046 |
| Chris Li (Toronto) | (1 416) 848 3553 |

**Leisure & Online Travel**

| | |
|---|---|
| Paul Golding (New York) | (1 212) 231 8003 |

**Energy**

**Oil & Gas**

| | |
|---|---|
| Vikas Dwivedi (Head of Oil & Gas, Global Energy Strategist) | (1 713) 275 6352 |

**US Exploration & Production**

| | |
|---|---|
| Paul Grigel (Denver) | (1 303) 952 2754 |

**US Refining**

| | |
|---|---|
| Jay Tobin (Houston) | (1 713) 275 6123 |

**Oilfield Services**

| | |
|---|---|
| Walt Chancellor (Houston) | (1 713) 275 6230 |

**International/Canadian Oil & Gas Producers**

| | |
|---|---|
| Brian Bagnell (Calgary) | (1 403) 539 8540 |
| Brian Kristjansen (Calgary) | (1 403) 539 8508 |
| Tom Hems (Calgary) | (1 403) 218 6666 |

**Financials**

**Banks/Trust Banks**

| | |
|---|---|
| David Konrad (New York) | (1 212) 231 0525 |
| Jack Walsh (New York) | (1 212) 231 1840 |

**Industrials**

**Chemicals**

| | |
|---|---|
| Cooley May (Head of US Basics & Industrials) | (1 212) 231 2586 |

**Airlines/Aircraft Leasing**

| | |
|---|---|
| Susan Donofrio (New York) | (1 212) 231 6535 |

**Building Products**

| | |
|---|---|
| Adam Baumgarten (New York) | (1 212) 231 0633 |

**Business Services**

| | |
|---|---|
| Hamzah Mazari (New York) | (1 212) 231 2442 |

**Construction & Engineering/Machinery**

| | |
|---|---|
| Sameer Rathod (San Francisco) | (1 415) 762 5034 |

**Diversified Industrials**

| | |
|---|---|
| Michael Glen (Montreal) | (1 514) 905 3636 |

**Transports**

| | |
|---|---|
| Konark Gupta (Toronto) | (1 416) 848 3539 |

**Materials**

**Global Metals & Mining**

| | |
|---|---|
| David Lipschitz (New York) | (1 212) 231 1232 |
| Xiao Feng (New York) | (1 212) 231 1245 |
| Michael Siperco (Toronto) | (1 416) 848 3520 |
| Michael Gray (Vancouver) | (1 604) 639 6372 |
| David Medilek (Vancouver) | (1 604) 639 6378 |

**TMET**

**Media & Entertainment**

| | |
|---|---|
| Tim Nollen (Head of TMET) | (1 212) 231 0635 |

**Automotive & Disruptive Technology**

| | |
|---|---|
| Maynard Um (New York) | (1 212) 231 8098 |

**Cable, Satellite & Entertainment**

| | |
|---|---|
| Amy Yong (New York) | (1 212) 231 2624 |
| Rachel Arrowood (New York) | (1 212) 231 8034 |

**Hardware & Equipment**

| | |
|---|---|
| Gus Papageorgiou (Toronto) | (1 416) 848 3512 |

**Internet**

| | |
|---|---|
| Ben Schachter (New York) | (1 212) 231 0644 |

**Semiconductors**

| | |
|---|---|
| Srini Pajjuri (San Francisco) | (1 415) 762 5018 |

**Software**

| | |
|---|---|
| Sarah Hindlian (New York) | (1 212) 231 1371 |
| Gus Papageorgiou (Toronto) | (1 416) 848 3512 |

**Telecommunications**

| | |
|---|---|
| Amy Yong (New York) | (1 212) 231 2624 |
| Sanford Lee (Toronto) | (1 416) 607 5068 |

**Utilities & Alternative Energy**

| | |
|---|---|
| Angie Storozynski (New York) | (1 212) 231 2569 |

**Find our research at**

| | |
|---|---|
| Macquarie: | www.macquarieresearch.com/ideas/ |
| Thomson: | www.thomson.com/financial |
| Reuters: | www.knowledge.reuters.com |
| Bloomberg: | MAC GO |
| Factset: | http://www.factset.com/home.aspx |
| CapitalIQ | www.capitaliq.com |

Contact macresearch@macquarie.com for access requests.

**Email addresses**

FirstName.Surname@macquarie.com

# Equities

**Head of US Equities**

| | |
|---|---|
| Dan Ritchie (New York) | (1 212) 231 1621 |

# Sales

**Head of US Sales**

| | |
|---|---|
| Khristina McLaughlin (New York) | (1 212) 231 8012 |

**US Sales**

| | |
|---|---|
| Rob Moderelli (New York) | (1 212) 231 2495 |

**Head of Canada Sales**

| | |
|---|---|
| David Ricciardelli (Toronto) | (1 416) 572 7150 |

# Trading

**US Sales Trading**

| | |
|---|---|
| J.T. Cacciabaudo (New York) | (1 212) 231 6381 |

**Canada Trading**

| | |
|---|---|
| Ray Ritchie (Head, Toronto) | (1 416) 848 3633 |

**International Sales Trading**

| | |
|---|---|
| Mike Gray (New York) | (1 212) 231 0928 |