# EXHIBIT H

# Bloomberg

# News Story

**10/25/2019   10:47:07 [BFW] Bloomberg First Word**

## Apache Investors May See Keenan Exit Due to Suriname, RBC Says

By Michael Bellusci

(Bloomberg) -- Apache Corp.'s share drop may reflect investor concerns that Steven Keenan's resignation is related to the outcome of the company's Maka-1 exploration well in Suriname, RBC analyst Scott Hanold wrote in note.

- APA shares pare loss to 3.6% from as much as 11.5% intraday
- APA told RBC in conversation today the company accepted Keenan's resignation as of Oct. 23
    - "Based on our conversation with APA, as of the resignation date, the company had not reached the target objective at the Maka-1 prospect and the resignation was related to other matters," Hanold said
- RBC added Keenan was a major part of APA's team that discovered the Alpine High play, which hasn't met "high" expectations
- APA to report 3Q earnings Oct. 30; see BI preview here
- NOTE: Oct. 18, Apache Upgraded at BofA on Suriname Drilling Optimism

Related ticker:
APA US (APA Corp)

To contact the reporter on this story:
Michael Bellusci in Toronto at mbellusci2@bloomberg.net

To contact the editors responsible for this story:
Brad Olesen at bolesen3@bloomberg.net
Steven Fromm

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.