

June 28, 2023

**VIA ECF**

U.S. Magistrate Judge Andrew M. Edison
United States District Court
Southern District of Texas
601 Rosenberg, Seventh Floor
Galveston, TX 77550

      **Re:** *In re Apache Corp. Sec. Litig.*, No. 4:21-cv-00575 (S.D. Tex.)

Dear Judge Edison,

      We write because the parties wish to update the Court that they have completed their Search Protocol negotiations pursuant to the Court's Docket Control Order (ECF No. 86, ¶8) and Order dated April 10, 2023 (ECF No. 103).[1] Given that the parties have reached agreement on the Search Protocol, under the operative case schedule the deadline for substantial completion of document production is November 27, 2023 (*i.e.*, 150 days after the date of this filing), and the fact discovery cut-off is December 1, 2023.

Respectfully submitted,

/s/ *Johnston de F. Whitman, Jr.*               /s/ *Amy Pharr Hefley*
**KESSLER TOPAZ**                           **BAKER BOTTS L.L.P.**
**MELTZER & CHECK, LLP**           David D. Sterling, Attorney-In-Charge
Gregory M. Castaldo (admitted *pro hac vice*)     Texas Bar No. 19170000
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)  Federal I.D. No. 07079
Joshua E. D'Ancona (admitted *pro hac vice*)     Amy Pharr Hefley
Michelle M. Newcomer (admitted *pro hac vice*)   State Bar No. 24046046
Richard A. Russo Jr. (admitted *pro hac vice*)    J. Mark Little
Austin W. Manning (admitted *pro hac vice*)    State Bar No. 24078869
Evan R. Hoey (admitted *pro hac vice*)        Federal I.D. No 1487508
280 King of Prussia Road                  Anthony J. Lucisano
Radnor, PA 19087                        State Bar No. 24102118
Telephone: (610) 667-7706             Federal I.D. No. 3369146
Facsimile: (610) 667-7056              C. Frank Mace
gcastaldo@ktmc.com                    State Bar No. 24110609
jwhitman@ktmc.com                    Federal I.D. No. 3385915

---

[1] The negotiations concerned search terms for Defendants' use in searching files of individual document custodians, but did not address searches of central files, shared sources of electronically stored information, or paper files.

U.S. Magistrate Judge Andrew M. Edison
June 28, 2023
Page 2

 

jdancona@ktmc.com
mnewcomer@ktmc.com
rrusso@ktmc.com
drotko@ktmc.com
amanning@ktmc.com

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
505 Lomas Santa Fe Dr., Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
Sara DiLeo (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

910 Louisiana Street
Houston, Texas 77002
(713) 229-1946
(713) 229-7946 (Fax)
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com
mark.little@bakerbotts.com
anthony.lucisano@bakerbotts.com
frank.mace@bakerbotts.com

-and-

John B. Lawrence
Texas Bar No. 24055825
S.D. Tex. No. 3124414
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
john.lawrence@bakerbotts.com

*Counsel for Defendants Apache*
*Corporation, John J. Christmann IV,*
*Timothy J. Sullivan, and Stephen J. Riney*

U.S. Magistrate Judge Andrew M. Edison
June 28, 2023
Page 3

   

**AJAMIE LLP**
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*