**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**THIRD JOINT STIPULATION REGARDING**
**CLASS CERTIFICATION BRIEFING DEADLINES**

Lead Plaintiffs Plymouth County Retirement Association ("Plymouth County") and the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters 142") (collectively, "Lead Plaintiffs") and Defendants Apache Corporation ("Apache"), John J. Christmann, IV, Timothy J. Sullivan, and Stephen J. Riney (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties") stipulate and agree as follows:

1. WHEREAS, on September 15, 2021, Judge Hanks referred all non-dispositive and dispositive pre-trial matters in this case to Magistrate Judge Edison (Dkt. 42).

2. WHEREAS, on December 19, 2022, the Court, Judge Edison presiding, issued a Docket Control Order ("DCO," Dkt. 86) setting the Parties' pre-trial briefing schedule.

3. WHEREAS, pursuant to the DCO, Lead Plaintiffs filed their Motion for Class Certification on April 7, 2023 (Dkt. 101).

4. WHEREAS, pursuant to the DCO and the June 8, 2023 Second Joint Stipulation and Order Regarding Class Certification Briefing Deadlines (the "Second Stipulation," Dkt. 116): Defendants filed their Opposition to Class Certification on June 16, 2023 (Dkt. 117); Lead Plaintiffs are due to file their Reply in Support of Class Certification on August 4, 2023; and

Defendants are due to file their Sur-Reply in Opposition to Class Certification on September 1, 2023.[1]

5.    WHEREAS, to complete certain discovery relevant to Lead Plaintiffs' Reply in Support of Class Certification, the Parties have agreed to further extend the deadline for Lead Plaintiffs' Reply by an additional seven days, to August 11, 2023.

6.    WHEREAS, the Parties also wish to extend the subsequent class certification briefing deadlines by the same seven-day period.

7.    WHEREAS, granting the relief requested herein will not affect any deadlines in the DCO other than those pertaining to Class Certification briefing.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

8.    Lead Plaintiffs will file their Reply in Support of Class Certification by August 11, 2023.

9.    Defendants will file their Sur-Reply in Opposition to Class Certification by September 8, 2023.

IT IS SO STIPULATED.

---

[1] Although the Court did not act upon the Second Stipulation, the Parties have adhered to it.

Dated:  July 5, 2023                              Respectfully submitted,

                                          **BAKER BOTTS L.L.P**.

*/s/ David D. Sterling*
David D. Sterling
  *Attorney-In-Charge*
Texas Bar No. 19170000
Federal I.D. No. 07079
Amy Pharr Hefley
State Bar No. 24046046
910 Louisiana Street
Houston, Texas 77002
(713) 229-1946
(713) 229-7946 (Fax)
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com

*Attorneys for Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney*

**AJAMIE LLP**

*/s/ Thomas R. Ajamie (by permission)*
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Michelle M. Newcomer (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
mnewcomer@ktmc.com

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
505 Lomas Santa Fe Dr., Suite #180
San Diego, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
Sara DiLeo (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300

Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiffs*

IT IS SO ORDERED.

Dated: _____, 2023

Hon. Andrew M. Edison
United States Magistrate Judge