**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**<u>DECLARATION OF THOMAS R. AJAMIE IN SUPPORT OF
REPLY MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL</u>**

I, Thomas R. Ajamie, declare as follows:

1. I am a member in good standing of the State Bar of Texas and am admitted to practice before this Court. I am Managing Partner of the law firm Ajamie LLP. I submit this Declaration in support of the *Reply Memorandum of Law in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel*.

2. Attached are true and correct copies of the following exhibits:

   PX 1: Expert Rebuttal Report of Dr. Zachary Nye, Ph.D., dated August 11, 2023, along with its exhibits

   PX 2: Excerpts of the deposition transcript of Lucy P. Allen, dated July 27, 2023

   PX 3: Document Bates-numbered APACHE_00000751-785

   PX 4: Transcript of Apache Corporation at Barclays CEO Energy-Power Conference, dated September 7, 2016

1

    PX 5:   Transcript of Apache Corporation Annual Shareholders Meeting, dated May 11, 2017

    PX 6:   Document Bates-numbered APACHE_00005833-883

  3.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 11th day of August, 2023

            */s/ Thomas R. Ajamie*
            Thomas R. Ajamie