# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575 <br><br> District Judge George C. Hanks, Jr. <br><br> Magistrate Judge Andrew M. Edison <br><br> <u>CLASS ACTION</u> |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
<u>CLASS REPRESENTATIVES AND CLASS COUNSEL</u>**

## <u>INDEX OF EXHIBITS</u>

| EXHIBIT | DOCUMENT |
|---|---|
| PX 1 | Expert Rebuttal Report of Dr. Zachary Nye, Ph.D., dated August 11, 2023, along with its exhibits |
| PX 2 | Excerpts of the deposition transcript of Lucy P. Allen, dated July 27, 2023 |
| PX 3 | Document Bates-numbered APACHE_00000751-785 |
| PX 4 | Transcript of Apache Corporation at Barclays CEO Energy-Power Conference, dated September 7, 2016 |
| PX 5 | Transcript of Apache Corporation Annual Shareholders Meeting, dated May 11, 2017 |
| PX 6 | Document Bates-numbered APACHE_00005833-883 |