**PX 2**

Case 4:21-cv-00575    Document 120-4    Filed 08/11/23 in TXSD    Page 2 of 19

Deposition of Lucy P. Allen                In re Apache Corp. Securities Litigation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Case No. 4:21-cv-00575


IN RE: APACHE CORPORATION SECURITIES
     LITIGATION


_____


**********************************

REMOTE VIDEO DEPOSITION OF LUCY P. ALLEN

July 27, 2023

**********************************


        REMOTE VIDEO DEPOSITION OF LUCY P. ALLEN taken via Zoom in the above-styled and numbered cause on July 27, 2023, commencing at 9:32 a.m. Eastern before Gina Williams, Registered Professional Reporter, Certified Realtime Reporter, and Certified Realtime Captioner.

opinions.

Q    But as we sit here right now, this is -- this is a complete set of the opinions you intend to offer in this case?

A    It's a report that summarizes my findings in this case --

Q    Does this report summarize --

A    -- on the assignment that I was asked to address.

Q    Does this report also summarize all of the price impact analyses that you've conducted since being retained in this case?

A    Yes, I think it does.

Q    So there are no --

You haven't conducted any analysis relevant to price impact that is not either referenced or summarized somewhere in this report?

A    Well, what I was asked to do --

The assignment that I was asked to do was to focus on the focus period, so a part of -- analyze price impact relative to a particular period during the alleged class period.  This report summarizes my findings with regard to that assignment.

Q    Have you analyzed price impact over the entire class period?

A    I have not been asked to do that, no.

Q      Have you done that?

A      I have not done that, no.

Q      Have you analyzed price impact or conducted any analysis of price impact over the portion of the class period that predates the focus period?

A      I was not asked to do that, no.

Q      And have you conducted any analysis relevant to that?

A      I may have conducted analysis that could be relevant to that, but that was not my assignment here.

Q      What analysis was that?

A      I don't specifically recall.

So before the assignment here --

Before getting Dr. Nye's report, I don't recall.

There may have been some analysis that we did in reviewing the Complaint and looking at the price movements of the stock during the entire class period.

So some of that review and analysis could, in theory, be relevant to an analysis of periods before the focus period, but that is not what I have been asked to do.

Q      Have you changed or altered any of your opinions since you submitted your report in this matter on June 16th?

A      I found a couple typos in my report.

It does not change my opinions or conclusions, but there were a couple typos that I found.

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

different reasons.

Q     And how did you and your team determine which news articles you would read and which ones you wouldn't read?

A     I would have to go through my report for each analysis, and I could describe what happened for each type of analysis.

So one example would be that after an alleged corrective disclosure, the news stories would be reviewed to see if there's additional information about why the stock price may or may not be reacting or what information would the market be understanding from an alleged corrective disclosure, for example.

Q     Did you speak to any current or former Apache employees in connection with forming your opinions?

A     I don't believe I did, no.

Q     Did you review any internal Apache documents in connection with forming your opinions?

A     Not that I recall, but if I did, it should be cited in here.

So one --

Sometimes it could be an attachment to a deposition transcript.  That's the only thing I can think of, but I don't have any recollection of that.

Q     In connection with your work in this matter, did

you ever ask counsel whether Apache had any internal documents bearing on price impact?

A    I did not ask that question.  I'm not sure what that would mean exactly.  I don't --

So I'm analyzing whether the alleged misrepresentations impacted the stock price, so whether there's a link between that.

That isn't something that a company would typically have the answer to that or is not typically the sort of analysis a company would do.

Q    And in connection with this case, you didn't ask counsel whether the company did have any answers on that?

A    I did not ask them that, no.

Q    If we look at the legal decisions on page 29, there are 11 cases cited here.

Are you offering any legal opinions in this case?

A    No.

Q    And so why were you considering legal opinions in the course of forming your price impact opinions?

A    These are again ones that are cited in my report, and I could look to the cites to see why they were cited.

Q    Okay.  And are these cases that you found yourself?

A    Well, some of them I was involved in myself.

I'm not sure what you mean by found myself.

time periods where something similar has happened and do an analysis of it.

So I wouldn't say that there wouldn't be circumstances where it could be helpful to an analysis of price impact to analyze the impact of announcements that are not the actual misrepresentation, but I think you'd have to be --

Your hypothetical, there are circumstances where it could perhaps be relevant to some sort of analysis.

Q    Okay.  But putting aside those particular circumstances, in general the price impact analysis focuses on the stock price reaction to the alleged misstatements and the alleged corrective disclosures; is that correct?

A    Not always.  I mean, I would say that can be a more --

It's likely more relevant to be analyzed in the alleged misrepresentations and alleged corrective disclosures.

It isn't to say that it couldn't possibly also be relevant to analyze other dates.

Q    Does there need to be both front-end price impact and back-end price impact for price impact to exist?

A    Again, I think you'd have to explain what you're talking about.

Q    Sure.  Let's -- let's assume we have --

Assume there's a case where there's one misstatement and two corrective disclosures.

If there's a statistically significant stock price reaction in response to that initial misstatement, does price impact exist?

A    So if the alleged misstatement causes the price to move when made?

Q    Yes.

A    I think that's evidence that there's price impact from the alleged misstatement.

Q    And in that situation do you also need to analyze whether back-end price impact exists on those two corrective disclosures?

A    I mean, it depends on what you're -- what you're analyzing.  So I think if --

Information can potentially impact the stock price when made, and then the world can change for various reasons, and that information can no longer be reflected in the stock price.

The stock price can during a period no longer move relative to it that information.  That information is no longer important to the stock price.  It doesn't move with that information.

And so if your question is, is that information or misinformation impacting the stock price during some

Q    Let me ask you this:  If you were analyzing price impact and you find clear evidence of front-end price impact, but no evidence of back-end price impact, would you offer an opinion that no price impact exists?

A    I think if I find price impact -- when a statement is made, I find that the stock price is reacting, and the question is, was there price impact at the time that that statement was made and I have found evidence of that, then I would say that I have found evidence of that, if that's the question.

If the question is, was that statement affecting the stock price at that point in time, then if you have evidence that it was affecting the stock price at that point in time, I think that's somewhat chronological.

If that is the question and that is what I have evidence of, then I think that would be the answer to that question, but I'm not sure that's a meaningful question because it seems to just be true chronologically.

Q    When you analyze price impact in connection with securities class actions, are you analyzing whether the misstatement had any impact on the stock price or whether the misstatement impacted the stock price throughout the entirety of the class period?

A    It depends on the --

It depends on the situation in the question.

not -- asking more about what in fact that would mean, but I wouldn't be surprised if we had done some sort of, you know, some event study analysis, but I just -- I don't know.

We might have looked at the stock price reactions on -- on -- before the focus period, but I just -- I don't have a specific recollection of that.

Q    But the price impact opinion you're offering in this case is limited to whether the alleged misrepresentations impacted Apache's stock price during the focus period; right?

A    That's right.  That's the assignment I've done.

I just, you know --

I don't have a recollection of what might have been done before we were given that specific assignment, but I wouldn't be surprised if there wasn't something that we might have done -- that we would have done that could have had some relevance to something.

Q    You're not expressing an opinion in this case that no price impact exists over the entire class period, are you?

A    That's right.  The analysis and my assignment and my report is focused on the focus period.

Q    And your opinions are focused on -- or limited to the focus period as well?

A    That's right.

Q   And you're not expressing an opinion in this case that no price impact exists during the pre-focus period, are you?

A   That's right.

Q   In paragraph 1 of your report, you say that you analyzed three corrective disclosure dates, right, April 23, 2019, October 25, 2019, and March 16, 2020; correct?

A   That's right, disclosure dates.

Q   And you understand that Plaintiffs have alleged that there were two additional corrective disclosures during the pre-focus period; right?

A   I think that's correct, yes.

Q   And those dates were October 9, 2017 and February 22 of 2018; right?

A   Yes.

Q   And you don't analyze those two corrective disclosures at all in your report, do you?

A   I do not.

Q   And you're not offering an opinion about whether those two corrective disclosures demonstrate price impact for the pre-focus period misstatements; are you?

A   Correct.  I am not.

Q   As part of your analysis in this case, did you analyze whether there was front-end price impact for any of the pre-focus period misstatements?

A       No.

Q       So in --

        Strike that.

        So let's talk about September 7th of 2016.

        You understand that that's the first day of the class period?

A       Yes.  That's right.

Q       And you understand that on that date Apache publicly announced the Alpine High play?

A       That's correct.

Q       And you haven't analyzed whether Apache stock price experienced a statistically significant price increase on that date?

A       I did not, no.

Q       And you're not offering an opinion that any statistically significant price increase on that date is not evidence of price impact, are you?

A       I'm not analyzing the price reaction on that date.

Q       All right.  So specifically with respect to September 7th, you haven't analyzed front-end price impact for those misstatements; correct?

A       I'm not sure what you mean by that, but I have not -- as a part of my assignment in this case, I have not analyzed the price reaction to that announcement.

price impact in reaction to the misrepresentations made during the focus period; right?

A    Section A is about the misrepresentations made during the focus period.

Q    Okay.  And here you look at --

Let me ask, why did you limit your review of front-end price impact to the statements made during the focus period?

A    I didn't limit my analysis of price impact to only the misrepresentations during the focus period, but the question was whether there is any price impact from any of the misrepresentations during the focus period.

Plaintiffs could be alleging that the alleged misrepresentations during the focus period caused the inflation to increase during the focus period, and that's what in part this section then would analyze.

Q    Why didn't you also analyze front-end price impact from the misstatements made prior to the focus period?

A    So the question is whether there's price impact during the focus period.  That was my assignment.

So what happened before the focus period and how the price moved relative to misrepresentations isn't something that I was asked to do.

But there are misrepresentations made during the

A    That's what -- appears to be what it says.

It's so hard to read.

Q    If you look down to the next chart, Figure 9, E&P 2020 estimate changes.

Do you see there's a 45 percent reduction for Apache's -- or Cowen's 2020 EPS estimate for reduction?

A    Yep, I think I see that.

MR. RUSSO:  You can put that aside.  Now would be a good time for a break.

MS. HEFLEY:  Lucy, do you need a lunch break, or do you want a short break?

THE WITNESS:  How about a medium break, a quick lunch break?

MS. HEFLEY:  We can go off the record.

VIDEOGRAPHER:  Off the record 2:18 p.m.

(Recess was taken.)

VIDEOGRAPHER:  Back on the record 2:56 p.m.

BY MR. RUSSO:

Q    Good afternoon, Ms. Allen.  Let's talk about the --

Let's turn to the paragraph 63 of your report where you talk about the October 25, 2019 corrective disclosure.

A    Okay.

Q    On October 25th Apache announced that Steven

Keenan was resigning; right?

A     That's right.

Q     Did Apache disclose any other news to the market on that date?

A     I don't believe so.

Q     Under your alternative event study, did you find that Apache's stock price experienced a statistically significant stock price decline on October 25, 2019?

A     Yes, I think I'm referring to both the alternative event study, as well as Dr. Nye's event study, the stock price declines significantly.

Q     In paragraph 64 you say that the October 25th corrective disclosure shows no price impact, including for the following reasons, and you list two; right?

A     Yes.

Q     The first one is that the analyst commentary following the announcement explicitly attributed Apache's stock price decline to market speculation about Apache Suriname exploration and not due to any news about Alpine High; right?

A     Right.

Q     And the second is that no new information about Alpine High was revealed?

A     Right.

Q     Are you expressing an opinion in this case that

BY MR. RUSSO:

Q      Was there any analysis done of how the market reacted after it learned about the fact that Apache had said that it was unrelated to Suriname and related to other matters?

MS. HEFLEY:   Objection, misstates the document.

A      I didn't do any specific intraday analysis.

I am aware that the stock -- the analysts and the news stories are reporting that the stock dropped a lot more and then came back up again after it was -- indicating that after the market was --

There was some indication that it wasn't related to Suriname.

So what the news stories and the analysts were saying is that the drop was speculation that this could be bad news about Suriname.

And then the stock dropped much more to begin with and then came back is what I have read in the analyst reports and news stories, but I did not do or I do not recall looking at intraday prices, and I did not do a specific analysis of how much it reacted before and after individual pieces, whatever, like this report came out, for example.  I did not do that.  And I don't know the -- I've not analyzed the timing of this report.

Q      But you do know, you testified earlier, that

Q    Did you, in your alternative event study, did you control for increased volatility during this time period?

A    No.  I just applied the same methodology as Dr. Nye and just do more what I think is a more appropriate industry index so the control is better for the market and is a better fit.  I did not make an adjustment for this dramatically increased volatility.

And the very day of this announcement, I think March 16 is, if you look at the VIX volatility index, this is -- I think it's the highest day overall period.

So it's a crazy day of volatility in the market.

Q    It's possible to adjust an event study to account for periods of heightened market volatility; right?

A    How precisely to do that is -- I think would be -- is not standard.

So what is more standard is, if volatility --

So sometimes volatility has increased, and so instead of using, for example, a one-year control period, if volatility is, you know, much higher in, say, a three-month period around the period you're talking about, then you might shorten your control period to only be three months that includes this very high-volatility period.

So how exactly to do it during this one crazy day I think is something that there won't be a large literature about and is not as standard.

Deposition of Lucy P. Allen
In re Apache Corp. Securities Litigation

Q    Your colleagues at NERA have written about how to adjust an event study model to account for periods of increased market volatility; right?

A    Yeah, and they have in the way that --

It was like the credit crisis, for example, which was a much longer period, I think is what they were referring to, and one of the approaches is to shorten your control period to around the period of volatility.

But none of them have written anything about what to do during this particular period, which was very short and extremely high volatility.

Q    In connection with your work on this matter, did you ever attempt to alter the control period in order to account for this increased volatility?

A    I didn't --

I didn't.  No, I did not here.

In this case there's really no need to.  There's absolutely nobody who mentions the Seeking Alpha article, and there's no new information in the Seeking Alpha article, and the very information that Plaintiffs claim has been not told to the market, this article actually, as we say, instead of saying now we found out that this is dry gas and much more dry gas, is actually still calling it a wet gas rich, so it's --

Not only is there no new negative information

learned something from the Seeking Alpha.

Q    Where in your report do you provide that analysis, or is that laid out in your report?

A    Where is what laid out?

Q    Where do you address the Susquehanna report and what it said and the reasons behind its downgrade in your report?

A    I don't know if I do.

As I read the Complaint, the Complaint is alleging that Seeking Alpha is a corrective disclosure and that because of that Susquehanna has downgraded their -- the company, which is just not the case.

Q    In your discussion of the March 16, 2020 corrective disclosures, in your report do you reference the Susquehanna analyst report anywhere?

A    When I say there's not one analyst that mentions Seeking Alpha and that there's no information, I am referencing that, but I don't know if I mentioned the Susquehanna report individually.

MS. HEFLEY:  I'm going to object.  You're insinuating that you alleged that there are other corrective disclosures besides the ones -- corrective disclosures in the Complaint and in the expert's report and in the Motion for Class Certification.

MR. RUSSO:  I'm not insinuating anything.  I'm