# PX 3
# FILED UNDER SEAL