# PX 6
# FILED UNDER SEAL