**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575 |
| | District Judge George C. Hanks, Jr. |
| | Magistrate Judge Andrew M. Edison |
| | <u>CLASS ACTION</u> |

**MOTION TO PROVISIONALLY FILE UNDER SEAL REPLY MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF <u>CLASS REPRESENTATIVES AND CLASS COUNSEL</u>**

Under paragraph 18 of the Discovery Confidentiality Agreement and Protective Order (Dkt. 95) ("Protective Order"), Lead Plaintiffs Plymouth County Retirement Association and the Trustees of the Teamsters Union No. 142 Pension Fund ("Plaintiffs") submit this Motion to Provisionally File Under Seal Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Provisional Sealing Motion").

Plaintiffs request leave to provisionally file under seal the attached Exhibit A, which consists of an unredacted version of their Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Reply") and Exhibits 1, 3, and 6 to the Declaration of Thomas R. Ajamie (which was filed contemporaneously with the redacted version of the Reply). The Reply and these exhibits contain several internal

1

Apache Corp. ("Apache") documents and information that were designated "Confidential" by Defendants (the "Designated Material").

Plaintiffs, as the non-designating party, take no position at this time on the confidentiality of the Designated Material. Under paragraph 18 of the Protective Order, Plaintiffs' counsel met and conferred with Apache's counsel to determine whether Apache would agree to withdraw its confidentiality designations for the Designated Material. But Apache's Counsel declined to do so. Thus, under paragraph 18 of the Protective Order, Apache "must move to file the Designated Material with redactions and/or under seal within three business days."

For these reasons, Plaintiffs seek to provisionally file Exhibit A under seal, which consists of an unredacted version of the Reply and the following Exhibits to the Ajamie Declaration:

| Exhibit # | Description: |
|---|---|
| 1 | Expert Rebuttal Report of Zachary Nye, Ph.D., dated August 11, 2023, along with its exhibits |
| 3 | Document Bates-numbered APACHE_00000751-785 |
| 6 | Document Bates-numbered APACHE_00005833-883 |

Dated: August 11, 2023

Respectfully submitted,

**AJAMIE LLP**

*/s/ Thomas R. Ajamie*

Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Richard A. Russo, Jr. (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
Austin W. Manning (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
rrusso@ktmc.com
ehoey@ktmc.com
amanning@ktmc.com

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)

3

Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com
hfarah@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
Sara DiLeo (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2023, I caused a true and correct copy of the foregoing document to be electrically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Thomas R. Ajamie*
Thomas R. Ajamie