# PX 6
# FILED UNDER SEAL

DRAFT - CONFIDENTIAL

# PROJECT NEPTUNE

Update

October 14, 2019

*Apache*

APACHE_00005833

# 10.14 NEPTUNE UPDATE

## Content summary

DRAFT - CONFIDENTIAL

- **Technical forecast**
  - Dataset and methodology
  - RTA examples and uncertainties
  - As of 09/2016 forecasts (existent wells)
  - Analog plays comparison
  - As of 09/2019 forecast (full dataset)
  - Reservoir results through time
  - Reserves forecast cross plot

- **Economics**
  - Plan submissions summary (2018 / 2019)
  - NGLs yields analysis
  - EURs distributions
  - "Development well" economics
  - Sensitivities

- **External view**
  - Public data quality
  - CI EUR view

- **Next Steps**
  - Use RTA results - TC by setting
  - Scale to longer laterals
  - Economics refinement – assess well locations
  - External communications reconciliation
  - NGLs – actual yields for economic analysis

*Apache*

CONFIDENTIAL

APACHE_00005834

# SAMPLE RTA MODEL RESULTS

## 3-Phase Numerical Simulation

DRAFT - CONFIDENTIAL



**Huckleberry 101CH**
EUR: 3.3 BCF; 0 Mbbl



**Mohican 101AH**
EUR: 10.1 BCF; 0 Mbbl



**Chinook 201AR**
EUR: 2.1 BCF; 84 Mbbl

192 Alpine Wells Matched to Date with Numerical 3-Phase Model
Available wells matched with data "as of" (4 simulations)
Barclays 2016
TPH Oct 2017
Altus Oct 2018
Latest – Oct 2019

*Apache*

# WOODFORD WELL PERFORMANCE

Pre August 2016 Forecast

DRAFT - CONFIDENTIAL



**Woodford Results**

*(Normalized to 4,100ft, Aug 2016 Forecasts)*

Gas EUR [bcf] / 4,100ft vs Condensate EUR [Mbbl] / 4,100ft

● Pre August 2016 Drills (7 Wells)



**Only Woodford Wells Shown**
**Orange Wells Were Online Pre August 2016**

*Apache*

APACHE_00005836

# WOODFORD WELL PERFORMANCE

## Current Forecast

DRAFT - CONFIDENTIAL





# BARNETT WELL PERFORMANCE

## Aug 2016 Forecasts

DRAFT - CONFIDENTIAL





# BARNETT WELL PERFORMANCE

## Current Forecast

DRAFT - CONFIDENTIAL





Only Barnett Wells Shown
Purple Well (Mont Blanc 201AH)
Online Pre August 2016

APACHE_00005839

# WOODFORD AND BARNETT PERFORMANCE

DRAFT - CONFIDENTIAL

## Current Forecasts



Woodford + Barnett Results
(Normalized to 4,100ft, Sept 2019 Forecasts)

- _Results not even in the ballpark of primary phase type curves_

- First Barnett well was a P01 outcome

- Early Woodford wells were also in upper range

- Neptune "next steps" could address the differences by setting and fluid type

APACHE_00005840

# RICH GAS EUR DISTRIBUTIONS

Barnett & Woodford – CGR > 5 BO/MMCF. Normalized to 4100'

DRAFT - CONFIDENTIAL



# LEAN GAS EUR DISTRIBUTIONS

Barnett & Woodford – 5 > CGR > 0.1 BO/MMCF. Normalized to 4100'



Woodford Lean Gas : **P50** 4.4bcfe and Oil 7kbbls   **P10** 7bcfe and 12kbbls

DRAFT - CONFIDENTIAL

# DRY GAS EUR DISTRIBUTIONS

Barnett & Woodford – 0.1 > CGR BO/MMCF. Normalized to 4100'

DRAFT - CONFIDENTIAL



Woodford Dry Gas : **P50** 6.9bcfe and **P10** 9.9bcfe

*Apache*    41 of these 59 wells do not go through the Cryo facilities for processing. The remaining 18 do produce NGLs even with CGR < 0.1

CONFIDENTIAL

# WOODFORD AND BARNETT WELL ECONOMICS

DRAFT - CONFIDENTIAL

Current Forecasts



| | Well | BCF 4100' | MBO 4100' | NPV [$MM] |
|---|---|---|---|---|
| P10 Rich Gas | Mohican 201AH | 4.3 | 77 | (1.9) |
| P50 Rich Gas | Mont Blanc 205BH | 2.4 | 44 | (4.1) |
| P10 Lean Gas | Blackfoot 102AH | 7.1 | 7 | (3.1) |
| P50 Lean Gas | Fox State 108AH | 4.3 | 8 | (4.6) |
| P10 Dry Gas | Redwood 101BH | 9.5 | 0 | (4.4) |
| P50 Dry Gas | Oak State 102 BH | 6.3 | 0 | (5.8) |

Economics run at 50 / 2.5 / 0.23 – 130 / 80 / 0 BBL/MMCF for Rich / Lean / Dry gas wells. Opex, Fees & burdens aligned with latest FDP model. Gas sales at Waha. DCE Capex = 5MM 4.8 Rich / Lean 6.3 Dry

CONFIDENTIAL

# ECONOMIC SENSITIVITIES

DRAFT - CONFIDENTIAL

## "What if" scenarios – 4100' *P10 EURs* Base case



### Base case Gross EURs:

- Rich: 4.3 BCF, 77 MBO => 3.0 BCF, 77 MBO, 550 MNGL => 6.8 BCFE
- Lean: 7.1 BCF, 7 MBO => 5.7 BCF, 7 MBO, 570 MNGL => 9.2 BCFE
- Dry: 9.5 BCF, 0 MBO => 8.6 BCF, 0 MBO, 0 MNGL => 8.6 BCFE

### Individual Sensitivities

- Price Improvement: 60 WTI, 3 HH, 0.27 $/gal C2
- NRI Improvement: 12.5% for Life
- GTP Improvement: 50% Altus Fees removed

| ΔNPV [$MM] | Price | NRI | GTP |
|---|---|---|---|
| Rich Gas | 2.0 | 1.3 | 1.3 |
| Lean Gas | 2.3 | 1.5 | 2.2 |
| Dry Gas | 2.0 | 1.3 | 1.5 |

**Commodity Prices** provide the most economic leverage. NRI and GTP less sensitive with lower volumes (EURs)

*Apache* Economics base case run ot 50 / 2.5 / 0.23 – 130 / 80 / 0 BBL/MMCF for Rich / Lean / Dry gas wells. Opex, Fees & burdens aligned with latest FDP model. Gas sales at Waha. DCE Capex = $MM 4.8 Rich / Lean 6.3 Dry

APACHE_00005845

# COMPARISON TO ANALOGUE PLAYS

DRAFT - CONFIDENTIAL

## Updated Alpine Well Results vs. Major North American Shale Plays



Analogue Plays: Data sourced from 2019 RSEG Presentation: *Breaking the (Digital) Barrier* (July 2019); represents average well drilled in each play in 2018 (RSEG forecasts)

# COMPARISON TO ANALOGUE PLAYS

DRAFT - CONFIDENTIAL

## 4100' Updated Alpine Well Results vs. Major North American Shale Plays



CONFIDENTIAL

APACHE_00005847

DRAFT - CONFIDENTIAL

# EUR COMPARISON

## 2019 Neptune Forecast vs. Reserves Group Technical Recovery Forecast

### Wellhead Gas



$y = 1.4482x$
$R^2 = 0.9426$

n = 156 Wells



Reserves Technical Recovery Forecast
*Higher by 44%*

### Oil / Condensate



$y = 1.2896x$
$R^2 = 0.7679$

n = 122 Wells
> 0 MB Cond. EUR

Reserves Technical Recovery Forecast
*Higher by 30%*

### Reconciliation:

| Forecast Source | WH Gas (BCF) | Oil / Cond. (MB) |
| --- | --- | --- |
| Neptune RTA-Based Forecast | 812 | 3,368 |
| Reserves Technical Recovery Forecast | 1,169 | 4,367 |
| % Difference | +44% | +30% |

### Notes:

- ▹ Woodford and Barnett formations only
- ▹ Only 156 of 172 wells matched and reconciled; Currently reconciling full populations
- ▹ Neptune RTA-Based forecast from 3-phase numerical simulation in IHS Harmony; 30-year simulation
- ▹ Reserves Group RAPID-Based forecast represents <u>technical</u> recovery at fixed 100 Mcf/d limit

Apache

16

APACHE_00005848



CONFIDENTIAL

# WHAT DOES THE REGION REALLY THINK?

## Plan Submissions with Revisions – Barnett 2019



APACHE_00005850

# WHAT DOES THE REGION REALLY THINK?

## Plan Submissions with Revisions – Strategic Tests 2019



CONFIDENTIAL

# 2019 WELL EUR: PLAN VS. SEP OUTLOOK

| Plan Lease | Date Online | Lean/Rich | 2019 Plan Gross Oil (MBO) | 2019 Plan Gross WH Gas (MMCF) | 2019 Sep Outlook Gross Oil (MBO) | 2019 Sep Outlook Gross WH Gas (MMCF) | Difference Gross Oil (MBO) | Difference Gross WH Gas (MMCF) | Difference (%) Gross Oil | Difference (%) Gross WH Gas |
|---|---|---|---|---|---|---|---|---|---|---|
| Aspen St 2019R | Jan-19 | Lean | - | 11,711 | 0 | 4,099 | 0 | (7,612) | 0% | -65% |
| Aspen St 2028H | Jan-19 | Lean | - | 11,711 | - | 2,632 | - | (9,079) | 0% | -78% |
| Pine State 108AH | Feb-19 | Lean | - | 15,199 | - | 14,053 | - | (1,146) | 0% | -8% |
| Spruce St 103AH | Mar-19 | Lean | - | 15,192 | - | 12,566 | - | (2,625) | 0% | 17% |
| Spruce St 202BH | Mar-19 | Lean | - | 11,694 | - | 5,429 | - | (6,265) | 0% | -54% |
| Fox State Unit 108AH | Dec-18 | Rich | 22 | 9,569 | 3 | 5,893 | (19) | (3,676) | -85% | -38% |
| Fox State Unit 109AH | Dec-18 | Rich | 22 | 9,569 | 15 | 6,576 | (7) | (2,993) | -33% | -31% |
| Choctaw St 101BH | Jan-19 | Rich | 14 | 8,105 | 4 | 3,861 | (10) | (4,244) | -71% | -52% |
| Choctaw St 102AH | Jan-19 | Rich | 14 | 8,105 | 16 | 6,422 | 2 | (1,682) | 13% | 21% |
| Choctaw St 103AH | Jan-19 | Rich | 14 | 8,105 | 16 | 5,723 | 3 | (2,382) | 19% | -29% |
| Fox State Unit 105AH | Jan-19 | Rich | 22 | 9,569 | 8 | 8,348 | (14) | (1,221) | -63% | -13% |
| Fox State Unit 106AH | Jan-19 | Rich | 22 | 9,569 | 8 | 7,244 | (14) | (2,325) | -63% | -24% |
| Fox State Unit 107AH | Jan-19 | Rich | 22 | 9,569 | 3 | 7,127 | (19) | (2,443) | -87% | -26% |
| State Hyperion 101AH | Jan-19 | Rich | 34 | 4,752 | 52 | 2,516 | | (2,236) | 53% | -47% |
| State Hyperion 201AH | Jan-19 | Rich | 148 | 2,061 | 20 | 198 | (128) | (1,863) | -86% | -90% |
| Chinook 203AH | Feb-19 | Rich | 90 | 3,073 | 44 | 2,574 | (47) | (499) | -52% | -16% |
| Lumbee 101AH | Feb-19 | Rich | 18 | 10,458 | 8 | 10,292 | (9) | (166) | -54% | -2% |
| Desert Gold 101AH | Mar-19 | Rich | 78 | 5,373 | 22 | 4,335 | (55) | (1,038) | -71% | 19% |
| Huckleberry 202AH | Apr-19 | Rich | 83 | 8,663 | 11 | 3,066 | (76) | (5,597) | -91% | -66% |
| Alta 113BH | May-19 | Rich | 79 | 6,761 | 39 | 3,711 | (39) | (3,050) | -50% | -45% |
| Alta 114AH | May-19 | Rich | 79 | 6,761 | 76 | 6,960 | (3) | 199 | -4% | 3% |
| Mont Blanc 204AH | May-19 | Rich | 88 | 8,657 | 64 | 5,274 | (24) | (3,383) | -27% | -39% |
| Mont Blanc 205BH | May-19 | Rich | 88 | 8,657 | 62 | 5,261 | (26) | (3,396) | -30% | -39% |
| Mont Blanc 206AH | May-19 | Rich | 88 | 8,657 | 78 | 5,513 | (10) | (3,145) | -11% | -36% |
| Mont Blanc 208AH | May-19 | Rich | 88 | 8,657 | 99 | 7,222 | 12 | (1,435) | 13% | -17% |
| Mont Blanc 209BH | May-19 | Rich | 88 | 8,657 | 70 | 7,124 | (17) | (1,534) | -20% | -18% |
| Mont Blanc 211AH | May-19 | Rich | 88 | 8,657 | 75 | 6,984 | (13) | (1,673) | -15% | -19% |
| Mont Blanc 212BH | May-19 | Rich | 88 | 8,657 | 46 | 6,984 | (41) | (1,673) | -47% | -19% |
| Alta 108AH | Jun-19 | Rich | 79 | 6,761 | 39 | 3,784 | (40) | (2,977) | -50% | -44% |
| Alta 109AH | Jun-19 | Rich | 79 | 6,761 | 65 | 6,076 | (14) | (685) | -18% | 10% |
| Alta 110AH | Jun-19 | Rich | 79 | 6,761 | 24 | 2,382 | (54) | (4,379) | -69% | -65% |
| Blackfoot Unit 119AH | Jun-19 | Rich | - | 13,860 | 1 | 8,952 | 1 | (4,908) | 0% | -35% |
| Blackfoot Unit 120AH | Jun-19 | Rich | - | 13,860 | 2 | 7,344 | 2 | (6,516) | 0% | -47% |
| Blackfoot Unit 209BH | Jun-19 | Rich | 88 | 8,652 | 33 | 2,878 | (54) | (5,774) | -62% | -67% |
| Blackfoot Unit 212BH | Jun-19 | Rich | 88 | 8,652 | 45 | 3,433 | (43) | (5,219) | -49% | -60% |
| Blackfoot Unit 213BH | Jun-19 | Rich | 88 | 8,652 | 61 | 3,824 | (26) | (4,828) | -30% | -56% |
| Blackfoot Unit 214AH | Jun-19 | Rich | 88 | 8,652 | 78 | 3,616 | (9) | (5,036) | -11% | -58% |
| Blackfoot Unit 215BH | Jun-19 | Rich | 88 | 8,652 | 49 | 3,615 | (39) | (5,037) | -44% | -58% |
| Blackfoot Unit 216AH | Jun-19 | Rich | 88 | 8,652 | 57 | 4,213 | (31) | (4,439) | -35% | -51% |
| Blackfoot Unit 217BH | Jun-19 | Rich | 88 | 8,652 | 55 | 3,528 | (33) | (5,124) | -37% | -59% |
| Blackfoot Unit 118AH | Jul-19 | Rich | - | 13,860 | 1 | 7,461 | 1 | (6,399) | 0% | -46% |
| Blackfoot Unit 201AH | Jul-19 | Rich | 88 | 8,652 | 48 | 3,507 | (40) | (5,145) | -46% | -59% |
| Blackfoot Unit 203BH | Jul-19 | Rich | 88 | 8,652 | 48 | 3,530 | (39) | (5,122) | -45% | -59% |
| Blackfoot Unit 204AH | Jul-19 | Rich | 88 | 8,652 | 38 | 2,704 | (50) | (5,948) | -57% | -67% |
| Blackfoot Unit 205BH | Jul-19 | Rich | 88 | 8,652 | 57 | 4,284 | (31) | (4,368) | -35% | -50% |
| Blackfoot Unit 207AH | Jul-19 | Rich | 88 | 8,652 | 45 | 3,137 | (43) | (5,515) | -49% | -64% |
| Blackfoot Unit 210AH | Jul-19 | Rich | 88 | 8,652 | 62 | 4,360 | (26) | (4,292) | -37% | -50% |
| Blackfoot Unit 211AH | Jul-19 | Rich | 88 | 8,652 | 38 | 3,307 | (49) | (5,345) | -56% | -62% |
| Chinook 204AH | Jul-19 | Rich | 177 | 4,703 | 11 | 395 | (166) | (4,308) | -94% | -92% |
| Chinook 205AH | Jul-19 | Rich | 177 | 4,703 | 9 | 407 | (168) | (4,296) | -95% | -91% |
| Cree St Unit 103AH | Aug-19 | Rich | 14 | 8,107 | 15 | 8,609 | 1 | 502 | 8% | 6% |
| Cree St Unit 104AH | Aug-19 | Rich | 14 | 8,107 | 15 | 8,609 | 1 | 502 | 8% | 6% |
| Cree State Unit 102BH | Aug-19 | Rich | 14 | 8,127 | 15 | 8,609 | 1 | 482 | 8% | 6% |
| Cherokee 101AH | Sep-19 | Rich | - | 13,852 | - | 13,053 | - | (799) | 0% | -6% |
| Cherokee 102BH | Sep-19 | Rich | - | 13,852 | - | 13,053 | - | (799) | 0% | -6% |
| Cherokee 104BH | Sep-19 | Rich | - | 13,852 | - | 13,053 | - | (799) | 0% | -6% |
| Cherokee 205AH | Sep-19 | Rich | 88 | 8,648 | 74 | 6,785 | (14) | (1,863) | -15% | -22% |
| Cherokee 203BH | Nov-19 | Rich | 88 | 8,648 | 74 | 6,776 | (14) | (1,872) | -16% | -22% |
| Lumbee Placeholder 102AH | Nov-19 | Rich | 14 | 8,115 | 15 | 8,588 | 1 | 473 | 8% | 6% |
| Lumbee Placeholder 103AH | Nov-19 | Rich | 14 | 8,115 | 15 | 8,588 | 1 | 473 | 8% | 6% |
| Bonsai Unit 201AH | Dec-19 | Rich | 88 | 8,677 | 65 | 4,209 | (23) | (4,468) | 26% | -51% |

**The Region** has revised the 2019 Outlook <u>significantly</u> lower vs. Plan (and much lower vs. "type curves")



Note: Only wells in Plan as well as in the Outlook are shown

CONFIDENTIAL

APACHE_00005852

DRAFT - CONFIDENTIAL

# OCTOBER 2017 INVESTOR DAY

## Typical Well Economics



**WET GAS PLAY: FULLY BURDENED ECONOMICS**
Development Scenario (4,400' Lateral)

- *"these wells are reflective of our 3,500+ wet gas locations that are primarily in the Barnett and Woodford and span the majority of our acreage position."** *

- *"...the weighted average typical wet gas well is estimated to produce 13.3 bcfe...of which 6% is oil or 130kbbls per well"** *

- Our analysis suggests actual results are materially below the published "Typical Well"

**The EURs from this slide** were used as recently as **Jan 2019** in an Altus deck

*From October 2017 "TPH" transcript

*Apache*

CONFIDENTIAL                                                                APACHE_00005853

# WHAT IS IN THE PUBLIC DOMAIN?

DRAFT - CONFIDENTIAL

Third Party "Analysis" will start to drive the AH narrative

► **139 AH wells in the IHS Database**

  ► Wet Gas (CGR>5) – 29 wells
    ► P50 2.7bcfe (~50kbbls oil)
    ► P10 7.1bcfe

  ► Dry Gas – 68 wells
    ► P50 10bcfe (Region using 17bcf for type curve economics)

  ► Lean Gas – Work still in progress

Public Data EURs > Our RTA analysis...but well below prior public announcements

*Apache*

CONFIDENTIAL

APACHE_00005854

# WHAT ABOUT WELL LOCATIONS?

DRAFT - CONFIDENTIAL

Not yet in our analysis....but some observations

- **September BOD meeting...Regions view**
  - Dry Gas – 506 potential locations
    - *Only ~50% economic* at aggressive gas price AND significantly improved terms
  - Wet Gas – 847 potential locations
    - *Only 60% economic* at aggressive commodity prices AND significantly improved terms
  - Oil – 365 potential locations
    - *Only 10% economic* at $65/bbl oil
  - Monocline – 2709 potential locations (Oil and Gas)
    - *0% (Zero) economic* as "too complex to characterize"....3 years after Barclays announcement

| ....but the primary phase type curves were said to be "on target" |
| --- |

*Apache*

APACHE_00005855

# NEPTUNE 10.4 UPDATE
## Findings summary

DRAFT - CONFIDENTIAL

- **Technical forecast**
  - Initial wells rank in the P10+ ranges considering the complete population to date
  - Gas EURs disconnected from external presentations
    - Detect trend very early in well life
  - Condensate EUR estimations revised down significantly over time
    - Detect trend very early in well life
  - NGL yields measurements (Cryo and Battery level) misses initial assumptions
- **Economics**
  - Capex and Opex inline with original estimations
  - Revenue lines are the main difference with external communications
  - *Short lateral limits economic development*
  - Leverage to gas price > leverage to changing commercial terms

*Apache*

# NEPTUNE 10.4 UPDATE

DRAFT - CONFIDENTIAL

Potential next steps

- Use RTA results as a basis for updated type curves
  - Reservoir and Fluid Windows
- Scale type curves to 2 mile laterals
  - Assess economics
  - If improved, where are the opportunities to drill longer laterals?
  - Reassess well locations / future opportunity set
- Assess "technical" well spacing on current pads
- NGLs – assess future liquid yields
- Appraisal strategy lookback
- External communications reconciliation

Apache    Apache

# BACKUP SLIDES

Click to add Subtitle



APACHE_00005858

# ANALYST OPINIONS: THEN VS. NOW

DRAFT - CONFIDENTIAL

## The bulls turn more muted

★ **Barclays 2016**

★ **2019 View**



The play has the **potential to be a transformative event for the company**, namely addressing a previous investor pushback regarding a lack of contiguous acreage.

❏ Raymond James 9/7/16 (Outperform; $72 price target)



The recent downturn in Permian gas prices and NGL prices, while an obvious headwind for the company, has demonstrated the operators commitment to value creation over volume production, and **we believe the deferrals at Alpine High are the prudent move given the prices at WAHA hub and the looming uncertainty with NGLs. While results in the U.S. have trailed expectations, several exciting exploration opportunities in Egypt and Suriname offer attractive upside** and exposure to Brent oil prices.

❏ Raymond James 8/5/19 (Outperform, $32 price target)

We've raised our NAV by $13/share to $53.70/share. **Roughly $10/share of our NAV increase is attributed to the new Alpine High play, where we assume 4 Bboe of net resource based on the midpoint of APA's wide ranging well economics for the area.**

❏ UBS, 9/7/16 (Buy; $54 PT)



The combination of lower oil volumes and reiterated FY19 capex has led us to revise sustainable capital efficiency for oil. **The market is continuing to look for oil results in Alpine High. Weak natural gas and NGL pricing...has led APA to shut in wells, and we remain cautious on GCX completely addressing the issue...The real option value for APA though is its exploration potential in Suriname.**

❏ UBS 8/5/19 (Sell, $21 price target)

*Apache*

*Apache*

APACHE_00005859

# ANALYST OPINIONS: THEN VS. NOW

DRAFT - CONFIDENTIAL

## The bulls turn more muted

★ **Barclays 2016**

We view the Alpine High, though not without risk, **as a scalable short-cycle opportunity,** which was previously not present in the company's asset portfolio. **We think that the contiguous position lends itself to future catalyst potential, with potential NAV upside** driven by productivity enhancement in the Barnett/Woodford as completion techniques are refined, resource delineation in the two intervals that would expand current inventory which we risk at ~2200 net locations and a call option on Bone Spring/Wolfcamp upside longer-term.

❏ Wolfe 9/8/16 (Peer Perform, N/A price target)

**The key point inside is that the low clay content and excellent porosity is why the rocks are so productive in a lower pressure and hence lower cost environment**...Running a longer rig program to fully develop this large resource, downspacing, play optimization or providing credit to the oilier Wolfcamp and Bone Spring would be sources of further upside. **It is worth engaging with APA to understand why this could prove to be a truly world class resource.**

❏ Credit Suisse 9/8/16 (Neutral; $67 PT)

★ **2019 View**

APA's stock has remained a tug-of-war this year between Suriname exploration potential and the challenges Alpine High is facing from declining natural gas and NGL prices. **Unfortunately for APA, the delay in getting exploration kicked off has brought the Alpine High issues back in front, leading to significant underperformance vs. Large Cap peers over the last month, and the 2Q update showed the price environment is making it a challenge to get growth going as expected at the cornerstone asset.**

❏ Wolfe (Peer Perform, $32 price target)

NGLs are expected to account for >40% of Alpine High production in 2020, leaving APA with significant exposure to the weak NGL pricing environment and market outlook. [Alpine High] remains economic in **this pricing environment, however it does not compete with Egypt (which offers higher returns) or the Midland Basin (higher NPVs).** Thus, it remains unclear which area APA may redirect capital to next year...or if it intends to use the reduced capex from Alpine High to fund further debt reduction.

❏ Credit Suisse 8/8/19 (Neutral, $25 price target)

*Apache*

28

CONFIDENTIAL

APACHE_00005860

# ANALYST OPINIONS: THEN VS. NOW

DRAFT - CONFIDENTIAL

⭐ **Barclays 2016**

⭐ **2019 View**

APA surprised with a large, low cost, organic resource play in the Delaware basin with strong initial wells. **For potential NAV accretion we're taking a conservative view until more wells/longer-term data is released. APA's 1.1-2.7 mmboe EURs imply 1.6-4.0 Bcfe/1,000 ft. which are at or above (i) what many E&Ps currently recover in-basin and (ii) most gas plays we cover.**

☐ TPH, 9/7/16 (Hold; N/A price target)



**Without Suriname as a talking point, focus will likely be on updated Alpine High thoughts as ramp of two Cryo plants is somewhat offset by persistent NGL weakness continuing to weigh on the play's economics**…We'd expect continued upstream capital allocation to the play as company messaging remains bullish re:H2'19 ethane/propane capacity/infrastructure adds. **While name has materially lagged, we remain sidelined as we await more fulsome Alpine High well data and clearer line of sight to deleveraging.**

☐ TPH, 7/17/19 (Hold; $31 price target)

We were somewhat taken aback by the magnitude of the favorable read on APA shares following yesterday's disclosures of newly minted (pun intended) resource play, Alpine High…**We took the update as a net mixed given limited near term prod'n and cash flow impact despite near term capex pressure**… Taking some time to model out the Alpine High, we continue to view yesterday's update as mixed.

☐ Heikkinen, 9/8/16 (Bottom-tier, N/A price target)

**We are told all that matters for APA shares is its upcoming Suriname test,** but we took the time to recalibrate our APA model for Alpine High anyway. Given the number of uncertain variables here and lack of detail/disclosures from the company, we are pretty sure our model is not perfect, but we are also sure that it is materially better than most. **APA shares continue to screen as a poor risk-reward under our framework, however we acknowledge our system has at times failed to adequately capture the potential for the market's imagination to rerate stocks higher in the context of exploration** (i.e. HES).

☐ Heikkinen, 4/25/19 (Bottom-tier, N/A price target)

*Apache*    29

# ANALYST OPINIONS: THEN VS. NOW

DRAFT - CONFIDENTIAL

★ **Barclays 2016**

While this new find is significant and Apache is deservedly excited about its new discovery in this relatively untapped part of the Delaware Basin, previous well results in the immediate area have been poor. It has been hit or miss...It remains to be seen whether Apache's initial success in the play will carry over into the Wolfcamp formation. It's too early to tell, but more drilling and appraisal will be necessary. **Early economics for the area indicate gas production breaks even near $2.50/Mcf of gas and oil production breaks even at $55/bbl assuming a constrained 24-hour initial production rate equates to peak-month production and a $5 million well cost. However, if recently published IP rates indicate true 24-hour rates, then break-evens for the play will be closer to $3.00/Mcf and $65/bbl.**

❑ IHS, September 2016



★ **2019 View**

As the Alpine High approaches its critical 100th well, each new well result in the Alpine High **confirms the play as gas prone with Dry Gas and Wet Gas windows.** A limited sweetspot is present in the north-central portion of the play where the targets are relatively deep. **Based on current assumptions, the play is borderline economic with current breakevens at or above $2.50/MMBtu to Henry Hub.**

Apache remains the only operator in the play and owns the gathering, processing, shares in long haul pipeline to the Gulf Coast through its majority position in Altus Midstream, as well as long-term LNG contracts. **However, these various vertical integrations are insufficient to push the play past a moderate return.**

❑ IHS, July 2019

*Apache*

# HARMONY MODEL ROBUSTNESS

DRAFT - CONFIDENTIAL

## Evolution of forecast through time





| 2016 Wells | % of Final Forecast | |
|---|---|---|
| | Gas % | Cond % |
| Aug 2016 | 109% | 131% |
| Sept 2017 | 99% | 109% |
| June 2018 | 96% | 100% |

| 2017 Wells | Gas % | Cond % |
|---|---|---|
| Sept 2017 | 95% | 105% |
| June 2018 | 97% | 107% |

| 2018 Wells | Gas % | Cond % |
|---|---|---|
| June 2018 | 97% | 130% |

Early times **accurate Average Gas EUR, Condensate EUR's required additional production** information for stable estimations.

*Apache*

APACHE_00005863

# SAMPLE RTA MODEL RESULTS

## 3-Phase Numerical Simulation

DRAFT - CONFIDENTIAL



**Redwood 201AH**
EUR: 8.1 BCF; 0 Mbbl



**Cypress State 401AH**
EUR: 2.5 BCF; 165 Mbbl



**Mt. Hunter 101AH**
EUR: 3.0 BCF; 34 Mbbl

# BLACK HAWK STATE 101BH

## Harmony EUR Forecast

DRAFT - CONFIDENTIAL



| | Small OGIP (65%) (H=120ft; Xf= 230ft) | Base Case (H=150ft; Xf= 285ft) | Large OGIP (150%) (H=180ft; Xf= 350ft) |
|---|---|---|---|
| Actual 1 Year Gas | 0.9 bcf | 0.9 bcf | 0.9 bcf |
| 5 Year Cum Gas | 2.0 bcf | 2.2 bcf | 2.2 bcf |
| 30 Year Cum Gas | 2.6 bcf | 3.9 bcf | 4.9 bcf |

OGIP Can Swing EUR by ~20%, But Only In The 5-30 Yr Period

APACHE_00005865

# MONT BLANC 201AH

## Harmony EUR Forecast

DRAFT - CONFIDENTIAL



|  | Small OGIP (65%) (H=140ft; Xf= 300ft) | Base Case (H=170ft; Xf= 380ft) | Large OGIP (150%) (H=210ft; Xf= 460ft) |
|---|---|---|---|
| 1 Year Producing (No Downtime) | 1.8 bcf | 1.8 bcf | 1.8 bcf |
| 5 Year Cum Gas | 4.1 bcf | 4.3 bcf | 4.4 bcf |
| 30 Year Cum Gas | 6.1 bcf | 8.6 bcf | 10.5 bcf |

OGIP Can Swing EUR by ~20%, But Only In The 5-30 Yr Period

APACHE_00005866

# WOLFCAMP WELL PERFORMANCE

## Aug 2016 Forecasts

DRAFT - CONFIDENTIAL





# WOLFCAMP WELL PERFORMANCE

## Current Forecast

DRAFT - CONFIDENTIAL





First Well: Mont Blanc 401AH

DRAFT - CONFIDENTIAL

# WOODFORD, BARNETT & WOLFCAMP

## Current Forecasts



- ▶ Wolfcamp shows much higher liquid recovery,
  - ▷ Total gas is similar to Barnett, but Wolfcamp gas IP is lower (associated gas has different profile)

*Woodford, Barnett & Wolfcamp are 95% of Total Well Population*

Apache

CONFIDENTIAL

# COMPARISON TO ANALOGUE PLAYS

DRAFT - CONFIDENTIAL

## Economics of Early Alpine Wells -- Normalized to 4100 ft. Lateral Length



Analogue Plays: Data sourced from 2019 RSEG Presentation: *Breaking the (Digital) Barrier* (July 2019); represents average well drilled in each play in 2018 (RSEG forecasts)

# COMPARISON TO ANALOGUE PLAYS

DRAFT - CONFIDENTIAL

## Updated Alpine Well Results vs. Major North American Shale Plays



**Filtered Wells:**
Ortler #1H (Footwall A Test)
Hyperion #201AH (Monocline Barnett Test)
Navajo #101AH (CTS Step-out)
Blackfoot State – All Woodford C & Barnett Wells
Northern Trough – All Western Area Wells (Mesquite, Juniper, Redbud)

**Neptune Forecasts & External TCs**
- ● Avg. Well in Analogue Plays (RSEG - 2018 Avg)
- ┈ Empirical Fit
- ○ AH Pre-Barclays Wells (2016 Forecast)
- AH Woodford - 2019
- AH Barnett - 2019
- AH Wolfcamp - 2019
- ● External - Barclays 2016
- ● External - TPH Update 2017
- ○ External - ALTM Roadshow 2018

**RSEG Analogue Plays (Average 2018 Well)**

| | |
|---|---|
| 1 | Haynesville |
| 2 | Marcellus |
| 3 | Utica |
| 4 | Duvernay |
| 5 | Montney |
| 6 | SCOOP/STACK |
| 7 | DJ |
| 8 | Eagle Ford |
| 9 | Midland Basin |
| 10 | Bakken |
| 11 | Delaware Basin |

Analogue Plays: Data sourced from 2019 RSEG Presentation: *Breaking the (Digital) Barrier* (July 2019); represents average well drilled in each play in 2018 (RSEG forecasts)

# RICH GAS EUR EXISTENT WELLS DISTRIBUTIONS

Barnett & Woodford – CGR > 5 BO/MMCF. Normalized to 4100'

DRAFT - CONFIDENTIAL

ST TEST excluded



Combined Woodford and Barnett Rich Gas :  **P50** Rich Gas ~2.4bcfe and Oil ~37kbbls    **P10** Rich Gas ~4.2bcfe and Oil ~72kbbls

CONFIDENTIAL



# LEAN GAS EUR EXISTENT WELLS DISTRIBUTIONS

DRAFT - CONFIDENTIAL

ST TEST excluded

Barnett & Woodford – 5 > CGR > 0.1 BO/MMCF. Normalized to 4100'

Woodford Lean Gas : **P50** 4.5bcfe and Oil 7kbbls   **P10** 7.1bcfe and 13kbbls

# DRY GAS EUR EXISTENT WELLS DISTRIBUTIONS

DRAFT - CONFIDENTIAL

Barnett & Woodford – 0.1 > CGR BO/MMCF. Normalized to 4100'     ST TEST excluded



Woodford Dry Gas : **P50** 6.9bcfe and **P10** 9.9bcfe   (No Change)

*Apache*     41 of these 59 wells do not go through the Cryo facilities for processing. The remaining 18 do produce NGLs even with CGR < 0.1

     APACHE_00005874

# PUBLIC DATA QUALITY

DRAFT - CONFIDENTIAL

## Public Data is Very Accurate for Gas and Condensate





- **Public Data is Accurate and Updated to July 2019 (3 Months Behind)**

# 2019 DRILLING PROGRAM AUGUST OUTLOOK

## Alpine High Outlook Summary Comparison

### Feb BoD Prices

| ALPINE HIGH | 2019 PLAN - New Burd | | 2019 OUTLOOK | | VARIANCE | |
|---|---|---|---|---|---|---|
| **Well Counts** | YTD | FY | YTD | FY | YTD | FY |
| Gross Operated Wells Online | 58 | 87 | 62 | 89 | 4 | 2 |
| Net Operated Wells Online | 58.0 | 87.0 | 62.0 | 89.0 | 4.0 | 2.0 |
| Gross Nonop Wells Online | - | - | - | - | - | - |
| **Online Wells Full Life Capital** | | | | | | |
| CWC ($MM) | 380 | 553 | 377 | 553 | (3) | 1 |
| CWC + Central Fac. ($MM) | 425 | 619 | 422 | 619 | (3) | 1 |
| CWC + Central Fac. + Ovhd. ($MM) | 446 | 650 | 443 | 650 | (3) | 1 |
| 2019 Drill Wedge Production (MBOE/D) | 17.7 | 32.5 | 12.5 | 22.3 | (5.2) | (10.2) |
| Op. Gross CWC/4,800' ($MM) | 6.0 | 6.0 | 5.6 | 5.5 | (0.4) | (0.4) |
| Op. Gross EUR/4,800' (MBOE) | 1,784 | 1,908 | 1,127 | 1,263 | (657) | (645) |
| **Reserves Developed** | | | | | | |
| Net MMBOE | 84.8 | 132.4 | 56.7 | 94.8 | (28.1) | (37.6) |
| % Liquids | 50% | 51% | 48% | 48% | -2% | -3% |
| Unburdened Net F&D ($/BOE) | 4.5 | 4.2 | 6.6 | 5.8 | 2.2 | 1.7 |
| Burdened Net F&D ($/BOE) | 5.3 | 4.9 | 7.8 | 6.9 | 2.6 | 2.0 |
| **Fully Burdened Economics** | | | | | | |
| Discounted Profitability Index (P/I) | 1.07 | 1.13 | 0.67 | 0.76 | (0.40) | (0.37) |
| Operating Cash Margin ($/BOE) | 9.8 | 9.6 | 8.2 | 8.1 | (1.7) | (1.5) |
| Recycle Ratio | 1.9 | 2.0 | 1.0 | 1.2 | (0.8) | (0.8) |
| NPV-10 ($MM) | 31 | 78 | (136) | (143) | (168) | (221) |

### Strip Prices (50 WTI / 2.50 HH)

| ALPINE HIGH | 2019 PLAN - New Burd | | 2019 OUTLOOK | | VARIANCE | |
|---|---|---|---|---|---|---|
| **Well Counts** | YTD | FY | YTD | FY | YTD | FY |
| Gross Operated Wells Online | 58 | 87 | 62 | 89 | 4 | 2 |
| Net Operated Wells Online | 58.0 | 87.0 | 62.0 | 89.0 | 4.0 | 2.0 |
| Gross Nonop Wells Online | - | - | - | - | - | - |
| **Online Wells Full Life Capital** | | | | | | |
| CWC ($MM) | 380 | 553 | 377 | 553 | (3) | 1 |
| CWC + Central Fac. ($MM) | 425 | 619 | 422 | 619 | (3) | 1 |
| CWC + Central Fac. + Ovhd. ($MM) | 446 | 650 | 443 | 650 | (3) | 1 |
| 2019 Drill Wedge Production (MBOE/D) | 17.7 | 32.5 | 12.5 | 22.3 | (5.2) | (10.2) |
| Op. Gross CWC/4,800' ($MM) | 6.0 | 6.0 | 5.6 | 5.5 | (0.4) | (0.4) |
| Op. Gross EUR/4,800' (MBOE) | 1,784 | 1,908 | 1,127 | 1,263 | (657) | (645) |
| **Reserves Developed** | | | | | | |
| Net MMBOE | 84.8 | 132.4 | 56.7 | 94.8 | (28.1) | (37.6) |
| % Liquids | 50% | 51% | 48% | 48% | -2% | -3% |
| Unburdened Net F&D ($/BOE) | 4.5 | 4.2 | 6.6 | 5.8 | 2.2 | 1.7 |
| Burdened Net F&D ($/BOE) | 5.3 | 4.9 | 7.8 | 6.9 | 2.6 | 2.0 |
| Exploration Success (%) | | | | | - | - |
| **Fully Burdened Economics** | | | | | | |
| Discounted Profitability Index (P/I) | 0.61 | 0.63 | 0.34 | 0.38 | (0.28) | (0.25) |
| Operating Cash Margin ($/BOE) | 5.1 | 4.9 | 3.6 | 3.6 | (1.5) | (1.3) |
| Recycle Ratio | 1.0 | 1.0 | 0.5 | 0.5 | (0.5) | (0.5) |
| NPV-10 ($MM) | (163) | (224) | (278) | (373) | (115) | (150) |

**Net Price Realization Comparison**

| Scenario | Net Oil $/Bbl | Net Gas $/Mcf | Net Ethane $/Bbl | Net Propane $/Bbl | Net Butane $/Bbl | Net Pentane $/Bbl |
|---|---|---|---|---|---|---|
| Feb BoD | 51.70 | 2.19 | 12.69 | 27.39 | 29.49 | 48.38 |
| Strip | 46.70 | 1.90 | 5.55 | 16.89 | 18.99 | 37.88 |

Apache

APACHE_00005876

# WHAT DOES THE REGION REALLY THINK?

## Plan Submissions with Revisions – Woodford 2019



CONFIDENTIAL

APACHE_00005877

# WHAT DOES THE REGION REALLY THINK?

## Plan Submissions with Revisions – Barnett 2019



CONFIDENTIAL

APACHE_00005878

# WHAT DOES THE REGION REALLY THINK?

## Plan Submissions with Revisions – Strategic Tests 2019



CONFIDENTIAL

APACHE_00005879

# THEORETICAL CRYO NGL YIELDS
## CTB-Level Analysis

DRAFT - CONFIDENTIAL



| CTB Name | Mont Blanc | Black Hawk | Fox State | Weiss-mies | Cheyenne |
|---|---|---|---|---|---|
| Setting | CTN | CTS | CTS | FW | FW |

**Wells online at First Neptune Gas Sample:**

| | Mont Blanc | Black Hawk | Fox State | Weiss-mies | Cheyenne |
|---|---|---|---|---|---|
| Parasequences | 1 | - | - | - | - |
| Penn | 1 | 1 | - | 1 | - |
| Barnett | 2 | 1 | - | 1 | 1 |
| Woodford | 1 | 1 | 1 | 2 | 1 |
| **Total Wells** | 5 | 3 | 1 | 4 | 2 |

**Theoretical Cryo NGL Yield from CTB Gas Samples**

| | Mont Blanc | Black Hawk | Fox State | Weiss-mies | Cheyenne |
|---|---|---|---|---|---|
| **Blended Yield** | 130 | 142 | 129 | 142 | 143 |
| Parasequences | ? | - | - | - | - |
| Penn | ? | ? | - | ? | - |
| Barnett | 140** | 160* | - | 160* | 160* |
| Woodford | 90** | 130* | 129 | 130* | 130* |

\* Low confidence; solution is non-unique

Assumed Cryo Efficiency:    98% C2,  99% C3+

Apache



CONFIDENTIAL



APACHE_00005882

# COST INCREASE FROM 4,100FT LATERALS

DRAFT - CONFIDENTIAL

| ($ Millions) | 4,100 Ft Laterals | 10,000 Ft Laterals |
|---|---|---|
| Drill | $2.3 | $2.8 |
| Complete | $2.1 | $4.0 |
| Equip | $0.7 | $0.7 |
| Total Cost | $5.2 | $7.5 |
| $ / 4,100 Ft | $5.2 | $3.1 |

Drilling Short Laterals Equivalent to Adding 70% to Capital Costs

Costs Based on Midland Basin WCB (Powell)

Apache

CONFIDENTIAL

APACHE_00005883