**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575 |
| | District Judge George C. Hanks, Jr. |
| | Magistrate Judge Andrew M. Edison |
| | <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING**
**MOTION TO PROVISIONALLY FILE UNDER SEAL REPLY**
**MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
<u>**CLASS REPRESENTATIVES AND CLASS COUNSEL**</u>

After considering Lead Plaintiffs' *Motion to Provisionally File Under Seal Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Appointment of Class Counsel* ("Motion"), the Court:

GRANTS the Motion;

ORDERS that Exhibit A[1] to the Motion is provisionally filed under seal;

ORDERS that, by August 16, 2023, Defendants must move to file Exhibit A to the Motion either with redactions or under seal; and

---

[1]     Exhibit A consists of an unredacted version of Lead Plaintiffs' *Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Appointment of Class Counsel* ("Reply") and Exhibits 1, 3, and 6 to the Declaration of Thomas R. Ajamie, which was filed with the redacted version of the Reply.

1

2

ORDERS that, if Defendants do not so move by that date, then Exhibit A to the

Motion will be unsealed and made publicly available on PACER.


Dated: _____          _____
                               THE HONORABLE ANDREW M. EDISON
                               UNITED STATES MAGISTRATE JUDGE