Case 4:21-cv-00575   Document 122   Filed on 08/14/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br>CLASS ACTION |

# [~~PROPOSED~~] ORDER GRANTING MOTION TO PROVISIONALLY FILE UNDER SEAL REPLY MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

After considering Lead Plaintiffs' *Motion to Provisionally File Under Seal Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Appointment of Class Counsel* ("Motion"), the Court:

GRANTS the Motion;

ORDERS that Exhibit A[1] to the Motion is provisionally filed under seal;

ORDERS that, by August 18, 2023, Defendants must move to file Exhibit A to the Motion either with redactions or under seal; and

---

[1] Exhibit A consists of an unredacted version of Lead Plaintiffs' *Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Appointment of Class Counsel* ("Reply") and Exhibits 1, 3, and 6 to the Declaration of Thomas R. Ajamie, which was filed with the redacted version of the Reply.

1

ORDERS that, if Defendants do not so move by that date, then Exhibit A to the Motion will be unsealed and made publicly available on PACER.

Dated: 8·14·23

_____
THE HONORABLE ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE