UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison |

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO UNSEALING

Pursuant to the Court's Provisional Sealing Order (Dkt. 122), Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney file this Notice of Non-Opposition to the Court unsealing Lead Plaintiffs' unredacted Reply in Support of their Motion for Class Certification (Dkt. 120), including Exhibits 1, 3, and 6 attached thereto and filed under seal.

1

| | |
|---|---|
| Dated: August 17, 2023 | Respectfully submitted,<br><br>BAKER BOTTS L.L.P.<br><br>By: */s/ David D. Sterling*<br>　　David D. Sterling<br>　　Attorney-In-Charge<br>　　State Bar No. 19170000<br>　　Federal I.D. No. 07079<br>　　Amy Pharr Hefley<br>　　State Bar No. 24046046<br>　　J. Mark Little<br>　　State Bar No. 24078869<br>　　Federal I.D. No 1487508<br>　　Anthony J. Lucisano<br>　　State Bar No. 24102118<br>　　Federal I.D. No. 3369146<br>　　Frank Mace<br>　　State Bar No. 24110609<br>　　Federal I.D. No. 3385915<br>　　910 Louisiana Street<br>　　Houston, Texas 77002<br>　　(713) 229-1946<br>　　(713) 229-7946 (Fax)<br>　　david.sterling@bakerbotts.com<br>　　amy.hefley@bakerbotts.com<br>　　mark.little@bakerbotts.com<br>　　anthony.lucisano@bakerbotts.com<br>　　frank.mace@bakerbotts.com<br><br>　　John B. Lawrence<br>　　Texas Bar No. 24055825<br>　　S.D. Tex. No. 3124414<br>　　2001 Ross Avenue, Suite 900<br>　　Dallas, Texas 75201<br>　　(214) 953-6873<br>　　(214) 661-4873 (Fax)<br>　　john.lawrence@bakerbotts.com<br><br>ATTORNEYS FOR DEFENDANTS APACHE CORPORATION, JOHN J. CHRISTMANN IV, TIMOTHY J. SULLIVAN, AND STEPHEN J. RINEY |

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document was served via ECF on all counsel of record on this 17th day of August, 2023.

                                    */s/ Amy Pharr Hefley*
                                    Amy Pharr Hefley