# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

## MOTION FOR LEAVE TO WITHDRAW HANI FARAH AS COUNSEL

Pursuant to Local Civil Rule 83.2, Hani Farah of Saxena White, P.A. hereby moves this Court for leave to withdraw as counsel for Lead Plaintiffs Plymouth County Retirement System and Trustees of the Teamsters Union No. 142 Pension Fund (together, "Lead Plaintiffs"). Mr. Farah seeks to withdraw as counsel because, effective August 30, 2023, he will no longer be associated with the law firm of Saxena White, P.A..

The Lead Plaintiffs will continue to be represented by Ajamie LLP, Kessler Topaz Meltzer & Check, LLP, and Saxena White P.A.. Mr. Farah's withdrawal will therefore not impair the Lead Plaintiffs' representation. The undersigned is departing from the firm of Saxena White P.A. and no longer represents the Lead Plaintiffs in this matter.

WHEREFORE, the undersigned respectfully requests that this Court order the withdrawal of the undersigned as counsel for the Lead Plaintiffs in this action.

Dated: September 6, 2023                             Respectfully submitted,

                                                             **SAXENA WHITE P.A.**

                                                            <u>/s/ Hani Farah</u>

David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
Hani Farah (admitted *pro hac vice*)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com hfarah@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*) Sara DiLeo (admitted *pro hac vice*)
10 Bank Street, 8th Floor White
Plains, NY 10606 Telephone:
(914) 437-8551
Facsimile: (888) 631-3611 ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming) Joseph E. White, III (*pro hac vice* forthcoming) Lester R. Hooker (*pro hac vice* forthcoming) 7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

**AJAMIE LLP**
Thomas R. Ajamie,
Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150

Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Richard A. Russo, Jr. (admitted *pro hac vice*) Evan R. Hoey (admitted *pro hac vice*)
Austin W. Manning (admitted *pro hac vice*) 280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
rrusso@ktmc.com
ehoey@ktmc.com
amanning@ktmc.com

*Co- Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I certify that, on September 6, 2023, I conferred with Amy Pharr Hefley, counsel for Defendants, who stated that Defendants are unopposed to the relief sought in this motion.

                                                      *s/ John S. "Jack" Edwards*
                                                      John S. "Jack" Edwards

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2023, I caused a true and correct copy of the foregoing to be electrically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                      *s/ John S. "Jack" Edwards*
                                                      John S. "Jack" Edwards