# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW <u>HANI FARAH AS COUNSEL</u>

Before the Court is the Unopposed Motion for Leave to Withdraw Hani Farah as Counsel for Lead Plaintiffs Plymouth County Retirement System and Trustees of the Teamsters Union No. 142 Pension Fund ("Motion"). Having considered the unopposed Motion, the Court finds that the Motion should be and hereby is GRANTED in its entirety.

IT IS THEREFORE ORDERED that:

1. The Motion is GRANTED; and

2. The attorney Hani Farah is withdrawn as counsel for Lead Plaintiffs Plymouth County Retirement System and Trustees of the Teamsters Union No. 142 Pension Fund.

SO ORDERED.

Dated: _____         _____
                               THE HONORABLE ANDREW M. EDISON
                               UNITED STATES MAGISTRATE JUDGE

5