UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison |

**DECLARATION OF AMY PHARR HEFLEY**

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Baker Botts L.L.P., which is counsel of record for Defendants Apache Corporation ("Apache"), John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney in the above-styled cause of action. I am a member in good standing of the State Bar of Texas.

2. I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3. Attached as **Exhibit N** is a true and correct copy of the Surreply Report of Lucy P. Allen, dated September 8, 2023.

1

4. Attached as **Exhibit O** is a true and correct copy of a report by Susquehanna Financial Group, LLLP titled "Sector Update: Downgrading APA, NBL, OXY to Neutral; Upgrade COG to Positive," dated March 16, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2023.

_____
Amy Pharr Hefley