# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Plymouth County Retirement Association,
et al.

v.                                                          Case Number: 4:21−cv−00575

Apache Corporation, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 11/17/2023 at 09:00 AM before Magistrate Judge Andrew M Edison.

**PLACE**
Courtroom 8B
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: September 11, 2023

                                                     Nathan Ochsner, Clerk, Clerk
                                                     s/ 3 RubenCastro, Deputy Clerk