UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Plymouth County Retirement Association,
et al.

v.                                         Case Number: 4:21−cv−00575

Apache Corporation, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
Courtroom 8B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/6/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Class Certification Hearing
Notice of Setting – #127

Date:   September 18, 2023

Nathan Ochsner, Clerk