UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Plymouth County Retirement Association,
et al.

v.                                     Case Number: 4:21−cv−00575

Apache Corporation, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646−828−7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/29/2023

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Discovery Hearing

RE: Document − #129

Date:   September 26, 2023                                   Nathan Ochsner, Clerk