**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**NOTICE OF APPEARANCE**

Sarah Coble of the law firm of Baker Botts L.L.P. hereby enters her appearance as counsel in the above-referenced action on behalf of the Defendants and requests that she receive electronic notice of all filings in the above-referenced action through the Court's electronic filing system.

106703628

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Sarah Coble*
David D. Sterling
  *Attorney-In-Charge*
State Bar No. 19170000
Federal I.D. No. 07079
Amy Pharr Hefley
State Bar No. 24046046
J, Mark Little
State Bar No. 24078869
Federal I.D. No 1487508.
Anthony J. Lucisano
State Bar No. 24102118
Federal I.D. No. 3369146
C. Frank Mace
State Bar No. 24110609
Federal I.D. No. 3385915
Sarah Coble
State Bar No. 24078351
Federal I.D. No. 1871151
910 Louisiana Street
Houston, Texas 77002
(713) 229-1946
(713) 229-7946 (Fax)
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com
mark.little@bakerbotts.com
anthony.lucisano@bakerbotts.com
frank.mace@bakerbotts.com
sarah.coble@bakerbotts.com

John B. Lawrence
State Bar No. 24055825
Federal I.D. No. 3124414
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
john.lawrence@bakerbotts.com

**Attorneys for Defendants Apache Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of September, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

      */s/ Sarah Coble*
      Sarah Coble