United States District Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | § § § § § § | CIVIL ACTION NO. 4:21-cv-00575 |

## ORDER

Plaintiffs have issued 18 non-party subpoenas directed to former employees of Defendant Apache Corporation. As explained on the record at a September 29, 2023 oral hearing, the parties are ordered to jointly inform any unrepresented former employees that they should produce documents responsive to the subpoenas directly to Baker Botts. Baker Botts will review the documents and provide Plaintiffs all non-privileged documents (and a privilege log, if necessary) within five business days. If any unrepresented former employee fails to follow this instruction, Plaintiffs will not view the documents but will instead provide them to Baker Botts for review.

SIGNED this 29th day of September 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE