United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | § | |
|---|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | § § § | CIVIL ACTION NO. 4:21-cv-00575 |

## AMENDED DOCKET CONTROL ORDER

The dates identified in the December 19, 2022 Docket Control Order control, with the following changes.

10. March 6, 2024 — **COMPLETION OF FACT DISCOVERY.**

11. April 12, 2024 — **PLAINTIFF'S EXPERT REPORTS DUE.**

12. May 24, 2024 — **DEFENDANTS' RESPONSIVE EXPERT REPORTS DUE.**

13. June 21, 2024 — **PLAINTIFF'S REPLY EXPERT REPORTS DUE.**

14. July 26, 2024 — **COMPLETION OF EXPERT DISCOVERY.**

15. August 23, 2024 — **DISPOSITIVE AND DAUBERT MOTIONS.**

16. September 27, 2024 — **DISPOSITIVE AND DAUBERT OPPOSITIONS.**

17. October 18, 2024 — **DISPOSITIVE AND DAUBERT REPLY BRIEFS.**

18. TBD — **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE.**

19. TBD — **JURY / BENCH TRIAL.**

NOTE: These deadlines are set in stone and will not be moved. If the parties have a discovery dispute, do not delay in raising the dispute with the Court.

SIGNED this 20th day of October 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE