UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575 <br><br> District Judge George C. Hanks, Jr. <br><br> Magistrate Judge Andrew M. Edison <br><br> <u>CLASS ACTION</u> |

### <u>LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Lead Plaintiffs respectfully file the attached supplemental authority in further support of their motion for class certification.

**Exhibit A**: A copy of the September 27, 2023 Memorandum and Opinion of District Judge Lee H. Rosenthal of the United States District Court for the Southern District of Texas, Houston Division, in *Delaware County Employees Retirement System, et al. v. Cabot Oil & Gas Corp., et al.*, Case 4:21-cv-02045 (Dkt. No. 173) (rejecting price impact challenges under *Goldman Sachs Group, Inc. v. Arkansas Teacher Ret. Sys.*, 141 S. Ct. 1951 (2021) as well as certain opinions of defense expert Lucy P. Allen and granting class certification in (unlike here) a pure "price maintenance" case). Judge Rosenthal's opinion supports a full grant of class certification here, including because she:

- o Rejected the proposition that the absence of a statistically significant stock price decline at or above the 95% confidence level following a claimed corrective disclosure is "dispositive" proof of a lack of price impact (*id.* at *13-14);

- o Found the analysis of defense expert Lucy P. Allen less reliable than that of plaintiffs' expert on questions of statistical significance and market volatility (*id.* at 16), and less persuasive than that of plaintiffs' expert on investment analyst views about relevant disclosures (*id.* at *17); and

- o Analyzed the question of "mismatch" between misstatements and alleged corrective disclosures in the price impact inquiry by applying the Fifth Circuit standard for loss causation, under which "corrective disclosures need not 'precisely mirror' misrepresentations" and "[t]he two need only be 'related to' or 'relevant to' one another" (*id*. at **11, 17-18).

Dated: November 9, 2023                     Respectfully submitted,

**AJAMIE LLP**

*s/ Thomas R. Ajamie*
Thomas R. Ajamie
Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
ehoey@ktmc.com

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Sara DiLeo (admitted *pro hac vice*)
Joshua H. Saltzman (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
sdileo@saxenawhite.com
jsaltzman@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

- 4 -

- 5 -

## **CERTIFICATE OF SERVICE**

    I certify that on November 9, 2023, I caused a true and correct copy of the foregoing to be electrically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                *s/ Thomas R. Ajamie*
                                                Thomas R. Ajamie