UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br>CLASS ACTION |

**DIRECT TESTIMONY OF ZACHARY NYE, PH.D.**
November 29, 2023

**INDEX OF EXHIBITS**

| EXHIBIT | DOCUMENT |
|---|---|
| NYE-DT 1 | Curriculum Vitae of Zachary Nye, Ph.D. |
| NYE-DT 2 | Errata Sheet to November 8, 2023 Deposition of Zachary R. Nye, Ph.D. |
| NYE-DT 3 | Expert Report of Zachary Nye, Ph.D., dated April 7, 2023 (Dkt. 101-3) |
| NYE-DT 4 | Expert Report of Lucy P. Allen, dated June 16, 2023 (Dkt. 117-2) |
| NYE-DT 5 | Expert Reply Report of Zachary Nye, Ph.D., dated August 11, 2023 (Dkt. 121-2) |
| NYE-DT 6 | Nye Demonstrative: September 7-10, 2016 Analyst & News Coverage of Apache's Stock Price Movement Following the Alpine High Announcement |
| NYE-DT 7 | Appendix A to Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint: Purportedly False / Misleading Statements Challenged in Consolidated Class Action Complaint, dated April 22, 2022 (Dkt. 74-2) |

| NYE-DT 8 | Document bearing Bates Numbers APACHE_00816376 - APACHE_00816377 [FILED UNDER SEAL] |
|---|---|
| NYE-DT 9 | Nye Demonstrative: Analyst and News Coverage of the October 25, 2019 Announcement of Steve Keenan's Resignation from Apache |
| NYE-DT 10 | Document bearing Bates Numbers APACHE_00000751 – APACHE_00000785 |
| NYE-DT 11 | Surreply Report of Lucy P. Allen, dated September 8, 2023 (Dkt. 126-2) |
| NYE-DT 12 | StreetEvents Edited Transcript, *Apache Corp. at Barclays CEO Energy-Power Conference* (Sept. 7, 2016) |
| NYE-DT 13 | Credit Suisse, *Apache Corp. Unveils New, Large Wet Gas Play in Texas, Drills Better Wells in Midland* (Sept. 7, 2016) |
| NYE-DT 14 | Morgan Stanley, *Resource Response in Alpine High* (Sept. 8, 2016) |
| NYE-DT 15 | Seaport Global, *SGS Dirty Energy Daily* (Sept. 7, 2016) |
| NYE-DT 16 | Credit Suisse, *Alpine High Has Potential To Be A World Class Resource* (Sept. 8, 2016) |
| NYE-DT 17 | Wells Fargo, *APA: Thoughts On Alpine High Discovery* (Sept. 7, 2016) |
| NYE-DT 18 | Société Générale, *An organic, low cost, 15.5 BBOE Delaware resource capture could cause Street sentiment to change* (Sept. 8, 2016) |
| NYE-DT 19 | David Hunn, *West Texas discovery puts Apache back in game; Strategy of aggressive exploration goes against grain, analysts say*, Houston Chronicle (Sept. 9, 2016) |
| NYE-DT 20 | *Rooney v. EZCORP, Inc.*, 330 F.R.D. 439 (W.D. Tex. 2019), marked as Nye Deposition Exhibit 6 |
| NYE-DT 21 | Credit Suisse, *Apache Corporation - Resignation of Exploration Head Highlights Suriname Risk to Share Price* (Oct. 25, 2019) |

| | |
|---|---|
| NYE-DT 22 | RBC Capital Markets, *APA - SVP Resignation Causing Stock Weakness; Company Indicating Not Related to Maka-1 Outcome* (Oct. 25, 2019) |
| NYE-DT 23 | SunTrust Robinson Humphrey, *Resignation not Linked to Upcoming Suriname Well Result* (Oct. 25, 2019) |
| NYE-DT 24 | *Apache Shares Plunge Following Scant Update on Oil Prospect*, Dow Jones Institutional News (Dec. 2, 2019) |
| NYE-DT 25 | Document bearing Bates Number APACHE_0075551 [FILED UNDER SEAL] |
| NYE-DT 26 | Document bearing Bates Number APACHE_00650756 [FILED UNDER SEAL] |
| NYE-DT 27 | Consolidated Class Action Complaint, filed December 17, 2021 (Dkt. 65) |
| NYE-DT 28 | Dr. Branko Jovanovic & Edward Fox, *Testing for Materiality in Volatile Markets*, NERA Economic Consulting (Jan. 12, 2010), marked as Nye Deposition Exhibit 7 |