# NYE-DT 2

*IN RE APACHE CORP. SECURITIES
LITIGATION*
Case No. 4:21-cv-00575 (S.D. Tex.)

**Errata Sheet – November 8, 2023 Deposition of Zachary Nye, Ph.D.**

| Page | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 11 | 9 | "sucker" | "Exhibit" | Misspoke |
| 13 | 1 | "call" | "cause" | Transcription error |
| 17 | 10 | "we're a" | "we're at" | Transcription error |
| 21 | 20 | "fact or relatively low" | "fact are a relatively low" | Transcription error |
| 22 | 3 | "estimations or surrounding" | "estimation error surrounding" | Transcription error |
| 22 | 5 | "you get much standard errors" | "you get much lower standard errors" | Transcription error |
| 29 | 19 | "because of the information" | "because the information" | Transcription error |
| 30 | 21 | "company's specific" | "company-specific" | Transcription error |
| 30 | 23 | "and not how" | "and how" | Transcription error |
| 32 | 23-24 | "net out the regression analyses market industry" | "net out using the regression analyses market and industry" | Transcription error |
| 37 | 6-7 | "Statisticians are common frictions run simulations" | "Statisticians and Econometricians run simulations" | Transcription error |
| 46 | 6 | "is" | "it's" | Transcription error |
| 49 | 2 | "chronically" | "chronicling" | Transcription error |
| 49 | 5 | "that of market" | "net of market" | Transcription error |
| 51 | 16 | "is an irrational" | "is a rational" | Transcription error |

| 53 | 1-2 | "it was" | "what was" | Transcription error |
|---|---|---|---|---|
| 55 | 4 | "it's an inefficient" | "it's an efficient" | Transcription error |
| 55 | 12 | "is it" | "is it's" | Transcription error |
| 56 | 7 | "similar point estimates" | "similar our point estimates" | Transcription error |
| 57 | 8 | "That's not opinion" | "That's not my opinion" | Transcription error |
| 58 | 19 | "the thresholds apply" | "thresholds they apply" | Transcription error |
| 60 | 7 | "large and absolute" | "large in absolute" | Transcription error |
| 61 | 21 | "market industry" | "market and industry" | Transcription error |
| 62 | 13-14 | "returns that of market industry effects, specific" | "returns net of market and industry effects on specific" | Transcription error |
| 62 | 18-19 | "those company's specific" | "those company-specific" | Transcription error |
| 68 | 17 | "got" | "have" | Misspoke |
| 71 | 1 | "cumulatively" | "cumulative" | Transcription error |
| 71 | 6 | "significant" | "significance" | Transcription error |
| 72 | 10 | "was" | "were" | Misspoke |
| 73 | 18 | "our" | "or" | Transcription error |
| 73 | 20 | "statistically significant" | "statistical significance" | Transcription error |
| 82 | 13 | "deference" | "deferrals" | Transcription error |
| 89 | 23 | "you" | "you've" | Transcription error |
| 90 | 1 | "speak" | "be" | Transcription error |

| 91 | 7 | "appreciation" | "appreciated" | Transcription error |
|---|---|---|---|---|
| 93 | 23 | "Alpine High" | "Apache" | Misspoke |
| 94 | 12 | "permeate" | "Permian" | Transcription error |
| 95 | 24 | "was" | "were" | Misspoke |
| 96 | 15 | "market industry" | "market and industry" | Transcription error |
| 98 | 15 | "permeate" | "Permian" | Transcription error |
| 99 | 9 | "plants" | "plans" | Transcription error |
| 111 | 20 | "market size" | "market's eyes" | Transcription error |
| 112 | 10 | "Tauted" | "Touted" | Transcription error |
| 112 | 13 | "tauted" | "touted" | Transcription error |
| 113 | 10 | "that" | "at" | Transcription error |
| 113 | 22 | "credit of" | "corrective" | Transcription error |
| 115 | 24 | "Aline" | "Alpine" | Transcription error |
| 116 | 3 | "plague" | "play" | Transcription error |
| 121 | 23-24 | "close decline" | "close-to-close decline" | Transcription error |
| 125 | 25 | "evidence, you know, it perks" | "Econometrics" | Transcription error |
| 126 | 10 | "teased" | "T-Stat" | Transcription error |
| 132 | 5 | "whether" | "weather" | Transcription error |
| 136 | 1 | "disasters for" | "disastrous foray" | Transcription error |

| 136 | 20 | "in" | "and" | Transcription error |
| --- | --- | --- | --- | --- |
| 138 | 21-22 | "the company would be transformational and have drive" | "Alpine High would be transformational and drive" | Transcription errors |
| 139 | 5 | "to hear a market" | "to a market" | Transcription error |
| 145 | 7 | "corrective or" | "corrected by or" | Transcription error |
| 148 | 18 | "worst" | "worse" | Transcription error |
| 149 | 22 | "tauted" | "touted" | Transcription error |
| 151 | 16 | "forward" | "over" | Transcription error |
| 152 | 13 | "the volatility than day returns" | "more volatility for annual than daily returns" | Transcription error |
| 158 | 3 | "over" | "ever" | Transcription error |
| 158 | 11-13 | "in the product of decades of research and event studies" | "and the product of decades of research on event studies" | Transcription error |
| 159 | 4 | "Ordinarily squares" | "Ordinary least squares" | Transcription error |
| 160 | 16 | "minus" | "divided by" | Transcription error |
| 161 | 3 | "Noble price" | "Nobel Prize" | Transcription error |
| 161 | 4 | "model.  It's found routinely misestimate" | "model, but it's found routinely to misestimate" | Transcription error |
| 161 | 10 | "ordinarily square root regression" | "ordinary least squares regression" | Transcription error |
| 162 | 4-5 | "and Apache's is a robust" | "and Apache's common stock is a robust" | Transcription error |
| 162 | 14-15 | "bias result in terms of statistical significant" | "biased result in terms of statistical significance" | Transcription error |

Dated: November 28, 2023

_____
Zachary Nye, Ph.D.