# NYE-DT 8
# FILED UNDER SEAL