# NYE-DT 10



# 5 Year Lookback on APA Performance
## With Primary Focus on Alpine High

CONFIDENTIAL

## Purpose

John Lowe requested that Management review for the Board the history of the Alpine High investment, an assessment of key decisions taken along the way and an analysis of the estimated scale of the loss incurred.  We have done this in the context of the 5 year tenure under the current CEO/CFO and the full range of strategic decisions taken during that time frame.  While  has stepped to the forefront of the storyline just recently, Alpine High has been the predominant element of shareholder value expectations and delivery for the majority of the last 5 years.  So it is appropriate to judge this period of time with a preponderance of weight given to Alpine High.

This review will look at all aspects of the chronology of Alpine High and the quality of decision-making along the way. It will do this in the context of the state of APA at the beginning of 2015, other strategic initiatives considered and/or implemented during the last five years, and where APA stands today.

It will also look at the impacts that Alpine High has had on Executive Compensation during the same period of time and compare that to the 'Shareholder Experience'.  The purpose is to present a balanced view to whether there has been alignment between Executive Management and Shareholders with respect to the full five year period.

*Apache*

APACHECORP.COM

2

CONFIDENTIAL

APACHE_00000752

## Contents

Executive Summary

APA in January, 2015

The Alpine High Story
- Context and Chronology of Alpine High
- Range of Value Lost
- Impact on APA Share Price
- Root Problems
- What is Changing

Strategic Changes and APA in January, 2020
- Strategic Vision Changes
- Consistency of Strategy
- 5 Years of Strategic Decisions at APA
- State of APA – January, 2020

APA Performance and Executive Compensation – A 5 Year Lookback
- Shareholder Returns
- Executive Compensation and Impacts from Alpine High
- Shareholder Returns and Executive Compensation Alignment



APACHECORP.COM

3

CONFIDENTIAL

APACHE_00000753

## Executive Summary

As will be outlined in the next few pages, a series of decisions related to Alpine High resulted in a significant loss of $2-3 billion, or $6.00-8.00 per share. Management accepts full and unconditional responsibility for this outcome. While the state of APA and the context of the timeframe for the Alpine High investment both help to explain why Alpine High seemed so attractive at the time, it does not excuse the outcome, nor management responsibility.

Alpine High was a series of significant strategic investment decisions taken over the entire 5 year management tenure. Looking back, it is clear that a number of the decisions taken were regrettable, especially some of the key decisions in the 2016 and 2017 timeframe. At that time, we should have focused drilling efforts on proving up the economic potential for development-at-scale. Instead, we spent too much time and money focused on delineation and retention drilling. In retrospect, we could have shortened the period of investment by about one year. This could have reduced the loss by around $1 billion.

Looking at the alignment of Executive Compensation vs Shareholder Returns over the five year period, there seems to be very good directional alignment. The APA share price has delivered a negative average annual return for investors both on an absolute basis (-8%) as well as relative to our TSR Peers (-3%) over the entirety of this tenure. Over the same period, Executive Compensation has averaged 10-15% below Target Compensation. This view includes the benefit of the recent share price improvement following on from the discovery in  Excluding that price impact, the outcomes are still very well aligned, just worse on both sides, with average annual Shareholder Returns of -16% absolute and -9% relative to our TSR Peers and average annual Executive Compensation 27-34% below annual Target Compensation.



APA in January, 2015

CONFIDENTIAL
APACHE_00000755

## State of APA – January 2015

<u>Portfolio and Strategy</u>
- Incoherent diversity and scale of asset portfolio
- Still working an out-dated Acquire and Exploit strategy
- Very little visible growth potential

<u>Too Focused on Growth</u>
- Established pace of $10B+ annual capital spending
- Lack of discipline and returns focus
- Overinvestment in many assets
- Value destructive acquisitions

<u>Lack of Financial Discipline/Rigor</u>
- Bloated G&A structure - $1.1 billion annual cost
- $45B Balance Sheet, which incurred $28B of impairments with price downturn

<u>Financial Strength/Condition</u>
- Planning didn't really exist
- $11B in long-term debt
- Not well-positioned for price downturn

- APA was not in good shape in January, 2015
  - Significant over-spending
  - Highly leveraged
  - Costs out of control
  - No real Planning
- 2 years of 'fixing'
  - Slash capital programs
  - Focus the portfolio
  - Pay-down debt
  - Refocus strategy - build inventory through exploration
- One remaining problem - no near-term growth opportunities



APACHECORP.COM

6

CONFIDENTIAL

The Alpine High Story

Apache

APACHECORP.COM

7

CONFIDENTIAL

APACHE_00000757

**Work in Progress**

## The Context for Alpine High

Alpine High resulted in a material loss to APA shareholders, but it wasn't one decision, and not all decisions were incorrect. The next few slides try to put those decisions in context beginning with the state of APA during the 2015-2016 timeframe. Alpine High was found at a time when APA was commonly cited as a company with no quality growth potential. It appeared to have all the traits of a large-scale, low-cost unconventional play, which was exactly what APA needed.

There were a number of alternatives to Alpine High in the same timeframe, and many were available to APA. The more popular investment programs pursued by some of our Peers included:

- High-priced acreage in the Permian (Encana / EOG / Noble / Diamondback / Concho / Marathon / Parsley)
- The SCOOP/STACK (Encana / Devon / Marathon)
- The Montney and Duvernay in Canada (Encana / Murphy)
- Non-Core Eagleford (Devon / Encana / Noble)
- Powder River and DJ Basin (EOG / Anadarko / Devon)

APA could have chosen some of these investment programs instead of Alpine High, but many if not all of these alternatives have also proven to be value destructive.



APACHECORP.COM

8

CONFIDENTIAL

APACHE_00000758

## The Alpine High Story

The following pages go through the details of Alpine High, year-by-year. Below is a summary of Management's views of the best and worst decisions taken over the 5 year Alpine High investment period.

| Best Decisions and/or Underlying Assumptions | Worst Decisions and/or Underlying Assumptions |
|---|---|
| **Technical**<br>• Geologic modeling and basis for entering the play<br>• Potential for drilling cost efficiencies | **Technical**<br>• Oil productivity in the rich gas play was a key component of the economic justification – oil productivity did not hold up over time with extended flow<br>• Overestimated the potential for improving EURs with learnings<br>• Misunderstood the underlying complexity of the play which resulted in much fewer economic locations<br>• Drilling focus on testing vs proving economic development potential<br>• Misjudged the NGL product mix from cryogenic processing |
| **Commercial / Strategic**<br>• Accessing the transport pipeline equity options<br>• Capitalization of ALTM<br>• Sole-risking the infrastructure instead of agreeing to MVCs | **Commercial / Strategic**<br>• Decided not to bring in an upstream partner after initial drilling<br>• Enabled a management team with a different culture<br>• Lease terms drove an inappropriate focus on retention drilling given the size of our footprint |



APACHECORP.COM                    9

CONFIDENTIAL                    APACHE_00000759

## Alpine High Chronology - 2015

| Key Events in 2015 and Before | Position at Year-End 2015 |
|---|---|
| • Developed geologic concept and worked basin reconstruction<br>• Early drilling proved the prospect for a workable play<br> ✓ Proved thermal maturity model<br> ✓ Confirmed low clay content<br>• Low cost leasing added to a pre-existing acreage position | Total Acreage: 263,004 net<br>Cumulative Number of Wells: 7<br>Total Capital Investment to Date<br> • Land: $359 MM<br> • Upstream: $52 MM<br> • Midstream: $0 MM<br> • Total: $411 MM |

**Quality of Key Decisions**

✔ Entered the play based on sound geologic modeling
✔ Captured the core of the resource opportunity at a low cost



APACHECORP.COM

10

CONFIDENTIAL

APACHE_00000760

## Alpine High Chronology - 2016

| Key Events in 2016 | Position at Year-End 2016 |
|---|---|
| • Through drilling and seismic, identified nine geologic settings<br>• Initiated geographic and stratigraphic delineation<br>• Barclays Announcement – 9/7/2016<br>• Began midstream asset buildout to serve rich gas production | Total Acreage: 313,890 net<br>Cumulative Number of Wells: 34 (3% retention)<br>Total Capital Investment to Date<br>  • Land: $445 MM<br>  • Upstream: $252 MM<br>  • Midstream: $156 MM<br>  • Total: $852 MM |

**Quality of Key Decisions**

✔ Sole-risked midstream - Enabled formation of ALTM. Avoided MVCs (which would have been required).
✘ Developed assumptions on oil productivity in the rich gas play based on early wells without extended flow tests
✘ Sole-risking such an extensive acreage position with typical Permian Oil lease terms would later drive significant retention drilling activity – it would have been much better to farm-down our interest



APACHECORP.COM          11

CONFIDENTIAL
APACHE_00000761

## Alpine High Chronology - 2017

| Key Events in 2017 | Position at Year-End 2017 |
|---|---|
| • Drilling program focused on retention and testing<br>• Testing became more extensive as the complexity of the play became more apparent (para-sequences, migrated oil, etc)<br>• Disclosed type curve characterization and well-type economics based on C2:$0.50/gal, C3: $0.81/gal<br>• Flow back into full pipe infrastructure and MRUs first became available leading to extended flow testing<br>• Began to identify potential impact of geo-hazards on production and inventory<br>• Began drilling dry gas wells to make sure we met pipeline specs | Total Acreage: 337,657 net<br>Cumulative Number of Wells: 107 (34% retention)<br>Total Capital Investment to Date<br>  • Land: $534 MM<br>  • Upstream: $798 MM<br>  • Midstream: $678 MM<br>  • Total: $2,011 MM |

### Quality of Key Decisions

✔ Leveraged volume potential to acquire pipeline equity options
✘ Delineation and retention drove the drilling program which delayed proving economic potential
✘ Lack of infrastructure began extending the timeframe for proving economics
✘ Continued leasing acreage without proven economics



APACHECORP.COM

12

CONFIDENTIAL

APACHE_00000762

## Alpine High Chronology - 2018

| Key Events in 2018 | Position at Year-End 2018 |
|---|---|
| • Began a more 'hands on' approach to the drilling focus from Houston<br>• Demonstrated drilling cost reduction potential as projected<br>• Initiated pad development and spacing / completion optimization efforts<br>• Required to continue dry gas drilling to meet pipeline specs<br>• Drilled and flowed back the first set of full pattern tests<br>• Some transparency issues with San Antonio regarding well results and economics began to surface in 2H18 | Total Acreage: 320,755 net<br>Cumulative Number of Wells: 210 (33% retention)<br>Total Capital Investment to Date<br>  • Land: $607 MM<br>  • Upstream: $1,758 MM<br>  • Midstream: $1,025 MM<br>  • Total: $3,389 MM |

**Quality of Key Decisions**

✔ Materially redirected drilling to focus on development potential and economics
✔ Accessed third-party funding for ALTM buildout and pipe options
✘ Acquired lease extensions to retain untested acreage
✘ Spending pace mounted with multiple pattern tests running in tandem; pushed spend for 2019



APACHECORP.COM        13

13

## Alpine High Chronology - 2019

| Key Events in 2019 | Position at Year-End 2019 |
|---|---|
| • Extended flow results from pattern drilling became available:<br>  - Mont Blanc pattern looked good<br>  - Blackfoot pattern showed first concerns<br>• Drilling pace was slowed down and further pattern tests continued to disappoint<br>• Cryogenic processing found that the NGL mix was more biased to Ethane than anticipated<br>• Significant deterioration of long-term gas, C2 & C3 prices as well as near-term Waha differentials | Total Acreage: 248,137 net<br>Cumulative Number of Wells: 272 (31% retention)<br>Total Capital Investment to Date<br>  • Land: $648 MM<br>  • Upstream: $2,346 MM<br>  • Midstream: $1,025 MM<br>  • Total: $4,018 MM |

### Quality of Key Decisions

✓ Acted quickly to curtail investment due to results of pattern tests – Planned for 11 rigs, quickly reduced to 5 and then to 0 by the end of the year
✓ Advised the market of concerns and reduced activity pace in August



APACHECORP.COM

14

CONFIDENTIAL

## Alpine High – Range of Value Lost

|  | Alpine High E&P | Altus Midstream |
|---|---|---|
| Gross Investment to Date | $3,200M | $1,150M |
| Operating FCF to Date | 200M | - |
| **Net Investment to Date** | **$3,000M** | **$1,150M** |
| | | |
| **Perspectives on Value Today** | | |
| Value of PDPs at Strip Price | $300M | |
| Value of PDPs at Plan Price | $800M* | |
| NAV of ALTM | | $700-1,000M |
| Share Price Valuation of ALTM | | $725M |
| | | |
| **Range of Value Today** | **$500-$1,000M** | **$750-1,000M** |
| | | |
| **Range of Value Lost** | **$2,000-$2,500M** | **$150-$400M** |

* Value of PDP volumes only. Does not include any potential value of further development that would become economic under Plan Prices.

- E&P Value Range assumes some option value and some development potential at Plan Prices.
- Midstream Value Range assumes PDP revenues only for G&P and 10-12X EBITDA on pipes.
- Any meaningful value upside from these ranges would most likely come from 3rd party volumes for G&P

- Aggregate value lost in a range of $2.0B to $3.0B
- Equates to $6-$8 per share



APACHECORP.COM

15

CONFIDENTIAL

APACHE_00000765

## Alpine High – Estimated Impact on APA Share Price

As shown on the next slide, over the last five years, APA share price has gone through periods of mostly under-performance or even-performance and brief periods over-performance, relative to that of our TSR Peer group.

- Over-performance came around two significant announcements – Alpine High and .

- Under-performance came in two extended periods, both related to Alpine High.

    - The first period extended through most of 2017. This was the timeframe it became evident that Alpine High would predominantly be a rich gas play. Many investors simply did not like this.

    - The second period began with the gas and NGL price collapse in 2Q19 and extended through the rest of 2019 as investors came to believe this would result in reduced activity at Alpine High.

As referenced on the prior slide, Alpine High has probably resulted in $6.00-8.00 of value impact on APA's share price. Most of this value probably came out during 2017, with any remaining value being lost in 2019.

APACHECORP.COM    16

CONFIDENTIAL

APACHE_00000766



CONFIDENTIAL

APACHE_00000767

## Alpine High – Root Problems

| Underlying Root Problem | Contributing or Causal Factors |
|---|---|
| Inadequate sense of urgency to reduce uncertainty  - enlarged the scale of the ultimate loss | • Delineation planning  and pace geared more toward 'science' than determining  economic potential<br>• Infrastructure and anti-flaring situations did not allow for extended flow testing<br>• The eventual move from one-off wells to pads did not deliver historical precedent unconventional productivity gains |
| Too much single-point portfolio exposure | • Did not farm-down after discovery<br>• Scale of investment grew while market cap of APA shrunk<br>• Unanticipated Gas and NGL price collapse |
| Some people had questions; requested data was either significantly delayed or filtered | • The EOG team was landed with an elitist attitude<br>• Distance enabled bad behaviors<br>• 'Stiff-armed' anyone requesting  data / slow-played responses / often gave filtered data |
| Economic development appraisal should have been prioritized to start one year earlier | • A resistant culture in San Antonio<br>• Intervention was taken in 2018, but should have come earlier |



APACHECORP.COM          18

CONFIDENTIAL                                                                                      APACHE_00000768

## Alpine High – What is Changing

| Lessons Learned | Actions Being Taken |
|---|---|
| Large scale investment programs need much more controlled decision-making at key points in the process. | We are installing a 'Stage Gate' process for all material investment programs. From Access to Operate, every decision point will require pre-specified data to advance to the next Stage. |
| Impactful strategic decisions need the full spectrum of input from all Functions – Technical and Support. | At every Stage Gate, pre-specified Functional Groups must 'sign-off' to advance to the next Stage. This process will involve every Function as necessary. It will assure that the previous Stage was completed and the next Stage is adequately planned and ready for implementation. |
| A dispersed organization and isolationism can obscure visibility to quality of capital programs. | Under restructuring, capital programs will be driven by smaller functional teams in HQ. The dispersed organization will mostly focus on asset operations. |
| Portfolio management needs more scrutiny and strategic consideration. | Developing a more scientific approach to portfolio management. |



APACHECORP.COM          19

CONFIDENTIAL

APACHE_00000769

Strategic Changes and APA in January, 2020

*Apache*

APACHECORP.COM   20

CONFIDENTIAL
APACHE_00000770

## Strategic Vision Changes

Slide 6 outlined the state of APA in January 2015.  Since that time a number of strategic initiatives/decisions have been taken and we have fundamentally 'remade' APA.  Beginning with the 1Q15 Earnings Call, Management has communicated a strategic vision that has remained consistent to this day.

Over the long-term:

- APA will live within cash flows;
- Funding a capital program capable of delivering a moderate rate of growth;
- While also maintaining the dividend;
- Without having to issue further equity; and
- Deliver excess cash flows to be returned to investors through debt reduction or share buybacks

We did this through a focused, but diversified, portfolio and access to growth opportunities primarily through exploration. This strategy was not very popular initially but has gained much more acceptance with investors today.



APACHECORP.COM    21

21



## Consistency of Strategy

The strategy initiated in 2015 has been held and communicated consistently since that time and we continually remind investor of it.

**Feb. 2015:** "Our financial strategy for 2015 is to maintain a **strong balance sheet** and **live within our cash flow.**"

**Feb. 2016:** "....a substantial onshore North American acreage position with an abundant inventory of high-value growth opportunities **anchored by our extensive Permian footprint and sustainable free cash flow generators at our higher cash margin** businesses, each with many years of low-risk drilling opportunities and **significant exploration potential** still ahead."

**Nov. 2017:** "....it is both possible and appropriate for an E&P company to **live within operating cash flow.** Within cash flow, a company should be capable of **growing production volumes** and delivering **competitive rates of return** above its cost of capital while also **increasing return of capital to shareholders** through dividends and/or share buybacks."

**Nov. 2018:** "Apache is a very different and much improved company from four years ago..... We acknowledged very early on that the industry including Apache needed to make significant changes, not only in terms of **reducing activity levels** and overall cost structure, but equally to **reestablish long-term returns discipline** in the capital program."

2015        2016        2017        2018        2019

**Nov. 2015:** "... our **international businesses** have a demonstrated track record of **delivering very high rates of return**, along with the ability to **sustain production volumes** through time and provide **significant free cash flow** back to the corporation. These are franchises that we **will continue to invest in for the long term.**"

**Feb. 2016:** ".....key themes: **living within our means** and achieving **cash flow neutrality** for the year at $35 oil......"

**Feb. 2018:** "...... an E&P company .....must be able to do the 3 things that leading companies in mature industries do: **Live within cash flows, grow the enterprise through prudent investment, and return capital to shareholders** ....."

**Nov. 2018:** "We refrained from participating in **high-cost acreage acquisitions** in the heart of proven plays, choosing instead to build our **unconventional exploration** capabilities"

**Nov. 2019:** "Apache's primary objectives are simple and straightforward, **deliver competitive risk-adjusted returns** with a long-term **moderate pace of growth, improve our free cash flow yield** to levels consistent with other mature industrial sectors ....."

APACHECORP.COM                    22

CONFIDENTIAL                    APACHE_00000772



# Communicating Apache's Strategic Vision

3 Years into the process we remind investors once again of the consistency of where we had been and where we were going.

**APACHE STRATEGIC APPROACH: 2015-2017**

Repositioning the Business

- Financial Discipline
  - Aligned capital spend with cash flow
  - Reduced debt, protected investment grade credit rating
  - Sustained dividend, did not issue equity
- Portfolio
  - Exited Australia, LNG, Canada and other non-core assets
  - Shifted focus to Permian and unlocked value
  - Leased and discovered enormous resource play at Alpine High
- Returns Focus
  - Redesigned incentive compensation metrics
  - Implemented centralized capital allocation process; fully burdened economics
  - Deemphasized production growth, focused on cost alignment

**APACHE'S STRATEGIC APPROACH: 2018-2020**

- Financial Discipline
  - Maintain strong balance sheet; protect capital program
  - Target living within cash flow
  - Relentless cost focus
- Portfolio
  - Expand and high-grade Permian inventory
  - Sustain International free cash flow generation
  - Strategic transaction for Alpine High midstream
- Returns Focus
  - Long-term, corporate-level returns
  - Growth as an outcome of returns-focused investment
  - Technology and big data focus to improve capital efficiency

Apache Corporation presentation - Credit Suisse Conference February 2018

Apache APACHECORP.COM 23



## 5 Years of Strategic Decisions at APA

### Strategy / Portfolio

**2015**
- Redaction – Confidential
- Redaction – Confidential
- Exit Redaction – Confidential
- Exit Redaction – Confidential

**2016**
- No Permian Acquisitions
- Select Permian Acreage Sales

**2017**
- No Permian Acquisitions
- Select Permian Acreage Sales
- Exited Redaction – Confidential

**2018**
- No Permian Acquisitions
- Exit SCOOP/STACK
- Worked Redaction – Confidential Differently to Identify Redaction – Confidential

**Redaction – Confidential**

**2019**
- Exit MidCon
- Renegotiate Expl period on Redaction – Confidential
- Sole Risked Redaction – Confidential
- Redaction – Confidential

### Financial / Costs

**2015**
- Slash Capital Spending
- Pay Down Debt
- Reduce G&A
- Improved Planning

**2016**
- Pay Down Debt
- Improved Planning

**2017**
- Pay Down Debt

**2018**
- Pay Down Debt
- Extended Debt Maturities

**2019**
- Pay Down Debt
- Reduce G&A

Apache APACHECORP.COM 24

## State of APA – January, 2020

### Portfolio and Strategy

- Strategy shift to 'Explore and Exploit'
- Focused portfolio with scale assets
- Strong inventory of growth opportunities
- Low cost exploration portfolio

### Lack of Financial Discipline/Rigor

- Capital allocation significantly improved
- Working on second round of G&A reductions
- Institutionalizing further controls on capital processes

### Moderated Capital Spend

- Settled-in at ~$2.5B annual capital spend
- Pace enables efficiencies
- Focused on long-term returns
- Massive capital carry on 

### Financial Strength/Condition

- Generating FCF while delivering moderate growth
- Maintained the dividend
- Reduced debt by 1/3; more coming

- APA in much better shape today:
  - Spending under control
  - More focused portfolio
  - Stronger financial condition
  - Much improved Planning
  - Sustaining in NS
  - Growth potential in Egypt
  - Much improved economic drilling in Permian
  - Redaction - Confidential just beginning with APA's capital substantially carried
  - Other exploration opportunities

*Apache*

APACHECORP.COM

25

CONFIDENTIAL

APACHE_00000775



CONFIDENTIAL

## APA Performance and Executive Compensation

Since the majority of Executive Compensation is equity-based, the share price uplift from the recent [Redaction – Confidential] discovery announcement has a material impact on the measurement of **both** Returns and Compensation.  As such, we will compare them using two dates of reference:

- September 30, 2019 – to measure Returns and Compensation excluding the impact of the [Redaction – Confidential]

- January 15, 2020 – to measure Returns and Compensation including the impact of the [Redaction – Confidential]

To September 30, 2019 - Over the 5 year period, APA shareholders have averaged an absolute annual loss of 16% and a relative annual loss to our TSR Peer Group of 9%.  Over this same period, annual Executive Compensation has averaged 27-34% below target.

To January 15, 2020 - Over the 5 year period, APA shareholders have averaged an absolute annual loss of 8% and a relative annual loss to our TSR Peer Group of 3%.  Over this same period, annual Executive Compensation has averaged 10-15% below target.

2019 Executive Compensation is currently projected to be the first year with above Target Executive Compensation.  This is primarily driven by the recent APA share price over-performance due to the discovery on [Redaction – Confidential].  There is a lot of ground to run on the 2019 program, but to this point, Executive Compensation again seems aligned at least with the most recent Shareholder experience.



CONFIDENTIAL



## Shareholder Returns – Measured by TSR Performance

5 years of TSR Performance – Note: This Slide only covers shares awarded under TSR measures; it does not include shares awarded under other LTIC plans

As of September 30, 2019 (Excludes impact of Redaction – Confidential

- Declining performance through 2017 primarily due to Alpine High
- Most of the Alpine High value loss had been priced-in by 2017
- 2016 and 2017 programs resulted in no share awards
- 2018 program on track for no share award
- 2019 improving but in a 'pack of five' in the middle



## Shareholder Returns – Measured by TSR Performance

5 years of TSR Performance – Note: This Slide only covers shares awarded under TSR measures; it does not include shares awarded under other LTIC plans

As of January 15, 2020 (Includes impact of Redaction – Confidential

- No impact on programs for 2015 to 2017
- Significant impact to more recent years
- 2018 program moves into Target level award
- 2019 program moves into Top Quartile

Apache APACHECORP.COM 29



# Shareholder Returns – 5 Year Lookback

Returns to September 30, 2019

- Returns assume:
  - Investment made on January 1 of each year
  - Shares purchased at TSR price for that year
  - All shares sold on
    - Jan 15, 2020 (includes impact of Redaction – Confidential
    - Sep 30, 2019 (excludes impact of Redaction – Confidential
- Through Sep 30, 2019 (Pre Redaction – Confidential) APA had under-performed Peers by 8.7% annualized
  - Out-performed only 2 Peers (CHK/ECA) over the 5 year period
- By Jan 15, 2020, (Post Redaction – Confidential had closed the under-performance gap to 3.4%
  - **6 Peers (OXY/NBL/MRO/ECA/DVN/CHK) under-performed APA over the 5 year period**
  - **Returns of COP/HES/APC were strong outliers on the positive side**

Returns to January 15, 2020

Apache

APACHECORP.COM

30

CONFIDENTIAL APACHE_00000780

## Executive Compensation – 5 Year Lookback

As a surrogate for Executive Compensation more generally, we examine the compensation packages of the CEO and CFO relative to Target Compensation.  To perform this analysis we made three key assumptions:

    1.) All LTIC is assigned to the year in which it is granted – so, 2015 compensation includes the value of shares ultimately awarded from the 2015 LTIC plan

    2.) For purposes of valuing the shares awarded under LTIC, we show three cases:
- Valuing shares on the Grant vesting dates – as if all shares are sold immediately upon vesting.
- Valuing shares on September 30, 2019 (pre-  ) - as if officers do not sell their shares.
- Valuing shares on January 15, 2020 (post Redaction – Confidential ) - as if officers do not sell their shares.

    3.) For not-yet-determined compensation outcomes we use the following:
- LTIC – For the September 30, 2019 case – Payout where it stood on September 30, 2019
  - 2017 at 55% / 2018 at 68% / 2019 at 120%
- LTIC – For the other two cases – Payout where it stood on January 15, 2020
  - 2017 at 55% / 2018 at 118% / 2019 at 150%
- STIC – 2019 is assumed to payout at Target (it will probably be lower)

APACHECORP.COM

31

CONFIDENTIAL

APACHE_00000781



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

## Shareholder Returns and Executive Compensation Alignment

| Measured to September 30, 2019 | | | | | Measured to January 15, 2020 | | | |
| APA Returns | | Exec Comp | | | APA Returns | | Exec Comp | |
| Absolute | Relative | CEO | CFO | | Absolute | Relative | CEO | CFO |
|---|---|---|---|---|---|---|---|---|
| -16% | -9% | -34% | -27% | **5 Year Average** | -8% | -3% | -15% | -10% |
| -16% | -6% | -44% | -34% | **2015** | -12% | -3% | -35% | -29% |
| -10% | -8% | -20% | -12% | **2016** | -5% | -5% | -5% | 2% |
| -25% | -14% | -59% | -54% | **2017** | -18% | -11% | -53% | -48% |
| -19% | -11% | -44% | -40% | **2018** | -8% | -4% | -20% | -18% |
| -11% | -5% | -1% | -1% | **2019** | 16% | 15% | 38% | 36% |

- Compensation very well-aligned with Shareholder returns
- Worst 2 years for Shareholders on both Absolute and Relative returns are also the worst years for Executives (2017 and 2018)
- Rest of years somewhat aligned with a mix of Absolute and Relative returns
- Relative magnitude of impact on Executive Compensation seems appropriate

- Compensation relatively well-aligned with Shareholder returns
- Worst year for Shareholders is also the worst year for Executives (2017)
- Best year for Shareholders is also the best year for Executives (2019)
- Rest of years somewhat aligned with a mix of Absolute and Relative returns
- Relative magnitude of impact on Executive Compensation seems appropriate



APACHECORP.COM

35

CONFIDENTIAL