# NYE-DT 14

Morgan Stanley | RESEARCH

UPDATE

September 8, 2016 03:48 AM GMT

MORGAN S AN EY & CO C

Evan Ca o
EQU Y ANA YS
Evan Calio@morgans anley com + 2 2 76 6472

I ya Ba abanovsky
RESEARCH ASSOC A E
lya Balabanovsky@morgans anley com + 2 2 76 8530

Stephen Co a o
RESEARCH ASSOC A E
S ephen Colalillo@morgans anley com + 2 2 296 5250

## Apache Corp.

# Resource Response in Alpine High

| Stock Rat ng | Industry V ew | Pr ce Target |
|---|---|---|
| Equal-weight | Attractive | $63.00 |

APA announces 2-3k potential locations in early stage wet gas play: Alpine High in Delaware basin. The discovery improves APA's inventory depth and informs a key debate concerning depth and quality of its Permian position. We add $5/sh to our NAV and recognize a wide range of potential outcomes.

**Apache Corp. ( APA.N, APA US )**

Large Cap Exploration & Production / United States of America

| | |
|---|---|
| **Stock Rating** | **Equal weight** |
| **Industry View** | **Attractive** |
| **Price target** | **$63.00** |
| Shr price, c ose (Sep 7, 20 6) | $55 3 |
| Mkt cap, curr (mm) | $2 , 97 |
| 52 Week Range | $59 59 32 20 |

**Back-to-School busy.** September s off to a fast sector start w th a transformat ve E&P transact on (EOG: The Land Grab Cont nues) an mportant dry hole offshore Guyana (XOM/HES) another pos t ve STACK spac ng test (DVN) and now the ntroduct on of a new unconvent onal play: the Alp ne H gh (APA). We expect the pace of news flow w ll rema n torr d n 2H16 as well test ng and another major US land grab cont nues (many pr vate packages on the market).

**APA key debate.** A key nvestor debate on APA relates to the depth and qual ty of ts unconvent onal resource – spec f cally how many of ts Perm an locat ons have strong returns at low pr ces s m lar to peers' better advert sed core nventory. We bel eve EOG set the bar h gh w th prem um locat ons yet follows an ndustry trend of an ab l ty to grow substant ally over t me at $50 o l (EOG PXD PE ANG CXO). APA has the th rd largest Perm an pos t on w th 1.75MM net acres (96% HBP) and s the th rd largest producer. Yet t has less transparency on portfol o break-evens and locat ons w th last major update (actually a pa r) n 2014. **Today's incremental color is broadly positive:**

**(1) APA unveils what based on early results is a highly economic wet gas play** n So. Delaware bas n Alp ne H gh at an attract ve $1 300/acre entry cost. We est mate t adds $2Bn ($5/sh) to our NAV est mate (wh le conservat vely r sk ng to 625 locat ons and us ng m d-po nt well parameters g ven l m ted data or offsets). ully unr sked we est mate the value at $3.5Bn ($9/sh). or deta ls see our range of valuat on outcomes n Exh b t 3 and Exh b t 4.

**(2) In the Midland** APA nd cates ts nventory s same depth at $60/bl as quoted n 2014 on $80/bl (2 459-3 200 vs. >2900 Exh b t 5 and Exh b t 6). We th nk assumpt on of 4-5 zones n the Wolfcamp and 2 n Spraberry s aggress ve vs. what s de-r sked for development n the M dland bas n. Well performance cont nues to mprove w th 3-well sample (enhanced complet ons) trend ng above peer 1.2MMboe type curve after 75 days (appears to correspond to PXD vers on 2.0 complet on).

**(3) In the Delaware** APA 7-well sample w th enhanced complet ons and

Mo ga S a ey does a d seeks o do bus ess w compa es cove ed Mo ga S a ey Resea c As a esu , ves o s s ou d be awa e a e m may ave a co c o e es a cou d a ec e objec v y o Mo ga S a ey Resea c ves o s s ou d co s de Mo ga S a ey Resea c as o y a s g e ac o mak g e ves me dec s o

Fo a ayst ce t fcat o a d ot e mpo ta t d scosu es, efe to t e D sc osu e Sect o , ocated at t e e d of t s epo t

ntegrated 3D se sm c (dr lled on ts 12k acre focus core) s trend ng on ~800Mboe type curve after ~170 days ahead of peer 500-600Mboe type curves and APA's own 2014 v ntage 554Mboe curve (Exh b t 7 and Exh b t 8).

**Raising our price target to $63 from $61** to reflect the NAV accret on from Alp ne H gh. Our pr ce target equates to 6.2x 2018e and 5.0x 2019e EB TDA vs. our pr or pr ce target- mpl ed mult ples of 6.5x and 5.3x. R sks to our target nclude execut on o l pr ces and explorat on r sk n the Delaware Bas n.



# Alpine High Discovery

**APA unveils new Alpine High wet gas play with attractive economics and a low cost basis.** The Alp ne H gh s a s gn f cant new resource play located n the southern port on of the Delaware Bas n pr mar ly n Reeves County Tx. APA est mates hydrocarbons n place on ts net acreage total 75Tcf of r ch gas and 3Bbl of o l n the Barnett and Woodford format ons. APA also sees o l potent al n the shallower Bone Spr ngs and Wolfcamp format ons. The announcement s the result of more than two years of extens ve geolog c and geophys cal work method cal acreage accumulat on and strateg c test ng and del neat on dr ll ng. APA secured 307k largely cont guous net acres (352k gross) at an average cost of ~$1 300 per acre. APA dent f ed 2 000 to 3 000 future dr ll ng locat ons n the wet gas w ndow of the play prospect ve for the Woodford and Barnett wh ch allev ates core nventory concerns w thout d lut ng a key d fferent ator n recent land grab phase where h gh acreage valuat ons have been funded w th equ ty. APA has dr lled 19 wells n the play w th n ne currently produc ng n l m ted quant t es due to nfrastructure constra nts ( ncludes s x wells n the Woodford one well n the Barnett and one well each n the shallower Wolfcamp and Bone Spr ngs o l format ons). Wh le t s very early nn ngs (data shown has <100 days of product on) econom c assumpt ons are encourag ng and look most comparable to the SCOOP wh ch has been a favor te for E&P nvestors over past 24 months. urther wh le very strong P rates from n t al 7 wells shows var ab l ty (common n emerg ng plays) so add t onal del neat on work s requ red before mean ngful der sk ng. Pr mary targets are the Woodford and Barnett w th ups de from the Wolfcamp and Bone Spr ngs wh ch are be ng developed by the ndustry n the eastern port on of Reeves county. Capex was ra sed to mmed ately accelerate act v ty n the play g v ng us conf dence n the early return parameters wh ch quotes gas break-evens as low as $0.10/Mcf).

**Exhibit 1:** A p ne H gh Acreage

Source: Company Presentations

**Exhibit 2:** Woodford and Barnett We Assumpt ons

| Single Well (Short Lateral) Assumptions | Low | - | High |
|---|---|---|---|
| D,C&E Costs ($ MM) | | | |
| To Date | $5.5 | - | $8.0 |
| Expected in Development | $4.0 | - | $6.0 |
| EUR / Well (Mboe) | 1,100 | | 2,700 |
| Oil (Mbbls) | 120 | - | 320 |
| NGL (Mbbls) | 320 | - | 750 |
| Gas (MMcf) | 4,000 | - | 10,000 |
| Fully Burdened Economics @ $50 WTI / $3.00 Hhub | | | |
| NPV-10 ($ MM) | $4 | - | $20 |
| BTAX RoR | 55% | - | >400% |
| Breakeven Gas Price ($/Mcf) | $0.40 | - | <$0.10 |
| Fully Burdened Economics @ $40 WTI / $2.50 Hhub | | | |
| NPV-10 ($ MM) | $2 | - | $15 |
| BTAX RoR | 30% | - | >250% |
| Breakeven Gas Price ($/Mcf) | $0.60 | - | <$0.10 |

Source: Company Presentations

**We estimate NAV accretion for Alpine High at $5/sh,** assum ng a 5 r g program (~$450MM per year). Wh le cash marg ns l kely suffer from a h gher gas m x early nd cat ons po nt to mproved longer-term growth and cap tal eff c ency wh ch warrants a h gher mult ple n our v ew. We note that the Alp ne H gh rema ns an early stage resource play where APA prov des a w de range of potent al wh ch comports w th the 7 early product on wells ncluded n the presentat on. Generally the northern results are better w th low end def ned by wells on the southern edge of the play. Current appra sal dr ll ng n the very southern port on w ll prov de mportant results n a b g step out (Pecos county). Expected well costs n development mode for a 4 100-foot lateral are est mated to be ~$4MM per well n the normally pressured sett ngs and $6MM per well n over-pressured sett ngs.

**Exhibit 3:** Current We Cost Accret on Range

| | Low | Mid | High |
|---|---|---|---|
| Unr sked Locat ons | 2,000 | 2,500 | 3,000 |
| Cred t | 25% | 25% | 25% |
| R sked Locat ons | 500 | 625 | 750 |
| We Costs To Date ($MM) | 8.0 | 6.8 | 5.5 |
| EUR/We (Mboe) | 1,100 | 1,900 | 2,700 |
| % Gas | 61% | 61% | 62% |
| NPV @ 5 R gs ($MM) | 502 | 2,000 | 4,400 |
| **NAV/sh** | **1.25** | **5.00** | **12.00** |

Source: Morgan Stanley Research estimates, company reports

**Exhibit 4:** Deve opment We Cost Accret on Range

| | Low | Mid | High |
|---|---|---|---|
| Unr sked Locat ons | 2,000 | 2,500 | 3,000 |
| Cred t | 25% | 25% | 25% |
| R sked Locat ons | 500 | 625 | 750 |
| Deve opment We Costs ($MM) | 6.0 | 5.0 | 4.0 |
| EUR/We (Mboe) | 1,100 | 1,900 | 2,700 |
| % Gas | 61% | 61% | 62% |
| NPV @ 5 R gs ($MM) | 1,175 | 2,900 | 5,400 |
| **NAV/sh** | **3.00** | **8.00** | **15.00** |

Source: Morgan Stanley Research estimates, company reports

**Capex raised: we see higher likelihood for asset sales.** To accelerate development of the Alp ne H gh APA ncreased ts 2016 capex by $200MM to ~$2Bn. Capex n the Alp ne H gh play n 2016 w ll represent ~25% of the capex budget. HBP needed n Al ne H gh



comm ts APA to a 4-5 r g program go ng forward (~$400-500MM/year n capex). G ven the cap tal comm tment we would expect APA to accelerate ts portfol o opt m zat on program cons stent w th management statements at our Houston Summ t that t would sell only when t sees an opportun ty to redeploy cap tal nto h gher act v ty.



# Exhibits

**Exhibit 5:** New M d and Bas n Inventory

| Base Case Inventory @ $50/bbl | Wolfcamp | Spraberry Shale |
|---|---|---|
| Zones | 3 | 1 |
| Spacing | 6x | 8x |
| Locations | 500 | 200 |

| Upside Case Inventory @ $60/bbl | Wolfcamp | Spraberry Shale |
|---|---|---|
| Zones | 4-5 | 2 |
| Spacing | 8x-10x | 10x-12x |
| Locations | 1,650-2,300 | 800-900 |

Source: Morgan Stanley Research estimates, company reports

**Exhibit 6:** O d M d and Bas n Inventory

| | |
|---|---|
| Acres | ~200,000 net |
| Planned 2015 Rigs | 9-12 rigs |
| Planned 2015 Wells | 115 wells |
| Inventory | > 2,900 locations |
| Current Production | 10,900 BOE/D, gross |

- Multiple landing zones
- 1,000 square miles of new 3D seismic
- Spacing: 4 to 6 wells per section, per zone

Source: Morgan Stanley Research estimates, company reports

Morgan Stanley | RESEARCH

UPDATE

**Exhibit 7:** De aware Bas n - 2015 We Parameters

| Drilling Economics | |
|---|---|
| D+C Cost $MM | $8.0 |
| EUR MBOE | 554 |
| 30-Day IP Rate (BOE/D) | 888 |
| % Oil / Gas / NGL | 55% / 23% / 22% |
| WI / NRI | 93% / 77% |
| ROR | > 100% |
| BFIT NPV 10, $MM | $7.3 |
| 2015 Planned Wells | 30 |

Source: Morgan Stanley Research estimates, company reports

**Exhibit 8:** De aware Bas n - 2016 Pecos Bend We Performance

Pecos Bend Well Results
Mboe
200
150
100
50
APA Improved Completion with Integrated 3D Seismic
APA Improved Targeting
APA Improved Completion with 3D Seismic (7 wells)
APA Improved Targeting (20 wells)
Peer A Type Curve 600 Mboe EUR
Peer B Type Curve 500 Mboe EUR
0
50
100
150
200
Days on Production
Note: Map and acreage count includes minerals and overriding royalty interests.

Source: Morgan Stanley Research estimates, company reports

**Exhibit 9:** M d and Bas n - 2016 Performance Enhancement

Cumulative Production: APA vs. Peer Type Curves
Mboe
200
150
100
50
APA Improved Targeting & New Completion
APA Improved Targeting
APA Improved Targeting & New Completion (3 wells) (1)
APA Improved Targeting (2 Wells) (1)
Peer A Type Curve 1.2 MMboe EUR
Peer B Type Curve 1.0 MMboe EUR
0
30
60
90
120
150
180
210
Days on Production
(1) Normalized to 7,500' Lateral Length.

Source: Morgan Stanley Research estimates, company reports

**Exhibit 10:** PXD's M d and Bas n We Performance

Northern Area - Wolfcamp B
Version 2.0
All 87 wells since mid-2015
(~8,200' average lateral length)
Version 3.0
Initial 14 wells in Q2
(~8,900' average lateral length)
Version 2.0
Updated Mid-July
1 MMBOE EUR
Version 3.0
Choke managed
All Version 2.0 wells show average 35% productivity improvement
Early production results from initial Version 3.0 wells encouraging
Cumulative Production (MBOE)
250
200
150
100
50
60
120
180
240
300
360
Days on Production

Source: Morgan Stanley Research estimates, company reports

7



# Financials

**Exhibit 11:** F nanc a Summary

| Operations | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Daily Production** | | | | | | | | |
| Oil (MBbl) | 347 | 322 | 290 | 279 | 266 | 258 | 251 | 250 |
| NGL (MBbl) | 65 | 67 | 62 | 61 | 57 | 62 | 65 | 72 |
| Gas (MMcf) | 2,097 | 1,589 | 1,188 | 1,095 | 1,024 | 1,004 | 984 | 999 |
| **Equivalent (MMcfe)** | **4,565** | **3,926** | **3,298** | **3,135** | **2,962** | **2,921** | **2,883** | **2,931** |
| **Equivalent (MBoe)** | **761** | **654** | **550** | **522** | **494** | **487** | **480** | **488** |
| *Sequential Growth* | *-2%* | *-14%* | *-16%* | *-5%* | *-6%* | *-1%* | *-1%* | *2%* |
| % Oil | 46% | 49% | 53% | 53% | 54% | 53% | 52% | 51% |
| % NGL | 8% | 10% | 11% | 12% | 12% | 13% | 14% | 15% |
| % Gas | 46% | 40% | 36% | 35% | 35% | 34% | 34% | 34% |
| **Benchmark Prices** | | | | | | | | |
| WTI Oil ($/Bbl) | 98 | 93 | 49 | 43 | 50 | 64 | 77 | 77 |
| Brent Oil ($/Bbl) | 109 | 99 | 52 | 44 | 51 | 67 | 80 | 80 |
| Henry Hub Gas Bidweek ($/MMBtu) | 3.66 | 4.38 | 2.67 | 2.50 | 3.20 | 3.40 | 3.75 | 3.75 |
| **Realized Prices (net of hedges)** | | | | | | | | |
| Oil ($/Bbl) | 101.99 | 91.99 | 48.08 | 40.82 | 47.72 | 61.41 | 73.65 | 73.72 |
| NGL ($/Bbl) | 28.40 | 27.30 | 9.97 | 9.82 | 11.70 | 15.82 | 18.93 | 18.89 |
| Gas ($/Mcf) | 3.70 | 4.11 | 2.87 | 2.60 | 3.44 | 3.67 | 4.05 | 4.05 |
| **Income Statement** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
| **Total Revenue** | **16,054** | **13,851** | **6,366** | **5,423** | **6,163** | **7,480** | **8,661** | **8,731** |
| **Operating Costs:** | | | | | | | | |
| DD&A - recurring | 5,332 | 4,943 | 3,531 | 2,254 | 2,162 | 2,132 | 2,105 | 2,145 |
| DD&A - additional | 1,176 | 5,215 | 25,841 | 1,590 | 2,054 | 2,025 | 1,999 | 2,038 |
| ARO | 243 | 181 | 145 | 152 | 150 | 150 | 150 | 150 |
| LOE | 3,056 | 2,479 | 1,854 | 1,573 | 1,546 | 1,509 | 1,473 | 1,394 |
| Gathering & transportation | 297 | 273 | 211 | 203 | 216 | 267 | 263 | 268 |
| Taxes other than income | 832 | 678 | 282 | 151 | 277 | 374 | 433 | 437 |
| G&A | 503 | 450 | 377 | 376 | 375 | 420 | 450 | 470 |
| Merger, acquisitions, & transition | 33 | 51 | 132 | - | - | - | - | - |
| Other | 192 | 2,357 | 1,920 | 308 | - | - | - | - |
| **Total Operating Costs** | **11,664** | **16,627** | **34,293** | **6,606** | **6,780** | **6,877** | **6,873** | **6,903** |
| **EBITDAX** | **11,715** | **9,992** | **3,828** | **3,132** | **3,749** | **4,910** | **6,042** | **6,162** |
| **EBIT** | **4,390** | **(2,776)** | **(27,927)** | **(1,184)** | **(617)** | **603** | **1,788** | **1,829** |
| Financing costs | 174 | 130 | 299 | 377 | 385 | 390 | 400 | 415 |
| **EBT** | **4,216** | **(2,906)** | **(28,226)** | **(1,561)** | **(1,002)** | **213** | **1,388** | **1,414** |
| Current income tax | 1,665 | 1,142 | 309 | 139 | (80) | 17 | 83 | 85 |
| Deferred income tax | 263 | 495 | (5,778) | (480) | (120) | 26 | 194 | 198 |
| **Net Income - Continuing Operations** | **2,288** | **(4,543)** | **(22,757)** | **(1,219)** | **(802)** | **170** | **1,110** | **1,131** |
| Preferred stock dividends | 44 | - | - | - | - | - | - | - |
| **Net Income to Common** | **2,188** | **(5,403)** | **(22,348)** | **(1,157)** | **(791)** | **9** | **800** | **790** |
| Non-recurring items | 982 | 7,686 | 22,248 | 993 | 1,027 | 1,013 | 1,000 | 1,019 |
| Preferred stock dividends | 44 | - | - | - | - | - | - | - |
| **Recurring Net Income** | **3,214** | **2,283** | **(100)** | **(164)** | **236** | **1,022** | **1,800** | **1,809** |
| Diluted EPS - recurring | 7.95 | 5.93 | (0.26) | (0.43) | 0.62 | 2.67 | 4.68 | 4.68 |
| Diluted Shares O.S. | 404 | 385 | 378 | 379 | 381 | 383 | 385 | 387 |
| **Cash Flow Summary** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
| Net Income | 2,288 | (5,060) | (22,757) | (1,219) | (802) | 170 | 1,110 | 1,131 |
| DD&A | 6,700 | 10,158 | 29,372 | 3,334 | 3,189 | 3,145 | 3,104 | 3,164 |
| Deferred Tax | 263 | 495 | (5,778) | (480) | (120) | 26 | 194 | 198 |
| Other | 503 | 2,946 | 2,188 | 398 | 396 | 396 | 396 | 396 |
| Discretionary Cash Flow | 9,754 | 8,539 | 3,025 | 2,032 | 2,663 | 3,736 | 4,805 | 4,889 |
| **DCFPS** | **24.12** | **22.17** | **8.01** | **5.37** | **6.99** | **9.76** | **12.49** | **12.64** |
| **Total Capex** | **(11,510)** | **(12,372)** | **(5,178)** | **(2,103)** | **(2,700)** | **(3,800)** | **(4,800)** | **(5,500)** |

Source: Morgan Stanley Research estimates



# Price Target & Valuation Methodology

**APA:** Our $63 pr ce target  s der ved from the average of our $75 r sked NAV and the $51 pr ce  mpl ed by our 5.5x 2019E target EV/EB TDA(X) mult ple  wh ch  s below the average LC target mult ple of 6.0x. Our pr ce target  mpl es 9.0x 2017E EV/EB TDA(X) wh ch  s below peers at 9.5x g ven we bel eve a d scount  s warranted due to the lower relat ve qual ty of the US onshore resource portfol o vs. globally d vers f ed peers. R sks to our pr ce target  nclude commod ty pr ces   nternat onal regulatory uncerta nty  and cap tal costs r sk.

# Disclosure Section

The nformat on and op n ons n Morgan Stan ey Research were prepared by Morgan Stan ey & Co. LLC, and/or Morgan Stan ey C.T.V.M. S.A., and/or Morgan Stan ey Mex co, Casa de Bo sa, S.A. de C.V., and/or Morgan Stan ey Canada L m ted. As used n th s d sc osure sect on, "Morgan Stan ey" nc udes Morgan Stan ey & Co. LLC, Morgan Stan ey C.T.V.M. S.A., Morgan Stan ey Mex co, Casa de Bo sa, S.A. de C.V., Morgan Stan ey Canada L m ted and the r aff ates as necessary.

For mportant d sc osures, stock pr ce charts and equ ty rat ng h stor es regard ng compan es that are the subject of th s report, p ease see the Morgan Stan ey Research D sc osure Webs te at www.morganstan ey.com/researchd sc osures, or contact your nvestment representat ve or Morgan Stan ey Research at 1585 Broadway, (Attent on: Research Management), New York, NY, 10036 USA.

For va uat on methodo ogy and r sks assoc ated w th any recommendat on, rat ng or pr ce target referenced n th s research report, p ease contact the C ent Support Team as fo ows: US/Canada +1 800 303-2495; ong Kong +852 2848-5999; Lat n Amer ca +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; S ngapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. A ternat ve y you may contact your nvestment representat ve or Morgan Stan ey Research at 1585 Broadway, (Attent on: Research Management), New York, NY 10036 USA.

## Analyst Certification

The fo ow ng ana ysts hereby cert fy that the r v ews about the compan es and the r secur t es d scussed n th s report are accurate y expressed and that they have not rece ved and w not rece ve d rect or nd rect compensat on n exchange for express ng spec f c recommendat ons or v ews n th s report: Evan Ca o. Un ess otherw se stated, the nd v dua s sted on the cover page of th s report are research ana ysts.

## Global Research Conflict Management Policy

Morgan Stan ey Research has been pub shed n accordance w th our conf ct management po cy, wh ch s ava ab e at www.morganstan ey.com/ nst tut ona /research/conf ctpo c es.

## Important US Regulatory Disclosures on Subject Companies

The fo ow ng ana yst or strateg st (or a househo d member) owns secur t es (or re ated der vat ves) n a company that he or she covers or recommends n Morgan Stan ey Research: I ya Ba abanovsky - Coba t Internat ona Energy Inc(common or preferred stock).

As of August 31, 2016, Morgan Stan ey benef c a y owned 1% or more of a c ass of common equ ty secur t es of the fo ow ng compan es covered n Morgan Stan ey Research: Anadarko Petro eum Corp, InterO Corporat on.

W th n the ast 12 months, Morgan Stan ey managed or co-managed a pub c offer ng (or 144A offer ng) of secur t es of Anadarko Petro eum Corp, Devon Energy Corp, ess Corporat on, Marathon O Corporat on, Occ denta Petro eum, P oneer Natura Resources Co..

W th n the ast 12 months, Morgan Stan ey has rece ved compensat on for nvestment bank ng serv ces from Anadarko Petro eum Corp, Ca forn a Resources Corp, Devon Energy Corp, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Occ denta Petro eum, P oneer Natura Resources Co..

In the next 3 months, Morgan Stan ey expects to rece ve or ntends to seek compensat on for nvestment bank ng serv ces from Anadarko Petro eum Corp, **Apache Corp.**, Ca forn a Resources Corp, Coba t Internat ona Energy Inc, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

W th n the ast 12 months, Morgan Stan ey has rece ved compensat on for products and serv ces other than nvestment bank ng serv ces from Anadarko Petro eum Corp, **Apache Corp.**, Ca forn a Resources Corp, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, Marathon O Corporat on, Nob e Energy Inc., Occ denta Petro eum.

W th n the ast 12 months, Morgan Stan ey has prov ded or s prov d ng nvestment bank ng serv ces to, or has an nvestment bank ng c ent re at onsh p w th, the fo ow ng company: Anadarko Petro eum Corp, **Apache Corp.**, Ca forn a Resources Corp, Coba t Internat ona Energy Inc, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

W th n the ast 12 months, Morgan Stan ey has e ther prov ded or s prov d ng non- nvestment bank ng, secur t es-re ated serv ces to and/or n the past has entered nto an agreement to prov de serv ces or has a c ent re at onsh p w th the fo ow ng company: Anadarko Petro eum Corp, **Apache Corp.**, Ca forn a Resources Corp, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, Marathon O Corporat on, Murphy O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

An emp oyee, d rector or consu tant of Morgan Stan ey s a d rector of Marathon O Corporat on. Th s person s not a research ana yst or a member of a research ana yst's househo d.

Morgan Stan ey & Co. LLC makes a market n the secur t es of Anadarko Petro eum Corp, **Apache Corp.**, Ca forn a Resources Corp, Coba t Internat ona Energy Inc, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Murphy O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

The equ ty research ana ysts or strateg sts pr nc pa y respons b e for the preparat on of Morgan Stan ey Research have rece ved compensat on based upon var ous factors, nc ud ng qua ty of research, nvestor c ent feedback, stock p ck ng, compet t ve factors, f rm revenues and overa nvestment bank ng revenues. Equ ty Research ana ysts' or strateg sts' compensat on s not nked to nvestment bank ng or cap ta markets transact ons performed by Morgan Stan ey or the prof tab ty or revenues of part cu ar trad ng desks.

Morgan Stan ey and ts aff ates do bus ness that re ates to compan es/ nstruments covered n Morgan Stan ey Research, nc ud ng market mak ng, prov d ng qu d ty, fund management, commerc a bank ng, extens on of cred t, nvestment serv ces and nvestment bank ng. Morgan Stan ey se s to and buys from customers the secur t es/ nstruments of compan es covered n Morgan Stan ey Research on a pr nc pa bas s. Morgan Stan ey may have a pos t on n the debt of the Company or nstruments d scussed n th s report. Morgan Stan ey trades or may trade as pr nc pa n the debt secur t es (or n re ated der vat ves) that are the subject of the debt research report.

Certa n d sc osures sted above are a so for comp ance w th app cab e regu at ons n non-US jur sd ct ons.

## STOCK RATINGS

Morgan Stan ey uses a re at ve rat ng system us ng terms such as Overwe ght, Equa -we ght, Not-Rated or Underwe ght (see def n t ons be ow). Morgan Stan ey does not ass gn rat ngs of Buy, o d or Se to the stocks we cover. Overwe ght, Equa -we ght, Not-Rated and Underwe ght are not the equ va ent of buy, ho d and se . Investors shou d carefu y read the def n t ons of a rat ngs used n Morgan Stan ey Research. In add t on, s nce Morgan Stan ey Research conta ns more comp ete nformat on concern ng the ana yst's v ews, nvestors shou d carefu y read Morgan Stan ey Research, n ts ent rety, and not nfer the contents from the rat ng a one. In any case, rat ngs (or research) shou d not be used or re ed upon as nvestment adv ce. An nvestor's dec s on to buy or se a stock shou d depend on nd v dua c rcumstances (such as the nvestor's ex st ng ho d ngs) and other cons derat ons.

## Global Stock Ratings Distribution

(as of August 31, 2016)

The Stock Rat ngs descr bed be ow app y to Morgan Stan ey's Fundamenta Equ ty Research and do not app y to Debt Research produced by the F rm. For d sc osure purposes on y ( n accordance w th NASD and NYSE requ rements), we nc ude the category head ngs of Buy, o d, and Se a ongs de our rat ngs of Overwe ght, Equa -we ght, Not-Rated and Underwe ght. Morgan Stan ey does not ass gn rat ngs of Buy, o d or Se to the stocks we cover. Overwe ght, Equa -we ght, Not-Rated and Underwe ght are not the equ va ent of buy, ho d, and se but represent recommended re at ve we ght ngs (see

def n t ons be ow). To sat sfy regu atory requ rements, we correspond Overwe ght, our most pos t ve stock rat ng, w th a buy recommendat on; we correspond Equa -we ght and Not-Rated to ho d and Underwe ght to se recommendat ons, respect ve y.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OT ER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| **Overweight/Buy** | **1140** | **34%** | **250** | **39%** | **22%** | **564** | **35%** |
| **Equal-weight/Hold** | **1458** | **44%** | **305** | **47%** | **21%** | **727** | **46%** |
| **Not-Rated/Hold** | **73** | **2%** | **7** | **1%** | **10%** | **10** | **1%** |
| **Underweight/Sell** | **651** | **20%** | **86** | **13%** | **13%** | **291** | **18%** |
| **TOTAL** | **3,322** | | **648** | | | **1592** | |

Data nc ude common stock and ADRs current y ass gned rat ngs. Investment Bank ng C ents are compan es from whom Morgan Stan ey rece ved nvestment bank ng compensat on n the ast 12 months.

## Analyst Stock Ratings

Overwe ght (O). The stock's tota return s expected to exceed the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.
Equa -we ght (E). The stock's tota return s expected to be n ne w th the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.
Not-Rated (NR). Current y the ana yst does not have adequate conv ct on about the stock's tota return re at ve to the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.
Underwe ght (U). The stock's tota return s expected to be be ow the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.
Un ess otherw se spec f ed, the t me frame for pr ce targets nc uded n Morgan Stan ey Research s 12 to 18 months.

## Analyst Industry Views

Attract ve (A): The ana yst expects the performance of h s or her ndustry coverage un verse over the next 12-18 months to be attract ve vs. the re evant broad market benchmark, as nd cated be ow.
In-L ne (I): The ana yst expects the performance of h s or her ndustry coverage un verse over the next 12-18 months to be n ne w th the re evant broad market benchmark, as nd cated be ow.
Caut ous (C): The ana yst v ews the performance of h s or her ndustry coverage un verse over the next 12-18 months w th caut on vs. the re evant broad market benchmark, as nd cated be ow.
Benchmarks for each reg on are as fo ows: North Amer ca - S&P 500; Lat n Amer ca - re evant MSCI country ndex or MSCI Lat n Amer ca Index; Europe - MSCI Europe; Japan - TOPIX; As a - re evant MSCI country ndex or MSCI sub-reg ona ndex or MSCI AC As a Pac f c ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important d sc osures regard ng the re at onsh p between the compan es that are the subject of Morgan Stan ey Research and Morgan Stan ey Sm th Barney LLC or Morgan Stan ey or any of the r aff ates, are ava ab e on the Morgan Stan ey Wea th Management d sc osure webs te at www.morganstan ey.com/on ne/researchd sc osures. For Morgan Stan ey spec f c d sc osures, you may refer to www.morganstan ey.com/researchd sc osures.

Each Morgan Stan ey Equ ty Research report s revewed and approved on beha f of Morgan Stan ey Sm th Barney LLC. Th s revew and approva s conducted by the same person who revews the Equ ty Research report on beha f of Morgan Stan ey. Th s cou d create a conf ct of nterest.

## Other Important Disclosures

Morgan Stan ey & Co. Internat ona PLC and ts aff ates have a s gn f cant f nanc a nterest n the debt secur t es of Anadarko Petro eum Corp, **Apache Corp.**, Ca forn a Resources Corp, ConocoPh ps, Devon Energy Corp, ess Corporat on, Marathon O Corporat on, Murphy O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

Morgan Stan ey Research po cy s to update research reports as and when the Research Ana yst and Research Management deem appropr ate, based on deve opments w th the ssuer, the sector, or the market that may have a mater a mpact on the research vews or op n ons stated there n. In add t on, certa n Research pub cat ons are ntended to be updated on a regu ar per od c bas s (week y/month y/quarter y/annua ) and w ord nar y be updated w th that frequency, un ess the Research Ana yst and Research Management determ ne that a d fferent pub cat on schedu e s appropr ate based on current cond t ons.

Morgan Stan ey s not act ng as a mun c pa advsor and the op n ons or vews conta ned here n are not ntended to be, and do not const tute, advce w th n the mean ng of Sect on 975 of the Dodd-Frank Wa Street Reform and Consumer Protect on Act.

Morgan Stan ey produces an equ ty research product ca ed a "Tact ca Idea." V ews conta ned n a "Tact ca Idea" on a part cu ar stock may be contrary to the recommendat ons or vews expressed n research on the same stock. Th s may be the resu t of d ffer ng t me hor zons, methodo og es, market events, or other factors. For a research ava ab e on a part cu ar stock, p ease contact your sa es representat ve or go to Matr x at http://www.morganstan ey.com/matr x.

Morgan Stan ey Research s provded to our c ents through our propr etary research porta on Matr x and a so d str buted e ectron ca y by Morgan Stan ey to c ents. Certa n, but not a , Morgan Stan ey Research products are a so made ava ab e to c ents through th rd-party vendors or red str buted to c ents through a ternate e ectron c means as a conven ence. For access to a ava ab e Morgan Stan ey Research, p ease contact your sa es representat ve or go to Matr x at http://www.morganstan ey.com/matr x.

Any access and/or use of Morgan Stan ey Research s subject to Morgan Stan ey's Terms of Use (http://www.morganstan ey.com/terms.htm ). By access ng and/or us ng Morgan Stan ey Research, you are nd cat ng that you have read and agree to be bound by our Terms of Use (http://www.morganstan ey.com/terms.htm ). In add t on you consent to Morgan Stan ey process ng your persona data and us ng cook es n accordance w th our Pr vacy Po cy and our G oba Cook es Po cy (http://www.morganstan ey.com/pr vacy_p edge.htm ), nc ud ng for the purposes of sett ng your preferences and to co ect readersh p data so that we can de ver better and more persona zed servce and products to you. To f nd out more nformat on about how Morgan Stan ey processes persona data, how we use cook es and how to reject cook es see our Pr vacy Po cy and our G oba Cook es Po cy (http://www.morganstan ey.com/pr vacy_p edge.htm ).

If you do not agree to our Terms of Use and/or f you do not w sh to provde your consent to Morgan Stan ey process ng your persona data or us ng cook es p ease do not access our research.

Morgan Stan ey Research does not provde nd vdua y ta ored nvestment advce. Morgan Stan ey Research has been prepared w thout regard to the c rcumstances and object ves of those who rece ve t. Morgan Stan ey recommends that nvestors ndependent y eva uate part cu ar nvestments and



UPDATE

strateg es, and encourages nvestors to seek the advce of a f nanc a adv ser. The appropr ateness of an nvestment or strategy w depend on an nvestor's c rcumstances and object ves. The secur t es, nstruments, or strateg es d scussed n Morgan Stan ey Research may not be su tab e for a nvestors, and certa n nvestors may not be e g b e to purchase or part c pate n some or a of them. Morgan Stan ey Research s not an offer to buy or se or the so c tat on of an offer to buy or se any secur ty/ nstrument or to part c pate n any part cu ar trad ng strategy. The va ue of and ncome from your nvestments may vary because of changes n nterest rates, fore gn exchange rates, defau t rates, prepayment rates, secur t es/ nstruments pr ces, market ndexes, operat ona or f nanc a cond t ons of compan es or other factors. There may be t me m tat ons on the exerc se of opt ons or other r ghts n secur t es/ nstruments transact ons. Past performance s not necessar y a gu de to future performance. Est mates of future performance are based on assumpt ons that may not be rea zed. If provded, and un ess otherw se stated, the c os ng pr ce on the cover page s that of the pr mary exchange for the subject company's secur t es/ nstruments.

The f xed ncome research ana ysts, strateg sts or econom sts pr nc pa y respons b e for the preparat on of Morgan Stan ey Research have rece ved compensat on based upon var ous factors, nc ud ng qua ty, accuracy and va ue of research, f rm prof tab ty or revenues (wh ch nc ude f xed ncome trad ng and cap ta markets prof tab ty or revenues), c ent feedback and compet t ve factors. F xed Income Research ana ysts', strateg sts' or econom sts' compensat on s not nked to nvestment bank ng or cap ta markets transact ons performed by Morgan Stan ey or the prof tab ty or revenues of part cu ar trad ng desks.

The "Important US Regu atory D sc osures on Subject Compan es" sect on n Morgan Stan ey Research sts a compan es ment oned where Morgan Stan ey owns 1% or more of a c ass of common equ ty secur t es of the compan es. For a other compan es ment oned n Morgan Stan ey Research, Morgan Stan ey may have an nvestment of ess than 1% n secur t es/ nstruments or der vat ves of secur t es/ nstruments of compan es and may trade them n ways d fferent from those d scussed n Morgan Stan ey Research. Emp oyees of Morgan Stan ey not nvo ved n the preparat on of Morgan Stan ey Research may have nvestments n secur t es/ nstruments or der vat ves of secur t es/ nstruments of compan es ment oned and may trade them n ways d fferent from those d scussed n Morgan Stan ey Research. Der vat ves may be ssued by Morgan Stan ey or assoc ated persons.

W th the except on of nformat on regard ng Morgan Stan ey, Morgan Stan ey Research s based on pub c nformat on. Morgan Stan ey makes every effort to use re ab e, comprehens ve nformat on, but we make no representat on that t s accurate or comp ete. We have no ob gat on to te you when op n ons or nformat on n Morgan Stan ey Research change apart from when we ntend to d scont nue equ ty research coverage of a subject company. Facts and v ews presented n Morgan Stan ey Research have not been rev ewed by, and may not ref ect nformat on known to, profess ona s n other Morgan Stan ey bus ness areas, nc ud ng nvestment bank ng personne .

Morgan Stan ey Research personne may part c pate n company events such as s te v s ts and are genera y proh b ted from accept ng payment by the company of assoc ated expenses un ess pre-approved by author zed members of Research management.

Morgan Stan ey may make nvestment dec s ons that are ncons stent w th the recommendat ons or v ews n th s report.

To our readers n Ta wan: Informat on on secur t es/ nstruments that trade n Ta wan s d str buted by Morgan Stan ey Ta wan L m ted ("MSTL"). Such nformat on s for your reference on y. The reader shou d ndependent y eva uate the nvestment r sks and s so e y respons b e for the r nvestment dec s ons. Morgan Stan ey Research may not be d str buted to the pub c med a or quoted or used by the pub c med a w thout the express wr tten consent of Morgan Stan ey. Informat on on secur t es/ nstruments that do not trade n Ta wan s for nformat ona purposes on y and s not to be construed as a recommendat on or a so c tat on to trade n such secur t es/ nstruments. MSTL may not execute transact ons for c ents n these secur t es/ nstruments. To our readers n ong Kong: Informat on s d str buted n ong Kong by and on beha f of, and s attr butab e to, Morgan Stan ey As a L m ted as part of ts regu ated act v t es n ong Kong. If you have any quer es concern ng Morgan Stan ey Research, p ease contact our ong Kong sa es representat ves.

Morgan Stan ey s not ncorporated under PRC aw and the research n re at on to th s report s conducted outs de the PRC. Morgan Stan ey Research does not const tute an offer to se or the so c tat on of an offer to buy any secur t es n the PRC. PRC nvestors sha have the re evant qua f cat ons to nvest n such secur t es and sha be respons b e for obta n ng a re evant approva s, censes, ver f cat ons and/or reg strat ons from the re evant governmenta author t es themse ves. Ne ther th s report nor any part of t s ntended as, or sha const tute, prov s on of any consu tancy or adv sory serv ce of secur t es nvestment as def ned under PRC aw. Such nformat on s prov ded for your reference on y.

Morgan Stan ey Research s d ssem nated n Braz by Morgan Stan ey C.T.V.M. S.A.; n Mex co by Morgan Stan ey Méx co, Casa de Bo sa, S.A. de C.V wh ch s regu ated by Com s on Nac ona Bancar a y de Va ores. Paseo de os Tamar ndos 90, Torre 1, Co . Bosques de as Lomas F oor 29, 05120 Mex co C ty; n Japan by Morgan Stan ey MUFG Secur t es Co., Ltd. and, for Commod t es re ated research reports on y, Morgan Stan ey Cap ta Group Japan Co., Ltd; n ong Kong by Morgan Stan ey As a L m ted (wh ch accepts respons b ty for ts contents) and by Morgan Stan ey As a Internat ona L m ted, ong Kong Branch; n S ngapore by Morgan Stan ey As a (S ngapore) Pte. (Reg strat on number 199206298Z) and/or Morgan Stan ey As a (S ngapore) Secur t es Pte Ltd (Reg strat on number 200008434 ), regu ated by the Monetary Author ty of S ngapore (wh ch accepts ega respons b ty for ts contents and shou d be contacted w th respect to any matters ar s ng from, or n connect on w th, Morgan Stan ey Research) and by Morgan Stan ey As a Internat ona L m ted, S ngapore Branch (Reg strat on number T11FC0207F); n Austra a to "who esa e c ents" w th n the mean ng of the Austra an Corporat ons Act by Morgan Stan ey Austra a L m ted A.B.N. 67 003 734 576, ho der of Austra an f nanc a serv ces cense No. 233742, wh ch accepts respons b ty for ts contents; n Austra a to "who esa e c ents" and "reta c ents" w th n the mean ng of the Austra an Corporat ons Act by Morgan Stan ey Wea th Management Austra a Pty Ltd (A.B.N. 19 009 145 555, ho der of Austra an f nanc a serv ces cense No. 240813, wh ch accepts respons b ty for ts contents; n Korea by Morgan Stan ey & Co Internat ona p c, Seou Branch; n Ind a by Morgan Stan ey Ind a Company Pr vate L m ted; n Indones a by PT Morgan Stan ey As a Indones a; n Canada by Morgan Stan ey Canada L m ted, wh ch has approved of and takes respons b ty for ts contents n Canada; n Germany by Morgan Stan ey Bank AG, Frankfurt am Ma n and Morgan Stan ey Pr vate Wea th Management L m ted, N eder assung Deutsch and, regu ated by Bundesansta t fuer F nanzd enst e stungsaufs cht (BaF n); n Spa n by Morgan Stan ey, S.V., S.A., a Morgan Stan ey group company, wh ch s superv sed by the Span sh Secur t es Markets Comm ss on (CNMV) and states that Morgan Stan ey Research has been wr tten and d str buted n accordance w th the ru es of conduct app cab e to f nanc a research as estab shed under Span sh regu at ons; n the US by Morgan Stan ey & Co. LLC, wh ch accepts respons b ty for ts contents. Morgan Stan ey & Co. Internat ona p c, author zed by the Prudent a Regu atory Author ty and regu ated by the F nanc a Conduct Author ty and the Prudent a Regu atory Author ty, d ssem nates n the UK research that t has prepared, and approves so e y for the purposes of sect on 21 of the F nanc a Serv ces and Markets Act 2000, research wh ch has been prepared by any of ts aff ates. RMB Morgan Stan ey (Propr etary) L m ted s a member of the JSE L m ted and regu ated by the F nanc a Serv ces Board n South Afr ca. RMB Morgan Stan ey (Propr etary) L m ted s a jo nt venture owned equa y by Morgan Stan ey Internat ona o d ngs Inc. and RMB Investment Adv sory (Propr etary) L m ted, wh ch s who y owned by F rstRand L m ted. The nformat on n Morgan Stan ey Research s be ng d ssem nated by Morgan Stan ey Saud Arab a, regu ated by the Cap ta Market Author ty n the K ngdom of Saud Arab a , and s d rected at Soph st cated nvestors on y.

The nformat on n Morgan Stan ey Research s be ng commun cated by Morgan Stan ey & Co. Internat ona p c (DIFC Branch), regu ated by the Duba F nanc a Serv ces Author ty (the DFSA), and s d rected at Profess ona C ents on y, as def ned by the DFSA. The f nanc a products or f nanc a serv ces to wh ch th s research re ates w on y be made ava ab e to a customer who we are sat sf ed meets the regu atory cr ter a to be a Profess ona C ent.

The nformat on n Morgan Stan ey Research s be ng commun cated by Morgan Stan ey & Co. Internat ona p c (QFC Branch), regu ated by the Qatar F nanc a Centre Regu atory Author ty (the QFCRA), and s d rected at bus ness customers and market counterpart es on y and s not ntended for Reta Customers as def ned by the QFCRA.

As requ red by the Cap ta Markets Board of Turkey, nvestment nformat on, comments and recommendat ons stated here, are not w th n the scope of nvestment adv sory act v ty. Investment adv sory serv ce s prov ded exc us ve y to persons based on the r r sk and ncome preferences by the author zed f rms. Comments and recommendat ons stated here are genera n nature. These op n ons may not f t to your f nanc a status, r sk and return preferences. For th s reason, to make an nvestment dec s on by re y ng so e y to th s nformat on stated here may not br ng about outcomes that f t your expectat ons.

The trademarks and serv ce marks conta ned n Morgan Stan ey Research are the property of the r respect ve owners. Th rd-party data prov ders make no

Morgan Stanley | RESEARCH

warrant es or representat ons re at ng to the accuracy, comp eteness, or t me ness of the data they provde and sha not have ab ty for any damages re at ng to such data. The G oba Industry C ass f cat on Standard (GICS) was deve oped by and s the exc us ve property of MSCI and S&P.
Morgan Stan ey Research, or any port on thereof may not be repr nted, so d or red str buted w thout the wr tten consent of Morgan Stan ey.

**INDUSTRY COVERAGE: Large-Cap Exploration & Production**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (09/07/2016) |
|---|---|---|
| **Evan Calio** | | |
| Anadarko Petroleum Corp (APC N) | O (10/19/2011) | $57 18 |
| Apache Corp (APA N) | E (11/20/2012) | $55 13 |
| Cal forn a Resources Corp (CRC N) | U (12/01/2014) | $10 91 |
| Cobalt nternat onal Energy nc (C E N) | NR (08/04/2016) | $1 30 |
| ConocoPh ll ps (COP N) | E (04/11/2014) | $41 48 |
| Devon Energy Corp (DVN N) | O (04/18/2016) | $44 20 |
| EOG Resources nc (EOG N) | E (12/16/2014) | $94 32 |
| Hess Corporat on (HES N) | E (01/12/2016) | $50 81 |
| nterO l Corporat on ( OC N) | ++ | $49 23 |
| Marathon O l Corporat on (MRO N) | O (06/20/2016) | $15 69 |
| Murphy O l Corporat on (MUR N) | U (07/13/2015) | $27 85 |
| Noble Energy nc (NBL N) | O (09/20/2015) | $35 53 |
| Occ dental Petroleum (OXY N) | E (06/13/2016) | $77 13 |
| P oneer Natural Resources Co (PXD N) | O (07/13/2015) | $188 31 |

Stock Rat ngs are subject to change. P ease see atest research for each company.
* stor ca pr ces are not sp t adjusted.

© 2016 Morgan Stanley