**NYE-DT 15**



| | Seaport Global Securities LLC | September 7, 2016 |
|---|---|---|
| | Equity Sales & Trading Toll-Free: (855) 447-3100 | Dirty Energy Daily |
| | Research: (949) 274-8052 | SGS Energy Research Team |
| | www.seaportglobal.com | energyresearch@seaportglobal.com |
| | | (713) 658-6300 |

## SGS Dirty Energy Daily

*Highlights:*

- SGS Well Watcher: APC, AR, CPE, DVN, EOG, GST, JONE, NFX, OAS, SM, SYRG
- **Apache Corp. (NYSE: APA; $51.67; Neutral; $53.00 PT)**   Unveils Alpine High discovery
- **Patterson-UTI Energy Inc. (NASDAQ: PTEN; $20.57; Buy; $27.00 PT)**   Pragmatic approach has led to industry leadership in both segments
- **Rowan Companies Inc. (NYSE: RDC; $13.08; Buy; $17.00 PT)**   Gorilla VI termination disappointing even though compensated

*Prices above reflect prices on published reports; otherwise current.*

| **SGS Calendar** | |
|---|---|
| **SGS Non-Deal Roadshows** | |
| 09/08 | SDCJF in New York |
| 09/13 | AREX in Chicago |
| 09/13-09/14 | MIND in San Francisco, Portland and Seattle |
| **SGS Private Call with Management and Clients** | |
| 09/12 | SGS Energy Exchange Conference Call with SWN |
| **SGS Marketing** | |
| 09/08-09/09 | John Aschenbeck in New York |
| 09/12 | Mike Kelly in Madison and Milwaukee |
| 09/13 | Mike Kelly in Cincinnati and Iowa |
| 09/14 | Mike Kelly in Los Angeles |
| Click here to see our full SGS Calendar | |

**SEE ANALYST CERTIFICATION AND OTHER IMPORTANT DISCLOSURES ON PAGES 7 - 8 OF THIS REPORT.**

| Exploration & Production Report | Exploration & Production |
|---|---|
| SGS Well Watcher | |

## SGS Well Watcher: APC, AR, CPE, DVN, EOG, GST, JONE, NFX, OAS, SM, SYRG

**Summary:** This week we highlight 20 data points, including pertinent details from four Tuesday afternoon press releases (CPE, DVN, JONE, SYRG). In addition, we provide our takeaways from AR (enhanced completions drive guidance higher), EOG (Yates Petroleum acquisition takeaways), and SM (bullish Howard County commentary). We also highlight pertinent intel gleaned from APC, GST, NFX, and OAS while hosting our Houston Energy Bus Tour last week.

### Highlights

### Takeaways from Tuesday Press Releases

- **Callon Petroleum Co. (CPE; $15.30; Buy; $17 Price Target):** CPE plans to acquire 5.7K net acres in Howard County (+2,300 boepd, 86% oil) for $327MM in total consideration from PE-backed Element Petroleum. The deal implies $41.5K/acre (assuming $40K/flowing boepd) and brings CPE's weighted average cost of entry to $24.2K/acre across its nearly 20K net acre position in Howard County. CPE announced a public offering of 23MM shares plus a 3.45MM share shoe (~$405MM in gross at yesterday's $15.30 closing price) to fund the acquisition (slated to close by October 20). Also noteworthy from the release was that CPE's first operated Howard County completion flowed at a 2,123 boepd peak 30-day rate (~288 boepd per 1K lateral ft.), and cum'ed 110 Mboepd after 60 days online (1,833 boepd average), making it CPE's top producer to date. Although the price paid per acre is high at $41.5K/acre, we believe investors can take solace in strong full-cycle returns and encouraging initial well results – using existing type-curves for its Howard County asset, CPE quotes 32%-42% project IRRs at current Strip prices after baking in an incremental $1.5MM-$2.1MM/well for its recent Howard County acquisitions. We are still fans of CPE's trajectory, which we see yielding a superior debt-adjusted CAGR through 2020 (24% vs. average E&P at 16%), while maintaining a conservative balance sheet (we estimate net debt-to-EBITDA of 1.6x at YE16 to fall to 0.1x by YE20). Click here for our revised estimates.

- **Devon Energy Corp. (DVN; $44.21; Neutral; $39 Price Target):** Yesterday, management announced results from its Pump House spacing pilot (seven wells/section in the Upper Meramec) at a strong 2,200 boepd (55% oil) over 15 days online; the pilot comprised 4.7K ft. laterals (35 stages, 2,200 lbs./lateral ft. of proppant) and marks the company's third spacing pilot in the STACK. DVN's two prior pilots – the Born Free (staggered/stacked test between two Meramec benches) and Alma (five wells/section within a single interval) continue to perform above type-curve expectations. Additionally two 10K ft. laterals recently brought online in eastern Blaine County (2,600 lbs./lateral ft. and 50 frac stages), posted average IP-24s of 3,700 boepd (70% oil) per well. We think this latest round of STACK results underscore continued operational momentum in the STACK and lend further encouragement on several fronts. First, enhanced completions appear to be delivering significant outperformance vs. DVN's type-curves, which puts upward pressure on EURs going forward. Additionally, given early success on the downspacing front we think DVN's inventory of 1,600 future locations (which bakes in four wells/section across two Meramec benches) is likely poised much higher. We believe the combination of improving well productivity/further downspacing, coupled with westward delineation and unlocking of new zones (such as the Osage) should continue to act as a tailwind for E&Ps with exposure to the play, including CLR, NFX, MRO, GST and XEC. See page 4-6 for our STACK map with key recent results and upcoming catalysts.

- **Jones Energy, Inc. (JONE; $2.93; Accumulate; $3.50 Price Target):** Yesterday afternoon, JONE laid out an activity scenario analysis that showcased a meaningfully more capital efficient FY17 forecast than expectations. Most notably, the high end of management's FY17 outlook calls for ~25%+ production growth vs. JONE's FY16 guidance of 17.9-19.4 Mboepd (or ~23.3 Mboepd, +12%/+13% vs. SGS/Street estimates of 20.8/20.7 Mboepd) from a manageable outspend of <$25MM based on current Strip prices (similar to our forecast of a ~$25MM outspend at $52 oil and $3.20 gas prices). We note the high end of management's outlook calls for two Cleveland rigs and three rigs on its newly acquired STACK/SCOOP acreage (beginning with one rig in Q1:17 with another two rigs added in Q2:17), which compares to our current forecast of one Cleveland rig and two STACK/SCOOP rigs (beginning with one rig in Q1:17 with another rig added in Q2:17). In addition to accelerated activity, we believe this outperformance is partially attributable to a shallower than expected base decline.

- **Synergy Resources Corporation (SYRG; $6.66; Buy; $8.50 Price Target):** Preliminary guidance announced yesterday pegs FY17 production at 17.5-20 Mboepd with D&C capex pegged at $260MM-$300MM. This is predicated on a two-rig program focused on the Greeley Crescent acreage (acquired from NBL) and falls largely in line with SGS (19 Mboepd on a $284MM capex) and consensus (18.1 Mboepd on a $250MM spend). Differentials (~$10/bbl) and LOE ($5-$5.50/boe) are also in line with prior commentary. D&C operations continue on the 22-well Evans pad (comprising thirteen 9.5K ft. laterals and nine 12K ft. laterals) slated to be finished drilling mid-Q4:16 for first sales in late 2016/into 2017; the 14-well Fagerberg pad is also slated for a mid-Q4 TIL. We're not surprised by management's decision to opt for a more conservative approach to FY17 in the face of an uncertain commodity price backdrop, and we believe SYRG's growth potential remains intact in the long term; we peg SYRG's debt-adjusted CAGR at 50% through 2020 (top-tier among our coverage universe) assuming a progressive ramp to five rigs by 2019.

### Permian

- **Permian (APC):** The company is currently testing the 2nd Bone Spring in the Delaware Basin (which it believes is equivalent to the Lower Spraberry in the Midland Basin) and expects to talk more about it later this year. Management believes that the 2nd Bone Spring may ultimately be better in Texas (with Loving County as the potential sweet spot) than in New Mexico, as the play shifts from being a sandstone in NM (higher water cut) to more of a siltstone in TX (lower water cut). And with the possibility of the 3rd Bone Spring and the Wolfcamp X/Y sand across some of its acreage, APC sees the potential for 40-50 wells per section in some areas (a significant number, in our opinion, given APC's ~1,000 sections in the basin). Positive read-through: CXO, CWEI, EGN, EOG, FANG, MTDR, OXY, PDCE, PE, REN, WPX, XEC.

- **Permian (APC):** Management believes that its Delaware midstream assets are its biggest advantage in the basin, noting that its ability to grow its DJ volumes by ~130 Mboepd over the course of two years was largely dependent on having control of its throughput volumes. And with full-scale development mode on the horizon, APC has been working with its third-party providers to increase its control over throughput

*Click here to return to the top of note*

- volumes. In some instances, the company has offered to pay the incremental costs associated with building larger pipes than the initial third-party design (e.g., third-party wants 12" pipe and APC offers to pay incremental costs associated with 15" pipe). APC currently controls ~65% of its throughput volumes in the Delaware, compared to ~90% in the DJ Basin.
- **Permian (EOG):** On its investor call following yesterday's acquisition of Yates for $2.5B, EOG voiced a high degree of confidence in the future of the Delaware Basin, noting the acquisition would further strengthen capital efficiency and enable EOG to outperform its prior goal of delivering 10%-20% oil CAGR through 2020 from within cash flow (at $50-$60 oil). Management sees already competitive IRRs in the Delaware moving even higher within its portfolio with the advent of longer laterals, further cost improvements, improved targeting within the pay column as well as enhanced completions. Consequently, EOG expects the premium location count (>30% ATROR at $40 oil, currently pegged at 1,700 on the acquired properties) to be revised meaningfully higher going forward. Management stated the acquired assets would garner capital immediately, with an initial rig slated to be deployed shortly post-closing in October, with additional rigs to follow in 2017.
- **Permian (SM):** At a recent investor conference management offered a glowing assessment of Howard County, noting that the higher carbonate content, initially viewed by some as detrimental, could actually be driving higher productivity/shallower declines. Additionally, Howard County completions have been oilier than many parts of the Midland Basin (80% vs. 60% at SM's legacy asset in Upton County), which combined with shallower depths (~1,000 ft. less than Sweetie Peck, i.e. lower D&C costs) should make for more attractive returns.

## STACK

- **STACK (NFX):** Management sees the Osage emerging as a potential target across its STACK leasehold, echoing commentary from others in the basin including Alta Mesa, GST and Chaparral, which have directed some of their efforts here to date. NFX's current 2 Bboe resource assessment is solely predicated on two to three Meramec zones across its 265K net acres; however, management acknowledged that its search for the optimal development configuration has pushed the company to assess its Osage potential as it looks to maximize NPV/section once in development mode starting in 2017. We expect quantified well results out of NFX starting next year.
- **STACK (GST):** In an effort to help hold expiring leases on GST's ~86K net STACK acres (which is currently ~one-third HBP) and given the company's constrained liquidity position (more detail ahead), management is increasingly considering a potential JV, where a financial partner carries a portion of GST's well cost to earn a specified working interest in a single wellbore, which would allow GST to hold a lease without forfeiting/sharing rights to future well locations. Management notes that similar JVs have been inked by other STACK players in 20 well tranches, and that a similar deal would allow GST to hold ~12K net acres, and also serve as a capital efficient way to delineate GST's STACK position. On the liquidity front, GST's outlook took a fortuitous turn last week when the company announced it would be receiving $10.1MM (or ~8c a share) post reaching a liability insurance settlement, taking its total pro forma liquidity position to $50.7MM (comprised completely of cash on hand).
- **STACK (GST):** The company's first Osage test (the McGee 20-1H, southern Garfield County) is slated for completion this week, and management is encouraged by a recent test from offset operator Chaparral (the Farber 2007; section 21N, 7W) that peaked at 504 bopd. In addition, management believes the McGee could outperform the Farber given: (1) the Farber utilized a smaller completion than the McGee, which is slated to use ~1.6K+ lbs./ft. and (2) the Farber targeted the Upper Osage vs. the McGee that has been drilled into the Lower Osage, which GST believes to be a more productive interval. As for specific expectations for the McGee, management is looking for an IP30 of ~700-830 boepd (~60% oil) to hit the high end of its internal 600 Mboe EUR Osage type-curve. Following the McGee, GST plans to monitor the well before drilling a western Osage step-out in section 20N, 6W (the Hane 14-1H, southwestern Garfield County). Success from both the McGee and the Hane could delineate a large portion of the Osage on GST's northern ~60K net acre STACK block.
- **STACK (GST):** Also as it pertains to the Osage, GST should receive assistance on the delineation front from private offset operator Alta Mesa (ALTMES), which has drilled >100 wells to date and currently has four rigs running. In addition, ALTMES has multiple Osage downspacing tests on the horizon, which include pilots to test up to ~24 wells per section (eight wells per section across three distinct landing zones), 6x the assumptions used in GST's current ~283 net well inventory estimate for the Osage, which calls for four wells per section across one zone. Also near GST's ~26K net southern STACK acres, ALTMES has up to four additional Osage tests in section 15N, 5W (southeastern Kingfisher County) – positive results here could push the play further south than expected.
- **STACK (GST):** Post reaching TD on the Tomahawk 7-1H on 8/31 (GST's first Oswego test; section 18N, 7W; Kingfisher County) and coring the well last Wednesday, GST plans to complete the well by the end of the month. While management has declined to provide expectations for a peak IP from the Tomahawk, it has pointed out that the Tomahawk offsets a CHK test that peaked at ~2 Mboepd from a ~3K ft. lateral that was understimulated (only ~200 lbs. proppant/ft.) We note GST's preliminary Oswego estimates call for 250 Mboe-350 Mboe EURs (80%-90% oil) with well costs at $3.0MM-$3.5MM (translates to up to 50%+ IRRs at $55 WTI in our model).
- **STACK (GST):** The company recently added a second rig at an attractive $14.5K/day rate to drill a Meramec well (the Ingle 29-1H) and address an expiring lease. The Ingle is GST's third Meramec completion, and will offset the Deep River (GST's first Meramec test). As for its next Meramec completion, GST plans to drill the Lilly 28-1H (section 18N, 8 W) on the southwestern portion of the company's ~60K net acre northern STACK block, offsetting a number of strong NFX completions.

## Marcellus/Utica:

- **Marcellus/Utica (AR):** New drilling techniques and technologies, highlighted by a switch to a rotary steerable system, have resulted in significant improvements in drilling times. Notably, all of the top 20 Antero daily footage records achieved since inception have occurred during 2016. The company has drilled 21 wells in Q3 with an average of 4,069 lateral ft. drilled per day, up 12% from Q2's average of 3,623 ft./day across 34 wells and up 93% from Q1's average of 2,111 ft./day across 30 wells. And with legacy drilling and completion contracts rolling off over the coming months, a shift toward longer laterals (41 wells YTD with >10K ft. laterals, and 43 wells WOC with 10K-14K ft. laterals), and higher proppant loadings (testing 1,750-2,000 lbs/ft.), we expect current returns of 51%-77% (at 6/30 Strip) to be biased higher.
- **Marcellus/Utica (AR):** Initial performance from the 29 wells completed in 2016 using >1,300 lbs of proppant per foot have exceeded both the company's 1.7 Bcf/1,000 ft. type curve and 2.0 Bcf/1,000 ft. target through 140 days. The wells were completed with an average proppant loading of 1,555 lbs/ft. and lateral length of 8,704 ft., and have posted wellhead EURs of 2.0-2.3 Bcf/1,000 ft. The company continues to test larger completions, with recent pilots utilizing 1,750-2,000 lbs/ft., which could push recoveries north of 2.3 Bcf/1,000 ft. and generate IRRs of ~100%/66% (at 6/30 Strip) in the highly rich gas condensate/highly rich gas regimes, respectively.

Click here to return to the top of note

### Bakken

- **Bakken (OAS):** Management made the case that its core position is competitive with the top plays in the Lower 48 on a risk adjusted basis with IRRs of ~75% at $50 oil/$3 gas from EURs of 1,050 Mboe and well costs at <$6MM (down ~9% vs. Q1 levels). Furthermore, OAS noted that the recent step-change in well costs has had positive implications for its extended core inventory (711 gross locations), which now break even at oil prices as low as $40/bbl.
- **Bakken (OAS):** Post recent improvements in well costs (down ~9% QoQ) and with momentum building from its midstream business (OMS EBITDA expected to reach ~$140MM/year by Q4:17 and go-forward OMS capex pegged at ~$40MM/year vs. ~$140MM in FY16), OAS estimates it can keep production flat (~48.5-49.5 Mboepd) with a two-rig program (slightly less than $200MM D&C/year), while generating free cash flow. As for future acceleration, OAS plans to first attack its ~83 DUC backlog before adding rigs; we expect this work to start in early FY17, which will position the company nicely in FY17, in our opinion. Our FY17 production forecast of 54.5 Mboepd is ~8% higher than current consensus estimates and is achieved from within cash flow at $52/bbl oil prices.

### M&A

- **M&A (APC):** After closing on $2.5B in monetizations YTD (includes $476MM in WGP secondary proceeds), APC is now targeting >$3.5B in total monetizations. And given that the company's current outlook for US onshore activity (it is focused in the Delaware and DJ Basin), we believe its non-core US onshore assets (e.g., Marcellus, S. TX and E. TX Eagle Ford) are all potential divestiture candidates. Regarding Permian M&A activity, management noted that current acreage prices are hard to justify on a full-cycle return basis given the company's low entry cost (~$250/acre) and current inventory (~50 years). APC is keeping an eye on the potential IPO or purchase of Silver Hill (private E&P in NE Loving County), as any deal should be a good read-through to its acreage.
- **M&A (OAS):** On the acquisition front, OAS would prefer to consolidate in the Bakken vs. pay frothy multiples in hot outside plays, but the current opportunity set in-basin is slim. As oil prices pick back up, we'd expect OAS to be a preferred buyer of Bakken monetization candidates from the likes of WPX, NFX and SM. As for a potential midstream divestiture, OAS is open to a monetization of its assets (OMS entity), but there must be a noticeable value arbitrage to exploit between the potential sale proceeds and the value embedded in OAS's equity. We estimate that OMS EBITDA is poised to grow from $80MM in FY16 to $140MM in FY17 and then potentially grow another $10MM-$20MM in FY18.

*Mike Kelly, CFA (713) 658-6302 mkelly@seaportglobal.com*
*Stephane Aka (713) 658-6329 saka@seaportglobal.com*
*John Aschenbeck (713) 658-6343 jaschenbeck@seaportglobal.com*
*Matt Sorenson (713) 658-6313 msorenson@seaportglobal.com*
*Patrick Sun (713) 658-6340 psun@seaportglobal.com*

- To access the complete report with disclosures, click here: **2016-9-07 SGS Well Watcher**

| **Apache Corp. (NYSE: APA; $51.67; Neutral; $53.00 PT)** | | | **Exploration & Production** |
|---|---|---|---|
| **Note** | | | |



| | | | | Estimates | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|
| Market Cap | $19,605MM | | | Daily Production (Mboepd) | 548.809A | 503.786E | 466.184E |
| Average Daily Volume: | 3,042k | | | CFPS | $7.95A | $6.24E | $8.13E |
| Float: | 378.1MM | | | EPS | $(0.27)A | $(0.53)E | $1.21E |
| Diluted Shares: | 379.4MM | | | EBITDA | $4,215A | $2,906E | $3,768E |
| Short Interest: | 16.8MM | | | | | | |
| 52 Week Range: | $59.59 - $32.20 | | | *Prices are as of the published report date; otherwise current.* | | | |
| Working Capital: | $1,722MM | | | | | | |
| Long Term Debt: | $8,719MM | | | | | | |
| Enterprise Value.: | $28,156MM | | | | | | |

### Unveils Alpine High discovery

- This morning, APA announced the discovery of the Alpine High play, located in the southwestern portion of the Delaware Basin in SW Reeves County. The company will initially target the wet gas windows of the Woodford and Barnett and later plans to test the oilier Wolfcamp and Bone Spring formations.
- Over the past several years, APA has amassed 307K net acres in the Alpine High (or put differently, ~20% of the surface area of Reeves County) at an average cost of $1.3K/acre. APA sees room for 2K-3K future locations in the Woodford and Barnett.
- APA has drilled 19 wells to date and nine are producing. The company has laid-out a wide range of initial expectations for the Woodford and Barnett, calling for 1.1-2.7 Mboe EURs (~11% oil, ~40% liquids) from 4.1K ft. laterals costing $4MM-$6MM when in development mode.
- In addition, the company increased its FY16 budget by $200MM to $2B to accelerate Alpine High delineation, and also unveiled the depth of its core Midland acreage (193K net acres, recent 7.5K ft. laterals tracking >1.2 MMboe) and Delaware acreage (12K net acres in the Pecos Bend, Waha, and Dixieland).
- Takeaway: The Permian unveiling we've been waiting for. Since this spring, we've been anticipating a larger Permian unveiling in which APA announces the results of its wildcatting activity in SW Reeves Co. and defines its core Midland and Delaware acreage (link to our prior note). While the scope of APA's core acreage in the Midland (~193K net acres) and Delaware (~12K net acres in its focus areas) are on par with our previous expectations, the scale and associated economics of its Alpine High discovery (primarily located in SW Reeves Co.) comes as a surprise – while it's still early innings (only ~19 wells drilled to date), APA's preliminary look at Alpine High economics look encouraging. At $40 oil and $2.50 gas prices, BTAX RORs range from 30%-250%+ and per well PV-10's clock-in at $2MM-$15MM, and breakeven gas prices are pegged at <$0.10-$0.60 (predicated on $40 oil prices).

*Mike Kelly, CFA (713) 658-6302 mkelly@seaportglobal.com*
*John Aschenbeck (713) 658-6343 jaschenbeck@seaportglobal.com*

*Click here to return to the top of note*

*Patrick Sun (713) 658-6340 psun@seaportglobal.com*

| Patterson-UTI Energy Inc. (NASDAQ: PTEN; $20.57; Buy; $27.00 PT) | | Oilfield Services & Equipment |
|---|---|---|
| **Company Update** | | |

| | | | Estimates | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Market Cap | | $3,039MM | Revenue | $893.2E | $1,199E | $1,808E |
| Average Daily Volume: | | 3,095k | EBITDA | $202.4E | $250.6E | $425.1E |
| Current Distribution Yield: | | 0.39% | EPS | $(2.31)E | $(1.79)E | $(0.68)E |
| Float: | | 145.3MM | | | | |
| Diluted Shares: | | 147.7MM | | | | |
| Short Interest: | | 24.3MM | *Prices are as of the published report date; otherwise current.* | | | |
| 52 Week Range: | | $22.12 - $10 94 | | | | |
| Cash and Investments: | | $210MM | | | | |
| Debt: | | $827MM | | | | |
| Enterprise Value: | | $3,656MM | | | | |
| Net Cash/Sh: | | $(4.18) | | | | |
| Tangible Book/Sh: | | $15 64 | | | | |

## Pragmatic approach has led to industry leadership in both segments

**Summary:** We attended an investor dinner with Mark Siegel, chairman of the board, Andy Hendricks, president and chief executive officer, Mike Holcomb, president of drilling, and Mike Drickamer, director of investor relations. The tone was constructive although not without the conservatism for which the company is known. Although PTEN was somewhat tentative to even call the market in a recovery, it is hard to dispute the 11-rig increase since late April on the drilling side. Likewise, the company seems positioned to at least achieve its guidance of flat Q3:16 results on the pressure pumping side. Through a pragmatic approach over the past years, PTEN has become an industry leader in both of its businesses. We reiterate our Buy rating and $27 price target.

**Highlights**

**Land drilling in a "muted" recovery.** PTEN indicated that it is hard to call the land drilling market in a recovery because it is so "muted." However, the rig count has improved materially, and we believe results are at least in line with - if not better than - Q3:16 guidance of an average of 60 rigs in the US. Of the reactivated 11 rigs since late April, 94% were 1,500 horsepower, 88% had walking systems, and 75% had 7,500 psi circulating systems. This "super-spec" class of rigs is operating at 94% utilization in its fleet. PTEN currently has 63 operating rigs in the US, including 18 in the Appalachia, 16 in West Texas, seven in South Texas, six in the Mid-Continent, six in North Dakota, six in the Rockies and four in East & North Texas.

**Rig efficiency trend may be overstated.** The company believes that the widely accepted view of constant rig efficiency improvements is probably overstated. For example, PTEN sees rig efficiency likely to decline as smaller E&Ps re-enter the market and employ lower-spec rigs with lower-skilled crews in lower-quality acreage. For example, the company noted that the rig market peak counted 527 E&P companies that had at least one active rig. That plummeted to 163 companies at the trough but is now back to approximately 250 companies. Many of these companies are not operating at the same efficiency levels as the best E&Ps.

**Rates are "all over the map."** Leading-edge rates in the spot market vary. They are generally in the mid-teens to high-teens range although competitors have bid lower than that. Companies that are running behind PTEN in utilization may be willing to take discounts to put rigs to work. There may be a "wave" of reactivations from peers at lower rates before PTEN, HP and other companies with more pricing discipline reengage.

**Follow the money.** The company considers the Permian as well as the SCOOP and STACK as among the first basins to recover. The company also sees the Eagle Ford as an efficient area to drill if oil gets above $50/barrel, and this makes it difficult to decide to simply move equipment to the Permian from there. In addition, Appalachia may provide opportunities and Haynesville was cited as an area with potential to at least stabilize given the infrastructure in place.

**Pressure pumping activity still flat.** PTEN gave no indication of a deviation from its flat sequential pressure pumping guidance. Marcellus activity is declining, although this is offset by some work-down of DUC inventories. Growth in the Permian has challenges such as the market fragmentation and labor situation. The company has 53% of its horsepower stacked, and it could increase activity by 20% without reactivating additional spreads.

**Pressure pumping remains subject to high attrition.** PTEN continues to expect a high level of industry attrition, agreeing with HAL that 3MM-7MM horsepower has left or is leaving the market due to attrition or cannibalization. Some financially distressed pressure pumping companies are willing to take very low rates because active equipment may allow them to obtain higher asset values with lenders.

**Strong supply chain logistics are key.** PTEN cited the strength of its integrated logistics and supply chain management as an overlooked differentiator. Competitors have lost work due to supply chain interruptions, but PTEN has avoided those issues.

*Mark Brown, CFA (646) 264-5609 mbrown@seaportglobal.com*
*Garrett Williams (713) 658-6306 gwilliams@seaportglobal.com*

• **To access the complete report with disclosures, click here:** 2016-9-07 PTEN Company Update

*Click here to return to the top of note*

**Rowan Companies Inc. (NYSE: RDC; $13.08; Buy; $17.00 PT)**                                                                                         Oilfield Services & Equipment

**Note**



| | | | Estimates | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Market Cap | | $1,641MM | Revenue | $1,797E | $1,317E | $1,213E |
| Average Daily Volume: | | 3,560k | EPS (ProForma) | $1.42E | $(0.62)E | $(0.94)E |
| Float: | | 123.7MM | EBITDA | $883.2E | $447.3E | $368.2E |
| Diluted Shares: | | 125.4MM | | | | |
| Short Interest: | | 19.0MM | *Prices are as of the published report date; otherwise current.* | | | |
| 52 Week Range: | | $21.83 - $10 67 | | | | |
| Cash and Investments: | | $761MM | | | | |
| Debt: | | $2,645MM | | | | |
| Enterprise Value: | | $3,525MM | | | | |
| Net Cash/Sh: | | $(15 02) | | | | |
| Tangible Book/Sh: | | $40 87 | | | | |

## Gorilla VI termination disappointing even though compensated

- RDC received a notice of termination from ConocoPhillips on the Rowan Gorilla VI. The rig was working at $350K/day through March 2018. Given the 90-day notice of a termination for convenience, we estimate about $170MM of backlog is affected. However, the company will receive a termination rate of $250K/day for the remaining term.
- The company also disclosed lower cost and capex guidance, among other items. RDC continues to benefit from capital discipline, cost control measures, and ongoing support cost reductions. The company lowered 2016 opex guidance from $795MM-$805MM to $775MM-$785MM, as well as Q3:16 opex guidance from $205MM to $190MM. In addition, 2017 opex was introduced at $650MM-$750MM vs. our $752MM estimate. RDC lowered 2016 capex guidance from $145MM-$155MM to $140MM-$150MM and introduced 2017 capex guidance of $100MM vs. our $120MM estimate.
- RDC was awarded a contract on the Rowan Gorilla VII from Perenco UK Limited at a rate below $100K, down from the prior standby rate of 85% of the $181K/day blended operating rate.
- The termination is disappointing even though the financial terms leave the company well compensated. We note that the Gorilla VI is essentially receiving the margin it would have earned, even factoring in the stacking costs going forward. The company will also be able to source alternative work, although this will be challenging. The cost and capex reductions help free cash flow, but RDC is a bit of a victim of its own success, and these are likely to be viewed as unsurprising and therefore unrewarded. Overall, we view this as a negative given it further confirms the extent of the offshore downturn.

*Mark Brown, CFA* *(646) 264-5609 mbrown@seaportglobal.com*
*Garrett Williams* *(713) 658-6306 gwilliams@seaportglobal.com*

**Click here to return to the top of note**

## Disclosures

We, Mike Kelly, CFA, Mark Brown, CFA, Stephane Aka, John Aschenbeck, Matt Sorenson, Patrick Sun and Garrett Williams, hereby certify: (1) that all of the views expressed in this report accurately reflect our personal views about any and all of the subject securities or issuers; and (2) that no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Seaport Global Securities acted as Manager for an offering of securities for Gastar Exploration, Ltd. in the past 12 months.

Seaport Global Securities received compensation for investment banking services from Callon Petroleum Co., Gastar Exploration, Ltd., Parsley Energy Inc., Synergy Resources and WPX Energy, Inc. and they have been a client of the firm in the past 12 months.

Seaport Global Securities expects to receive or intends to seek compensation for investment banking services from Callon Petroleum Co. and Parsley Energy Inc., which are clients of the firm, in the next 3 months.

Seaport Global Securities acted as Co-Manager for an offering of securities for Callon Petroleum Co., Parsley Energy Inc., Synergy Resources and WPX Energy, Inc. in the past 12 months.

Seaport Global Securities provided investment banking services for Callon Petroleum Co., Gastar Exploration, Ltd., Parsley Energy Inc., Synergy Resources and WPX Energy, Inc. and they have been a client of the firm in the past 12 months.

Seaport Global Securities makes a market in shares of Patterson-UTI Energy Inc., Apache Corp., Rowan Companies Inc., Anadarko Petroleum Corp., Antero Resources Corporation, Chesapeake Energy Corp., Continental Resources, Inc., Callon Petroleum Co., Clayton Williams Energy, Inc., Concho Resources, Inc., Devon Energy Corp., Energen Corp., EOG Resources, Inc., Diamondback Energy, Inc., Gastar Exploration, Ltd., Hall burton Company, Helmerich & Payne Inc., Marathon Oil Corporation, Matador Resources Company, Noble Energy Inc., Newfield Exploration Co., Oasis Petroleum Inc., PDC Energy, Parsley Energy Inc., SM Energy Company, Synergy Resources and Cimarex Energy Co..

Mike Kelly, CFA, and/or a member of his/her household currently has a financial interest in EOG Resources, Inc. and Resolute Energy Corp. in the form of a long position in the common stock.

Mike Kelly, CFA, and/or a member of his/her household currently has a financial interest in EOG Resources, Inc. in the form of a long position in debt securities

As with all employees of Seaport Global Securities LLC, a portion of our analysts' compensation is paid from the total collection of revenues from all areas of the firm including but not limited to Investment Banking and Sales and Trading departments. In no instance are research analysts' compensation directly derived from Investment Banking revenues.

### Other Companies Mentioned in This Report

- Apache Corp. (APA: $51.67, Neutral)
- Antero Resources Corporation (AR: $26.52, Buy)
- Continental Resources, Inc. (CLR: $50.41, Buy)
- Callon Petroleum Co. (CPE: $15.30, Buy)
- Concho Resources, Inc. (CXO: $132.53, Accumulate)
- Energen Corp. (EGN: $58.73, Buy)
- Diamondback Energy, Inc. (FANG: $97.15, Buy)
- Hall burton Company (HAL: $43.73, Buy)
- Jones Energy, Inc. (JONE: $2.93, Accumulate)
- Matador Resources Company (MTDR: $23.94, Neutral)
- Newfield Exploration Co. (NFX: $44.89, Buy)
- Occidental Petroleum Corp. (OXY: $78.00)
- Parsley Energy Inc. (PE: $34.77, Buy)
- Rowan Companies Inc. (RDC: $13.08, Buy)
- SM Energy Company (SM: $39.04, Buy)
- Western Gas Equity Partners (WGP: $37.50)
- Cimarex Energy Co. (XEC: $135.26, Buy)

- Anadarko Petroleum Corp. (APC: $57.19, Accumulate)
- Chesapeake Energy Corp. (CHK: $6.80, Sell)
- ConocoPhillips (COP: $41.00)
- Clayton Williams Energy, Inc. (CWEI: $69.61, Buy)
- Devon Energy Corp. (DVN: $44.21, Neutral)
- EOG Resources, Inc. (EOG: $94.83)
- Gastar Exploration, Ltd. (GST: $0.94, Buy)
- Helmerich & Payne Inc. (HP: $62.68, Accumulate)
- Marathon Oil Corporation (MRO: $15.64, Neutral)
- Noble Energy Inc. (NBL: $35.06, Buy)
- Oasis Petroleum Inc. (OAS: $10.26, Accumulate)
- PDC Energy (PDCE: $65.04, Buy)
- Patterson-UTI Energy Inc. (PTEN: $20.57, Buy)
- Resolute Energy Corp. (REN: $22.88)
- Synergy Resources (SYRG: $6.66, Buy)
- WPX Energy, Inc. (WPX: $13.42, Neutral)

Please contact Seaport Global Securities LLC, for important disclosure information for covered companies. Contact the Director of Equity Research at (949) 274-8052 or write to Seaport Global Securities LLC, 600 Anton Boulevard, Suite 1700, Costa Mesa, CA 92626.

Clients should also refer to https://sgsecurities.bluematrix.com/sellside/Disclosures.action for price charts, as well as specific disclosures for covered companies.

### Explanation of Ratings

**Buy** - The investment outlook and risk/reward over the following 12 months are very favorable on an absolute basis and relative to the peer group.

**Speculative Buy** - The investment outlook over the following 12 months is very favorable on an absolute basis and relative to the peer group, however, there is higher than average risk associated with the investment that could result in material loss.

**Accumulate** - The investment outlook and risk/reward over the following 12 months are favorable on an absolute basis and relative to the peer group.

**Neutral** - The investment outlook and risk/reward over the following 12 months are neutral on an absolute basis and relative to the peer group.

**Reduce** - The investment outlook and risk/reward over the following 12 months are unfavorable on an absolute basis and relative to the peer group.

**Sell** - The investment outlook and risk/reward over the following 12 months are very unfavorable on an absolute basis and relative to the peer group.

**NA** - A rating is not assigned.

### Ratings Distribution

| Rating | Research Coverage | | Investment Banking Clients* | | |
|---|---|---|---|---|---|
| | Count | % of Total | Count | % of Total | % of Rating Category |
| **Buy (Buy, Speculative Buy or Accumulate)** | 186 | 54.7% | 16 | 66.7% | 8.6% |
| **Hold/Neutral/NA** | 107 | 31.5% | 7 | 29.2% | 6.5% |
| **Sell(Sell or Reduce)** | 47 | 13.8% | 1 | 4.2% | 2.1% |
| Total | 340 | 100.0% | 24 | 100.0% | 7.1% |

**Click here to return to the top of note**

*Investment banking clients are companies for whom Seaport Global Securities has provided investment banking services in the previous 12 months.

*Note: Ratings Distribution as of June 30, 2016*

This material has been prepared by Seaport Global Securities LLC, a U.S. registered broker-dealer, member FINRA and SiPC, employing appropriate expertise, and in the belief that it is fair and not misleading. Seaport Global is the global brand name for Seaport Global Securities LLC ("SPGS") and its affiliates worldwide. Information, opinions or recommendations contained in the reports and updates are submitted solely for advisory and information purposes. The information upon which this material is based was obtained from sources believed to be reliable, but has not been independently verified. Therefore, we cannot guarantee its accuracy. Additional and supporting information is available upon request. This is neither an offer nor solicitation of an offer to buy or sell any security or investment. Any opinions or estimates constitute our best judgment as of this date, and are subject to change without notice. Not all products and services are available outside of the US or in all US states. © 2016. Seaport Global Securities LLC. All rights reserved. No part of this report may be reproduced or distr buted in any manner without the written permission of SPGS. SPGS specifically prohibits the re-distribution of this report, via the Internet or otherwise, and accepts no liability whatsoever for the actions of third parties in this respect.

**For Canadian Investors:**

Seaport Global Securities LLC, is not registered in Canada, but relies on the International Dealer Exemption in each province. This report was not prepared in accordance with Canadian research disclosure requirements. The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. Under no circumstances is the information contained herein to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed upon these materials, the information contained herein or the merits of the securities described herein and any representation to the contrary is an offence.

**For UK and European Investors:**

MARKETING COMMUNICATION

The Seaport Group Europe LLP ("SGE") and Sea Port Group Securities (Europe) LLP ("SPGSE") are authorized and regulated by the Financial Conduct Authority. Due to their size and structure, their analysts may represent the interests of the firm or of companies referred to in its research. As a result, SGE or SPGSE does not hold its research out as being impartial. This research is non-independent and is classified as a Marketing Communication under the FCA's rule COBS 12.3.2R. As such it has not been prepared in accordance with legal requirements designed to promote the independence of investment research and it is not subject to the proh bition on dealing ahead of the dissemination of investment research in COBS 12.2.5R. However, SGE and SPGSE have adopted internal procedures which proh bit employees from dealing ahead of the publication of non- independent research, except for legitimate market making and fulfilling clients' unsolicited orders. Analysts may forward a draft copy of the non-independent research, prior to publication, to the subject company in order to verify facts. Where such verification is sought, the analyst must remove any rating or investment summary from the non-independent research prior to forwarding it to the subject company. Any subsequent amendments to the non-independent research are to correct factual inaccuracies only. Any matters of judgment are the author's own and our analysts will not amend the non-independent research on the basis of an issuer's contrary view.

Price targets or Projections

Price targets or projections, if discussed, reflect in part the analyst's estimates for the company's earnings. The achievement of any price target or projection may be impeded by general market and macroeconomic trends, and by other risks related to the company or the market, and may not occur if the company's earnings fall short of estimate.

DISCLAIMERS

This material is: (i) for your private information, and we are not soliciting any action based upon it; (ii) not to be construed as an offer to sell or a solicitation of an offer to buy any investments or other related financial instruments in any jurisdiction where such offer or solicitation would be illegal; and (iii) is based upon information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied upon as such.

Opinions expressed are current opinions as of the original publication date appearing on this material only and the information, including the opinions contained herein, are subject to change without notice. Members of Seaport Global may from time to time perform investment banking or other services (including acting as advisor, manager or lender) for, or solicit investment banking or other business from, companies mentioned herein. Further, members of Seaport Global, and / or its officers, directors and employees, may, from time to time, have long or short positions in, and buy or sell, the investments, securities, derivatives (including options) or other related financial instruments thereof, of companies mentioned herein, or related investments, securities, derivatives or other related financial instruments. In addition, members of Seaport Global may act as a market maker and principal, willing to buy and sell certain of the investments, securities or other related financial instruments of companies mentioned herein. Further, members of Seaport Global may buy and sell certain of the investments, securities or other related financial instruments of companies mentioned herein, as agent for its clients.

Investors should consider this report as only a single factor in making their investment decision and, as such, the report should not be viewed as identifying or suggesting all risks, direct or indirect, that may be associated with any investment decision. SGE, SPGSE and other non-US members of Seaport Global, their officers, directors and employees may, to the extent it relates to non-US issuers and is permitted by applicable law, have acted upon or used this material immediately following, its publication.

The securities described herein may not have been registered under the U.S. Securities Act of 1933 ("ACT") , and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been registered under such Act, or except in compliance with an exemption from the registration requirements of such Act. Unless governing law permits otherwise, you must contact a Seaport Global entity in your home jurisdiction if you want to use our services in effecting a transaction in the investments, securities or other related financial instruments mentioned in this material.

This publication has been approved for distribution in the United Kingdom by The Seaport Group Europe LLP and Sea Port Group Securities (Europe) LLP, which are authorized and regulated by the Financial Conduct Authority (FCA). It is intended only for investors who are professional clients and eligible counterparties as defined by the FCA, and may not, therefore, be redistributed to other classes of investors.

The Seaport Group Europe LLP, Sea Port Group Securities (Europe) LLP and other Seaport Global entities manage conflicts identified through the following: their Chinese Wall, confidentiality and conflicts of interest policies, maintenance of a Restricted List and a Watch List, personal account dealing rules, policies and procedures for managing conflicts of interest arising from the allocation and pricing of investments, securities or other related financial instruments and disclosure to clients via client documentation.

**Click here to return to the top of note**