**NYE-DT 16**



8 September 2016
Americas/United States
**Equity Research**
Oil & Gas Exploration & Production

# Apache Corp. (APA)

COMPANY UPDATE

## Alpine High Has Potential To Be A World Class Resource

| Rating | NEUTRAL |
|---|---|
| Price (08-Sep-16,US$) | 58.99 |
| Target price (US$) | 67.00 |
| 52-week price range | 58.99 - 34.38 |
| Market cap (US$ m) | 23,322.50 |
| Enterprise value (US$ m) | 30,971.13 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.
¹Target price is for 12 months.

**Research Analysts**

Edward Westlake
212 325 6751
edward.westlake@credit-suisse.com

Ben Combes, CFA
212 538 2383
ben.combes@credit-suisse.com

Chandra Meenaga
212 538 2439
chandra.meenaga@credit-suisse.com

- **Bottom Line:** With limited well results from APA in the Alpine High, and due to the ongoing delineation process skepticism is natural. However the key data released yesterday deserve another report. The key point inside is that the low clay content and excellent porosity is why the rocks are so productive in a lower pressure and hence lower cost environment - which in turn is why the economics look so compelling. We ran the lower pressure type curve yesterday in our model with a more conservative cost per well to derive our $4/sh uplift (Figure 2). Running average well costs and EUR's of the low and high pressure type curve (which is fully loaded) there would be a further uplift of $9/sh (Figure 3). Running a longer rig program to fully develop this large resource, downspacing, play optimization or providing credit to the oilier Wolfcamp and Bone Spring would be sources of further upside. It is worth engaging with APA to understand why this could prove to be a truly world class resource.

- **Next Steps:** You can bet we and investors will be monitoring all well performance very closely. APA is drilling the deeper Woodford/Barnett to hold acreage. We focus on the size of the first infrastructure announcements. Over time the oilier potential of the shallower zones should also be tested and data will emerge. As oil recovers, we reiterate our view that the improved inventory depth may allow portfolio actions elsewhere, which would also reduce debt.

**Share price performance**



On 08-Sep-2016 the S&P 500 INDEX closed at 2179.7
Daily Sep09, 2015 - Sep08, 2016, 09/09/15 = US$41.29

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2015A | -0.37 | 0.22 | -0.06 | -0.06 |
| 2016E | -0.40 | -0.26 | 0.00 | -0.15 |
| 2017E | -0.19 | 0.21 | 0.52 | 0.61 |

**Financial and valuation metrics**

| Year | 12/15A | 12/16E | 12/17E | 12/18E |
|---|---|---|---|---|
| Revenue (US$ m) | 6,554.0 | 5,089.9 | 6,359.4 | 8,018.3 |
| EBIDAX (US$ m) | 8,915.0 | 2,944.4 | 3,719.9 | 4,784.5 |
| EPS (CS adj.) (US$) | -0.27 | -0.82 | 1.15 | 2.96 |
| Prev. EPS (US$) | - | - | - | - |
| ROGIC (%) | -90.4 | -3.2 | 5.3 | 9.0 |
| P/E (x) | -218.5 | -72.3 | 51.2 | 19.9 |
| P/E rel. (%) | n.m | -353.2 | 275.4 | 117.3 |
| OCFPS (US$) | 7.50 | 5.79 | 8.25 | 11.17 |
| P/OCF (x) | 5.9 | 10.2 | 7.1 | 5.3 |
| Qtrly ent. val./ tot. EBIDAX | 3.4 | 10.4 | 8.2 | 6.4 |
| Net debt (US$ m) | 7,310 | 7,649 | 7,938 | 8,033 |

| | | | | |
|---|---|---|---|---|
| Dividend (current, US$) | 1.0 | Dividend yield (%) | | 1.7 |
| Net debt (current, US$) | 7,496.9 | Net debt/tot eq (Next Qtr., %) | | 85.9 |
| BV/share (Next Qtr., US$) | 18.9 | GIC (12/16E, US$ m) | | 16,260.4 |
| EV qtr/GIC (x) | 2.1 | Current WACC (%) | | - |
| Free float (%) | 91.7 | Number of shares (m) | | 395.36 |

Source: Company data, Thomson Reuters, Credit Suisse estimates

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

# Good Porosity, Low Clay Content Drives Valuation

What makes this play exciting?

- The low clay content which improves well performance at lower reservoir pressures and means much lower well costs than say the liquid rich SCOOP/STACK
- The oil and NGL content of the wet gas
- The reservoir porosity which also helps support the flow
- The log consistency over a large portion of the play.
- The large column of charged hydrocarbon source rock

This was shown in the charts yesterday but is worth repeating - see the following charts.

Yes there are a host of micro questions from investors and that are not answered yet - see the end of the report - but APA have put $900m of capital at the bottom of the cycle to work, i.e. their money is where their mouth is and clearly believes this is world class. Time will tell.



Figure 1: A Quick Proxy To Compare Plays: The Ratio of Revenue ($60/bbl oil, $3/mmbtu gas) versus D&C Cost.

Source: Company data, Credit Suisse estimates

david@scginc.com David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc

CREDIT SUISSE

8 September 2016



Figure 2: Current NAV/sh, assuming Low end of the range of Type Curves for Alpine High

Source: Company data, Credit Suisse estimates



Figure 3: NAV/sh assuming average of Low and High range of Type Curves for Alpine High

Source: Company data, Credit Suisse estimates

Apache Corp. (APA)

3

CREDIT SUISSE

8 September 2016

## Figure 4: Good Rock Quality in Woodford



3D SEM Cube

3D SEM Electron Frequency Opacity Cube

■ Organic Material
■ Connected Organic Porosity

Source: APA's Sep'16 Conference Presentation

## Figure 5: Good Rock Quality in Barnett



2D SEM Cube

3D SEM Cube

3D SEM Electron Frequency Opacity Cube

■ Disconnected Porosity
■ Connected Organic Porosity

Source: APA's Sep'16 Conference Presentation

Apache Corp. (APA)

4

CREDIT SUISSE

8 September 2016

## Figure 6: Clay Content is Dramatically Lower in APA's Acreage



Source: APA's Sep'16 Conference Presentation

## Figure 7: Stacked Pay and Reservoir Consistency



▶ Regional reservoir consistency and continuity

▶ Repeatable and predictable drilling target intervals

▶ Favorable mechanical stimulation barriers

Source: APA's Sep'16 Conference Presentation

david@scginc.com David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc

Figure 8: There is A Wet Gas Play And Oil Play



Source: APA's Sep'16 Conference Presentation

We've addressed the main issues on the front page.

There are a bunch of obvious modelling questions which it would make sense to answer:

- What is the Alpine High and what makes it different from other plays in the Permian?

"If I go back in Woodford time and reconstruct, much like the Arkoma Woodford, the SCOOP/STACK, the Alpine High was -- it was very much a similar situation. The difference here was it sat on a Paleo high. It was on a shelf, which enabled it to have less clay content as you moved into the deeper portion of the Basin. What actually happened was, in Permian time, the Delaware subsided away from the Alpine High. Many believed it was always down low and lifted up because there was a lot of movement post-Permian time."

"But, if you go to the center portion of this and you see from 9,000 feet to 13,000 feet, you're in the oil and wet gas window. The Woodford, Barnett, Penn, Wolfcamp and Bone Springs were always in that prime window. They were never deep and buried like what you have as you move more from the Southwest to the Northeast. And everything (ph) is the clay content. Your clay content is fantastic here. You're in the 10% to 20% range. This is a world-class resource."

"Another thing (ph) to have world-class resource and to have a big play is you have to have continuity and running room. This is a 65-mile cross section showing the Woodford, a Mississippi-aligned barrier which is a really strong hydraulic fracture barrier. And then, the Barnett, and what you see is -- and a lot of these are very old logs -- 65 miles you've got reservoir consistency, continuity, which is going to lead to very repeatable and predictable drilling results and targets. So, we're very excited about this play."

*"I've said it's world-class. This would compare it versus three -- what other people would view as world-class resources, the Woodford Scoop, the Marcellus, and the Eagle Ford. TOC is strong. It stacks out as well as anything. Look at the clay content, 10% to 20%. Look at the porosity, 8% to 12%. What jumps out at you, though, is the thickness, 550 to 1,100 feet just in the Woodford and the Barnett. You add the Pennsylvanian to this, which we also believe is a source rock; you've got another 500 feet. So, you could have up to 1,600 feet of true source rock, which then makes us tower over some of these other plays. It's in a perfect window, 10,000 to 13,000 feet. It is world-class."*

- What are the 2000-3000 locations based on? What about additional zones?

*"If we take just one landing zone on a high graded portion of this acreage, we have 2,000 to 3,000 plus, and this is one in the Woodford and one in the Barnett. When you see the thickness of this, you're going to realize we probably could put three landing zones in each easily. But, just one will give you 2,000 to 3,000-plus locations, very, very low cost. What's going to make this play really stand out is the quality, the thickness, and the cost structure, very, very highly economic wet gas play."*

*"And there is material upside both in the Woodford and the Barnett for more landing zones, as well as the Penn, the Wolfcamp, and the Bone Springs. This really is a giant onion that is going to take us years and years to peel back and uncover. The Woodford and Barnett alone can support a six-rig program for over 20 years. We've currently drilled 19 wells. We have nine on production that I'm going to get into some of those results in a minute, as well."*

- What are the current oil, gas and NGL infrastructure capacity in the region and what are the timelines on new capacity and the phasing of capital costs?

*"We're going to raise our capital guidance this year to $2 billion. If you look at our program this year now, 25% of it will be going to Alpine [$500m], the Alpine High. 40% of that number's on infrastructure [$200m]."*

*"by the middle of next year, we'll have our in-field processing and gathering in, and now we can finally start talking about and scoping what we will do from a midstream perspective, which we're very excited about. The nice thing about this is we'll be able to tie back to Waha. Clearly there's a need for gas in Mexico. We're going to be at the front of the line with a tremendous resource. So, we're very excited. We are selling the oil, NGLs. We're getting premium prices for both, and we project that we're going to be able to bring on the wells and start selling the gas in the second half of 2017."*

- What differentials do you expect to see for oil, NGL, gas?

We note APA stated the Spanish Trail well is 57 degree API and receiving 100% of WTI.

*"Talk about the oil. I just showed you the Woodford. The Barnett looks just like it. If you look at this, what will jump out at you is the C7 -- the C17 makeup of this oil. There's no paraffin, there's no H2S, really with simple breakdown, it breaks down into 92% refined gasoline and diesel. 58% gasoline, 20% jet fuel and kerosene, and 14% diesel, and then 8% vacuum gasoline oil. It is a very special oil, and there's a lot of it. Nav (ph) and the guys put a little video together that we showed to the Board, where they had a weed eater, took this oil out, poured it in, fired it up, no smoke, nothing, ran just off of the oil. So, it'll give you an idea of how quality it is."*

- Do you have rights over the entire vertical column?

Yes.

david@scginc.com David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc

CREDIT SUISSE

8 September 2016

- What are your HBP requirements?

Four to five rigs, 60 to 80 wells a year, will hold the entire Alpine High position. We note that 96% of APA's Permian acreage is HBP excluding Alpine High.

- What do you expect the LOE and G&T costs to be?

Lower than the Delaware as there is less water produced.

- What is the variability of the oil and gas cuts across the play?

The play has been mapped and will be variable but for known reasons.

- What is the potential of the Bone Spring and Wolfcamp across the play? When will you be testing that?

The initial results were already surprising.

*"I'll talk about the Bone Springs first, the Mont Blanc 2H. This is the only well, quite frankly. I kind of broke up the pattern and made them drill this well. But, the Mont Blanc 2H, it's a 4,100 foot lateral. It's in the third Bone Springs, 43 degree API gravity, 854 barrels oil, and 1.5 million, going to be very, very prolific. Additionally, from a vertical well we're drilling, the Redwood, the Wolfcamp, this well while drilling flowed on us for over five days. We finally decided we ought to get some testing facilities out there. This thing was flat. This is not unstimulated, just a vertical section in the Wolfcamp, 700 barrels of oil a day, flat for over 10 days, 4.5 million cubic feet of gas, 45 degree API, 1,300 BTU. The Wolfcamp and the Bone Springs may be significantly more economic than even the Woodford and the Barnett that I've shown you. We're just not at a point, quite frankly, where we've had time to even start to delineate and test these."*

As news comes out, there will be oil upside.

- What are the clay cuts across the play?

10-20% clay content range. See Figure 8. A low clay content is part of the key, together with porosity to making this so productive.

- Where would you look to divest assets now that the core Midland and Alpine High, plus the Delaware allow a robust drilling inventory?

*"We're going to continue to actively manage our portfolio. As this rolls forward over the next couple of years, it's going to give us the opportunity to continually assess our portfolio."*

- How big is the oil potential in the North of Reeves?

The type curve for the Woodford / Barnett already has oil and NGL plus strong rates at low costs to drive good economics. Drilling deepest section to HBP but there will be oil rich wells in the play.

david@scginc.com David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc

**CREDIT SUISSE**

8 September 2016

**Companies Mentioned** *(Price as of 08-Sep-2016)*
**Apache Corp.** (APA.N, $58.99, NEUTRAL, TP $67.0)

## Disclosure Appendix

### Important Global Disclosures
I, Edward Westlake, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

3-Year Price and Rating History for Apache Corp. (APA.N)

| APA.N Date | Closing Price (US$) | Target Price (US$) | Rating |
|---|---|---|---|
| 16-Sep-13 | 87.00 | 104.00 | O |
| 17-Oct-13 | 90.57 | 105.00 | |
| 24-Jan-14 | 82.42 | 104.00 | |
| 11-Feb-14 | 81.38 | 102.00 | N |
| 24-Apr-14 | 87.96 | 99.00 | |
| 17-Jul-14 | 98.91 | 100.00 | |
| 15-Oct-14 | 72.67 | 96.00 | |
| 02-Dec-14 | 63.11 | 73.00 | |
| 15-Dec-14 | 55.20 | 69.00 | |
| 23-Jan-15 | 62.88 | 65.00 | |
| 17-Apr-15 | 70.38 | 70.00 | |
| 22-Jul-15 | 47.32 | 58.00 | * |
| 07-Aug-15 | 46.11 | 62.00 | |
| 08-Sep-15 | 43.24 | 48.00 | |
| 22-Oct-15 | 45.97 | 47.00 | |
| 12-Nov-15 | 48.90 | 56.00 | |
| 17-Nov-15 | 49.71 | 57.00 | |
| 09-Dec-15 | 44.95 | 59.00 | |
| 26-Jan-16 | 38.03 | 41.00 | |
| 01-Mar-16 | 38.62 | 46.00 | |
| 20-Apr-16 | 54.68 | 55.00 | |
| 06-May-16 | 53.84 | 60.00 | |
| 20-May-16 | 57.11 | 59.00 | |
| 13-Jul-16 | 56.54 | 64.00 | |
| 01-Sep-16 | 49.79 | 63.00 | |
| 07-Sep-16 | 55.13 | 67.00 | |



\* Asterisk signifies initiation or assumption of coverage.

The analyst(s) responsible for preparing this research report received Compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

### As of December 10, 2012 Analysts' stock rating are defined as follows:
**Outperform (O)** : The stock's total return is expected to outperform the relevant benchmark* over the next 12 months.
**Neutral (N)** : The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.
**Underperform (U)** : The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.

*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin American and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, the expected total return (ETR) calculation includes 12-month rolling dividend yield. An Outperform rating is assigned where an ETR is greater than or equal to 7.5%; Underperform where an ETR less than or equal to 5%. A Neutral may be assigned where the ETR is between -5% and 15%. The overlapping rating range allows analysts to assign a rating that puts ETR in the context of associated risks. Prior to 18 May 2015, ETR ranges for Outperform and Underperform ratings did not overlap with Neutral thresholds between 15% and 7.5%, which was in operation from 7 July 2011.

**Restricted (R)** : In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

david@scginc.com David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc

**CREDIT SUISSE**

8 September 2016

**Not Rated (NR)** : Credit Suisse Equity Research does not have an investment rating or view on the stock or any other securities related to the company at this time.
**Not Covered (NC)** : Credit Suisse Equity Research does not provide ongoing coverage of the company or offer an investment rating or investment view on the equity security of the company or related products.
**Volatility Indicator [V]** : A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

Analysts' sector weightings are distinct from analysts' stock ratings and are based on the analyst's expectations for the fundamentals and/or valuation of the sector* relative to the group's historic fundamentals and/or valuation:
**Overweight** : The analyst's expectation for the sector's fundamentals and/or valuation is favorable over the next 12 months.
**Market Weight** : The analyst's expectation for the sector's fundamentals and/or valuation is neutral over the next 12 months.
**Underweight** : The analyst's expectation for the sector's fundamentals and/or valuation is cautious over the next 12 months.
*An analyst's coverage sector consists of all companies covered by the analyst within the relevant sector. An analyst may cover multiple sectors.

Credit Suisse's distribution of stock ratings (and banking clients) is:

### Global Ratings Distribution

| Rating | Versus universe (%) | Of which banking clients (%) |
|---|---|---|
| Outperform/Buy* | 55% | (54% banking clients) |
| Neutral/Hold* | 28% | (21% banking clients) |
| Underperform/Sell* | 17% | (47% banking clients) |
| Restricted | 0% | |

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.
Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html
Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

**Target Price and Rating**
Valuation Methodology and Risks: (12 months) for Apache Corp. (APA.N)

**Method:** Our 12-month target price of $67 per share for Apache Corp. assumes the stock trades at parity with our net asset value. Our NEUTRAL rating is a function of total shareholder return over the next twelve months and the relative risk/reward versus our coverage universe.

**Risk:** We see several risks to APA achieving our $67 TP and our Neutral rating. APA has nearly 15% of its production coming from Egypt, which is going through a revolution. Political, social and economic conditions in the country could significantly worsen, and may lead to a reduction in the company's production, profits and stock price. In general, oil and gas companies are subject to changes in global commodity supply/demand, as well as geopolitical related issues that could adversely affect the company's ability to achieve our TP and could potentially lower our Rating.

Please refer to the firm's disclosure website at https://rave.credit-suisse.com/disclosures for the definitions of abbreviations typically used in the target price method and risk sections.

See the Companies Mentioned section for full company names
The subject company (APA.N) currently is, or was during the 12-month period preceding the date of distribution of this report, a client of Credit Suisse.
Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (APA.N) within the next 3 months.
As of the date of this report, Credit Suisse makes a market in the following subject companies (APA.N).

For a history of recommendations for the subject company(ies) featured in this report, disseminated within the past 12 months, please refer to https://rave.credit-suisse.com/disclosures/view/report?i=247432&v=-5eq19sy99qx22a99f10p8fjhp .

**Important Regional Disclosures**
Singapore recipients should contact Credit Suisse AG, Singapore Branch for any matters arising from this research report.
The analyst(s) involved in the preparation of this report may participate in events hosted by the subject company, including site visits. Credit Suisse does not accept or permit analysts to accept payment or reimbursement for travel expenses associated with these events.
Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.
Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.
For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit https://www.credit-suisse.com/sites/disclaimers-ib/en/canada-research-policy.html.

david@scginc.com David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc

**CREDIT SUISSE**

8 September 2016

Principal is not guaranteed in the case of equities because equity prices are variable.
Commission is the commission rate or the amount agreed with a customer when setting up an account or at any time after that.
This research report is authored by:
**Credit Suisse Securities (USA) LLC**.................................................................Edward Westlake ; Ben Combes, CFA ; Chandra Meenaga

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at https://rave.credit-suisse.com/disclosures or call +1 (877) 291-2683.

david@scginc.com David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc

**CREDIT SUISSE**

8 September 2016

This report is produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division. For more information on our structure, please use the following link: https://www.credit-suisse.com/who-we-are
This report may contain material that is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates. The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients of this report as its customers by virtue of their receiving this report. The investments and services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice, or a representation that any investment or strategy is suitable or appropriate to your individual circumstances, or otherwise constitutes a personal recommendation to you. CS does not advise on the tax consequences of investments and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change. Information and opinions presented in this report have been obtained or derived from sources believed by CS to be reliable, but CS makes no representation as to their accuracy or completeness. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, other communications that are inconsistent with, and reach different conclusions from, the information presented in this report. Those communications reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other communications are brought to the attention of any recipient of this report. Some investments referred to in this report will be offered solely by a single entity and in the case of some investments solely by CS, or an associate of CS or CS may be the only market maker in such investments. Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk. Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed. This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed any such site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of any such website does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in **European Union (except Switzerland):** by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. **Germany:** Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). **United States and Canada:** Credit Suisse Securities (USA) LLC; **Switzerland:** Credit Suisse AG; **Brazil:** Banco de Investimentos Credit Suisse (Brasil) S A or its affiliates; **Mexico:** Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); **Japan:** by Credit Suisse Securities (Japan) Limited, Financial Instruments Firm, Director-General of Kanto Local Finance Bureau ( *Kinsho*) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Investment Advisers Association, Type II Financial Instruments Firms Association; **Hong Kong:** Credit Suisse (Hong Kong) Limited; **Australia:** Credit Suisse Equities (Australia) Limited; **Thailand:** Credit Suisse Securities (Thailand) Limited, regulated by the Office of the Securities and Exchange Commission, Thailand, having registered address at 990 Abdulrahim Place, 27th Floor, Unit 2701, Rama IV Road, Silom, Bangrak, Bangkok10500, Thailand, Tel. +66 2614 6000; **Malaysia:** Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse AG, Singapore Branch; **India:** Credit Suisse Securities (India) Private Limited (C N no.U67120MH1996PTC104392) regulated by the Securities and Exchange Board of India as Research Analyst (registration no. NH 000001030) and as Stock Broker (registration no. INB230970637; INF230970637; NB010970631; INF010970631), having registered address at 9th Floor, Ceejay House, Dr A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777; **South Korea:** Credit Suisse Securities (Europe) Limited, Seoul Branch; **Taiwan:** Credit Suisse AG Taipei Securities Branch; **Indonesia:** PT Credit Suisse Securities Indonesia; **Philippines:** Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above.
**Additional Regional Disclaimers**
**Hong Kong:** Credit Suisse (Hong Kong) Limited ("CSHK") is licensed and regulated by the Securities and Futures Commission of Hong Kong under the laws of Hong Kong, which differ from Australian laws. CSHKL does not hold an Australian financial services licence (AFSL) and is exempt from the requirement to hold an AFSL under the Corporations Act 2001 (the Act) under Class Order 03/1103 published by the ASIC in respect of financial services provided to Australian wholesale clients (within the meaning of section 761G of the Act). Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person.
**Malaysia:** Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn Bhd, to whom they should direct any queries on +603 2723 2020.
**Singapore:** This report has been prepared and issued for distribution in Singapore to institutional investors, accredited investors and expert investors (each as defined under the Financial Advisers Regulations) only, and is also distributed by Credit Suisse AG, Singapore branch to overseas investors (as defined under the Financial Advisers Regulations). By virtue of your status as an institutional investor, accredited investor, expert investor or overseas investor, Credit Suisse AG, Singapore branch is exempted from complying with certain compliance requirements under the Financial Advisers Act, Chapter 110 of Singapore (the "FAA"), the Financial Advisers Regulations and the relevant Notices and Guidelines issued thereunder, in respect of any financial advisory service which Credit Suisse AG, Singapore branch may provide to you.
**UAE:** This information is being distributed by Credit Suisse AG (D FC Branch), duly licensed and regulated by the Dubai Financial Services Authority ("DFSA"). Related financial services or products are only made available to Professional Clients or Market Counterparties, as defined by the DFSA, and are not intended for any other persons. Credit Suisse AG (D FC Branch) is located on Level 9 East, The Gate Building, D FC, Dubai, United Arab Emirates.
**EU:** This report has been produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division
This research may not conform to Canadian disclosure requirements.
In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-US customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. US customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the US.
Please note that this research was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority or in respect of which the protections of the Prudential Regulation Authority and Financial Conduct Authority for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.
CS may provide various services to US municipal entities or obligated persons ("municipalities"), including suggesting individual transactions or trades and entering into such transactions. Any services CS provides to municipalities are not viewed as "advice" within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. CS is providing any such services and related information solely on an arm's length basis and not as an advisor or fiduciary to the municipality. In connection with the provision of the any such services, there is no agreement, direct or indirect, between any municipality (including the officials,management, employees or agents thereof) and CS for CS to provide advice to the municipality. Municipalities should consult with their financial, accounting and legal advisors regarding any such services provided by CS. In addition, CS is not acting for direct or indirect compensation to solicit the municipality on behalf of an unaffiliated broker, dealer, municipal securities dealer, municipal advisor, or investment adviser for the purpose of obtaining or retaining an engagement by the municipality for or in connection with Municipal Financial Products, the issuance of municipal securities, or of an investment adviser to provide investment advisory services to or on behalf of the municipality. If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content. Principal is not guaranteed. Commission is the commission rate or the amount agreed with a customer when setting up an account or at any time after that.
Copyright © 2016 CREDIT SUISSE AG and/or its affiliates. All rights reserved.
Investment principal on bonds can be eroded depending on sale price or market price. In addition, there are bonds on which investment principal can be eroded due to changes in redemption amounts. Care is required when investing in such instruments.
When you purchase non-listed Japanese fixed income securities (Japanese government bonds, Japanese municipal bonds, Japanese government guaranteed bonds, Japanese corporate bonds) from CS as a seller, you will be requested to pay the purchase price only.

david@scginc.com  David Bentley 07/18/23 06:31:24 PM Stanford Consulting Group Inc