# NYE-DT 17

September 7, 2016



## Equity Research

### Apache Corporation
APA: Thoughts On Alpine High Discovery

- **Summary.** Big discovery announced by APA this morning known as Alpine High in Southern Reeves where the Company has accumulated 307K net contiguous acres. Lots of speculation around the play potential, but we see this providing significant upside potential to shares from a NAV perspective. Granted the details are somewhat limited at this stage, but our first take is positive given greater Permian resource inventory, more visibility on a production ramp into 2017, and emerging credibility for the management team.

- **Our Take - Acreage Provides Running Room, Inventory...** While the play is much gassier than current Permian, it appears to be more liquids-rich which makes the returns rather attractive; we estimate roughly 45% (IRR) based on a flat deck at current strip pricing. Additionally, the Company has confirmed the presence of oil in other zones of the play including Wolfcamp and Bone Springs (although we don't believe those zones are as productive here as elsewhere in play). And while infrastructure investment is to be required, the contiguous 307K net acre position is fairly concentrated making it more conducive to efficient infrastructure buildout. Furthermore, APA has captured the play organically which means upside absent a big acquisition price tag (and associated equity dilution).

- **...As Well As NAV Upside Potential.** We ran the provided data points through our well-economics model to understand the impact from a NAV perspective. Based on the current strip, we shake out around $2.5MM PV-10 per well which based on the 2,000-3,000+ location range implies $8-$13 per share upside potential. Keep in mind this includes locations only in the Woodford and Barnett intervals and there is clearly additional potential upside given successful oil tests in the Wolfcamp and Bone Springs announced already.

- **Bear Case.** While APA short interest has ticked down over the past few months (currently 4% of float) those less constructive on the name have raised a few points about the discovery to the negative. First, the play is 60% gas which would inevitably cause corporate volumes to skew gassier over time. Second, since drilling activity in southern Reeves has been minimal, increased spending on infrastructure would be required driving greater outspend.

**Valuation Range: $65.00 to $75.00**
Our valuation range is based on our NAV estimate of $54.98 to which we apply a 18% premium to account for upside potential in the near-term. Risks include material sustained weakness in commodity prices and heightened geopolitical risk compared to peers given substantial operations in Egypt.

**Investment Thesis:**
The company holds an expansive portfolio of attractive assets domestically and internationally. With a strong balance sheet and superior cash flow characteristics we expect shares to outperform the group.

### Outperform / V

Sector: Exploration & Production
Market Weight

**Company Note**

| EPS | 2015A | 2016E Curr. | Prior | 2017E Curr. | Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | ($0.37) | ($0.40) A | NC | $0.11 | NC |
| Q2 (June) | 0.22 | 0.05 A | NC | 0.18 | NC |
| Q3 (Sep.) | (0.05) | 0.03 | NC | 0.49 | NC |
| Q4 (Dec.) | (0.06) | 0.14 | NC | 0.48 | NC |
| FY | ($0.26) | ($0.19) | NC | $1.25 | NC |
| CY | ($0.26) | ($0.19) | | $1.25 | |
| FY P/EPS | NM | NM | | 44.1x | |
| Rev.(MM) | $6,554 | $5,211 | | $6,799 | |

Source Company Data, Wells Fargo Securities, LLC estimates, and Reuters
NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful
V = Volatile, ♦ = Company is on the Priority Stock List
*EPS are adjusted to remove non-recurring items.*

| Ticker | APA |
|---|---|
| Price (09/07/2016) | $55.13 |
| 52-Week Range: | $32-60 |
| Shares Outstanding: (MM) | 377.0 |
| Market Cap.: (MM) | $20,784.0 |
| S&P 500: | 2,186.16 |
| Avg. Daily Vol.: | 3,009,550 |
| Dividend/Yield: | $1.00/1.8% |
| LT Debt: (MM) | $8,718.0 |
| LT Debt/Total Cap.: | 30.0% |
| ROE: | 9.0% |
| 3-5 Yr. Est. Growth Rate: | 7.0% |
| CY 2016 Est. P/EPS-to-Growth: | NM |
| Last Reporting Date: | 08/04/2016 |
| | Before Open |

Source Company Data, Wells Fargo Securities, LLC estimates, and Reuters

**David Tameron, Senior Analyst**
(303) 863-6891
david.tameron@wellsfargo.com
**Gordon Douthat, CFA, Senior Analyst**
(303) 863-6920
gordon.douthat@wellsfargo.com
**Jay M. Mondrick, CFA, Associate Analyst**
(303) 863-5859
jay.mondrick@wellsfargo.com
**Chris M. Baker, CFA, Associate Analyst**
(303) 863-6816
chris.baker2@wellsfargo.com

Please see page 5 for rating definitions, important disclosures and required analyst certifications
All estimates/forecasts are as of 09/07/16 unless otherwise stated.

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.


Together we'll go far

**Summary**

We see the discovery as a positive for shares because (1) provides significant upside potential from a valuation perspective if the economics hold across even the more conservative location assumptions and (2) it alleviates concerns over inventory levels in the Permian adding 20 years at a 6 rig cadence.

The Alpine High play discovery provides significant upside potential from a NAV standpoint which was captured organically (i.e. without having to write a big check) which helps all-in returns whether or not the market appreciates that. Granted the 2,000 inventory locations are about 60% gas, but the economics provided by the Company are compelling even at conservative price assumptions given the liquids-rich nature **of the play. We ran the Company's well assumptions and current strip** pricing ($47 and $3) through our economics model and found the PV-10 per well to be approximately $2.5MM which translates to $8 per share in the more conservative 2,000 location scenario and $13 per share based on 3,500 locations. IRRs associated with these wells are about 45% based on these assumptions which we view as a likely driver of strong cash flow generation out of the asset. Importantly, the Company continues to delineate more oil-rich intervals including the Wolfcamp and Bone Springs as a next step which provides upside as no locations have been considered across these zones.

By capturing the resource organically, APA has maintained dry powder and a strong balance with an undrawn $3.5B revolver and more than $1B of cash at 2Q providing significant operating flexibility with respect to both activity acceleration and opportunistic M&A. We continue to see mid-to-high single digit production growth in 2017 compared to the Street modeling 4% decline on which we will most likely get at least some preliminary color during 3Q earnings. We continue to see the Permian lever as a substantial driver of 2017 growth now complimented by upside potential in this new and potentially significant discovery (albeit largely unknown at this point).

**Alpine High Details & Economics**

The discovery includes up to 5,000 ft. of stacked pay potential across Woodford, Barnett, Pennsylvanian, Wolfcamp, and Bone Springs intervals in the Southern portion of Reeves County in the Delaware Basin. The area pertaining to the Alpine High discovery is 307K net acres the Company has accumulated over the last 18 months which represents the majority of the Alpine High play, as defined by the Company and shown in the exhibit below.

Exhibit 1: Alpine High Acreage and Historical Drilling Activity



Source: Company presentation.

In recent years, this area has not been a focus of industry given that the prevailing view this acreage (according to APA) is that it sits in a geologically complex dry gas window which presents drilling challenges and substandard economics.  But after extensive testing and data collection, APA is calling this a 75 Tcf gas 3 Bbbl oil resource that will take decades to fully exploit with encouraging economic potential.

The PV-10 value per well, provided by the Company, is $4MM per well which assumes a 1.1MMboe EUR with 3 stream production mix at 11% oil, 29% NGL, and 60% gas.  Given the liquids-rich nature of the play, the Company is asserting breakeven natural gas prices at $0.40/Mcfe (at $50/bbl crude), so while there is more gas, the economics work at current prices.  The exhibit below is a table summarizing the economics provided in the slide deck.

Exhibit 2:  Economics in the Alpine High Play

| Single Well (Short Lateral) Assumptions | Low | - | High |
|---|---|---|---|
| **D,C&E Costs ($ MM)** | | | |
| To Date | $5.5 | - | $8.0 |
| Expected in Development | $4.0 | - | $6.0 |
| **EUR / Well (Mboe)** | 1,100 | | 2,700 |
| Oil (Mbbls) | 120 | - | 320 |
| NGL (Mbbls) | 320 | - | 750 |
| Gas (MMcf) | 4,000 | - | 10,000 |
| **Fully Burdened Economics @ $50 WTI / $3.00 Hhub** | | | |
| NPV-10 ($ MM) | $4 | - | $20 |
| BTAX RoR | 55% | - | >400% |
| Breakeven Gas Price ($/Mcf) | $0.40 | - | <$0.10 |
| **Fully Burdened Economics @ $40 WTI / $2.50 Hhub** | | | |
| NPV-10 ($ MM) | $2 | - | $15 |
| BTAX RoR | 30% | - | >250% |
| Breakeven Gas Price ($/Mcf) | $0.60 | - | <$0.10 |

Source: Company Presentation.

The initial results are rather preliminary (and variable), but across a batch of 7 wells IP24 ranged up 17MMcf/d on the gas side which implies upside to the 1.1 MMboe type curve provided in the economics above.  The Wolfcamp and Bone Springs have also been tested and confirmed as oil-bearing zones and scheduled for further delineation.  It is still very early, but with $8 per share NAV upside potential in the Woodford and **Barnett locations alone at the strip, the discovery means that there is significant value potential.  We don't** want to get ahead of ourselves and there is always elevated risks associated with testing and developing a new play, but based on the economics provided, it seems to us that management has made a value-additive move unless the drilling results and resource proves otherwise.

**Exploration & Production**                                                          **WELLS FARGO SECURITIES, LLC**
                                                                                       **EQUITY RESEARCH DEPARTMENT**

**Energy Industry Abbreviations**
Bbl: Barrels
Bbbl: Billion barrels
Bcf/d: One billion cubic feet per day
Boe: Barrels equivalent
EUR: Estimated ultimate recovery
MBtu: One thousand Btus.
Mcf: One thousand cubic feet of natural gas.
MBbls: One thousand barrels.
MBbls/d: One thousand barrels per day.
MM: In millions.
MMBbls: One million barrels.
MMBbls/d: One million barrels per day.
MMBtu: One million Btus.
MMBtu/d: One million Btus per day.
MMcf: One million cubic feet of natural gas.
MMcf/d: One million cubic feet of natural gas per day.
NGL: Natural gas liquids
Tcf: One trillion cubic feet of gas.


## Company Description:

Apache Corporation has exploration and production interests in the Gulf of Mexico, the Gulf Coast, east Texas, the Permian Basin, the Anadarko Basin, and the western Sedimentary Basin of Canada. The company also holds exploration and production interests onshore Egypt, and offshore the United Kingdom in the North Sea. As of December 31, 2015, it had total estimated proved reserves of 1.6 billion boe of proved reserves of oil and natural gas liquids and gas. The company is based in Houston, Texas.

# Required Disclosures

## Apache Corporation (APA) 3-yr. Price Performance

| | Date | Published Price ($) | Rating Code | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|---|
| ◆ | 10/22/2013 | 89.59 | 1 | 118.00 | 122.00 | 89.70 |
| ● | 2/3/2014 | 80.26 | 1 | 116.00 | 120.00 | 78.73 |
| ▼● | 6/5/2014 | 93.17 | 2 | 95.00 | 105.00 | 93.17 |
| ● | 10/16/2014 | 72.67 | 2 | 79.00 | 90.00 | 73.23 |
| ● | 11/21/2014 | 74.24 | 2 | 71.00 | 82.00 | 75.70 |
| ● | 12/18/2014 | 60.20 | 2 | 56.00 | 64.00 | 62.15 |
| ● | 4/21/2015 | 70.67 | 2 | 65.00 | 73.00 | 68.37 |
| ● | 5/11/2015 | 63.54 | 2 | 63.00 | 71.00 | 63.13 |
| ● | 7/16/2015 | 53.48 | 2 | 52.00 | 62.00 | 52.67 |
| ● | 8/14/2015 | 47.23 | 2 | 48.00 | 58.00 | 47.00 |
| ● | 8/31/2015 | 45.24 | 2 | 44.00 | 54.00 | 45.24 |
| ● | 10/12/2015 | 46.47 | 2 | 41.00 | 51.00 | 44.95 |
| ● | 1/11/2016 | 36.65 | 2 | 30.00 | 40.00 | 35.06 |
| ▲● | 4/8/2016 | 49.19 | 1 | 60.00 | 70.00 | 50.66 |
| ● | 7/16/2016 | 57.12 | 1 | 65.00 | 75.00 | 57.12 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
- ▼ Rating Downgrade
- ▲ Rating Upgrade
- ● Valuation Range Change
- ◆ Initiation, Resumption, Drop or Suspend
- ■ Analyst Change
- ❐ Split Adjustment

**Rating Code Key**

| | | | |
|---|---|---|---|
| 1 | Outperform/Buy | SR | Suspended |
| 2 | Market Perform/Hold | NR | Not Rated |
| 3 | Underperform/Sell | NE | No Estimate |

## Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wells Fargo Securities, LLC maintains a market in the common stock of Apache Corporation.

- Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from Apache Corporation.
- Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from Apache Corporation in the past 12 months.
- Apache Corporation currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Apache Corporation.
- Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Apache Corporation.

**APA:** Risks include material sustained weakness in commodity prices and heightened geopolitical risk compared to peers given substantial operations in Egypt.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## STOCK RATING
**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

## SECTOR RATING
**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

## VOLATILITY RATING
**V =** A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: September 7, 2016

| | |
|---|---|
| 41% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 38% of its Equity Research Outperform-rated companies. |
| 56% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 26% of its Equity Research Market Perform-rated companies. |
| 3% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 3% of its Equity Research Underperform-rated companies. |

**Important Disclosure for International Clients**
**EEA –** The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL a regulated person under the Act. WFSIL does not deal with retail clients as defined in the Markets in Financial Instruments Directive 2007. The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia –** Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("the SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the SFC. Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**
Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities, LLC, to be reliable, but Wells Fargo Securities, LLC does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wells Fargo Securities, LLC, at this time, and are subject to change without notice. All Wells Fargo Securities research reports **published by its Global Research Department ("WFS Research") are disseminated and available to all clients simultaneously thr**ough electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2016 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE