**NYE-DT 18**

**SOCIETE GENERALE** Cross Asset Research | **EQUITY** Report completed on 8 Sep. 2016 6:09 CET

| Oil & Gas | Corporate news | United States | @ Go to SG website

# Apache Corp

An organic, low cost, 15.5 BBOE Delaware resource capture could cause Street sentiment to change

## Buy

| | |
|---|---|
| Price 06/09/16 | $51.7 |
| 12m target | $65.0 |
| Upside to TP | 25.8% |
| 12m f'cast div | $1.00 |
| 12m TSR | 27.7% |

**Main changes since last report**

| | | |
|---|---|---|
| Target ($) | 65.0 | na |
| EPS 16e ($) | -0.770 | na |
| EPS 17e ($) | 0.888 | na |
| EPS 18e ($) | 0.661 | na |
| | | na: unchanged |



Share price performance

Source: SG Cross Asset Research/Equity

| Perf. (%) | 1m | 3m | 12m | YTD |
|---|---|---|---|---|
| Share | 4.1 | -7.1 | 21.6 | 16.2 |
| Rel. index* | 2.3 | -10.3 | 11.1 | 10.7 |
| Rel. sector** | 0.7 | -9.9 | 9.4 | 0.5 |

* MSCI World ($)
** MSCI World Oil & gas ($)

**RIC** APA.N, **Bloom** APA US

| | |
|---|---|
| 52-week range | 58.3-34.4 |
| EV 16 ($m) | 26,714 |
| Mkt cap. ($m) | 19,609 |
| Free float (%) | 99.5 |
| No. shares o/s (m) | 380 |
| Avg vol. 3m (nb. shares) | 832,843 |


Equity analyst
**John Herrlin**
+1 212 278 6851
john.herrlin@sgcib.com


Equity analyst
**Mark Kogel**
+1 212 278 7811
mark.kogel@sgcib.com

APA's CEO yesterday announced a new Delaware basin resource play called the **Alpine High**, in Reeves and Pecos counties with an estimated 75 Tcf of 1,300 BTU natural gas, and 3 billion barrels of oil resources or 15.5 BBOE (19.4% light oil) from the Woodford and Barnett formations. They are located on 307,000 net lease acres and were acquired over the last 3 years for $1,300/acre. By APA's count there are a minimum 2,000 – 3,000 single-zone locations in the Woodford and the Barnett, but multizone and superposed prospective geologic potential in younger Penn, Wolfcamp and Bone Springs formations.

This type of resource discovery isn't circumstantial or acquisition based, but that has been the norm for many of its large cap peers recently. It came as the result of solid geologic and petrophysical work by APA's G&G team. It essentially flew in the face of industry convention or school of thought with respect to this part of the basin being geologically challenged, or these deeper shale formations too 'clay rich'.

The key for the play's identification was the recognition of a suitable paleo-geographic model which recognized transgressive deposition of siliceous sediments with low clay content, and organic debris on a structural high (the Alpine High). It subsequently experienced the right 'thermal window' (catagenesis), and diagenetic environment to form petroleum, and shale reservoir rock suitable for economic exploitation.

From our perspective, this resource discovery signals that APA has turned the corner from being a successful Large Cap acquirer/exploiter to an unconventional organic grower in NA, at a time in which many of its peers routinely pay $10,000 -40,000/acre to buy US shale resources from other parties. Many on the Street had questioned APA's geologic tool chest or 'slow go' approach as it refined its NA shale operating strategy, and rationalized conventional assets. When considering the industry's downturn, APA executed a differentiated plan which in our view validates its value focused strategy.

With only 19 wells down, it's still early days. APA will have to balance its lease retention and GTP infrastructure build out with its future drilling program. Also announced was a $200MM increase in cap-ex which will pay for 4-5 rigs, and also the installation of some GTP infrastructure. Also noteworthy was the potential for minimal water handling issues.

In the unconventionals, the mid to upper Paleozoic and mid to upper Mesozoic eras were times at which large marine source rocks formed on or near cratonic basins. Geologists always 'play an analogy game', but recognizing nuanced shale play types requires a different skill set. One needs to remember that petroleum is found in the mind before the ground. New OFS/CDS tools have 'democratized growth', but recent acreage purchase prices won't generate any substantive returns in a $45/Bbl world.

John Chistmann and team have been at the helm 20 months, but they've executed a dramatic strategic corporate transformation in order to create long-term value. The market reacted positively to the Alpine High yesterday, so Street sentiment may change.

Societe Generale ("SG") does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that SG may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. **PLEASE SEE APPENDIX AT THE END OF THIS REPORT FOR THE ANALYST(S) CERTIFICATION(S), IMPORTANT DISCLOSURES AND DISCLAIMERS. ALTERNATIVELY, VISIT OUR** GLOBAL RESEARCH DISCLOSURE WEBSITE


## Role reversal given some of the week's Large Cap E&P industry news

This week, one US Large Cap E&P, EOG, spent $2.5 billion buying a private E&P (Yates) with Permian and Rockies shale resource exposure and production — its largest acquisition ever. Meanwhile, APA announced an early entrant organic resources capture, in a self-generated shale play with 307,000 net, primarily contiguous lease acres, and which was a $1,300/acre entry cost vs. peers pending tens of thousands per acre on many nine or ten digit purchases.

Times change, but do investors 'type cast' E&Ps, even when their operating strategies have meaningfully changed? APA's management team has only been at the helm less than 2 years. It has set 'old school' goals by living within cash flow vs. chasing growth while balancing its capital expenditures amongst its short, intermediate and longer term prospects. And unlike many peers, it retained conventional and international assets, which generate free cash flow to support unconventional pursuits, and step-out conventional exploratory drilling. So, APA's executive team is managing a geologically and geographically diverse portfolio, which we like with adequate fiscal liquidity.

## Recent shale lease acreage additions have been purchased, and not discovered

We consider shale liquids plays to be analogs of 'basin centered' natural gas by being petroleum accumulations in low permeability siliceous or carbonate source rocks. Most of these plays are 'age specific' and reflective of unique depositional environments in which organic material could accumulate along with sediments in an anoxic environment so they wouldn't be oxidized. And through depth of burial from superposition (overlying sediments) these sediments and organic material ultimately formed petroleum source rocks. The difference between conventional source rocks and unconventional ones is that conventional source rocks had the petroleum migrate out into structural or stratigraphic traps while unconventional petroleum never left the source rock.

Post the Marcellus-led natural gas price collapse in the US, the E&P industry went to shale liquids play (oil, ngl and condensate) mode at a time in which external capital and faster project cycle times enabled the industry to sell volume growth stories as E&Ps accumulated new shale lease acreage. We view many of the industry's E&Ps to have been 'me too' players and some just got lucky. The key is that the shales democratized production growth because of faster well cycle times and a development orientation.

Now, most of the large land shale lease grabs are over.  E&Ps are either buying acreage from fiscally challenged E&Ps or private equity sponsored companies that have opted to not go public.

 | Apache Corp

### Recent Permian and Anadarko Basin Transactions

| Announced Date | Buyer | Seller | Play | $ mn Value | Net Acreage | Total Production kboed |
|---|---|---|---|---|---|---|
| 9/7/2016 | Callon Petroleum Company | ArcLight Capital Partners | Midland Basin | $327 | 5,667 | 2.3 |
| 9/6/2016 | EOG Resources | Yates Petroleum | Delaware Basin/NW Shelf/PRB | $2,500 | 405,000 | 29.2 |
| 8/23/2016 | PDC Energy | Kimmeridge Energy Management Company | Delaware Basin | $1,500 | 57,000 | 7.0 |
| 8/18/2016 | Jones Energy | Undisclosed | STACK/SCOOP | $137 | 18,000 | NA |
| 8/15/2016 | Concho Resources | Reliance Energy | Midland Basin | $1,625 | 40,000 | 10.0 |
| 8/15/2016 | Parsley Energy | Undisclosed | Midland Basin | $400 | 9,140 | 0.3 |
| 8/8/2016 | SM Energy | RockOil | Midland Basin | $980 | 24,783 | 4.9 |
| 7/28/2016 | Rimrock Resources Partners | Merit Energy | SCOOP | $150 | 24,500 | 2.1 |
| 7/25/2016 | Diamondback | Luxe | Delaware Basin | $560 | 19,180 | 1.0 |
| 7/22/2016 | Silver Run | Centennial | Delaware Basin | $1,700 | 42,500 | 7.2 |
| 7/21/2016 | Contango | Undisclosed | Delaware Basin | $25 | 5,000 | 0.0 |
| 7/14/2016 | Laredo Petroleum | McClure Oil | Midland Basin | $125 | 9,200 | 0.3 |
| 6/21/2016 | QEP Resources | Undisclosed | Midland Basin | $600 | 9,400 | 1.4 |
| 6/20/2016 | Marathon Oil | PayRock Energy | STACK | $888 | 61,000 | 9.0 |
| 6/15/2016 | Pioneer Natural Resources | Devon Energy | Midland Basin | $435 | 28,000 | 1.0 |
| 5/24/2016 | Parsley Energy | Undisclosed | Delaware Basin | $281 | 29,813 | 0.3 |
| 5/5/2016 | Newfield Exploration Company | Chesapeake Energy Corporation | STACK | $470 | 42,000 | 3.8 |
| 4/22/2016 | Casillas Petroleum Corporation | Chesapeake Energy Corporation | SCOOP | $106 | 12,000 | NA |
| 4/4/2016 | Parsley Energy | Undisclosed | Midland and Delware Basin | $359 | 22,908 | 2.3 |
| 12/7/2015 | Devon Energy Corporation | EnCap Investments;Felix Energy | STACK | $1,900 | 80,000 | 9.0 |
| 12/7/2015 | Devon Energy Corporation | EnCap Investments;Felix Energy | PRB | $600 | 253,000 | 7.0 |
| 10/14/2015 | Gastar Exploration, Inc. | Husky Ventures, Inc | STACK | $82 | 16,000 | NA |
| 7/14/2015 | WPX Energy | RKI | Delaware Basin | $2,650 | 92,000 | 22.0 |
| 11/4/2014 | Encana | ATHL | Midland Basin | $7,100 | 140,000 | 30.0 |
| 5/6/2014 | Cimarex Energy Co. | QEP Resources | Cana-Woodford | $497 | 100,000 | 11.7 |
| | Total | | | $25,997 | $1,546,091 | 161.7 |

Source: Company Press Releases



Apache Corp

### The Alpine High: reflects solid G&G homework

So, in a 'hot basin' such as Permian (Delaware or Midland), the ability to 'quietly acquire acreage' is kind of surprising, especially when the formations targeted are older (Barnett and Woodford), and somewhat overlooked by the industry. Certainly, more opted to buy than conduct the required geophysical and petrophysical studies to find the next 'Alpine High'. APA conducted a long lead time program which required geophysical, geologic and petrophysical studies vs. buying someone else's acreage aggregations.



Source: APA Barclays Presentation 9/7/16

### Geologic vernacular in APA's appendix may be lost on the Street

The '*Alpine High*' model, compared with some other basin-centered shale plays has certain complex chronologic or contingency relationships, which may explain why it hadn't been identified.

It is required that there be a stable Middle Paleozoic Era shelf (a flat areal expanse or land mass of Devonian age) which was stratigraphically higher than the sedimentary basin to the northeast when a marine transgression overtook the craton.

<p>

  Apache Corp

Certainly, as a play type, it clearly wasn't being pursued. Only 118 wells penetrated the Woodford and Barnett formations. The chart below shows industry drilling activity, and one can see that the region that APA leased experienced very little drilling.



Source: APA Barclays Presentation 9/7/16

And the formations are laterally continuous. Also, natural frac barriers will facilitate development.

**SOCIETE GENERALE** Cross Asset Research | Apache Corp



Source: APA Barclays Presentation 9/7/16

So, those were plan (map) lease maps and cross section, but here are the isopach maps given which show the structure APA identified, which is why we believe the play will work.



The shelf received clastic debris which had lower clay content (it went to the deeper basin) and had a depositional and diagenetic/catagenetic environment which formed quality petroleum within a 'source rock'. Further, this occurrence had to be really extensive. APA proved that such a source rock occurrence could be stratigraphically consistent over long distances (20 miles) with demonstrated petrophysical interval correlations.

 | Apache Corp



## When one looks at analogous age formations, we understand why APA is encouraged

As mentioned, geoscientists frequently look for petroleum or mineral accumulations of similar tectonic, structural and (or) age setting. Many E&Ps are now playing the Wolfcamp or Leonard at similar depths to the older formations that APA is pursuing (Woodford and Barnett), which are productive in other regions and have similar petrophysical characteristics. Below is APA's 'Alpine High' vs. other Middle Paleozoic gas-based plays.



Apache Corp

### Alpine High vs. Established Resource Plays

| Parameter | Alpine High (Woodford/Barnett) | SCOOP (Woodford) | Marcellus (Wet Gas) |
|---|---|---|---|
| TOC (weight %) | 4%-10% | 4%-10% | 1%-5% |
| Primary Mineralogy | Silicate | Silicate | Silicate |
| Clay Content | 10%-20% | 20%-35% | 20%-35% |
| Total Porosity | 8%-12% | 4%-10% | 6%-11% |
| Pressure (psi) | 5,000-9,000 | 7,700-10,500 | 3,500-4,200 |
| Thickness (ft) | 550-1,100 | 80-200 | 50-200 |
| Depth (ft) | 10,000-13,000 | 11,000-15,000 | 5,000-8,000 |

Source: APA

Though early days, and given less than 20 wells, APA has developed a new play type with comparable productivity to existing plays, but hasn't started to 'optimize'.





### Conclusions

We plan to meet with APA soon to discuss the '*Alpine High*', since they are willing to talk the rocks. Some E&Ps just discuss projections (decline curves or projected RORs), and annual drilling plans. Through its Pecos Bend, Waha and Dixieland project areas, APA got their unconventional Delaware game plan together. It was a go slow vs. aggressive drilling approach. This strategy enabled APA to fully capture the *Alpine High*.


APA has accumulated 307,000 net lease acres vs. 352,000 gross, or a 87% net working interest exposure, and in their estimate controls the majority of the play with an average leasehold cost of $1,300/acre. The Wet gas and oil column is 4,00'-5,000' and the 2,000-3,000 locations identified only have one landing zone for the Woodford and the Barnett formations, but there could be multiple zones and superposed are the Penn, Wolfcamp and Bone Springs formations which are geologically prospective.  APA estimates that this acreage can support a 6 rig program over 20 years for just the Woodford and Barnett single well zones.

The company's initial well results are only from 4,100' laterals. Given high BTU gas, the economics addressed are compelling (see below), and will likely improve with a program drilling mode.  We view this as a classic 'stacked pay situation'.

| Single Well (Short Lateral) Assumptions | | | | |
|---|---|---|---|---|
| | Low | - | High | |
| **D,C&E Costs ($ MM)** | | | | |
| To Date | $5.5 | - | $8.0 | |
| Expected in Development | $4.0 | - | $6.0 | |
| **EUR / Well (Mboe)** | 1,100 | | 2,700 | |
| Oil (Mbbls) | 120 | - | 320 | |
| NGL (Mbbls) | 320 | - | 750 | |
| Gas (MMcf) | 4,000 | - | 10,000 | |
| **Fully Burdened Economics @ $50 WTI / $3.00 Hhub** | | | | |
| NPV-10 ($ MM) | $4 | - | $20 | |
| BTAX RoR | 55% | - | >400% | |
| Breakeven Gas Price ($/Mcf) | $0.40 | - | <$0.10 | |
| **Fully Burdened Economics @ $40 WTI / $2.50 Hhub** | | | | |
| NPV-10 ($ MM) | $2 | - | $15 | |
| BTAX RoR | 30% | - | >250% | |
| Breakeven Gas Price ($/Mcf) | $0.60 | - | <$0.10 | |

**2,000-3,000+** Woodford and Barnett locations only

Source: APA September 2016 Barclays Presentation

Clearly, this will become a core area for APA. Today, they increased their 2016 cap-ex 11% to $2 billion (with 25% for Alpine High (and 40% for GTP)) with the plan to run 4-5 Alpine High rigs. They still have to test the areal extent of the play.  Until 2017 re GTP facilities, we would assume would be skid based units, but they plan to be into a full field development mode by 2018 and believe they can spud 60- 80 rigs in the Woodford and Barnett.

APA's CEO sounded very proud about his G&G team's accomplishment yesterday, as well he should be. This type of 'organic milestone' might force the Street to think differently about APA. Certainly, APA is more than just the **Alpine High**, E&P, but we hope it will be a catalyst for sentiment change since they are no longer just an acquirer/exploiter, and do have a G&G team which is, in our view, competitive.

**SOCIETE GENERALE**
Cross Asset Research

| Apache Corp

# APPENDIX

**COMPANIES MENTIONED**
Apache Corp (APA.N, Buy)
EOG Resources Inc (EOG.N, Buy)

**ANALYST CERTIFICATION**
The following named research analyst(s) hereby certifies or certify that (i) the views expressed in the research report accurately reflect his or her or their personal views about any and all of the subject securities or issuers and (ii) no part of his or her or their compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report: **John Herrlin**

The analyst(s) who author research are employed by SG and its affiliates in locations, including but not limited to, Paris, London, New York, Hong Kong, Tokyo, Bangalore, Frankfurt, Madrid, Milan, Seoul and Warsaw.



Historical Price: Apache Corp (APA.N)

| 2013/2014 | Change | 2015/2016 | Change |
|---|---|---|---|
| 22/07/14 | New Target: 115.0 | 22/01/15 | New Target: 72.0 |
| 24/10/14 | New Target: 105.0 | 17/08/15 | New Target: 65.0 |
| 10/12/14 | New Target: 81.0 | 11/01/16 | New Target: 50.0 |
| | | 22/03/16 | New Target: 60.0 |
| | | 13/05/16 | New Target: 65.0 |

Source: SG Cross Asset Research/Equity

**VALUATION METHODOLOGY AND RISKS TO RATING, RECOMMENDATION AND PRICE TARGET**

**Valuation Methodology   Apache Corp**

Our $65/share equates to a 2016e P/DCFPS multiple of 11.9x. The company remains at a discount to the overall large cap E&P group's multiple (around 19.5x). We still believe that the Street does not fully appreciate APA's global upstream portfolio, which has a lower decline rate asset base. That said, part of that discount relates to Egypt and the UK North Sea, which are out of favor provinces. APA has no near-term refunding issues and the potential ability to take advantage of acquisition opportunities, which were historically a significant growth contributor. The company's valuation and rating reflect the oil weighted mix of the company, and low base decline rate that offer the company operational flexibility in the event of an oil price rebound.

**Risks**

The shares could be negatively impacted by lower oil and gas prices, poorer-than-expected well results from APA's plays in Texas, and political instability in Egypt. APA operates in multiple international and domestic venues and is overseen by multiple, in many cases overlapping, regulators that expose the company to unforeseen changes in regulation governing everything from permitting and siting, to drilling, completion, disposal, all the way to takeaway and marketing. Future climate change regulations or taxes that limit the company's ability to exploit reserves, make them prohibitively expensive to extract, or significantly curtail demand for end petroleum products, could materially impact the company's value. The company could incur a significant loss as a result of unforeseen catastrophic weather events. APA is exposed to future abandonment liabilities, the timing and cost of which could impact its cash flow, especially in its offshore portfolio. The company is not only exposed to abandonment of properties that it currently has an interest in, but also properties in which it had a previous interest in the event of default of the successor. Exogenous geopolitical events could impact the company's ability to exploit reserves, and the company has material exposure to multiple international and domestic jurisdictions: the US, the UK and Egypt are its primary current areas of operation. Unforeseen macroeconomic and market events that impact the price or the company's ability to market its product could impact the company's results.



**SOCIETE GENERALE Cross Asset Research** | **Apache Corp**

**SG EQUITY RESEARCH RATINGS** on a 12 month period

**BUY:** absolute total shareholder return forecast of 15% or more over a 12 month period.

**HOLD:** absolute total shareholder return forecast between 0% and +15% over a 12 month period.

**SELL:** absolute total shareholder return forecast below 0% over a 12 month period.

Total shareholder return means forecast share price appreciation plus all forecast cash dividend income, including income from special dividends, paid during the 12 month period. Ratings are determined by the ranges described above at the time of the initiation of coverage or a change in rating (subject to limited management discretion). At other times, ratings may fall outside of these ranges because of market price movements and/or other short term volatility or trading patterns. Such interim deviations from specified ranges will be permitted but will become subject to review by research management.

**Sector Weighting Definition on a 12 month period:**

The sector weightings are assigned by the SG Equity Research Strategist and are distinct and separate from SG equity research analyst ratings. They are based on the relevant MSCI.

**OVERWEIGHT:** sector expected to outperform the relevant broad market benchmark over the next 12 months.

**NEUTRAL:** sector expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**UNDERWEIGHT:** sector expected to underperform the relevant broad market benchmark over the next 12 months.

The Preferred and Least preferred stocks are selected by the covering analyst based on the individual analyst's coverage universe and not by the SG Equity Research Strategist.



Equity rating and dispersion relationship — Updated on 02/09/16

Buy: 44% Companies Covered / 33% Cos. w/ Banking Relationship; Hold: 43% / 23%; Sell: 13% / 29%.

Source: SG Cross Asset Research/Equity

All pricing information included in this report is as of market close, unless otherwise stated.

**MSCI DISCLAIMER:** The MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are service marks of MSCI and its affiliates or such similar language as may be provided by or approved in advance by MSCI.

**IMPORTANT DISCLOSURES**

EOG Resources Inc     SG acted as passive bookrunner in EOG Resources' bond issue (10y, 20y SEC).

SG or its affiliates act as market maker or liquidity provider in the equities securities of Apache Corp, EOG Resources Inc.
SG or its affiliates had an investment banking client relationship during the past 12 months with EOG Resources Inc.
SG or its affiliates have received compensation for investment banking services in the past 12 months from EOG Resources Inc.
SG or its affiliates managed or co-managed in the past 12 months a public offering of securities of EOG Resources Inc.
SG received compensation for products and services other than investment banking services in the past 12 months from Apache Corp, EOG Resources Inc.
SGAS had a non-investment banking non-securities services client relationship during the past 12 months with Apache Corp, EOG Resources Inc.
SGAS received compensation for products and services other than investment banking services in the past 12 months from Apache Corp, EOG Resources Inc.

FOR DISCLOSURES PERTAINING TO COMPENDIUM REPORTS OR RECOMMENDATIONS OR ESTIMATES MADE ON SECURITIES OTHER THAN THE PRIMARY SUBJECT OF THIS RESEARCH REPORT, PLEASE VISIT OUR GLOBAL RESEARCH DISCLOSURE WEBSITE AT https://www.sgmarkets.com/#equity/compliance or call +1 (212).278.6000 in the U.S.

Report completed on 8 Sep. 2016 6:09 CET | 11

 Apache Corp

**European Specialty Sales**
If a European specialist sales personnel is listed on the cover of research reports, these employees are in SG's Global Markets division responsible for the sales effort in their sector and are not part of SG's Cross-Asset Research Department.    Specialist Sales do not contribute in any manner to the content of research reports in which their names appear.

SG has mandatory research policies and procedures that are reasonably designed to (i) ensure that purported facts in research reports are based on reliable information and (ii) to prevent improper selective or tiered dissemination of research reports. The analyst(s) responsible for preparing this report receive compensation that is based on various factors including SG's total revenues, a portion of which are generated by investment banking activities.

**Non-U.S. Analyst Disclosure:**  The name(s) of any non-U.S. analysts who contributed to this report and their SG legal entity are listed below. U.S. analysts are employed by SG Americas Securities LLC.  The non-U.S. analysts are not registered/qualified with FINRA, may not be associated persons of SGAS and may not be subject to the FINRA restrictions on communications with a subject company, public appearances and trading securities held in the research analyst(s)' account(s):

**IMPORTANT DISCLAIMER:**  The information herein is not intended to be an offer to buy or sell, or a solicitation of an offer to buy or sell, any securities and has been obtained from, or is based upon, sources believed to be reliable but is not guaranteed as to accuracy or completeness. Material contained in this report satisfies the regulatory provisions concerning independent investment research as defined in MiFID. Information concerning conflicts of interest and SG's management of such conflicts is contained in the SG's Policies for Managing Conflicts of Interests in Connection with Investment Research which is available at https://www.sgmarkets.com/#equity/compliance SG does, from time to time, deal, trade in, profit from, hold, act as market-makers or advisers, brokers or bankers in relation to the securities, or derivatives thereof, of persons, firms or entities mentioned in this document and may be represented on the board of such persons, firms or entities.  SG does, from time to time,  act as a principal trader in  equities or debt securities that may be referred to in this report and may hold equity or debt securities positions or related derivatives. Employees of SG, or individuals connected to them, may from time to time have a position in or hold any of the investments or related investments mentioned in this document.   SG is under no obligation to disclose or take account of this document when advising or dealing with or on behalf of customers.  The views of SG reflected in this document may change without notice.  In addition, SG may issue other reports that are inconsistent with, and reach different conclusions from, the information presented in this report and is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.    To the maximum extent possible at law, SG does not accept any liability whatsoever arising from the use of the material or information contained herein.  This research document is not intended for use by or targeted to retail customers.  Should a retail customer obtain a copy of this report he/she should not base his/her investment decisions solely on the basis of this document and must seek independent financial advice.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed decisions and seek their own advice regarding the appropriateness of investing in financial instruments or implementing  strategies discussed herein. The value of securities and financial instruments is subject to currency exchange rate fluctuation that may have a positive or negative effect on the price of such securities or financial instruments, and investors in securities such as ADRs effectively assume this risk. SG does not provide any tax advice.  Past performance is not necessarily a guide to future performance.   Estimates of future performance are based on assumptions that may not be realized.  Investments in general, and derivatives in particular, involve numerous risks, including, among others, market, counterparty default and liquidity risk.   Trading in options involves additional risks and is not suitable for all investors.  An option may become worthless by its expiration date, as it is a depreciating asset.  Option ownership could result in significant loss or gain, especially for options of unhedged positions. Prior to buying or selling an option, investors must review the "Characteristics and Risks of Standardized Options" at  http://www.optionsclearing.com/about/publications/character-risks.jsp or from your SG representative. Analysis of option trading strategies does not consider the cost of commissions. Supporting documentation for options trading strategies is available upon request.

**Notice to French Investors:**  This publication is issued in France by or through Société Générale ("SG") which is authorised and supervised by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the Autorité des Marchés Financiers (AMF).
**Notice to U.K. Investors**:  Société Générale is a French credit institution (bank) authorised by the Autorité de Contrôle Prudentiel (the French Prudential Control Authority) and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.
**Notice to Swiss Investors:** This document is provided in Switzerland by or through Société Générale Paris, Zürich Branch, and is provided only to qualified investors as defined in article 10 of the Swiss Collective Investment Scheme Act ("CISA") and related provisions of the Collective Investment Scheme Ordinance and in strict compliance with applicable Swiss law and regulations. The products mentioned in this document may not be suitable for all types of investors. This document is based on the Directives on the Independence of Financial Research issued by the Swiss Bankers Association (SBA) in January 2008.
**Notice to Polish Investors:** this document has been issued in Poland by Societe Generale S.A. Oddzial w Polsce ("the Branch") with its registered office in Warsaw (Poland) at 111 Marszałkowska St. The Branch is supervised by the Polish Financial Supervision Authority and the French "Autorité de Contrôle Prudentiel". This report is addressed to financial institutions only, as defined in the Act on trading in financial instruments. The Branch certifies that this document has been elaborated with due diligence and care.
**Notice to U.S. Investors:** For purposes of SEC Rule 15a-6, SG Americas Securities LLC ("SGAS") takes responsibility for this research report. This report is intended for institutional investors only. Any U.S. person wishing to discuss this report or effect transactions in any security discussed herein should do so with or through SGAS, a U.S. registered broker-dealer and futures commission merchant (FCM).   SGAS is a member of FINRA, NYSE and NFA. Its registered address at 245 Park Avenue, New York, NY, 10167. (212)-278-6000.
**Notice to Canadian Investors:** This document is for information purposes only and is intended for use by Permitted Clients, as defined under National Instrument 31-103, Accredited Investors, as defined under National Instrument 45-106, Accredited Counterparties as defined under the Derivatives Act (Québec) and "Qualified Parties" as defined under the ASC, BCSC, SFSC and NBSC Orders
**Notice to Singapore Investors**:  This document is provided in Singapore by or through Société Générale ("SG"), Singapore Branch and is provided only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289.  Recipients of this document are to contact Société Générale, Singapore Branch in respect of any matters arising from, or in connection with, the document.  If you are an accredited investor or expert investor, please be informed that in SG's dealings with you, SG is

Report completed on 8 Sep. 2016 6:09 CET    12

 | Apache Corp

relying on the following exemptions to the Financial Advisers Act, Cap. 110 ("FAA"): (1) the exemption in Regulation 33 of the Financial Advisers Regulations ("FAR"), which exempts SG from complying with Section 25 of the FAA on disclosure of product information to clients; (2) the exemption set out in Regulation 34 of the FAR, which exempts SG from complying with Section 27 of the FAA on recommendations; and (3) the exemption set out in Regulation 35 of the FAR, which exempts SG from complying with Section 36 of the FAA on disclosure of certain interests in securities.

**Notice to Hong Kong Investors**:  This report is distributed in Hong Kong by Société Générale, Hong Kong Branch which is licensed by the Securities and Futures Commission of Hong Kong under the Securities and Futures Ordinance (Chapter 571 of the Laws of Hong Kong) ("SFO"). This document does not constitute a solicitation or an offer of securities or an invitation to the public within the meaning of the SFO. This report is to be circulated only to "professional investors" as defined in the SFO.

**Notice to Japanese Investors:** This publication is distributed in Japan by Societe Generale Securities Japan Limited, which is regulated by the Financial Services Agency of Japan. This document is intended only for the Specified Investors, as defined by the Financial Instruments and Exchange Law in Japan and only for those people to whom it is sent directly by Societe Generale Securities Japan Limited, and under no circumstances should it be forwarded to any third party. The products mentioned in this report may not be eligible for sale in Japan and they may not be suitable for all types of investors.

**Notice to Korean Investors**: This report is distributed in Korea by SG Securities Korea Co., Ltd which is regulated by the Financial Supervisory Service and the Financial Services Commission.

**Notice to Australian Investors:** Societe Generale is exempt from the requirement to hold an Australian financial services licence (AFSL) under the Corporations Act 2001 (Cth) in respect of financial services, in reliance on ASIC Class Order 03/824, a copy of which may be obtained at the web site of the Australian Securities and Investments Commission, http://www.asic.gov.au. The class order exempts financial services providers with a limited connection to Australia from the requirement to hold an AFSL where they provide financial services only to wholesale clients in Australia on certain conditions. Financial services provided by Societe Generale may be regulated under foreign laws and regulatory requirements, which are different from the laws applying in Australia.

**Notice to Indian Investors:** Societe Generale Global Solution Center Pvt. Ltd (SG GSC) is a 100% owned subsidiary of Societe Generale, which is authorised and supervised by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the Autorité des Marchés Financiers (AMF). Analysts employed by SG GSC do not produce research covering securities listed on any stock exchange recognised by the Securities and Exchange Board of India (SEBI) and is not licensed by either SEBI or the Reserve Bank of India.

http://www.sgcib.com.  Copyright: The Société Générale Group 2016.  All rights reserved.
This publication may not be reproduced or redistributed in whole in part without the prior consent of SG or its affiliates.