**NYE-DT 25
FILED UNDER SEAL**