# NYE-DT 26
# FILED UNDER SEAL