**NYE-DT 26**

| | |
|---|---|
| **From:** | Andy Yang <andy.yang@holoceneadvisors.com> |
| **To:** | Clark, Gary; Cassidy, Patrick |
| **Sent:** | 10/25/2019 9:39:44 AM |
| **Subject:** | [EXTERNAL] FW: did you have a chance to speak with APA yet? [Sent To: doug.leggate@baml.com] |

Getting the news out :)

**From:** Leggate, Doug - RSCH AMRS <doug.leggate@bofa.com>
**Sent:** Friday, October 25, 2019 10:16 AM
**To:** Andy Yang <andy.yang@holoceneadvisors.com>
**Subject:** RE: did you have a chance to speak with APA yet? [Sent To: doug.leggate@baml.com]

Thx bud -- on with them now (actually on hold) but he told me yesterday they were not in target yet

**From:** Andy Yang [mailto:andy.yang@holoceneadvisors.com]
**Sent:** Friday, October 25, 2019 9:12 AM
**To:** Leggate, Doug - RSCH AMRS
**Subject:** did you have a chance to speak with APA yet? [Sent To: doug.leggate@baml.com]

Color we got was:

Keenan resignation…October 23rd…as of that date…have not reached top of targeted formation…there were no results on Suriname…we knew nothing, Keenan knew nothing…resignation unconnected to Suriname…there were some cultural fit issues with Keenan…Drilling and operations for Suriname is run by Faron Thibodeaux

Curious if you were same.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Any views or opinions presented are solely those of the author and do not necessarily represent those of Holocene Advisors, LP or its affiliates. If you are not the intended recipient, please immediately notify the sender by replying to this email and destroy all copies of the original message and any attachments.

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

WARNING EXTERNAL EMAIL: This email is from an external source. Do not click links or open attachments without positive sender verification of purpose. Never enter Username, Password or sensitive information on linked pages from this email. If you are unsure about the message, please contact the Apache IT ServiceDesk for assistance.