UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**LEAD PLAINTIFFS' NOTICE OF CORRECTED FILING TO INCLUDE CERTAIN EXHIBITS REFERENCED IN THE DECEMBER 6, 2023 EVIDENTIARY HEARING <u>DIRECT TESTIMONY OF ZACHARY NYE, Ph.D.</u>**

Lead Plaintiffs, Plymouth County Retirement Association and the Trustees of the Teamsters Union No. 142 Pension Fund (together, "Plaintiffs"), respectfully supplement the record by filing as Exhibits to the Direct Testimony of Zachary Nye, Ph.D., dated November 29, 2023 (the "Nye Testimony") (Dkt. Nos. 143-44), certain documents that Dr. Nye references in the August 11, 2023 Expert Reply Report of Zachary Nye, Ph.D. (the "Nye Reply Report") (Dkt. 121-2), which Dr. Nye again references in the Nye Testimony.

Plaintiffs inadvertently did not include the Exhibits attached hereto with their November 29, 2023 submissions. Each of the Exhibits attached hereto, however, is a publicly-available document that was cited in the August 11, 2023 Nye Reply Report. Additionally, all but two of the Exhibits attached hereto were produced to counsel for the Defendants before they made their Surreply submissions on September 8, 2023 (Dkt. No. 126), and deposed Dr. Nye on November 8, 2023. Accordingly, including the Exhibits attached hereto for completeness will not prejudice Defendants.

For reference: (i) Exhibits NYE-DT 29 through NYE-DT 49 are cited and discussed in paragraph 13 of the Nye Reply Report and are cited in the exhibit submitted on November 29, 2023 as NYE-DT 6; (ii) Exhibits NYE-DT 50 and NYE-DT 51 are cited and discussed in paragraph 39 of the Nye Reply Report and cited in the exhibit submitted on November 29, 2023 as NYE-DT 9; (iii) Exhibits NYE-DT 52 and NYE-DT 53 were previously filed on the public docket in this action; (iv) Exhibits NYE-DT 54 through NYE-DT 58 are cited and discussed in paragraphs 25-28 of the Nye Reply Report; (v) Exhibit NYE-DT 59 was submitted under seal as Exhibit PX 6 with Plaintiffs' August 11, 2023 Class Certification Reply Submissions;[1] and (vi) Exhibits NYE-DT- 61 and NYE-DT 62 are copies of academic literature discussed and cited in Section XI of the Nye Reply Report.

Dated: December 4, 2023

Respectfully submitted,

**AJAMIE LLP**

*s/ Thomas R. Ajamie*
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

---

[1] On August 17, 2023, Defendants filed a Notice of Non-Opposition to Unsealing with respect to this document and two others. Dkt. 123.

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Richard A. Russo, Jr. (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
Austin W. Manning (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
rrusso@ktmc.com
ehoey@ktmc.com
amanning@ktmc.com

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)
Wolfram T. Worms (admitted *pro hac vice*)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
wworms@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
Sara DiLeo (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)

3

        Lester R. Hooker (*pro hac vice* forthcoming)
        7777 Glades Road, Suite 300
        Boca Raton, FL 33434
        Telephone: (561) 394-3399
        Facsimile: (561) 394-3382
        msaxena@saxenawhite.com
        jwhite@saxenawhite.com
        lhooker@saxenawhite.com

*Co- Lead Counsel for Lead Plaintiffs*

**DANIELS & TREDENNICK PLLC**
Douglas A. Daniels
Texas State Bar No. 00793579
6363 Woodway, Suite 700
Houston, TX 77057
Telephone: (713) 917-0024
Facsimile: (713) 917-0026
Doug.Daniels@DTLawyers.com

*Additional Counsel for Lead Plaintiffs*

4

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, I caused a true and correct copy of the foregoing to be electrically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Thomas R. Ajamie*
Thomas R. Ajamie
