UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

**LEAD PLAINTIFFS' NOTICE OF CORRECTED FILING TO INCLUDE CERTAIN EXHIBITS REFERENCED IN THE DECEMBER 6, 2023 EVIDENTIARY HEARING DIRECT TESTIMONY OF ZACHARY NYE, Ph.D.**

<u>INDEX OF EXHIBITS</u>

| EXHIBIT | DOCUMENT |
|---|---|
| NYE-DT 29 | *Apache may have struck big in West Texas*, ASSOCIATED PRESS, (Sept. 7, 2016) |
| NYE-DT 30 | *APACHE STREET WRAP: New Play Adds "Fuel to the Bullish Fire,"* BLOOMBERG (Sept. 7, 2016) |
| NYE-DT 31 | BMO Capital Markets, *Apache, High on the Alpine* (Sept. 7, 2016) |
| NYE-DT 32 | Cowen and Company, *Apache Corporation, Alpine High* (Sept. 7, 2016) |
| NYE-DT 33 | Deutsche Bank, *Apache Corp., Addressing Onshore Resource Depth* (Sept. 7, 2016). |
| NYE-DT 34 | *Apache: Now That's an Gusher! -- Barron's Blog*, DOW JONES INSTITUTIONAL NEWS (Sept. 7, 2016) |
| NYE-DT 35 | *UPDATE 2-A resilient Apache Corp strikes oil in overlooked Texas field*, REUTERS (Sept. 7, 2016) |
| NYE-DT 36 | RBC Capital Markets, *APA - New Permian Resource Play Dubbed "Alpine High"* (Sept. 7, 2016) |
| NYE-DT 37 | *Apache gaps and runs higher on new resource play in Southern Delaware …*, THEFLYONTHEWALL.COM (Sept. 7, 2016) |

| EXHIBIT | DOCUMENT |
|---|---|
| NYE-DT 38 | *Apache's black gold in Texas*, THE TIMES (Sept. 7, 2016) |
| NYE-DT 39 | Simmons & Company, *Apache Corporation, Announces New Delaware Basin Play* (Sept. 7, 2016). |
| NYE-DT 40 | UBS, *Apache Corporation, Unveils New Gassy Play in the Southern Delaware Basin & Increases 2016 Capex; Raising 2P NAV* (Sept. 7, 2016) |
| NYE-DT 41 | *Blog Coverage Apache Hits the Biggest Oil Discovery in Southern Delaware Basin*, ACCESSWIRE (Sept. 8, 2016) |
| NYE-DT 42 | *Apache strikes in big in West Texas, Company believes there's a bounty of oil, natural gas in Permian field*, HOUSTON CHRONICLE (Sept. 8, 2016) |
| NYE-DT 43 | *Stocks End Lower As Oil Rallies 5%; Apache Soars 14% In Two Sessions*, INVESTOR'S BUSINESS DAILY (Sept. 8, 2016) |
| NYE-DT 44 | RBC Capital Markets, *Apache Corporation, Lofty Prospects for Alpine High* (Sept. 8, 2016) |
| NYE-DT 45 | *Wednesday's Energy Stocks: Apache surges on major oil, gas find; Duke dips on Norway's fund exclusion*, SNL ENERGY FINANCE DAILY (Sept. 8, 2016) |
| NYE-DT 46 | *Apache Touts New Delaware Basin Resource Play*, THE OIL DAILY, (Sept. 8, 2016) |
| NYE-DT 47 | *Apache +15% in two days after "game-changer" oil discovery*, Seeking Alpha (Sept. 8, 2016) |
| NYE-DT 48 | *Profits from Texas oil find could extend to Omaha; Northern Natural Gas has the pipelines, but railroads may benefit, too*, OMAHA WORLD-HERALD (Sept. 9, 2016) |
| NYE-DT 49 | *See where Apache Corp. says it found billions of barrels of oil; A sleepy corner of west Texas is home to an 'immense' discovery*, MARKETWATCH (Sept. 10, 2016) |
| NYE-DT 50 | *Apache Executive's Departure Sparks Worst Rout Since 2016 (2)*, BLOOMBERG (Oct. 25, 2019) |
| NYE-DT 51 | *Oil industry veteran Steven Keenan resigns from Apache Corp*, REUTERS (Oct. 25, 2019) |

| EXHIBIT | DOCUMENT |
|---|---|
| NYE-DT 52 | Press Release: Apache Corporation Discovers Significant New Resource Play in southern Delaware Basin (Sept. 7, 2016) (Dkt. 71-6) |
| NYE-DT 53 | StreetEvents Edited Transcript, *APA – Apache Corp Annual Shareholders Meeting* (May 11, 2017) (Dkt. 120-7) |
| NYE-DT 54 | RBC Capital Markets, *APA – Deferring Alpine High Natural Gas due to Poor Pricing* (Apr. 23, 2019) |
| NYE-DT 55 | Stephens, *Apache Corporation, First Look: APA Announces Temporary Deferral of Alpine High Gas Volumes* (Apr. 23, 2019) |
| NYE-DT 56 | *Apache cites poor Waha prices for decision to cut Permian gas production*, SNL FINANCIAL EXTRA (Apr. 23, 2019) |
| NYE-DT 57 | *Apache Defers Alpine High Gas Output Amid Permian Price Slump*, BLOOMBERG (Apr. 23, 2019) |
| NYE-DT 58 | *Tuesday's Energy Stocks: S&P 500 records new closing high*, SNL ENERGY FINANCE DAILY (Apr. 24, 2019) |
| NYE-DT 59 | Document bearing Bates Numbers APACHE_00005833 – APACHE_00005883 |
| NYE-DT 60 | Deposition Transcript of Lucy P. Allen, dated July 27, 2023 |
| NYE-DT 61 | Mark L. Mitchell & Jeffry M. Netter, the Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission, The Business Lawyer, Vol. 49, Feb. 1994 (545-90) |
| NYE-DT 62 | Roman L. Weil, et al., Litigation Services Handbook, The Role of the Financial Expert (3d Ed.) [excerpted] |