**NYE-DT 30**

```
Wire: Bloomberg First Word (BFW)
Date: Sep 7 2016  9:50:02
APACHE STREET WRAP: New Play Adds 'Fuel to the Bullish Fire'
```

By Michael Bellusci
     (Bloomberg) -- Apache shares up 10% after confirming discovery of significant new resource play, the "Alpine High," in southern portion of Delaware Basin, primarily in Reeves County, Texas; analyst see update as a catalyst, however market may need to see longer-term results.

ANALYST COMMENTARY Scotia Howard Weil (Pete Kissel)

* New play adds "fuel to the bullish fire"
* Resource model still needs to be built out; important factors appear to be the 4k-5k of "stacked pay" in up to 5 intervals, more than 2k future drilling locations already identified in the wet gas Woodford and Barnett intervals; these intervals yield est. NPV/well $4m-$20m at $50 oil, $3 natgas
* Sector outperform

RBC (Scott Hanold)

* Sees news generating significant investor interest
* Has potential to be major long-term growth development for APA
* Market may need to see longer-term well performance, returns given gas-weighted aspect of the production
* Sector perform, PT $60

Cowen (Charles Robertson II)

* Wells have strong economics vs APA's current U.S. portfolio with returns comparable to other "Tier 1" rich gas plays
* Infrastructure seen as main constraint as APA isn't able to sell gas until 2H17
* Market perform PT $56

Tudor Pickering (Jeoffrey Lambujon)

* Well results thus far show high IP rates with "some variability"; further ''de-risking'' needed before the market can ascribe more value
* Hold

Piper (Pearce Hammond)

* Multiple catalysts announced may ''awaken a sleepy stock"
* Overweight

DATA

* APA 10 buys, 20 holds, 6 sells avg PT $57: Bloomberg data
* YTD: APA +16% vs S5ENRS Index +15%

RELATED

* Aug. 31, APA shifts to Successful Efforts in Bid to Smooth Volatility: Bloomberg Intelligence
* Aug. 9, Apache's "conservative tact" may continue to cause investors to question quality, depth of Permian inventory: Citi

For Related News and Information:
First Word scrolling panel: FIRST
First Word newswire: NH BFW

To contact the reporter on this story:
Michael Bellusci in Toronto at mbellusci2@bloomberg.net
To contact the editor responsible for this story:
Arie Shapira at ashapira3@bloomberg.net

[TAGINFO]

APA US

NI STREETWRP
NI NRG
NI OILSHALE
NI GASSHALE
NI GASMARKET
NI FIELD
NI OILMARKET
NI MOV

-0- Sep/07/2016 13:50 GMT

---------------------------------========================--------------------------------
Copyright (c) 2023

############################# END OF STORY 1 #############################