# NYE-DT 31

# Apache

**BMO Capital Markets**

APA-NYSE | Rat ng **Market Perform** | Pr ce: Sep 7 **$55.13** | arget **$60.00** | ota Rtn **11%**

Oil & Gas - E&P

**Phillip Jungwirth, CFA** Ana yst
ph p ungw th@bmo com (303) 436-1127

Oana Dancescu
oana dancescu@bmo com (303) 825-1299

Jack K nd egan, CFA
Jack K nd egan@bmo com (303) 623-1386

ega Ent ty BMO Cap ta Markets Corp.

## High on the Alpine

**Bottom Line:** Apache's announcement of hav ng secured 307,000 net acres n the Southern De aware Bas n cou d represent a s gn f cant source of future qu ds r ch nventory, but tt e s known about the area termed A p ne H gh. Wh e peers are pay ng $20 40,000 per acre n more estab shed Perm an areas, Apache accumu ated th s pos t on at on y $1,300 per acre. h s report takes an n t a ook at A p ne H gh by rev ew ng ne ghbor ng h stor ca ndustry act v ty and quant fy ng what the d scovery cou d mean for Apache n terms of va uat on and returns.

### Key Points

**Activity poised to accelerate.** A p ne H gh represents a s gn f cant nvestment and future resu ts from th s ear y stage p ay w be c ose y watched g ven the sca e of the pos t on. Apache est mates 2,000 3,000 ocat ons n the Woodford and Barnett a one, wh ch cou d support a s x r g program over 20 years. Apache p ans to acce erate dr ng n the A p ne H gh, resu t ng n ts 2016 capex ncreas ng $0.2B to $2.0B. he m n mum retent on program w cons st of 4 5 r gs and 60 80 we s n the Woodford and Barnett on y, wh ch ke y equates to ~$400 500mm per year nc ud ng nfrastructure. We're ncreas ng 2017/18 product on est mates by 3/5% to account for A p ne H gh act v ty, wh e capex s ncreased by $270/340mm. We're us ng the owend of the EUR range (1.62Bcfe/1,000') due to m ted product on h story and g ven the m d po nt (2.81Bcfe/1,000') and h gh end (4.0Bcfe/1,000') f gures supp ed by Apache appear aggress ve when compared to other qu ds r ch p ays ke the Marce us and Ut ca.

**Alpine High Quickly Priced into Shares, Still Plenty of Risk.** Assum ng the ow end for EURs, we est mate an after tax IRR of 20% w th an NPV per ocat on of $1.0 mm ($1.61Boe). Assum ng a s x r g deve opment program and 2,000 ocat ons, BMO/NYMEX pr ce decks der ve a tota after tax NAV of $1.0/0.39B, or $3,309/$1,257 per acre. At the EUR m d po nt, we est mate a va uat on of $2.2 3.3B, or $7,200 10,600 per acre. And at the h gh end, our va uat on s $4 5.5B, or $13,000 17,800 per acre. Apache's stock pr ce a ready ref ects $1.3B of va ue for A p ne H gh g ven today's outperformance. We th nk yesterday s stock move arge y ref ects short cover ng, as h stor ca y, be ng short E&P stocks n the ear y days of a new exp orat on p ay has proved a d ff cu t strategy. hat sa d, fundamenta s w u t mate y preva and future stock performance w be determ ned by Apache's deve opment and de neat on success, project eve returns, and growth.

| Key Changes | | | | |
|---|---|---|---|---|
| **Rating** | **Target** | **Estimates** | **2016E** | **2017E** |
| **Mkt** | **$60.00** | **EPS** | **$(0.51)** | **$1.96** |
| | | *Previous* | *$(0.52)* | *$1.93* |
| | | **CFPS** | **$8.03** | **$11.16** |
| | | *Previous* | *$8.02* | *$10.97* |
| | | **O (Mbb /d)** | **284** | **290** |
| | | *Previous* | *284* | *288* |

| Company Data | | | n $ |
|---|---|---|---|
| D v dend | $1 00 | Sha es O/S (mm) | 379 4 |
| Y e d | 1 8% | Ma ket Cap (mm) | $20,918 |
| EV (mm) | $25,498 | Net Debt (mm) | $6,990 |

| BMO Est mates (FY-Dec ) | 2015A | 2016E | 2017E |
|---|---|---|---|
| EPS | $(0 27) | $(0 51)↑ | $1 96↑ |
| CFPS | $7 95 | $8 03↑ | $11 16↑ |
| O (Mbb /d) | 284 | 284↑ | 290↑ |
| Tota (Mboe/d) | 535 1 | 532 9↑ | 539 4↑ |
| EB TDAX (mm) | $3,854 | $3,543↑ | $4,971↑ |

| Consensus Est mates (FY-Dec ) | 2015A | 2016E | 2017E |
|---|---|---|---|
| EB TDA (mm) | | 3,069 | 4,382 |

| Va uat on (FY-Dec ) | 2015A | 2016E | 2017E |
|---|---|---|---|
| EV/EB TDA | 6 8x | 7 3x | 5 2x |
| P/E | NM | NM | 28 1x |
| Debt/EB TDA | 1 9x | 2 0x | 1 4x |

| QTR EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2015A | $5 93 | $0 22 | $(0 05) | $(0 06) |
| 2016E | $(0 83) | $(0 26) | $0 25 | $0 33 |
| 2017E | $0 37 | $0 43 | $0 46 | $0 70 |

### Our Thesis

We rate Apache Market Perform. We v ew Perm an nventory as m d t er, wh e nternat ona assets (North Sea and Egypt) de ver strong cash marg ns, resu t ng n a defens ve asset base. Apache trades be ow arge cap peers, but mproved cap ta eff c enc es and upgraded Perm an nventory cou d mean a turn ng po nt for the stock.

P ease efe to pages 10 to 12 fo mpo tant D sc osu es, nc ud ng Ana yst s Ce t f cat on

Apache B ock Summary Mode

| Commodity Assumptions | 2015A | 2016E | 2017E |
|---|---|---|---|
| WT O (US$/bb ) | $48 74 | $44 49 | $53 08 |
| B ent ($US/bb ) | 52 65 | 45 42 | 55 58 |
| Hen y Hub (US$/Mcf) | $2 65 | $2 48 | $3 25 |
| **Production** | **2015A** | **2016E** | **2017E** |
| O P oduct on (Mbb /d) | 284 4 | 283 7 | 289 9 |
| *Y/Y Change* | *-11.3%* | *-0.2%* | *2.2%* |
| Gas P oduct on (MMcf/d) | 1,130 9 | 1,123 7 | 1,131 0 |
| *Y/Y Change* | *-27.2%* | *-0.6%* | *0.7%* |
| NGL P oduct on (Mbb /d) | 62 2 | 62 0 | 61 0 |
| *Y/Y Change* | *-7.2%* | *-0.4%* | *-1.6%* |
| Tota P oduct on (MBoe/d) | 535 1 | 532 9 | 539 4 |
| *Y/Y Change* | *-17.2%* | *-0.4%* | *1.2%* |
| **Per Unit Metrics ($/BOE)** | **2015A** | **2016E** | **2017E** |
| P e Hedge Rea zat on | $32 45 | $28 87 | $35 10 |
| Lease Ope at ng Expense | 9 49 | 7 06 | 6 47 |
| O and Natu a Gas Taxes | 1 44 | 0 86 | 1 02 |
| GP&T | 1 08 | 1 04 | 0 89 |
| DD&A | 19 74 | 13 69 | 13 82 |
| G&A | 1 93 | 2 01 | 2 00 |
| nte est | 1 53 | 2 09 | 1 99 |
| **Income Statement ($MM)** | **2015A** | **2016E** | **2017E** |
| Tota Revenues | 6,366 | 5,697 | 7,016 |
| Ad usted Net ncome | (102) | (194) | 743 |
| D uted EPS - Ad usted | (0 27) | (0 51) | 1 96 |
| EB TDAX | 3,854 | 3,543 | 4,971 |
| **Cash Flow Statement ($MM)** | **2015A** | **2016E** | **2017E** |
| D sc et ona y Cash F ow | 3,004 | 2,565 | 4,230 |
| Capex | (4,811) | (2,170) | (3,552) |
| Cash F ow F om nvestments | 676 | (2,093) | (3,552) |
| Re nvestment Rate (Capex/DCF) | 161% | 86% | 84% |
| **Balance Sheet ($MM)** | **2015A** | **2016E** | **2017E** |
| Cash | $1,467 | $1,688 | $1,867 |
| PP&E | 14,119 | 19,946 | 20,778 |
| Tota Assets | 18,842 | 24,636 | 25,647 |
| Debt | 8,777 | 8,719 | 8,719 |
| Equ ty/M no ty nte est | 4,228 | 8,772 | 9,239 |
| Tota L ab t es and Equ ty | 18,842 | 24,636 | 25,647 |
| Net Debt/EB TDAX | 1 9x | 2 0x | 1 4x |

Sou ce: BMO Cap ta Ma kets, Company Repo ts

New Scenarios

## Valuation

We est mate fa va ue of APA sha es us ng seve a methodo og es, nc ud ng h sto ca mu t p es of EB TDA, e at ve t ad ng mu t p es of pee s, and abso ute va ue ut z ng an afte -tax net asset va ue (NAV) app oach Ou Ta get P ce of $60 ep esents 9% ups de to the cu ent stock p ce and equates to 6 0x ou 2017 EB TDA est mate and 1 1x ou NAV

## Upside Scenario 65.00

A $5 00/$0 25 (O /Gas) pos t ve change to ou sho t- and ong-te m commod ty p ce assumpt ons esu t n 11% and 25% nc eases to ou 2018 EB TDA and NAV est mates, espect ve y App y ng the same EV/EB TDA and P/NAV mu t p es used fo ou Ta get P ce, we a ve at an Ups de Scena o p ce of $65

## Downside Scenario 45.00

A $5 00/$0 25 (O /Gas) negat ve change to ou sho t and ong te m commod ty p ce assumpt ons esu t n a 11% and 26% dec ne n ou 2018 EB TDA and NAV est mates, espect ve y App y ng the same EV/EB TDA and P/NAV mu t p es used fo ou Ta get P ce, we a ve at a Downs de Scena o p ce of $45

-18%
+9%
+18%
Downside Scenario 45.00
Current Price $55.13
Target Price $60.00
Upside Scenario 65.00

## Company Description

Apache Co po at on was estab shed n M nnesota n 1954 Apache s U S ope at ons nc ude the Oute Cont nenta She f, Anada ko Bas n, Pe m an Bas n, the Texas-Lou s ana Gu f Coast and East Texas nte nat ona ope at ons a e ocated n Canada, offsho e Aust a a, Egypt, the No th Sea, and A gent na

APA-NYSE Resea ch

ndust y Resea ch

Company Mode s



## High on the Alpine

Apache's announcement of having secured 307,000 net acres in the Southern Delaware Basin could represent a significant source of future liquids-rich inventory, but little is known about the area termed Alpine High, with minimal historical industry activity around the position. While peers are paying $20,000-40,000 per acre in more established Permian areas, Apache accumulated this position at only $1,300 per acre. Even so, Alpine High still represents a significant investment and future results from this early-stage play will be closely watched given the scale of the position. The primary target in the Southern Delaware Basin has been the Wolfcamp, although this zone thins and is shallower toward the Reeves and Jeff Davis County line. Apache's primary target appears to be the Woodford and Barnett, which produce a high percentage of natural gas, although the company has drilled one Wolfcamp and one Bone Spring well, which have higher initial oil rates. These wells are in addition to six Woodford and one Barnett well, all of which are producing limited quantities due to infrastructure constraints. In total, Alpine High has 4,000-5,000' of stacked pay across these intervals (also Pennsylvanian) and estimated 2,000-3,000 locations in the Woodford and Barnett alone. This level of inventory could support a six-rig program over 20 years.

Based on these results, Apache plans to accelerate delineation and development of the Alpine High, resulting in its 2016 capital budget increasing $0.2B to $2.0B, of which 25% is dedicated to Alpine High. The minimum retention program will consist of 4-5 rigs and 60-80 wells in the Woodford and Barnett only, which likely equates to ~$400-500 mm per year including infrastructure (40% of 2016 capex is infrastructure). We are increasing our 2017/18 production estimates by 3/5% (mostly natural gas) to account for Alpine High activity, while capex is increased by $270/340 mm. We're using the low-end of the EUR range (1.62Bcfe/1,000') due to limited production history and given the mid-point (2.81Bcfe/1,000') and high-end (4.0Bcfe/1,000') figures supplied by Apache appear aggressive when compared to other liquids-rich plays like the Marcellus and Utica.

**Exhibit 1: Alpine High Acreage Map**



Source: Company reports

**Exhibit 2: Minimal Industry Activity Near Acreage Position**



Source: HPDI

**Exhibit 3: Geology of the Southern Delaware Basin**



Source: Company reports

**Exhibit 4: Historical Peak Month Oil Per Well Near Alpine High**



Source: HPDI

As shown in Exhibit 2, minimal historical production has been achieved near Alpine High, although we found production history on several horizontal wells in this area over the past 10 years. We plot cumulative production and natural gas as a percentage of total production in Exhibits 5 and 6. As shown, only three wells have a meaningful amount of production history and were drilled in 2007-08, with the targeted identified as "Shale." As shown in Exhibit 6, these three wells were 100% natural gas.

**Exhibit 5: Cumulative Production History from Horizontals Drilled Near Alpine High**



Source: BMO Capital Markets, HPDI.

**Exhibit 6: Gas Mix for Horizontals Drilled Near Alpine High**



Source: BMO Capital Markets, HPDI

While industry hasn't achieved much success at Alpine High, Apache's initial results are more promising. No production data is filed with the TRRC (W2 IP rates or monthly production), although Apache reported initial production rates on nine wells (Exhibit 7). The well names are in the same numbered order as shown on the map in Exhibit 1. Mont Blanc 1H and 3H carry the highest rates (16:1) and are near the northern part of the Alpine High acreage, while Ortler 1H has the lowest rate and is near the southern part of Reeves along the Jeff Davis County border. Wells 1, 2, 5, and 7 have achieved similar rates and are near the eastern part of Alpine High. That said, it's clearly too early to begin identify sweet spots and, interestingly, Mont Blanc 1H and 3H have varying oil cuts.



**Exhibit 7: Alpine High Initial Production Rates**

| | Well | Reservoir | Gas | Oil | Boe | IP Rate 16:1 | % Oil | Yield | NGLs |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Spanish Trail 1H | Woodford | 6,484 | 108 | 1,189 | 513 | 9% | 158 | 1,024 |
| 2 | Weissmies 1H | Woodford | 7,122 | 281 | 1,468 | 726 | 19% | 139 | 990 |
| 3 | Ortler 1H | Woodford | 1,752 | 16 | 308 | 126 | 5% | 140 | 245 |
| 4 | Mont Blanc 1H | Woodford | 17,068 | 24 | 2,869 | 1,091 | 1% | 88 | 1,502 |
| 5 | Cheyenne 1H | Woodford | 6,517 | 227 | 1,313 | 634 | 17% | 159 | 1,036 |
| 6 | Mont Blanc 3H | Barnett | 11,400 | 508 | 2,408 | 1,221 | 21% | 148 | 1,687 |
| 7 | Fox State 1H | Woodford | 6,744 | 72 | 1,196 | 494 | 6% | 134 | 904 |
| 8 | Redwood 1P | Wolfcamp | 4,500 | 700 | 1,450 | 981 | 48% | | |
| 9 | Mont Blanc 2H | Bone Spring | 1,500 | 854 | 1,104 | 948 | 77% | | |

Source: BMO Capital Markets, company reports

We summarized Apache's EUR and D&C disclosure in Exhibit 8 for normally pressured (low) and over-pressured (high) settings, and took the mid-point of each. As shown, Apache's type curve assumes 11-12% oil, while EUR per lateral foot ranges from 1.62-4.0Bcfe. In development mode, D&C is expected to average $1.0-1.5 mm per 1,000 lateral foot, with infrastructure being an additional cost. Apache plans to install temporary processing capacity, evaluate midstream development and market access option in 2H16, while build out in-field processing and gathering in 2017. Apache also mentioned establishing Alpine High midstream enterprise. Excluding infrastructure, the implied F&D (25% royalty) is $0.49-0.80Mcfe, putting the Alpine High on par with the best of the Marcellus/Utica.

**Exhibit 8: Alpine High Low and High Case EUR, D&C, F&D**

| Woodford/Barnett (4,100' Lateral) | Low | Mid | High | | Low | Mid | High |
|---|---|---|---|---|---|---|---|
| EUR | | | | D&C | | | |
| Oil | 120 | 220 | 320 | To Date ($MM) | $ 5.5 | $ 6.8 | $ 8.0 |
| NGL | 320 | 535 | 750 | Development ($MM) | $ 4.0 | $ 5.0 | $ 6.0 |
| Gas | 4,000 | 7,000 | 10,000 | To Date / Ft | $1,341 | $1,646 | $1,951 |
| Total (MBoe) | 1,107 | 1,922 | 2,737 | Development / Ft | $ 976 | $1,220 | $1,463 |
| Total (Bcfe) | 6.6 | 11.5 | 16.4 | | | | |
| % Oil | 11% | 11% | 12% | F&D | | | |
| % NGL | 29% | 28% | 27% | To Date ($/Boe) | $ 6.63 | $ 4.68 | $ 3.90 |
| % Gas | 60% | 61% | 61% | Development ($/Boe) | $ 4.82 | $ 3.47 | $ 2.92 |
| EUR/Ft (Boe) | 270 | 469 | 667 | To Date ($/Mcfe) | $ 1.10 | $ 0.78 | $ 0.65 |
| EUR/Ft (Bcf) | 1.62 | 2.81 | 4.00 | Development ($/Mcfe) | $ 0.80 | $ 0.58 | $ 0.49 |

Source: BMO Capital Markets, company reports

With no public production data available, we leveraged type curves from other covered companies in the SCOOP, Marcellus, Utica, and Eagle Ford as Apache has noted that its Alpine High wells are tracking type curves for these plays. In Exhibit 9, we present these curves (BMO estimates and 16:1/Ft) and compared them to Apache's low-, mid-, and high-case EUR. As shown, the low case is comparable to CLR/MRO SCOOP, AR/EQT/ECR Marcellus/Utica, and NBL/MRO Eagle Ford. The mid-point would be above XEC Delaware, PXD Eagle Ford, and RICE Marcellus, while the high end would be in line with COG Marcellus. As such, we feel using the low end is appropriate until more production history is realized. Also, Exhibit 10 compares first-year cumulative production (16:1/Ft) to that of other shale plays and reaches a similar conclusion.

**Exhibit 9: BMO Type Curves for Alpine High and Other Liquids-Rich Plays**



Source: BMO Capital Markets, HPDI

**Exhibit 10: Alpine High Low-Case First-Year Cum Is Comparable to the Average of Other Shale Plays**



Source: BMO Capital Markets, HPDI

In Exhibit 11, we compared Apache's low-, mid-, and high-case implied F&D (16:1) to Marcellus, Utica, Eagle Ford, SCOOP, and STACK operators based on public disclosure. While differentials and operating costs will vary, we view this as directionally a methodology to gauge rate of return based on company disclosure. As shown, the low end of Apache's EUR range would imply a F&D (16:1) slightly above the average, while the mid-point would be below. The high-end EUR would imply an F&D that suggests returns competitive with the best of these plays.

**Exhibit 11: Marcellus, Utica, Eagle Ford, SCOOP, STACK, Alpine High Implied F&D (16:1)**



Source: BMO Capital Markets, company reports

While it's much too early to begin thinking about spacing, many liquids-rich gas plays are ultimately developed on 1,000' inter-lateral spacing. While Apache will likely have the potential for longer laterals, we've assumed the location count is based on lateral lengths consistent with published well economics. As such, we back into ~7,500 gross locations assuming both Barnett and Woodford are prospective across Alpine High. Apache appears to risk its acreage by one-third and provides no credit for the Wolfcamp or Bone Spring, assuming the mid-point of its 2,000-3,000 location count.



**Exhibit 12: Alpine High Acreage Risking and Location Assumptions**

| | Unrisked Acreage | | Risked Acreage | | | | Spacing per Section | | | Unrisked Locations | | Risked Locations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Formation | Gross | Net | Gross | Net | Risk Factor | Lateral | Spacing | Wells | Acres | Gross | Net | Gross | Net |
| Woodford | 352,000 | 307,000 | 117,920 | 102,845 | 34% | 4,100 | 1,000 | 6.8 | 94 | 3,740 | 3,262 | 1,253 | 1,093 |
| Barnett | 352,000 | 307,000 | 117,920 | 102,845 | 34% | 4,100 | 1,000 | 6.8 | 94 | 3,740 | 3,262 | 1,253 | 1,093 |
| | | | | | | | | | | 7,480 | 6,523 | 2,506 | 2,185 |
| | | | | | | | | | | | Low | 2,000 | |
| | | | | | | | | | | | High | 3,000 | |
| | | | | | | | | | | | Mid | 2,500 | |

Source: BMO Capital Markets, company reports

Based on limited information, we built a generic well economics model for Alpine High using the low-end of Apache's EUR range and targeted $4 mm D&C (plus 10% for infrastructure). Our model derives an 869MBoe three-stream EUR and is based on a 30 year economic life and 8% terminal decline. We think most E&Ps provide 3P EURs based on 50 years and 5-6%, and if we used these assumptions our EUR would be 1,100MBoe, although the difference has minimal PV impact. We use BMO's commodity price forecast. Implied F&D is $6.75/Boe for 11% oil. Lease operating expense is <$5/Boe over the life of the well, while production taxes are tailored to Texas regulations. We include income taxes and use a 10% discount rate. Our model derives an after-tax NPV per well of ~$1.0 mm. Total NPV would be influenced by development timing, contango in BMO's commodity price forecast, while tax basis information is limited to acreage costs.

**Exhibit 13: Alpine High Well Economics Model (Woodford/Barnett Low Case)**

| | Gross Production | | | | Net Production | | | | Realizations | | | Net Sales | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Oil | Gas | NGL | Boe | Oil | Gas | NGL | Boe | Oil | Gas | NGL | Oil | Gas | NGL |
| 1 | 21.1 | 702 3 | 56.2 | 194 3 | 15 8 | 526.7 | 42.1 | 145.7 | $ 46.53 | $ 3.01 | $ 11.95 | 735 | 1,583 | 504 |
| 2 | 10.2 | 340 3 | 27.2 | 94 2 | 7.7 | 255.3 | 20.4 | 70.6 | $ 53.70 | $ 2.99 | $ 12.95 | 411 | 763 | 264 |
| 3 | 7.4 | 248 2 | 19.9 | 68.7 | 5 6 | 186.1 | 14.9 | 51.5 | $ 59.50 | $ 3.05 | $ 13.77 | 332 | 568 | 205 |
| 4 | 5.9 | 196 8 | 15.7 | 54 5 | 4.4 | 147.6 | 11.8 | 40.8 | $ 62.00 | $ 3.18 | $ 13.94 | 275 | 469 | 165 |
| 5 | 5.0 | 165.7 | 13.3 | 45 8 | 3.7 | 124.3 | 9.9 | 34.4 | $ 62.00 | $ 3.30 | $ 14.04 | 231 | 410 | 140 |
| 6 | 4.3 | 142.7 | 11.4 | 39 5 | 3 2 | 107.0 | 8.6 | 29.6 | $ 62.00 | $ 3.30 | $ 14.04 | 199 | 353 | 120 |
| 7 | 3.8 | 125 8 | 10.1 | 34 8 | 2 8 | 94.3 | 7.5 | 26.1 | $ 62.00 | $ 3.30 | $ 14.04 | 175 | 311 | 106 |
| 8 | 3.4 | 113 3 | 9.1 | 31.4 | 2 6 | 85.0 | 6.8 | 23.5 | $ 62.00 | $ 3.30 | $ 14.04 | 158 | 281 | 95 |
| 9 | 3.1 | 103 2 | 8.3 | 28 6 | 2 3 | 77.4 | 6.2 | 21.4 | $ 62.00 | $ 3.30 | $ 14.04 | 144 | 255 | 87 |
| 10 | 2.8 | 94 6 | 7.6 | 26 2 | 2.1 | 70.9 | 5.7 | 19.6 | $ 62.00 | $ 3.30 | $ 14.04 | 132 | 234 | 80 |
| 11 | 2.6 | 87 0 | 7.0 | 24.1 | 2 0 | 65.3 | 5.2 | 18.1 | $ 62.00 | $ 3.30 | $ 14.04 | 121 | 215 | 73 |
| 12 | 2.4 | 80 2 | 6.4 | 22 2 | 1 8 | 60.1 | 4.8 | 16.6 | $ 62.00 | $ 3.30 | $ 14.04 | 112 | 198 | 68 |
| 13 | 2.2 | 73 9 | 5.9 | 20 5 | 1.7 | 55.4 | 4.4 | 15.3 | $ 62.00 | $ 3.30 | $ 14.04 | 103 | 183 | 62 |
| 14 | 2.0 | 68 2 | 5.5 | 18 9 | 1 5 | 51.1 | 4.1 | 14.1 | $ 62.00 | $ 3.30 | $ 14.04 | 95 | 169 | 57 |
| 15 | 1.9 | 62 9 | 5.0 | 17.4 | 1.4 | 47.2 | 3.8 | 13.1 | $ 62.00 | $ 3.30 | $ 14.04 | 88 | 156 | 53 |
| 16 | 1.7 | 58.1 | 4.7 | 16.1 | 1 3 | 43.6 | 3.5 | 12.1 | $ 62.00 | $ 3.30 | $ 14.04 | 81 | 144 | 49 |
| **Total** | **79.9** | **2,663.4** | **213.1** | **736.9** | **59.9** | **1,997.5** | **159.8** | **552.6** | **$56.63** | **$3.15** | **NA** | **3,393** | **6,292** | **2,128** |
| After | 14.3 | 477 3 | 38.2 | 132.1 | 10.7 | 358.0 | 28.6 | 99.0 | $62.00 | $3.30 | $14.04 | 666 | 1,181 | 402 |
| **Total** | **94.2** | **3,140.7** | **251.3** | **868.9** | **70.7** | **2,355.5** | **188.4** | **651.7** | **$57.44** | **$3.17** | **NA** | **4,059** | **7,474** | **2,530** |

| | Operating Costs | | Production Tax | | Transportation | | | D&C | Pre-tax | DD&A | Net | Income | After-tax | Discounted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Amount | $/Boe | Amount | $/Boe | Amount | $/Boe | G&A | Cost | Cash Flow | MACRS | Income | Taxes | Cash Flow | Cash Flow |
| 1 | 230 | 1 58 | 234 | 1.61 | - | - | - | 4,400 | (2,042) | 157 | 2,200 | - | (2,042) | (2,186) |
| 2 | 155 | 2.19 | 120 | 1.70 | - | - | - | | 1,164 | 270 | 895 | - | 1,164 | 1,002 |
| 3 | 135 | 2 63 | 92 | 1.79 | - | - | - | | 878 | 193 | 685 | 151 | 727 | 573 |
| 4 | 125 | 3 06 | 75 | 1.85 | - | - | - | | 708 | 138 | 570 | 199 | 508 | 363 |
| 5 | 118 | 3.44 | 65 | 1.89 | - | - | - | | 597 | 98 | 499 | 175 | 422 | 275 |
| 6 | 114 | 3 84 | 56 | 1.89 | - | - | - | | 503 | 98 | 405 | 142 | 361 | 213 |
| 7 | 110 | 4 22 | 49 | 1.89 | - | - | - | | 433 | 98 | 335 | 117 | 316 | 170 |
| 8 | 108 | 4 57 | 45 | 1.89 | - | - | - | | 382 | 50 | 333 | 116 | 266 | 130 |
| 9 | 105 | 4 92 | 41 | 1.89 | - | - | - | | 340 | - | 340 | 119 | 221 | 98 |
| 10 | 104 | 5 28 | 37 | 1.89 | - | - | - | | 305 | - | 305 | 107 | 198 | 80 |
| 11 | 102 | 5 65 | 34 | 1.89 | - | - | - | | 274 | - | 274 | 96 | 178 | 65 |
| 12 | 101 | 6 05 | 32 | 1.89 | - | - | - | | 246 | - | 246 | 86 | 160 | 53 |
| 13 | 99 | 6.48 | 29 | 1.89 | - | - | - | | 220 | - | 220 | 77 | 143 | 43 |
| 14 | 98 | 6 94 | 27 | 1.89 | - | - | - | | 196 | - | 196 | 69 | 128 | 35 |
| 15 | 97 | 7.43 | 25 | 1.89 | - | - | - | | 175 | - | 175 | 61 | 114 | 28 |
| 16 | 96 | 7 96 | 23 | 1.89 | - | - | - | | 155 | - | 155 | 54 | 101 | 23 |
| **Total** | **1,897** | **3.43** | **984** | **1.78** | - | - | - | **4,400** | **4,534** | **1,100** | **7,834** | **1,569** | **2,965** | **965** |
| After | 1,277 | 12 89 | 188 | 1.90 | - | - | - | -- | 784 | - | 784 | 280 | 504 | 83 |
| **Total** | **3,174** | **4.87** | **1,172** | **1.80** | - | - | - | **4,400** | **5,318** | **1,100** | **8,618** | **1,849** | **3,468** | **1,048** |

Source: BMO Capital Markets.

NYE_00014660

In Exhibit 14, we present estimated single well economics using the assumptions outlined above. As shown, we estimate an after-tax IRR of 20% with an NPV per location of $1.0mm ($1.61Boe). We also include scenarios using the mid- and high end of the EUR range and a NYMEX price deck. Also, in Exhibit 14, we include a net asset value estimate for Alpine High based on a six-rig program and 2,000 net locations. Assuming the low end for EURs, BMO/NYMEX price decks derive a total after-tax valuation of $1.0/0.39B, or $3,309/$1,257 per acre. At the mid-point, we estimate a total after-tax valuation of $2.2-3.3B, or $7,200-$10,600 per acre. And at the high end, our valuation is $4-5.5B, or $13,000-17,800 per acre. Apache's stock price already reflects $1.3B of value for Alpine High based on today's outperformance.

**Exhibit 14: Alpine High Well Economics and Project Net Asset Value**

| | Low EUR | | Mid EUR | | High EUR | |
|---|---|---|---|---|---|---|
| | BMO | NYMEX | BMO | NYMEX | BMO | NYMEX |
| Drill and complete cost ($MM) | $4.4 | $4.4 | $5.5 | $5.5 | $6.6 | $6.6 |
| Royalty | 25% | 25% | 25% | 25% | 25% | 25% |
| EUR (MBoe) | 869 | 869 | 1,503 | 1,503 | 2,137 | 2,137 |
| Net EUR (MBoe) | 652 | 652 | 1,127 | 1,127 | 1,603 | 1,603 |
| NPV ($MM) | $1.0 | $0.4 | $3.7 | $2.7 | $6.3 | $4.8 |
| NPV/Boe | $1.61 | $0.67 | $3.27 | $2.36 | $3.92 | $3.02 |
| IRR | 20% | 14% | 42% | 33% | 59% | 47% |
| Implied F&D Cost ($/Boe) | $ 6.75 | $ 6.75 | $ 4.88 | $ 4.88 | $ 4.12 | $ 4.12 |
| Payback | 1.8x | 1.5x | 2.5x | 2.2x | 3.1x | 2.6x |
| | | | | | | |
| **Project DCF** | | | | | | |
| EUR (MMBoe) | 1,735 | 1,735 | 3,002 | 3,002 | 4,268 | 4,268 |
| Net EUR (MMBoe) | 1,302 | 1,302 | 2,251 | 2,251 | 3,201 | 3,201 |
| NPV ($MM) | $1,016 | $386 | $3,260 | $2,201 | $5,476 | $3,988 |
| NPV/Well ($MM) | $0.51 | $0.19 | $1.63 | $1.10 | $2.74 | $2.00 |
| NPV/Boe | $0.78 | $0.30 | $1.45 | $0.98 | $1.71 | $1.25 |
| IRR | 22% | 14% | 43% | 32% | 60% | 45% |
| Implied F&D Cost ($/Boe) | $7.04 | $7.04 | $5.00 | $5.00 | $4.17 | $4.17 |
| NPV/Acre | $ 3,309 | $ 1,257 | $ 10,619 | $ 7,170 | $ 17,837 | $ 12,990 |

Source: BMO Capital Markets



## Exhibit 15: Apache Summary Financial Model

| | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 2015 | 1Q16 | 2Q16 | 3Q16E | 4Q16E | 2016E | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **E&P Production & Pricing** | | | | | | | | | | | | | | | | | | | | |
| **Production Volumes:** | | | | | | | | | | | | | | | | | | | | |
| Crude oil (MBbls/d) | 297.2 | 302.3 | 284.7 | 253.7 | 284.4 | 277.3 | 285.0 | 290.1 | 282.3 | 283.7 | 281.8 | 286.7 | 288.9 | 301.8 | 289.8 | 302.6 | 305.6 | 305.7 | 311.9 | 306.5 |
| Natural gas (MMcf/d) | 1,137.8 | 1,151.7 | 1,162.2 | 1,032.8 | 1,130.9 | 1,135.6 | 1,123.3 | 1,134.6 | 1,101.4 | 1,123.7 | 1,104.0 | 1,129.7 | 1,128.7 | 1,161.0 | 1,131.0 | 1,163.8 | 1,185.5 | 1,189.9 | 1,206.7 | 1,186.2 |
| NGLs (Bbls/d) | 55.0 | 62.8 | 63.8 | 67.2 | 62.2 | 64.9 | 63.2 | 60.8 | 59.1 | 62.0 | 59.2 | 60.5 | 61.5 | 62.9 | 61.0 | 64.6 | 66.6 | 68.0 | 69.7 | 67.2 |
| **Combined equivalent volumes (Mboe/d)** | 590.8 | 563.8 | 542.2 | 493.1 | 546.1 | 531.5 | 535.5 | 539.9 | 525.0 | 533.0 | 525.0 | 535.5 | 538.5 | 558.2 | 539.4 | 561.0 | 569.7 | 571.9 | 582.7 | 571.4 |
| % Oil | 50% | 54% | 53% | 51% | [illegible] | 52% | 53% | 54% | 54% | [illegible] | 54% | 54% | 54% | 54% | [illegible] | 54% | 54% | 53% | 54% | [illegible] |
| **Realizations (After Hedges)** | | | | | | | | | | | | | | | | | | | | |
| Crude oil (MMBbls) | $ 46.12 | $ 58.09 | $ 46.34 | $ 38.86 | $ 47.72 | $ 31.51 | $ 43.14 | $ 46.14 | $ 47.28 | $ 42.18 | $ 48.04 | $ 58.53 | $ 58.54 | $ 54.24 | $ [illegible] | $ 59.35 | $ 59.32 | $ 59.31 | $ 59.30 | $ [illegible] |
| Natural gas (Bcf) | $ 2.93 | $ 2.73 | $ 2.89 | $ 2.66 | $ [illegible] | $ 2.15 | $ 2.04 | $ 2.75 | $ 3.07 | $ [illegible] | $ 3.31 | $ 2.87 | $ 2.87 | $ 3.03 | $ [illegible] | $ 3.03 | $ 3.03 | $ 3.02 | $ 3.03 | $ [illegible] |
| NGLs (MBbls) | $ 11.79 | $ 10.21 | $ 8.38 | $ 9.88 | $ [illegible] | $ 7.16 | $ 10.22 | $ 11.44 | $ 12.02 | $ 10.16 | $ 12.52 | $ 12.20 | $ 12.48 | $ 12.92 | $ 12.64 | $ 13.95 | $ 13.53 | $ 13.70 | $ 14.07 | $ 13.82 |
| **Combined equivalent (per Boe)** | $ [illegible] | $ [illegible] | $ 31.51 | $ 28.01 | $ 32.46 | $ 21.81 | $ 28.46 | $ 31.86 | $ 33.10 | $ 28.87 | $ 34.16 | $ 34.40 | $ 34.50 | $ 37.00 | $ 35.10 | $ [illegible] | $ [illegible] | $ [illegible] | $ [illegible] | $ [illegible] |
| **Benchmark Price** | | | | | | | | | | | | | | | | | | | | |
| Natural Gas - HH (Bid Week) | $ 2.97 | $ 2.67 | $ 2.73 | $ 2.24 | $ 2.66 | $ 1.99 | $ 1.86 | $ 2.75 | $ 3.32 | $ 2.48 | $ 3.75 | $ 3.00 | $ 3.00 | $ 3.26 | $ 3.26 | $ 3.25 | $ 3.25 | $ 3.25 | $ 3.25 | $ 3.25 |
| Oil - NYMEX | $ 48.55 | $ 57.84 | $ 46.52 | $ 42.04 | $ 48.74 | $ 33.41 | $ 45.96 | $ 49.00 | $ 49.00 | $ 44.48 | $ 50.50 | $ 53.00 | $ 53.00 | $ 55.80 | $ [illegible] | $ 61.00 | $ 61.00 | $ 61.00 | $ 61.00 | $ 61.00 |
| **Income Statement ($ in millions)** | | | | | | | | | | | | | | | | | | | | |
| E&P | 1,638.8 | 1,952.0 | 1,572.0 | 1,221.0 | [illegible] | 1,087.0 | 1,386.0 | 1,603.6 | 1,628.1 | 5,704.7 | 1,637.7 | 1,704.6 | 1,736.8 | 1,937.5 | 7,016.9 | 2,047.7 | 2,090.6 | 2,115.6 | 2,159.8 | 8,413.8 |
| Other | (8.0) | 25.0 | (76.0) | 42.0 | (17.0) | (4.0) | (4.0) | - | - | (8.0) | - | - | - | - | | - | - | - | - | |
| **Total revenues** | 1,630.0 | 1,977.0 | 1,496.0 | 1,263.0 | 6,366.0 | 1,083.0 | 1,382.0 | 1,603.6 | 1,628.1 | 5,696.7 | 1,637.7 | 1,704.6 | 1,736.8 | 1,937.0 | 7,016.0 | 2,047.7 | 2,090.6 | 2,115.6 | 2,159.8 | 8,413.8 |
| Lease operating expense | 401.0 | 467.0 | 450.0 | 456.0 | 1,864.0 | 378.0 | 359.0 | 323.4 | 317.5 | 1,377.9 | 313.3 | 316.7 | 317.1 | 326.9 | 1,274.1 | 325.0 | 327.4 | 324.9 | 330.3 | 1,307.6 |
| Gathering, processing, transportation | 56.0 | 49.0 | 58.0 | 48.0 | 211.0 | 52.0 | 52.0 | 50.9 | 48.3 | 203.2 | 45.9 | 44.6 | 42.6 | 41.7 | 174.8 | 40.2 | 38.4 | 37.9 | 37.3 | 164.8 |
| Exploration | - | - | - | - | | 95.0 | 91.0 | 50.0 | 50.0 | 286.0 | 50.0 | 50.0 | 50.0 | 50.0 | 200.0 | 50.0 | 50.0 | 50.0 | 50.0 | 200.0 |
| DD&A | 1,118.0 | 1,042.0 | 945.0 | 895.0 | 4,000.0 | 716.0 | 707.0 | 707.2 | 692.7 | 2,822.9 | 695.2 | 718.8 | 722.4 | 744.9 | 2,872.1 | 741.1 | 754.7 | 762.8 | 776.1 | [illegible] |
| Impairment | 7,228.0 | 5,816.0 | 5,721.0 | 6,760 | 25,617.0 | - | 173.0 | - | - | 173.0 | - | - | - | - | | - | - | - | - | |
| G&A | 82.0 | 111.0 | 86.0 | 98.0 | 377.0 | 93.0 | 103.0 | 99.3 | 96.6 | 391.9 | 94.5 | 97.5 | 99.1 | 102.7 | 393.7 | 101.8 | 103.7 | 105.2 | 107.2 | 417.1 |
| Taxes other than income | 73.0 | 56.0 | 104.0 | 50.0 | 282.0 | 11.0 | 65.0 | 45.2 | 46.4 | 167.6 | 48.2 | 49.3 | 50.5 | 53.7 | 201.8 | 57.3 | 59.1 | 60.7 | 62.4 | 239.6 |
| **EBIT** | (7,400.0) | (6,503.0) | (6,808.0) | (7,044.0) | (26,876.0) | (282.0) | (188.0) | 327.5 | 378.6 | 274.2 | 380.6 | 420.5 | 464.2 | 618.1 | 1,880.4 | 738.1 | 768.5 | 774.9 | 796.6 | [illegible] |
| Interest expense | 78.0 | 63.0 | 107.0 | 59.0 | 298.0 | 105.0 | 104.0 | 99.4 | 98.9 | 407.3 | 98.2 | 98.2 | 98.0 | 98.1 | 392.6 | 97.8 | 95.5 | 95.1 | 89.4 | 377.7 |
| Other | (54.0) | (66.0) | (367.0) | (1,565.0) | (2,052.0) | (15.0) | (9.0) | - | - | (24.0) | - | - | - | - | | - | - | - | - | |
| **Pretax Income** | (7,624.0) | (6,882.0) | (6,342.0) | (8,688.0) | (28,228.0) | (382.0) | (281.0) | 228.1 | 277.8 | (157.1) | 282.3 | 328.4 | 368.2 | 520.0 | 1,500.0 | 636.4 | 666.8 | 679.8 | 707.2 | [illegible] |
| Income tax | (3,020.0) | (860.0) | (791.0) | (798.0) | (6,469.0) | (11.0) | (81.0) | 81.8 | 98.9 | 88.6 | 104.2 | 121.7 | 128.1 | 187.0 | 541.1 | 228.9 | 237.7 | 244.2 | 254.2 | [illegible] |
| *Effective tax rate %* | 40.1% | 15.1% | 12.5% | 9.2% | 19.4% | 2.9% | 28.8% | 35.8% | 35.6% | [illegible] | 35.6% | 36.0% | 36.0% | 36.0% | [illegible] | 36.0% | 36.0% | 35.9% | 35.9% | [illegible] |
| **After Tax Income** | (4,604.0) | (4,832.0) | (5,551.0) | (7,870.0) | (22,767.0) | (371.0) | (200.0) | 146.3 | 178.9 | (246.8) | 188.1 | 216.5 | 228.1 | 333.0 | 965.6 | 406.5 | 423.1 | 435.6 | 453.0 | 1,718.2 |
| Minority Interest/Preferred/Disc-ops | 147.0 | 768.0 | 104.0 | (657.0) | 362.0 | 1.0 | 44.0 | 53.4 | 52.7 | 151.1 | 47.4 | 54.3 | 54.5 | 66.9 | 223.2 | 69.2 | 71.0 | 71.8 | 72.1 | 284.1 |
| **Net Income** | (4,661.0) | (5,600.0) | (5,655.0) | (7,213.0) | (23,110.0) | (372.0) | (244.0) | 93.0 | 126.2 | (396.8) | 140.7 | 162.3 | 173.6 | 266.1 | 742.0 | 337.4 | 352.2 | [illegible] | [illegible] | 1,434.2 |
| Non-recurring items | 4,512.0 | 5,682.0 | 5,634.5 | 7,189.0 | 23,017.6 | 58.0 | 145.0 | - | - | 203.0 | - | - | - | - | | - | - | - | - | |
| **Adjusted net income** | (139.0) | 82.0 | (20.5) | (24.0) | (101.5) | (314.0) | (99.0) | 93.0 | 126.2 | (193.8) | 140.7 | 162.3 | 173.6 | 266.1 | 742.0 | 337.4 | 352.2 | [illegible] | [illegible] | 1,434.2 |
| **Diluted EPS Adjusted** | $ (0.37) | $ 0.22 | $ (0.05) | $ (0.06) | $ (0.27) | $ (0.83) | $ (0.26) | $ 0.25 | $ 0.33 | $ (0.51) | $ 0.37 | $ 0.43 | $ 0.46 | $ 0.70 | $ 1.96 | $ 0.89 | $ 0.93 | $ 0.96 | $ 1.01 | $ 3.78 |
| **EBITDAX** | [illegible] | 1,296.0 | 798.0 | 781.0 | 3,864.0 | 662.0 | 787.0 | 1,084.7 | 1,118.3 | [illegible] | 1,135.7 | [illegible] | [illegible] | 1,412.6 | 4,971.6 | 1,624.2 | 1,601.9 | [illegible] | 1,622.0 | [illegible] |
| **DACF** | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 640.0 | [illegible] | 1,016.6 | 1,046.3 | [illegible] | 1,068.2 | 1,112.6 | 1,142.0 | [illegible] | 4,622.6 | [illegible] | 1,446.8 | [illegible] | 1,507.7 | [illegible] |
| Diluted shares (in millions) | 377.0 | 378.0 | 378.0 | 378.2 | 377.8 | 378.0 | 379.0 | 379.0 | 379.0 | 378.8 | 379.0 | 379.0 | 379.0 | 379.0 | 379.0 | 379.0 | 379.0 | 379.0 | 379.0 | 379.0 |
| **Per Unit Costs ($/Boe):** | | | | | | | | | | | | | | | | | | | | |
| Lease operating expense | $ 9.86 | $ 9.10 | $ 9.02 | $ 10.05 | $ 9.40 | $ 7.82 | $ 7.37 | $ 6.51 | $ 6.57 | $ 7.06 | $ 6.63 | $ 6.58 | $ 6.40 | $ 6.37 | $ 6.47 | $ 6.44 | $ 6.32 | $ 6.17 | $ 6.16 | $ 6.27 |
| Taxes other than income | $ 1.58 | $ 1.07 | $ 2.89 | $ 1.10 | $ 1.44 | $ 0.23 | $ 1.33 | $ 0.91 | $ 0.96 | $ 0.86 | $ 1.02 | $ 1.01 | $ 1.02 | $ 1.05 | $ 1.02 | $ 1.14 | $ 1.14 | $ 1.15 | $ 1.16 | $ 1.16 |
| Gathering, processing, transportation | $ 1.15 | $ 0.96 | $ 1.16 | $ 1.06 | $ 1.06 | $ 1.08 | $ 1.07 | $ 1.02 | $ 1.00 | $ 1.04 | $ 0.97 | $ 0.92 | $ 0.86 | $ 0.81 | $ 0.89 | $ 0.80 | $ 0.76 | $ 0.72 | $ 0.70 | $ 0.74 |
| DD&A | $ 22.19 | $ 19.61 | $ 18.20 | $ 18.94 | $ 19.74 | $ 14.02 | $ 13.73 | $ 13.47 | $ 13.56 | $ 13.88 | $ 13.91 | $ 13.79 | $ 13.91 | $ 13.76 | $ 13.82 | $ 13.92 | $ 13.82 | $ 13.76 | $ 13.77 | $ 13.82 |
| G&A | $ 1.58 | $ 2.16 | $ 1.72 | $ 2.16 | $ 1.80 | $ 1.92 | $ 2.11 | $ 2.00 | $ 2.00 | $ 2.01 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 | $ 2.00 |
| Interest | $ 1.44 | $ 1.23 | $ 2.15 | $ 1.30 | $ 1.52 | $ 2.17 | $ 2.13 | $ 2.00 | $ 2.05 | $ 2.08 | $ 2.08 | $ 2.01 | $ 1.96 | $ 1.91 | $ 1.99 | $ 1.94 | $ 1.84 | $ 1.81 | $ 1.67 | $ 1.81 |
| **Cash Flow ($ in millions)** | | | | | | | | | | | | | | | | | | | | |
| Net income (loss) | (4,636.0) | (5,564.0) | (5,646.0) | (7,682.0) | (23,528.0) | (561.0) | (10.0) | 146.3 | 178.9 | (245.8) | 188.1 | 216.5 | 228.1 | 333.0 | 965.6 | 406.5 | 423.1 | 435.6 | 453.0 | 1,718.2 |
| DD&A | 8,407.0 | 6,717.0 | 6,629.0 | 9,539.0 | 31,292.0 | 1,082.0 | 265.0 | 669.2 | 654.7 | 2,670.9 | 657.2 | 672.8 | 684.4 | 706.5 | 2,720.1 | 703.1 | 716.7 | 724.8 | 738.1 | 2,881.8 |
| Other non cash items | (2,871.0) | (627.0) | (154.0) | (1,108.0) | (4,760.0) | (86.0) | 11.0 | 100.6 | 113.9 | 139.5 | 114.7 | 125.7 | 131.5 | 172.3 | 544.1 | 199.1 | 210.4 | 220.2 | 227.3 | [illegible] |
| **Discretionary cash flow** | 900.0 | 526.0 | 829.0 | 749.0 | 3,004.0 | 436.0 | 266.0 | 916.1 | 947.5 | 2,564.5 | 960.0 | 1,014.3 | 1,043.9 | 1,211.8 | 4,230.0 | 1,308.8 | 1,350.3 | 1,379.7 | 1,418.4 | 5,457.0 |
| Change in working capital | (250.0) | 757.0 | (40.0) | (487.0) | (20.0) | (159.0) | 129.0 | - | - | (30.0) | - | - | - | - | | - | - | - | - | |
| **Cash flow from operations** | 650.0 | 1,283.0 | 789.0 | 282.0 | 2,904.0 | 278.0 | 395.0 | 916.1 | 947.5 | 2,534.5 | 960.0 | 1,014.3 | 1,043.9 | 1,211.8 | 4,230.0 | 1,308.8 | 1,350.3 | 1,379.7 | 1,418.4 | 5,457.0 |
| **Discretionary cash flow per share** | $ 2.39 | $ 1.39 | $ 2.19 | $ 1.98 | $ 7.96 | $ 1.16 | $ 1.06 | $ 2.42 | $ 2.50 | $ 8.08 | $ 2.53 | $ 2.68 | $ 2.76 | $ 3.20 | $ 11.16 | $ 3.46 | $ 3.56 | $ 3.64 | $ 3.74 | $ 14.40 |
| Capital expenditures | (2,083.0) | (1,032.0) | (983.0) | (713.0) | (4,811.0) | (602.0) | (441.0) | (563.5) | (563.5) | (2,170.1) | (817.9) | (842.9) | (932.9) | (957.9) | (3,551.7) | (1,064.0) | (1,063.7) | (1,063.7) | (1,063.0) | (4,254.4) |
| Other investment items | (35.0) | 5,182.0 | (22.0) | 362.0 | 5,487.0 | 10.0 | 67.0 | - | - | 77.0 | - | - | - | - | | - | - | - | - | |
| Change in debt | 1,020.0 | (2,500.0) | (939.0) | - | (2,500.0) | - | - | - | - | | - | - | - | - | | (150.0) | - | (400.0) | - | (550.0) |
| Change in equity | (21.0) | (20.0) | (56.0) | (32.0) | (129.0) | (54.0) | (39.0) | (30.0) | (30.0) | (153.0) | (30.0) | (30.0) | (30.0) | (30.0) | (120.0) | (30.0) | (30.0) | (30.0) | (30.0) | (120.0) |
| Other financing items | (79.3) | (93.8) | (84.0) | (67.0) | (324.0) | (93.0) | (97.0) | (94.8) | (94.8) | (379.5) | (94.8) | (94.8) | (94.8) | (94.8) | (379.0) | (94.8) | (94.8) | (94.8) | (94.8) | (379.0) |
| **Change in cash** | (640.3) | 2,721.3 | (1,295.0) | (180.0) | 606.0 | (403.0) | (116.0) | 227.8 | 260.2 | (91.0) | 17.3 | 46.7 | (13.7) | 129.1 | 179.4 | (30.1) | 161.8 | (206.7) | 230.6 | 153.6 |
| **Ending cash** | 228.8 | 2,950.0 | 1,655.0 | 1,467.0 | 1,467.0 | 1,064.0 | 1,201.0 | 1,428.8 | 1,688.0 | 1,688.0 | 1,705.4 | 1,752.0 | 1,738.3 | 1,867.4 | 1,867.4 | 1,837.3 | 1,999.1 | 1,790.4 | 2,021.0 | 2,021.0 |
| **Balance Sheet ($ in millions)** | | | | | | | | | | | | | | | | | | | | |
| Cash | 229 | 2,950 | 1,656 | 1,467 | 1,467 | 1,004 | 1,201 | 1,429 | 1,688 | 1,688 | 1,705 | 1,752 | 1,738 | 1,867 | 1,867 | 1,837 | 1,999 | 1,790 | 2,021 | 2,021 |
| Current assets | 5,677 | 2,543 | 2,424 | 2,285 | 2,285 | 2,218 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 | 2,091 |
| PP&E | 41,238 | 28,315 | 22,377 | 14,119 | 14,119 | 13,542 | 20,143 | 20,037 | 19,946 | 19,946 | 20,107 | 20,270 | 20,526 | 20,778 | 20,778 | 21,139 | 21,486 | 21,825 | 22,150 | 22,150 |
| Non current assets | 1,514 | 1,504 | 1,356 | 971 | 971 | 915 | 911 | 911 | 911 | 911 | 911 | 911 | 911 | 911 | 911 | 911 | 911 | 911 | 911 | 911 |
| **Total assets** | 48,650 | 35,312 | 27,812 | 18,842 | 18,842 | 17,679 | 24,346 | 24,468 | 24,636 | 24,636 | 24,814 | 25,032 | 25,267 | 25,647 | 25,647 | 25,978 | 26,487 | 26,618 | 27,173 | 27,173 |
| Current liabilities (ex. debt) | 2,855 | 2,383 | 2,107 | 1,841 | 1,841 | 1,399 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 | 1,570 |
| Debt | 12,273 | 9,676 | 8,777 | 8,777 | 8,777 | 8,718 | 8,719 | 8,719 | 8,719 | 8,719 | 8,719 | 8,719 | 8,719 | 8,719 | 8,719 | 8,569 | 8,569 | 8,169 | 8,169 | 8,169 |
| Non current liabilities | 10,077 | 5,498 | 4,896 | 3,996 | 3,996 | 3,809 | 5,361 | 5,462 | 5,575 | 5,575 | 5,690 | 5,816 | 5,947 | 6,120 | 6,120 | 6,319 | 6,529 | 6,749 | 6,977 | 6,977 |
| Equity/Minority interest | 23,405 | 17,755 | 11,972 | 4,228 | 4,228 | 3,554 | 8,696 | 8,718 | 8,772 | 8,772 | 8,835 | 8,927 | 9,030 | 9,239 | 9,239 | 9,520 | 9,819 | 10,130 | 10,458 | 10,458 |
| **Total liabilities and equity** | 48,650 | 35,312 | 27,812 | 18,842 | 18,842 | 17,679 | 24,346 | 24,468 | 24,636 | 24,636 | 24,814 | 25,032 | 25,267 | 25,647 | 25,647 | 25,978 | 26,487 | 26,618 | 27,173 | 27,173 |

Source: BMO Capital Markets

**Apache Rating History as of 09/06/2016**

Mkt:US$70 04/08/15; Mkt:US$65 07/07/15; Mkt:US$50 08/31/15; Mkt:US$55 11/09/15; Mkt:US$45 03/01/16; Mkt:US$55 05/11/16; Mkt:US$60 07/25/16

110 100 90 80 70 60 50 40 30

Oct 2013 Jan 2014 Apr 2014 Jul 2014 Oct 2014 Jan 2015 Apr 2015 Jul 2015 Oct 2015 Jan 2016 Apr 2016 Jul 2016

Clos ng Price — Target Pr ce

Outperform (OP); Market Perform (Mkt); Underperform (Und); Speculative (S); Not Rated (NR); Restricted (R)

Source: FactSet, BMO Capital Markets

## IMPORTANT DISCLOSURES

### Analyst's Certification

I, Ph p Jungw rth, hereby cert fy that the v ews expressed n th s report accurate y ref ect my persona v ews about the subject secur t es or ssuers. I a so cert fy that no part of my compensat on was, s, or w be, d rect y or nd rect y, re ated to the spec f c recommendat ons or v ews expressed n th s report.

Ana ysts who prepared th s report are compensated based upon (among other factors) the overa prof tab ty of BMO Cap ta Markets and the r aff ates, wh ch nc udes the overa prof tab ty of nvestment bank ng serv ces. Compensat on for research s based on effect veness n generat ng new deas and n commun cat on of deas to c ents, performance of recommendat ons, accuracy of earn ngs est mates, and serv ce to c ents.

Ana ysts emp oyed by BMO Nesb tt Burns Inc. and/or BMO Cap ta Markets L m ted are not reg stered as research ana ysts w th FINRA (except on: Brod e Woods). hese ana ysts may not be assoc ated persons of BMO Cap ta Markets Corp. and therefore may not be subject to the FINRA Ru e 2241 restr ct ons on commun cat ons w th a subject company, pub c appearances and trad ng secur t es he d by a research ana yst account.

### Company Specific Disclosures

D sc osure 5: BMO Cap ta Markets or an aff ate rece ved compensat on for products or serv ces other than nvestment bank ng serv ces w th n the past 12 months from Apache.

D sc osure 6C: Apache s a c ent (or was a c ent) of BMO Nesb tt Burns Inc., BMO Cap ta Markets Corp., BMO Cap ta Markets L m ted or an aff ate w th n the past 12 months: C) Non Secur t es Re ated Serv ces.

D sc osure 9: BMO Cap ta Markets makes a market n Apache.

### Methodology and Risks to Price Target/Valuation for Apache (APA-NYSE)

**Methodology:** Our target pr ce s based on an NAV ana ys s and rev ew of comparab e company trad ng mu t p es.

**Risks:** R sks to our rat ng and target pr ce nc ude negat ve changes n overa commod ty pr ces, spec f ca y natura gas and o pr ces, weakness n U.S. and g oba econom c act v ty and demand for natura gas and o , and e evated natura gas storage eve s from ncreased supp y growth.

### Distribution of Ratings (September 07, 2016)

| Rat ng catego y | BMO at ng | BMOCM US Un ve se* | BMOCM US B C ents** | BMOCM US B C ents*** | BMOCM Un ve se**** | BMOCM B C ents***** | Sta M ne Un ve se |
|---|---|---|---|---|---|---|---|
| Buy | Outpe fo m | 40 3% | 20 1% | 54 9% | 41 4% | 52 9% | 54 7% |
| Ho d | Ma ket Pe fo m | 55 9% | 10 9% | 41 5% | 55 0% | 44 8% | 39 8% |
| Se | Unde pe fo m | 3 8% | 14 3% | 3 7% | 3 4% | 1 8% | 5 5% |

* Ref ects rat ng d str but on of a compan es covered by BMO Cap ta Markets Corp. equ ty research ana ysts.

** Ref ects rat ng d str but on of a compan es from wh ch BMO Cap ta Markets Corp. has rece ved compensat on for Investment Bank ng serv ces as percentage w th n rat ngs category.

*** Ref ects rat ng d str but on of a compan es from wh ch BMO Cap ta Markets Corp. has rece ved compensat on for Investment Bank ng serv ces as percentage of Investment Bank ng c ents.

**** Ref ects rat ng d str but on of a compan es covered by BMO Cap ta Markets equ ty research ana ysts.

***** Ref ects rat ng d str but on of a compan es from wh ch BMO Cap ta Markets has rece ved compensat on for Investment Bank ng serv ces as percentage of Investment Bank ng c ents.

**Ratings and Sector Key (as of April 5, 2013)**

We use the fo ow ng rat ngs system def n t ons:
OP Outperform Forecast to outperform the ana yst's coverage un verse on a tota return bas s;
Mkt Market Perform Forecast to perform rough y n ne w th the ana yst's coverage un verse on a tota return bas s;
Und Underperform Forecast to underperform the ana yst's coverage un verse on a tota return bas s;
(S) Specu at ve nvestment;
NR No rat ng at th s t me; and
R Restr cted D ssem nat on of research s current y restr cted.

BMO Cap ta Markets seven op 15 sts gu de nvestors to our best deas accord ng to d fferent object ves (CDN Large Cap, CDN Sma Cap, US Large Cap, US Sma Cap, Income, CDN Quant, and US Quant have rep aced the op P ck rat ng).

**Prior BMO Capital Markets Rating System (January 4, 2010 – April 5, 2013)**
http://researchg oba .bmocap ta markets.com/documents/2013/pr or rat ng system.pdf

**Other Important Disclosures**

For Important D sc osures on the stocks d scussed n th s report, p ease go to http://researchg oba .bmocap ta markets.com/Pub c/Company D sc osure Pub c.aspx or wr te to Ed tor a Department, BMO Cap ta Markets, 3 mes Square, New York, NY 10036 or Ed tor a Department, BMO Cap ta Markets, 1 F rst Canad an P ace, oronto, Ontar o, M5X 1H3.

**Dissemination of Research**

D ssem nat on of Research BMO Cap ta Markets Equ ty Research s ava ab e v a our webs te https://research ca.bmocap ta markets.com/Pub c/Secure/Log n.aspx? ReturnUr /Member/Home/ResearchHome.aspx. Inst tut ona c ents may a so rece ve our research v a homson Reuters, B oomberg, FactSet, and Cap ta IQ. Research reports and other commentary are requ red to be s mu taneous y d ssem nated nterna y and externa y to our c ents.

~ Research d str but on and approva t mes are prov ded on the cover of each report. mes are approx mat ons as system and d str but on processes are not exact and can vary based on the sender and rec p ents' serv ces. Un ess otherw se noted, t mes are Eastern Standard and when two t mes are prov ded, the approva t me precedes the d str but on t me.

BMO Cap ta Markets may use propr etary mode s n the preparat on of reports. Mater a nformat on about such mode s may be obta ned by contact ng the research ana yst d rect y. here s no p anned frequency of updates to th s report.

**General Disclaimer**

"BMO Cap ta Markets" s a trade name used by the BMO Investment Bank ng Group, wh ch nc udes the who esa e arm of Bank of Montrea and ts subs d ar es BMO Nesb tt Burns Inc., BMO Cap ta Markets L m ted n the U.K. and BMO Cap ta Markets Corp. n the U.S. BMO Nesb tt Burns Inc., BMO Cap ta Markets L m ted and BMO Cap ta Markets Corp are aff ates. Bank of Montrea or ts subs d ar es ("BMO F nanc a Group") has end ng arrangements w th, or prov de other remunerated serv ces to, many ssuers covered by BMO Cap ta Markets. he op n ons, est mates and project ons conta ned n th s report are those of BMO Cap ta Markets as of the date of th s report and are subject to change w thout not ce. BMO Cap ta Markets endeavours to ensure that the contents have been comp ed or der ved from sources that we be eve are re ab e and conta n nformat on and op n ons that are accurate and comp ete. However, BMO Cap ta Markets makes no representat on or warranty, express or mp ed, n respect thereof, takes no respons b ty for any errors and om ss ons conta ned here n and accepts no ab ty whatsoever for any oss ar s ng from any use of, or re ance on, th s report or ts contents. Informat on may be ava ab e to BMO Cap ta Markets or ts aff ates that s not ref ected n th s report. he nformat on n th s report s not ntended to be used as the pr mary bas s of nvestment dec s ons, and because of nd v dua c ent object ves, shou d not be construed as adv ce des gned to meet the part cu ar nvestment needs of any nvestor. h s mater a s for nformat on purposes on y and s not an offer to se or the so c tat on of an offer to buy any secur ty. BMO Cap ta Markets or ts aff ates w buy from or se to customers the secur t es of ssuers ment oned n th s report on a pr nc pa bas s. BMO Cap ta Markets or ts aff ates, off cers, d rectors or emp oyees have a ong or short pos t on n many of the secur t es d scussed here n, re ated secur t es or n opt ons, futures or other der vat ve nstruments based thereon. he reader shou d assume that BMO Cap ta Markets or ts aff ates may have a conf ct of nterest and shou d not re y so e y on th s report n eva uat ng whether or not to buy or se secur t es of ssuers d scussed here n.

**Additional Matters**

o Canad an Res dents: BMO Nesb tt Burns Inc. furn shes th s report to Canad an res dents and accepts respons b ty for the contents here n subject to the terms set out above. Any Canad an person w sh ng to effect transact ons n any of the secur t es nc uded n th s report shou d do so through BMO Nesb tt Burns Inc.

he fo ow ng app es f th s research was prepared n who e or n part by A exander Pearce, Dav d Round, Edward Sterck or Brendan Warn: h s research s not prepared subject to Canad an d sc osure requ rements. h s research s prepared by BMO Cap ta Markets L m ted and subject to the regu at ons of the F nanc a Conduct Author ty (FCA) n the Un ted K ngdom. FCA regu at ons requ re that a f rm prov d ng research d sc ose ts ownersh p nterest n the ssuer that s the subject of the research f t and ts aff ates own 5% or more of the equ ty of the ssuer. Canad an regu at ons requ re that a f rm prov d ng research d sc ose ts ownersh p nterest n the ssuer that s the subject of the research f t and ts

aff ates own 1% or more of the equ ty of the ssuer that s the subject of the research. herefore BMO Cap ta Markets L m ted w d sc ose ts and ts aff ates ownersh p nterest n the subject ssuer on y f such ownersh p exceeds 5% of the equ ty of the ssuer.

o U.S. Res dents: BMO Cap ta Markets Corp. furn shes th s report to U.S. res dents and accepts respons b ty for the contents here n, except to the extent that t refers to secur t es of Bank of Montrea . Any U.S. person w sh ng to effect transact ons n any secur ty d scussed here n shou d do so through BMO Cap ta Markets Corp.

o U.K. Res dents: In the UK th s document s pub shed by BMO Cap ta Markets L m ted wh ch s author sed and regu ated by the F nanc a Conduct Author ty. he contents hereof are ntended so e y for the use of, and may on y be ssued or passed on to, (I) persons who have profess ona exper ence n matters re at ng to nvestments fa ng w th n Art c e 19(5) of the F nanc a Serv ces and Markets Act 2000 (F nanc a Promot on) Order 2005 (the "Order") or (II) h gh net worth ent t es fa ng w th n Art c e 49(2)(a) to (d) of the Order (a such persons together referred to as "re evant persons"). he contents hereof are not ntended for the use of and may not be ssued or passed on to reta c ents.

Unauthor zed reproduct on, d str but on, transm ss on or pub cat on w thout the pr or wr tten consent of BMO Cap ta Markets s str ct y proh b ted.

C ck here for data vendor d sc osures when referenced w th n a BMO Cap ta Markets research document.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO F nanc a G oup (NYSE, TSX: BMO) s an nteg ated f nanc a se v ces p ov de offe ng a ange of eta bank ng, wea th management, and nvestment and co po ate bank ng p oducts BMO se ves Canad an eta c ents th ough BMO Bank of Mont ea and BMO Nesb tt Bu ns n the Un ted States, pe sona and comme c a bank ng c ents a e se ved by BMO Ha s Bank N A , (Membe FD C) nvestment and co po ate bank ng se v ces a e p ov ded n Canada and the US th ough BMO Cap ta Ma kets

BMO Cap ta Ma kets s a t ade name used by BMO F nanc a G oup fo the who esa e bank ng bus nesses of Bank of Mont ea , BMO Ha s Bank N A, (Membe FD C), BMO e and P c, and Bank of Mont ea (Ch na) Co Ltd and the nst tut ona b oke dea e bus nesses of BMO Cap ta Ma kets Co p (Membe S PC) n the U S , BMO Nesb tt Bu ns nc (Membe Canad an nvesto P otect on Fund) n Canada, Eu ope and As a, BMO Cap ta Ma kets L m ted n Eu ope and Aust a a and BMO Adv so s P vate L m ted n nd a

® Reg ste ed t adema k of Bank of Mont ea n the Un ted States, Canada and e sewhe e

TM T adema k Bank of Mont ea

©COPYR GHT 2016 BMO CAP TAL MARKETS CORP

A membe of