# NYE-DT 32

**COWEN AND COMPANY**

Oil & Gas Exploration & Production: Exploration & Production

# Apache Corporation

**Equity Research**

September 7, 2016

**Price: $51.67** (09/6/2016)
**Price Target: $56.00**

**MARKET PERFORM (2)**

**Charles Robertson II, CFA**
646.562.1411
charles.robertson@cowen.com

**Shawn Lockman**
646.562.1364
shawn.lockman@cowen.com

**Key Data**
| | |
|---|---|
| Symbol | NYSE: APA |
| Market Cap (MM) | $19,604.8 |

Quick Take: Company Update

## *Alpine High*

### The Cowen Insight

**Positive.** APA announced the new Alpine High rich gas (~1300 BTU) play in the S Delaware. The wells have strong economics compared to APA's current US portfolio with returns comparable to other Tier 1 rich gas plays in our view. Infrastructure is the main constraint with APA not able to sell gas until 2H17. This play adds ~$3/sh to our NAV since we were already including some value for S Delaware.

- Apache announced the discovery of the "Alpine High" which is located primarily in Reeves County of the Southern Delaware basin. This is primarily a wet gas play with an estimated resource potential of 75 TCF and 3 Bn bbls of oil in the Barnett and Woodford regions. The play covers 307,000 contiguous gross acres. This area was previously tested by industry for dry gas many years ago.

- The company has boosted its capex guidance by $200mm to ~$2 Bn in order to reflect activity in this area and anticipates well costs to range from $4 - $6mm for 4,100 ft. laterals. The company anticipates a 4-5 rig program initially. 19 wells have currently been drilled in the play with an estimated 2k – 3k additional locations expected for future development. APA estimates that the Woodford and Barnett can support a 6-rig program for over 20 years.

- Well results from the Woodford and Barnett have shown 24-hour IP rates of as high as 17,068 mcf/d at the Mont Blanc 1H well in Woodford with the lowest well, the Ortler 1H, producing 1,752 mcf/d. At least four other wells have reported production in the range of 6,484-7,122 mcf/d. EURs are currently estimated between 1,100-2,700 Mboe.

- A key setback in this region is the lack of gas processing capacity available. The firm plans to address this concern by installing temporary infrastructure in 2H16. APA notes that this play has been largely misunderstood by peers with a richer gas mix as well as a comparatively low clay content of 10% - 20%. A positive facet of well results in the Alpine High are declining water rates which act as a positive catalyst for operating expenses. We believe the industry has focused on oily positions in Permian rather than rich natural gas plays.

www.cowen.com                Please see pages 2 to 5 of this report for important disclosures.

NYE_00014672


Case 4:21-cv-00575   Document 149-5   Filed on 12/04/23 in TXSD   Page 3 of 6

# Valuation Methodology And Risks

## Valuation Methodology

### Exploration & Production:

Our valuation methodology may include two approaches: a relative value approach or an intrinsic value approach. Our relative value approach relies upon P/CF and EV/EBITDA as the most relevant metrics. Our intrinsic value approach utilizes discounted cash flow (DCF) methodology as well as our sum-of-the-parts NAV analysis, which values a company based on its proved reserves, unproved resources and selected balance sheet items. Key assumptions underlying our DCF/NAV analysis include an asset's development timeline, prospectivity and differentials and each well's development costs, initial rates, operating costs and ultimate recovery.

## Investment Risks

### Exploration & Production:

The oil and gas exploration and production industry is one of the most volatile and unpredictable industries in the economy. The industry's key investment risk is its exposure to oil and gas prices, whose price and volatility are affected by expectations of the strength of the global economy and world's demand for energy. While crude oil is a global market, the natural gas market in North America is more regional in nature and is thus more exposed to market fundamentals in the United States, Canada and Mexico.

The E&P industry has recently undergone a technological shift as unconventional drilling has become more prevalent. Since unconventional drilling and fracturing are recent developments, uncertainty concerning the regulation of these practices presents an investment risk. Environmental concerns relating to waste water disposal and drilling regulations on the state and federal level present risks that may reduce the value of a company's proven or potential reserves. A recent USGS study pointed to an increase in earthquakes caused by waste water disposal. Additionally, the EPA recently issued restrictions on fracking on federal land. Increasing regulation of offshore drilling activities also presents an investment risk in the wake of the BP Macondo disaster.

In Canada the E&P industry is seasonal due to the spring break-up, which is when the ground frost melts and local authorities restrict heavy equipment on the roads and highways. The duration of spring break-up is weather dependent and it annually varies in duration. The length of spring break-up directly impacts an operator's ability to grow production.

## Risks To The Price Target

Our price target is based off an EV/EBITDAx multiple, material differences in performance based on operations and/or pricing may impact our price target.

Apache operates in Egypt, where geopolitical tensions are a concern. Operations have not been interrupted to date, but remain in a higher risk area relative to other industry operations

# Addendum

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|---|---|
| APA | Apache Corporation |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Apache Corporation securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Credit Research and Trading:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Credit Research and Trading" research reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded report as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at September 07, 2016, 08:51 ET. and disseminated at September 07, 2016, 08:51 ET.

### Copyright, User Agreement and other general information related to this report

© 2016 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior

NYE_00014674

**Cowen and Company**
Equity Research

**Apache Corporation**
September 7, 2016

written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets). All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

Cowen and Company, LLC. **New York** (646) 562-1000 **Boston** (617) 946-3700 **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240 **Cleveland** (440) 331-3531 **Atlanta** (866) 544-7009 **Stamford** (646) 616-3000 **Washington D.C.** (202) 868-5300 **London** (affiliate) 44-207-071-7500

## COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

Distribution of Ratings/Investment Banking Services (IB) as of 06/30/16

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 440 | 59.22% | 69 | 15.68% |
| Hold (b) | 293 | 39.43% | 13 | 4.44% |
| Sell (c) | 10 | 1.35% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



Apache Corporation Equity Research Rating History as of 09/06/2016

**Legend for Price Chart:**
I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

NYE_00014675

**Cowen and Company**
Equity Research

**Apache Corporation**
September 7, 2016

# Points Of Contact

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646.562.1000
800.221.5616

**Boston**
Two International Place
Boston, MA 02110
617.946.3700
800.343.7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440.331.3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415.646.7200
800.858.9316

**Atlanta**
3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866.544.7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312.577.2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646.616.3000

**Washington D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202.868.5300

### International Locations

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44.20.7071.7500

**Cowen and Company (Asia) Limited**

**Hong Kong**
Suite 1401 Henley Building
No. 5 Queens Road Central
Central, Hong Kong
852 3752 2333

  @CowenResearch    Cowen and Company

www.cowen.com

NYE_00014676