# NYE-DT 33

Deutsche Bank
Markets Research

Rating
**Hold**

North America
United States

Industrials
Integrated Oil

Company
**Apache Corp.**

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| APA.N | APA UN | NYS | APA |

Date
7 September 2016

Company Update

| | |
|---|---|
| Price at 7 Sep 2016 (USD) | 55.13 |
| Price Target | 57.00 |
| 52-week range | 58.29 - 34.38 |

# Addressing Onshore Resource Depth

Ryan Todd
Research Analyst
(+1) 212 250-8342
ryan.todd@db.com

David Fernandez
Research Associate
(+1) 212 250-3191
david.fernandez@db.com

Joe McKay
Research Assistant
(+1) 212 250-5717
joseph.mckay@db.com

## Increasing Visibility into the Resource Life of the NA Onshore

APA announced discovery of the Alpine High play in southern Reeves Co across 307,000 contiguous net acres (~70% of APA's Del footprint) enhancing visibility into long-term onshore resource life (with the Woodford/Barnett pay zones to support 6 rigs over 20+ yrs). We see the discovery providing an incremental $4/sh of risked resource value to our NAV (ex BS/Wolfcamp) with upside from further delineation activities. And while we expect a low cost base and large contiguous position to support attractive returns, we expect the gassy mix (compare Cana or gassy SCOOP) to temper investor sentiment somewhat relative to favored oil rich Permian/Stack plays. Hold.

## Alpine High: The Details

APA announced discovery of the Alpine High play in southern Reeves County across 307,000 contiguous net acres (~70% of APA's Delaware footprint) enhancing visibility into APA's longer-term onshore resource life. With projected single-well IRRs of 30%/50% at $40/$50/bbl, the resource provides an outlet for a relatively efficient deployment of capital vs. the non-core Permian portfolio. Expect further delineation activity through the year to include shallow pay zone appraisal (Bone Spring/Wolfcamp), relative prospectivity of the normal (Woodford) and over-pressured (Barnett) intervals, lateral length, and the prospectivity of multiple landing zones within the intervals. Significant infrastructure investment (~40% of '16 spend) will be required to support a transition to 2018 full-field development.

## 2H16 Expectations and a Preview into 2017

During 2H16, APA anticipates ramping activity toward meeting the minimum retention program of 4-5 rigs in the Alpine High (vs. 3 currently). The increased activity is anticipated to increase FY16 capital spend to $2Bn (from prior guide of $1.4-$1.8Bn) – $500mm of which is related to Alpine High. The initial look at '17 activity levels starts with ~4-5 rigs in the Alpine High (minimum retention), 2 rigs in the Del, and an ~1-2 rigs in the Midland supporting an expected return to onshore growth next year. Expect APA to spend to hold production flat in Egypt and the North Sea.

## (Other) Asset Updates

- Core Delaware: APA sees ~200+ drilling locations in the core (~12,000 net acres across Pecos Bend, Waha, Dixieland) supporting a resource life of 5 years with a 2 rig program.
- Core Midland: Wells in the core (Midland, Glasscock, Upton, Reagan) are tracking 1.1-1.2+ MMboe with increased proppant loading and improved targeting techniques underpinning recent results. APA sees an inventory of ~700 drilling locations across 3/1 Wolfcamp/ Spraberry intervals resp at $50/bbl with upside to over 2400 locations from further down-spacing and a recovery to $60/bbl.

| Key changes | | | |
|---|---|---|---|
| Price Target | 53.00 to 57.00 | ↑ | 7.5% |

Source: Deutsche Bank

## Valuation and Risk

We model an incremental $4/sh of value added to our NAV from inclusion of the Alpine High discovery (excludes any potential upside from the play extension into the Bone Spring/Wolfcamp intervals). Our PT is based on an equal weighing between our NAV ($58/sh) at LT prices of $70/$65 Brent/WTI and $3.30 HH and a target DACF multiple of 5.75x. Downside risks include faster than anticipated declines in its international assets, and a further decline in commodity prices. Upward revisions to its L48 type curve estimates, upside from further delineation activity and slower international decline rates represent positive risks.

Deutsche Bank Securities Inc. Distributed on: 08/09/2016 03:54:48 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 057/04/2016.


Figure 1: APA NAV

| Upstream | | Risked Res. | DB Price Deck | | | NYMEX | |
|---|---|---|---|---|---|---|---|
| NET ASSET VALUATION | | (mmboe) | Value ($M) | $/Boe | $/Share | Value ($M) | $/Share |
| **Proved Reserves (PV10)** | | | | | | | |
| United States | *PDP | 726 | 9,359 | $12.9 | $24.8 | 7,364 | $19.5 |
| Canada | *PDP | 210 | 2,074 | $9.9 | $5.5 | 1,618 | $4.3 |
| Egypt | *PDP | 183 | 3,543 | $19.3 | $9.4 | 4,528 | $11.98 |
| North Sea | *PDP | 120 | 2,441 | $20.3 | $6.5 | 1,875 | $4.96 |
| **Total** | | **1,240** | **17,417** | **$14.0** | **$46.1** | **15,384** | **$40.70** |
| **PUD, Probable Resource** | | | | | | | |
| North Eagle Ford | | 95 | 106 | $1.1 | $0.3 | -15 | $0.0 |
| Other Eagle Ford | | | | | | | |
| **Total Eagle Ford** | | **95** | **106** | **$1.1** | **$0.3** | **-15** | **$0.0** |
| Alphine High (WDFD/Barnett) | | 2,067 | 3,320 | $1.6 | $8.8 | 2,433 | $6.4 |
| Alphine High (WC/BS) | | | 0 | | | | |
| Delaware Core | | 122 | 593 | $4.9 | $1.6 | 341 | $0.9 |
| Delaware Non-Core | | 166 | 60 | $0.4 | $0.2 | 0 | $0.0 |
| **Delaware Basin** | | **2,355** | **3,973** | **$1.7** | **$10.5** | **2,774** | **$7.3** |
| Midland Core | | 520 | 1,832 | $3.5 | $4.8 | 1,080 | $2.9 |
| Non-Core Midland | | 392 | 122 | $0.3 | $0.3 | 0 | $0.0 |
| **Midland Basin** | | **912** | **1,954** | **$2.1** | **$5.2** | **1,080** | **$2.9** |
| **CBP (Hz, Vertical)** | | **290** | **754** | **$2.6** | **$2.0** | **324** | **$0.9** |
| **Total Permian** | | **3,557** | **6,681** | **$1.9** | **$17.7** | **4,179** | **$11.1** |
| Anadarko Basin | | 1,090 | 545 | $0.5 | $1.4 | 545 | $1.4 |
| **Total US (ex PDP)** | | **4,742** | **7,332** | **$1.5** | **$19.4** | **4,709** | **$12.5** |
| Duvernay | | 252 | 200 | $0.8 | $0.5 | 123 | $0.3 |
| Montney | | 109 | 82 | $0.8 | $0.2 | 0 | $0.0 |
| Other Canada | | | | | | | |
| **Total Canada (ex PDP)** | | **361** | **282** | **$0.8** | **$0.7** | **123** | **$0.3** |
| North Sea | | 112 | 1,704 | $15.2 | $4.5 | 873 | $2.3 |
| Egypt | | 198 | 2,866 | $14.5 | $7.6 | 2,442 | $6.5 |
| Other Int'l | | | | | | | |
| **Total Non-NA (ex PDP)** | | **310** | **4,570** | **$14.8** | **$12.1** | **3,315** | **$8.8** |
| **Total Upstream** | | **6,652** | **29,602** | **$4.4** | **$78.3** | **23,531** | **$62.3** |

| Other Assets / Liabilities | $M | $/sh | | $/sh |
|---|---|---|---|---|
| Cash | 1,201 | $3.2 | 1,201 | $3.2 |
| Debt | (8,719) | -$23.1 | -8,719 | -$23.1 |
| Hedges, Other | 0 | $0.0 | 0 | $0.0 |
| **Total Other** | **(7,518)** | **-$19.9** | **(7,518)** | **-$19.9** |
| **Net Equity Value** | 22,084 | **$58** | 16,013 | **$42** |
| **Shares Outstanding (MM)** | | *378.0* | | *378.0* |

*Source: Deutsche Bank*

# Appendix 1

## Important Disclosures

### Additional information available upon request

**Disclosure checklist**

| Company | Ticker | Recent price* | Disclosure |
|---|---|---|---|
| Apache Corp. | APA.N | 55.13 (USD) 7 Sep 16 | 8,14,15 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/DisclosureDirectory.eqsr.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

8. Deutsche Bank and/or its affiliate(s) expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.

14. Deutsche Bank and/or its affiliate(s) has received non-investment banking related compensation from this company within the past year.

15. This company has been a client of Deutsche Bank Securities Inc. within the past year, during which time it received non-investment banking securities-related services.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/Disclosure.eqsr?ricCode=APA.N

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ryan Todd

7 September 2016
Integrated Oil
Apache Corp.

## Historical recommendations and target price: Apache Corp. (APA.N)

*(as of 9/7/2016)*

Security Price
120.00
100.00
80.00
60.00
40.00
20.00
0.00
Sep 13 Dec 13 Mar 14 Jun 14 Sep 14 Dec 14 Mar 15 Jun 15 Sep 15 Dec 15 Mar 16 Jun 16
Date
Previous Recommendations
Strong Buy
Buy
Market Perform
Underperform
Not Rated
Suspended Rating
Current Recommendations
Buy
Hold
Sell
Not Rated
Suspended Rating
*New Recommendation Structure as of September 9,2002
**Analyst is no longer at Deutsche Bank

1. 12/09/2013: Buy, Target Price Change USD98.00 Stephen Richardson**
2. 03/10/2014: Buy, Target Price Change USD90.00 Stephen Richardson**
3. 04/01/2014: Buy, Target Price Change USD91.00 Stephen Richardson**
4. 04/09/2014: Downgrade to Hold, USD91.00 Stephen Richardson**
5. 06/10/2014: Hold, Target Price Change USD100.00 Stephen Richardson**
6. 07/18/2014: Hold, Target Price Change USD108.00 Stephen Richardson**
7. 10/16/2014: Hold, Target Price Change USD100.00 Stephen Richardson**
8. 11/06/2014: Hold, Target Price Change USD90.00 Stephen Richardson**
9. 01/06/2015: Hold, Target Price Change USD79.00 Mimi Kong
10. 01/30/2015: Hold, Target Price Change USD69.00 Stephen Richardson**
11. 06/01/2015: Hold, Target Price Change USD60.00 Ryan Todd
12. 09/08/2015: Hold, Target Price Change USD50.00 Ryan Todd
13. 03/29/2016: Hold, Target Price Change USD53.00 Ryan Todd

## Equity rating key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships

600
500
400
300
200
100
0
45 %
52 %
52 %
42 %
3 %
17 %
Buy
Hold
Sell
Companies Covered
Cos. w/ Banking Relationship
North American Universe

Page 4
Deutsche Bank Securities Inc.

NYE_00014738

## Regulatory Disclosures

### 1.Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

### 2.Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank research analysts sometimes have shorter-term trade ideas that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas for equities can be found at the SOLAR link at http://gm.db.com. A SOLAR idea represents a high conviction belief by an analyst that a stock will outperform or underperform the market and/or sector delineated over a time frame of no less than two weeks. In addition to SOLAR ideas, the analysts named in this report may have from time to time discussed with our clients, including Deutsche Bank salespersons and traders, or may discuss in this report or elsewhere, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if any opinion, forecast or estimate contained herein changes or subsequently becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company specific economic prospects makes it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst concerned or of the Research Department Management and as such the majority of reports are published at irregular intervals. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Unless otherwise indicated, prices are current as of the end of the previous trading session, and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank, subject companies, and in some cases, other parties.

The Deutsche Bank Research Department is independent of other business areas divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research is available on our website under Disclaimer found on the Legal tab.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a



loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or the liquidation of positions), and settlement issues related to local clearing houses are also important risk factors to be considered. The sensitivity of fixed income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. It is important to note that the index fixings may -- by construction -- lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. It is also important to acknowledge that funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Naturally, options on swaps (swaptions) also bear the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including, among others, market, counterparty default and illiquidity risk. The appropriateness or otherwise of these products for use by investors is dependent on the investors' own circumstances including their tax position, their regulatory environment and the nature of their other assets and liabilities, and as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: ( i) exchange rates can be volatile and are subject to large fluctuations; ( ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government imposed exchange controls which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts employed by non-US affiliates may not be associated persons of Deutsche Bank Securities Incorporated and therefore not subject to FINRA regulations concerning communications with subject companies, public appearances and securities held by analysts.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch.

**India**: Prepared by Deutsche Equities India Pvt Ltd, which is registered by the Securities and Exchange Board of India (SEBI) as a stock broker. Research Analyst SEBI Registration Number is INH000001741. DEIPL may have received



administrative warnings from the SEBI for breaches of Indian regulations.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may only undertake the financial services activities that fall within the scope of its existing QFCRA license. Principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company, (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may only undertake the financial services activities that fall within the scope of its existing CMA license. Principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been

NYE_00014742



distributed by Deutsche Bank AG. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia**: Retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Please refer to Australian specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html

**Australia and New Zealand**: This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.
Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2016 Deutsche Bank AG



David Folkerts-Landau
Group Chief Economist and Global Head of Research

Raj Hindocha
Global Chief Operating Officer
Research

Michael Spencer
Head of APAC Research
Global Head of Economics

Steve Pollard
Head of Americas Research
Global Head of Equity Research

Anthony Klarman
Global Head of
Debt Research

Paul Reynolds
Head of EMEA
Equity Research

Dave Clark
Head of APAC
Equity Research

Pam Finelli
Global Head of
Equity Derivatives Research

Andreas Neubauer
Head of Research - Germany

Stuart Kirk
Head of Thematic Research

## International locations

Deutsche Bank AG
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

Deutsche Bank AG
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

Deutsche Bank AG
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

Deutsche Securities Inc.
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

Deutsche Bank AG London
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500