**NYE-DT 37**



**09:36 EDT Apache gaps and runs higher on new resource play in Southern Delaware...**

74 words
7 September 2016
Theflyonthewall.com
FLYWAL
English
(c) 2016. Theflyonthewall.com.  All Rights Reserved.

09:36 EDT Apache gaps and runs higher on new resource play in Southern Delaware basinThe stock had previously been rolling over technically, but today has gapped-up and run higher by over 13% with price last at $58.45. At that price the 52-week high at $59.59 would be next resistance. Support is at $57.07.

Document FLYWAL0020160907ec97006pr