**NYE-DT 39**

**Simmons & Company International**
Energy Specialists of Piper Jaffray

HOT COMMENT
September 7, 2016

# Apache Corporation (APA) — Overweight
## Announces New Delaware Basin Play

**PRICE:** US$51.67

**TARGET:** US$68.00

### CONCLUSION

APA out with big news this morning as the company announced a new play in the Southern Delaware Basin called the Alpine High (located on the southwestern side of Reeves county). APA has 307K net acres of exposure to the wet gas play. APA estimates the Alpine High has hydrocarbons in place of 75 Tcf of natural gas and 3 billion barrels of oil in the Barnett and Woodford formations alone. APA is raising '16 capex guidance by 11% or $200 MM to $2.0 B. Capital spending on the Alpine High play in '16 should represent >25% of APA's total capital spending. APA also out with new details on their Permian asset base (well results, location count, etc.). The last time the company provided an extensive update on the Permian was at their Analyst Day in Nov '14. Overall, several catalysts today which could awaken a sleepy stock.

**Key Highlights of the New Play (Alpine High):**

- APA has 307K net acres in the play located in the Southern Delaware Basin, primarily in Reeves County. Acreage is located on the SW side of Reeves County, TX. APA leased 182K net acres in 2H'15 and 70K net acres in '16. APA's average leasehold cost is ~$1,300/net acre.

- On its acreage, APA estimates hydrocarbons in place of 75 Tcf of natural gas and 3 billion barrels of oil in the Barnett and Woodford formations along. APA also sees significant oil potential in the shallower Pennsylvanian, Bone Springs and Wolfcamp formations.

- Alpine High has 4,000-5,000' of stacked pay in up to 5 distinct formations including the Bone Springs, Wolfcamp, Pennsylvanian, Barnett and Woodford.

- 2,000 to greater than 3,000 locations have been identified in the Woodford and Barnett formations alone. These formations are in the west gas window.

- Initial estimates of the Woodford and Barnett zones indicate a pretax, NPV of $4-$20 MM per well at $50/$3. Expected wells costs in development mode for a 4,100' lateral are estimated to be ~$4 MM per well in normally pressured settings and $6 MM in over-pressured settings.

- APA has drilled 19 wells in the play (6 in the Woodford, 1 in the Barnett, 1 in shallower Wolfcamp and 1 in shallower Bone Springs), with 9 currently producing in limited quantities due to infrastructure constraints. Woodford and Barnett can support a 6 rig program for over 20 years.

- Alpine High (Woodford/Barnett) formation depths: 10-13K ft. Thickness: 550-1,100 ft.

### COMPANY DESCRIPTION

APA is a large-cap North American-focused producer with one of the largest acreage positions in the Permian Basin. Incrementally, APA has exposure to the Eagle Ford, the Anadarko Basin, the Duvernay, and the Montney. In addition to its North American asset base, APA has international assets located in Egypt and the North Sea. Over the past few years, APA has transitioned its portfolio and focus to onshore North America.

---

Our ~$68 Price Target is derived from our NAV (a 50 year DCF discounted at 10 percent in addition to Q2'16 asset values).

**Pearce Hammond, CFA**
Sr. Research Analyst, Piper Jaffray & Co.
713 546-7269,
pearce.w.hammond@simmonspjc.com

**Buddy Alpaugh**
Research Analyst, Piper Jaffray & Co.
713 546-7253,
buddy.b.alpaugh@simmonspjc.com

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

APA has country-specific risk in Egypt (i.e., political turmoil, instability) where the company is the largest producer. A continuation of weak oil and natural gas prices is an industry risk.

**Price Performance - 1 Year**

*Source: Bloomberg*

---

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 3 - 4 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

**Other Data on Alpine High:**

- Average btu content of gas: 1,300.

- APA detailed 7 well results from the play with average 24 hr gas IP rates of 8.2 MMcf/d and average 24 hr oil IP rates of 177 b/d (total boe/d for 24 hr average IP: 1,543 boe/d with 89% gas (before stripping out NGLs). These results were for short lateral (4,100') wells. In the gassier part of the play, the oil is more like a condensate at >50 degrees API.

- APA highlighted two oil well targets on the Alpine High acreage: Redwood 1P with 700 bo/d and 4.5 MMcf/d of natural gas. Mont Blanc 2H with 854 bo/d and 1.5 MMcf/d of natural gas. The oil was 45 and 43 degree oil respectively.

- One question would be how much infrastructure is in-place in SW Reeves county to process gas and NGLs.

**Permian Update:**

- Midland Basin core acreage: 193K net acres vs. ~200K net acres at the Nov '14 analyst day. Locations: 700 at $50/bbl and 2,450-3,200 at $60/bbl (Nov '14: >2,900 locations).

- Delaware Basin core acreage: 420K net acres vs. ~230K net acres at the Nov '14 analyst day.

**SIMMONS & COMPANY**
— INTERNATIONAL —
ENERGY SPECIALISTS OF PIPER JAFFRAY.

HOT COMMENT
September 7, 2016

## IMPORTANT RESEARCH DISCLOSURES



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

**Distribution of Ratings/IB Services**
**Piper Jaffray**

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| **BUY [OW]** | 418 | 56.18 | 103 | 24.64 |
| **HOLD [N]** | 290 | 38.98 | 17 | 5.86 |
| **SELL [UW]** | 36 | 4.84 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification — Pearce Hammond, CFA, Sr. Research Analyst
The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

## Research Disclosures

Piper Jaffray was making a market in the securities of Apache Corporation at the time this research report was published. Piper Jaffray will buy and sell Apache Corporation securities on a principal basis.

**Affiliate disclosures:** Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons & Company International is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

## Rating Definitions

**Stock Ratings:** Piper Jaffray ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical and event-driven research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical or event-driven analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

- **Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.
- **Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.
- **Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.

**Notice to customers:** This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative. **Europe:** This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. **United States:** This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.

This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request.

Copyright 2016 Piper Jaffray. All rights reserved.