**NYE-DT 41**

**Blog Coverage Apache Hits the Biggest Oil Discovery in Southern Delaware Basin**

1,362 words
8 September 2016
ACCESSWIRE
ACWIRE
English
Copyright 2016. ACCESSWIRE

LONDON, UK / ACCESSWIRE / September 8, 2016 / Active Wall St. blog coverage looks at the headline from Apache Corp. (NYSE: APA) as the company announced on September 7, 2016 that it had discovered a new source of energy at a place identified as "Alpine High" in the Delaware basin which has huge potential. Register with us now for your free membership and blog access at: http://www.activewallst.com/register/.

Today, AWS is promoting its blog coverage on APA. Get all of our free blog coverage and more by clicking on the link: http://www.activewallst.com/registration-3/?symbol=APA.

The find

Alpine High acreage is said to be located at the southern portion of the Delaware Basin, primarily in Reeves County, Texas. The identified acreage is estimated to contain 75 trillion cubic feet (Tcf) of rich gas (more than 1,300 British Thermal Units) and 3 billion barrels of oil in Barnett and Woodford formations alone. Apart from this, Apache is optimistic that the shallower Pennsylvanian, Bone Springs, and Wolfcamp formations also have great potential for oil. This discovery may be one of the biggest energy resource identified in the last decade. In commercial terms, experts peg the value of the discovery to be $8 billion on the conservative side or $80 billion on the audacious side.

Alpine High was not a favored area for oil recovery as geologists and engineers felt that the geological makeup was mainly made up of clay, which would be detrimental for hydraulic fracturing. Under this method, water and sand are blasted through the layers of rock so that oil and gas can flow out. However Apache had hired a team of explorers in 2014 which was led by Steven Keenan to study the area around Alpine High. He felt that the area had great potential. Steven had earlier been a part of the team that had studied the potential for Eagle Ford, South Texas that currently produces more than 1 million barrels of oil per day.

In a press release issued by Apache, John J. Christmann IV, the company's Chief Executive Officer and President said:

"Today's announcement is the culmination of more than two years of hard work by the Apache team. While other companies have focused on acquisitions during the downturn, we took a contrarian approach and focused on organic growth opportunities. We are incredibly excited about the Alpine High play and its large inventory of repeatable, high-value drilling opportunities."

How the new discovery affects Apache

The Alpine High discovery will change the future of Apache and as it will be the biggest asset of the company. The main advantage for Apache is that the drilling rights on the land acquired, (approximately 352,000 gross acres), was at a lower price point of $1300 per acre. The Alpine high has a potential of holding a mix of oil and gas to the tune of 8.1 billion barrels of oil. Alpine High has 4,000-5,000 feet of stacked pay in five formations including the Bone Spring, Wolfcamp, Pennsylvanian, Barnett and Woodford. Apache has identified 2000 to 3000 future drilling locations in the Woodford and Barnett formations which are expected to have a mix of oil and gas. At current oil prices of $50 per barrel and natural gas prices at $3 per MCF, each well has the potential to yield $4 million - $20 million at pretax, net present value. Apache believes that the wells have the potential to give a 30% profit margin at today's commodities prices.

Apache has drilled 19 wells of which 9 are producing limited quantities of oil and gas. To speed up the process Apache has raised its capital guidance for FY2016 to $2 billion and a capital spending capacity by $200 million for the year. The spending amounts to nearly 25% of Apache's total capital spending budget. Apache expects the production at Alpine High will not commence before 2H2017.

Stock Performance

Investors welcomed the news of the new discovery and this sentiment positively impacted the company's shares. The company's stock price jumped 6.70%, closing the trading session at $55.13. A total volume of 14.58 million shares exchanged hands by the end of the day, which was higher than the three months average volume of 2.90 million shares. Since the start of the year, the stock has gained 26.02%. Apache's shares have a dividend yield of 1.81%.

Active Wall Street:

Active Wall Street (AWS) produces regular sponsored and non-sponsored reports, articles, stock market blogs, and popular investment newsletters covering equities listed on NYSE and NASDAQ and micro-cap stocks. AWS has two distinct and independent departments. One department produces non-sponsored analyst certified content generally in the form of press releases, articles and reports covering equities listed on NYSE and NASDAQ and the other produces sponsored content (in most cases not reviewed by a registered analyst), which typically consists of compensated investment newsletters, articles and reports covering listed stocks and micro-caps. Such sponsored content is outside the scope of procedures detailed below.

AWS has not been compensated; directly or indirectly; for producing or publishing this document.

PRESS RELEASE PROCEDURES:

The non-sponsored content contained herein has been prepared by a writer (the "Author") and is fact checked and reviewed by a third party research service company (the "Reviewer") represented by a credentialed financial analyst, for further information on analyst credentials, please email info@activewallst.com. Rohit Tuli, a CFA® charterholder (the "Sponsor"), provides necessary guidance in preparing the document templates. The Reviewer has reviewed and revised the content, as necessary, based on publicly available information which is believed to be reliable. Content is researched, written and reviewed on a reasonable-effort basis. The Reviewer has not performed any independent investigations or forensic audits to validate the information herein. The Reviewer has only independently reviewed the information provided by the Author according to the procedures outlined by AWS. AWS is not entitled to veto or interfere in the application of such procedures by the third-party research service company to the articles, documents or reports, as the case may be. Unless otherwise noted, any content outside of this document has no association with the Author or the Reviewer in any way.

NO WARRANTY

AWS, the Author, and the Reviewer are not responsible for any error which may be occasioned at the time of printing of this document or any error, mistake or shortcoming. No liability is accepted whatsoever for any direct, indirect or consequential loss arising from the use of this document. AWS, the Author, and the Reviewer expressly disclaim any fiduciary responsibility or liability for any consequences, financial or otherwise arising from any reliance placed on the information in this document. Additionally, AWS, the Author, and the Reviewer do not (1) guarantee the accuracy, timeliness, completeness or correct sequencing of the information, or (2) warrant any results from use of the information. The included information is subject to change without notice.

NOT AN OFFERING

This document is not intended as an offering, recommendation, or a solicitation of an offer to buy or sell

NYE_00010353

the securities mentioned or discussed, and is to be used for informational purposes only. Please read all associated disclosures and disclaimers in full before investing. Neither AWS nor any party affiliated with us is a registered investment adviser or broker-dealer with any agency or in any jurisdiction whatsoever. To download our report(s), read our disclosures, or for more information, visit http://www.activewallst.com/disclaimer/.

CONTACT

For any questions, inquiries, or comments reach out to us directly. If you're a company we are covering and wish to no longer feature on our coverage list contact us via email and/or phone between 09:30 EDT to 16:00 EDT from Monday to Friday at:

Email: info@activewallst.com

Phone number: 1-858-257-3144

Office Address: 3rd floor, 207 Regent Street, London, W1B 3HH, United Kingdom

CFA® and Chartered Financial Analyst® are registered trademarks owned by CFA Institute.

SOURCE: Active Wall Street

Document ACWIRE0020160908ec980015v

NYE_00010354