# NYE-DT 44

EQUITY RESEARCH

RBC Capital Markets

RBC Capital Markets, LLC
**Scott Hanold** (Analyst)
(512) 708-6354
scott.hanold@rbccm.com
**Kyle Rhodes** (Analyst)
(512) 708-6342
kyle.rhodes@rbccm.com
**Nick Reichter** (Senior Associate)
(512) 708-6330
nick.reichter@rbccm.com

**Sector: Oil & Gas Exploration & Production**

September 8, 2016

# Apache Corporation

## Lofty Prospects for Alpine High

**Our view:** Increased focus on organic onshore resource opportunities could enhance APA's growth and value accretion. It's still early but the Alpine High discovery appears to be a significant resource, albeit with a very high gas and NGL content.

### Key points:

**Stretching the Permian productive boundary.** APA's "Alpine High" discovery targets the Barnett and Woodford formations in the southern Delaware ***(RBC map, page 3).*** Recent Delaware basin enthusiasm has targeted the oil prone Wolfcamp but APA's find appears to be a prolific high Btu gas play with 2,000-3,000+ potential drilling locations. We have observed APA's activity during the last 6-12 months in this region but with accounts of a deeper gas play, paid modest attention. Management has passionately drawn comparisons to the prolific and economic wet Marcellus, condensate Eagleford, and SCOOP plays. However, the Alpine High is viewed by the company as advantaged with better geology including lower clay content, higher porosity, and greater thickness.

**Quietly accumulated scale; still early but encouraging.** The company secured 307,000 net acres over the past 18 months at a cost of just $1,300/acre, compared to recent industry acquisitions that have generally been $20,000-40,000/acre. APA drilled 19 wells with 9 currently producing. The seven targeting the Woodford and Barnett have average 24-hour IP rates of 9 MMcfe/d (88% gas-2 stream). The gas has a high Btu content (1,300) with NGL extraction estimated at 135-140 bbl/Mcf. There were also wells drilled to the oilier Bone Spring (Third) and Wolfcamp that showed strong initial promise but the data and delineation is limited at this point.

**Economics look exciting but requires confidence in NGL and natural gas prices.** Management provided two typecurves, the over pressured Barnett/Woodford and normal pressured Woodford. The EURs are 1.1 MMboe and 2.7 MMboe with 10-12% oil, 25-30% NGLs, and 60-65% natural gas. Our model indicates a break-even IRR (15% pre-tax) at $45/$2 commodity prices but could be as low as mid $30's/$1 for the high EUR case at development costs.

**Budget increased for Alpine including infrastructure needs.** The company also increased 2016 capital spending by $200 million to $2 billion with over 25% earmarked to Alpine High. Approximately 40% of the Alpine spending is targeted to infrastructure. With the nigh liquids gas content we expect there will be a lot of processing needs in the region. Management plans to operate at least 4-5 rigs to the Alpine acreage into 2017.

**We have increased our price target by $2/share to $62.** Our new $65 NAV now includes a bit over $5/share for Alpine High but it could be worth $10-15+/share over time if the play proves to be successful over a large portion of the acreage.

## Sector Perform

NYSE: APA; USD 55.13

### Price Target USD 62.00 ↑ 60.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☐ News Analysis |

### Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 45.00 | 55.13 | 62 00 | 75.00 |
| ↓17% | | ↑14% | ↑38% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 379.4 | Market Cap (MM): | 20,918 |
| Dividend: | 1.00 | Yield: | 1.8% |
| Float (MM): | 375.0 | Tr. 12 ROE: | (5.40)% |
| Debt to Cap: | 51% | Enterprise Val. (MM): | 20,374 |
| | | Avg. Daily Volume: | 2,910,248 |
| | | 3-Yr. Est. EPS Growth: | NA |

### RBC Estimates

| FY Dec | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|
| **EPS, Ops Diluted** | (0.27) | (1.01) | 1.08 | 2.14 |
| Prev. | | | 1.06 | 2.04 |
| **P/E** | NM | NM | 51.0x | 25.8x |
| **CFPS Diluted** | 7.95 | 6.78 | 10.13 | 12.22 |
| Prev. | | | | 12.01 |
| **P/CFPS** | 6.9x | 8.1x | 5.4x | 4.5x |

| **EPS, Ops Diluted** | **Q1** | **Q2** | **Q3** | **Q4** |
|---|---|---|---|---|
| 2015 | (0.37)A | 0.22A | (0.06)A | (0.06)A |
| 2016 | (0.83)A | (0.26)A | (0.00)E | 0.08E |
| Prev. | | | 0.00E | 0.07E |
| 2017 | 0.09E | 0.22E | 0.33E | 0.44E |
| Prev. | | 0.21E | | 0.43E |
| **CFPS Diluted** | | | | |
| 2015 | 2.39A | 1.38A | 2.21A | 1.98A |
| 2016 | 1.25A | 1.43A | 2.01E | 2.10E |
| Prev. | | | | 2.09E |
| 2017 | 2.20E | 2.41E | 2.64E | 2.88E |
| Prev. | | 2.40E | 2.66E | 2.87E |

All values in USD unless otherwise noted.

Disseminated: Sep 8, 2016 10:11ET; Produced: Sep 8, 2016 10:11ET

Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 6.**

NYE_00014759



## Target/Upside/Downside Scenarios

Exhibit 1: Apache Corp

Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Target price/base case

Our $62/share price target reflects a 5% discount to our NAV. This discount is in line with the large cap average and companies with strong balance sheets. Our base $65/share NAV is a risked assessment of 3P reserves using the long-term RBC commodity price outlook of $75/bbl & $3.50/Mcf (long-term).

We haircut identified locations based on company/industry results, geology, and conservatism. This reduces drilling locations by 20-30% on average.

### Upside scenario

Our $75/share upside scenario assumes better well performance, more success in its multiple resource formations and exploratory acreage, and stronger near-term commodity prices than our base case forecast.

### Downside scenario

Our $45/share downside scenario reflects lower near-term commodity prices and long-term commodity price assumptions.

## Investment summary

**We believe APA shares should perform in line to its peer group over the next 12 months.** Our expectation is for a meaningful improvement in commodity prices through 2017. We expect APA shares to perform more in line the E&P peers in this environment. With a strong balance sheet and low decline asset base, the company is positioned well if lower prices persist and offer less downside risk, in our view.

The company holds a large legacy position in the Permian that could develop into a more significant growth opportunity. Additionally, assets in both Egypt and the UK North Sea offer more conventional exposure with lower cash recycle requirement to maintain production levels.

## Potential catalysts

- **Permian Basin Development.** The company has a vast acreage position across the Permian Basin, with encouraging results in the Midland and Delaware Basins. Strong results from future delineation activity could increase inventory and unlock value.
- **Alpine High delineation.** The new 307,000 net acre position in the southern Delaware holds the largest catalyst opportunity over the next couple of years, in our view. The market will be focused on individual well performance as initial development occurs.
- **North Sea Discoveries.** APA has a strong track record of UK North Sea exploration and development, with three recent discoveries announced in 2015. Success on future exploration could meaningfully increase ultimate resource potential and extend production.
- **Offshore Suriname (Latin America).** APA has established an offshore acreage position in Suriname with potentially significant exploration upside. In 2017, the company plans drill an exploration prospect on Block 53 and process 3D seismic on Block 58.
- **Asset Monetizations.** The company has successfully streamlined operations by divesting non-core assets over the last three years ($6.2 billion in 2015 alone). We think further asset sales could be announced.



RBC Capital Markets

Oil & Gas Exploration & Production
Apache Corp

Source: RBCCM & Company Reports

NYE_00014761

 ## Valuation

Our $62/share price target is based on a 5% discount to our estimated forward pre-tax NAV. This is in line with the large cap peer average and consistent to companies that have stronger balance sheets and activity focused in the Permian Basin. Our price target along with the NAV upside opportunity supports our Sector Perform rating.

## Price target impediments

Risks to our price target and rating include the following:

- Weaker-than-expected commodity prices could cause the stock to perform below our expectations and impede achievement of our price target objective.
- Higher-than-expected commodity prices could cause the stock to perform above our expectations and impede achievement of our price target objective.
- Future growth and value will likely be predicated on the continued success of Permian, UK North Sea, and Egypt development opportunities. If well performance does not meet expectations, this could cause APA shares to underperform the company's peers.
- Geopolitical risks associated with international operations could potentially have a negative impact on operations and impede achievement of our price target objective.

## Company description

Apache Corporation (NYSE: APA) is an independent E&P company engaged in acquisition, exploitation, and production activities. Properties are located in the Permian Basin (West Texas), Eagleford Shale (South Texas), Mid-Continent (Oklahoma & Texas Panhandle), US Gulf of Mexico, Canada, UK North Sea, Egypt, and Suriname (Latin America). Corporate headquarters are in Houston, Texas.

NYE_00014762

 **RBC Capital Markets**

**Oil & Gas Exploration & Production**
**Apache Corp**

Scott Hanold, CPA | scott.hanold@rbccm.com | (512) 708-6354

| | 2016 Quarterly Results | | | | 2017 Quarterly Results | | | | Annual Results | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRICING & PRODUCTION** | **1Q16** | **2Q16** | **3Q16e** | **4Q16e** | **1Q17e** | **2Q17e** | **3Q17e** | **4Q17e** | **2015** | **2016e** | **2017e** | **2018e** |
| Natural Gas Benchmark (HH; $/Mcf) | $1.98 | $2.11 | $2.75 | $2.75 | $2.75 | $3.00 | $3.00 | $3.25 | $2.60 | $2.40 | $3.00 | $3.25 |
| Crude Oil Benchmark (WTI; $/bbl) | $33.51 | $45.44 | $50.46 | $52.14 | $54.35 | $57.79 | $60.30 | $62.13 | $48.75 | $45.42 | $58.67 | $65.00 |
| **Production Volumes (Unadjusted)** | | | | | | | | | | | | |
| Natural Gas (MMcf/d) | 1,145 | 1,123 | 1,100 | 1,071 | 1,057 | 1,060 | 1,093 | 1,128 | 1,131 | 1,109 | 1,085 | 1,161 |
| NGLs (Mbbl/d) | 65 | 63 | 60 | 59 | 58 | 59 | 62 | 65 | 62 | 62 | 61 | 68 |
| Crude Oil & Condensate (Mbbl/d) | 286 | 285 | 271 | 267 | 265 | 266 | 274 | 281 | 284 | 277 | 272 | 286 |
| **Total Production (Mboe/d)** | **541** | **535** | **515** | **504** | **499** | **503** | **518** | **534** | **535** | **524** | **514** | **548** |
| **Sequential Change** | **10%** | **-1%** | **-4%** | **-2%** | **-1%** | **1%** | **3%** | **3%** | **-17%** | **-2%** | **-2%** | **7%** |
| % Natural Gas | 35% | 35% | 36% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% | 35% |
| % NGLs | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% |
| % Crude Oil & Condensate | 53% | 53% | 53% | 53% | 53% | 53% | 53% | 53% | 53% | 53% | 53% | 52% |
| **Commodity Price Realizations** | | | | | | | | | | | | |
| Natural Gas ($/Mcf) | $2.14 | $2.04 | $2.64 | $2.73 | $2.82 | $2.93 | $2.95 | $3.09 | $2.86 | $2.38 | $2.95 | $3.12 |
| NGLs ($/bbl) | $7.16 | $10.22 | $11.26 | $14.00 | $15.48 | $15.13 | $16.36 | $19.62 | $9.97 | $10.58 | $16.73 | $19.73 |
| Crude Oil & Condensate ($/bbl) | $31.62 | $43.14 | $48.02 | $49.91 | $52.84 | $56.00 | $58.23 | $59.85 | $48.09 | $43.03 | $56.81 | $62.70 |
| **EARNINGS & CASH FLOW** | **1Q16** | **2Q16** | **3Q16e** | **4Q16e** | **1Q17e** | **2Q17e** | **3Q17e** | **4Q17e** | **2015** | **2016e** | **2017e** | **2018e** |
| Oil & Gas Revenues (net) | $1,084 | $1,363 | $1,517 | $1,557 | $1,598 | $1,711 | $1,845 | $1,976 | $6,540 | $5,521 | $7,130 | $8,322 |
| Operating Costs & Production Taxes | $441 | $476 | $561 | $566 | $561 | $578 | $608 | $633 | $2,376 | $2,044 | $2,381 | $2,601 |
| Exploration Expense | 95 | 91 | 50 | 50 | 75 | 75 | 75 | 75 | 0 | 286 | 300 | 340 |
| Depletion, Depreciation, & Amortization | 716 | 707 | 701 | 689 | 694 | 706 | 733 | 766 | 4,113 | 2,813 | 2,899 | 3,122 |
| General & Administrative | 93 | 103 | 80 | 82 | 84 | 87 | 89 | 92 | 374 | 358 | 352 | 396 |
| **Net Operating Income** | **($261)** | **($14)** | **$124** | **$171** | **$183** | **$266** | **$340** | **$410** | **($323)** | **$20** | **$1,199** | **$1,863** |
| Interest Expense | $104 | $102 | $105 | $105 | $105 | $105 | $105 | $105 | $224 | $416 | $421 | $397 |
| Marketing, Midstream & Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pref Div / Minority / Equity Affiliates | 1 | 44 | 13 | 14 | 15 | 17 | 21 | 23 | (409) | 72 | 76 | 107 |
| Non-Recurring Items | 17 | 165 | 0 | 0 | 0 | 0 | 0 | 0 | 28,274 | 182 | 0 | 0 |
| Income Tax Expense | (11) | (81) | 6 | 23 | 29 | 60 | 88 | 114 | (5,293) | (63) | 292 | 550 |
| **Reported Net Income** | **($372)** | **($244)** | **($0)** | **$29** | **$34** | **$83** | **$126** | **$167** | **($23,119)** | **($587)** | **$410** | **$809** |
| **Adjusted Net Income** | **($314)** | **($99)** | **($0)** | **$29** | **$34** | **$83** | **$126** | **$167** | **($102)** | **($384)** | **$410** | **$809** |
| Reported EPS | ($0.98) | ($0.64) | ($0.00) | $0.08 | $0.09 | $0.22 | $0.33 | $0.44 | ($61.20) | ($1.55) | $1.08 | $2.14 |
| **Adjusted EPS** | **($0.83)** | **($0.26)** | **($0.00)** | **$0.08** | **$0.09** | **$0.22** | **$0.33** | **$0.44** | **($0.27)** | **($1.01)** | **$1.08** | **$2.14** |
| **DCFPS** | **$1.25** | **$1.43** | **$2.01** | **$2.10** | **$2.20** | **$2.41** | **$2.64** | **$2.88** | **$7.95** | **$6.78** | **$10.13** | **$12.22** |
| **EBITDAX** | **$552** | **$787** | **$945** | **$981** | **$1,026** | **$1,123** | **$1,227** | **$1,333** | **$3,896** | **$3,266** | **$4,709** | **$5,681** |
| Diluted Shares Outstanding | 378 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 378 | 379 | 379 | 379 |
| **OPERATING MARGINS ($/BOE)** | **1Q16** | **2Q16** | **3Q16e** | **4Q16e** | **1Q17e** | **2Q17e** | **3Q17e** | **4Q17e** | **2015** | **2016e** | **2017e** | **2018e** |
| Pre-Hedge Revenue | $22.07 | $28.45 | $32.26 | $33.84 | $35.79 | $37.66 | $38.95 | $40.44 | $32.75 | $29.06 | $38.27 | $41.83 |
| Net (Loss) / Gain on Hedges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Operating Costs | (8.95) | (9.77) | (11.85) | (12.22) | (12.49) | (12.64) | (12.77) | (12.88) | (12.17) | (10.67) | (12.70) | (13.01) |
| General & Administrative | (1.89) | (2.11) | (1.69) | (1.76) | (1.87) | (1.89) | (1.87) | (1.87) | (1.91) | (1.87) | (1.88) | (1.98) |
| **Gross Margin** | **$11.22** | **$16.57** | **$18.72** | **$19.87** | **$21.43** | **$23.12** | **$24.31** | **$25.69** | **$18.67** | **$16.52** | **$23.69** | **$26.84** |
| Non-Cash DD&A | (14.54) | (14.51) | (14.81) | (14.87) | (15.45) | (15.44) | (15.38) | (15.59) | (21.06) | (14.68) | (15.46) | (15.61) |
| **Operating Margin** | **($3.31)** | **$2.06** | **$3.91** | **$5.00** | **$5.99** | **$7.69** | **$8.93** | **$10.10** | **($2.39)** | **$1.85** | **$8.23** | **$11.23** |
| **FREE CASH FLOW & LEVERAGE** | **1Q16** | **2Q16** | **3Q16e** | **4Q16e** | **1Q17e** | **2Q17e** | **3Q17e** | **4Q17e** | **2015** | **2016e** | **2017e** | **2018e** |
| **Free Cash Flow** | | | | | | | | | | | | |
| Discretionary Cash Flow | $471 | $542 | $760 | $794 | $836 | $913 | $1,002 | $1,090 | $3,004 | $2,568 | $3,841 | $4,631 |
| Exploration & Development CAPEX | 438 | 505 | 483 | 538 | 627 | 768 | 888 | 962 | 3,577 | 1,964 | 3,244 | 4,347 |
| **Free Cash Flow** | **$33** | **$37** | **$278** | **$256** | **$209** | **$146** | **$114** | **$129** | **($573)** | **$604** | **$597** | **$284** |
| **Drilling CAPEX / Cash Flow Ratio** | **0.9x** | **0.9x** | **0.6x** | **0.7x** | **0.8x** | **0.8x** | **0.9x** | **0.9x** | **1.2x** | **0.8x** | **0.8x** | **0.9x** |
| **Leverage** | | | | | | | | | | | | |
| Cash & Equivalents | $1,004 | $1,201 | $1,334 | $1,595 | $1,647 | $1,623 | $1,554 | $1,496 | $1,467 | $1,595 | $1,496 | $435 |
| Total Debt | 8,719 | 8,720 | 8,720 | 8,720 | 8,720 | 8,720 | 8,720 | 8,720 | 8,778 | 8,720 | 8,720 | 8,170 |
| **Net Debt** | **$7,715** | **$7,519** | **$7,386** | **$7,125** | **$7,073** | **$7,097** | **$7,166** | **$7,224** | **$7,311** | **$7,125** | **$7,224** | **$7,735** |
| Net Debt / EBITDA (ttm) | 2.3x | 2.5x | 2.4x | 2.2x | 1.9x | 1.7x | 1.6x | 1.5x | 1.9x | 2.2x | 1.5x | 1.4x |
| EBITDA / Interest Expense | 5.4x | 6.2x | 8.9x | 9.2x | 9.7x | 10.4x | 11.3x | 12.1x | 23.0x | 7.4x | 10.9x | 13.5x |
| Net Debt / Book Capital | 49.5% | 50.5% | 50.4% | 50.2% | 50.2% | 50.3% | 50.4% | 50.3% | 73.6% | 50.2% | 50.3% | 50.3% |
| **Credit Facility (Size)** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** |
| Bank Commitments | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Amount Drawn | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Credit Facility Availability** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** | **$3,500** |

*Source: RBC Capital Markets Estimates & Company Reports*

*Financial Values in US $MM's*

RBC Capital Markets

NYE_00014763

 # Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from Apache Corp in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of Apache Corp.

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Apache Corp during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to Apache Corp.

RBC Capital Markets has provided Apache Corp with investment banking services in the past 12 months.

RBC Capital Markets has provided Apache Corp with non-securities services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average. Although RBC Capital Markets' ratings of Top Pick (TP)/Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Risk Rating**

As of March 31, 2013, RBC Capital Markets suspends its Average and Above Average risk ratings. The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

NYE_00014764


**RBC Capital Markets**

Oil & Gas Exploration & Production
Apache Corp

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick(TP)/ Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described below).

**Distribution of ratings**
**RBC Capital Markets, Equity Research**
**As of 30-Jun-2016**

| Rating | Count | Percent | Investment Banking Serv./Past 12 Mos. Count | Investment Banking Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| BUY [Top Pick & Outperform] | 878 | 50.51 | 246 | 28.02 |
| HOLD [Sector Perform] | 741 | 42.64 | 129 | 17.41 |
| SELL [Underperform] | 119 | 6.85 | 10 | 8.40 |

Rating and price target history for: Apache Corp as of 08-Sep-2016 (in USD)
09-May-2014 Rtg:O Target: 102.0
22-Jul-2014 Rtg:O Target: 110.0
07-Nov-2014 Rtg:O Target: 97.00
16-Dec-2014 Rtg:O Target: 85.00
18-Dec-2014 Rtg:O Target: 84.00
03-Feb-2015 Rtg:O Target: 82.00
08-May-2015 Rtg:O Target: 77.00
07-Aug-2015 Rtg:O Target: 72.00
18-Sep-2015 Rtg:O Target: 59.00
05-Nov-2015 Rtg:O Target: 60.00
120
100
80
60
40
20
Q2
Q3
2014
Q1
Q2
Q3
2015
Q1
Q2
Q3
2016
Q1
Q2
Q3
09-Nov-2015 Rtg:O Target: 62.00
17-Dec-2015 Rtg:O Target: 57.00
29-Jan-2016 Rtg:NR Target: NA
17-Mar-2016 Rtg:SP Target: 52.00
21-Apr-2016 Rtg:SP Target: 54.00
06-May-2016 Rtg:SP Target: 56.00
14-Jul-2016 Rtg:SP Target: 60.00
Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.
Created by BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), and the Guided Portfolio: ADR (RL 10), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsight.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

September 8, 2016 **Scott Hanold,** (512) 708-6354; scott.hanold@rbccm.com 7

NYE_00014765

 https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsight.com/CM/Login.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered

to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. However, targeted distribution may be made to selected retail clients of RBC and its affiliates. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ( SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity granted offshore bank licence by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

**® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2016 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2016 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2016**
**Copyright © Royal Bank of Canada 2016**
**All rights reserved**



NYE_00014767