**NYE-DT 54**

**RBC Capital Markets** — **RBC Insight** — Research

# APA - Deferring Alpine High Natural Gas due to Poor Pricing

Sentiment Indicator : **negative**

Produced by Hanold, Scott (RBC Capital Markets, LLC) on Tuesday, April 23, 2019, 07:55 AM ET
Disseminated on Tuesday, April 23, 2019, 08:03 AM ET

*Our View:* We think this is a slight negative on the margin. The decision positively impacts cash flow in the near term but it does show the current tightness and sensitivity of the Permian gas market. APA has 500 MMcf/d of capacity on Gulf Coast Express (expected in service later this year) and additional capacity on Permian Express (expected in service in 2020) providing transport to Gulf Coast markets.

Apache Corp (APA) announced it is temporarily deferring natural gas production from Alpine High in late March in response to pricing at Waha Hub. Current deferrals are 250 MMcf/d of gross gas production. The company plans to "closely monitor daily pricing" and return gas to sales when it is profitable to do so. The company does not expect an adverse impact on long-term wellbore integrity or reservoir productivity.

APA plans to release an updated production guide with its 1Q19 earnings on May 1, 2019. The current planned rig count and well completion guide is unchanged and APA is reiterating its year-end 2019 Alpine High exit rate guidance of over 100 Mboe/d.

APA also announced installation of the first two cryogenic processing units at Alpine High are proceeding on-budget and ahead of schedule. The first unit is currently commissioning and expected in service in May. The second cryo unit is expected in service in July.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Apache Corporation | NYSE | APA US | Sector Perform | Not Assigned | 41.00 | US Dollar | 37.09 | 23 Apr 2019 08:03:16 ET |

**RBC Capital Markets, LLC**
**Scott Hanold (Analyst)** | (512) 708-6354 | Scott.Hanold@rbccm.com
**RBC Capital Markets, LLC**
**Chris Dendrinos (AVP)** | (512) 708-6353 | christopher.dendrinos@rbccm.com
**Rick Akaishi (Senior Associate)** | (512) 708-6330 | rick.akaishi@rbccm.com

Click here for conflict of interest and other disclosures relating to **Apache Corporation**, **Scott Hanold** These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.

NYE_00005631