**NYE-DT 55**

# FIRST LOOK



April 23, 2019

**Gail Nicholson, Analyst**
301-904-7466, gail.nicholson@stephens.com

## Apache Corporation — APA – NYSE
**Overweight**

| Current | |
|---|---|
| Rating | Overweight |
| Target Price | $46.00 |
| Price: | $37.09 |
| Fully Diluted Shares Out (mil.): | 379.54 |
| 52-Week High: | $50.03 |
| 52-Week Low: | $24.56 |
| Market Cap (mil.): | $14,077.1 |
| Fiscal Year End: | Dec |
| Average Daily Volume: | 3,888,759 |
| Float (mil.): | 99.7 |
| Debt/Cap: | 53.5 |
| Cash/Shr: | $1.90 |
| Dividend/Yield: | $2.79/2.8% |
| Book Value/Shr: | $19.03 |

| EPS | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $0.38A | $0.12 | $0.50 |
| Jun | $0.51A | $0.16 | $0.58 |
| Sep | $0.21A | $0.21 | $0.68 |
| Dec | ($1.00)A | $0.36 | $0.67 |
| FY | $0.09A | $0.86 | $2.43 |
| P/E | NM | 43.1x | 15.3x |

| Oper. CFPS | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $2.08A | $1.95 | $2.68 |
| Jun | $2.42A | $2.02 | $2.80 |
| Sep | $2.60A | $2.16 | $2.95 |
| Dec | $2.13A | $2.41 | $2.96 |
| FY | $9.23A | $8.54 | $11.38 |
| P/CFPS | 4.0x | 4.3x | 3.3x |

| EBITDAX | 2018A | 2019E | 2020E |
|---|---|---|---|
| FY | 4.84BA | 4.19B | 5.61B |
|  | -- | -- | -- |

**Apache Corporation** is an oil and gas exploration production company with operations in the United States, Canada, Egypt, and the United Kingdom.

### First Look: APA Announces Temporary Deferral of Alpine High Gas Volumes

**INVESTMENT CONCLUSION:**
APA announced that due to extremely low prices at Waha Hub, it has initiated natural gas volume deferrals at Alpine High. Deferrals commenced in late March and currently represent ~250 MMcfpd of gross gas production. We are modeling 1Q19/2Q19 Alpine Volumes of ~70 Mboepd/~78.6 Mboepd. For illustrative purposes, if we assume ~250 Mmcfpd of gross gas production is offline in April and a part of May, we estimate 2Q19 Alpine volumes could be in the 55-65 Mboepd range. Assuming the midpoint, we estimate our 2Q19 discretionary cash flow forecast could improve by 2%+. While optically we view the release as a negative, we do not think it is a surprise to the market that depressed Waha pricing is hampering Alpine cash generative capabilities. Ultimately, we believe the potential increase in cash flow offsets the volume loss in the near term, though incremental details are needed to fully quantify the impact.

**KEY POINTS:**
**Incremental Details:**
- The company plans to further address the deferrals on its 1Q19 earnings release. Planned rig count and well completions at Alpine are unchanged. Apache also reiterated its YE19 Alpine High exit rate guidance of 100+ Mboepd.
- We anticipate post commencement of cryo (installation of first two processing units are on-budget and ahead of schedule, first unit expected to enter service in early May) and the GCX pipeline, that APA should see a solid appreciation in price realizations at Alpine.
- We estimate the company has 220+ MMbtupd of Waha Basis hedges (Henry Hub less ~$0.52) in place during 1H19 to help mitigate the negative pricing environment.

---

See important disclosures and analyst certification on pages 2 - 3 of this report. To access current disclosures for other Stephens Inc. covered companies, clients may refer to https://stephens2.bluematrix.com/sellside/Disclosures.action.

© 2019 Stephens Inc.

111 Center Street    Little Rock, AR 72201    501-377-2000    800-643-9691    www.stephens.com    Member NYSE, SIPC

## APPENDIX A

### ANALYST CERTIFICATION

The analyst primarily responsible for the preparation of the content of this report certifies that (i) all views expressed in this report accurately reflect the analyst's personal views about the subject company and securities, and (ii) no part of the analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in this report.

### REQUIRED DISCLOSURES

The research analyst principally responsible for preparation of this report has received compensation that is based on the firm's overall revenue which includes investment banking revenue.

Stephens Inc. maintains a market in the common stock of Apache Corporation as of the date of this report and may act as principal in these transactions.



### Valuation Methodology for Apache Corporation

Our target price is based on a five-year DCF outlook that applies a company specific terminal multiple based on the 5-year historical average for the index adjusted for relative performance and company specific factors. We also consider comparable company analysis on an EV/EBITDA.

### Risks to Achievement of Target Price for Apache Corporation

- Global crude oil prices are affected by overall supply and demand, political developments worldwide, pricing decisions and production quotas of OPEC and the volatile trading patterns in the commodity futures markets. U.S. natural gas prices are affected by overall supply and demand, seasonal weather patterns and the volatile trading patterns in the commodity futures markets. In periods of sharply lower oil and natural gas prices, a company may curtail capital spending projects. Furthermore, changes in oil and natural gas prices can impact a company's determination of proven reserves and a company's calculation of the standardized measure of discounted future net cash flows relating to oil and natural gas reserves.

- E&P companies compete with many other participants in the industry for the resources necessary to explore for and develop oil and gas reserves. These resources include everything from attractive leaseholds to drilling rigs to the human capital necessary to operate machinery at the drill site. These competitive pressures can force oilfield service prices upward, and thereby increase the cost of securing them. Consequently, given a high level of industry activity, a company could experience margin contraction.

- The stated quantity and value of a company's oil and natural gas reserves is based on numerous estimates, which are subject to uncertainty. Reserve estimates are projections based on engineering data, the projection of future rates of production and the timing of future expenditures. There can be no assurance that the prices used to compile the estimate of a company's reserves will be realized or that the estimated production volumes will be produced during the periods indicated. Actual future production, natural gas and oil prices, revenues, taxes, development expenditures, operating expenses and the quantities of recoverable natural gas and oil reserves will likely vary from original estimates.

- In addition to the substantial risk that wells drilled will not be productive, hazards such as unusual or unexpected geologic formations, pressures, mechanical failures, uncontrollable flows of oil and/or natural gas, pollution and other physical and environmental risks are inherent in oil and natural gas exploration and production. These hazards could result in substantial losses to a company due to injury and/or loss of life, severe damage or destruction of property and equipment and environmental damage. Companies typically carry insurance that they believe is in accordance with customary industry practices. However, as is common in the oil and natural

gas industry, a company does not fully insure against all risks associated with its business, either because such insurance is not available, or because it is considered cost prohibitive.

## Ratings Definitions

OVERWEIGHT (O) - The stock's total return is expected to be greater than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. EQUAL-WEIGHT (E) - The stock's total return is expected to be equivalent to the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. UNDERWEIGHT (U) - The stock's total return is expected to be less than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. VOLATILE (V) - The stock's price volatility is potentially higher than that of the company's industry sector. The company stock ratings may reflect the analyst's subjective assessment of risk factors that could impact the company's business.

## Distribution of Stephens Inc. Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| **BUY [OW]** | 268 | 55.14 | 54 | 20.15 |
| **HOLD [EW]** | 214 | 44.03 | 27 | 12.62 |
| **SELL [UW]** | 4 | 0.82 | 1 | 25.00 |

## OTHER DISCLOSURES

Certain investment programs offered by Stephens to clients sometimes engage in purchases or sales of securities that are consistent or inconsistent with Research Analyst recommendations. These programs are managed on a discretionary basis, or provide investment recommendations, by program managers in the exercise of their independent judgment and analysis. Stephens' directors, officers and employees are allowed to participate in these programs subject to established account minimums and applicable compliance restrictions.

This report has been prepared solely for informative purposes as of its stated date and is not a solicitation, or an offer, to buy or sell any security. It does not purport to be a complete description of the securities, markets or developments referred to in the material. Information included in the report was obtained from internal and external sources which we consider reliable, but we have not independently verified such information and do not guarantee that it is accurate or complete. Such information is believed to be accurate on the date of issuance of the report, and all expressions of opinion apply on the date of issuance of the report. No subsequent publication or distribution of this report shall mean or imply that any such information or opinion remains current at any time after the stated date of the report. We do not undertake to advise you of any changes in any such information or opinion. Additional risk factors as identified by the Subject Company and filed with the Securities and Exchange Commission may be found on EDGAR at www.sec.gov. Prices, yields, and availability are subject to change with the market. Nothing in this report is intended, or should be construed, as legal, accounting, regulatory or tax advice. Any discussion of tax attributes is provided for informational purposes only, and each investor should consult his/her/its own tax advisors regarding any and all tax implications or tax consequences of any investment in securities discussed in this report. From time to time, our research reports may include discussions about potential short-term trading opportunities or market movements that may or may not be consistent with Stephens' long-term investment thesis, rating, or price target. Please note that we provide supplemental news and analysis in Quick Take blogs available to clients on our website. *If applicable, when reading research on Business Development Companies, you should consider carefully the investment objectives, charges, risks, fees and expenses of the investment company before investing. The prospectus, and, if available, the summary prospectus, contain this and other information about the investment company. You can obtain a current prospectus, and, if available, a summary prospectus, by calling your financial consultant. Please read the prospectus, and, if available, the summary prospectus, carefully before investing as it contains information about the previous referenced factors and other important information. Also, please note other reports filed with the Securities and Exchange Commission by the relevant investment company at www.sec.gov.* Please also note that the report may include one or more links to external or third-party websites. Stephens Inc. has not independently verified the information contained on such websites and can provide no assurance as to the reliability of such information, and there can be no assurance that any opinions expressed on such websites reflect the opinions of Stephens Inc. or its management. Additional information available upon request.