**NYE-DT 57**

# Bloomberg

News Story

04/23/2019    07:04:18   BN] Bloomberg News

## Apache Defers Alpine High Gas Output Amid Permian Price Slump

By S mon Casey

(B oomberg)    Apache Corp. deferred some natura  gas product on at  ts A p ne H gh pro ect  n Texas after the recent p unge  n the pr ce of the fue   n the Perm an Bas n made output unprof tab e.

The Houston  based company sa d Tuesday  t's deferr ng about 250 m   on cub c feet per day of gross product on.

**Key Takeaways**

- The product on deferra  s another b ow to the Apache pro ect. The company once sa d A p ne H gh he d 3 b   on barre s of o  , but  n March  t sa d  t was deferr ng o   focused work  n order to concentrate on cost reduct ons and produc ng gas and byproducts such as propane. Apache sa d  n February  t wou d cut  ts cap ta  expend ture by 22 percent, one of the  argest spend ng reduct ons  n the U.S. o  and gas sector.
- A comb nat on of boom ng product on  n the Perm an and a  ack of p pe ne capac ty pushed  oca  gas pr ces to negat ve  eve s ear er th s month, mean ng that some producers were pay ng other part es to take the fue  off the r hands.
- The c ngest on shou d ease for Apache  ater th s year when the Gu f Coast Express p pe ne  s expected to come  nto serv ce. The company has contracted capac ty on that condu t, as we   as Perm an H ghway, another p pe ne pro ect, wh ch  s set to start operat ng next year
- Apache sa d the  mpact of the deferred product on w   be m t gated by bas s swaps that cover a "s gn f cant" proport on of  ts output through the m dd e of the year. Sa es w   resume when  t's      of ta     to do  o  t  a d

**Get More**

- C ck here for more deta  s on the A p ne H gh dec s on.

Re ated t cker:
APA US (APA Corp)

To contact the reporter on th s story:
S mon Casey  n New York at scasey4@b oomberg.net

To contact the ed tors respons b e for th s story:
S mon Casey at scasey4@b oomberg.net
Joe R chter

This report may not be modified or a tered in any way  The B OOMBERG PROFESS ONA   service and B OOMBERG Data are owned and distributed  oca  y by B oomberg Finance   P ("BF P") and its subsidiaries in a   jurisd ctions other than Argentina, Bermuda, China,  nd ia, Japan and Korea (the ("BF P Countries")  BF P is a who  y-owned subsidiary of B oomberg   P ("B P")  B P provides BF P with a   the g oba  marketing and operationa  support and service for the Services and distributes the Services either direct y or through a non-BF P subsidiary in the B P Countries  BF P, B P and their affi iates do not provide investment advice, and nothing herein sha   constitute an offer of financia  instruments by BF P, B P or their affi iates