# NYE-DT 60

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 2 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION

3            Case No. 4:21-cv-00575

4

5  IN RE: APACHE CORPORATION SECURITIES
        LITIGATION
6

7  _____

8

9

10          **********************************

11      REMOTE VIDEO DEPOSITION OF LUCY P. ALLEN

12             July 27, 2023

13          **********************************

14

15       REMOTE VIDEO DEPOSITION OF LUCY P. ALLEN taken

16  via Zoom in the above-styled and numbered cause on July 27,

17  2023, commencing at 9:32 a.m. Eastern before Gina Williams,

18  Registered Professional Reporter, Certified Realtime

19  Reporter, and Certified Realtime Captioner.

20

21

22

23

24

25

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

```
 1                    A P P E A R A N C E S

 2                  (Appearing via Zoom)

 3

 4    On behalf of Plaintiffs:

 5         KESSLER TOPAZ MELTZER & CHECK, LLP
           280 King of Prussia Road
 6         Radnor, Pennsylvania 19087
      By:  RICHARD A. RUSSO, ESQUIRE
 7         rrusso@ktmc.com
           AUSTIN W. MANNING, ESQUIRE
 8         amanning@ktmc.com
           JOHNSTON DE F. WHITMAN, JR., ESQUIRE
 9         jwhitman@ktmc.com

10         SAXENA WHITE, P.A.
           10 Bank Street, Suite 882
11         White Plains, New York 10606
      By:  SARA DiLEO, ESQUIRE
12         sdileo@saxenawhite.com

13

14    On behalf of Defendants:

15         BAKER BOTTS, LLP
           910 Louisiana Street
16         Houston, Texas 77002
      By:  AMY PHARR HEFLEY, ESQUIRE
17         amy.hefley@bakerbotts.com

18

19    ALSO PRESENT:  ABIGAIL STUCKER, Kessler Topaz

20                   JAKE ATLAS, Baker Botts

21

22    LEGAL VIDEO TECHNICIAN:  KEN AMRHEIN

23

24         QUOTATION MARKS ARE USED FOR CLARITY AND DO NOT
                NECESSARILY REFLECT A DIRECT QUOTE
25
```

```
 1                        I N D E X

 2    WITNESS                                          PAGE

 3    LUCY A. ALLEN

 4    Examination by Mr. Russo                          4

 5
                          E X H I B I T S
 6    Number

 7        Exhibit 1   Expert Report of Lucy P. Allen dated    10
                      June 16, 2023
 8
          Exhibit 2   Reference Guide on Statistics           93
 9
          Exhibit 3   Complaint                               116
10
          Exhibit 4   Cowen Report entitled "1Q19 Preview:    151
11                    Keeping One's Vows" dated April 26,
                      2019
12
          Exhibit 5   RBC Capital Markets Report entitled     160
13                    "APA - SVP Resignation Causing Stock
                      Weakness; Company Indicating Not
14                    Related to Maka-1 Outcome" dated
                      October 25, 2019
15
          Exhibit 6   SunTrust Report entitled "Resignation   167
16                    not Linked to Upcoming Suriname Well
                      Result" dated October 25, 2019
17
          Exhibit 7   CreditSuisse Report entitled            168
18                    "Resignation of Exploration Head
                      Highlights Suriname Risk to Share
19                    Price" dated October 25, 2019

20        Exhibit 8   Reuters Article entitled "Oil           170
                      industry veteran Steven Keenan
21                    resigns from Apache Corp" dated
                      October 25, 2019
22

23

24

25
```

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

```
 1              VIDEOGRAPHER:  We are now on the record.  Today's
 2      date is July 27, 2023, and the time is 9:32 a.m.
 3      Eastern.
 4              This is the recorded video deposition of Lucy
 5      Allen taken in the matter of Apache Corp. Securities
 6      Litigation in the United States District Court,
 7      Southern District of Texas, Houston Division, Case
 8      No. 4:21-cv-00575.
 9              My name is Ken Amrhein from Everest Court
10      Reporting.  I'm the video specialist.
11              The court reporter today is Gina Williams, also
12      from Everest Court Reporting.
13              All counsel appearing today will be noted on the
14      stenographic record.
15              Will the court reporter please swear in the
16      witness.
17                              - - - -
18 WHEREUPON,
19                          LUCY ALLEN
20 was called as a witness and, after having been first duly
21 sworn, was deposed and testified as follows:
22                          EXAMINATION
23 BY MR. RUSSO:
24      Q    Good morning, Ms. Allen.  As I mentioned, my name
25 is Rick Russo.  I represent the Plaintiffs in this case.
```

1          Could you please just state your full name and
2     address for the record?
3          A    Lucy Paige Allen.  My work address is 1166 Avenue
4     of the Americas, New York, New York.
5          Q    Where are you physically located today?
6          A    I'm actually at home in New York City.
7          Q    Is anyone in the room with you right now?
8          A    No.
9          Q    If anybody joins the room today while we're on
10    the record, will you just let us know?
11         A    Yes.
12         Q    You've been deposed a few times before; correct?
13         A    Yes.
14         Q    So I'm sure you know the deal, but I'll go
15    through just a couple of quick points.
16              Obviously at any point if you don't understand a
17    question that I ask, please let me know, and I'll do my best
18    to rephrase it.
19              I'm sure you can appreciate this, but in a remote
20    setting like this, it's important that we try our best not
21    to talk over one another.  So I will do my best to wait
22    until you finish an answer before I ask the next question,
23    and I'd just ask that you try to wait until I finish the
24    question before you start your answer.
25              Is that fair?

```
 1        A     Yes.

 2        Q     And if at any point you experience any technical

 3   issues or anything like that, you know, obviously let us

 4   know, and we'll get them taken care of.

 5              Do you have any hard-copy documents in front of

 6   you right now?

 7        A     Yes, I do.

 8        Q     What do you have in front of you?

 9        A     I have my report, I have Dr. Nye's report, and I

10   have a copy of the Complaint.

11        Q     Okay.  Do any of those documents have any

12   notations on them besides the actual text of the documents?

13        A     No, they do not.

14        Q     Apart from this deposition software, do you have

15   any other programs or software open on your computer right

16   now?

17        A     I have my Outlook open, which is how I got into

18   this.

19        Q     Well, I would ask if you can close --

20              I think the point is, I would just ask that --

21   while we're on the record here, I'd ask that you refrain

22   from communicating by any means, whether it's cell phone,

23   whether it's text message, whether it's over the computer

24   with counsel or anybody else.

25        A     I have it so it won't show me anything, but...
```

1      Q      Okay.  But you're fine with not communicating

2   with anybody while we're on the record today, either

3   verbally or electronically?

4      A      Yes.

5      Q      Okay.  And lastly, obviously if at any point you

6   need a break, let me know, and we can accommodate you.

7             You understand that you're testifying under oath

8   today?

9      A      Yes.

10     Q      And you understand that this oath has the same

11  effect as if you were testifying at trial?

12     A      Yes.

13     Q      Is there any reason why you would be unable to

14  give accurate and truthful testimony today?

15     A      No.

16     Q      You're currently a senior managing director at

17  NERA; is that right?

18     A      That's correct.

19     Q      How long have you been at NERA?

20     A      Over 25 years, close to 30.

21     Q      What are --

22             What are your responsibilities as a senior

23  managing director?

24     A      I manage projects in the areas of securities and

25  finance and mass torts and product liability.

1      Q      Part of your work at NERA involves serving as an

2    expert witness in litigation matters; correct?

3      A      I have done that, yes.

4      Q      And what else beyond serving as an expert in

5    litigation, what are your other responsibilities?

6      A      I provide economic consulting to clients in a

7    number of different industries and types of matters mostly

8    in the areas of securities and finance and mass torts and

9    product liability.

10     Q      Over the course of your career, how many times

11   have you been retained as an expert witness in a securities

12   class action?

13     A      I don't know that.

14     Q      Is it over 20?

15     A      I have worked on over 20 --

16            Was it securities litigation matters?

17            Yeah, I've certainly worked on over 20 securities

18   litigation matters.

19            I don't know if I've always been retained as an

20   expert witness in them.

21            I would say, yes, I have over 20.

22     Q      When were you retained by Apache to provide an

23   expert opinion in this matter?

24     A      I think I was contacted and retained in December

25   of last year is my recollection.

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 10 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

 1        Q     Okay.  So that was prior to receiving a copy of

 2   Dr. Nye's report?

 3        A     That's correct.

 4        Q     Do you recall who contacted you?

 5        A     I think it was Amy Hefley and/or David Sterling.

 6        Q     Were you given an assignment at that time?

 7        A     I don't recall specifically, no.

 8        Q     Okay.  When did you first start analyzing price

 9   impact in connection with this matter?

10        A     I can't recall.

11              My basic recollection is that most of the work

12   that I did on this matter occurred after receiving

13   Plaintiffs' expert's report.

14              To the best of my recollection, that's how it

15   happened.

16        Q     Okay.  In your report you refer to an alternative

17   event study that you conducted in connection with your

18   analysis; correct?

19        A     That's correct.

20        Q     Did you conduct that event study analysis before

21   or after you received Dr. Nye's report?

22        A     I don't recall.

23              MR. RUSSO:  Why don't we mark as Allen Exhibit 1

24        a copy of your report.  It's Tab 1 for the Everest

25        folks.

Deposition of Lucy P. Allen                                     In re Apache Corp. Securities Litigation

1           (Exhibit 1 was marked for identification.)

2           MR. RUSSO:  Ken, can you just scroll down a page?

3    BY MR. RUSSO:

4       Q     Do you recognize this document as a copy of your

5    report in this case?

6       A     Yes.

7           I mean, you're showing me the first page, but

8    that looks correct.

9           MR. RUSSO:  Ken, can you turn to page 63 at the

10       bottom right?

11   BY MR. RUSSO:

12      Q     Ms. Allen, is that your signature?

13      A     Yes.

14      Q     And can you --

15          Just for the record, can you show us page 63 of

16   the report you're looking at just to confirm that it's a

17   copy of the final version?

18      A     Sure.

19          You mean show it on the video?

20          Is that what you mean?

21      Q     Yeah, just so we can see the signature, that it

22   is the final copy.

23      A     Can you see that?

24      Q     Yes.  Thank you.  I appreciate it.  New world.

25      A     Is there a way to not see the exhibit?

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1              It's easier for me to understand you if I can see

2        you better, or maybe I can move it over.

3              There we go.  I think I just minimized that.

4        Q      Ms. Allen, does the document that we've marked as

5    Allen Exhibit 1 contain all of the opinions you intend to

6    offer in this case?

7        A      It summarizes my opinions in this case.

8        Q      Are there any opinions that you intend to offer

9    in this case that are not referenced or summarized in this

10   report?

11             MS. HEFLEY:  Do you mean with respect to class

12        certification issues?

13   BY MR. RUSSO:

14       Q      I mean as we sit here today, are there any

15   opinions you currently intend to offer in this case that are

16   not set out in this report?

17       A      This report summarizes my opinions regarding

18   class certification that I have been asked -- on the topics

19   that I've been asked to analyze to date.

20       Q      It summarizes all of the opinions you intend to

21   offer on class certification?

22       A      Well, to the extent --

23             Yes, I think that's correct.

24             I mean, to the extent that you raise new issues,

25   for example in this deposition, then there may be additional

1    opinions.

2          Q      But as we sit here right now, this is -- this is

3    a complete set of the opinions you intend to offer in this

4    case?

5          A      It's a report that summarizes my findings in this

6    case --

7          Q      Does this report summarize --

8          A      -- on the assignment that I was asked to address.

9          Q      Does this report also summarize all of the price

10   impact analyses that you've conducted since being retained

11   in this case?

12         A      Yes, I think it does.

13         Q      So there are no --

14                You haven't conducted any analysis relevant to

15   price impact that is not either referenced or summarized

16   somewhere in this report?

17         A      Well, what I was asked to do --

18                The assignment that I was asked to do was to

19   focus on the focus period, so a part of -- analyze price

20   impact relative to a particular period during the alleged

21   class period.  This report summarizes my findings with

22   regard to that assignment.

23         Q      Have you analyzed price impact over the entire

24   class period?

25         A      I have not been asked to do that, no.

1    Q       Have you done that?

2    A       I have not done that, no.

3    Q       Have you analyzed price impact or conducted any

4    analysis of price impact over the portion of the class

5    period that predates the focus period?

6    A       I was not asked to do that, no.

7    Q       And have you conducted any analysis relevant to

8    that?

9    A       I may have conducted analysis that could be

10   relevant to that, but that was not my assignment here.

11   Q       What analysis was that?

12   A       I don't specifically recall.

13           So before the assignment here --

14           Before getting Dr. Nye's report, I don't recall.

15           There may have been some analysis that we did in

16   reviewing the Complaint and looking at the price movements

17   of the stock during the entire class period.

18           So some of that review and analysis could, in

19   theory, be relevant to an analysis of periods before the

20   focus period, but that is not what I have been asked to do.

21   Q       Have you changed or altered any of your opinions

22   since you submitted your report in this matter on June 16th?

23   A       I found a couple typos in my report.

24           It does not change my opinions or conclusions,

25   but there were a couple typos that I found.

1    Q    Okay.  And those are just merely typographical

2    errors; is that correct?

3    A    Yes.

4    Q    Since June 16th, have you formed any new opinions

5    that you intend to offer in this case?

6    A    No, I don't believe so.

7    Q    Since June 16th, have you conducted any

8    additional analyses that are relevant to price impact?

9    A    I don't believe so.

10   Q    Did you draft this report yourself?

11   A    I had a team that helped me.

12   Q    Who are the members of that team?

13   A    Jorge Baez, Malini Kohli, Tatiana Curiati, Varada

14   Shroti.  I think that's -- those are the primary members of

15   the team.

16   Q    And did those individuals prepare the draft of

17   this report?

18   A    They assisted me in preparing the report.

19        All of the report was done under my direction and

20   supervision, but each of them assisted in part.

21   Q    Are there any portions of this report that you

22   drafted yourself?

23   A    So the entire report is drafted under my

24   supervision and direction.  It was done with the assistance

25   of members of my team.

1    Q    I understand.

2         I was just asking, are there other portions where

3    you had, you know, kind of put pen to paper on the draft, or

4    was it something where your team drafted it, and you

5    reviewed it and signed off on it?

6    A    No, it's done as a --

7         I mean, typically the process includes doing the

8    analysis to begin with, coming to conclusions, preparing an

9    outline, which I typically talk through with my team,

10   discuss, you know, what might be a good order, and then it's

11   filled in from the outline.  So it's a continuing working

12   document.

13        My more junior members of the team tend to

14   prepare tables and charts.

15   Q    And what do --

16   A    And I don't tend to be preparing the tables and

17   charts, but...

18   Q    What role do the more senior members of your team

19   play with the preparation -- in the preparation of this

20   report?

21   A    The more senior members help manage the more

22   junior members and have a more -- do less of -- you know,

23   not entering the data, but will help in reviewing the

24   analysis and discussing the findings.

25   Q    And do they also draft portions of the report?

```
 1        A       They'll help in doing that.  That's correct.

 2        Q       Did you conduct all of the analyses that are

 3   reflected in this report yourself, or did the team help you?

 4        A       My team helped me with the entire report.  So

 5   everything that's done is --

 6                Every analysis that's done is done at least

 7   twice, so done from scratch, and then a second person will

 8   go back and independently do the analysis, and things are

 9   checked that way.  So everything is checked in that sense.

10                So nothing is done entirely by one person in the

11   whole report.

12        Q       How many hours did you spend preparing this

13   report and the analysis reflected in the report?

14        A       I don't know that as I sit here, but my estimate

15   would be something like 70 hours.

16        Q       Do you know how many hours the members of your

17   team spent on it?

18        A       I do not.

19        Q       Let's take a look at Appendix A to your report.

20                MR. RUSSO:  Ken, I think that starts on page 68

21        of the PDF, if that's helpful.

22   BY MR. RUSSO:

23        Q       Ms. Allen, Appendix A is a copy of your CV;

24   right?

25        A       That's right.
```

1      Q      So if we turn to the portion of this that refers

2   to "Depositions and Testimony," which is on page 4 of

3   Appendix A, this reflects the matters where you provided

4   either deposition or trial testimony over the past four

5   years; is that correct?

6      A      That's correct.

7      Q      Is this list current as of today?

8      A      It was current as of the report -- as of the

9   signing of the report.

10             I don't recall having another testimony between

11  this date, but I may have.

12     Q      In addition to these matters -- and there are

13  about 28 on here -- are there other matters in the past four

14  years where you've submitted expert reports, but not offered

15  deposition or trial testimony?

16     A      There are other matters, yes.

17     Q      Okay.  Do you know roughly how many?

18     A      I do not, no.

19     Q      How many of the actions that are listed here in

20  Appendix A were securities class actions?

21     A      I don't know.

22     Q      Do you see any, in looking through it, that you

23  can identify as securities class actions?

24     A      The second one, Cabot, I believe is a securities

25  class action.

1                    The fourth one, McDermott, is a securities class

2       action.

3                    Mohawk Industries I believe is a securities class

4       action.

5                    I believe Newell Brands is a security class

6       action.

7                    Arcadia Healthcare I believe is a securities

8       class action.

9                    Newell is listed again.

10                   Corrections Corporation of America I believe is a

11      securities class action.

12                   Zillow I believe is a securities class action.

13                   Those are --

14                   Those are --

15           Q       The Chicago Bridge & Iron entry also says

16      securities litigation class action?

17           A       Oh, yes, I think that was a securities class

18      action.

19           Q       Okay.  In any of these securities class

20      actions --

21                   Let me ask, were you retained as an expert on

22      behalf of the Plaintiffs in any of these securities class

23      actions?

24           A       In the ones I just mentioned, I don't think so,

25      no.

```
 1        Q      Have you ever submitted an expert report or

 2   testified in a securities class action where you opined that

 3   a misrepresentation or an omission impacted a company's

 4   stock price?

 5        A      Can you repeat that question?

 6        Q      Sure.

 7               Have you ever submitted an expert report or

 8   testified in a securities class action where you opined that

 9   a misrepresentation or an omission impacted a company's

10   stock price?

11        A      Not that I can recall.

12        Q      In a few of the cases that are listed here in

13   Appendix A, the Courts in those cases issued opinions on

14   class certification that addressed your price impact

15   opinions; right?

16        A      Yes, that's probably true.

17        Q      Do you recall that the Court in the Acadia

18   Healthcare case issued an opinion on class certification

19   that referenced your price impact opinions?

20        A      I don't actually, no.

21        Q      Do you recall that the Court in Chicago Bridge &

22   Iron issued an opinion on class certification that

23   referenced your opinions?

24        A      I don't specifically recall that.

25               If you gave me a multiple choice test, I think I
```

1    might say that it happened, but I don't have a specific

2    recollection.

3         Q    Do you --

4              Is it your practice to review any class

5    certification opinions that are issued in cases where you've

6    served as a price impact expert?

7         A    I do typically try to review decisions.

8         Q    Is it your practice to review any decisions where

9    you're mentioned by name?

10        A    Generally my practice to try to keep track of

11   what has happened in cases that I have been involved in is,

12   typically the clients generally will notify us, but I don't

13   have a system where I, you know, search for my name or keep

14   track of it in that sense.

15        Q    Why don't we turn to Appendix B.

16        A    Yes.

17        Q    What's reflected in Appendix B?

18        A    This is a list of the materials considered in

19   preparing this report.

20        Q    Does Appendix B include all of the materials you

21   considered in forming your opinions in this matter?

22        A    Yes, that was the intention to be inclusive and

23   include all the materials considered.

24        Q    Okay.  If you look through Appendix B, you'll see

25   it's 32 pages long.  There are over 700 documents listed.

```
 1              Did you review all of these documents yourself?

 2      A      No.

 3      Q      Did someone on your team review every one of

 4   these documents?

 5      A      No, not in their entirety.

 6              These are --

 7              These are materials that we had obtained in

 8   connection with this matter, and so they were considered.

 9      Q      Okay.  So there are --

10              There are materials listed here in Appendix B

11   that you and your team considered, but did not review?

12      A      Yes, or did not review in their entirety.

13      Q      Okay.  Can you explain that?

14              Can you explain how you can consider a document

15   if you haven't reviewed it?

16      A      Sure.

17              So my understanding of the rules of expert

18   disclosure are that you need to not only disclose everything

19   that you actually relied upon, but you need to disclose what

20   was considered in -- in preparing an expert report.

21              So, for example, to the extent that the client

22   turns over a whole database of material or materials, we may

23   go through those materials and consider which ones may or

24   may not be relevant to the analysis that we're doing.

25              So these are the materials that we obtained and
```

```
 1    had access to and considered analyzing as part of this

 2    project.

 3                    So, for example, there are SEC filings.  We

 4    obtained SEC filings for Apache over a long period of time,

 5    and some of them we considered in part because they were

 6    relevant to the analysis, and others -- SEC filings can be

 7    quite long, and there are other SEC filings that were not --

 8    turned out not to be relevant to the particular analysis

 9    that we were doing.

10                    Similarly for --

11                    There's some deposition testimony that was

12    provided to us, and I'm not sure what other documents there

13    are.

14                    Some of the analyst reports we may have not

15    reviewed in their entirety, but we had access to them.  We

16    had obtained them.

17         Q    And how did you determine --

18                    With respect to the analyst reports, how did you

19    determine which ones you would review and which ones you

20    maybe wouldn't review or would review in part?

21         A    So depending on each of the parts of the analysis

22    that we're doing.

23                    So, for example, one of the things that we did is

24    focus on the alleged corrective disclosures where Plaintiffs

25    had alleged the truth was coming out during the focus
```

 1    period, and we reviewed all analyst reports in detail after

 2    and around those periods.

 3              We reviewed specific -- searched all of the

 4    analyst reports for discussion about Alpine High.

 5              So there are various topics that we were

 6    particularly interested in, so to the extent that we were

 7    tracking how analysts had changed their opinions, for

 8    example, about Alpine High.

 9              So, I mean, I sort of walk through the various

10    parts of my report and explain.  For each analysis in each

11    section of my report, there would be potentially different

12    analyses and searches that were done through the analyst

13    reports.

14      Q    Okay.  So let's talk about the corrective

15    disclosures where you said you focused on the reports after

16    and around those periods.

17              How did you do that?

18              Did you go out, you know, a week before and a

19    week after?

20              Did you go a month before, a month after?

21              How did that --

22              What limitations were applied?

23      A    So it's particularly important to look at them

24    after the alleged corrective disclosures and then to see how

25    analysts changed their views from before to after the

```
 1    corrective disclosures.

 2              So I think we obtained -- tried to obtain all --

 3              We obtained all of the analyst reports that we

 4    were able to throughout the entire focus period so...

 5         Q    But around --

 6              So let's talk about after the corrective

 7    disclosures.

 8              Did you review all analyst reports going, you

 9    know, a day after the corrective, a week after, a month

10    after?

11              What limitations did you apply for purposes of

12    that analysis?

13         A    No limitations.

14              So the analyst reports throughout the focus

15    period were all reviewed.

16         Q    You reviewed every one of them?

17         A    My team and I, yes, reviewed every one of them.

18         Q    When you say you searched them for things like

19    Alpine High, was that an electronic search?

20         A    That would be one of the things we would do.

21         Q    Are there materials that you reviewed, but didn't

22    consider, in forming your opinion in this case?

23         A    No.

24              By definition, my understanding of "considered"

25    is that it's broader than "reviewed."
```

1    So my understanding of the federal requirements

2  of what to disclose in an expert report is everything that

3  was reviewed and more.

4    So everything that was relied upon, everything

5  that was reviewed, and the broadest categories, everything

6  that was considered in forming the opinions.

7    The broadest category that's relevant to my

8  report is considered, and that's what I have listed in

9  Appendix B.

10    Q    Did you personally read the Complaint in this

11  matter?

12    A    Yes.

13    Q    Okay.  And why did you do that?

14    A    To understand what Plaintiffs are alleging.

15    Q    Okay.  And why is it important to understand what

16  Plaintiffs are alleging in connection with opining on price

17  impact?

18    A    Because I am analyzing the alleged

19  misrepresentation, so consistent with what the Plaintiffs

20  are alleging.

21    I mean, I think there are a number of reasons.

22    One is to understand what are the alleged

23  misrepresentations, what are the dates of the alleged

24  misrepresentations, what are Plaintiffs alleging was false

25  or misleading about the alleged misrepresentations, what are

```
 1   Plaintiffs alleging is when the truth about the allegedly

 2   false and misleading misrepresentations came out, so what

 3   Plaintiffs are alleging are alleged corrective disclosures.

 4            All of those I think are important aspects of

 5   analyzing price impact and are contained in the Complaint.

 6        Q    Why, in conducting a price impact analysis, is it

 7   important to know what information the Plaintiffs allege was

 8   misrepresented or omitted?

 9            Why is knowing that piece of information

10   important to your analysis?

11        A    Well, it's an analysis of what -- whether the

12   alleged misinformation is impacting the stock price.

13            So it's just a matter of understanding what

14   Plaintiffs are alleging is the misinformation.

15        Q    Okay.  So when you're opining on price --

16            When you're opining on whether an alleged

17   misstatement or omission impacted a stock price, it's

18   important to know what the misrepresented or omitted

19   information was; is that fair?

20        A    I think it's part of understanding what

21   Plaintiffs are alleging.

22            I mean, I will say it's not --

23            Plaintiffs' claims and allegations may --

24            Yes, I think it's a just --

25            I think it's a matter of understanding what
```

```
 1    Plaintiffs are alleging are the false and misleading

 2    statements.

 3         Q    At the Motion to Dismiss stage of this case, did

 4    the Court dismiss any of the claims that are alleged in the

 5    Complaint?

 6         A    I don't recall that.

 7              No, I --

 8         Q    Let me ask this way.

 9              For purposes of conducting your price impact

10    analysis, is it your understanding that all of the alleged

11    misrepresentations and omissions alleged in the Complaint

12    are still at issue in the case?

13         A    I think that's correct.

14              It's possible my report says something different,

15    so I would stand by my report.

16              Yes, that's my recollection.

17         Q    You're not aware of any misstatements or any

18    corrective disclosures or any claims that have been

19    dismissed?

20         A    I don't think so, but if my report says

21    differently, then I just am not remembering it as I sit

22    here.

23              I have meant to in my report be clear about what

24    are the alleged misrepresentations and misstatements, and I

25    think I've attached them all.  I have an exhibit in my
```

 1    report.

 2            And there are a number of them, and how you count

 3    them is a little bit confusing on whether some are said on

 4    the same day or what day is the reaction.

 5            But my recollection as I sit here is that there

 6    aren't ones that have been dismissed from the case.

 7        Q    Okay.  Why don't we look at the list of news

 8    articles, which is on page 27 of Appendix B.

 9            Do you see there's a heading "News Stories on

10    Apache"?

11            There are 23 articles listed here; right?

12        A    Yes.

13        Q    And if you look at entries 17 through 23, those

14    articles were published after the end of the class period;

15    right?

16        A    That's right.

17        Q    So in forming your opinions in this case, you

18    considered 16 news articles that were published about Apache

19    during the class period?

20        A    So more than this.

21            So this is a list I think of ones that are cited

22    in the report, but we did a news search throughout the class

23    period of all articles on Apache.  So we have a much broader

24    set of news articles.

25            I think this list is just --

1        So if you look at the heading of this particular

2   section, it says, "including these," so I think these are

3   just ones that are actually cited in my report.  So this

4   isn't a complete list of all the news articles that were

5   considered.

6        The news articles that were considered is a much,

7   much broader list than this.

8        Q     Okay.  But you had said a few minutes ago that

9   this was all of the materials, right, that you considered?

10       A     I said that Appendix B was meant to be

11  comprehensive and list all the materials considered.

12       And so what it says is, "News Stories on Apache,

13  Other E&P Companies and Oil and Gas Industry from Factiva,

14  Google and Bloomberg."

15       Q     Okay.

16       A     So that is lots of stories, and then it says,

17  "including these."

18       So these are just a subset of all the ones that

19  we --

20       There were way too many to list, but I think if

21  we --

22       I don't know if we did a turnover of the

23  documents, but we have -- we have a file that has all of the

24  news stories that were considered, and it's many more than

25  this.

Deposition of Lucy P. Allen                                      In re Apache Corp. Securities Litigation

1      Q      Okay.  And how did you narrow that file of all

2  the news stories down to these 23 that you've cited in your

3  report?

4      A      These are just ones that are cited.  So these are

5  just --

6              When we, in the report, are explaining the

7  findings, these are examples of points that we were -- that

8  I am making in my report.  That's all.

9      Q      So for this broader set of news articles, did

10  your team read all of them, or were you running searches for

11  articles that hit on search terms and things like that?

12      A      We didn't read all of the --

13              No one would have read all of the stories, but we

14  would have obtained all of them and then looked, for

15  example, you know, was there any article that mentioned

16  Seeking Alpha, or was there --

17              Yeah, we look at them for various different

18  reasons.

19      Q      And when you say you looked --

20      A      I didn't see --

21              Yeah, so there are very many reasons that we

22  would look through all the stories that we had.

23              We looked through them many times to see what's

24  happening on various different days to --

25              Everything that was analyzed in my report, we

1   would review the news stories in that same context.

2        Q     And when you say you looked for, for example,

3   articles about Seeking Alpha, was someone manually reviewing

4   all of the news articles, or was it an electronic search

5   that was done?

6        A     Well, so maybe the Seeking Alpha wasn't the best

7   example of something because one of the things that we did

8   do is not only look through all the stories on Apache, but

9   just looked to see if anyone was mentioning the Seeking

10  Alpha's story that is the alleged corrective disclosure that

11  Plaintiffs allege in the Complaint as of the end of the

12  class period.

13        So that would have been a separate search in

14  addition to the other searches that we have done.

15        Q     Okay.  And that's an electronic search?

16        A     Yes.

17        Q     Putting aside the Seeking Alpha piece, when you

18  were combing through these articles to look for ones to

19  reference in your report, was it a manual process or was it,

20  again, applying search terms and narrowing down the list

21  that way?

22        A     So it's not that we're narrowing down the list

23  and finding a list of however many this is, 23 to cite.

24        We're doing all the analysis that's described in

25  the report, and in the process of doing that analysis we're

 1   explaining the findings, and part of the explaining the

 2   findings at certain points is, you know, some of the

 3   articles I think may explain what the -- you know,

 4   informational about, whatever, Waha Hub gas prices and

 5   what's happening with them, you know, so we will cite

 6   something that may --

 7              I mean, I'll have to look at what is the reason

 8   that each one of these --

 9              I believe each one of these is listed

10   independently in here because it's an actual cited report.

11   That's all.

12        Q    Okay.  I'm asking a little more generally.

13              So you said you have this repository of news

14   articles that was too big for anybody to review.

15              How did you --

16              How did the review process work for them?

17              Were you applying date restrictions and reviewing

18   everything in between certain dates?

19              Were you searching everything for search terms?

20              I'm just trying to understand that process of

21   making sense of these materials.

22        A    So I don't think I said that we had a repository

23   of stories that was too big for everyone to review.  We did

24   not read every story.

25              One of the things that we did is do a news search

```
 1   through Factiva using the company name as a search term and

 2   obtain all the news stories about Apache during the time

 3   period, and then that is one of our materials considered was

 4   downloading all news stories in Factiva by date.

 5       Q    And then from there how did you determine which

 6   ones to read, which ones to consider?

 7       A    They were all considered.

 8            So they were all considered, and there were

 9   various reasons that we considered them.

10            And I could go through the parts of my report and

11   explain to you, for each analysis and each part of my

12   report, what we would have or may have considered those news

13   stories for.

14       Q    After you conducted that search for the company

15   news, right, you said you applied that search term, did you

16   review every document -- did you read every document that

17   was returned?

18       A    I did not read every news story, no.

19       Q    Did someone on your team review every one that

20   hit on Apache?

21       A    No, I do not think so.

22            But again, I could then go through all the

23   analyses and parts of my report and, for many of the

24   analyses there would be a review through, we call it a

25   chronology, a chronology of news stories, for a number of
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 35 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1    different reasons.

2        Q    And how did you and your team determine which

3    news articles you would read and which ones you wouldn't

4    read?

5        A    I would have to go through my report for each

6    analysis, and I could describe what happened for each type

7    of analysis.

8             So one example would be that after an alleged

9    corrective disclosure, the news stories would be reviewed to

10   see if there's additional information about why the stock

11   price may or may not be reacting or what information would

12   the market be understanding from an alleged corrective

13   disclosure, for example.

14       Q    Did you speak to any current or former Apache

15   employees in connection with forming your opinions?

16       A    I don't believe I did, no.

17       Q    Did you review any internal Apache documents in

18   connection with forming your opinions?

19       A    Not that I recall, but if I did, it should be

20   cited in here.

21            So one --

22            Sometimes it could be an attachment to a

23   deposition transcript.  That's the only thing I can think

24   of, but I don't have any recollection of that.

25       Q    In connection with your work in this matter, did

```
 1    you ever ask counsel whether Apache had any internal

 2    documents bearing on price impact?

 3         A    I did not ask that question.  I'm not sure what

 4    that would mean exactly.  I don't --

 5              So I'm analyzing whether the alleged

 6    misrepresentations impacted the stock price, so whether

 7    there's a link between that.

 8              That isn't something that a company would

 9    typically have the answer to that or is not typically the

10    sort of analysis a company would do.

11         Q    And in connection with this case, you didn't ask

12    counsel whether the company did have any answers on that?

13         A    I did not ask them that, no.

14         Q    If we look at the legal decisions on page 29,

15    there are 11 cases cited here.

16              Are you offering any legal opinions in this case?

17         A    No.

18         Q    And so why were you considering legal opinions in

19    the course of forming your price impact opinions?

20         A    These are again ones that are cited in my report,

21    and I could look to the cites to see why they were cited.

22         Q    Okay.  And are these cases that you found

23    yourself?

24         A    Well, some of them I was involved in myself.

25              I'm not sure what you mean by found myself.
```

```
 1        Q     Let me ask this:  Are there -- do you recall any
 2   legal decisions that you reviewed on class certification
 3   that are not listed here in these 11 cases?
 4        A     I have seen --
 5              I'm not even sure if these are all on class
 6   certification.  Maybe they are because it says that, but I
 7   have certainly seen a number of decisions on class
 8   certification.
 9              These are listed because they're cited in my
10   report.  And I could look to see why they're cited, but
11   offhand I don't know specifically what is the reason for
12   citing them -- each one of them.
13        Q     Did you check Appendix B for accuracy and
14   completeness before you included it in your report?
15        A     I looked through it.  I did not do a detailed
16   analysis myself.  I rely on my team for that.
17        Q     Okay.  Does your team have a process for checking
18   this list of materials considered for accuracy and
19   completeness?
20        A     Yes.
21        Q     Have you considered any additional documents
22   since the time you submitted your report?
23        A     I don't believe so, no.
24        Q     Let's turn to Appendix C, which I think you
25   referenced earlier.
```

```
 1               What is Appendix C?

 2       A     It's a list of the alleged misrepresentations

 3  made during the alleged class period.

 4       Q     And why did you include this Appendix in your

 5  report?

 6       A     So I have a list of them.  The Complaint is very

 7  long, and I think it's handy to know what they are, and I

 8  think --

 9               What I am analyzing are the alleged

10  misrepresentations and price impacts, so I think it's

11  helpful to have a list of them.

12               And typically they --

13               Oftentimes there are -- it is simpler and not as

14  lengthy a list, and it is something I would typically put at

15  the very beginning of my report and say, here are the two

16  alleged misrepresentations, and this is what they said.

17               But since they're quite lengthy, it was too long

18  to put in the body of my report, so I thought it was easier

19  to put it as an Appendix.

20       Q     And who prepared this document?

21       A     My team did.  I don't know specifically.

22               So, again, it would have been --

23               At a minimum, there would have been someone

24  checking it or doing it again.

25       Q     And do you know what the source data was that was
```

```
 1   used to put this together?

 2       A      The Complaint.

 3       Q      And did you or your team check this document for

 4   accuracy and completeness before you included it in the

 5   report?

 6       A      My team did, but I personally don't recall --

 7              I don't think I checked this personally, but my

 8   team did.

 9       Q      For purposes of offering your opinions in this

10   case, have you assumed that the market for Apache common

11   stock was efficient throughout the class period?

12       A      I have.

13       Q      For purposes of offering your opinions in this

14   case, have you assumed that all of the allegations in the

15   Complaint are true?

16       A      I'm assuming that the alleged statements are

17   false and misleading as alleged.

18              I'm not assuming that --

19              You know, for example, the Complaint alleges that

20   the stock price dropped because of, you know, for example,

21   the Seeking Alpha story.  So I have found that not to be

22   true.

23              So I'm not assuming that that is true, but I am

24   assuming the statements are false and misleading as alleged.

25       Q      Are you assuming that all of the five alleged
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 40 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

 1    corrective disclosures in this case corrected the alleged

 2    misstatements?

 3         A     No, I'm not making that assumption.

 4         Q     Okay.  So you're not assuming that the corrective

 5    disclosures corrected the misstatements, and you're not

 6    assuming that the corrective disclosures caused the stock

 7    price to change; is that correct?

 8         A     I am not making those assumptions.

 9               I am assuming that the alleged misstatements are

10    false and misleading as alleged.  And one of the things that

11    I am analyzing is whether the alleged misstatements are

12    impacting stock price, including the alleged corrective

13    disclosures.

14         Q     Are you assuming that any of the alleged

15    corrective disclosures corrected the alleged misstatements?

16         A     I'm not particularly making assumptions about

17    that, no.

18         Q     Are there any other assumptions you've made in

19    connection with conducting your analysis?

20         A     I don't believe so, no.

21         Q     What is --

22               In the context of securities litigation, what is

23    price impact?

24         A     So what I am analyzing and what I understand to

25    be the question is whether the alleged misrepresentations

1    impacted, affected, moved the stock price.

2              I understand price impact to be an analysis of

3    whether, you know, in this case, alleged misrepresentations

4    moved a stock price.

5         Q    And you understand that at the class

6    certification stage the price impact analysis is relevant to

7    determining whether this brought on the market presumption

8    of reliance?

9         A    I think you're asking me a legal question.

10             My understanding is that Plaintiffs, rather than

11   proving individual reliance on the alleged

12   misrepresentations, can claim that the market is efficient

13   in that -- and if the market is efficient, that the alleged

14   misrepresentations would be incorporated into the stock

15   price and that Defendants can analyze -- Defendants can show

16   that there's -- sever the link and show that there is not a

17   link between the stock price and the alleged

18   misrepresentations, then they --

19             And then I think that does, as you say, for class

20   certification, make it so that Plaintiffs then have not

21   shown the element of reliance.

22        Q    Do you have an understanding of what a

23   defendant's burden is with respect to price impact with

24   class certification?

25        A    I think it's the preponderance of the evidence,

```
 1    but it's defendant's burden is my understanding.

 2         Q     And defendant must demonstrate, by preponderance

 3    of the evidence, that the alleged misstatements had no

 4    impact on the company's stock price; right?

 5              MS. HEFLEY:  Objection, calls for a legal

 6         conclusion.

 7         A     Yeah, my understanding is preponderance of the

 8    evidence as sort of more likely than not is what I

 9    understand preponderance of the evidence to be.

10    BY MR. RUSSO:

11         Q     More likely than not what?  More likely --

12         A     That there is not a link between the alleged

13    misrepresentations and the stock price.

14         Q     What is --

15              What's the difference between --

16              Is there any difference between the price impact

17    analysis you conducted in this case and a loss causation

18    analysis?

19         A     I don't understand your question.

20         Q     Have you served as a causation expert in a

21    securities class action before?

22         A     I have analyzed loss causation.

23         Q     And how is that analysis of loss causation

24    different from the price impact analysis you've conducted in

25    this case?
```

```
 1        A      The loss causation is whether there is --

 2              The question is whether there are damages or a

 3    loss, which is not the same thing as whether -- not

 4    necessarily the same thing as whether an alleged

 5    misrepresentation impacts the stock price.

 6              So, for example, it could impact the stock price,

 7    but it could be that the Plaintiffs do not suffer any loss.

 8        Q      I understand that the conclusions that you draw

 9    may be different.

10              I'm just asking, the analysis, how does the

11    analysis of price impact differ from the analysis of loss

12    causation?

13        A      I think that there certainly could be overlaps in

14    the analysis, but this is --

15              I'm not analyzing damages or whether there's a

16    loss or whether individual Plaintiffs have suffered a loss.

17              There's nothing about my analysis here --

18              It might --

19              It might tell you something about that, but that

20    is not the focus of my analysis.

21        Q      And again, I'm not asking you about a damages

22    calculation or analysis.

23              I'm asking about an analysis of whether the

24    alleged misstatements caused a loss.

25              How is that loss causation analysis different
```

1    from the price impact analysis you've conducted here?

2         A     Loss causation is, you know, specific to

3    Plaintiffs.

4               So this is whether the alleged misrepresentations

5    impacted the stock price.

6               This is not --

7               I'm not looking at who the Plaintiffs are or what

8    happened to them or when they purchased or when they sold

9    and, you know, whether they would, absent the alleged

10   misstatements, would they have been in a different

11   situation.  So it has nothing to do with --

12              I mean, it may be relevant to that question, but

13   I am not looking at whether there is a loss caused to

14   alleged Plaintiffs.

15        Q     How about the analysis of whether a loss was

16   caused by misstatements, how does that analysis differ from

17   price impact?

18        A     I don't think you can say whether a loss was

19   caused if you're not saying --

20              To the company or to individual Plaintiffs?

21              I'm not sure what your question is referring to.

22        Q     If the Plaintiffs are the --

23        A     My analysis has nothing to do with --

24              I'm not analyzing any individual Plaintiffs.

25        Q     You're analyzing whether a stock price decline

1   was caused by an alleged misrepresentation, correct, as part

2   of your analysis here?

3            MS. HEFLEY:   Objection, misstates testimony.

4       A    That's not what I have been asked to do.

5            My analysis may speak to that question.   So there

6   may be overlaps between a loss causation analysis and a

7   price impact analysis, but what I have done is analyze

8   whether the alleged misrepresentations impacted the stock

9   price.

10  BY MR. RUSSO:

11      Q    And that analysis includes an analysis of whether

12  they caused a loss on an alleged corrective disclosure date;

13  right?

14      A    No, I've analyzed --

15           It may help answer that question, but that is not

16  the question that I have been asked to answer.

17           So I think there can be overlap in the analysis.

18  And I think the conclusions that can come from a price

19  impact analysis, some of those conclusions may apply to

20  other parts of a securities litigation case, but I am

21  analyzing price impact.

22      Q    If we can --

23           If you can turn to paragraph 20 of your report

24  real quick.

25      A    Sure.

1     Q     Here in the second sentence you say there are at

2  least two ways to analyze price impact; right?

3           Do you see that?

4     A     I don't, actually.

5           Where am I?

6     Q     Paragraph 20, the second sentence.

7     A     I see it now.

8     Q     The first way you say is, quote, directly by

9  analyzing the market reaction following an alleged

10 misrepresentation, including analyzing the stock price

11 movement and examining market and analyst commentary

12 following the alleged misrepresentation; right?

13    A     Yes.

14    Q     That analysis is sometimes referred to as

15 front-end price impact; right?

16    A     I think that's right.

17    Q     The second way, which is on the top of page 11,

18 you say is indirectly by analyzing the market reaction to a

19 disclosure that is corrective of an alleged

20 misrepresentation.

21           That analysis is sometimes referred to as

22 back-end price impact; right?

23    A     I think that's correct.

24    Q     And I'm just asking, so if I use the terms

25 "front-end" and "back-end" today, you understand what I'm

```
 1    talking about?
 2         A    I think so, yes.
 3              MS. HEFLEY:  Rick when we get to a stopping
 4         point, can we take a quick break?
 5              MR. RUSSO:  Yeah, we can stop now.  That's fine.
 6              MS. HEFLEY:  Okay.  Thank you.
 7              MR. RUSSO:  Do you want to just take five or ten
 8         minutes?
 9              MS. HEFLEY:  That's great, yeah, just need a
10         quick restroom break.
11              VIDEOGRAPHER:  Off the record 10:42 a.m.
12              (Recess was taken.)
13              VIDEOGRAPHER:  Back on the record 10:53 a.m.
14    BY MR. RUSSO:
15         Q    Ms. Allen, one follow-up question on what we
16    discussed previously.
17              Are you expressing an opinion in this case that
18    any of the alleged corrective disclosures are not actually
19    corrective?
20         A    Well, I am saying that the last alleged
21    corrective disclosure has no new information about Alpine
22    High, about Apache.
23              So, yes, I am saying that that is not corrective.
24         Q    And so you've mentioned the March 2020
25    corrective.
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 48 of 228

Deposition of Lucy P. Allen                                                    In re Apache Corp. Securities Litigation

```
 1                  Which other --
 2                  Are there any other alleged corrective
 3     disclosures in this case where you are offering an opinion
 4     that those disclosures were not corrective?
 5          A     I mean, my assignment, again, is to analyze price
 6     impact.  So in the course of doing that, I am analyzing
 7     whether the alleged misrepresentations, whether there's a
 8     link between them and the stock price during the focus
 9     period, including at the time of the alleged corrective
10     disclosures.
11                  I am also finding that the second alleged
12     corrective disclosure, the October 25th alleged corrective
13     disclosure with the announcement of the resignation of the
14     engineer Keenan, that that is not disclosing any new
15     information about Alpine High.
16          Q     And when you say "the second corrective
17     disclosure," you're referring to the second alleged
18     corrective disclosure during the focus period?
19          A     During the focus period, that's correct.
20          Q     And so are you offering an opinion in this case
21     that the October 25, 2019 alleged corrective disclosure was
22     not actually corrective?
23          A     So my analysis is on price impact and whether
24     there's a link between the alleged misrepresentations and
25     the stock price.
```

1              In the course of doing that, I am finding that

2       there is no new information about Alpine High that is

3       revealed to the market and/or is understood by the market

4       from the resignation of Steven Keenan on -- you know, after

5       the October 25, 2019 alleged corrective disclosure.

6              So my --

7              I think you could characterize that as finding

8       that that alleged corrective disclosure is not corrective,

9       but what I am analyzing is whether the alleged

10      misrepresentations are impacting the stock price.

11             And there is no impact on the stock price

12      relative to any of the alleged misrepresentations from that

13      announcement on October 25, 2019.

14      Q      Why don't we --

15             Well, let me ask you this:  Are you expressing an

16      opinion in this case that the April 23, 2019 corrective

17      disclosure is not corrective?

18      A      That's not particularly --

19             I think you perhaps could interpret the

20      conclusions that I find in my report that way.  The market

21      is not understanding anything new about Alpine High --

22             Well, I'm not particularly making that

23      conclusion, no, I would say.

24      Q      Okay.  So getting back to what we were talking

25      about just before the break when we were talking about the

```
 1   two ways to analyze price impact, you said that -- or your
 2   report says that the price impact analysis focuses on the
 3   stock price reaction to the alleged misstatements and the
 4   stock price reaction to the alleged corrective disclosures;
 5   is that right?
 6        A    I think that's correct.
 7        Q    What if a company's stock price experiences a
 8   statistically significant stock price movement, but that
 9   movement isn't in response to a misstatement or corrective
10   disclosure?
11             Is that movement relevant to price impact?
12        A    You'd have to be more specific about what your
13   hypothetical is.
14             Analyzing price impact, there could be situations
15   where that might have some relevance to an analysis.  It's
16   not directly relevant, I don't think, to the question, but
17   it might be used somehow in some sort of analysis.
18             I mean, for example, you might show that
19   announcements about, I don't know, whatever, some specific
20   topic, the color that you decided to paint something, you
21   know, that all the announcements about the color that
22   something is painted did or didn't, you know, move the stock
23   price or impact the stock price, when the allegation itself
24   might be about a very specific color or very specific time
25   period, and so it somehow could be relevant to look at other
```

1  time periods where something similar has happened and do an

2  analysis of it.

3          So I wouldn't say that there wouldn't be

4  circumstances where it could be helpful to an analysis of

5  price impact to analyze the impact of announcements that are

6  not the actual misrepresentation, but I think you'd have to

7  be --

8          Your hypothetical, there are circumstances where

9  it could perhaps be relevant to some sort of analysis.

10     Q     Okay.  But putting aside those particular

11  circumstances, in general the price impact analysis focuses

12  on the stock price reaction to the alleged misstatements and

13  the alleged corrective disclosures; is that correct?

14     A     Not always.  I mean, I would say that can be a

15  more --

16          It's likely more relevant to be analyzed in the

17  alleged misrepresentations and alleged corrective

18  disclosures.

19          It isn't to say that it couldn't possibly also be

20  relevant to analyze other dates.

21     Q     Does there need to be both front-end price impact

22  and back-end price impact for price impact to exist?

23     A     Again, I think you'd have to explain what you're

24  talking about.

25     Q     Sure.  Let's -- let's assume we have --

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 52 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1          Assume there's a case where there's one

2    misstatement and two corrective disclosures.

3          If there's a statistically significant stock

4    price reaction in response to that initial misstatement,

5    does price impact exist?

6     A     So if the alleged misstatement causes the price

7    to move when made?

8     Q     Yes.

9     A     I think that's evidence that there's price impact

10   from the alleged misstatement.

11    Q     And in that situation do you also need to analyze

12   whether back-end price impact exists on those two corrective

13   disclosures?

14    A     I mean, it depends on what you're -- what you're

15   analyzing.  So I think if --

16          Information can potentially impact the stock

17   price when made, and then the world can change for various

18   reasons, and that information can no longer be reflected in

19   the stock price.

20          The stock price can during a period no longer

21   move relative to it that information.  That information is

22   no longer important to the stock price.  It doesn't move

23   with that information.

24          And so if your question is, is that information

25   or misinformation impacting the stock price during some

1   other period of time, then one way of analyzing that would

2   be -- can be when that information is corrected.

3          So, for example, something could have an impact

4   when made.  The world can change, and that no longer becomes

5   important to the stock price, or the stock price no longer

6   reacts with that kind of information.  And then when it's

7   corrected, that could no longer have an impact and not be

8   relevant to the stock price.

9      Q    And in that scenario is it your view that that

10  analysis of back-end price impact could destroy the price

11  impact that existed at the time of the misstatement?

12     A    It's not the analysis that would destroy it.  It

13  would be that something has changed in the world so that

14  something is no longer -- that it's not -- it's no longer

15  impacting the stock price.

16         It could be many reasons.  It could be that the

17  information is not important at that point for evaluation of

18  the stock price.

19         It could be that the stock price is not -- the

20  market is focused on other things or the market is not

21  efficient and not moving relative to that, or there could be

22  some -- the company could be in a different position where

23  they have essentially hedged whatever was the --

24         I mean, there's just a whole host of different

25  scenarios that can make that happen.

 1      Q      Let me ask you this:  If you were analyzing price

 2   impact and you find clear evidence of front-end price

 3   impact, but no evidence of back-end price impact, would you

 4   offer an opinion that no price impact exists?

 5      A      I think if I find price impact -- when a

 6   statement is made, I find that the stock price is reacting,

 7   and the question is, was there price impact at the time that

 8   that statement was made and I have found evidence of that,

 9   then I would say that I have found evidence of that, if

10   that's the question.

11           If the question is, was that statement affecting

12   the stock price at that point in time, then if you have

13   evidence that it was affecting the stock price at that point

14   in time, I think that's somewhat chronological.

15           If that is the question and that is what I have

16   evidence of, then I think that would be the answer to that

17   question, but I'm not sure that's a meaningful question

18   because it seems to just be true chronologically.

19      Q      When you analyze price impact in connection with

20   securities class actions, are you analyzing whether the

21   misstatement had any impact on the stock price or whether

22   the misstatement impacted the stock price throughout the

23   entirety of the class period?

24      A      It depends on the --

25           It depends on the situation in the question.

1          So here I've been asked to focus on a particular

2     period.

3          Q     Let's look at paragraph 3 of your report.

4     Paragraph 3 you state, "I find that there is no price impact

5     and no link between any of the alleged misrepresentations

6     made during the alleged class period and Apache stock price

7     during the focus period."

8              Do you see that?

9          A     Yes.

10         Q     We'll talk about the focus period piece in a

11    minute, but you use the word "link" here, and you said it a

12    few times this morning.

13             What do you mean when you use that term?

14         A     I think the term is a term used by the Supreme

15    Court, I believe, in one of the Halliburton decisions, so

16    I'm intending it to have the same or similar meaning to

17    that, which is whether the stock prices being moved, so

18    impacting or moving the stock price.

19         Q     Are you finished?

20         A     Yeah, that's all.

21         Q     If you --

22             Let's go back to that answer.

23             You said "link" means whether the stock price is

24    being moved.

25             Moved by what?

1        A       The alleged misrepresentation or the alleged --

2    or the correction of the alleged misrepresentation.

3            Typically here the alleged misrepresentations are

4    of the type that are alleged to cause the stock price to be

5    higher than it would otherwise, and the correction is that

6    the stock price goes down.

7            So that is the more typical direction in a

8    securities class action, and that is the direction that's

9    alleged in this Complaint that the misrepresentations

10   inflated the stock price, not deflation where everything

11   would be the opposite.

12       Q       If you --

13           Coming back to what we were just talking about,

14   if you find a statistically significant stock price increase

15   in reaction to an alleged misstatement or response to an

16   alleged misstatement, is that evidence of a link between the

17   alleged misstatement and movements in Apache stock price?

18       A       It could be.

19           I mean, if the stock price is reacting to

20   something other than the alleged misrepresentation, then --

21           If an alleged misrepresentation is causing the

22   stock price to go up and/or if the correction of alleged

23   misrepresentation is causing the stock price to go down,

24   then that is a link, and those are evidence of price impact.

25       Q       Okay.  You said if a misrepresentation causes the

```
 1   price to go up and if the correction causes it to go down.

 2             I'm asking just about the former.

 3             If an alleged misrepresentation causes a stock

 4   price to go up, is that evidence of a link between the

 5   alleged misstatement and movements in Apache stock price?

 6       A     Yes.  I think if an alleged misrepresentation

 7   causes a stock price to move, that is evidence of alleged --

 8   of price impact at that point in the stock price from that

 9   alleged misrepresentation.

10       Q     And for purposes of analyzing price impact, how

11   do you determine whether or not a link exists between the

12   misrepresentations --

13             Well, let me state it this way:  Let's assume

14   that there's a situation where you don't have a

15   statistically significant stock price increase in response

16   to an alleged misstatement.

17             How do you determine whether or not a link exists

18   between the alleged misrepresentations and the alleged

19   corrective disclosures?

20       A     I'm not understanding that.  I'm sorry.

21       Q     Part of your analysis in this case was

22   determining whether there was a link between the corrective

23   disclosures and the alleged misrepresentations; right?

24       A     I'm analyzing whether there's a link between the

25   stock price movement and the alleged misrepresentation.
```

1              So I'm analyzing, during the focus period,
2     whether there's any link between Apache stock price movement
3     and the alleged misrepresentation.
4              So whether there's any evidence of the stock
5     prices going up during the focus period because of the
6     alleged misrepresentations and whether there's any evidence
7     of the stock prices going down during the alleged -- during
8     the focus period and right after because of alleged
9     corrective information from the alleged misrepresentation.
10             So I'm analyzing whether the alleged
11    misrepresentations during the focus period have -- are
12    causing the stock price to go up and whether there's any
13    evidence they're causing the stock price to go down when the
14    alleged misrepresentations are corrected.
15        Q    In paragraph 4 of your report, you find that the
16    corrective disclosures show no price impact and no link to
17    any of the alleged misrepresentations; correct?
18        A    That there's no --
19             I do say that, that there's no link in terms of
20    no price movement relative to the alleged
21    misrepresentations.
22        Q    Look at 4A.  The second sentence you say, "The
23    deferral rather than having any link to the alleged
24    misrepresentations made during the alleged class period."
25             So you are analyzing whether there's a link

1    between the misrepresentations and the information disclosed

2    on the corrective disclosure dates; right?

3        A    Yeah.   It's really whether there's any link from

4    the price movement on that date, but that's -- that's

5    correct.

6             I'm not --

7             That's right.

8             What I mean by "link" is whether it -- a link in

9    terms of the price movement.

10       Q    So what --

11       A    Not link in terms of, does it have anything to do

12   with the alleged misrepresentations.

13       Q    So you haven't analyzed whether the corrective

14   disclosures in this case have anything to do with the

15   alleged misrepresentations?

16       A    I would say I have analyzed whether they have

17   something to do with it.

18            But what I mean by no link is not that they have

19   nothing to do with it, is that they're not -- that there's

20   no price movement.

21            There's no price movement that's linked to the

22   alleged misrepresentations.

23            I'm not saying whether there's some sort of

24   topical link.

25       Q    Well, you did say earlier that you are opining

```
 1   that certain of these disclosures are not corrective, right,

 2   or you're offering opinions that could be construed as

 3   these --

 4        A     That's right.  That's right.

 5        Q     Does that require you to analyze whether there's

 6   a link between the alleged misrepresentations and the

 7   corrective disclosures?

 8        A     But what I am doing in the link that I am

 9   severing is between price movements, that alleged

10   misrepresentations are not impacting the price.  They're not

11   causing the price to go up when the alleged

12   misrepresentations are made, and they're not causing the

13   stock price to go down when alleged corrective disclosures

14   are happening.

15            So during the focus period there's no price

16   movement in Apache's stock that is caused by the alleged

17   misrepresentations.  That is the link that I am severing.

18        Q     Okay.  And as part of that analysis, you are also

19   analyzing whether or not there is a link between the

20   misrepresentations and the corrective disclosures; right?

21        A     I wouldn't particularly say that, or I don't want

22   to use the term "link" that way.

23        Q     That's how you use it in 4A, through, right?

24        A     Yeah, I think that's right.  I think I used the

25   word "link," but I really mean the price movement.
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 61 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

```
 1                    I don't want to use the term "link" just to

 2       say --

 3                    I think in that sense that could be too general

 4       and sounds just like is it related.

 5                    So I don't want to opine on whether one could say

 6       that the corrective disclosures bear some relationship

 7       topically to the alleged misrepresentations.  That's not --

 8       which I think the word "link" seems to -- is a little bit

 9       like the word "related" that sometimes use that word, and it

10       can --

11                    So I think something could be related and be

12       topically similar, but not be corrective, for example.

13                    When I'm using the term "link," I mean link to a

14       price movement.  I don't mean just potentially topically

15       related.

16            Q     But part of your analysis in this case involved

17       comparing the contents of the alleged misstatements to the

18       contents of the alleged corrective disclosures; right?

19            A     I think that's true.

20            Q     And part of your analysis in this case involved

21       reaching a conclusion as to whether or not those corrective

22       disclosures corrected the alleged misstatements; right?

23            A     I think in the process of analyzing price impact,

24       my findings indicate that the market didn't find anything

25       corrective in particular about, you know, the Seeking Alpha
```

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1    and the October 25th alleged corrective disclosure.

2         Q      So is your opinion that the corrective

3    disclosures were not corrective or that the market didn't

4    find them to be corrective?

5         A      My opinion is that there's no price impact on the

6    alleged misrepresentations during the focus period, that the

7    stock price is not going up during the focus period because

8    of the alleged misrepresentations and is not going down

9    because of the alleged corrective disclosures.

10        Q      Are you expressing any opinion in this case about

11   whether any of the corrective disclosures actually corrected

12   any of the alleged misrepresentations?

13        A      Yeah, and I think you asked me that question

14   before.

15             So that's not particularly my assignment.  But in

16   the process of doing my assignment, I have found that

17   there's no new information, for example, in the Seeking

18   Alpha story relative to -- I mean, there's no new

19   information, period, relative to Apache or Alpine High.

20             And in fact in contrast to what Plaintiffs are

21   alleging, the Seeking Alpha story, which Plaintiffs allege

22   to be a corrective disclosure, does not reveal and is not

23   understood by the market to reveal anything new about Alpine

24   High.

25             So in that sense I think my findings are evidence

1    that that alleged corrective disclosure is in fact not

2    correct.

3         Q     As part of your analysis in this case, did you

4    undertake any effort to compare the alleged

5    misrepresentations to the alleged corrective disclosures to

6    see whether the corrective disclosure revealed anything that

7    had been concealed by the misrepresentations?

8         A     I didn't particularly do that, no, because that

9    wasn't particularly my assignment.

10             What I did do, for example, that may be somewhat

11   similar to that is to see whether, after the alleged

12   corrective disclosures or during the focus period, whether

13   the analysts that are covering the company have understood

14   anything different relative to what Plaintiffs are alleging.

15             For example, do the analysts understand -- come

16   to a new understanding during the alleged focus period about

17   how much, you know, valuable oil or wet gas there is

18   relative to how much dry gas at Alpine High.

19        Q     Do analysts have to change their views about a

20   company in response to a corrective disclosure in order for

21   price impact to exist?

22        A     If analysts do not change their views about a

23   company after a corrective disclosure, that is evidence that

24   the analysts don't view that as impacting the value of the

25   company, and that is evidence that they don't view it as

1     impacting the stock price.

2              So I think that's quite strong evidence disputing

3     price impact of an announcement if the announcement does not

4     cause any analyst to change their view of the value of a

5     company.

6              So analysts are professionals that their

7     professional job is analyzing the value of a company, and if

8     none of them have changed -- if a piece of information

9     doesn't cause any of them to change their understanding, the

10    value of the company relative to that piece of information,

11    I think that's quite strong evidence that that piece of

12    information is not impacting the stock price or the value of

13    the company.

14        Q    Do analysts have to link a company's corrective

15    disclosure back to one of the alleged misrepresentations in

16    order for price impact to exist?

17        A    Analysts don't have to -- don't have to -- don't

18    have to do anything, but what the analysts --

19              The lack of analysts saying --

20              If analysts don't mention something, if they

21    don't change their value -- their value relative to a piece

22    of information, I think that is evidence that that piece of

23    information is not affecting the value of the company.

24        Q    I'm asking a different question.

25              Do analysts have to tie a company's corrective

1    disclosure back to one of the alleged misrepresentations in

2    order for you to find that price impact exists?

3        A    No, I wouldn't say that.

4        Q    If an analyst or a news article specifically did

5    reference one of the company's prior misrepresentations in

6    response to a corrective disclosure, is that evidence

7    relevant to the price impact analysis?

8        A    No, I wouldn't say that necessarily either.

9        Q    It's not in any way relevant?

10       A    I mean, you would have to be --

11            Potentially could be relevant, but not just on

12   its face it's not.

13       Q    If the company issued a corrective disclosure,

14   and in response an analyst or a news article said, wait a

15   second, they said this two years ago, is that evidence that

16   would be relevant to your price impact analysis?

17       A    You'd have to be specific.

18            It could be.

19       Q    In order to --

20            We talked about this a little earlier.

21            In order to assess whether any new information

22   relevant to the alleged misstatements was revealed on the

23   alleged corrective disclosure dates, you need to understand

24   what the Plaintiffs are alleging; right?

25       A    Not necessarily.

1          I mean, for example, the last alleged corrective

2     disclosure, regardless of what Plaintiffs are alleging,

3     there's no new information about Apache or Alpine High

4     that's disclosed to the market, there's no analyst or no one

5     that mentions this alleged corrective disclosure.  So

6     there's absolutely no evidence that anyone cares about it,

7     there's anything new about it and it has any impact on the

8     stock price.

9          So regardless of what Plaintiffs are alleging,

10    that corrective disclosure cannot be evidence of price

11    impact of anything that Plaintiffs are alleging because

12    there's just --

13         Nobody cares about this article at all, and

14    there's no information in the article that is new

15    information about Alpine High or Apache.

16    Q     In order to determine --

17    A     So regardless of what Plaintiffs are alleging,

18    that would not be evidence of price impact, so I think --

19         So it's not necessarily true.

20    Q     You don't need to have an understanding of what

21    information was allegedly misstated or concealed in order to

22    conduct a price impact analysis?

23    A     I mean, generally I think you would need to

24    understand that.

25         I think the specifics of what plaintiffs are

 1  alleging for this particular alleged corrective disclosure
 2  wouldn't --
 3           I think your prior question made it sound like,
 4  you know, do you have to.  I think you don't actually have
 5  to because this would be an example where it wouldn't in
 6  fact be necessary.
 7           So, you know, my general view is, for most things
 8  it's not always the case that something has to happen for
 9  anything.  Most things are not -- there's always exceptions.
10           So I think there are exceptions where it may be
11  possible to do a price impact analysis and not in fact fully
12  understand Plaintiffs' allegations.
13      Q    Did you take steps in this case to fully
14  understand Plaintiffs' allegations?
15      A    Yes, I did take steps, and I did try to
16  understand Plaintiffs' allegations.
17      Q    Why?
18           Why?
19      A    Because I am analyzing what Plaintiffs are
20  alleging, so I reviewed the alleged misrepresentations as we
21  went through and what Plaintiffs are alleging as the
22  corrective disclosures.
23      Q    Let's look at paragraph 2 of your report.
24           In the second sentence you say, "In general,
25  Plaintiffs allege that Apache touted Alpine High as a

```
 1    transformational discovery and concealed that the Alpine

 2    High area was too gassy to ever be viable, i.e., too heavy

 3    on unprofitable dry gas and too light on valuable oil and

 4    wet gas."

 5              Do you see that?

 6       A    Yes.

 7       Q    That's consistent with your understanding of what

 8    Plaintiffs are alleging was misstated and concealed in this

 9    case?

10       A    Yes.

11       Q    Let's look at paragraph 15.

12              Second sentence, "In general, Plaintiffs allege

13    that Apache touted Alpine High as a transformational

14    discovery and a world class resource play with immense

15    production capabilities and concealed that Alpine High area

16    was too gassy to ever be viable, i.e. too heavy on

17    unprofitable dry gas and too light on viable oil and wet

18    gas."

19              Right?

20       A    Yes.

21       Q    Similar to what we just saw?

22              So your understanding is that the allegedly

23    misstated and omitted information in this case is concerning

24    the production capabilities of Alpine High and the mix of

25    oil and wet gas versus dry gas; is that right?
```

1        A       Yes, in part.

2        Q       What else?

3        A       Well, the alleged misrepresentations, as I say,

4    are in --

5                That's how they're summarized in the Complaint.

6    I believe I'm quoting from the -- you know, one of the first

7    few paragraphs, which is in the summary of the Complaint.

8                The alleged misrepresentations are, you know,

9    voluminous, as I said, which is why I have the Appendix to

10   my report.

11       Q       Is there any other information that you

12   understand Plaintiffs to be alleging was misstated or

13   concealed in this case?

14       A       So, again, the alleged misrepresentations are

15   very lengthy, but I think that does -- that is how

16   Plaintiffs have summarized their allegations, and that is

17   from, I believe, the very beginning of the Complaint.

18       Q       And so you formed your understanding of what

19   Plaintiffs' claims were by reviewing the Complaint?

20       A       That's correct.

21       Q       Did you gain that understanding through any other

22   means?

23       A       I would say mostly from the Complaint.

24       Q       Let's look at paragraph 5.

25                You say, "I find that the lack of a link between

```
 1    the alleged misrepresentations and Apache's stock price

 2    during the focus period is further demonstrated by the fact

 3    that no new information was disclosed and the market did not

 4    change its view about Alpine High's oil and wet gas reserves

 5    or the mix during the focus period."

 6              Correct?

 7        A     Yes.

 8        Q     So when you were looking for whether new

 9    information was disclosed or whether the market changed its

10    views about the issues relevant to Plaintiffs' claims, you

11    were looking for whether there was new information or

12    changed views concerning Alpine High's oil and wet gas

13    reserves or its mix; right?

14        A     That's one of the things I was reviewing.

15              I reviewed the new information being disclosed,

16    including all of the alleged misrepresentations that were

17    made during the focus period, as well as all of the alleged

18    corrective disclosures during the focus period.

19        Q     When you were looking at whether there was new

20    information disclosed about the misrepresentations, were you

21    looking for anything other than new information about Alpine

22    High's oil and wet gas reserves or a mix?

23        A     Yes, I was looking at --

24              Everything that Plaintiffs are alleging was

25    disclosed about Alpine High relative to the alleged
```

```
 1   misrepresentation, so I reviewed everything that Plaintiffs

 2   alleged in the Complaint about misrepresentations coming in,

 3   as well as alleged corrective disclosures when the alleged

 4   misinformation is coming out.

 5       Q    Why were you --

 6            As you say in paragraph 5, why were you looking

 7   for whether new information was disclosed or whether the

 8   market changed its views about Alpine High's oil and wet gas

 9   reserves or its mix?

10       A    Because that's one of the things that the

11   Plaintiffs --

12            I've quoted from the Complaint that Plaintiffs

13   are alleging that the company had concealed that the Alpine

14   High area was too gassy to ever be viable and too heavy on

15   unprofitable dry gas and too light on valuable oil and wet

16   gas.

17            So that's a quote from the first few paragraphs

18   of the Complaint.  That's what the Complaint says.

19       Q    Does the Complaint say anything else?

20            You say that's one of the things.

21            I just want to have an understanding of, you

22   know, what your understanding of the claims are.

23       A    That is one of the specific claims that is made

24   in the very beginning of the Complaint about what was

25   concealed.
```

1    Q     And did you consider any other claims in

2    determining whether or not new information was disclosed or

3    the market changed its views about the subject matters

4    alleged in the Complaint?

5    A     Yes.  I analyzed every single alleged

6    misrepresentation that Plaintiffs alleged in the Complaint,

7    which are -- which are many and which are summarized in an

8    Appendix to my report because they're so lengthy.

9           So I analyzed each of them, as well as analyzing

10   each of the alleged corrective disclosures that Plaintiffs

11   allege.

12          So I analyzed all of the dates when Plaintiffs

13   say new misinformation came into the market regarding the

14   alleged, you know, fraud, and I analyzed each of the dates

15   when Plaintiffs are alleging fraud was allegedly partially

16   corrected, and I looked at how the market changed its view

17   and whether there's any impact on the stock price.  And for

18   the impact on the stock price, I'm focusing on the focus

19   period.

20   Q     And when you say you looked at whether the market

21   changed its view, you say in paragraph 5 and throughout the

22   report that the market -- you looked at whether the market

23   changed its view about Alpine High's oil and wet gas

24   reserves, or the mix.

25          Did you look at whether the market changed its

1  views about anything else?

2       A     Yes.  I looked at how the market changed its view

3  about -- in general about Apache to understand how the stock

4  price is moving, and I looked at how the market was changing

5  its view at each of the alleged misrepresentations and at

6  each of the alleged corrective disclosures.

7            So I looked to see how the market changed its

8  view relative to the alleged misrepresentations during the

9  entire focus period, analyzing each of the alleged

10  misrepresentations, as well as each of the alleged

11  corrective disclosures when Plaintiffs claim the truth of

12  the allegedly -- of the alleged fraud was corrected.

13       Q     Let's talk about this focus period.

14            You say in your report the focus period runs from

15  February 23, 2018 to March 13 of 2020; is that right?

16       A     That's right.

17       Q     And you understand that, as you've defined it,

18  the focus period is different from the class period;

19  correct?

20       A     That's correct.

21       Q     Class period in this case begins on September 7,

22  2016; right?

23       A     Yes, that's right.

24       Q     Maybe to make things easier for us today, if I

25  refer to the time period from September 7, 2016 to

```
 1   February 22 of 2018 as the pre-focus period, is that -- will
 2   you understand what I'm referring to?
 3        A    Yes.
 4        Q    So you say in paragraph 1 that counsel asked you
 5   to focus your analysis on this time period; right?
 6        A    Yes.
 7        Q    Did counsel ask you to limit your analysis to
 8   this time period?
 9        A    No.
10        Q    What was the assignment you were given?
11        A    To analyze price impact from the alleged
12   misrepresentations -- whether the alleged misrepresentations
13   impacted the stock price during the focus period, so any of
14   the alleged misrepresentations that caused the stock price
15   to go up or caused the stock price to go down.
16             And so I focused on all of the alleged
17   misrepresentations and whether they impacted the stock price
18   during the focus period.
19             So that's what's described in the scope of
20   assignment, and that's what I was asked to do.
21        Q    Okay.  So when you were talking about price
22   impact here, the assignment you were given was to determine
23   whether the alleged misrepresentations and omissions
24   throughout the entire class period, whether they impacted
25   Apache's common stock during this focus period?
```

```
 1        A      That's right.

 2        Q      Did counsel ever ask you to offer price impact

 3   opinions with respect to the entire class period?

 4        A      No.

 5        Q      Did counsel ask you to assume anything with

 6   respect to price impact for the pre-focus period?

 7        A      No.

 8        Q      You said earlier that you had done some analysis

 9   of the pre-focus period that could be relevant to the price

10   impact opinions; correct?

11        A      I said, yeah, we may have.  I mean, my

12   recollection is, we got the -- were contacted about this

13   matter about the Complaint.

14               I just don't recall what we might have done when

15   we got the Complaint, but it wouldn't surprise me that we

16   might have looked at something or done something that could

17   have had some -- or had some relevance.  That's all.

18               I just don't have a specific recollection of

19   that, but I wouldn't --

20        Q      Do you have a general recollection of conducting

21   any price impact analysis relevant or concerning the

22   pre-focus period?

23        A      I don't have a recollection of that, and I'm

24   not --

25               I don't have a recollection of what we did.  I'm
```

1    not -- asking more about what in fact that would mean, but I

2    wouldn't be surprised if we had done some sort of, you know,

3    some event study analysis, but I just -- I don't know.

4              We might have looked at the stock price reactions

5    on -- on -- before the focus period, but I just -- I don't

6    have a specific recollection of that.

7         Q    But the price impact opinion you're offering in

8    this case is limited to whether the alleged

9    misrepresentations impacted Apache's stock price during the

10   focus period; right?

11        A    That's right.  That's the assignment I've done.

12             I just, you know --

13             I don't have a recollection of what might have

14   been done before we were given that specific assignment, but

15   I wouldn't be surprised if there wasn't something that we

16   might have done -- that we would have done that could have

17   had some relevance to something.

18        Q    You're not expressing an opinion in this case

19   that no price impact exists over the entire class period,

20   are you?

21        A    That's right.  The analysis and my assignment and

22   my report is focused on the focus period.

23        Q    And your opinions are focused on -- or limited to

24   the focus period as well?

25        A    That's right.

1    Q    And you're not expressing an opinion in this case

2    that no price impact exists during the pre-focus period, are

3    you?

4    A    That's right.

5    Q    In paragraph 1 of your report, you say that you

6    analyzed three corrective disclosure dates, right, April 23,

7    2019, October 25, 2019, and March 16, 2020; correct?

8    A    That's right, disclosure dates.

9    Q    And you understand that Plaintiffs have alleged

10   that there were two additional corrective disclosures during

11   the pre-focus period; right?

12   A    I think that's correct, yes.

13   Q    And those dates were October 9, 2017 and

14   February 22 of 2018; right?

15   A    Yes.

16   Q    And you don't analyze those two corrective

17   disclosures at all in your report, do you?

18   A    I do not.

19   Q    And you're not offering an opinion about whether

20   those two corrective disclosures demonstrate price impact

21   for the pre-focus period misstatements; are you?

22   A    Correct.  I am not.

23   Q    As part of your analysis in this case, did you

24   analyze whether there was front-end price impact for any of

25   the pre-focus period misstatements?

1        A        No.

2        Q        So in --

3                 Strike that.

4                 So let's talk about September 7th of 2016.

5                 You understand that that's the first day of the

6        class period?

7        A        Yes.  That's right.

8        Q        And you understand that on that date Apache

9        publicly announced the Alpine High play?

10       A        That's correct.

11       Q        And you haven't analyzed whether Apache stock

12       price experienced a statistically significant price increase

13       on that date?

14       A        I did not, no.

15       Q        And you're not offering an opinion that any

16       statistically significant price increase on that date is not

17       evidence of price impact, are you?

18       A        I'm not analyzing the price reaction on that

19       date.

20       Q        All right.  So specifically with respect to

21       September 7th, you haven't analyzed front-end price impact

22       for those misstatements; correct?

23       A        I'm not sure what you mean by that, but I have

24       not -- as a part of my assignment in this case, I have not

25       analyzed the price reaction to that announcement.

```
 1        Q     In your report you don't attempt to demonstrate

 2   that 100 percent of any inflation that came into Apache's

 3   stock price during the pre-focus period had fully dissipated

 4   prior to the start of the focus period, have you?

 5        A     I don't even --

 6              I haven't even analyzed whether there is

 7   inflation.  That's not something I have --

 8              I have analyzed whether the alleged

 9   misrepresentations and/or the alleged corrective

10   disclosures, whether there's any link between the stock

11   price movement during the focus period and the alleged

12   misrepresentations or the alleged corrective disclosures,

13   and I have found there's no link.

14              There's no price movement from the alleged

15   misrepresentations during the focus period, and there's no

16   price movement from alleged corrective disclosures during

17   the focus period.

18              The price is not moving during the focus period

19   because of the alleged misrepresentations.  That's what I've

20   analyzed.

21        Q     You're not analyzing --

22              You haven't analyzed how the stock price moved

23   during the pre-focus period; correct?

24        A     Not relative to the alleged misrepresentations, I

25   mean, so...
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 80 of 228

Deposition of Lucy P. Allen                        In re Apache Corp. Securities Litigation

1          That's right.

2          Just to be clear, so one of the things that I do

3   in the event study is use a period before an alleged

4   corrective disclosure, for example, as a control period to

5   look at the relationship between Apache's stock price and

6   the industry and the market.

7          So in that sense I'm actually looking at how

8   Apache's stock price moves relative to the market and

9   industry index.

10         So that actually can cover some period before the

11  focus period, so in that sense sort of looking at how it

12  moves.

13      Q    But you're not offering an opinion in this case

14  on whether any of Apache's pre-focus period stock price

15  movements are evidence of price impact?

16      A    That's right.  That's correct.

17         I'm looking at whether Apache's stock price moved

18  during the focus period because of the alleged

19  misrepresentations at all.

20      Q    Okay.  Let's take a look at paragraph 28 of your

21  report.

22      A    Okay.

23      Q    Here's where you discuss event studies and

24  introduce this concept of statistical significance.

25      A    Yes.

1    Q    One step in performing an event study is

2    calculating something that's known as a residual return or

3    an abnormal return; correct?

4    A    Yes.

5    Q    And that --

6         What is a residual return?

7    A    So it's the amount that, in this case, the stock

8    price moves beyond what would be expected given the movement

9    in the market and the industry.

10   Q    How are residual returns calculated?

11   A    Essentially the actual return -- the difference

12   between the actual return and the predicted return from a

13   model, a model in this case is based on the --

14        So I've used both Dr. Nye's event study model, as

15   well as an alternative model, but both of them are measuring

16   the expected movements of Apache stock price given the

17   movement in industry and market index.

18   Q    So the residual return is essentially what's left

19   over after you control for these market and industry

20   indices?

21   A    That's right.

22   Q    You just mentioned that you conducted this

23   alternative event study.

24        The conclusions that you express in this report

25   are not impacted by which event study you use; is that

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 82 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

```
 1   correct?
 2        A     That's correct.
 3        Q     You claim --
 4              In paragraph 33 you state that the alternative
 5   event study has a higher adjusted R-squared than Dr. Nye's
 6   on the majority of the dates tested; right?
 7        A     That's right.
 8        Q     And the dates tested, for purposes of your
 9   report, are the alleged misrepresentation and corrective
10   disclosure dates during the focus period; is that right?
11        A     That's right.
12              So the higher R-squared though were --
13              Both Dr. Nye and my event study are using
14   essentially a control period of a year before an event.  So
15   we're testing a date using the year before.
16              So it's -- it's the year before --
17              In testing one date, the model --
18              The R-squared is coming from the 252 days or
19   whatever we're doing, the number of dates before.
20              So it's actually the regression of over 200 -- a
21   year's returns, basically.
22        Q     And if you look at Footnote 45, right, you say
23   that the alternative event study has a higher adjusted
24   R-squared for the majority of dates tested, which you say
25   are the alleged misrepresentations and alleged corrective
```

1    disclosures during the focus period; right?

2         A    Yes.

3         Q    Have you analyzed which study has a higher

4    R-squared if you consider all of the dates tested throughout

5    the entire class period?

6         A    I'm only testing the dates during the focus

7    period.  So I don't know what you mean by "tested."

8              I'm testing --

9              I'm testing dates during the focus period.

10        Q    So getting back to this event study --

11        A    So, again, it's not on that --

12             So it says that it's --

13             It really should say like "for the majority of

14   dates tested."

15             But the test is --

16             The test is an event study on a date, but it's

17   testing the year before that date.  The actual price returns

18   that I'm using are all -- are a whole year of returns

19   before.

20             So for each one of the tests that I've done

21   during the focus period, it's taking a full year of data and

22   testing whether, for that full year before that, which one

23   has a better fit.

24        Q    Have you analyzed which event study has a higher

25   R-squared if you considered every day of the focus period

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 84 of 228

Deposition of Lucy P. Allen                                In re Apache Corp. Securities Litigation

1    instead of just the days tested?

2         A     I don't think so, but possibly.

3         Q     So as you lay out in your report, once you

4    calculate a residual return using this event study

5    methodology, you then analyze whether that residual return

6    is statistically significant at a particular confidence

7    level; right?

8         A     Yeah, I'd say that's right.

9         Q     Okay.  And in this case you tested for

10   statistical significance at a 95 percent confidence level;

11   right?

12        A     Yeah, the 5 percent level.  That's right.

13        Q     Kind of interchangeable; right?

14             You can talk about 5 percent level and 95 percent

15   confidence level?

16             They mean the same thing; right?

17        A     Yeah, that's right.

18        Q     So if a --

19             If a residual return is statistically significant

20   at a 95 percent confidence level, what that means is if the

21   absolute value of the residual return is within the top

22   5 percent of all residual returns observed during the

23   relevant period; is that right?

24        A     Not exactly.

25             So it means that only 5 percent of the time would

 1   you actually, you know, given the statistics, given the

 2   standard error of regression, would you expect to see a

 3   return of that magnitude.

 4            So it's not -- it's not -- it's not actually --

 5            You run the regression over a period, which here

 6   is a year or about a year, and then you get one statistic,

 7   which is a standard error of the regression.  So if you use

 8   that standard error of regression, it may or may not be the

 9   case that it actually is, if you looked at the returns

10   during that period, that it would actually be in the top

11   5 percent.

12   Q     If you're looking -- if you're analyzing

13   statistical significance at a 95 percent confidence level,

14   only the top 5 percent of residual returns by absolute value

15   are statistically significant; right?

16   A     So you're calling something statistically

17   significant if it would happen normally.  You're going to

18   make a mistake 5 percent of the time and call something

19   unusual when it's really not unusual.  It's something that

20   happens 5 percent of the time.

21            So you'll call something statistically

22   significant if it would only happen 5 percent of the time

23   normally, and you'll say, okay, I'm going to make that

24   mistake 5 percent of the time and call it significant when

25   really it's not.  That's what -- that's what you're doing.

Case 4:21-cv-00575    Document 149-33    Filed on 12/04/23 in TXSD    Page 86 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

```
 1        Q    I understand.
 2             I'm asking numerically and as an order of
 3   magnitude, 95 percent confidence level, that's what you're
 4   applying.  The statistically significant returns are the
 5   ones that are in the top 5 percent by absolute value, right,
 6   mathematically, not asking what conclusions you draw.
 7        A    You're calling something statistically
 8   significant if you find that it is of a magnitude that, in
 9   your control period, would expectation only happen 5 percent
10   of the time.
11        Q    Does statistical significance measure anything
12   other than the magnitude of the residual return?
13        A    I'm not --
14             I don't understand that question.
15        Q    You said it was --
16             You said if you find that it is of a magnitude
17   that in your control period would expect to only happen
18   5 percent of the time.
19             Are there any other factors other than magnitude
20   that are considered in determining whether or not a residual
21   return is statistically significant?
22        A    Well, there are sort of lots of things that go
23   into it, right.  I mean, you have to --
24             First of all, statistical significance in general
25   can be applied to lots of different situations.
```

```
 1              You're talking about an event study, and a

 2    particular way that we're doing the event study here is

 3    using a control period that's essentially a year before a

 4    time period.

 5              So there's lots of things that go into this,

 6    right, as what -- you know, what is the control period

 7    you're using, what are the -- you know, are you using a

 8    market index or industry index, what's going into the

 9    industry index?

10              There are lots of steps of this.

11    Q    Let me ask it this way:  If you're testing for

12    statistical significance at a 95 percent confidence level

13    and a residual return is not within the top 5 percent of all

14    residual returns, absolute value, is that return

15    statistically significant?

16    A    So you're not finding all the returns and ranking

17    them and seeing what it is.

18              You actually create a model, and then you take

19    the standard error of that model, and then you apply that.

20              But what you're essentially saying is that this

21    return of this magnitude would normally happen if there

22    wasn't an event.  This would normally happen 5 percent of

23    the time.

24              So you are determining that you will call

25    something significant when it's not and make a mistake
```

1   5 percent of the time.  That's what the 5 percent means.

2   But you're not actually taking all the returns over some

3   time period and ranking them and saying, is this just

4   above --

5              You're not --

6              That's just not actually how you do it.  It's a

7   statistical --

8              You're taking the standard error, you're creating

9   a model, and you can run your model over a different time

10  period, and you can get a different standard error, for

11  example, and then you'll end up with a different --

12  potentially different value and a different conclusion about

13  whether something is above or below a 5 percent threshold.

14      Q    Are you familiar with something called a null

15  hypothesis?

16      A    I am familiar with a null hypothesis.

17      Q    In the course of testing for price impact, what

18  would be the null hypothesis?

19      A    That isn't --

20             You wouldn't have a null hypothesis for price

21  impact.  That's just not a --

22      Q    Isn't the concept of statistical significance

23  used to determine whether you can reject a null hypothesis

24  and accept an alternative hypothesis?

25      A    So statistical significance you can have a null

1    hypothesis, and something is -- you're going to -- you can

2    reject the null and say you'll reject the null if you are,

3    you know, whatever, at a 5 percent level.  So 5 percent or

4    1 percent level are typical levels that you might use to

5    call statistically significant.  And you would say, given

6    the null hypothesis, this would only happen 5 percent of the

7    time or 1 percent of the time.  So this seems unlikely, so I

8    will reject the null and say this is unusual because this is

9    something that would only happen less than 5 percent of the

10   time or less than 1 percent of the time.

11        Q     And is that the process that you use when

12   conducting an event study and testing for statistical

13   significance under an event study?

14        A     My prior answer is sort of a general description

15   of how -- what 5 percent and 1 percent statistical

16   significance.

17              Yeah, I think that's correct.

18        Q     So in testing for price reactions using an event

19   study, do you develop a null hypothesis and an alternative

20   hypothesis?

21        A     I don't --

22              The statistical --

23              What I'm doing and what Dr. Nye is doing and what

24   is standard to do in an event study is to, in testing

25   statistical significance, is to see whether the results are

```
 1   something that, given the control period, for example, you

 2   would expect to happen -- something of that magnitude you

 3   would expect to happen 5 percent of the time or 1 percent of

 4   the time.

 5            Those are fairly standard statistical

 6   significance levels.

 7       Q     But in applying those statistical significance

 8   levels, what you are doing is trying to determine whether

 9   you can reject the null hypothesis of no impact and conclude

10   that there is evidence of impact; correct?

11       A     No.  You're really just seeing whether the

12   movement is unusual, given your control period.

13       Q     And if the movement is unusual, what conclusions

14   do you draw from that?

15       A     Well, if the movement is not unusual and it can't

16   be differentiated from zero, then you can -- that tells you

17   something.  And if the movement is unusual, then I think

18   that can tell you something else.

19            So you are seeing whether the movement is

20   statistically significant and whether it is different than

21   what you would expect, given the control period.

22       Q     And is your testimony that that analysis has

23   nothing to do with analyzing whether you can reject a null

24   hypothesis and accept an alternative hypothesis?

25       A     Well, you don't accept an alternative hypothesis,
```

```
 1   I mean, so it doesn't --

 2            So I have a whole long discussion in my report

 3   about what it does not mean.

 4            So, for example, you know, I've tried to explain

 5   what the -- what the results of the statistical significant

 6   or the p-values of an event study mean and what they do not

 7   mean in a paragraph that describe some common mistakes about

 8   statistics, I mean, understanding of that, and some of that

 9   is --

10       Q    My question was much simpler.

11            Is it your testimony that this analysis of

12   analyzing statistical significance is not a form of

13   hypothesis testing where you're testing a null hypothesis

14   and an alternative hypothesis?

15       A    I don't know if I have a good answer to that,

16   really.

17       Q    In the context of hypothesis testing, if a result

18   is not statistically significant, does that mean that the

19   null hypothesis is true?

20       A    So in statistics nothing ever means that

21   something is definitely one thing or another.

22            So the answer is pretty much always, no, nothing

23   ever means anything definite.  Statistics is not about --

24            Things are almost always not definite in

25   statistics.  It's only probabilistic.  So it is -- it is --
```

 1              Statistical significance can be evidence in

 2     support of something, and the lack of statistical

 3     significance can be evidence in support of something else,

 4     but statistics rarely if ever tells you anything definitive.

 5         Q     And you're expressing an opinion in this case

 6     that the lack of statistical significance is evidence of no

 7     price impact; right?

 8         A     That's one of the things.  I am saying that there

 9     is alleged corrective information about the

10     misrepresentations, and when that corrective information is

11     coming into the market, the market is not moving.

12              The movement in the market is not anywhere near a

13     level that any academic or researcher or even the Courts

14     would consider statistically significant.  So they cannot be

15     differentiated from zero.  And I am saying that that is

16     evidence of no price impact.  It's evidence of not moving

17     the stock price.  The stock price movement is not

18     differentiable from what it normally does.

19         Q     If you turn to paragraph 31, if we're looking on

20     page 17.

21         A     Yes.

22         Q     About seven lines down, there's a sentence that

23     says, "Thus, in this context, if Dr. Nye's event study

24     yields no statistically significant price reaction, it would

25     provide evidence of no price impact."

```
 1                    Do you see that?

 2        A      Yes.

 3        Q      That's the opinion you're offering in this case;

 4   right?

 5        A      I'm sorry?

 6        Q      That's an opinion you're offering in this case?

 7        A      Yes, that's part of my findings in this case,

 8   consistent with the judicial reference manual on scientific

 9   evidence, which says that when studies have a good chance of

10   detecting a meaningful association, failure to obtain

11   significance can be persuasive evidence that there's nothing

12   much to be found.

13                    And I'm using the very -- the exact test that

14   Dr. Nye has used to show that there's a meaningful

15   association between the stock price and the stock price

16   movements.

17                    So he has a test which he uses to test whether

18   the stock price does in fact react to information, and that

19   very test shows that there is not a reaction to the alleged

20   misrepresentation and the alleged correction of the alleged

21   misrepresentation, and that is strong evidence of lack of

22   price impact.

23                    MR. RUSSO:  Why don't we look at the Reference

24        Manual.  We'll mark this as Allen Exhibit 2.  Ken, this

25        is Tab 5.
```

 1              (Exhibit 2 was marked for identification.)

 2              MS. HEFLEY:  Can you drop that in the Chat?

 3              THE WITNESS:  Are you putting these into the

 4         exhibits folder or --

 5              MR. RUSSO:  Ken should be doing that now.

 6              THE WITNESS:  Oh, okay, great.

 7              VIDEOGRAPHER:  Yes.  Just hit refresh in your

 8         browser if they're not appearing.

 9              THE WITNESS:  Yes, I got it.  Thank you.

10  BY MR. RUSSO:

11        Q     Ms. Allen, do you recognize this Allen Exhibit 2

12  as a copy of the Reference Manual on Scientific Evidence?

13        A     Yes.

14        Q     Turn to page 254, which is the portion you cite

15  in your report.

16        A     Okay.

17        Q     Do you see, if you look at the second full

18  paragraph here, it starts, "When a study."

19              You cited the last sentence in this paragraph;

20  right?

21        A     Yeah, hold on.  I'm trying to do it myself

22  because I find it too small.

23              254, is that what you said?

24        Q     Yeah, second full paragraph, last sentence right

25  above heading number 2.

```
 1        A      Hold on.  I'm still getting to 254.

 2               Okay.  Yes.

 3        Q      You cited the last sentence; right?

 4        A      Yes.

 5        Q      If you look back on the bottom of page 253, it

 6    says, "When a P-value is high, findings are not significant,

 7    and the null hypothesis is not rejected."

 8               Do you see that?

 9        A      I don't see that.  I'm sorry.

10               Where am I, 253?

11        Q      Bottom of page 253.

12        A      Yes.

13        Q      See that?

14        A      Yes.

15        Q      This is under a heading titled "Evaluating

16    Hypothesis Tests," right?

17        A      Yes.

18        Q      So the section of the Reference Manual that

19    you're relying on is a section that refers to hypothesis

20    testing; right?

21        A      I think in a subsection, that's right.

22        Q      The heading in this subsection is called

23    "Evaluating Hypothesis Tests"?

24        A      Yeah.

25        Q      So it says -- goes on to say, "When findings are
```

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1    not significant, this could happen for at least two reasons:

2    1), the null hypothesis is true.  2), the null hypothesis is

3    false, but by chance the data happened to be of the kind

4    expected under the null."

5              Do you see that?

6    A      I do.

7    Q      Do you agree with that?

8    A      Yeah, I think that's true.

9    Q      It goes on to say, "If the power of a statistical

10   study is low, the second explanation may be plausible."

11             Correct?

12   A      Yes.

13   Q      And power is the probability of rejecting the

14   null hypothesis when the alternative hypothesis is true;

15   right?

16   A      It says, "Power is the chance that a statistical

17   test will declare an effect when there" --

18   Q      You're looking at Footnote 106.

19   A      -- "when there is an effect to be declared."

20   Q      Footnote 106 says, more precisely, "Power is the

21   probability of rejecting the null hypothesis when the

22   alternative hypothesis is right"?

23   A      Yeah, it does.

24   Q      So the portion you read, in the context of price

25   impact, power is the chance that the statistical test will

1  find a price impact when there is price impact to be found;

2  correct?

3      A    Oh, I don't know that that's true, no.

4           First of all, price impact, it's not --

5           Price impact --

6           The test is not price impact.

7           The test is whether the price reaction is

8  statistically significant, right, whether the reaction is

9  different than other days, right, can be differentiated from

10 zero so...

11     Q    Power is the chance that this test will find

12 statistical significance when there is an effect to be

13 found; right?

14     A    Yeah, I think that's right.

15          MS. HEFLEY:  Rick, when we get to another break

16     -- a good stopping point, can we take a break?

17          MR. RUSSO:  I think another five minutes would be

18     a good spot, if that's all right with you guys.

19 BY MR. RUSSO:

20     Q    So this says that if the power of a statistical

21 test is low, it may be plausible that a statistically

22 significant result means that the null hypothesis is

23 actually false, but by chance the data is what you'd expect

24 to see under the null; right?

25          That's what this says?

```
 1        A      Say that again.

 2        Q      If the power of a statistical study is low, like

 3   this says that the section -- the second explanation may be

 4   plausible, which means if the power of the statistical study

 5   is low, the null hypothesis may actually be true, but by

 6   chance you've obtained data that you would expect to see

 7   under the null hypothesis; right?

 8               Strike that.

 9               Let me ask you this way.

10        A      I don't think that's right what you said.  Sorry.

11               I think what they're saying is, the power is low,

12   so it could be that the null is actually not true, but the

13   power of your test is low, so you just can't see that.

14        Q      You said it way better than I did.  Thank you.

15               The second paragraph, which is the beginning of

16   the one that you cite, says, "When a study with low power

17   fails to show a significant effect, the results may

18   therefore be more fairly described as inconclusive than

19   negative."

20               Do you see that?

21        A      Yes.

22        Q      "The proof is weak, but the power is low?"

23        A      Yes.

24        Q      See that?

25        A      Yes.
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 99 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

 1      Q      Then it says, "On the other hand, when studies

 2   have a good chance of detecting a meaningful association,

 3   failure to obtain significance can be persuasive evidence

 4   that there is nothing much to be found."

 5           Do you see that?

 6      A      Yes.

 7      Q      So the Reference Manual is saying that the

 8   conclusion you draw from the absence of statistical

 9   significance depends on the power of this statistical study;

10   right?

11      A      Yes.  It's saying that if you don't actually have

12   a good way of testing what you're doing and you don't have a

13   good method, then you may not be able to draw conclusions

14   from it.

15           I'm using the very method that your expert has

16   used to analyze whether the stock price reacts to

17   information.  So I am using the exact method that your

18   expert has said is a method to analyze whether the stock

19   price is reacting to information.

20           So either it is a method that has a meaningful

21   probability of --

22           Either it's a good method and it makes sense to

23   do this, or it's not.

24      Q      Well, if a study has low power, it doesn't mean

25   that it will find an effect where no effect exists; right?

 1            Power looks at whether a study will find --

 2            Strike that.

 3            If a study has low power, it means that the study

 4    will not find an effect where an effect exists; right?

 5       A    Right.  So if you have a method that isn't very

 6    good and it's not very good at detecting things, it's not a

 7    good method, then you may not -- you know, the results might

 8    not tell you anything.

 9            This is the very method that your expert put

10    forward to try to see whether the stock price -- Apache's

11    stock price reacts to information.  So I'm using the very

12    method your expert has used to see whether it reacts to

13    information, and for the exact same purpose, right.

14            So your expert is saying that in order to use the

15    fraud on the market and the reliance rather than saying that

16    individuals are relying on the alleged misrepresentations

17    themselves, that information would be incorporated into the

18    stock price.

19            So he is testing whether that is the case by

20    using this very methodology, and if that methodology doesn't

21    test -- doesn't have any meaningful way of testing whether

22    information is incorporated into the stock price --

23            I'm using the very same test to test the very

24    same type of thing that --

25            I am directly testing whether the alleged

 1    misrepresentations are impacting the stock price using the

 2    exact same methodology that he's using.

 3           He is indirectly saying, I think they would

 4    affect the stock price and Plaintiffs can use the market

 5    efficiency because he's finding that earnings announcements

 6    move the stock price, so therefore it's likely that the

 7    alleged misrepresentations would also impact the stock

 8    price.

 9           I am now testing the very alleged

10    misrepresentations themselves and whether they are moving

11    the stock price using his exact methodology and finding that

12    they are not moving the stock price.

13           So that is direct evidence against price impact

14    using the very method that Plaintiffs have used to try to

15    show that the alleged misrepresentations would be

16    incorporated into the stock price and that they don't have

17    to show individual reliance, but are using this sort of

18    market efficiency shortcut.

19    Q     But you are not using it for the same purpose;

20    right?

21           You are not using it to demonstrate the existence

22    of an effect.  You are using it as evidence of the absence

23    of an effect.

24           And this Reference Manual says whether you can

25    draw that conclusion depends on the power; right?

 1           The power --
 2           Power doesn't assess the chances of obtaining a
 3   false positive; right?  It's the chances of obtaining a
 4   false negative.
 5       A    If this method is good for determining whether --
 6           So Plaintiffs are claiming that rather than
 7   claiming that the individual that Plaintiffs relied on the
 8   individual misrepresentations themselves, they're claiming
 9   that we can tell that it would be incorporated into the
10   stock price because your expert is using the methodology to
11   try to show that this type of information gets incorporated
12   into the stock price.  But rather than using the exact type
13   of information that Plaintiffs are alleging and using the
14   misrepresentations themselves, he's analyzing more earnings
15   announcements.
16           I am using his exact methodology and showing the
17   opposite, which is that the stock price is not reacting to
18   the alleged misrepresentations.
19           Therefore, I'm using Plaintiffs' exact
20   methodology to show the absence of price impact, that there
21   is not price impact, and this is Plaintiffs' and their
22   expert's methodology to do the very same thing, which is to
23   see whether the price reacts to information, and I am
24   showing that it is not reacting to the alleged
25   misrepresentations, and therefore I'm finding no price

1    impact for the alleged misrepresentations during the focus

2    period using Plaintiffs' exact methodology and for something

3    that is more directly on point, which is the

4    misrepresentations themselves rather than just the more

5    indirect point which Plaintiffs are making, which is, we'll

6    analyze other information other than the misrepresentations

7    themselves and show that those impact the stock price when

8    made, so therefore Plaintiffs are concluding it would

9    therefore be likely that the misrepresentations would also

10   impact the stock price, and we don't have to show individual

11   reliance, we can just claim that because of the fraud on the

12   market, it would be incorporated into the stock price.

13        Q    But where in your report do you analyze the power

14   of Dr. Nye's event study and your alternative event study?

15        A    I do not analyze the power.

16             I'm using the exact methodology that Dr. Nye has

17   used, that Plaintiffs have used, and I'm applying it to the

18   more relevant point, which is the misrepresentations

19   themselves.

20        Q    But you're using it for the opposite effect,

21   which you just said, the opposite purpose, which is to

22   demonstrate the absence of price impact.

23        A    I'm not using it for the opposite effect.  It

24   comes to the conclusion.  His very methodology shows that

25   there is no effect.

```
 1              So I'm using his exact test on whether
 2     information impacts the stock price.
 3              He's saying information impacts the stock price,
 4     and I'm saying, using your exact test, which the
 5     misrepresentations themselves, are not impacting the stock
 6     price.
 7              So he has a test.  He's developed a test, and the
 8     point of his test is to see whether information impacts
 9     Apache stock price, and the very results of that test show
10     that the misrepresentations do not impact the stock price.
11        Q     The point of the test is to test for an effect,
12     not the absence of an effect; correct?
13        A     No, that is not the --
14              The point of the test is to see whether there is
15     an effect.  You can't just say that the point of the test is
16     to only get one side of the result.
17              The point of a test is, does it have an effect,
18     or does it not have an effect?
19              You can't say only one answer is relevant so I'm
20     going to ignore the other answer.
21              A test is not -- is relevant.  If the test is
22     relevant, then the answer is relevant whether it's a yes or
23     a no.
24              MS. HEFLEY:  Hey, Rick, I'm sorry to interrupt,
25          but we need to take a break.  We've going almost two
```

 1          hours, I think.  About 10 minutes?  Thanks.

 2                  VIDEOGRAPHER:  Off the record 12:32 p.m.

 3                  (Recess was taken.)

 4                  VIDEOGRAPHER:  Back on the record 12:46 p.m.

 5     BY MR. RUSSO:

 6          Q     Ms. Allen, can you turn to page 19 of your

 7     report?

 8                  Heading 7 says, "A detailed analysis of the focus

 9     period shows no price impact and no link with any of the

10     alleged misrepresentations made during the alleged class

11     period."

12                  Do you see that?

13          A     Yeah, that's the heading.

14          Q     Yeah.  So you used the phrases "no price impact"

15     and "no link."

16                  What's the distinction between those two?

17          A     I think essentially the same thing here, meaning

18     the price is not moving because of it.

19          Q     Okay.  So there's no reason why you broke those

20     two concepts out separately?

21          A     I don't know that I've broken them out

22     separately.  I listed them.

23          Q     Look at subheading A.  Subheading A is where

24     you --

25                  In this section you analyze the focus period

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 106 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

 1    misrepresentations; correct?

 2         A      Yes.

 3         Q      Is it fair to characterize this as more of a

 4    front-end price impact analysis?

 5         A      Yeah, I think you could do that.

 6         Q      And here you use the term in the heading "price

 7    impact;" right?

 8         A      That's right.

 9         Q      Okay.  If you turn to subheading B on page 24, in

10    this section that's where you analyze the corrective

11    disclosures; right?

12         A      Yeah.

13         Q      Here you say both price impact and no link;

14    right?

15             So is there any reason for why you're using only

16    price impact in the context of a front-end analysis and both

17    price impact and link in the context of a back-end analysis?

18         A      I just think that the link is that the

19    misrepresentations occur at another point in time.

20             So it's just to --

21             Not only is it just --

22         Q      Okay.

23         A      I think that's the only --

24         Q      If we look back in heading A, as you say here,

25    your analysis in subheading A concerns whether there was any

1    price impact in reaction to the misrepresentations made

2    during the focus period; right?

3        A    Section A is about the misrepresentations made

4    during the focus period.

5        Q    Okay.  And here you look at --

6            Let me ask, why did you limit your review of

7    front-end price impact to the statements made during the

8    focus period?

9        A    I didn't limit my analysis of price impact to

10   only the misrepresentations during the focus period, but the

11   question was whether there is any price impact from any of

12   the misrepresentations during the focus period.

13           Plaintiffs could be alleging that the alleged

14   misrepresentations during the focus period caused the

15   inflation to increase during the focus period, and that's

16   what in part this section then would analyze.

17       Q    Why didn't you also analyze front-end price

18   impact from the misstatements made prior to the focus

19   period?

20       A    So the question is whether there's price impact

21   during the focus period.  That was my assignment.

22           So what happened before the focus period and how

23   the price moved relative to misrepresentations isn't

24   something that I was asked to do.

25           But there are misrepresentations made during the

1    focus period -- alleged misrepresentations.  I don't want to

2    say whether they're misrepresentations or not.

3           There are alleged misrepresentations made during

4    the focus period, so I'm analyzing whether those

5    misrepresentations impacted the stock price when made in

6    this section 7A.

7        Q    Let's look at paragraph 43.

8           It starts, "No Plaintiffs claim that Apache made

9    misstatements on February 23, 2017, August 3, 2017, and

10   February 22, 2018 about Alpine High being economic at low

11   commodity prices."

12          Do you see that?

13       A    Yes.

14       Q    Those three misrepresentation dates are not

15   within the focus period; right?

16       A    That's right.

17       Q    Why were you analyzing price impact for those

18   three dates in particular?

19       A    These are just a time period when --

20          During the focus period, the commodity prices

21   change.  They go down.

22          I'm not quite sure why this particular paragraph

23   is necessarily under section A.  So I think at some point we

24   had some discussion about where -- where in fact to put

25   that.  So organizationally I'm not quite sure why it's under

 1    this section.

 2              But the point of including this in my report was

 3    to note that during this time period the commodity prices

 4    were declining, and one of the issues that Plaintiffs are

 5    alleging is that some of the prior misstatements were about

 6    how Alpine High -- being economic at these low prices.

 7              So this was an issue I wanted to address.  I

 8    think whether it should have actually fallen under section

 9    7A or been somewhere else I think is an organizational

10    question.

11        Q    So you acknowledge here in paragraph 43 that part

12    of the -- part of what was misrepresented during the class

13    period according to Plaintiffs is Alpine High being

14    economical at low commodity prices; right?

15        A    That's right.

16        Q    So you would agree then that in addition to

17    defendants touting the reserves and the mix at Alpine High,

18    Plaintiffs allege that they also misrepresented that it

19    would be highly economic to extract and sell these resources

20    even if gas prices fell substantially?

21        A    I think that --

22              That's correct, and that is one of the

23    allegations I have -- I do mention in my report, and I

24    analyze.

25        Q    You analyze that in paragraph 43; right?

1        A      I analyze it throughout my report.

2               I discuss it in paragraph 43.

3               So there are other sections within my report that

4    also do that, section 44, so section 8C, for example.  Well,

5    maybe that's not a good example but, yeah.

6               So specifically addressing it in paragraph 43,

7    but other parts of my report also respond to that.

8        Q      Where else in the body of your report do you

9    reference Defendants' misrepresentations about Alpine High

10   being economic at low commodity prices?

11              We looked at the summary of the claims this

12   morning, right, and we said that those talk about the

13   reserves and the mix.

14              Do any of those paragraphs reference

15   misrepresentations about Alpine High being economic at low

16   commodity prices?

17       A      In my --

18              I don't know.

19              In the summary of my allegations, my section.

20       Q      Did paragraph 2 reference alleged misstatements

21   concerning the economics of Alpine High at low commodity

22   prices?

23       A      Paragraph 2 of my report?

24       Q      Yes.

25       A      I think by "unprofitable," that is mentioning the

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 111 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

 1    economics.

 2              Is that what you said?

 3        Q    Economics at low commodity prices.  You've

 4    referenced it in paragraph 43.

 5        A    I don't think paragraph 2 says "economics at low

 6    commodity prices."

 7        Q    You go on to say here in paragraph 43 that

 8    "Following these alleged -- these three alleged

 9    misstatements, analysts didn't mention the misstatements and

10    didn't incorporate the misstatements into their valuation of

11    Apache."

12              Right?

13        A    I do say that as part of a sentence, that's

14    correct.

15        Q    That there was no statistically significant stock

16    price increase; right?

17        A    No analyst mentioned these alleged misstatements

18    are incorporated -- alleged misstatements -- into their

19    valuation.

20              Yeah, that's right.

21        Q    So you're conducting here a front-end price

22    impact analysis for these three misstatements; correct?

23        A    I don't know if I would say that.  That's not

24    what I'm trying to do.

25              I'm analyzing whether these alleged misstatements

1    impacted the stock price during the focus period, and during

2    the focus period is a time period when commodity prices

3    decline substantially.  So I thought it important to address

4    the issue of these.

5              I have addressed them in part through many other

6    parts of my report, including looking at each of the alleged

7    corrective disclosures, but since the focus period is a

8    period when commodity prices are declining substantially in

9    one of -- part of Plaintiffs' allegation is alleged

10   misstatements regarding how economic Alpine High would be if

11   prices decline, I have additional analysis and discussion of

12   it here, including that when the statements were made

13   themselves they weren't repeated by analysts, and in fact

14   analysts said the contrary, which is they would expect, if

15   the commodity prices decline substantially, that it would

16   economically hurt Apache.

17        Q    You cite four analyst reports here; correct?

18        A    When you say here --

19        Q    Looking at paragraph 43?

20        A    Well, I cite all the analysts because I say no

21   analyst mentioned these alleged misrepresentations.

22             So that's a review of every analyst that's

23   following the company at that time.  So that's, in essence,

24   citing all of the analysts.

25             I might have some quotes from some specific

1    analysts.  I don't know how many specific analysts I

2    actually quote.

3         Q     There are four bullets here; right?

4         A     There are four bullets.

5         Q     Three Bank of America reports and one

6    CreditSuisse report; right?

7         A     I think the first three are different --

8    different Bank of America reports, yeah, and then I cite a

9    CreditSuisse report.

10        Q     Right, three Bank of America and one

11   CreditSuisse?

12        A     Yeah, I think that's correct.

13        Q     You cite these in support of the sentence that

14   "During the focus period, analysts consistently repeated

15   that deteriorating commodity prices would drive expectations

16   about Alpine High downward," right?

17        A     That's right.

18        Q     Were these the only analyst reports that were

19   issued on February 23, 2017, August 2, 2017 and February 22,

20   2018?

21        A     On February 23, 2017, there are a bunch of

22   reports issued on February 23, 2017 I think is the --

23              Sorry.  What page are we on now of my report?

24              I just lost it.

25              MS. HEFLEY:  It's 23 to 24.

1              THE WITNESS:  23, thank you.

2      A      February 23, 2017 is the date of the --

3              Yeah, so there are a number of --

4              The first alleged misstatement that I'm referring

5      to here is February 23, 2017.

6      BY MR. RUSSO:

7      Q      There are 15 reports on that date; right?

8      A      On that date there are a bunch of reports, yeah,

9      and I believe none of them mention the alleged

10     misrepresentations or incorporate it into their valuation of

11     Apache.

12             So when I said the "none," that would be

13     including all whatever you said, 17.

14     Q      You're citing this one for the point that

15     analysts consistently repeated that deteriorating commodity

16     prices would drive expectations; right?

17             You cite 1 of the 15 reports issued on that day?

18     A      I'm citing that --

19             I'm saying --

20             None of them mention the alleged

21     misrepresentations.

22             I'm saying, to the contrary, they're saying that

23     weak commodity prices would challenge the economics, and

24     then I am citing one of them, a Bank of America report on

25     that date.

 1        Q     Are you offering an opinion in this case that the

 2   market was not misled by these misstatements?

 3        A     I'm not --

 4              I've not been asked to analyze whether the

 5   statements were false and misleading.

 6        Q     Are you expressing an expert opinion in this case

 7   that these three -- the misrepresentations made on these

 8   three days were not actually false and misleading?

 9        A     I haven't been asked to analyze that.

10              This might speak to that, but that's not a

11   question I was asked to analyze.

12              I mean, the fact that none of them --

13              None of the analysts mentioned the statements at

14   all, and there's no indication that they incorporate the

15   statements into their valuations of the company, and some of

16   them are flat out saying the opposite, which is that they

17   would expect it to -- deteriorating pricing would

18   economically challenge the economics of Alpine High.

19              I think --

20              I have not been asked to analyze that question,

21   but I would say that the findings that I have here could

22   certainly be used as evidence that --

23              I forget exactly how you worded the question.

24        Q     You assumed that for purposes of your analysis

25   that Plaintiffs' misstatements and omissions -- alleged

 1    misstatements and omissions were actually false and

 2    misleading.

 3            Does that assumption apply to these

 4    misstatements?

 5        A    I would say I assume they're false and

 6    misleading.

 7            Whether they actually misled the market isn't

 8    something I was particularly asked to analyze, but I would

 9    say that this would be strong evidence that, to the extent

10    they were false and misleading, the market was not misled by

11    them.

12        Q    Is that an opinion you're expressing in this

13    report?

14        A    I do not explicitly give that opinion in this

15    report, but now that you have brought it up and asked me the

16    question, I do think that this paragraph and the findings

17    are quite strong support that those statements did not

18    mislead the market.

19        Q    Was this the only --

20            Were these the only three dates during the class

21    period where Alpine -- Apache made representations about the

22    economics of Alpine High?

23        A    These are the specific ones where the Plaintiffs

24    allege that they made statements about being economic at low

25    commodity prices.

```
 1              These are the ones that were highlighted to that
 2     effect in the Complaint.
 3         Q     Are they the only ones that are alleged in the
 4     Complaint?
 5         A     For that specific point, I believe that's
 6     correct.
 7              I'm citing something that is way near the end of
 8     the Complaint rather than in the summary of the Complaint.
 9              MR. RUSSO:  Let's mark as Allen Exhibit 3 a copy
10         of the Complaint.
11              Ken, it's Tab 2.
12              (Exhibit 3 was marked for identification.)
13     BY MR. RUSSO:
14         Q     Ms. Allen, do you have Tab 2?
15         A     I do.  I have a hard copy of the Complaint to
16     make it easier.
17         Q     If you'd turn to it paragraph 192 of the
18     Complaint.
19              Actually, strike that.
20              Look at paragraph 194.  You'll see this is under
21     the heading of statements that were made on September 7,
22     2016?
23         A     Yes.
24         Q     194 lists out statements made during the Barclays
25     Conference on September 7th, and there's a quote from
```

 1    Mr. Christmann saying, "What's going to make this play

 2    really stand out is the quality, the thickness, and the cost

 3    structure, a very, very highly economic wet gas play."

 4             Do you see that?

 5        A    Yes.

 6        Q    It says, "Further, Christmann represented to

 7    investors that the play would produce highly profitable

 8    results in oil and wet gas even at very low commodity

 9    prices.  Indeed, Christmann explained that after factoring

10    all possible costs, fully burdened economics, the rates of

11    return go off the charts, and that even at $40-barrel of oil

12    and $2.50 gas, the returns are still significantly high."

13             Do you see that?

14        A    Yes.

15        Q    The next sentence says, "Christmann stated that

16    these tremendous economics made for a play where there was a

17    very wet gas resource where you virtually get the dry gas

18    for free."

19             Do you see that?

20        A    Yes.

21        Q    September 7, 2016 is not a date that you list in

22    paragraph 43 of your report; right?

23        A    That's right.

24        Q    Let's look at Appendix C of your report where you

25    list out the misrepresentations made during the class

```
 1   period.

 2        A      Okay.

 3        Q      Do those statements that I just read appear in

 4   entry 1 of Appendix C?

 5        A      I don't think so, no.

 6        Q      Are any statements attributed to paragraph 194 in

 7   the Complaint that address --

 8               Strike that.

 9               Entry 1 --

10        A      Paragraph 194 in here --

11        Q      Yes.

12               You included the allegations about the volume of

13   oil and gas, but you didn't include the misstatements about

14   the economics about Alpine High; right?

15        A      No.  That's right.

16        Q      How did you decide which misrepresentations to

17   include in Appendix C and which misrepresentations to omit?

18        A      I think my recollection is, we tried to focus on

19   the ones that Plaintiff highlighted, like they're

20   underlined, but I'm not sure.

21        Q      Let's look at paragraph 193 of the Complaint.

22        A      And I think the ones that were highlighted in

23   the -- you know, in the beginning in the introduction.  So

24   as it is, it's 12 pages.  It's just to --

25               I'm sorry.  You wanted me to turn to where?
```

Case 4:21-cv-00575    Document 149-33    Filed on 12/04/23 in TXSD    Page 120 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1        Q        Paragraph 193.

2        A        193, okay.

3        Q        Do you see there's a statement there that the

4    last statement alleged in paragraph 193 concerns the "low

5    cost highly economic locations in the wet gas play"?

6        A        Yes.  Yeah.

7        Q        Is that statement in your --

8        A        No, I don't see --

9                 I see 191 and 194.

10       Q        And you've conducted no analysis in this case as

11   to whether the September 7, 2016 misstatements impacted

12   Apache stock price following their disclosure on

13   September 7, 2016, have you?

14       A        I've analyzed whether they impacted the stock

15   price during the focus period.

16       Q        Did you analyze whether Apache's stock price

17   experienced a statistically significant increase in response

18   to the September 7, 2016 alleged misrepresentations?

19       A        That was not part of my analysis, no.

20       Q        Your analysis and your opinions in this case

21   concern whether these September 7, 2016 misstatements were

22   impacting Apache's stock price two years later; right?

23       A        During the alleged focus period, that's correct.

24       Q        Go to page 4 of your report.

25                As we talked about, section B, this is where you

1    analyzed the corrective disclosures that were made during

2    the focus period; right?

3        A    That's right.

4        Q    If we look at --

5             The disclosures that you're analyzing here are

6    the April 23, 2019, the October 25, 2019 and the March 16,

7    2020 disclosures; right?

8        A    April 23, 2019.

9             The other dates again?

10       Q    October 25 and March 16.

11       A    That's correct.

12       Q    We looked at heading 1 here, which refers to

13   April 23, 2019 disclosures.

14            You say that it did not result in a statistically

15   significant price decline, was expected by the market, given

16   the extremely low gas prices, it did not change the market's

17   expectations about Alpine High's reserves or the mix of oil

18   and wet gas versus dry gas; right?

19       A    Right.

20       Q    Those are the three bases that you provide for

21   why you're not finding price impact for the April 23

22   corrective disclosure; right?

23       A    Well, this is a summary heading.

24       Q    Look at paragraph 48.  You lay out the three

25   bases; right?

1        A      "Including for the following reasons, which are

2    detailed below."

3              So that's a summary of three -- three of the

4    reasons that I have.

5        Q      So these are the three that you lay out in your

6    report; correct?

7        A      No, it's not only these three that I lay out in

8    my report.

9              My report has a number of sections and points,

10   but these are three points that I have a more detailed

11   analysis of in this section.

12       Q      Okay.  So you have other reasons for why the

13   April 23 corrective disclosure is not evidence of price

14   impact that you haven't disclosed in your report?

15       A      That's not what I said.

16             My report discloses the summary of all of my

17   findings.  Other sections of my report would be responsive

18   to additional reasons why I am finding that there's no price

19   impact from the alleged misrepresentations during the focus

20   period, including that there's no price impact from this

21   alleged corrective disclosure.

22             So I have, you know, a whole section of my

23   report, for example, that shows that the price movement of

24   the index is consistent with what's happening here, and the

25   price movements are --

 1              I have other sections of my report that would be

 2     relevant.

 3         Q     Let's talk about the bases that you've disclosed

 4     in paragraph 48.

 5              The first one is no statistically significant

 6     decline; right?

 7         A     There was no statistically significant decline in

 8     Apache's stock price following this alleged corrective

 9     disclosure according to both an alternative event study as

10     well as according to Plaintiffs' expert's event study.

11         Q     Talking about statistical significance first, you

12     note in paragraph 50 that Plaintiffs claim that the movement

13     of Apache stock price from April 24th to April 26th --

14              Strike that.

15              You acknowledge in paragraph 50 that Plaintiffs

16     are contending that the stock price reacted to this

17     disclosure over multiple days; correct?

18         A     They're picking days --

19              There is a discussion that the stock price

20     decline on multiple days was caused by this.

21         Q     Have you analyzed whether the stock price return

22     over those days collectively was statistically significant?

23         A     I have not analyzed that.  That would not be an

24     appropriate statistical test.

25              Plaintiffs' expert claims that the market is

1   efficient and has a methodology for testing how the stock

2   price reacts to information.  And using Plaintiffs' expert's

3   own test, there is no reaction to the information on the

4   day -- the first day that it comes out.  There's also no

5   reaction on the second day.  There's also no reaction on the

6   third day, and there's also no reaction on the fourth day.

7        Q    My question is whether you looked at it.

8             Did you analyze whether it was statistically

9   significant or not?

10       A    I've analyzed whether the day -- the appropriate

11  day, according to finance and the claims of market

12  efficiency, as well as according to Plaintiffs' expert's own

13  method, whether there was a statistically significant

14  reaction, and I have found that there was not.

15            I also found that there is not one the next day,

16  nor is there one the third day, nor is there one the fourth

17  day.

18            So I have known for all four days there is no

19  statistically significant reaction.

20       Q    Have you looked at whether it was statistically

21  significant over the window alleged by the Plaintiffs?

22       A    That is not even appropriate.

23            Plaintiffs are alleging I think that a window

24  from 4/24 to 4/26.

25            No, I have not --

```
 1                   I wouldn't even know how to --

 2                   What kind of a test would I use for that?

 3                   I wouldn't know --

 4                   No, I have not done that.

 5        Q      Okay.

 6        A      That would not be an appropriate test.

 7        Q      Are you aware of cases where Courts have allowed

 8   the use of multi-day-event windows?

 9        A      I'm not aware of any case where one does what you

10   were suggesting that I do.

11                   What I am aware is that a reaction may start

12   immediately but continue to react to something, but that is

13   not anything that we're seeing here.

14        Q      Is it your opinion that news is always fully

15   impounded into a company's stock price within one trading

16   day?

17        A      That's not my opinion.

18                   The academic literature shows that in an

19   efficient market, in the market in general, news begins to

20   react almost immediately and is -- the bulk of reaction is

21   within the first few minutes.

22                   But this isn't a question of how long it

23   continues to react.  There's no reaction on the first day.

24   It's not that the reaction continues for multiple days.

25   There's no reaction at all on the first day.
```

```
 1              It's not statistically significant by any
 2     standard that anyone would use.
 3        Q    Is it your opinion that news is always impounded
 4     into a stock price within two trading days?
 5        A    So impounded is when the end of the reaction is,
 6     not when the beginning of the reaction is.
 7              There's no evidence that it reacted at all to
 8     begin with, so you can't even figure out how long it would
 9     be continuing to react because there is no reaction.
10              So fully impounded is when the end of a reaction
11     is.  This reaction never even started.
12        Q    I'm not talking about this reaction.
13              I'm asking, is it always the case that news is
14     impounded into a stock price within two trading days?
15              Does that happen 100 percent of the time?
16        A    Nothing happens 100 percent of the time in my
17     experience.
18              And I don't know whether you're talking about in
19     an efficient market or --
20        Q    Yeah, is it your opinion that in an efficient
21     market news is always impounded into a company stock price
22     within two trading days?
23        A    If it's an efficient market, sort of by
24     definition it should happen quickly.  I think -- but you're
25     talking about the end of a reaction.  I don't know how long
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 127 of 228

Deposition of Lucy P. Allen                              In re Apache Corp. Securities Litigation

```
 1    the end of a reaction --
 2              Here we're not even seeing the beginning of a
 3    reaction, so how long the end of a reaction takes is not
 4    really a relevant question here because there's no beginning
 5    to the reaction.
 6         Q     Let's look at the charts that you included on
 7    pages 27 and 28.
 8              The residual stock price return that you've
 9    included here from Dr. Nye's event study for April 23 is
10    negative 1.4 percent; correct?
11         A     Yes.
12         Q     And that residual return is what's left over
13    after you account for market and industry movements;
14    correct?
15         A     That's right.
16         Q     And Dr Nye's event study has identified negative
17    residual returns on April 24th, 25th and 26th as well;
18    correct?
19         A     That's right.
20         Q     And the April 25th one has a t-stat of 1.94;
21    right?
22         A     That's right, according to Dr. Nye's event study.
23         Q     And that would be statistically significant at a
24    94.6 percent confidence level?
25         A     I don't know.
```

1    Q    Very close to the threshold for statistical

2  significance at a 95 percent confidence level; right?

3    A    Not for a test --

4         Not for announcement that happened two days

5  earlier.

6         So if you want to --

7         If you want to test multiple days, then you would

8  have to do some adjusted statistics so not --

9         That is not something that you want to use for --

10 if what you're testing is an announcement on April 23rd.

11   Q    In your report --

12        Where in your report do you identify any other

13 company-specific news about Apache that was disclosed

14 between April 23 and April 26?

15   A    I don't know if I have identified news between

16 April 23 and 26.

17   Q    The report doesn't identify any other

18 company-specific news that was disclosed during this period;

19 right?

20   A    I don't know if it does or not.

21   Q    As you sit here today, are you aware of any other

22 company-specific news that was disclosed between April 23

23 and April 26?

24   A    Well, there's the announcement on April 23.  I

25 think -- I think it is on April 23rd.

1       Q     Right.

2             I'm asking if you're aware of any other news that

3     was disclosed about Apache between April 23rd and

4     April 26th.

5       A     I don't know.

6             There might be something mentioned in my report.

7     There are analyst reports, yeah.

8             As I sit here, I don't have a specific

9     recollection, no.

10      Q     Paragraph 52, "Overall, the release of

11    information that Plaintiffs allege was corrective of the

12    alleged misrepresentations did not cause any statistically

13    significant decline in Apache stock price, which

14    demonstrates no link with any of the alleged

15    misrepresentations and no price impact for the April 23,

16    2019 alleged corrective disclosures due to the alleged

17    misrepresentations."

18            Do you see that?

19      A     Yes.

20      Q     You're opining in paragraph 52 that the absence

21    of statistical significance demonstrates no link and no

22    price impact?

23      A     It's evidence of no price impact, correct, using

24    the very --

25            I'm sorry?

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 130 of 228

Deposition of Lucy P. Allen                              In re Apache Corp. Securities Litigation

```
 1              -- using the very model that Plaintiffs' expert

 2     has used to say that you can see a relationship between the

 3     alleged misrepresentations and the price and that that

 4     alleged misrepresentations, that that information --

 5          Q     You don't say --

 6          A     -- incorporated in the stock price.

 7              MS. HEFLEY:  I want to make sure you let her

 8          finish.

 9     BY MR. RUSSO:

10          Q     You don't say it's evidence of no link; right?

11              You say it demonstrates no link; correct?

12          A     I think that it's right, but I've just lost where

13     I am now.

14          Q     Paragraph 52, first sentence says the alleged

15     misrepresentations do not" --

16          A     Yes.

17          Q     -- cause any statistical significance and

18     demonstrates no price impact; right?

19          A     That's right.

20          Q     If you go down to the next heading you say,

21     "Deferral was in response to extremely low gas prices and

22     expected by the market."

23              Right?

24          A     Yes, that's a heading.

25          Q     Why is the fact that the deferral was in response
```

```
 1    to low gas prices, why does that matter for purposes of your

 2    price impact opinion?

 3        A     I'm sorry.  I'm not sure I understand the

 4    question.

 5        Q     You highlight here the deferral being in response

 6    to extremely low gas prices as one thing you analyzed.

 7              Why were you analyzing that?

 8              Why is that supportive of your opinion of no

 9    price impact?

10        A     So gas prices became extremely low, and the

11    expectation was that, given the extremely low gas prices,

12    that there would be this deferral.  So that was expected by

13    the market.  It was not a surprise to the market.

14              So the market understood that with low gas prices

15    it wouldn't be economic for Apache to continue with

16    production at Alpine High.  So the market understood and

17    expected this announcement.

18              So this announcement was not the new negative

19    news, but was rather expected by the market given the

20    current gas price conditions.

21        Q     The economics of Alpine High at extremely low gas

22    prices is part of the alleged misrepresented information in

23    this case; right?

24        A     The alleged misrepresentations according to

25    Plaintiffs is that it would be economic for them to continue
```

Deposition of Lucy P. Allen                          In re Apache Corp. Securities Litigation

1   under extremely low gas prices.  But contrary to what

2   Plaintiffs are alleging the market was misled by, when there

3   were extremely low gas prices and Apache decided to defer

4   their production, that was not a surprise to the market.

5   The market expected that.  So the market understood.

6           Contrary to what Plaintiffs are claiming, the

7   statements -- the alleged misleading statements made by

8   Plaintiffs were in fact not impacting the stock price, but

9   the market was understanding that if gas prices got

10  extremely low that it would not be economical for Apache to

11  continue with production at Alpine High and that they were

12  not surprised by and in fact expected a deferral.

13          So this is contrary to what Plaintiffs are

14  claiming, and this is evidence that the alleged

15  misstatements were not in fact impacting the stock price,

16  but the stock price was moving, and the market expected that

17  low prices would negatively impact the economics at Alpine

18  High and that there would be a curtailment of production

19  because of low prices that it wouldn't be economic at these

20  extremely low prices.

21  Q     So this is why --

22          Your opinion here, are you taking the position in

23  this case that the deferral being in response to extremely

24  low gas prices is evidence of no price impact because the

25  economics of Alpine High at low commodity prices is

1   unrelated to the alleged fraud, or are you taking the

2   position that it's not evidence of price impact simply

3   because the market expected it?

4       A    I'm saying that the price was not impacted by the

5   alleged misrepresentations.

6            The expectation --

7            It's not that the market thought what Plaintiffs

8   claim the market was being misled about.

9            The market was not thinking that if prices go

10  very low that Alpine High will continue to be economic at

11  very extremely low prices.  They're understanding that it's

12  not the case, and they're expecting, given how extremely low

13  the prices are, they're expecting that it will make sense

14  for Apache to defer production at Alpine High, and so

15  there's no negative price reaction from the deferral.

16           This is something that, when prices went very

17  low, the market fully expected it to happen and thought it

18  was the right thing to happen.

19      Q    All right.  Now let's --

20      A    So it's contrary --

21           It's completely contrary to Plaintiffs' claim

22  that these misstatements were affecting the stock price.

23           The market fully understood that the economics at

24  Alpine High would, you know, not be profitable when the

25  stock prices went as low as they -- when the gas prices went

 1    as low as they did, and they were --

 2              Rather than being negatively surprised from this

 3    announcement of the deferral, it was to be expected and what

 4    the market thought was the prudent and correct thing to do

 5    in the environment of these very low prices.

 6        Q    You agree that part of the misrepresented

 7    information in this case -- the allegedly misrepresented

 8    information in this case concerns the impact of the

 9    economics at Alpine High at low commodity prices; correct?

10        A    The statements impacted the market's view of how

11    gas prices -- of how prices -- of how gas prices would

12    impact Alpine High.

13              So Plaintiffs are claiming that that affected the

14    market's opinion.  But contrary to what Plaintiffs are

15    claiming, the market was not negatively surprised when

16    Apache deferred its production at Alpine High.  They

17    thought -- the market was not surprised.  There's no

18    negative surprise from that.  That was expected by the

19    market.  So the misstatements were not impacting the stock

20    price.

21              The only thing --

22              The only thing --

23              The only thing that was impacting the stock price

24    was the actual decline in gas prices, and that had already

25    happened.  The announcement was made.

1      Q     My last question had nothing to do with the

2      impact.

3            All I asked was, do you agree that part of the

4      alleged misrepresented information in this case concerned

5      the economics of Alpine High at low commodity prices?

6            Have Plaintiffs alleged that as part of the

7      misrepresented information?

8      A     That's right.

9            MS. HEFLEY:  Object to -- object to the sidebar.

10     BY MR. RUSSO:

11     Q     You say, "That's right"?

12     A     Yes, and that's one of the claims that I have

13     analyzed.  I don't --

14           MS. HEFLEY:  Rick, you started to talk over

15     Ms. Allen a few times, if you'd just let her finish her

16     answers.

17     BY MR. RUSSO:

18     Q     On April 23, 2019, Apache announced that it was

19     deferring gas production at Alpine High because of extremely

20     low gas prices; right?

21     A     That's right.

22     Q     Did you conduct any investigation to determine

23     whether or not Apache's statement about the reasons for the

24     deferral was true?

25     A     I did not.

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1    Q    Did you do anything to determine whether there

2  were other factors or factors other than falling gas prices

3  that Apache considered in deciding to defer natural gas

4  production?

5    A    I didn't conduct any independent investigation

6  other than what did the market learn and what did the market

7  understand, and I found no evidence that the market

8  understood anything other than that the deferral was because

9  of the extremely low gas prices, and the market fully

10  expected it, given the extremely low gas prices.

11        So this is exactly what the market expected to

12  happen.  I found no evidence that the market ever understood

13  anything other than this was what was expected.  So this

14  was --

15        There was no surprise and no negative surprise

16  here about what --

17        So I didn't do any independent investigation

18  other than reviewing everything that the analysts said about

19  this and what the news said about it and found no evidence

20  that anyone ever found there was any other reason, and the

21  reason that the company gave made sense to the market.

22    Q    Ms. Allen, again, I did not ask you what the

23  market learned.

24        I asked you, did you do any investigation into

25  what Apache considered in making the decision to defer

```
 1   oil -- or gas production.

 2       A     I think you asked if I did any research about

 3   whether what they said was true.

 4       Q     No.  I can repeat the question.

 5             MS. HEFLEY:  Again, let her finish, and if you

 6         want to ask the question, you can ask the question.

 7         She answered the question that you asked.  You may

 8         disagree with that, but she did.

 9             MR. RUSSO:  I'll restate the question.

10   BY MR. RUSSO:

11       Q     The question was, did you do anything to

12   determine whether there were other factors or factors other

13   than falling gas prices that Apache considered in deciding

14   to defer natural gas production?

15             MS. HEFLEY:  Objection, asked and answered.

16       A     What I investigated is what the market knew and

17   what was publicly known, and I found that what was publicly

18   known and what the market believed is that the response

19   to the -- that it was expected to defer and that that made

20   sense to the market and was expected, and there was never

21   anything that the market learned or I could find was

22   publicly available.

23   BY MR. RUSSO:

24       Q     And your opinion in this case is that the market

25   knew with 100 percent certainty that a deferral would occur;
```

1    correct?

2         A    I pretty much said many times I don't think

3    anything is with 100 percent certainty.

4         Q    So you're not offering an opinion that the market

5    was 100 percent certain that Apache would defer natural gas

6    production?

7         A    I'm saying that it was expected.  It was not

8    unexpected when it happened.  It was not a negative

9    surprise.  It was expected.

10        Q    The market --

11             Your opinion is the market viewed it as a

12   100 percent certainty?

13             Yes or no?

14             MS. HEFLEY:  Objection, asked and answered.

15        A    I'm not saying the market had 100 percent

16   certainty.  I'm not saying anything is 100 percent certain.

17   BY MR. RUSSO:

18        Q    You are opining that it had zero impact on Apache

19   stock price; right?

20        A    I'm saying it had no impact.  The evidence is

21   that it had no impact.

22        Q    And that's because the market was absolutely

23   certain that a deferral would occur in your view; right?

24             MS. HEFLEY:  Objection, mischaracterizes

25        testimony.

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 139 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

1        A       I have many reasons why there is no impact.

2                One reason there's no impact is because I'm using

3    the very exact test of whether the stock reacts and

4    finding -- using your expert's test, the test shows no

5    reaction.

6    BY MR. RUSSO:

7        Q       We're not talking about the statistical

8    significance, Ms. Allen.  We're talking about your opinion

9    that this is expected.

10               You opine that there is zero impact related to

11   this disclosure.  I'm asking, is that because you believe

12   that the market was absolutely 100 percent certain that this

13   deferral would occur?

14       A       I have tried to answer that question a number of

15   times.  My testimony --

16               I don't think my testimony today at all is that

17   anything is ever 100 percent certain.

18               My testimony is that there is no price impact.  I

19   have many reasons for why there is no price impact.

20               One of the reasons that I find that there is no

21   price impact is, your expert's own test of how the market

22   reacts to information shows that there is no reaction.

23               He has a test, and this test is showing no

24   reaction, that the reaction would not be differentiated from

25   zero.

 1          Another reason that I find that there is no price

 2   impact is that the market -- that the analyst, rather than

 3   saying they were surprised and negatively surprised by this

 4   deferral, said that they expected this and that they

 5   considered this a prudent and the right thing to do given

 6   the extremely low gas prices.

 7          Prior --

 8          Further evidence of no price impact is, when the

 9   alleged misstatements were made that Alpine High would be

10   economic under low gas prices or under low prices, rather

11   than analysts repeating and incorporating that information

12   into their valuation of the company, I found that not one of

13   the analysts repeated that information, but to the contrary

14   analysts in fact said that if gas prices or prices go

15   extremely low, it will be not economic.

16          So I have very many reasons for finding that

17   there is no price impact, and the fact that analysts in the

18   market expected this deferral, given low gas prices, is just

19   one of those reasons.

20     Q    Your --

21          Let's turn to paragraph 60.

22          Strike that.  Strike that.

23          Let's look at paragraph 56.  You cite two

24   analysts in paragraph 56; right?

25     A    I do cite --

```
 1                I do cite two analysts, yep.

 2        Q      In 57 you cite one analyst's report from

 3   Macquarie; right?

 4        A      Paragraph 57?

 5        Q      Yes.

 6        A      Is another analyst, that's correct.

 7        Q      Those are the three analyst reports you cite in

 8   this report in support of your position that Apache's

 9   announcement of the deferral of gas production at Alpine

10   High on April 23, 2019 was expected and not a surprise to

11   the market; right?

12        A      Well, I also cited the other ones earlier.

13               I think we mentioned some before that were saying

14   that if they went low, they would expect it to be a problem.

15   I mean --

16        Q      I'm talking about paragraphs 56 and 57.  There

17   are three --

18        A      I know, but it's the same point; right?

19               So you previously asked me about analysts that

20   said that if prices went low, they would expect it to be not

21   economic at Alpine High.  So that is --

22               I cited them earlier.  You just -- you just

23   pointed --

24        Q      This is --

25               MS. HEFLEY:  Rick, you're killing the court
```

```
 1         reporter.  You've got to wait.  You've got to let her

 2         finish her answer.

 3         A      Your question --

 4   BY MR. RUSSO:

 5         Q      I've asked 56 and 57.

 6                I'm asking what reports do you cite in paragraphs

 7   56 and 57?

 8                That's the question.

 9                MS. HEFLEY:  That wasn't your question.  You

10         asked about analysts on this point.  Now you're

11         limiting it to 56 and 57, which is fine.

12   BY MR. RUSSO:

13         Q      There's a statement at the top of 56, right, that

14   says, "According to analysts, Apache's announcement of the

15   deferral of gas production at Alpine High on April 23, 2019

16   was expected and not a surprise to the market."

17                Correct?

18         A      Yes.

19         Q      There are two analyst reports cited in the text

20   of paragraph 56; right?

21         A      That's correct.

22         Q      Paragraph 57 contains a quote from one analyst;

23   correct?

24         A      Can you repeat that question?

25         Q      Paragraph 57 contains a quote from one analyst
```

```
 1   report; correct?

 2        A     Yeah, it's one analyst report.

 3              I think it's multiple analysts.

 4              That's what I was listening for.

 5        Q     Were these the only three analyst reports that

 6   were issued in the days following the April 23 disclosures?

 7        A     No, I don't believe so.

 8        Q     In paragraph 56, the first cite is Stephens --

 9   Stephens' analyst report; right?

10        A     That's right.

11        Q     Stephens, the part you highlighted here is, "We

12   do not think it is a surprise to the market," correct?

13        A     Yes.

14        Q     Does that statement, "We do not think it is a

15   surprise to the market," express 100 percent certainty that

16   the market was expecting this news?

17        A     No, it doesn't say anything with 100 percent

18   certainty.

19        Q     It also uses the word "we," right, which

20   indicates that it's reflecting the Stephens analyst opinion;

21   right?

22        A     That's right.  The analyst reports tend to be

23   their reports from those analysts.  That's correct.

24        Q     Is there any analysis or any evidence cited in

25   that report demonstrating that the market believes the
```

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 144 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

 1    effect of this news?

 2         A     Are you asking whether they had evidence in the

 3    report that --

 4         Q     You reviewed the report.

 5               Was there evidence linking -- to support this

 6    notion that Stephens did not think it was a surprise to the

 7    market?

 8         A     Well, I don't recall when the -- what time the

 9    report is written but, for example, if it had the closing

10    price, then there would be evidence because the price didn't

11    react.

12         Q     The quote that you included here says, "We do not

13    think it is a surprise to the market that the depressed Waha

14    pricing is hampering Alpine's cash generative capabilities,"

15    right?

16         A     That's right.

17         Q     It doesn't say that Alpine's -- Apache's decision

18    to defer production was not a surprise to the market, does

19    it?

20         A     It doesn't particularly say that.  The report

21    does not say that they were surprised by this.  In fact, I

22    don't think any of the reports said that they were surprised

23    by this.

24         Q     The Stephens report also stated that it viewed

25    Apache's disclosure as a negative, didn't it?

1     A     It says, "Optically, we view this as a negative."

2           So they don't change their valuation of the

3  company.  They're saying the optics are negative.

4     Q     57, the Macquarie report, Macquarie also referred

5  to this disclosure as a slight negative; right?

6     A     That sounds like --

7           I think that might be correct.

8     Q     The Macquarie report which you quoted here also

9  says that the disclosure was "likely expected by investors,"

10 right?

11    A     Yeah, they say they think it's prudent and likely

12 expected.

13    Q     Macquarie was expressing --

14          Strike that.

15          Macquarie was not expressing 100 percent

16 certainty that the deferral was expected by investors;

17 right?

18    A     I don't see anyone saying anything is 100 percent

19 certain.

20    Q     And Macquarie's statement makes clear that it

21 didn't know whether or not it was expected; right?

22          It was expressing a view that it was likely

23 expected.

24    A     It says "likely expected -- prudent and likely

25 expected."

1      Q      Do you recall the Macquarie report also saying

2   that the announcement placed downside risks to its

3   production estimates?

4      A      Sure.  If they're deferring production, it would

5   certainly add downside risk to the production estimates

6   so...

7      Q      Not if the market already knew it was coming;

8   right?

9             Did you look at whether any analyst changed their

10  production estimates for Apache following the April 23

11  disclosure?

12     A      I think they might have changed their production

13  estimates.

14            The question is whether they changed their price

15  targets or whether they changed their valuation of the

16  company.

17            I think they might have changed their production

18  estimates.

19            They're actually deferring production, so it

20  would make some sense that they should change their actual

21  production estimates.

22     Q      But again, your opinion is that the market fully

23  expected this to happen already; right?

24     A      That it was not unexpected, that it was expected

25  given the environment, and that it was incorporated into the

 1   stock price, that's right.

 2        Q     And the fact that analysts are adjusting their

 3   production targets is not relevant to your assessment of

 4   whether the market expected this to occur?

 5        A     I think if they say that it's --

 6              No one says they're surprised by it, and they're

 7   saying that it's expected, and they're not changing their

 8   price targets, and the price does not move.  That's a lot of

 9   evidence that this is not impacting the stock price.

10              The actual price is not moving according to your

11   own expert's method for determining whether information

12   impacts the stock price.

13              The analysts are saying that it was expected.

14   They're not saying it was a surprise, and they're not

15   changing their price targets, and there are a lot of

16   analysts covering the company.

17              I'm not really sure what more evidence you could

18   have that there wasn't price impact.

19        Q     But you didn't look at whether any analyst --

20              You didn't analyze that in your report, right,

21   whether any analyst changed their production estimates for

22   Apache following the disclosure?

23        A     Well, they're actually deferring the production,

24   so I'm not sure what the --

25              You know, I don't think that would --

```
 1                    The question --

 2                    Yeah, I didn't --

 3                    They're deferring production.

 4         Q      But your opinion is, the market already knew this

 5   was coming; right?

 6         A      Expected.

 7                    MS. HEFLEY:   Objection.

 8         A      They did not consider this negative, that there's

 9   no price impact.

10   BY MR. RUSSO:

11         Q      Well, what's the difference between expecting

12   something and knowing it was coming?

13         A      Expecting it and having it being incorporated in

14   the stock price is what I'm saying.

15                    There's no --

16                    This expectation was incorporated in the stock

17   price, so there's no movement in the stock price.  It's not

18   impacting the stock price.  It's not impacting the value of

19   the company.  That's what I'm saying.

20                    And that's what all the evidence is saying,

21   including your expert's own analysis of whether it's

22   impacting the stock price.

23         Q      And changes in production estimates following

24   this announcement has no bearing for you on whether or not

25   this announcement was expected by the market?
```

1      A      I don't think that would be a good way to test

2  it.  So until they make the announcement that they're

3  deferring the production --

4            So the expectation that this will happen, if the

5  analysts are not issuing analyst reports because there's not

6  announcement by the company, so as the gas prices are

7  declining, the expectation is that this will happen.

8            But the -- and there's --

9            There was an expectation all along that, as gas

10 prices would happen, that this would happen.  So it wasn't a

11 surprise that this would happen.

12           As you sort of wouldn't let me answer to a prior

13 question when it was actually responsive to your question.

14 You had asked me about my quotes of a whole three different

15 sets of analysts who were saying that when prices go down,

16 this is what they would expect to happen.  They would expect

17 to not be economical at Alpine High when prices get very

18 low.

19           So this is all already incorporated into the

20 stock price.  So to issue a new analyst report saying, as

21 prices go down, we expect that they will cut production and

22 issue a report with no new -- with nothing new other than,

23 of course as this happened, this is what we'll expect,

24 there's no particular reason to expect an analyst to issue a

25 report then.

1          So they're not updating their production numbers

2     every single time.  It's not -- it's not relevant.  It's

3     already incorporated into the stock price and into their

4     valuation.

5          When they're valuing the company, they're

6     already -- their valuation already includes the knowledge

7     that if gas prices get too low, it will not be economical to

8     try to get gas out of Alpine High.

9     Q     Is your testimony then that the four analyst

10    reports you cite in paragraph 43 say that if gas prices

11    continue to fall, Apache will have to defer production at

12    Alpine High?

13         Do the analysts say that?

14    A     I'm sorry.  I don't understand that question.

15    Q     Did the four analysts that you cite in paragraph

16    43, which we're now referring to, did any of those analysts

17    say that if prices continue to fall, Apache will continue to

18    defer production at Alpine High?

19    A     I don't know if they explicitly say that.

20          I think -- I think it's --

21          It's economically, you know --

22          A business will not -- to the extent that the

23    marginal cost is greater than the marginal benefit of what

24    you're going to get out, you're not going to continue to --

25    you're not going to continue to do something that costs you

 1    more to do than you can sell it for basically.

 2              So that's true --

 3              I don't think analysts are going to put that in

 4    every analyst report, but it's true of pretty much every --

 5              You know, if you're making widgets to the point

 6    when the price of widgets go so low that you can't sell it

 7    for more than it costs you to make it, you will stop making

 8    widgets.

 9              So I don't think analysts necessarily put that

10    into an analyst report, but pretty much know --

11              I think that sort of basic principle that when

12    the cost of, you know, getting something out of the ground

13    is more than you can sell it for, you're going to stop doing

14    that is a pretty basic principle -- economic principle.

15        Q    Did any analyst change their financial

16    projections for Apache following the April 23 disclosures?

17        A    Did they change their what?

18        Q    Their financial projections for the company.

19        A    Oh, well, when they issue new reports, they might

20    change their financial projections of the company, so their

21    actual --

22              I mean, for example, the revenue and things

23    may -- they may update those.  Yeah, they're probably

24    updating those numbers because they're issuing a new report,

25    and those numbers will be updated.  It's not necessarily

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 152 of 228

Deposition of Lucy P. Allen                           In re Apache Corp. Securities Litigation

 1   changing the value of the company but, yeah, you would

 2   expect them to update their numbers, right.

 3            So if prices have gone so low that you're not

 4   going to start taking stuff out of the ground, then you

 5   would expect, you know, your projections for the next

 6   whatever -- the remainder of the year and things, you would

 7   update those.

 8        Q     They would update those after the disclosure on

 9   April 23?

10        A     Likely, yeah.

11            So the company --

12            Yes, you would expect that.  I don't particularly

13   recall that, but that would be my expectation.

14        Q     That's not an analysis you conducted?

15        A     No, I don't recall looking at that.

16            MR. RUSSO:  Let's mark Tab 12.

17            (Exhibit 4 was marked for identification.)

18            MR. RUSSO:  Are we at Allen 4?

19            VIDEOGRAPHER:  Yes.

20   BY MR. RUSSO:

21        Q     So we're marking as Allen 4 an April 26, 2019

22   Cowen analyst report.

23            Have you seen this report before, Ms. Allen?

24        A     Sorry, I have to wait to take a look at it.

25        Q     Do you recall reviewing this?

1      A      I was looking to see if I do.

2             I would think I have, but we have them in color,

3   I think.  It's not honestly ringing a bell with me, but...

4      Q      I apologize.  This is how they were produced to

5   us.

6      A      That's fine.

7             I was going to look and see if it's on my list.

8             April 26, 2019?

9      Q      Entry 427.

10     A      I likely have, but I've looked at a lot of them.

11     Q      This report looks at numerous companies in the

12  oil and gas exploration and production industry.

13            Do you see that?

14     A      Oh, so it's not Apache-specific.

15     Q      Correct.

16            Underneath the date you see it says, "Oil and Gas

17  Exploration and Production"?

18     A      Yeah.

19     Q      And the first sentence refers to "Our 30 E&P

20  names."

21     A      Yes.

22     Q      If you turn to page 8 of the report.

23     A      Okay.

24     Q      Cowen lists its first quarter '19 estimate

25  changes?

```
 1                   Apache's is reduced by 173 percent.

 2                   Do you see that?

 3        A     Sorry.  I'm on page 8.

 4        Q     Page 8, Figure 7.  Sorry, I should have said

 5   "Figure 7."

 6        A     Okay.

 7        Q     Cowen E&P estimate changes?

 8        A     Wow, let me see if I can --

 9              MS. HEFLEY:  I'm having a hard time seeing it.

10        It's really small.

11              MR. RUSSO:  Can we blow it up here?

12              MS. HEFLEY:  You might be able to download it,

13        Ms. Allen.

14              THE WITNESS:  I have it downloaded.

15              MS. HEFLEY:  Okay.

16              THE WITNESS:  I need to see if I can figure out

17        how to make it bigger.

18              MR. RUSSO:  It's blown up pretty big on the

19        screen here.

20        A     Yeah, well, I have you on my like very small

21   laptop.  They're all like little --

22              Okay.  So I think I made it bigger.

23              The first row, "APA," is that what you want?

24   BY MR. RUSSO:

25        Q     173 percent reduction in adjusted EPS?
```

1      A      I think that's what that says.  It's hard for me
2  to read.
3      Q      It's the largest reduction of any of the 30
4  companies listed here; right?
5      A      Yeah, that might be.
6      Q      If you look at Figure 8 on the next page, E&P
7  2019 estimate change, you see there's a 26 percent reduction
8  for Apache in adjusted EPS for 2019?
9      A      So now I'm going --
10             You want me to go down to the next chart below
11  it?
12      Q      Yeah, the next page.
13      A      Okay, yeah.
14      Q      Do you see 26 percent reduction there?
15      A      I do.
16      Q      Do you see there's also a 3 percent reduction
17  total production estimates?
18      A      I see the 26 percent.
19      Q      Total production, the previous --
20      A      I'm sorry.
21      Q      The total production right next to the
22  26 percent, do you see it says 490, 477 and 3 percent?
23      A      Yep.
24      Q      That's a 3 percent reduction in the total
25  production estimates for 2019; right?

```
 1      A      That's what -- appears to be what it says.

 2             It's so hard to read.

 3      Q      If you look down to the next chart, Figure 9, E&P

 4   2020 estimate changes.

 5             Do you see there's a 45 percent reduction for

 6   Apache's -- or Cowen's 2020 EPS estimate for reduction?

 7      A      Yep, I think I see that.

 8             MR. RUSSO:  You can put that aside.  Now would be

 9        a good time for a break.

10             MS. HEFLEY:  Lucy, do you need a lunch break, or

11        do you want a short break?

12             THE WITNESS:  How about a medium break, a quick

13        lunch break?

14             MS. HEFLEY:  We can go off the record.

15             VIDEOGRAPHER:  Off the record 2:18 p.m.

16             (Recess was taken.)

17             VIDEOGRAPHER:  Back on the record 2:56 p.m.

18   BY MR. RUSSO:

19      Q      Good afternoon, Ms. Allen.  Let's talk about

20   the --

21             Let's turn to the paragraph 63 of your report

22   where you talk about the October 25, 2019 corrective

23   disclosure.

24      A      Okay.

25      Q      On October 25th Apache announced that Steven
```

1    Keenan was resigning; right?

2        A     That's right.

3        Q     Did Apache disclose any other news to the market

4    on that date?

5        A     I don't believe so.

6        Q     Under your alternative event study, did you find

7    that Apache's stock price experienced a statistically

8    significant stock price decline on October 25, 2019?

9        A     Yes, I think I'm referring to both the

10   alternative event study, as well as Dr. Nye's event study,

11   the stock price declines significantly.

12       Q     In paragraph 64 you say that the October 25th

13   corrective disclosure shows no price impact, including for

14   the following reasons, and you list two; right?

15       A     Yes.

16       Q     The first one is that the analyst commentary

17   following the announcement explicitly attributed Apache's

18   stock price decline to market speculation about Apache

19   Suriname exploration and not due to any news about Alpine

20   High; right?

21       A     Right.

22       Q     And the second is that no new information about

23   Alpine High was revealed?

24       A     Right.

25       Q     Are you expressing an opinion in this case that

```
 1    the news of Mr. Keenan's departure did not cause Apache's

 2    stock price decline?

 3        A     No.

 4        Q     So do you agree that the news regarding

 5    Mr. Keenan's departure is what caused the stock price

 6    decline?

 7        A     I think the speculation that came from the news

 8    of his departure, that's right.

 9        Q     And your price impact opinion, is it on the view

10    that the market was reacting entirely to these concerns

11    about Suriname and not to anything about Alpine High; right?

12        A     There was no new information about Alpine High,

13    so there was no new information revealed about Alpine High.

14              And all of the analysts that reported on this

15    said that the price -- exclusively attribute the price

16    decline on that date is speculation about Suriname -- about

17    Apache Suriname exploration.

18        Q     Did you review any internal documents to

19    determine whether Mr. Keenan's resignation was related to

20    Suriname or Alpine High?

21        A     I did not review internal documents.

22              That would not be relevant to the analysis that I

23    did.

24        Q     Did Apache disclose any news to the market on

25    October 25th about Suriname?
```

```
 1        A     Well, the speculation was that this was negative

 2   information about Suriname, so that is what the market --

 3   but there's nothing specific that the company said about

 4   Suriname.

 5        Q     Did Apache disclose on October 25th that

 6   Mr. Keenan's departure was related to Suriname?

 7        A     No.  That's what the speculation was about.

 8        Q     The company actually said the opposite; right?

 9        A     The company said that in response to the stock

10   price dropping so dramatically in the news, the reports

11   saying that the drop is because of speculation about

12   Suriname, so the company said, no, it's not due to Suriname.

13        Q     You say in paragraph 66 that there were three

14   analyst reports issued on October 25; right?

15        A     Yes, only three of the analysts issued reports in

16   response to the announcement.

17        Q     Okay.  And then in the following couple

18   paragraphs you address each of those three analyst reports;

19   right?

20        A     That's right, I think.

21        Q     And in paragraph 70 you talk about a Bloomberg

22   article; right?

23        A     Yes.

24        Q     Did you look at any other news articles that were

25   published on October 25th about Mr. Keenan's departure?
```

```
 1        A      Yes, we could find --

 2               We looked at all the news articles and analyst

 3    reports that we could find and couldn't find any that

 4    attributed it to bad -- new news about Alpine High or

 5    reductions -- new news about Alpine High, but rather just

 6    speculation about Suriname.

 7        Q      Did every one of those news articles mention

 8    Suriname?

 9        A      No, I don't think all of them did.

10        Q      How many news articles did you review from

11    October 25th?

12        A      We looked at all the news articles that we could

13    find on October 25th that were about Apache -- I don't know

14    how many that was -- and after that time period.

15               So we never found any news article that said that

16    the stock price was dropping because of new information

17    about or new expectations about Alpine High.

18        Q      The three reports that you cite, you said a

19    CreditSuisse report, an RBC report, and a Truist Securities

20    report; right?

21        A      That's right.

22        Q      All of those reports --

23               Each of those reports referenced Alpine High;

24    right?

25        A      Yes, they all referenced Alpine High.
```

1      Q      And they all stated that Mr. Keenan oversaw or

2  was credited with the Alpine High discovery; right?

3      A      That's right.

4      Q      And some of them specifically link his departure

5  to issues at Alpine High; right?

6      A      I think that's right, but not to them

7  understanding anything new about Alpine High.

8             They say that Alpine High had issues, given

9  declining prices.

10     Q      Mr. Keenan's departure was disclosed for the

11 first time on October 25, 2019; right?

12     A      That's right.

13            MR. RUSSO:  Can we mark as -- I believe we're at

14     Allen Exhibit 5.  It's Tab 15.

15            (Exhibit 5 was marked for identification.)

16            MR. RUSSO:  Am I right that we're on Exhibit 5?

17            VIDEOGRAPHER:  Correct.

18 BY MR. RUSSO:

19     Q      Ms. Allen, do you recognize Exhibit 5 as the RBC

20 report that was issued October 25, 2019?

21     A      I have to open it.

22            Yes.

23     Q      The title of this report is that it's

24 Mr. Keenan's resigning that's causing the stock weakness;

25 right?

```
 1        A     Yes.

 2        Q     If you look at the fourth paragraph down, the

 3   first sentence says that Mr. Keenan was a major part of the

 4   team that discovered the Alpine High play that has been a

 5   significant investment for APA; right?

 6        A     Yes.

 7        Q     The portion of this report that you cite is in

 8   the second paragraph; right?

 9              You cite the second sentence of the second

10   paragraph, the one that starts, "We think"?

11        A     Let me try to make it bigger.

12              Yes, the second paragraph.

13        Q     The sentence immediately after the one you cite

14   says, "Based on our conversation with APA, as of the

15   resignation date the company had not reached the target

16   objective at Maka1 prospect, and the resignation was related

17   to other matters."

18              Right?

19        A     Yes.

20        Q     You didn't cite that sentence in your report, did

21   you?

22        A     No.

23        Q     What time was this report published, this RBC

24   report?

25        A     Looks like 10/19.
```

1      Q      So when RBC is talking about APA share weakness,

2      it's referring to the share weakness that occurred in

3      between 9:30 and 10:15 a.m., right?

4      A      I don't know what --

5             They're saying between 9:44.  They're saying the

6      stock traded down following the 9:44.

7      Q      Okay.

8      A      Yeah, I'm not sure what they're -- what

9      they're --

10            I'm not sure exactly what they're referring to,

11     but...

12     Q      Well, they are referring to an 8 percent stock

13     price decline after the 9:44 a.m. announcement of

14     Mr. Keenan's resignation; right?

15     A      Yeah, I think that's right.

16     Q      And it can't be referring to stock price declines

17     that occurred after 10:19 a.m. when it was published; right?

18     A      That's right.

19     Q      So this is talking about declines that have --

20            This window is talking about a decline that

21     occurred within about a half-hour of trading; right?

22     A      Yeah, I'm not sure.

23            I mean, I think it would have to be within that

24     time period, but...

25     Q      When was it first disclosed by the company that

```
 1    Mr. Keenan's resignation was not related to issues

 2    with Suriname?

 3         A    I don't recall the specific timing.

 4         Q    It had to be before 10:19, right, if RBC was

 5    reporting on it?

 6         A    No.  They're saying that based on our

 7    conversations with them.  So I don't know when -- when the

 8    company says that.

 9         Q    Well, it was reported as of 10:19 when RBC

10    reported it; right?

11              MS. HEFLEY:  Objection, misstating the document.

12         A    I don't know.  I don't know the exact timing.

13    This seems to say that it's disseminated at 10:19, but I

14    have not checked the time.

15    BY MR. RUSSO:

16         Q    Do you know whether or know what time of day

17    Apache disclosed that this was unrelated to Suriname?

18         A    You just asked me that question, and I don't

19    recall the time.

20         Q    But you do see that in this report RBC is stating

21    that, based on a conversation with Apache, that the

22    resignation was unrelated to Suriname and was due to other

23    matters; right?

24         A    It says, based on our conversation with APA, the

25    resignation was related to other matters.
```

```
 1        Q      Their conversation which they disseminated with
 2   this report; correct?
 3        A      They don't disseminate the conversation.
 4             They disseminate the comment that says, based on
 5   our conversation with APA, as of the resignation date, the
 6   company had not reached the target objective at the Maka1
 7   prospect, and the resignation was related to other matters.
 8        Q      Did you conduct any analysis of how Apache's
 9   stock price performed following Apache's statement that the
10   resignation was unrelated to Suriname and related to other
11   matters?
12             MS. HEFLEY:  Objection, misstates the evidence.
13             Are you referring to the RBC report's statement,
14        or are you referring to some statement by Apache?
15   BY MR. RUSSO:
16        Q      I'm saying it was disclosed on this date.  We
17   talked about this earlier that Apache had said that it was
18   not related to Suriname.
19             I'm asking, did you any analysis of how the stock
20   price reacted after that information was disseminated to the
21   market?
22             MS. HEFLEY:  RBC disseminated this document
23        you're talking about?  Is that what you're asking?
24             MR. RUSSO:  -- was disseminated.
25             MS. HEFLEY:  I'm sorry.  You cut out.
```

 1    BY MR. RUSSO:

 2        Q      Was there any analysis done of how the market

 3    reacted after it learned about the fact that Apache had said

 4    that it was unrelated to Suriname and related to other

 5    matters?

 6              MS. HEFLEY:  Objection, misstates the document.

 7        A      I didn't do any specific intraday analysis.

 8              I am aware that the stock -- the analysts and the

 9    news stories are reporting that the stock dropped a lot more

10    and then came back up again after it was -- indicating that

11    after the market was --

12              There was some indication that it wasn't related

13    to Suriname.

14              So what the news stories and the analysts were

15    saying is that the drop was speculation that this could be

16    bad news about Suriname.

17              And then the stock dropped much more to begin

18    with and then came back is what I have read in the analyst

19    reports and news stories, but I did not do or I do not

20    recall looking at intraday prices, and I did not do a

21    specific analysis of how much it reacted before and after

22    individual pieces, whatever, like this report came out, for

23    example.  I did not do that.  And I don't know the -- I've

24    not analyzed the timing of this report.

25        Q      But you do know, you testified earlier, that

1  under your event study there was a statistically significant

2  stock price decline on this date; right?

3       A    According to both the alternative event study and

4  your expert Dr. Nye's event study, there is a statistically

5  significant reaction on this date that nobody has attributed

6  to any new news about Alpine High and that has been entirely

7  attributed to speculation about Suriname.

8       Q    And it's a statistically significant stock price

9  decline that existed even after the company -- even after it

10  was reported that the company stated that the resignation

11  was not related to Suriname; right?

12      A    I don't know if that's the case.  It is

13  statistically significant for the one-day reaction.

14           I'm sorry.  Was there a question?

15      Q    Yeah.  You said you don't know if that's the

16  case.

17           What don't you know?

18           There was a statistically significantly stock

19  price reaction for the day -- during the trading day.  It

20  was reported that the company said that the resignation had

21  nothing to do with Suriname; right?

22           MS. HEFLEY:  Objection, misstates the document.

23      A    It doesn't say the resignation has nothing to do

24  with Suriname.

25           It says, based on our conversations with APA, the

1    company had not reached the target objective at the Maka1

2    prospect, which is in Suriname, and the resignation was

3    related to other matters.

4           So I feel not reaching the targeted objective

5    is -- that is related to Suriname.

6    BY MR. RUSSO:

7    Q    The end of that sentence that you just read was,

8    "The resignation was related to other matters," right?

9    A    Yes.

10          It doesn't say it had nothing to do with

11   Suriname.  It says it was related to other matters.

12          MR. RUSSO:  Let's mark as Exhibit 6 -- Allen

13       Exhibit 6 Tab 17.

14          (Exhibit 6 was marked for identification.)

15   BY MR. RUSSO:

16   Q    Do you recognize Allen Exhibit 6?

17   A    Yes.

18   Q    What is it?

19   A    It's a SunTrust report on October 25, 2019.

20   Q    If you look at paragraph 69 of your report, is

21   this the Truist Securities report that you're referring to?

22   A    Yes, I think this is.

23          Yeah, I think they changed their name.

24          I think we should have made that clearer.

25   Q    The title of this report is "Resignation Not

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 169 of 228

Deposition of Lucy P. Allen                    In re Apache Corp. Securities Litigation

  1   Linked to Upcoming Suriname Well Result," right?

  2        A    Yes.

  3        Q    Then the second sentence here, the one after the

  4   one you've cited, SunTrust or Truist says, "We do not

  5   believe the departure is linked to results of the well, as

  6   it does not appear that the well has reached its target

  7   formation yet."

  8             Right?

  9        A    Yes.

 10        Q    It also notes in this report that Mr. Keenan was

 11   part of a team that discovered Alpine High and another

 12   Apache executive; right?

 13        A    It does say that.

 14             MR. RUSSO:  Let's mark as Allen 7 Tab 14.

 15             (Exhibit 7 was marked for identification.)

 16   BY MR. RUSSO:

 17        Q    Ms. Allen, do you recognize Allen Exhibit 7?

 18        A    I haven't gotten it yet.

 19        Q    Sorry.

 20        A    Yes.

 21        Q    Is this the CreditSuisse analyst report that

 22   you've cited in paragraph 67 of your report?

 23        A    Yes.

 24        Q    This report does, like the others, note that APA

 25   claims the resignation is not connected to the exploration

```
 1   prospect at Suriname; right?

 2        A      I think that's correct, but I have not seen it.

 3        Q      Under "Timing of resignation is concerning,"

 4   there's a parenthetical in the first section.

 5               Do you see that?

 6        A      "While Mr. Keenan's exact role in Suriname is not

 7   clear, APA claims the resignation is not connected to the

 8   exploration project."

 9               Yeah, I mean there's a longer sentence which

10   again says that the stock price drop is again because of --

11   that the timing -- given the timing of the departure and

12   given that it's a critical time for Suriname, it is leading

13   to negative speculation by the market about Suriname and

14   Apache's prospects at Suriname.

15        Q      In the first paragraph, this report also notes

16   that Mr. Keenan oversaw the discovery of Alpine High; right?

17        A      Yes.

18        Q      It says, "It's been an economic disappointment

19   for investors," right?

20        A      Yeah, partly due to the natural gas and NGL

21   prices, which was also what the last one said, which was

22   part of the sentence that you --

23               The parts you're not reading from all of these

24   all say that the reason Apache -- Alpine High was not doing

25   well was because of the poor prices.
```

```
 1        Q     This one says "partly due;" right?

 2        A     This one says "At least partly."

 3              MR. RUSSO:  Let's mark as Allen Exhibit 8 Tab 19.

 4              (Exhibit 8 was marked for identification.)

 5   BY MR. RUSSO:

 6        Q     Allen 8 is a Reuters article with a headline,

 7   "Oil industry veteran Steven Keenan resigns from Apache

 8   Corp."

 9              Ms. Allen, do you recognize this article, or have

10   you seen it before?

11        A     I believe so.

12        Q     Do you recall reviewing this document in

13   connection with forming your opinions in this case?

14        A     I certainly don't recall reviewing it for any

15   other purpose but, yeah, my recollection is that I've seen

16   this before, and it would only be in the context of this

17   matter.

18        Q     Well, did you review this while you were

19   preparing your report, or did you review it after you

20   submitted your report?

21        A     I believe that I have reviewed this, but I have

22   reviewed a lot of articles, and they all sound very similar,

23   so I can't -- I couldn't tell you that.

24        Q     If you go to the fifth paragraph down here, it

25   says, "Keenan is widely credited with the Alpine High find
```

1    in West Texas in 2016," right?

2         A    Yes.

3         Q    The second paragraph from the top says,

4    "Houston-based Apache told Reuters that Keenan's resignation

5    is not connected to the well the company is currently

6    drilling offshore in Suriname."

7              Do you see that?

8         A    Yes.

9         Q    If you go down to the paragraph that starts,

10   "When Alpine High."

11             It says, "When Alpine High was discovered,

12   Apache's shares spiked as much as 14 percent with Chief

13   Executive Officer John Christmann calling it a world class

14   resource."

15             Do you see that?

16        A    Yes.

17        Q    That statement about being a "world class

18   resource" is one of the alleged misstatements in this case;

19   right?

20        A    Yes.

21        Q    The article also notes that Apache's shares

22   spiked after the announcement of Alpine High; right?

23        A    Yes.

24             It also says that more recently Alpine High has

25   struggled due to lower gas prices.

1              So, again, this story -- this article is just

2    entirely consistent with --

3              It's not saying there's any new information about

4    Alpine High.

5              It's saying there had previously been poor

6    information about Alpine High, which is due to lower gas

7    prices.

8         Q    Do you recall when Mr. Christmann first referred

9    to Alpine High as a world class resource?

10        A    I think it's at the beginning of the class

11   period.  I think that's when they mentioned to the market

12   about Alpine High.

13        Q    Let's go back and look at the Complaint, which is

14   Allen Exhibit 3.

15             Can you look at paragraph 192?

16             It starts on the bottom of page 79 and refers to

17   September 7, 2016.

18             Do you see that?

19        A    Yep.

20        Q    If you turn over to 80, you'll see a second line

21   that says, "During which Defendants touted Alpine High as a

22   world class resource play"?

23        A    Yes.

24        Q    That statement was made on September 7, 2016;

25   right?

```
 1        A     I believe that's correct.

 2        Q     If you can turn to Appendix C, the chart of

 3   alleged misrepresentations, entry 1 from September 7, is

 4   Mr. Christmann's statement that it was a world class

 5   resource play listed here?

 6              I'm sorry.  Did you answer?

 7        A     I don't think so.

 8        Q     You mean you don't think it's listed there, or

 9   you don't think you answered yet, just so the record is

10   clear?

11        A     I don't think it's on the --

12              It's not on Appendix C, I don't believe.

13        Q     Let's turn to paragraph 75 of your report --

14        A     Okay.

15        Q     -- where you start discussing the March 16

16   corrective.

17              MS. HEFLEY:  Sorry.  What paragraph did you say?

18              MR. RUSSO:  75.

19   BY MR. RUSSO:

20        Q     You say in the first sentence here, "Plaintiffs

21   claim that the March 16, 2020 Seeking Alpha article

22   disclosed how Alpine High had left Apache particularly

23   challenged amongst its E&P peers with high levels of debt."

24              Do you see that?

25        A     Yes.
```

1      Q      Is it your understanding that Plaintiffs'

2    allegation of loss causation for March 16th is based solely

3    on the publication of the Seeking Alpha article?

4      A      It's the only alleged corrective disclosure that

5    Plaintiffs allege on March 16th, is my recollection.

6      Q      The Seeking Alpha article mentioned Alpine High;

7    right?

8      A      Yes, it mentioned them in a way that is actually

9    contrary to Plaintiffs' claim.  Rather than saying something

10   new and negative about Alpine High, they actually continue

11   to call it a "wet gas rich."

12            So Plaintiffs' allegation is that in part that

13   the company misled investors and, when in truth it was

14   really dry gas rather than the more valuable oil and wet

15   gas.

16            And here at the very end of the class period in

17   this corrective disclosures, rather than saying anything new

18   or negative about Alpine High, in fact what Seeking Alpha

19   says is, it describes it as "wet gas rich."

20     Q      The article did discuss Apache's financial

21   health, right, and its high levels of debt?

22     A      It did say --

23            It did report its debt information that was

24   previously known, but it's not new information about the

25   debt.  Debt levels are publicly known.

```
 1              Plaintiffs are not alleging the debt levels were

 2    misrepresented.

 3         Q    You say in --

 4              One of the reasons that you identify in your

 5    report for why March 16th is not evidence of price impact,

 6    in paragraph 88 you say both Dr. Nye's event study model and

 7    the alternative event study model are not applicable to this

 8    date due to increased market volatility; right?

 9         A    That's right.

10         Q    And is your claim here that the COVID pandemic

11    and oil price issues led to an overall increase in market

12    volatility in March of 2020?

13         A    I think that is what led to the increase in

14    volatility, but what is true is that there's a dramatic

15    increase in volatility.

16         Q    The COVID pandemic and oil price issues you

17    reference, they're not Apache-specific events; right?

18         A    No, they're not Apache-specific events.

19              They're overall --

20              No.  The whole market is much more volatile, and

21    in particular companies that are in the oil and gas

22    business, and this particular region is also quite volatile.

23         Q    Both your event study and Dr. Nye's event study

24    control for market and industry events; right?

25         A    They do not control for the increased volatility
```

1    during this time period.

2         Q    Does increased volatility change the magnitude of

3    a residual return?

4         A    It changes whether that residual return is --

5              I mean, it could.  It could do that as well.  So

6    the whole market is different.

7              But what it certainly does is, it doesn't allow

8    you to test whether it's statistically significant or not.

9    Your statistical significant tests are not valid.

10             They're testing for, is this unusual given what

11   was happening during the control period, and this is very

12   different than the control period.  This is much more

13   volatile.

14             And I show you that not only -- if you use these

15   tests, not only would you find that Apache has statistically

16   significant results, you find that Apache has statistically

17   significant results for the days before and after this, but

18   you would also appear to find that the majority of other

19   peer companies also have statistically significant results.

20             So if you just mindlessly apply Dr. Nye's

21   methodology using a control period that is not controlling

22   for the volatility during this period, you find that the

23   majority of days and the majority of companies appear to

24   have statistically significant results, you know, up or

25   down.

1    Q    Did you, in your alternative event study, did you

2  control for increased volatility during this time period?

3    A    No.  I just applied the same methodology as

4  Dr. Nye and just do more what I think is a more appropriate

5  industry index so the control is better for the market and

6  is a better fit.  I did not make an adjustment for this

7  dramatically increased volatility.

8         And the very day of this announcement, I think

9  March 16 is, if you look at the VIX volatility index, this

10  is -- I think it's the highest day overall period.

11         So it's a crazy day of volatility in the market.

12    Q    It's possible to adjust an event study to account

13  for periods of heightened market volatility; right?

14    A    How precisely to do that is -- I think would

15  be -- is not standard.

16         So what is more standard is, if volatility --

17         So sometimes volatility has increased, and so

18  instead of using, for example, a one-year control period, if

19  volatility is, you know, much higher in, say, a three-month

20  period around the period you're talking about, then you

21  might shorten your control period to only be three months

22  that includes this very high-volatility period.

23         So how exactly to do it during this one crazy day

24  I think is something that there won't be a large literature

25  about and is not as standard.

1        Q      Your colleagues at NERA have written about how to

2    adjust an event study model to account for periods of

3    increased market volatility; right?

4        A      Yeah, and they have in the way that --

5               It was like the credit crisis, for example, which

6    was a much longer period, I think is what they were

7    referring to, and one of the approaches is to shorten your

8    control period to around the period of volatility.

9               But none of them have written anything about what

10   to do during this particular period, which was very short

11   and extremely high volatility.

12       Q      In connection with your work on this matter, did

13   you ever attempt to alter the control period in order to

14   account for this increased volatility?

15       A      I didn't --

16              I didn't.  No, I did not here.

17              In this case there's really no need to.  There's

18   absolutely nobody who mentions the Seeking Alpha article,

19   and there's no new information in the Seeking Alpha article,

20   and the very information that Plaintiffs claim has been not

21   told to the market, this article actually, as we say,

22   instead of saying now we found out that this is dry gas and

23   much more dry gas, is actually still calling it a wet gas

24   rich, so it's --

25              Not only is there no new negative information

1    that's related to the misrepresentations in this article,

2    it's actually saying the opposite, which is that the prices

3    have driven down the value of the company and that this is a

4    wet gas rich -- Alpine High is wet gas rich.

5           Moreover, nobody is paying any attention to this

6    article at all.  Literally we can't find anyone who mentions

7    it.  And there is nothing new and corrective about Alpine

8    High in here.

9      Q    So that's why you didn't need to adjust your

10   event study to account for market volatility even though

11   there are ways to do so?

12          MS. HEFLEY:  Object, mischaracterizes testimony.

13     A    Well, it's one reason they're --

14          So I think how you adjust on the craziest

15   volatility day of the whole time period.

16          So the COVID period is crazy in terms of

17   volatility.  And if you look at the VIX index, I think that

18   huge spike in the VIX index, if you look at chart 44, is the

19   exact date of this it announcement.

20          So what is the appropriate way to make an

21   adjustment I don't think is well-established academic

22   literature, and this is a particularly crazy day, so rather

23   than getting into an unnecessary analysis when there's

24   absolutely no evidence at all that this Seeking Alpha

25   article had any new negative information about Alpine High

```
 1    and that anyone paid any attention to this article and that

 2    this article had any impact on the market.  So there's just

 3    absolutely nothing.

 4            It looks like all that's happened is Plaintiffs,

 5    in writing their Complaint, saw a price drop and just tried

 6    to find something that anyone said that had anything to do

 7    with anything, and found an article that nobody else has

 8    mentioned at all.

 9        Q    And because you formed those views about the

10    merits of Plaintiffs' claims, you felt it was unnecessary to

11    make this adjustment; is that correct?

12        A    No, that's a mischaracterization of what I just

13    said.

14        Q    You said you didn't need to make --

15        A    There's no price impact from the Seeking Alpha

16    story because, one, it did not impact.  Nobody paid any

17    attention to this article at all.  It's not written by a

18    professional analyst.  There is no information in this

19    article that's corrective of any of the alleged

20    misrepresentations.  There's no new information about Alpine

21    High, period, in this article.  There's no new information

22    about the company, period, in this article.

23            So there's absolutely no way that this --

24            There's nothing about this that --

25            All of that is very conclusive evidence that this
```

1    is not impacting stock price because it is correcting

2    alleged misrepresentations.

3        Q    All I'm asking is, everything you just said,

4    that's why you felt the adjustment -- making this adjustment

5    was unnecessary; right?

6        A    Because there is absolutely nothing to suggest

7    that this article had any impact on the stock price or that

8    this article was in any way corrective of any of the alleged

9    misrepresentations, it was unnecessary to --

10            And there's no evidence that anyone saying that

11   Apache stock price, actually, particularly underperformed on

12   this date.

13            There's nothing about this date that anyone is

14   mentioning as being important or news relative to Apache.

15            So for all of those reasons, which are very

16   strong and a lot of reasons, there isn't -- it seemed

17   unnecessary to try to create an additional model and

18   something that's, you know, not necessarily --

19            There might be different approaches and may not

20   be as straightforward to determine what is the most

21   appropriate way to adjust for increased volatility.

22            So it's inarguable that this is a period of

23   extreme volatility.

24            What is the most appropriate way to do that?

25            I have not come to a conclusion regarding that.

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 183 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

```
 1        Q      Were there any other information about Apache
 2   disclosed on March 16, 2020?
 3        A      Not that Plaintiffs allege is a corrective
 4   disclosure and nothing that I can find that is at all
 5   potentially corrective of the alleged misrepresentations.
 6        Q      I'm not asking you about information that was
 7   corrective.
 8               I'm asking, was there anything at all.
 9        A      I don't recall, but I looked carefully for
10   whether there was anything that is potentially allegedly
11   corrective of the misrepresentations.
12               I don't, as I sit here, recall if there may have
13   been something else.  I don't recall anything.
14        Q      Are you offering an opinion in this case that a
15   Seeking Alpha article can never constitute a corrective
16   disclosure?
17        A      No, I'm not.
18        Q      Are you offering an opinion in this case that a
19   Seeking Alpha article can never provide evidence of price
20   impact?
21        A      No.
22        Q      Are you offering an opinion in this case that a
23   Seeking Alpha article can never contain new or relevant
24   information about a company?
25        A      No.
```

1      Q     You've mentioned the fact that you're saying no

2  one reported on the Seeking Alpha article.

3            Can you tell me how you've reached that

4  conclusion?

5            Did you read every news article and analyst

6  report that was published following these dates?

7      A     I read every analyst report on Apache and

8  searched through all the news articles -- searched through

9  everything we could find, Bloomberg, Factiva.

10           Factiva aggregates 300,000, I want to say,

11  different --

12           No.

13           Let's see.  I used to know the numbers.  Now I'm

14  late in the day.

15           Factiva aggregates a lot of news sources.

16           Apache is a well-covered company, and through

17  nothing that we could find, could we find anyone that cared

18  about this article.

19      Q     How did you search for whether there was anyone

20  caring about the article?

21           Did you search for Seeking Alpha?

22      A     We searched for Seeking Alpha.  We searched for

23  Apache.  We searched in Factiva.  We searched in Bloomberg.

24  We searched through the analyst reports.

25      Q     I asked you, did you apply search terms is what

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 185 of 228

Deposition of Lucy P. Allen                                   In re Apache Corp. Securities Litigation

1    I'm asking.

2          A      Yes.

3          Q      And were you searching for Seeking Alpha?

4                 What were the search terms that you applied?

5          A      Seeking Alpha, I think perhaps the author, the

6    title, and then Google is another search that we used.  We

7    couldn't find anything.

8          Q      As part of that search, did you search for

9    articles that were or analyst reports that were discussing

10   any of the same issues discussed in the Seeking Alpha

11   article?

12         A      First of all, there were no issues discussed in

13   the Seeking Alpha article that are actually relevant to

14   the -- and new or relevant to the alleged

15   misrepresentations.

16                They're discussing the debt levels.  The debt is

17   publicly announced.  Everyone knows the debt level.

18                There is no new information, so I'm not even sure

19   what we would search for.

20                Surely there are many, many analyst reports that

21   mention the debt levels.  There are many news stories that

22   would mention the debt level.  That is not --

23                There's nothing new about the debt.  That is a

24   portion of the Seeking Alpha that Plaintiffs in their

25   Complaint focused on, and that is just not new information.

```
 1    That is not corrective of the alleged misrepresentations.

 2         Q       Were there any analyst reports issued on or

 3    around March 16th that addressed Apache's financial health

 4    or its leverage ratios?

 5         A       All the analyst reports will address their

 6    financial health and their leverage ratios.  All analyst

 7    reports will discuss financial health, and all analyst

 8    reports will issue numbers about their debt unless they're

 9    just very short, you know, mini updates.  That will be

10    something that will be in every analyst report.

11              You can look at my list of analyst reports to see

12    what are the dates of analyst reports.

13              Typically every single analyst report is going to

14    mention the debt levels --

15         Q       Any analyst reports --

16         A       -- financial health.

17         Q       Were there analyst reports issued on March 16th

18    that downgraded the company due to concerns about its

19    financial health?

20         A       There may be, but they didn't get new information

21    about the financial health.  They came to conclusions about

22    it.  They didn't learn anything new about Alpine High.

23    They're not disclosing any new information about Alpine

24    High.

25              They're just --
```

```
 1          Q     Are you finished with your answer?

 2          A     Yeah.

 3          Q     You are aware, right, that a Susquehanna analyst

 4    downgraded the company on March 16th, right, because of

 5    concerns about its financial health?

 6          A     That's very possible, but that doesn't surprise

 7    me.  I don't have that in my head, but that's not corrective

 8    information.

 9                They're not saying they've learned something new

10    about Alpine High and about what Plaintiffs are alleging.

11                They are incorporating new and lower prices.

12          Q     Where in your report --

13                Let me ask you this:  If you look at Tab 2, the

14    Complaint, paragraph 315, Plaintiffs allege that a

15    Susquehanna analyst downgraded the company on March 16;

16    correct?

17          A     315?

18          Q     315.

19          A     This is not alleged as a corrective disclosure.

20          Q     Do you see in the same paragraph discussing the

21    Seeking Alpha article, it says that same day Susquehanna

22    Financial Group downgraded Apache's shares?

23                Do you see that it's there?

24          A     Yes, I do.

25                They're not downgrading it because they've
```

 1    learned something from the Seeking Alpha.

 2        Q     Where in your report do you provide that

 3    analysis, or is that laid out in your report?

 4        A     Where is what laid out?

 5        Q     Where do you address the Susquehanna report and

 6    what it said and the reasons behind its downgrade in your

 7    report?

 8        A     I don't know if I do.

 9              As I read the Complaint, the Complaint is

10    alleging that Seeking Alpha is a corrective disclosure and

11    that because of that Susquehanna has downgraded their -- the

12    company, which is just not the case.

13        Q     In your discussion of the March 16, 2020

14    corrective disclosures, in your report do you reference the

15    Susquehanna analyst report anywhere?

16        A     When I say there's not one analyst that mentions

17    Seeking Alpha and that there's no information, I am

18    referencing that, but I don't know if I mentioned the

19    Susquehanna report individually.

20              MS. HEFLEY:  I'm going to object.  You're

21          insinuating that you alleged that there are other

22          corrective disclosures besides the ones -- corrective

23          disclosures in the Complaint and in the expert's report

24          and in the Motion for Class Certification.

25              MR. RUSSO:  I'm not insinuating anything.  I'm

```
 1          just asking where this analysis of the Susquehanna

 2          report appears in the report.

 3                  MS. HEFLEY:  Objection, asked and answered.

 4                  MR. RUSSO:  Why don't we take five minutes.  Now

 5          is probably a good time.

 6                  VIDEOGRAPHER:  Off the record 3:54 p.m.

 7                  (Recess was taken.)

 8                  VIDEOGRAPHER:  Back on the record 4:11 p.m.

 9   BY MR. RUSSO:

10          Q     Ms. Allen, can you turn to paragraph 104 of your

11   complaint -- of your report?

12                  The chart that you've included here compares

13   Apache's stock price to -- stock price movements to

14   movements in the S&P of Oil and Gas Exploration and

15   Production Select Industry Index; right?

16          A     Right.

17          Q     And the point you're discussing in paragraph 104

18   is the fact that Apache's stock moved in line with this

19   index; right?

20          A     That's one of the points, yes.

21          Q     Okay.  This is the index that you controlled for

22   in your alternative event study; right?

23          A     That's right.

24          Q     So the residual returns that you calculate under

25   your event study have controlled for the correlation that
```

1    exists between Apache and the other constituents of this

2    index; right?

3         A    Yeah, so it uses a control period that's, you

4    know, a year before each of the dates.

5              That's right.

6         Q    Right.  And the residual returns that you've

7    calculated for Apache are returns that would exist above and

8    beyond what you would expect based on this correlation with

9    the index; right?

10        A    They're controlling for that.  That's right.

11        Q    This chart that you've included in paragraph 104

12   is limited to -- roughly limited to the focus period; right?

13        A    That's right.

14        Q    Have you studied whether or not a similar

15   correlation exists during the pre-focus period?

16        A    I've not looked at what happens before the focus

17   period.

18        Q    Apart from preparing for your deposition, have

19   you done any work related to price impact on this matter

20   since submitting your report on June 16th?

21        A    I mean, after submitting the report, some sort of

22   backup and things like that, but only --

23             No, really, I mean, other than sort of backing up

24   the report.  I don't remember if we did turnover of

25   materials or something along those lines, but that's it.

1          MR. RUSSO:  Ms. Allen, I have no further

2     questions.  Thank you very much for your time today.

3          MS. HEFLEY:  I'll reserve my questions.

4          VIDEOGRAPHER:  Anything else for the record,

5     Counsel?

6          This now concludes the deposition of Lucy Allen.

7     We're going off the record at 4:15 p.m.

8          MS. HEFLEY:  I don't think we need a rough draft,

9     but definitely need a copy of the transcript

10    electronically.

11         MR. RUSSO:  We'd want a rough, and then I'm not

12    sure what the turnaround was last time on the finals.

13         (Whereupon, the deposition was concluded at

14    4:15 p.m.)

15

16

17

18

19

20

21

22

23

24

25

```
 1                      CERTIFICATE

 2          I, Gina Williams, Registered Professional Court

 3   Reporter, do certify that the above deposition was reported

 4   by me and that the foregoing transcript is a true and

 5   accurate record to the best of my knowledge, skills, and

 6   ability.

 7          I further certify that I am not an employee of

 8   counsel or any of the parties, nor a relative or employee of

 9   any attorney or counsel connected with the action, nor

10   financially interested in the action.

11          Subscribed and sworn to before me when taken this

12   27th day of July, 2023.

13

14                        _Gina Williams_

15               GINA WILLIAMS, RPR, CRR

16

17

18

19

20

21

22

23

24

25
```

## WORD INDEX

**< $ >**
**$2.50**  117:*12*
**$40-barrel**  117:*11*

**< 1 >**
**1**  3:*7*  9:*23, 24*  10:*1*
11:*5*  73:*4*  76:*5*  88:*4,*
*7, 10, 15*  89:*3*  95:*2*
113:*17*  118:*4, 9*
120:*12*  173:*3*
**1.4**  126:*10*
**1.94**  126:*20*
**10**  2:*10*  3:*7*  104:*1*
**10/19**  161:*25*
**10:15**  162:*3*
**10:19**  162:*17*  163:*4,*
*9, 13*
**10:42**  46:*11*
**10:53**  46:*13*
**100**  78:*2*  125:*15, 16*
136:*25*  137:*3, 5, 12,*
*15, 16*  138:*12, 17*
142:*15, 17*  144:*15, 18*
**104**  188:*10, 17*
189:*11*
**106**  95:*18, 20*
**10606**  2:*11*
**11**  35:*15*  36:*3*  45:*17*
**116**  3:*7*
**1166**  5:*3*
**12**  118:*24*  151:*16*
**12:32**  104:*2*
**12:46**  104:*4*
**13**  72:*15*
**14**  168:*14*  171:*12*
**15**  67:*11*  113:*7, 17*
160:*14*
**151**  3:*7*
**16**  3:*7*  28:*18*  76:*7*
120:*6, 10*  173:*15, 21*
177:*9*  182:*2*  186:*15*
187:*13*
**160**  3:*11*
**167**  3:*14*
**168**  3:*16*
**16th**  13:*22*  14:*4, 7*
174:*2, 5*  175:*5*  185:*3,*
*17*  186:*4*  189:*20*

**17**  28:*13*  91:*20*
113:*13*  167:*13*
**170**  3:*20*
**173**  153:*1, 25*
**19**  104:*6*  152:*24*
170:*3*
**19087**  2:*6*
**191**  119:*9*
**192**  116:*17*  172:*15*
**193**  118:*21*  119:*1, 2,*
*4*
**194**  116:*20, 24*  118:*6,*
*10*  119:*9*
**1Q19**  3:*7*

**< 2 >**
**2**  3:*7*  66:*23*  92:*24*
93:*1, 11, 25*  95:*2*
109:*20, 23*  110:*5*
112:*19*  116:*11, 14*
186:*13*
**2:18**  155:*15*
**2:56**  155:*17*
**20**  8:*14, 15, 17, 21*
44:*23*  45:*6*
**200**  81:*20*
**2016**  72:*22, 25*  77:*4*
116:*22*  117:*21*
119:*11, 13, 18, 21*
171:*1*  172:*17, 24*
**2017**  76:*13*  107:*9*
112:*19, 21, 22*  113:*2,*
*5*
**2018**  72:*15*  73:*1*
76:*14*  107:*10*  112:*20*
**2019**  3:*11, 14, 16, 19,*
*21*  47:*21*  48:*5, 13, 16*
76:*7*  120:*6, 8, 13*
128:*16*  134:*18*
140:*10*  141:*15*
151:*21*  152:*8*  154:*7,*
*8, 25*  155:*22*  156:*8*
160:*11, 20*  167:*19*
**2020**  46:*24*  72:*15*
76:*7*  120:*7*  155:*4, 6*
173:*21*  175:*12*  182:*2*
187:*13*
**2023**  1:*12, 17*  3:*7*
4:*2*  191:*12*

**22**  73:*1*  76:*14*
107:*10*  112:*19*
**23**  28:*11, 13*  30:*2*
31:*23*  48:*16*  72:*15*
76:*6*  107:*9*  112:*19,*
*21, 22, 25*  113:*1, 2, 5*
120:*6, 8, 13, 21*
121:*13*  126:*9*  127:*14,*
*16, 22, 24*  128:*15*
134:*18*  140:*10*
141:*15*  142:*6*  145:*10*
150:*16*  151:*9*
**23rd**  127:*10, 25*
128:*3*
**24**  105:*9*  112:*25*
**24th**  122:*13*  126:*17*
**25**  3:*14, 16, 19, 21*
7:*20*  47:*21*  48:*5, 13*
76:*7*  120:*6, 10*
155:*22*  156:*8*  158:*14*
160:*11, 20*  167:*19*
**252**  81:*18*
**253**  94:*5, 10, 11*
**254**  93:*14, 23*  94:*1*
**25th**  47:*12*  61:*1*
126:*17, 20*  155:*25*
156:*12*  157:*25*  158:*5,*
*25*  159:*11, 13*
**26**  3:*11*  127:*14, 16,*
*23*  151:*21*  152:*8*
154:*7, 14, 18, 22*
**26th**  122:*13*  126:*17*
128:*4*
**27**  1:*12, 16*  4:*2*  28:*8*
126:*7*
**27th**  191:*12*
**28**  17:*13*  79:*20*
126:*7*
**280**  2:*5*
**29**  35:*14*

**< 3 >**
**3**  3:*7*  54:*3, 4*  107:*9*
116:*9, 12*  154:*16, 22,*
*24*  172:*14*
**3:54**  188:*6*
**30**  7:*20*  152:*19*
154:*3*
**300,000**  183:*10*

**31**  91:*19*
**315**  186:*14, 17, 18*
**32**  20:*25*
**33**  81:*4*

**< 4 >**
**4**  3:*4, 7*  17:*2*  57:*15*
119:*24*  151:*17, 18, 21*
**4/24**  123:*24*
**4/26**  123:*24*
**4:11**  188:*8*
**4:15**  190:*7, 14*
**4:21-cv-00575**  1:*3*
4:*8*
**427**  152:*9*
**43**  107:*7*  108:*11, 25*
109:*2, 6*  110:*4, 7*
111:*19*  117:*22*
149:*10, 16*
**44**  109:*4*  179:*18*
**45**  81:*22*  155:*5*
**477**  154:*22*
**48**  120:*24*  122:*4*
**490**  154:*22*
**4A**  57:*22*  59:*23*

**< 5 >**
**5**  3:*11*  68:*24*  70:*6*
71:*21*  83:*12, 14, 22,*
*25*  84:*11, 14, 18, 20,*
*22, 24*  85:*5, 9, 18*
86:*13, 22*  87:*1, 13*
88:*3, 6, 9, 15*  89:*3*
92:*25*  160:*14, 15, 16,*
*19*
**50**  122:*12, 15*
**52**  128:*10, 20*  129:*14*
**56**  139:*23, 24*  140:*16*
141:*5, 7, 11, 13, 20*
142:*8*
**57**  140:*2, 4, 16*  141:*5,*
*7, 11, 22, 25*  144:*4*

**< 6 >**
**6**  3:*14*  167:*12, 13, 14,*
*16*
**60**  139:*21*
**63**  10:*9, 15*  155:*21*
**64**  156:*12*

**66**  158:*13*
**67**  168:*22*
**68**  16:*20*
**69**  167:*20*

**< 7 >**
**7**  3:*16*  72:*21, 25*
104:*8*  116:*21*  117:*21*
119:*11, 13, 18, 21*
153:*4, 5*  168:*14, 15,
17*  172:*17, 24*  173:*3*
**70**  16:*15*  158:*21*
**700**  20:*25*
**75**  173:*13, 18*
**77002**  2:*16*
**79**  172:*16*
**7A**  107:*6*  108:*9*
**7th**  77:*4, 21*  116:*25*

**< 8 >**
**8**  3:*20*  152:22  153:*3,
4*  154:*6*  162:*12*
170:*3, 4, 6*
**80**  172:*20*
**88**  175:*6*
**882**  2:*10*
**8C**  109:*4*

**< 9 >**
**9**  76:*13*  155:*3*
**9:30**  162:*3*
**9:32**  1:*17*  4:*2*
**9:44**  162:*5, 6, 13*
**910**  2:*15*
**93**  3:*7*
**94.6**  126:*24*
**95**  83:*10, 14, 20*
84:*13*  85:*3*  86:*12*
127:*2*

**< A >**
**a.m**  1:*17*  4:*2*  46:*11,
13*  162:*3, 13, 17*
**ABIGAIL**  2:*19*
**ability**  191:*6*
**able**  24:*4*  98:*13*
153:*12*
**abnormal**  80:*3*
**above-styled**  1:*16*

**absence**  98:*8*  100:*22*
101:*20*  102:*22*
103:*12*  128:*20*
**absent**  43:*9*
**absolute**  83:*21*  84:*14*
85:*5*  86:*14*
**absolutely**  65:*6*
137:*22*  138:*12*
178:*18*  179:*24*  180:*3,
23*  181:*6*
**academic**  91:*13*
124:*18*  179:*21*
**Acadia**  19:*17*
**accept**  87:*24*  89:*24,
25*
**access**  22:*1, 15*
**accommodate**  7:*6*
**account**  126:*13*
177:*12*  178:*2, 14*
179:*10*
**accuracy**  36:*13, 18*
38:*4*
**accurate**  7:*14*  191:*5*
**acknowledge**  108:*11*
122:*15*
**action**  8:*12*  17:*25*
18:*2, 4, 6, 8, 11, 12, 16,
18*  19:*2, 8*  41:*21*
55:*8*  191:*9, 10*
**actions**  17:*19, 20, 23*
18:*20, 23*  53:*20*
**actual**  6:*12*  32:*10*
50:*6*  80:*11, 12*  82:*17*
133:*24*  145:*20*
146:*10*  150:*21*
**add**  145:*5*
**addition**  17:*12*  31:*14*
108:*16*
**additional**  11:*25*
14:*8*  34:*10*  36:*21*
76:*10*  111:*11*  121:*18*
181:*17*
**address**  5:*2, 3*  12:*8*
108:*7*  111:*3*  118:*7*
158:*18*  185:*5*  187:*5*
**addressed**  19:*14*
111:*5*  185:*3*
**addressing**  109:*6*
**adjust**  177:*12*  178:*2*
179:*9, 14*  181:*21*

**adjusted**  81:*5, 23*
127:*8*  153:*25*  154:*8*
**adjusting**  146:*2*
**adjustment**  177:*6*
179:*21*  180:*11*  181:*4*
**affect**  100:*4*
**afternoon**  155:*19*
**aggregates**  183:*10, 15*
**ago**  29:*8*  64:*15*
**agree**  95:*7*  108:*16*
133:*6*  134:*3*  157:*4*
**allegation**  49:*23*
111:*9*  174:*2, 12*
**allegations**  26:*23*
38:*14*  66:*12, 14, 16*
68:*16*  108:*23*  109:*19*
118:*12*
**allege**  26:*7*  31:*11*
61:*21*  66:*25*  67:*12*
71:*11*  108:*18*  115:*24*
128:*11*  174:*5*  182:*3*
186:*14*
**alleged**  12:*20*  22:*24,
25*  23:*24*  25:*18, 22,
23, 25*  26:*3, 12, 16*
27:*4, 10, 11, 24*  31:*10*
34:*8, 12*  35:*5*  37:*2, 3,
9, 16*  38:*16, 17, 24, 25*
39:*1, 9, 10, 11, 12, 14,
15, 25*  40:*3, 11, 13, 17*
41:*3, 12*  42:*4, 24*
43:*4, 9, 14*  44:*1, 8, 12*
45:*9, 12, 19*  46:*18, 20*
47:*2, 7, 9, 11, 12, 17,
21, 24*  48:*5, 8, 9, 12*
49:*3, 4*  50:*12, 13, 17*
51:*6, 10*  54:*5, 6*  55:*1,
2, 3, 4, 9, 15, 16, 17, 20,
21, 22*  56:*3, 5, 6, 7, 9,
16, 18, 23, 25*  57:*3, 6,
7, 8, 9, 10, 14, 17, 20,
23, 24*  58:*12, 15, 22*
59:*6, 9, 11, 13, 16*
60:*7, 17, 18, 22*  61:*1,
6, 8, 9, 12*  62:*1, 4, 5,
11, 16*  63:*15*  64:*1, 22,
23*  65:*1, 5*  66:*1, 20*
68:*3, 8, 14*  69:*1, 16,
17, 25*  70:*2, 3*  71:*4, 5,
6, 10, 14*  72:*5, 6, 8, 9,

10, 12*  73:*11, 12, 14,
16, 23*  75:*8*  76:*9*
78:*8, 9, 11, 12, 14, 16,
19, 24*  79:*3, 18*  81:*9,
25*  91:*9*  92:*19, 20*
99:*16, 25*  100:*7, 9, 15*
101:*18, 24*  102:*1*
104:*10*  106:*13*  107:*1,
3*  109:*20*  110:*8, 17,
18, 25*  111:*6, 9, 21*
113:*4, 9, 20*  114:*25*
116:*3*  119:*4, 18, 23*
121:*19, 21*  122:*8*
123:*21*  128:*12, 14, 16*
129:*3, 4, 14*  130:*22,
24*  131:*7, 14*  132:*1, 5*
134:*4, 6*  139:*9*
171:*18*  173:*3*  174:*4*
180:*19*  181:*2, 8*
182:*5*  184:*14*  185:*1*
186:*19*  187:*21*
**allegedly**  26:*1*  65:*21*
67:*22*  71:*15*  72:*12*
133:*7*  182:*10*
**alleges**  38:*19*
**alleging**  25:*14, 16, 20,
24*  26:*1, 3, 14, 21*
27:*1*  61:*21*  62:*14*
64:*24*  65:*2, 9, 11, 17*
66:*1, 20, 21*  67:*8*
68:*12*  69:*24*  70:*13*
71:*15*  101:*13*  106:*13*
108:*5*  123:*23*  131:*2*
175:*1*  186:*10*  187:*10*
**ALLEN**  1:*11, 15*  3:*3,
7*  4:*5, 19, 24*  5:*3*
9:*23*  10:*12*  11:*4, 5*
16:*23*  46:*15*  92:*24*
93:*11*  104:*6*  116:*9,
14*  134:*15*  135:*22*
138:*8*  151:*18, 21, 23*
153:*13*  155:*19*
160:*14, 19*  167:*12, 16*
168:*14, 17*  170:*3, 6, 9*
172:*14*  188:*10*  190:*1,
6*
**allow**  176:*7*
**allowed**  124:*7*
**Alpha**  30:*16*  31:*3, 6,
17*  38:*21*  60:*25*

61:*18*, *21*  173:*21*
174:*3*, *6*, *18*  178:*18*,
*19*  179:*24*  180:*15*
182:*15*, *19*, *23*  183:2,
*21*, *22*  184:*3*, *5*, *10*, *13*,
*24*  186:*21*  187:*1*, *10*,
*17*
**Alpha's**  31:*10*
**Alpine**  23:*4*, *8*  24:*19*
46:*21*  47:*15*  48:2, *21*
61:*19*, *23*  62:*18*  65:*3*,
*15*  66:*25*  67:*1*, *13*, *15*,
*24*  69:*4*, *12*, *21*, *25*
70:*8*, *13*  71:*23*  77:*9*
107:*10*  108:*6*, *13*, *17*
109:*9*, *15*, *21*  111:*10*
112:*16*  114:*18*
115:*21*, *22*  118:*14*
120:*17*  130:*16*, *21*
131:*11*, *17*, *25*  132:*10*,
*14*, *24*  133:*9*, *12*, *16*
134:*5*, *19*  139:*9*
140:*9*, *21*  141:*15*
148:*17*  149:*8*, *12*, *18*
156:*19*, *23*  157:*11*, *12*,
*13*, *20*  159:*4*, *5*, *17*, *23*,
*25*  160:2, *5*, *7*, *8*
161:*4*  166:*6*  168:*11*
169:*16*, *24*  170:*25*
171:*10*, *11*, *22*, *24*
172:*4*, *6*, *9*, *12*, *21*
173:*22*  174:*6*, *10*, *18*
179:*4*, *7*, *25*  180:*20*
185:*22*, *23*  186:*10*
**Alpine's**  143:*14*, *17*
**alter**  178:*13*
**altered**  13:*21*
**alternative**  9:*16*
80:*15*, *23*  81:*4*, *23*
87:*24*  88:*19*  89:*24*,
*25*  90:*14*  95:*14*, *22*
102:*14*  122:9  156:*6*,
*10*  166:*3*  175:7
177:*1*  188:*22*
**amanning@ktmc.com**
2:*8*
**America**  18:*10*
112:5, *8*, *10*  113:*24*
**Americas**  5:*4*

**amount**  80:7
**AMRHEIN**  2:22  4:9
**AMY**  2:*16*  9:5
**amy.hefley@bakerbott
s.com**  2:*17*
**analyses**  12:*10*  14:8
16:2  23:*12*  33:*23*, *24*
**analysis**  9:*18*, *20*
12:*14*  13:*4*, 7, *9*, *11*,
*15*, *18*, *19*  15:8, *24*
16:6, 8, *13*  21:*24*
22:6, 8, *21*  23:*10*
24:*12*  26:6, *10*, *11*
27:*10*  31:*24*, *25*
33:*11*  34:6, 7  35:*10*
36:*16*  39:*19*  40:2, *6*
41:*17*, *18*, *23*, *24*
42:*10*, *11*, *14*, *17*, *20*,
*22*, *23*, *25*  43:*1*, *15*, *16*,
*23*  44:2, *5*, *6*, 7, *11*, *17*,
*19*  45:*14*, *21*  47:*23*
49:*2*, *15*, *17*  50:*2*, *4*, *9*,
*11*  52:*10*, *12*  56:*21*
59:*18*  60:*16*, *20*  62:*3*
64:7, *16*  65:*22*  66:*11*
73:5, 7  74:8, *21*  75:*3*,
*21*  76:*23*  89:*22*
90:*11*  104:8  105:*4*,
*16*, *17*, *25*  106:*9*
110:*22*  111:*11*
114:*24*  119:*10*, *19*, *20*
121:*11*  142:*24*
147:*21*  151:*14*
157:*22*  164:8, *19*
165:*2*, 7, *21*  179:*23*
187:*3*  188:*1*
**analyst**  22:*14*, *18*
23:*1*, *4*, *12*  24:*3*, 8, *14*
45:*11*  63:*4*  64:*4*, *14*
65:*4*  110:*17*  111:*17*,
*21*, *22*  112:*18*  128:7
139:*2*  140:6, 7
141:*19*, *22*, *25*  142:*2*,
*5*, *9*, *20*, *22*  145:*9*
146:*19*, *21*  148:*5*, *20*,
*24*  149:*9*  150:*4*, *10*,
*15*  151:*22*  156:*16*
158:*14*, *18*  159:*2*
165:*18*  168:*21*
180:*18*  183:5, 7, *24*

184:*9*, *20*  185:*2*, 5, *6*,
7, *10*, *11*, *12*, *13*, *15*, *17*
186:*3*, *15*  187:*15*, *16*
**analysts**  23:7, *25*
62:*13*, *15*, *19*, *22*, *24*
63:6, *14*, *17*, *18*, *19*, *20*,
*25*  110:9  111:*13*, *14*,
*20*, *24*  112:*1*, *14*
113:*15*  114:*13*
135:*18*  139:*11*, *13*, *14*,
*17*, *24*  140:*1*, *19*
141:*10*, *14*  142:*3*, *23*
146:2, *13*, *16*  148:*5*,
*15*  149:*13*, *15*, *16*
150:*3*, *9*  157:*14*
158:*15*  165:8, *14*
**analyst's**  140:2
**analyze**  11:*19*  12:*19*
40:*15*  44:7  45:2
47:5  49:*1*  50:5, *20*
51:*11*  53:*19*  59:5
73:*11*  76:*16*, *24*  83:5
98:*16*, *18*  102:6, *13*,
*15*  104:*25*  105:*10*
106:*16*, *17*  108:*24*, *25*
109:*1*  114:*4*, *9*, *11*, *20*
115:8  119:*16*  123:8
146:*20*
**analyzed**  12:*23*  13:*3*
30:*25*  41:*22*  44:*14*
50:*16*  58:*13*, *16*  71:*5*,
*9*, *12*, *14*  76:6  77:*11*,
*21*, *25*  78:6, *8*, *20*, *22*
82:*3*, *24*  119:*14*
120:*1*  122:*21*, *23*
123:*10*  130:6  134:*13*
165:*24*
**analyzing**  9:8  22:*1*
25:*18*  26:5  35:5
37:9  39:*11*, *24*  42:*15*
43:*24*, *25*  44:*21*  45:*9*,
*10*, *18*  47:6  48:*9*
49:*14*  51:*15*  52:*1*
53:*1*, *20*  56:*10*, *24*
57:*1*, *10*, *25*  59:*19*
60:*23*  63:7  66:*19*
71:9  72:9  77:*18*
78:*21*  84:*12*  89:*23*
90:*12*  101:*14*  107:*4*,

17  110:*25*  120:*5*
130:7
**and/or**  9:5  48:*3*
55:22  78:9
**announced**  77:9
134:*18*  155:*25*
184:*17*
**announcement**  47:*13*
48:*13*  63:*3*  77:*25*
127:*4*, *10*, *24*  130:*17*,
*18*  133:*3*, *25*  140:9
141:*14*  145:2  147:*24*,
*25*  148:*2*, *6*  156:*17*
158:*16*  162:*13*
171:*22*  177:8  179:*19*
**announcements**
49:*19*, *21*  50:5  100:*5*
101:*15*
**answer**  5:22, *24*  35:9
44:*15*, *16*  53:*16*
54:22  88:*14*  90:*15*,
22  103:*19*, *20*, *22*
138:*14*  141:2  148:*12*
173:6  186:*1*
**answered**  136:7, *15*
137:*14*  173:9  188:*3*
**answers**  35:*12*
134:*16*
**anybody**  5:9  6:*24*
7:2  32:*14*
**APA**  3:*13*  153:*23*
161:5, *14*  162:*1*
163:*24*  164:5  166:*25*
168:*24*  169:7
**APACHE**  1:5  3:*21*
4:5  8:22  22:*4*  28:*10*,
*18*, *23*  29:*12*  31:8
33:2, *20*  34:*14*, *17*
35:*1*  38:*10*  46:22
54:6  55:*17*  56:5
57:2  61:*19*  65:*3*, *15*
66:*25*  67:*13*  72:*3*
77:*8*, *11*  80:*16*  103:9
107:8  110:*11*  111:*16*
113:*11*  115:*21*
119:*12*  122:*13*
127:*13*  128:*3*, *13*
130:*15*  131:*3*, *10*
132:*14*  133:*16*
134:*18*  135:*3*, *25*

136:*13*  137:*5*, *18*
145:*10*  146:22
149:*11*, *17*  150:*16*
154:8  155:25  156:*3*,
*18*  157:*17*, 24  158:*5*
159:*13*  163:*17*, *21*
164:*14*, *17*  165:*3*
168:*12*  169:*24*  170:7
171:*4*  173:22  176:*15*,
*16*  181:*11*, *14*  182:*1*
183:*7*, *16*, *23*  189:*1*, 7
**Apache's**  59:*16*  69:*1*
73:25  75:9  78:2
79:*5*, *8*, *14*, *17*  99:*10*
119:*16*, 22  122:*8*
134:*23*  140:8  141:*14*
143:*17*, *25*  153:*1*
155:*6*  156:7, *17*
157:*1*  164:*8*, 9
169:*14*  171:*12*, *21*
174:*20*  185:*3*  186:22
188:*13*, *18*
**Apache-specific**
152:*14*  175:*17*, *18*
**Apart**  6:*14*  189:*18*
**apologize**  152:*4*
**appear**  118:*3*  168:6
176:*18*, *23*
**Appearing**  2:2  4:*13*
93:8
**appears**  155:*1*  188:2
**Appendix**  16:*19*, *23*
17:*3*, *20*  19:*13*  20:*15*,
*17*, *20*, *24*  21:*10*  25:9
28:8  29:*10*  36:*13*, *24*
37:*1*, *4*, *19*  68:9  71:8
117:*24*  118:*4*, *17*
173:2, *12*
**applicable**  175:7
**applied**  23:22  33:*15*
85:25  177:*3*  184:*4*
**apply**  24:*11*  44:*19*
86:*19*  115:*3*  176:*20*
183:*25*
**applying**  31:*20*
32:*17*  85:4  89:7
102:*17*
**appreciate**  5:*19*
10:*24*

**approaches**  178:7
181:*19*
**appropriate**  122:*24*
123:*10*, 22  124:6
177:*4*  179:*20*  181:*21*,
*24*
**April**  3:*11*  48:*16*
76:6  120:6, 8, *13*, *21*
121:*13*  122:*13*  126:*9*,
*17*, *20*  127:*10*, *14*, *16*,
22, *23*, *24*, *25*  128:*3*, 4,
*15*  134:*18*  140:*10*
141:*15*  142:6  145:*10*
150:*16*  151:9, *21*
152:8
**Arcadia**  18:7
**area**  67:2, *15*  70:*14*
**areas**  7:*24*  8:*8*
**Article**  3:*20*  30:*15*
64:*4*, *14*  65:*13*, *14*
158:22  159:*15*  170:6,
*9*  171:*21*  172:*1*
173:*21*  174:*3*, 6, *20*
178:*18*, *19*, *21*  179:*1*,
6, *25*  180:*1*, 2, 7, *17*,
*19*, *21*, *22*  181:*7*, 8
182:*15*, *19*, *23*  183:2,
*5*, *18*, *20*  184:*11*, *13*
186:*21*
**articles**  28:8, *11*, *14*,
*18*, *23*, 24  29:*4*, 6
30:9, *11*  31:*3*, 4, *18*
32:*3*, *14*  34:*3*  158:*24*
159:2, 7, *10*, *12*
170:22  183:8  184:9
**aside**  31:*17*  50:*10*
155:8
**asked**  11:*18*, *19*  12:8,
*17*, *18*, 25  13:*6*, *20*
44:*4*, *16*  54:*1*  61:*13*
73:*4*, *20*  106:*24*
114:*4*, 9, *11*, *20*  115:8,
*15*  134:*3*  135:*24*
136:2, 7, *15*  137:*14*
140:*19*  141:*5*, *10*
148:*14*  163:*18*
183:*25*  188:*3*
**asking**  15:2  32:*12*
40:9  42:*10*, *21*, *23*
45:*24*  56:2  63:*24*

75:*1*  85:2, *6*  125:*13*
128:2  138:*11*  141:*6*
143:2  164:*19*, *23*
181:*3*  182:6, 8  184:*1*
188:*1*
**aspects**  26:*4*
**assess**  64:*21*  101:2
**assessment**  146:*3*
**assignment**  9:6  12:8,
*18*, 22  13:*10*, *13*  47:5
61:*15*, *16*  62:9  73:*10*,
*20*, 22  75:*11*, *14*, *21*
77:*24*  106:*21*
**assistance**  14:*24*
**assisted**  14:*18*, *20*
**association**  92:*10*, *15*
98:2
**assume**  50:*25*  51:*1*
56:*13*  74:5  115:5
**assumed**  38:*10*, *14*
114:*24*
**assuming**  38:*16*, *18*,
*23*, 24, *25*  39:*4*, 6, *9*,
*14*
**assumption**  39:*3*
115:*3*
**assumptions**  39:8, *16*,
*18*
**ATLAS**  2:*20*
**attached**  27:25
**attachment**  34:22
**attempt**  78:*1*  178:*13*
**attention**  179:*5*
180:*1*, *17*
**attorney**  191:9
**attribute**  157:*15*
**attributed**  118:6
156:*17*  159:*4*  166:*5*,
7
**August**  107:*9*  112:*19*
**AUSTIN**  2:7
**author**  184:*5*
**available**  136:22
**Avenue**  5:*3*
**aware**  27:*17*  124:7, *9*,
*11*  127:*21*  128:2
165:8  186:*3*

**< B >**

**back**  16:8  46:*13*
48:24  54:22  55:*13*
63:*15*  64:*1*  82:*10*
94:5  104:*4*  105:24
155:*17*  165:*10*, *18*
172:*13*  188:8
**back-end**  45:22, *25*
50:22  51:*12*  52:*10*
53:*3*  105:*17*
**backing**  189:*23*
**backup**  189:22
**bad**  159:*4*  165:*16*
**Baez**  14:*13*
**BAKER**  2:*15*, *20*
**Bank**  2:*10*  112:*5*, 8,
*10*  113:*24*
**Barclays**  116:*24*
**based**  80:*13*  161:*14*
163:6, *21*, 24  164:*4*
166:*25*  174:2  189:8
**bases**  120:*20*, 25
122:*3*
**basic**  9:*11*  150:*11*, *14*
**basically**  81:*21*  150:*1*
**bear**  60:6
**bearing**  35:2  147:24
**beginning**  37:*15*
68:*17*  70:*24*  97:*15*
118:*23*  125:6  126:2,
*4*  172:*10*
**begins**  72:*21*  124:*19*
**behalf**  2:*4*, *14*  18:22
**believe**  14:6, 9  17:*24*
18:*3*, *5*, 7, *10*, *12*  32:9
34:*16*  36:*23*  39:*20*
54:*15*  68:6, *17*  113:9
116:*5*  138:*11*  142:7
156:*5*  160:*13*  168:*5*
170:*11*, *21*  173:*1*, *12*
**believed**  136:*18*
**believes**  142:*25*
**bell**  152:*3*
**benefit**  149:*23*
**best**  5:*17*, *20*, *21*
9:*14*  31:6  191:*5*
**better**  11:2  82:*23*
97:*14*  177:*5*, 6
**beyond**  8:*4*  80:8
189:8
**big**  32:*14*, *23*  153:*18*

In re Apache Corp. Securities Litigation

**bigger** 153:*17*, *22* 161:*11*
**bit** 28:*3* 60:*8*
**Bloomberg** 29:*14* 158:*21* 183:*9*, *23*
**blow** 153:*11*
**blown** 153:*18*
**body** 37:*18* 109:*8*
**bottom** 10:*10* 94:*5*, *11* 172:*16*
**BOTTS** 2:*15*, *20*
**Brands** 18:*5*
**break** 7:*6* 46:*4*, *10* 48:*25* 96:*15*, *16* 103:*25* 155:*9*, *10*, *11*, *12*, *13*
**Bridge** 18:*15* 19:*21*
**broader** 24:*25* 28:*23* 29:*7* 30:*9*
**broadest** 25:*5*, *7*
**broke** 104:*19*
**broken** 104:*21*
**brought** 40:*7* 115:*15*
**browser** 93:*8*
**bulk** 124:*20*
**bullets** 112:*3*, *4*
**bunch** 112:*21* 113:*8*
**burden** 40:*23* 41:*1*
**burdened** 117:*10*
**business** 149:*22* 175:*22*

**< C >**
**Cabot** 17:*24*
**calculate** 83:*4* 188:*24*
**calculated** 80:*10* 189:*7*
**calculating** 80:*2*
**calculation** 42:*22*
**call** 33:*24* 84:*18*, *21*, *24* 86:*24* 88:*5* 174:*11*
**called** 4:*20* 87:*14* 94:*22*
**calling** 84:*16* 85:*7* 171:*13* 178:*23*
**calls** 41:*5*
**capabilities** 67:*15*, *24* 143:*14*

**Capital** 3:*11*
**Captioner** 1:*19*
**care** 6:*4*
**cared** 183:*17*
**career** 8:*10*
**carefully** 182:*9*
**cares** 65:*6*, *13*
**caring** 183:*20*
**Case** 1:*3* 4:*7*, *25* 10:*5* 11:*6*, *7*, *9*, *15* 12:*4*, *6*, *11* 14:*5* 19:*18* 24:*22* 27:*3*, *12* 28:*6*, *17* 35:*11*, *16* 38:*10*, *14* 39:*1* 40:*3* 41:*17*, *25* 44:*20* 46:*17* 47:*3*, *20* 48:*16* 51:*1* 56:*21* 58:*14* 60:*16*, *20* 61:*10* 62:*3* 66:*8*, *13* 67:*9*, *23* 68:*13* 72:*21* 75:*8*, *18* 76:*1*, *23* 77:*24* 79:*13* 80:*7*, *13* 83:*9* 84:*9* 91:*5* 92:*3*, *6*, *7* 99:*19* 114:*1*, *6* 119:*10*, *20* 124:*9* 125:*13* 130:*23* 131:*23* 132:*12* 133:*7*, *8* 134:*4* 136:*24* 156:*25* 166:*12*, *16* 170:*13* 171:*18* 178:*17* 182:*14*, *18*, *22* 187:*12*
**cases** 19:*12*, *13* 20:*5*, *11* 35:*15*, *22* 36:*3* 124:*7*
**cash** 143:*14*
**categories** 25:*5*
**category** 25:*7*
**causation** 41:*17*, *20*, *22*, *23* 42:*1*, *12*, *25* 43:*2* 44:*6* 174:*2*
**cause** 1:*16* 55:*4* 63:*4*, *9* 128:*12* 129:*17* 157:*1*
**caused** 39:*6* 42:*24* 43:*13*, *16*, *19* 44:*1*, *12* 59:*16* 73:*14*, *15* 106:*14* 122:*20* 157:*5*
**causes** 51:*6* 55:*25* 56:*1*, *3*, *7*

**Causing** 3:*13* 55:*21*, *23* 57:*12*, *13* 59:*11*, *12* 160:*24*
**cell** 6:*22*
**certain** 32:*2*, *18* 59:*1* 137:*5*, *16*, *23* 138:*12*, *17* 144:*19*
**certainly** 8:*17* 36:*7* 42:*13* 114:*22* 145:*5* 170:*14* 176:*7*
**certainty** 136:*25* 137:*3*, *12*, *16* 142:*15*, *18* 144:*16*
**CERTIFICATE** 191:*1*
**certification** 11:*12*, *18*, *21* 19:*14*, *18*, *22* 20:*5* 36:*2*, *6*, *8* 40:*6*, *20*, *24* 187:*24*
**Certified** 1:*18*, *19*
**certify** 191:*3*, *7*
**challenge** 113:*23* 114:*18*
**challenged** 173:*23*
**chance** 92:*9* 95:*3*, *16*, *25* 96:*11*, *23* 97:*6* 98:*2*
**chances** 101:*2*, *3*
**change** 13:*24* 39:*7* 51:*17* 52:*4* 62:*19*, *22* 63:*4*, *9*, *21* 69:*4* 107:*21* 120:*16* 144:*2* 145:*20* 150:*15*, *17*, *20* 154:*7* 176:*2*
**changed** 13:*21* 23:*7*, *25* 52:*13* 63:*8* 69:*9*, *12* 70:*8* 71:*3*, *16*, *21*, *23*, *25* 72:*2*, *7* 145:*9*, *12*, *14*, *15*, *17* 146:*21* 167:*23*
**changes** 147:*23* 152:*25* 153:*7* 155:*4* 176:*4*
**changing** 72:*4* 146:*7*, *15* 151:*1*
**characterize** 48:*7* 105:*3*
**chart** 154:*10* 155:*3* 173:*2* 179:*18* 188:*12* 189:*11*

**charts** 15:*14*, *17* 117:*11* 126:*6*
**Chat** 93:*2*
**CHECK** 2:*5* 36:*13* 38:*3*
**checked** 16:*9* 38:*7* 163:*14*
**checking** 36:*17* 37:*24*
**Chicago** 18:*15* 19:*21*
**Chief** 171:*12*
**choice** 19:*25*
**Christmann** 117:*1*, *6*, *9*, *15* 171:*13* 172:*8*
**Christmann's** 173:*4*
**chronological** 53:*14*
**chronologically** 53:*18*
**chronology** 33:*25*
**circumstances** 50:*4*, *8*, *11*
**cite** 31:*23* 32:*5* 93:*14* 97:*16* 111:*17*, *20* 112:*8*, *13* 113:*17* 139:*23*, *25* 140:*1*, *2*, *7* 141:*6* 142:*8* 149:*10*, *15* 159:*18* 161:*7*, *9*, *13*, *20*
**cited** 28:*21* 29:*3* 30:*2*, *4* 32:*10* 34:*20* 35:*15*, *20*, *21* 36:*9*, *10* 93:*19* 94:*3* 140:*12*, *22* 141:*19* 142:*24* 168:*4*, *22*
**cites** 35:*21*
**citing** 36:*12* 111:*24* 113:*14*, *18*, *24* 116:*7*
**City** 5:*6*
**claim** 40:*12* 72:*11* 81:*3* 102:*11* 107:*8* 122:*12* 132:*8*, *21* 173:*21* 174:*9* 175:*10* 178:*20*
**claiming** 101:*6*, *7*, *8* 131:*6*, *14* 133:*13*, *15*
**claims** 26:*23* 27:*4*, *18* 68:*19* 69:*10* 70:*22*, *23* 71:*1* 109:*11* 122:*25* 123:*11* 134:*12* 168:*25* 169:*7* 180:*10*
**CLARITY** 2:*24*

**class** 8:*12* 11:*11*, *18*, *21* 12:*21*, *24* 13:*4*, *17* 17:*20*, *23*, *25* 18:*1*, *3*, *5*, *8*, *11*, *12*, *16*, *17*, *19*, *22* 19:*2*, *8*, *14*, *18*, *22* 20:*4* 28:*14*, *19*, *22* 31:*12* 36:*2*, *5*, *7* 37:*3* 38:*11* 40:*5*, *19*, *24* 41:*21* 53:*20*, *23* 54:*6* 55:*8* 57:*24* 67:*14* 72:*18*, *21* 73:*24* 74:*3* 75:*19* 77:*6* 82:*5* 104:*10* 108:*12* 115:*20* 117:*25* 171:*13*, *17* 172:*9*, *10*, *22* 173:*4* 174:*16* 187:*24*

**clear** 27:*23* 53:*2* 79:*2* 144:*20* 169:*7* 173:*10*

**clearer** 167:*24*

**client** 21:*21*

**clients** 8:*6* 20:*12*

**close** 6:*19* 7:*20* 127:*1*

**closing** 143:*9*

**colleagues** 178:*1*

**collectively** 122:*22*

**color** 49:*20*, *21*, *24* 152:*2*

**combing** 31:*18*

**come** 44:*18* 62:*15* 181:*25*

**comes** 102:*24* 123:*4*

**coming** 15:*8* 22:*25* 55:*13* 70:*2*, *4* 81:*18* 91:*11* 145:*7* 147:*5*, *12*

**commencing** 1:*17*

**comment** 164:*4*

**commentary** 45:*11* 156:*16*

**commodity** 107:*11*, *20* 108:*3*, *14* 109:*10*, *16*, *21* 110:*3*, *6* 111:*2*, *8*, *15* 112:*15* 113:*15*, *23* 115:*25* 117:*8* 131:*25* 133:*9* 134:*5*

**common** 38:*10* 73:*25* 90:*7*

**communicating** 6:*22* 7:*1*

**Companies** 29:*13* 152:*11* 154:*4* 175:*21* 176:*19*, *23*

**Company** 3:*13* 33:*1*, *14* 35:*8*, *10*, *12* 43:*20* 52:*22* 62:*13*, *20*, *23*, *25* 63:*5*, *7*, *10*, *13*, *23* 64:*13* 70:*13* 111:*23* 114:*15* 125:*21* 135:*21* 139:*12* 144:*3* 145:*16* 146:*16* 147:*19* 148:*6* 149:*5* 150:*18*, *20* 151:*1*, *11* 158:*3*, *8*, *9*, *12* 161:*15* 162:*25* 163:*8* 164:*6* 166:*9*, *10*, *20* 167:*1* 171:*5* 174:*13* 179:*3* 180:*22* 182:*24* 183:*16* 185:*18* 186:*4*, *15* 187:*12*

**company's** 19:*3*, *9* 41:*4* 49:*7* 63:*14*, *25* 64:*5* 124:*15*

**company-specific** 127:*13*, *18*, *22*

**compare** 62:*4*

**compares** 188:*12*

**comparing** 60:*17*

**Complaint** 3:*7* 6:*10* 13:*16* 25:*10* 26:*5* 27:*5*, *11* 31:*11* 37:*6* 38:*2*, *15*, *19* 55:*9* 68:*5*, *7*, *17*, *19*, *23* 70:*2*, *12*, *18*, *19*, *24* 71:*4*, *6* 74:*13*, *15* 116:*2*, *4*, *8*, *10*, *15*, *18* 118:*7*, *21* 172:*13* 180:*5* 184:*25* 186:*14* 187:*9*, *23* 188:*11*

**complete** 12:*3* 29:*4*

**completely** 132:*21*

**completeness** 36:*14*, *19* 38:*4*

**comprehensive** 29:*11*

**computer** 6:*15*, *23*

**concealed** 62:*7* 65:*21* 67:*1*, *8*, *15*

**concept** 79:*24* 87:*22*

**concepts** 104:*20*

**concern** 119:*21*

**concerned** 134:*4*

**concerning** 67:*23* 69:*12* 74:*21* 109:*21* 169:*3*

**concerns** 105:*25* 119:*4* 133:*8* 157:*10* 185:*18* 186:*5*

**conclude** 89:*9*

**concluded** 190:*13*

**concludes** 190:*6*

**concluding** 102:*8*

**conclusion** 41:*6* 48:*23* 60:*21* 87:*12* 98:*8* 100:*25* 102:*24* 181:*25* 183:*4*

**conclusions** 13:*24* 15:*8* 42:*8* 44:*18*, *19* 48:*20* 80:*24* 85:*6* 89:*13* 98:*13* 185:*21*

**conclusive** 180:*25*

**conditions** 130:*20*

**conduct** 9:*20* 16:*2* 65:*22* 134:*22* 135:*5* 164:*8*

**conducted** 9:*17* 12:*10*, *14* 13:*3*, *7*, *9* 14:*7* 33:*14* 41:*17*, *24* 43:*1* 80:*22* 119:*10* 151:*14*

**conducting** 26:*6* 27:*9* 39:*19* 74:*20* 88:*12* 110:*21*

**Conference** 116:*25*

**confidence** 83:*6*, *10*, *15*, *20* 84:*13* 85:*3* 86:*12* 126:*24* 127:*2*

**confirm** 10:*16*

**confusing** 28:*3*

**connected** 168:*25* 169:*7* 171:*5* 191:*9*

**connection** 9:*9*, *17* 21:*8* 25:*16* 34:*15*, *18*, *25* 35:*11* 39:*19* 53:*19* 170:*13* 178:*12*

**consider** 21:*14*, *23* 24:*22* 33:*6* 71:*1* 82:*4* 91:*14* 147:*8*

**considered** 20:*18*, *21*, *23* 21:*8*, *11*, *20* 22:*1*, *5* 24:*24* 25:*6*, *8* 28:*18* 29:*5*, *6*, *9*, *11*, *24* 33:*3*, *7*, *8*, *9*, *12* 36:*18*, *21* 82:*25* 85:*20* 135:*3*, *25* 136:*13* 139:*5*

**considering** 35:*18*

**consistent** 25:*19* 67:*7* 92:*8* 121:*24* 172:*2*

**consistently** 112:*14* 113:*15*

**constituents** 189:*1*

**constitute** 182:*15*

**construed** 59:*2*

**consulting** 8:*6*

**contacted** 8:*24* 9:*4* 74:*12*

**contain** 11:*5* 182:*23*

**contained** 26:*5*

**contains** 141:*22*, *25*

**contending** 122:*16*

**contents** 60:*17*, *18*

**context** 31:*1* 39:*22* 90:*17* 91:*23* 95:*24* 105:*16*, *17* 170:*16*

**continue** 124:*12* 130:*15*, *25* 131:*11* 132:*10* 149:*11*, *17*, *24*, *25* 174:*10*

**continues** 124:*23*, *24*

**continuing** 15:*11* 125:*9*

**contrary** 111:*14* 113:*22* 131:*1*, *6*, *13* 132:*20*, *21* 133:*14* 139:*13* 174:*9*

**contrast** 61:*20*

**control** 79:*4* 80:*19* 81:*14* 85:*9*, *17* 86:*3*, *6* 89:*1*, *12*, *21* 175:*24*, *25* 176:*11*, *12*, *21* 177:*2*, *5*, *18*, *21* 178:*8*, *13* 189:*3*

**controlled** 188:*21*, *25*

controlling 176:*21*
189:*10*
conversation 161:*14*
163:*21, 24* 164:*1, 3, 5*
conversations 163:7
166:25
copy 6:*10* 9:*1, 24*
10:*4, 17, 22* 16:23
93:*12* 116:9, *15*
190:9
Corp 3:*21* 4:5 170:8
CORPORATION 1:5
18:*10*
correct 5:*12* 7:*18*
8:2 9:*3, 18, 19* 10:8
11:*23* 14:2 16:*1*
17:5, 6 27:*13* 39:7
44:*1* 45:23 47:*19*
49:6 50:*13* 57:*17*
58:5 62:2 68:*20*
69:6 72:*19, 20* 74:*10*
76:7, *12, 22* 77:*10, 22*
78:*23* 79:*16* 80:*3*
81:*1, 2* 88:*17* 89:*10*
95:*11* 96:2 103:*12*
105:*1* 108:22 110:*14,
22* 111:*17* 112:*12*
116:6 119:*23* 120:*11*
121:*6* 122:*17* 126:*10,
14, 18* 128:23 129:*11*
133:*4, 9* 137:*1* 140:6
141:*17, 21, 23* 142:*1,
12, 23* 144:7 152:*15*
160:*17* 164:2 169:2
173:*1* 180:*11* 186:*16*
corrected 39:*1, 5, 15*
52:2, 7 57:*14* 60:22
61:*11* 71:*16* 72:*12*
correcting 181:*1*
correction 55:2, *5, 22*
56:*1* 92:20
Corrections 18:*10*
corrective 22:*24*
23:*14, 24* 24:*1, 6, 9*
26:*3* 27:*18* 31:*10*
34:9, *12* 39:*1, 4, 6, 12,
15* 44:*12* 45:*19*
46:*18, 19, 21, 23, 25*
47:2, *4, 9, 12, 16, 18,
21, 22* 48:5, *8, 16, 17*

49:*4, 9* 50:*13, 17*
51:2, *12* 56:*19, 22*
57:9, *16* 58:2, *13*
59:*1, 7, 13, 20* 60:*6,
12, 18, 21, 25* 61:*1, 2,
3, 4, 9, 11, 22* 62:*1, 5,
6, 12, 20, 23* 63:*14, 25*
64:6, *13, 23* 65:*1, 5,
10* 66:*1, 22* 69:*18*
70:*3* 71:*10* 72:6, *11*
76:6, *10, 16, 20* 78:9,
*12, 16* 79:4 81:9, *25*
91:9, *10* 105:*10*
111:7 120:*1, 22*
121:*13, 21* 122:8
128:*11, 16* 155:22
156:*13* 173:*16* 174:*4,
17* 179:7 180:*19*
181:*8* 182:*3, 5, 7, 11,
15* 185:*1* 186:7, *19*
187:*10, 14, 22*
correlation 188:25
189:8, *15*
cost 117:2 119:5
149:*23* 150:*12*
costs 117:*10* 149:25
150:7
counsel 4:*13* 6:24
35:*1, 12* 73:4, 7 74:2,
5 190:5 191:8, 9
count 28:2
couple 5:*15* 13:*23,
25* 158:*17*
course 8:*10* 35:*19*
47:6 48:*1* 87:*17*
148:*23*
COURT 1:*1* 4:6, 9,
11, 12, 15 19:*17, 21*
27:4 54:*15* 140:25
191:2
Courts 19:*13* 91:*13*
124:7
cover 79:*10*
covering 62:*13*
146:*16*
COVID 175:*10, 16*
179:*16*
Cowen 3:7 151:22
152:*24* 153:7

Cowen's 155:6
craziest 179:*14*
crazy 177:*11, 23*
179:*16, 22*
create 86:*18* 181:*17*
creating 87:8
credit 178:5
credited 160:2
170:25
CreditSuisse 3:*16*
112:6, 9, *11* 159:*19*
168:*21*
crisis 178:5
critical 169:*12*
CRR 191:*15*
Curiati 14:*13*
current 17:7, 8
34:*14* 130:20
currently 7:*16* 11:*15*
171:5
curtailment 131:*18*
cut 148:*21* 164:25
CV 16:*23*

< D >
damages 42:2, *15, 21*
data 15:*23* 37:25
82:*21* 95:*3* 96:*23*
97:6
database 21:22
date 4:2 11:*19*
17:*11* 32:*17* 33:4
44:*12* 58:*4* 77:8, *13,
16, 19* 81:*15, 17*
82:*16, 17* 113:2, 7, 8,
25* 117:*21* 152:*16*
156:*4* 157:*16* 161:*15*
164:5, *16* 166:2, 5
175:8 179:*19* 181:*12,
13*
dated 3:7, *11, 14, 16,
19, 21*
dates 25:*23* 32:*18*
50:20 58:2 64:*23*
71:*12, 14* 76:6, 8, *13*
81:6, *8, 10, 19, 24*
82:4, *6, 9, 14* 107:*14,
18* 115:20 120:9
183:6 185:*12* 189:4
David 9:5

day 24:9 28:*4* 77:5
82:25 113:*17* 123:*4,
5, 6, 10, 11, 15, 16, 17*
124:*16, 23, 25* 163:*16*
166:*19* 177:8, *10, 11,
23* 179:*15, 22* 183:*14*
186:*21* 191:*12*
days 30:*24* 81:*18*
83:*1* 96:9 114:8
122:*17, 18, 20, 22*
123:*18* 124:*24* 125:*4,
14, 22* 127:4, 7 142:6
176:*17, 23*
DE 2:8
deal 5:*14*
debt 173:*23* 174:2*1,
23, 25* 175:*1* 184:*16,
17, 21, 22, 23* 185:8,
14*
December 8:*24*
decide 118:*16*
decided 49:20 131:3
deciding 135:*3*
136:*13*
decision 135:25
143:*17*
decisions 20:7, 8
35:*14* 36:2, 7 54:*15*
declare 95:*17*
declared 95:*19*
decline 43:25 111:*3,
11, 15* 120:*15* 122:*6,
7, 20* 128:*13* 133:*24*
156:8, *18* 157:2, *6, 16*
162:*13, 20* 166:2, 9
declines 156:*11*
162:*16, 19*
declining 108:*4*
111:8 148:7 160:9
defendant 41:2
Defendants 2:*14*
40:*15* 108:*17* 109:9
172:21
defendant's 40:*23*
41:*1*
defer 131:*3* 132:*14*
135:*3, 25* 136:*14, 19*
137:*5* 143:*18* 149:*11,
18*

deferral   57:23
129:21, 25   130:5, 12
131:12, 23   132:15
133:3   134:24   135:8
136:25   137:23
138:13   139:4, 18
140:9   141:15   144:16
deferred   133:16
deferring   134:19
145:4, 19   146:23
147:3   148:3
defined   72:17
definite   90:23, 24
definitely   90:21
190:9
definition   24:24
125:24
definitive   91:4
deflation   55:10
demonstrate   41:2
76:20   78:1   100:21
102:22
demonstrated   69:2
demonstrates   128:14,
21   129:11, 18
demonstrating   142:25
departure   157:1, 5, 8
158:6, 25   160:4, 10
168:5   169:11
depending   22:21
depends   51:14   53:24,
25   98:9   100:25
deposed   4:21   5:12
DEPOSITION   1:11,
15   4:4   6:14   11:25
17:4, 15   22:11   34:23
189:18   190:6, 13
191:3
Depositions   17:2
depressed   143:13
describe   34:6   90:7
described   31:24
73:19   97:18
describes   174:19
description   88:14
destroy   52:10, 12
detail   23:1
detailed   36:15   104:8
121:2, 10

detecting   92:10   98:2
99:6
deteriorating   112:15
113:15   114:17
determine   22:17, 19
33:5   34:2   56:11, 17
65:16   73:22   87:23
89:8   134:22   135:1
136:12   157:19
181:20
determining   40:7
56:22   71:2   85:20
86:24   101:5   146:11
develop   88:19
developed   103:7
differ   42:11   43:16
difference   41:15, 16
80:11   147:11
different   8:7   23:11
27:14   30:17, 24   34:1
41:24   42:9, 25   43:10
52:22, 24   62:14
63:24   72:18   85:25
87:9, 10, 11, 12   89:20
96:9   112:7, 8   148:14
176:6, 12   181:19
183:11
differentiable   91:18
differentiated   89:16
91:15   96:9   138:24
differently   27:21
DiLEO   2:11
DIRECT   2:24
100:13
direction   14:19, 24
55:7, 8
directly   45:8   49:16
99:25   102:3
director   7:16, 23
disagree   136:8
disappointment
169:18
disclose   21:18, 19
25:2   156:3   157:24
158:5
disclosed   58:1   65:4
69:3, 9, 15, 20, 25
70:7   71:2   121:14
122:3   127:13, 18, 22
128:3   160:10   162:25

163:17   164:16
173:22   182:2
discloses   121:16
disclosing   47:14
185:23
disclosure   21:18
31:10   34:9, 13   44:12
45:19   46:21   47:12,
13, 17, 18, 21   48:5, 8,
17   49:10   58:2   61:1,
22   62:1, 6, 20, 23
63:15   64:1, 6, 13, 23
65:2, 5, 10   66:1   76:6,
8   79:4   81:10   119:12
120:22   121:13, 21
122:9, 17   138:11
143:25   144:5, 9
145:11   146:22   151:8
155:23   156:13   174:4
182:4, 16   186:19
187:10
disclosures   22:24
23:15, 24   24:1, 7
26:3   27:18   39:1, 5, 6,
13, 15   46:18   47:3, 4,
10   49:4   50:13, 18
51:2, 13   56:19, 23
57:16   58:14   59:1, 7,
13, 20   60:6, 18, 22
61:3, 9, 11   62:5, 12
66:22   69:18   70:3
71:10   72:6, 11   76:10,
17, 20   78:10, 12, 16
82:1   105:11   111:7
120:1, 5, 7, 13   128:16
142:6   150:16   174:17
187:14, 22, 23
discovered   161:4
168:11   171:11
discovery   67:1, 14
160:2   169:16
discuss   15:10   79:23
109:2   174:20   185:7
discussed   46:16
184:10, 12
discussing   15:24
173:15   184:9, 16
186:20   188:17

discussion   23:4   90:2
107:24   111:11
122:19   187:13
Dismiss   27:3, 4
dismissed   27:19   28:6
disputing   63:2
disseminate   164:3, 4
disseminated   163:13
164:1, 20, 22, 24
dissipated   78:3
distinction   104:16
DISTRICT   1:1   4:6, 7
DIVISION   1:2   4:7
document   10:4   11:4
15:12   21:14   33:16
37:20   38:3   163:11
164:22   165:6   166:22
170:12
documents   6:5, 11, 12
20:25   21:1, 4   22:12
29:23   34:17   35:2
36:21   157:18, 21
doing   15:7   16:1
21:24   22:9, 22   31:24,
25   37:24   47:6   48:1
59:8   61:16   81:19
84:25   86:2   88:23
89:8   93:5   98:12
150:13   169:24
downgrade   187:6
downgraded   185:18
186:4, 15, 22   187:11
downgrading   186:25
download   153:12
downloaded   153:14
downloading   33:4
downside   145:2, 5
downward   112:16
Dr   6:9   9:2, 21
13:14   80:14   81:5, 13
88:23   91:23   92:14
102:14, 16   126:9, 16,
22   156:10   166:4
175:6, 23   176:20
177:4
draft   14:10, 16   15:3,
25   190:8
drafted   14:22, 23
15:4
dramatic   175:14

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

dramatically 158:*10*
177:*7*
draw 42:*8* 85:*6*
89:*14* 98:8, *13*
100:*25*
drilling 171:*6*
drive 112:*15* 113:*16*
driven 179:*3*
drop 93:2 158:*11*
165:*15* 169:*10* 180:*5*
dropped 38:*20*
165:9, *17*
dropping 158:*10*
159:*16*
dry 62:*18* 67:*3, 17,
25* 70:*15* 117:*17*
120:*18* 174:*14*
178:*22, 23*
due 128:*16* 156:*19*
158:*12* 163:22
169:*20* 170:*1* 171:*25*
172:6 175:8 185:*18*
duly 4:*20*

< E >
E&P 29:*13* 152:*19*
153:*7* 154:6 155:*3*
173:23
earlier 36:*25* 58:*25*
64:*20* 74:8 127:*5*
140:*12, 22* 164:*17*
165:*25*
earnings 100:*5*
101:*14*
easier 11:*1* 37:*18*
72:*24* 116:*16*
Eastern 1:*17* 4:*3*
economic 8:6 107:*10*
108:6, *19* 109:*10, 15*
111:*10* 115:*24* 117:*3*
119:*5* 130:*15, 25*
131:*19* 132:*10*
139:*10, 15* 140:*21*
150:*14* 169:*18*
economical 108:*14*
131:*10* 148:*17* 149:*7*
economically 111:*16*
114:*18* 149:*21*
economics 109:*21*
110:*1, 3, 5* 113:*23*

114:*18* 115:22
117:*10, 16* 118:*14*
130:2*1* 131:*17, 25*
132:23 133:9 134:*5*
effect 7:*11* 95:*17, 19*
96:*12* 97:*17* 98:*25*
99:*4* 100:22, *23*
102:*20, 23, 25* 103:*11,
12, 15, 17, 18* 116:*2*
143:*1*
efficiency 100:*5, 18*
123:*12*
efficient 38:*11* 40:*12,
13* 52:2*1* 123:*1*
124:*19* 125:*19, 20, 23*
effort 62:*4*
either 7:*2* 12:*15*
17:*4* 64:*8* 98:*20, 22*
electronic 24:*19*
31:*4, 15*
electronically 7:*3*
190:*10*
element 40:2*1*
employee 191:*7, 8*
employees 34:*15*
engineer 47:*14*
entering 15:*23*
entire 12:*23* 13:*17*
14:*23* 16:*4* 24:*4*
72:*9* 73:*24* 74:*3*
75:*19* 82:*5*
entirely 16:*10*
157:*10* 166:*6* 172:*2*
entirety 21:*5, 12*
22:*15* 53:*23*
entitled 3:*7, 11, 14,
16, 20*
entries 28:*13*
entry 18:*15* 118:*4, 9*
152:*9* 173:*3*
environment 133:*5*
145:*25*
EPS 153:*25* 154:*8*
155:*6*
error 84:2, *7, 8*
86:*19* 87:*8, 10*
errors 14:*2*
ESQUIRE 2:*6, 7, 8,
11, 16*
essence 111:*23*

essentially 52:*23*
80:*11, 18* 81:*14* 86:*3,
20* 104:*17*
estimate 16:*14*
152:*24* 153:*7* 154:*7*
155:*4, 6*
estimates 145:*3, 5, 10,
13, 18, 21* 146:2*1*
147:*23* 154:*17, 25*
Evaluating 94:*15, 23*
evaluation 52:*17*
event 9:*17, 20* 75:*3*
79:*3, 23* 80:*1, 14, 23,
25* 81:*5, 13, 14, 23*
82:*10, 16, 24* 83:*4*
86:*1, 2, 22* 88:*12, 13,
18, 24* 90:*6* 91:*23*
102:*14* 122:*9, 10*
126:*9, 16, 22* 156:*6,
10* 166:*1, 3, 4* 175:*6,
7, 23* 177:*1, 12* 178:*2*
179:*10* 188:*22, 25*
events 175:*17, 18, 24*
Everest 4:*9, 12* 9:*24*
evidence 40:*25* 41:*3,
8, 9* 51:*9* 53:*2, 3, 8, 9,
13, 16* 55:*16, 24* 56:*4,
7* 57:*4, 6, 13* 61:*25*
62:*23, 25* 63:*2, 11, 22*
64:*6, 15* 65:*6, 10, 18*
77:*17* 79:*15* 89:*10*
91:*1, 3, 6, 16, 25* 92:*9,
11, 21* 93:*12* 98:*3*
100:*13, 22* 114:22
115:*9* 121:*13* 125:*7*
128:*23* 129:*10*
131:*14, 24* 132:*2*
135:*7, 12, 19* 137:*20*
139:*8* 142:*24* 143:*2,
5, 10* 146:*9, 17*
147:*20* 164:*12* 175:*5*
179:*24* 180:*25*
181:*10* 182:*19*
exact 92:*13* 98:*17*
99:*13* 100:*2, 11*
101:*12, 16, 19* 102:*2,
16* 103:*1, 4* 138:*3*
163:*12* 169:*6* 179:*19*

exactly 35:*4* 83:*24*
114:*23* 135:*11*
162:*10* 177:*23*
Examination 3:*4*
4:22
examining 45:*11*
example 11:*25* 21:2*1*
22:*3, 23* 23:*8* 30:*15*
31:*2, 7* 34:*8, 13*
38:*19, 20* 42:*6* 49:*18*
52:*3* 60:*12* 61:*17*
62:*10, 15* 65:*1* 66:*5*
79:*4* 87:*11* 89:*1*
90:*4* 109:*4, 5* 121:*23*
143:*9* 150:22 165:*23*
177:*18* 178:*5*
examples 30:*7*
exceptions 66:*9, 10*
exclusively 157:*15*
executive 168:*12*
171:*13*
Exhibit 3:*7, 11, 14,
16, 20* 9:*23* 10:*1, 25*
11:*5* 27:*25* 92:*24*
93:*1, 11* 116:*9, 12*
151:*17* 160:*14, 15, 16,
19* 167:*12, 13, 14, 16*
168:*15, 17* 170:*3, 4*
172:*14*
exhibits 93:*4*
exist 50:22 51:*5*
62:2*1* 63:*16* 189:*7*
existed 52:*11* 166:*9*
existence 100:2*1*
exists 51:*12* 53:*4*
56:*11, 17* 64:*2* 75:*19*
76:*2* 98:*25* 99:*4*
189:*1, 15*
expect 84:*2* 85:*17*
89:*2, 3, 21* 96:*23*
97:*6* 111:*14* 114:*17*
140:*14, 20* 148:*16, 21,
23, 24* 151:*2, 5, 12*
189:*8*
expectation 85:*9*
130:*11* 132:*6* 147:*16*
148:*4, 7, 9* 151:*13*
expectations 112:*15*
113:*16* 120:*17*
159:*17*

expected  80:8, *16*
95:4  120:*15*  129:22
130:*12, 17, 19*  131:5,
*12, 16*  132:3, *17*
133:*3, 18*  135:*10, 11,
13*  136:*19, 20*  137:7,
*9*  138:9  139:4, *18*
140:*10*  141:*16*  144:9,
*12, 16, 21, 23, 24, 25*
145:*23, 24*  146:4, *7,
13*  147:6, *25*
expecting  132:*12, 13*
142:*16*  147:*11, 13*
experience  6:2
125:*17*
experienced  77:*12*
119:*17*  156:7
experiences  49:7
Expert  3:7  8:2, *4, 11,
20, 23*  17:*14*  18:*21*
19:*1, 7*  20:6  21:*17,
20*  25:2  41:*20*  98:*15,
18*  99:9, *12, 14*
101:*10*  114:6  122:25
129:*1*  166:4
expert's  9:*13*  101:22
122:*10*  123:2, *12*
138:*4, 21*  146:*11*
147:*21*  187:*23*
explain  21:*13, 14*
23:*10*  32:*3*  33:*11*
50:*23*  90:4
explained  117:9
explaining  30:6  32:*1*
explanation  95:*10*
97:*3*
explicitly  115:*14*
149:*19*  156:*17*
Exploration  3:*18*
152:*12, 17*  156:*19*
157:*17*  168:*25*  169:8
188:*14*
express  80:*24*  142:*15*
expressing  46:*17*
48:*15*  61:*10*  75:*18*
76:*1*  91:5  114:6
115:*12*  144:*13, 15, 22*
156:*25*

extent  11:22, *24*
21:*21*  23:6  115:9
149:22
extract  108:*19*
extreme  181:*23*
extremely  120:*16*
129:*21*  130:6, *10, 11,
21*  131:*1, 3, 10, 20, 23*
132:*11, 12*  134:*19*
135:*9, 10*  139:6, *15*
178:*11*

< F >
face  64:*12*
fact  61:*20*  62:*1*
66:*6, 11*  69:2  75:*1*
92:*18*  107:*24*  111:*13*
114:*12*  129:25  131:8,
*12, 15*  139:*14, 17*
143:*21*  146:2  165:*3*
174:*18*  183:*1*  188:*18*
Factiva  29:*13*  33:*1,
4*  183:9, *10, 15, 23*
factoring  117:9
factors  85:*19*  135:2
136:*12*
fails  97:*17*
failure  92:*10*  98:*3*
fair  5:25  26:*19*
105:*3*
fairly  89:5  97:*18*
fall  149:*11, 17*
fallen  108:8
falling  135:2  136:*13*
false  25:24  26:2
27:*1*  38:*17, 24*  39:*10*
95:*3*  96:*23*  101:*3, 4*
114:5, *8*  115:*1, 5, 10*
familiar  87:*14, 16*
February  72:*15*  73:*1*
76:*14*  107:9, *10*
112:*19, 21, 22*  113:2,
*5*
federal  25:*1*
feel  167:*4*
fell  108:*20*
felt  180:*10*  181:*4*
fifth  170:*24*
figure  125:8  153:*4, 5,*

*16*  154:6  155:*3*
file  29:*23*  30:*1*
filings  22:*3, 4, 6, 7*
filled  15:*11*
final  10:*17, 22*
finals  190:*12*
finance  7:25  8:8
123:*11*
financial  150:*15, 18,
20*  174:*20*  185:3, *6, 7,
16, 19, 21*  186:5, *22*
financially  191:*10*
find  48:*20*  53:2, *5, 6*
54:*4*  55:*14*  57:*15*
60:*24*  61:*4*  64:2
68:*25*  85:8, *16*  93:22
96:*1, 11*  98:25  99:*1,
4*  136:*21*  138:*20*
139:*1*  156:6  159:*1, 3,
13*  170:25  176:*15, 16,
18, 22*  179:6  180:6
182:*4*  183:9, *17*
184:7
finding  31:*23*  47:*11*
48:*1, 7*  86:*16*  100:5,
*11*  101:25  120:*21*
121:*18*  138:*4*  139:*16*
findings  12:5, *21*
15:*24*  30:7  32:*1, 2*
60:*24*  61:25  92:7
94:*6*, 25  114:*21*
115:*16*  121:*17*
fine  7:*1*  46:5
141:*11*  152:6
finish  5:22, *23*  129:8
134:*15*  136:5  141:2
finished  54:*19*  186:*1*
first  4:*20*  9:8  10:7
45:8  68:6  70:*17*
77:5  85:24  96:4
112:7  113:4  122:5,
*11*  123:4  124:*21, 23,
25*  129:*14*  142:8
152:*19, 24*  153:23
156:*16*  160:*11*  161:*3*
162:25  169:*4, 15*
172:8  173:*20*  184:*12*
fit  82:*23*  177:6
five  38:*25*  46:7

96:*17*  188:*4*
flat  114:*16*
focus  12:*19*  13:5, *20*
22:*24, 25*  24:*4, 14*
42:*20*  47:8, *18, 19*
54:*1, 7, 10*  57:*1, 5, 8,
11*  59:*15*  61:6, *7*
62:*12, 16*  69:2, *5, 17,
18*  71:*18*  72:9, *13, 14,
18*  73:5, *13, 18, 25*
75:5, *10, 22, 24*  78:*4,
11, 15, 17, 18*  79:*11,
18*  81:*10*  82:*1, 6, 9,
21, 25*  102:*1*  104:8,
*25*  106:2, *4, 8, 10, 12,
14, 15, 18, 21, 22*
107:*1, 4, 15, 20*  111:*1,
2, 7*  112:*14*  118:*18*
119:*15, 23*  120:2
121:*19*  189:*12, 16*
focused  23:*15*  52:*20*
73:*16*  75:22, *23*
184:*25*
focuses  49:2  50:*11*
focusing  71:*18*
folder  93:*4*
folks  9:25
following  45:9, *12*
110:8  111:*23*  119:*12*
121:*1*  122:8  142:6
145:*10*  146:22
147:*23*  150:*16*
156:*14, 17*  158:*17*
162:6  164:9  183:6
follows  4:*21*
follow-up  46:*15*
Footnote  81:22
95:*18*, 20
foregoing  191:*4*
forget  114:*23*
form  90:*12*
formation  168:7
formed  14:*4*  68:*18*
180:9
former  34:*14*  56:2
forming  20:*21*  24:22
25:6  28:*17*  34:*15, 18*
35:*19*  170:*13*
forward  99:*10*

**found** 13:*23, 25*
35:*22, 25* 38:*21* 53:*8,
9* 61:*16* 78:*13* 92:*12*
96:*1, 13* 98:*4* 123:*14,
15* 135:*7, 12, 19, 20*
136:*17* 139:*12*
159:*15* 178:*22* 180:*7*
**four** 17:*4, 13* 111:*17*
112:*3, 4* 123:*18*
149:*9, 15*
**fourth** 18:*1* 123:*6,
16* 161:*2*
**fraud** 71:*14, 15*
72:*12* 99:*15* 102:*11*
132:*1*
**free** 117:*18*
**front** 6:*5, 8*
**front-end** 45:*15, 25*
50:*21* 53:*2* 76:*24*
77:*21* 105:*4, 16*
106:*7, 17* 110:*21*
**full** 5:*1* 82:*21, 22*
93:*17, 24*
**fully** 66:*11, 13* 78:*3*
117:*10* 124:*14*
125:*10* 132:*17, 23*
135:*9* 145:*22*
**further** 69:*2* 117:*6*
139:*8* 190:*1* 191:*7*

**< G >**
**gain** 68:*21*
**Gas** 29:*13* 32:*4*
62:*17, 18* 67:*3, 4, 17,
18, 25* 69:*4, 12, 22*
70:*8, 15, 16* 71:*23*
108:*20* 117:*3, 8, 12,
17* 118:*13* 119:*5*
120:*16, 18* 129:*21*
130:*1, 6, 10, 11, 14, 20,
21* 131:*1, 3, 9, 24*
132:*25* 133:*11, 24*
134:*19, 20* 135:*2, 3, 9,
10* 136:*1, 13, 14*
137:*5* 139:*6, 10, 14,
18* 140:*9* 141:*15*
148:*6, 9* 149:*7, 8, 10*
152:*12, 16* 169:*20*
171:*25* 172:*6* 174:*11,
14, 15, 19* 175:*21*

178:*22, 23* 179:*4*
188:*14*
**gassy** 67:*2, 16* 70:*14*
**general** 50:*11* 60:*3*
66:*7, 24* 67:*12* 72:*3*
74:*20* 85:*24* 88:*14*
124:*19*
**Generally** 20:*10, 12*
32:*12* 65:*23*
**generative** 143:*14*
**getting** 13:*14* 48:*24*
82:*10* 94:*1* 150:*12*
179:*23*
**Gina** 1:*17* 4:*11*
191:*2, 15*
**give** 7:*14* 115:*14*
**given** 9:*6* 73:*10, 22*
75:*14* 80:*8, 16* 84:*1*
88:*5* 89:*1, 12, 21*
120:*15* 130:*11, 19*
132:*12* 135:*10* 139:*5,
18* 145:*25* 160:*8*
169:*11, 12* 176:*10*
**go** 5:*14* 11:*3* 16:*8*
21:*23* 23:*18, 20*
33:*10, 22* 34:*5* 54:*22*
55:*22, 23* 56:*1, 4*
57:*12, 13* 59:*11, 13*
73:*15* 85:*22* 86:*5*
107:*21* 110:*7* 117:*11*
119:*24* 129:*20* 132:*9*
139:*14* 148:*15, 21*
150:*6* 154:*10* 155:*14*
170:*24* 171:*9* 172:*13*
**goes** 55:*6* 94:*25*
95:*9*
**going** 24:*8* 57:*5, 7*
61:*7, 8* 84:*17, 23*
86:*8* 88:*1* 103:*20, 25*
117:*1* 149:*24, 25*
150:*3, 13* 151:*4*
152:*7* 154:*9* 185:*13*
187:*20* 190:*7*
**Good** 4:*24* 15:*10*
90:*15* 92:*9* 96:*16, 18*
98:*2, 12, 13, 22* 99:*6,
7* 101:*5* 109:*5* 148:*1*
155:*9, 19* 188:*5*
**Google** 29:*14* 184:*6*

**gotten** 168:*18*
**great** 46:*9* 93:*6*
**greater** 149:*23*
**ground** 150:*12* 151:*4*
**Group** 186:*22*
**Guide** 3:*7*
**guys** 96:*18*

**< H >**
**half-hour** 162:*21*
**Halliburton** 54:*15*
**hampering** 143:*14*
**hand** 98:*1*
**handy** 37:*7*
**happen** 52:*25* 66:*8*
84:*17, 22* 85:*9, 17*
86:*21, 22* 88:*6, 9*
89:*2, 3* 95:*1* 125:*15,
24* 132:*17, 18* 135:*12*
145:*23* 148:*4, 7, 10,
11, 16*
**happened** 9:*15* 20:*1,
11* 34:*6* 43:*8* 50:*1*
95:*3* 106:*22* 127:*4*
133:*25* 137:*8* 148:*23*
180:*4*
**happening** 30:*24*
32:*5* 59:*14* 121:*24*
176:*11*
**happens** 84:*20*
125:*16* 189:*16*
**hard** 116:*15* 153:*9*
154:*1* 155:*2*
**hard-copy** 6:*5*
**Head** 3:*18* 186:*7*
**heading** 28:*9* 29:*1*
93:*25* 94:*15, 22*
104:*8, 13* 105:*6, 24*
116:*21* 120:*12, 23*
129:*20, 24*
**headline** 170:*6*
**health** 174:*21* 185:*3,
6, 7, 16, 19, 21* 186:*5*
**Healthcare** 18:*7*
19:*18*
**heavy** 67:*2, 16* 70:*14*
**hedged** 52:*23*
**HEFLEY** 2:*16* 9:*5*
11:*11* 41:*5* 44:*3*
46:*3, 6, 9* 93:*2* 96:*15*

103:*24* 112:*25* 129:*7*
134:*9, 14* 136:*5, 15*
137:*14, 24* 140:*25*
141:*9* 147:*7* 153:*9,
12, 15* 155:*10, 14*
163:*11* 164:*12, 22, 25*
165:*6* 166:*22* 173:*17*
179:*12* 187:*20* 188:*3*
190:*3, 8*
**heightened** 177:*13*
**help** 15:*21, 23* 16:*1,
3* 44:*15*
**helped** 14:*11* 16:*4*
**helpful** 16:*21* 37:*11*
50:*4*
**Hey** 103:*24*
**High** 23:*4, 8* 24:*19*
46:*22* 47:*15* 48:*2, 21*
61:*19, 24* 62:*18* 65:*3,
15* 66:*25* 67:*2, 13, 15,
24* 69:*25* 70:*14* 77:*9*
94:*6* 107:*10* 108:*6,
13, 17* 109:*9, 15, 21*
111:*10* 112:*16*
114:*18* 115:*22*
117:*12* 118:*14*
130:*16, 21* 131:*11, 18,
25* 132:*10, 14, 24*
133:*9, 12, 16* 134:*5,
19* 139:*9* 140:*10, 21*
141:*15* 148:*17* 149:*8,
12, 18* 156:*20, 23*
157:*11, 12, 13, 20*
159:*4, 5, 17, 23, 25*
160:*2, 5, 7, 8* 161:*4*
166:*6* 168:*11* 169:*16,
24* 170:*25* 171:*10, 11,
22, 24* 172:*4, 6, 9, 12,
21* 173:*22, 23* 174:*6,
10, 18, 21* 178:*11*
179:*4, 8, 25* 180:*21*
185:*22, 24* 186:*10*
**higher** 55:*5* 81:*5, 12,
23* 82:*3, 24* 177:*19*
**highest** 177:*10*
**highlight** 130:*5*
**highlighted** 116:*1*
118:*19, 22* 142:*11*
**Highlights** 3:*18*

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

**highly** 108:*19* 117:*3*, *7* 119:*5*
**High's** 69:*4*, *12*, *22* 70:*8* 71:*23* 120:*17*
**high-volatility** 177:*22*
**hit** 30:*11* 33:*20* 93:*7*
**hold** 93:*21* 94:*1*
**home** 5:*6*
**honestly** 152:*3*
**host** 52:*24*
**hours** 16:*12*, *15*, *16* 104:*1*
**HOUSTON** 1:*2* 2:*16* 4:*7*
**Houston-based** 171:*4*
**Hub** 32:*4*
**huge** 179:*18*
**hurt** 111:*16*
**hypothesis** 87:*15*, *16*, *18*, *20*, *23*, *24* 88:*1*, *6*, *19*, *20* 89:*9*, *24*, *25* 90:*13*, *14*, *17*, *19* 94:*7*, *16*, *19*, *23* 95:*2*, *14*, *21*, *22* 96:*22* 97:*5*, *7*
**hypothetical** 49:*13* 50:*8*

**< I >**
**i.e** 67:*2*, *16*
**identification** 10:*1* 93:*1* 116:*12* 151:*17* 160:*15* 167:*14* 168:*15* 170:*4*
**identified** 126:*16* 127:*15*
**identify** 17:*23* 127:*12*, *17* 175:*4*
**ignore** 103:*20*
**immediately** 124:*12*, *20* 161:*13*
**immense** 67:*14*
**impact** 9:*9* 12:*10*, *15*, *20*, *23* 13:*3*, *4* 14:*8* 19:*14*, *19* 20:*6* 25:*17* 26:*5*, *6* 27:*9* 35:*2*, *19* 39:*23* 40:*2*, *6*, *23* 41:*4*, *16*, *24* 42:*6*, *11* 43:*1*, *17* 44:*7*, *19*, *21* 45:*2*, *15*, *22* 47:*6*, *23* 48:*11* 49:*1*, *2*, *11*, *14*,

*23* 50:*5*, *11*, *21*, *22* 51:*5*, *9*, *12*, *16* 52:*3*, *7*, *10*, *11* 53:*2*, *3*, *4*, *5*, *7*, *19*, *21* 54:*4* 55:*24* 56:*8*, *10* 57:*16* 60:*23* 61:*5* 62:*21* 63:*3*, *16* 64:*2*, *7*, *16* 65:*7*, *11*, *18*, *22* 66:*11* 71:*17*, *18* 73:*11*, *22* 74:*2*, *6*, *10*, *21* 75:*7*, *19* 76:*2*, *20*, *24* 77:*17*, *21* 79:*15* 87:*17*, *21* 89:*9*, *10* 91:*7*, *16*, *25* 92:*22* 95:*25* 96:*1*, *4*, *5*, *6* 100:*7*, *13* 101:*20*, *21* 102:*1*, *7*, *10*, *22* 103:*10* 104:*9*, *14* 105:*4*, *7*, *13*, *16*, *17* 106:*1*, *7*, *9*, *11*, *18*, *20* 107:*17* 110:*22* 120:*21* 121:*14*, *19*, *20* 128:*15*, *22*, *23* 129:*18* 130:*2*, *9* 131:*17*, *24* 132:*2* 133:*8*, *12* 134:*2* 137:*18*, *20*, *21* 138:*1*, *2*, *10*, *18*, *19*, *21* 139:*2*, *8*, *17* 146:*18* 147:*9* 156:*13* 157:*9* 175:*5* 180:*2*, *15*, *16* 181:*7* 182:*20* 189:*19*
**impacted** 19:*3*, *9* 26:*17* 35:*6* 40:*1* 43:*5* 44:*8* 53:*22* 73:*13*, *17*, *24* 75:*9* 80:*25* 107:*5* 111:*1* 119:*11*, *14* 132:*4* 133:*10*
**impacting** 26:*12* 39:*12* 48:*10* 51:*25* 52:*15* 54:*18* 59:*10* 62:*24* 63:*1*, *12* 100:*1* 103:*5* 119:*22* 131:*8*, *15* 133:*19*, *23* 146:*9* 147:*18*, *22* 181:*1*
**impacts** 37:*10* 42:*5* 103:*2*, *3*, *8* 146:*12*
**important** 5:*20* 23:*23* 25:*15* 26:*4*, *7*, *10*, *18* 52:*12* 52:*5*, *17* 111:*3* 181:*14*

**impounded** 124:*15* 125:*3*, *5*, *10*, *14*, *21*
**inarguable** 181:*22*
**include** 20:*20*, *23* 37:*4* 118:*13*, *17*
**included** 36:*14* 38:*4* 118:*12* 126:*6*, *9* 143:*12* 188:*12* 189:*11*
**includes** 15:*7* 44:*11* 149:*6* 177:*22*
**including** 29:*2*, *17* 39:*12* 45:*10* 47:*9* 69:*16* 108:*2* 111:*6*, *12* 113:*13* 121:*1*, *20* 147:*21* 156:*13*
**inclusive** 20:*22*
**inconclusive** 97:*18*
**incorporate** 110:*10* 113:*10* 114:*14*
**incorporated** 40:*14* 99:*17*, *22* 100:*16* 101:*9*, *11* 102:*12* 110:*18* 129:*6* 145:*25* 147:*13*, *16* 148:*19* 149:*3*
**incorporating** 139:*11* 186:*11*
**increase** 55:*14* 56:*15* 77:*12*, *16* 106:*15* 110:*16* 119:*17* 175:*11*, *13*, *15*
**increased** 175:*8*, *25* 176:*2* 177:*2*, *7*, *17* 178:*3*, *14* 181:*21*
**independent** 135:*5*, *17*
**independently** 16:*8* 32:*10*
**index** 79:*9* 80:*17* 86:*8*, *9* 121:*24* 177:*5*, *9* 179:*17*, *18* 188:*15*, *19*, *21* 189:*2*, *9*
**indicate** 60:*24*
**indicates** 142:*20*
**Indicating** 3:*13* 165:*10*
**indication** 114:*14* 165:*12*
**indices** 80:*20*
**indirect** 102:*5*

**indirectly** 45:*18* 100:*3*
**individual** 40:*11* 42:*16* 43:*20*, *24* 100:*17* 101:*7*, *8* 102:*10* 165:*22*
**individually** 187:*19*
**individuals** 14:*16* 99:*16*
**industries** 8:*7* 18:*3*
**industry** 3:*20* 29:*13* 79:*6*, *9* 80:*9*, *17*, *19* 86:*8*, *9* 126:*13* 152:*12* 170:*7* 175:*24* 177:*5* 188:*15*
**inflated** 55:*10*
**inflation** 78:*2*, *7* 106:*15*
**information** 26:*7*, *9*, *19* 34:*10*, *11* 46:*21* 47:*15* 48:*2* 51:*16*, *18*, *21*, *23*, *24* 52:*2*, *6*, *17* 57:*9* 58:*1* 61:*17*, *19* 63:*8*, *10*, *12*, *22*, *23* 64:*21* 65:*3*, *14*, *15*, *21* 67:*23* 68:*11* 69:*3*, *9*, *11*, *15*, *20*, *21* 70:*7* 71:*2* 91:*9*, *10* 92:*18* 98:*17*, *19* 99:*11*, *13*, *17*, *22* 101:*11*, *13*, *23* 102:*6* 103:*2*, *3*, *8* 123:*2*, *3* 128:*11* 129:*4* 130:*22* 133:*7*, *8* 134:*4*, *7* 138:*22* 139:*11*, *13* 146:*11* 156:*22* 157:*12*, *13* 158:*2* 159:*16* 164:*20* 172:*3*, *6* 174:*23*, *24* 178:*19*, *20*, *25* 179:*25* 180:*18*, *20*, *21* 182:*1*, *6*, *24* 184:*18*, *25* 185:*20*, *23* 186:*8* 187:*17*
**informational** 32:*4*
**initial** 51:*4*
**insinuating** 187:*21*, *25*
**intend** 11:*5*, *8*, *15*, *20* 12:*3* 14:*5*
**intending** 54:*16*

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

**intention** 20:*22*
**interchangeable** 83:*13*
**interested** 23:*6*
 191:*10*
**internal** 34:*17* 35:*1*
 157:*18, 21*
**interpret** 48:*19*
**interrupt** 103:*24*
**intraday** 165:*7, 20*
**introduce** 79:*24*
**introduction** 118:*23*
**investigated** 136:*16*
**investigation** 134:*22*
 135:*5, 17, 24*
**investment** 161:*5*
**investors** 117:*7*
 144:*9, 16* 169:*19*
 174:*13*
**involved** 20:*11*
 35:*24* 60:*16, 20*
**involves** 8:*1*
**Iron** 18:*15* 19:*22*
**issue** 27:*12* 108:*7*
 111:*4* 148:*20, 22, 24*
 150:*19* 185:*8*
**issued** 19:*13, 18, 22*
 20:*5* 64:*13* 112:*19,*
 *22* 113:*17* 142:*6*
 158:*14, 15* 160:*20*
 185:*2, 17*
**issues** 6:*3* 11:*12, 24*
 69:*10* 108:*4* 160:*5, 8*
 163:*1* 175:*11, 16*
 184:*10, 12*
**issuing** 148:*5* 150:*24*
**its** 64:*12* 69:*4, 9, 13*
 70:*8, 9* 71:*3, 16, 21,*
 *23, 25* 72:*2, 5, 7*
 133:*16* 145:*2* 152:*24*
 168:*6* 173:*23* 174:*21,*
 *23* 185:*4, 18* 186:*5*
 187:*6*

**< J >**
**JAKE** 2:*20*
**job** 63:*7*
**John** 171:*13*
**JOHNSTON** 2:*8*
**joins** 5:*9*

**Jorge** 14:*13*
**JR** 2:*8*
**judicial** 92:*8*
**July** 1:*12, 16* 4:*2*
 191:*12*
**June** 3:*7* 13:*22* 14:*4,*
 *7* 189:*20*
**junior** 15:*13, 22*
**jwhitman@ktmc.com**
 2:*9*

**< K >**
**Keenan** 3:*20* 47:*14*
 48:*4* 156:*1* 160:*1*
 161:*3* 168:*10* 169:*16*
 170:*7, 25*
**Keenan's** 157:*1, 5, 19*
 158:*6, 25* 160:*10, 24*
 162:*14* 163:*1* 169:*6*
 171:*4*
**keep** 20:*10, 13*
**Keeping** 3:*11*
**KEN** 2:*22* 4:*9* 10:*2,*
 *9* 16:*20* 92:*24* 93:*5*
 116:*11*
**KESSLER** 2:*5, 19*
**killing** 140:*25*
**kind** 15:*3* 52:*6*
 83:*13* 95:*3* 124:*2*
**King** 2:*5*
**knew** 136:*16, 25*
 145:*7* 147:*4*
**know** 5:*10, 14, 17*
 6:*3, 4* 7:*6* 8:*13, 19*
 15:*3, 10, 22* 16:*14, 16*
 17:*17, 21* 20:*13*
 23:*18* 24:*9* 26:*7, 18*
 29:*22* 30:*15* 32:*2, 3,*
 *5* 36:*11* 37:*7, 21, 25*
 38:*19, 20* 40:*3* 43:*2,*
 *9* 48:*4* 49:*19, 21, 22*
 60:*25* 62:*17* 66:*4, 7*
 68:*6, 8* 70:*22* 71:*14*
 75:*2, 3, 12* 82:*7* 84:*1*
 86:*6, 7* 88:*3* 90:*4, 15*
 96:*3* 99:*7* 104:*21*
 109:*18* 110:*23* 112:*1*
 118:*23* 121:*22* 124:*1,*
 *3* 125:*18, 25* 126:*25*
 127:*15, 20* 128:*5*

**132**:*24* 140:*18*
 144:*21* 146:*25*
 149:*19, 21* 150:*5, 10,*
 *12* 151:*5* 159:*13*
 162:*4* 163:*7, 12, 16*
 165:*23, 25* 166:*12, 15,*
 *17* 176:*24* 177:*19*
 181:*18* 183:*13* 185:*9*
 187:*8, 18* 189:*4*
**knowing** 26:*9* 147:*12*
**knowledge** 149:*6*
 191:*5*
**known** 80:*2* 123:*18*
 136:*17, 18* 174:*24, 25*
**knows** 184:*17*
**Kohli** 14:*13*

**< L >**
**lack** 63:*19* 68:*25*
 91:*2, 6* 92:*21*
**laid** 187:*3, 4*
**laptop** 153:*21*
**large** 177:*24*
**largest** 154:*3*
**lastly** 7:*5*
**late** 183:*14*
**lay** 83:*3* 120:*24*
 121:*5, 7*
**leading** 169:*12*
**learn** 135:*6* 185:*22*
**learned** 135:*23*
 136:*21* 165:*3* 186:*9*
 187:*1*
**led** 175:*11, 13*
**left** 80:*18* 126:*12*
 173:*22*
**LEGAL** 2:*22* 35:*14,*
 *16, 18* 36:*2* 40:*9*
 41:*5*
**lengthy** 37:*14, 17*
 68:*15* 71:*8*
**level** 83:*7, 10, 12, 14,*
 *15, 20* 84:*13* 85:*3*
 86:*12* 88:*3, 4* 91:*13*
 126:*24* 127:*2* 184:*17,*
 *22*
**levels** 88:*4* 89:*6, 8*
 173:*23* 174:*21, 25*
 175:*1* 184:*16, 21*

**185**:*14*
**leverage** 185:*4, 6*
**liability** 7:*25* 8:*9*
**light** 67:*3, 17* 70:*15*
**limit** 73:*7* 106:*6, 9*
**limitations** 23:*22*
 24:*11, 13*
**limited** 75:*8, 23*
 189:*12*
**limiting** 141:*11*
**line** 172:*20* 188:*18*
**lines** 91:*22* 189:*25*
**link** 35:*7* 40:*16, 17*
 41:*12* 47:*8, 24* 54:*5,*
 *11, 23* 55:*16, 24* 56:*4,*
 *11, 17, 22, 24* 57:*2, 16,*
 *19, 23, 25* 58:*3, 8, 11,*
 *18, 24* 59:*6, 8, 17, 19,*
 *22, 25* 60:*1, 8, 13*
 63:*14* 68:*25* 78:*10,*
 *13* 104:*9, 15* 105:*13,*
 *17, 18* 128:*14, 21*
 129:*10, 11* 160:*4*
**Linked** 3:*16* 58:*21*
 168:*1, 5*
**linking** 143:*5*
**list** 17:*7* 20:*18* 28:*7,*
 *21, 25* 29:*4, 7, 11, 20*
 31:*20, 22, 23* 36:*18*
 37:*2, 6, 11, 14* 117:*21,*
 *25* 152:*7* 156:*14*
 185:*11*
**listed** 17:*19* 18:*9*
 19:*12* 20:*25* 21:*10*
 25:*8* 28:*11* 32:*9*
 36:*3, 9* 104:*22* 154:*4*
 173:*5, 8*
**listening** 142:*4*
**lists** 116:*24* 152:*24*
**Literally** 179:*6*
**literature** 124:*18*
 177:*24* 179:*22*
**LITIGATION** 1:*5*
 4:*6* 8:*2, 5, 16, 18*
 18:*16* 39:*22* 44:*20*
**little** 28:*3* 32:*12*
 60:*8* 64:*20* 153:*21*
**LLP** 2:*5, 15*
**located** 5:*5*
**locations** 119:*5*

**long** 7:*19* 20:*25*
22:*4*, *7* 37:*7*, *17* 90:*2*
124:*22* 125:*8*, *25*
126:*3*
**longer** 51:*18*, *20*, *22*
52:*4*, *5*, *7*, *14* 169:*9*
178:*6*
**look** 16:*19* 20:*24*
23:*23* 28:*7*, *13* 29:*1*
30:*17*, *22* 31:*8*, *18*
32:*7* 35:*14*, *21* 36:*10*
49:*25* 54:*3* 57:*22*
66:*23* 67:*11* 68:*24*
71:*25* 79:*5*, *20* 81:*22*
92:*23* 93:*17* 94:*5*
104:*23* 105:*24* 106:*5*
107:*7* 116:*20* 117:*24*
118:*21* 120:*4*, *24*
126:*6* 139:*23* 145:*9*
146:*19* 151:*24* 152:*7*
154:*6* 155:*3* 158:*24*
161:*2* 167:*20* 172:*13*,
*15* 177:*9* 179:*17*, *18*
185:*11* 186:*13*
**looked** 30:*14*, *19*, *23*
31:2, *9* 36:*15* 71:*16*,
*20*, *22* 72:*2*, *4*, *7*
74:*16* 75:*4* 84:*9*
109:*11* 120:*12* 123:*7*,
*20* 152:*10* 159:2, *12*
182:*9* 189:*16*
**looking** 10:*16* 13:*16*
17:*22* 43:*7*, *13* 69:*8*,
*11*, *19*, *21*, *23* 70:*6*
79:*7*, *11*, *17* 84:*12*
91:*19* 95:*18* 111:*6*,
*19* 151:*15* 152:*1*
165:*20*
**looks** 10:*8* 99:*1*
152:*11* 161:*25* 180:*4*
**loss** 41:*17*, *22*, *23*
42:*1*, *3*, *7*, *11*, *16*, *24*,
*25* 43:2, *13*, *15*, *18*
44:*6*, *12* 174:*2*
**lost** 112:*24* 129:*12*
**lot** 146:*8*, *15* 152:*10*
165:*9* 170:*22* 181:*16*
183:*15*
**lots** 29:*16* 85:*22*, *25*

86:*5*, *10*
**Louisiana** 2:*15*
**low** 95:*10* 96:*21*
97:*2*, *5*, *11*, *13*, *16*, *22*
98:*24* 99:*3* 107:*10*
108:*6*, *14* 109:*10*, *15*,
*21* 110:*3*, *5* 115:*24*
117:*8* 119:*4* 120:*16*
129:*21* 130:*1*, *6*, *10*,
*11*, *14*, *21* 131:*1*, *3*, *10*,
*17*, *19*, *20*, *24*, *25*
132:*10*, *11*, *12*, *17*, *25*
133:*1*, *5*, *9* 134:*5*, *20*
135:*9*, *10* 139:*6*, *10*,
*15*, *18* 140:*14*, *20*
148:*18* 149:*7* 150:*6*
151:*3*
**lower** 171:*25* 172:*6*
186:*11*
**LUCY** 1:*11*, *15* 3:*3*,
*7* 4:*4*, *19* 5:*3* 155:*10*
190:*6*
**lunch** 155:*10*, *13*

**< M >**
**Macquarie** 140:*3*
144:*4*, *8*, *13*, *15* 145:*1*
**Macquarie's** 144:*20*
**magnitude** 84:*3* 85:*3*,
*8*, *12*, *16*, *19* 86:*21*
89:*2* 176:*2*
**major** 161:*3*
**majority** 81:*6*, *24*
82:*13* 176:*18*, *23*
**Maka1** 161:*16* 164:*6*
167:*1*
**Maka-1** 3:*14*
**making** 30:*8* 32:*21*
39:*3*, *8*, *16* 48:*22*
102:*5* 135:*25* 150:*5*,
*7* 181:*4*
**Malini** 14:*13*
**manage** 7:*24* 15:*21*
**managing** 7:*16*, *23*
**MANNING** 2:*7*
**manual** 31:*19* 92:*8*,
*24* 93:*12* 94:*18* 98:*7*
100:*24*
**manually** 31:*3*

**March** 46:*24* 72:*15*
76:*7* 120:*6*, *10*
173:*15*, *21* 174:*2*, *5*
175:*5*, *12* 177:*9*
182:*2* 185:*3*, *17*
186:*4*, *15* 187:*13*
**marginal** 149:*23*
**mark** 9:*23* 92:*24*
116:*9* 151:*16* 160:*13*
167:*12* 168:*14* 170:*3*
**marked** 10:*1* 11:*4*
93:*1* 116:*12* 151:*17*
160:*15* 167:*14*
168:*15* 170:*4*
**market** 34:*12* 38:*10*
40:*7*, *12*, *13* 45:*9*, *11*,
*18* 48:*3*, *20* 52:*20*
60:*24* 61:*3*, *23* 65:*4*
69:*3*, *9* 70:*8* 71:*3*, *13*,
*16*, *20*, *22*, *25* 72:*2*, *4*,
*7* 79:*6*, *8* 80:*9*, *17*, *19*
86:*8* 91:*11*, *12* 99:*15*
100:*4*, *18* 102:*12*
114:*2* 115:*7*, *10*, *18*
120:*15* 122:*25*
123:*11* 124:*19*
125:*19*, *21*, *23* 126:*13*
129:*22* 130:*13*, *14*, *16*,
*19* 131:2, *4*, *5*, *9*, *16*
132:*3*, *7*, *8*, *9*, *17*, *23*
133:*4*, *15*, *17*, *19*
135:*6*, *7*, *9*, *11*, *12*, *21*,
*23* 136:*16*, *18*, *20*, *21*,
*24* 137:*4*, *10*, *11*, *15*,
*22* 138:*12*, *21* 139:*2*,
*18* 140:*11* 141:*16*
142:*12*, *15*, *16*, *25*
143:*7*, *13*, *18* 145:*7*,
*22* 146:*4* 147:*4*, *25*
156:*3*, *18* 157:*10*, *24*
158:*2* 164:*21* 165:*2*,
*11* 169:*13* 172:*11*
175:*8*, *11*, *20*, *24*
176:*6* 177:*5*, *11*, *13*
178:*3*, *21* 179:*10*
180:*2*
**Markets** 3:*11*
**market's** 120:*16*
133:*10*, *14*

**marking** 151:*21*
**MARKS** 2:*24*
**mass** 7:*25* 8:*8*
**material** 21:*22*
**materials** 20:*18*, *20*,
*23* 21:*7*, *10*, *22*, *23*, *25*
24:*21* 29:*9*, *11* 32:*21*
33:*3* 36:*18* 189:*25*
**mathematically** 85:*6*
**matter** 4:*5* 8:*23* 9:*9*,
*12* 13:*22* 20:*21* 21:*8*
25:*11* 26:*13*, *25*
34:*25* 74:*13* 130:*1*
170:*17* 178:*12*
189:*19*
**matters** 8:*2*, *7*, *16*, *18*
17:*3*, *12*, *13*, *16* 71:*3*
161:*17* 163:*23*, *25*
164:*7*, *11* 165:*5*
167:*3*, *8*, *11*
**McDermott** 18:*1*
**mean** 10:*7*, *19*, *20*
11:*11*, *14*, *24* 15:*7*
23:*9* 25:*21* 26:*22*
32:*7* 35:*4*, *25* 43:*12*
47:*5* 49:*18* 50:*14*
51:*14* 52:*24* 54:*13*
55:*19* 58:*8*, *18* 59:*25*
60:*13*, *14* 61:*18*
64:*10* 65:*1*, *23* 74:*11*
75:*1* 77:*23* 78:*25*
82:*7* 83:*16* 85:*23*
90:*1*, *3*, *6*, *7*, *8*, *18*
98:*24* 114:*12* 140:*15*
150:*22* 162:*23* 169:*9*
173:*8* 176:*5* 189:*21*,
*23*
**meaning** 54:*16*
104:*17*
**meaningful** 53:*17*
92:*10*, *14* 98:*2*, *20*
99:*21*
**means** 6:*22* 54:*23*
68:*22* 83:*20*, *25* 87:*1*
90:*20*, *23* 96:*22* 97:*4*
99:*3*
**meant** 27:*23* 29:*10*
**measure** 85:*11*
**measuring** 80:*15*

medium  155:*12*
MELTZER  2:*5*
members  14:*12, 14,*
*25*  15:*13, 18, 21, 22*
16:*16*
mention  63:*20*
108:*23*  110:9  113:*9,*
*20*  159:7  184:*21, 22*
185:*14*
mentioned  4:*24*
18:*24*  20:9  30:*15*
46:*24*  80:22  110:*17*
111:*21*  114:*13*  128:6
140:*13*  172:*11*  174:*6,*
*8*  180:*8*  183:*1*
187:*18*
mentioning  31:*9*
109:*25*  181:*14*
mentions  65:*5*
178:*18*  179:6  187:*16*
merely  14:*1*
merits  180:*10*
message  6:*23*
method  98:*13, 15, 17,*
*18, 20, 22*  99:*5, 7, 9,*
*12*  100:*14*  101:*5*
123:*13*  146:*11*
methodology  83:*5*
99:*20*  100:*2, 11*
101:*10, 16, 20, 22*
102:*2, 16, 24*  123:*1*
176:*21*  177:*3*
mindlessly  176:*20*
mini  185:*9*
minimized  11:*3*
minimum  37:*23*
minute  54:*11*
minutes  29:8  46:8
96:*17*  104:*1*  124:*21*
188:*4*
mischaracterization
180:*12*
mischaracterizes
137:*24*  179:*12*
misinformation  26:*12,*
*14*  51:*25*  70:4  71:*13*
mislead  115:*18*
misleading  25:*25*
26:2  27:*1*  38:*17, 24*

39:*10*  114:*5, 8*  115:*2,*
*6, 10*  131:*7*
misled  114:2  115:*7,*
*10*  131:2  132:*8*
174:*13*
misrepresentation
19:*3, 9*  25:*19*  42:*5*
44:*1*  45:*10, 12, 20*
50:6  55:*1, 2, 20, 21,*
*23, 25*  56:*3, 6, 9, 25*
57:*3, 9*  70:*1*  71:6
81:*9*  92:*20, 21*
107:*14*
misrepresentations
25:*23, 24, 25*  26:2
27:*11, 24*  35:6  37:2,
*10, 16*  39:*25*  40:*3, 12,*
*14, 18*  41:*13*  43:*4*
44:8  47:*7, 24*  48:*10,*
*12*  50:*17*  54:5  55:*3,*
*9*  56:*12, 18, 23*  57:*6,*
*11, 14, 17, 21, 24*  58:*1,*
*12, 15, 22*  59:*6, 10, 12,*
*17, 20*  60:7  61:6, *8,*
*12*  62:*5, 7*  63:*15*
64:*1, 5*  66:*20*  68:*3, 8,*
*14*  69:*1, 16, 20*  70:2
72:*5, 8, 10*  73:*12, 14,*
*17, 23*  75:9  78:*9, 12,*
*15, 19, 24*  79:*19*
81:*25*  91:*10*  99:*16*
100:*1, 7, 10, 15*  101:*8,*
*14, 18, 25*  102:*1, 4, 6,*
*9, 18*  103:*5, 10*
104:*10*  105:*1, 19*
106:*1, 3, 10, 12, 14, 23,*
*25*  107:*1, 2, 3, 5*
109:*9, 15*  111:*21*
113:*10, 21*  114:*7*
117:*25*  118:*16, 17*
119:*18*  121:*19*
128:*12, 15, 17*  129:*3,*
*4, 15*  130:*24*  132:*5*
173:*3*  179:*1*  180:*20*
181:*2, 9*  182:*5, 11*
184:*15*  185:*1*
misrepresented  26:*8,*
*18*  108:*12, 18*  130:22
133:*6, 7*  134:*4, 7*
175:*2*

misstated  65:*21*  67:*8,*
*23*  68:*12*
misstatement  26:*17*
49:9  51:*2, 4, 6, 10*
52:*11*  53:*21, 22*
55:*15, 16, 17*  56:*5, 16*
113:*4*
misstatements  27:*17,*
*24*  39:*2, 5, 9, 11, 15*
41:*3*  42:*24*  43:*10, 16*
49:*3*  50:*12*  60:*17, 22*
64:22  76:*21, 25*
77:22  106:*18*  107:9
108:5  109:*20*  110:*9,*
*10, 17, 18, 22, 25*
111:*10*  114:*2, 25*
115:*1, 4*  118:*13*
119:*11, 21*  131:*15*
132:22  133:*19*  139:9
171:*18*
misstates  44:*3*
164:*12*  165:6  166:22
misstating  163:*11*
mistake  84:*18, 24*
86:25
mistakes  90:*7*
mix  67:*24*  69:*5, 13,*
*22*  70:9  71:*24*
108:*17*  109:*13*
120:*17*
model  80:*13, 14, 15*
81:*17*  86:*18, 19*  87:9
129:*1*  175:*6, 7*  178:*2*
181:*17*
Mohawk  18:*3*
month  23:*20*  24:9
months  177:*21*
morning  4:*24*  54:*12*
109:*12*
Motion  27:*3*  187:*24*
move  11:2  49:22
51:*7, 21, 22*  56:*7*
100:6  146:8
moved  40:*1, 4*  54:*17,*
*24, 25*  78:22  79:*17*
106:*23*  188:*18*
movement  45:*11*
49:*8, 9, 11*  56:25
57:*2, 20*  58:*4, 9, 20,*
*21*  59:*16, 25*  60:*14*

78:*11, 14, 16*  80:*8, 17*
89:*12, 13, 15, 17, 19*
91:*12, 17*  121:*23*
122:*12*  147:*17*
movements  13:*16*
55:*17*  56:5  59:9
79:*15*  80:*16*  92:*16*
121:*25*  126:*13*
188:*13, 14*
moves  79:*8, 12*  80:*8*
moving  52:*21*  54:*18*
72:*4*  78:*18*  91:*11, 16*
100:*10, 12*  104:*18*
131:*16*  146:*10*
multi-day-event  124:*8*
multiple  19:*25*
122:*17, 20*  124:*24*
127:*7*  142:*3*

< N >
name  4:*9, 24*  5:*1*
20:*9, 13*  33:*1*  167:*23*
names  152:*20*
narrow  30:*1*
narrowing  31:*20, 22*
natural  135:*3*
136:*14*  137:*5*  169:*20*
near  91:*12*  116:*7*
NECESSARILY  2:*24*
42:*4*  64:*8, 25*  65:*19*
107:*23*  150:*9, 25*
181:*18*
necessary  66:6
need  7:6  21:*18, 19*
46:9  50:*21*  51:*11*
64:*23*  65:*20, 23*
103:*25*  153:*16*
155:*10*  178:*17*  179:9
180:*14*  190:*8, 9*
negative  97:*19*  101:*4*
126:*10, 16*  130:*18*
132:*15*  133:*18*
135:*15*  137:*8*  143:*25*
144:*1, 3, 5*  147:*8*
158:*1*  169:*13*  174:*10,*
*18*  178:*25*  179:*25*
negatively  131:*17*
133:*2, 15*  139:*3*
NERA  7:*17, 19*  8:*1*
178:*1*

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

**never** 125:*11* 136:*20*
159:*15* 182:*15, 19, 23*
**New** 2:*11* 5:*4, 6*
10:*24* 11:*24* 14:*4*
46:*21* 47:*14* 48:*2, 21*
61:*17, 18, 23* 62:*16*
64:*21* 65:*3, 7, 14*
69:*3, 8, 11, 15, 19, 21*
70:*7* 71:*2, 13* 130:*18*
148:*20, 22* 150:*19, 24*
156:*22* 157:*12, 13*
159:*4, 5, 16, 17* 160:*7*
166:*6* 172:*3* 174:*10,
17, 24* 178:*19, 25*
179:*7, 25* 180:*20, 21*
182:*23* 184:*14, 18, 23,
25* 185:*20, 22, 23*
186:*9, 11*
**Newell** 18:*5, 9*
**news** 28:*7, 9, 18, 22,
24* 29:*4, 6, 12, 24*
30:*2, 9* 31:*1, 4* 32:*13,
25* 33:*2, 4, 12, 15, 18,
25* 34:*3, 9* 64:*4, 14*
124:*14, 19* 125:*3, 13,
21* 127:*13, 15, 18, 22*
128:*2* 130:*19* 135:*19*
142:*16* 143:*1* 156:*3,
19* 157:*1, 4, 7, 24*
158:*10, 24* 159:*2, 4, 5,
7, 10, 12, 15* 165:*9, 14,
16, 19* 166:*6* 181:*14*
183:*5, 8, 15* 184:*21*
**NGL** 169:*20*
**normally** 84:*17, 23*
86:*21, 22* 91:*18*
**notations** 6:*12*
**note** 108:*3* 122:*12*
168:*24*
**noted** 4:*13*
**notes** 168:*10* 169:*15*
171:*21*
**notify** 20:*12*
**notion** 143:*6*
**null** 87:*14, 16, 18, 20,
23, 25* 88:*2, 6, 8, 19*
89:*9, 23* 90:*13, 19*
94:*7* 95:*2, 4, 14, 21*
96:*22, 24* 97:*5, 7, 12*

**Number** 3:*6* 8:*7*
25:*21* 28:*2* 33:*25*
36:*7* 81:*19* 93:*25*
113:*3* 121:*9* 138:*14*
**numbered** 1:*16*
**numbers** 149:*1*
150:*24, 25* 151:*2*
183:*13* 185:*8*
**numerically** 85:*2*
**numerous** 152:*11*
**Nye** 81:*13* 88:*23*
92:*14* 102:*16* 177:*4*
**Nye's** 6:*9* 9:*2, 21*
13:*14* 80:*14* 81:*5*
91:*23* 102:*14* 126:*9,
16, 22* 156:*10* 166:*4*
175:*6, 23* 176:*20*

**< O >**
**oath** 7:*7, 10*
**Object** 134:*9* 179:*12*
187:*20*
**Objection** 41:*5* 44:*3*
136:*15* 137:*14, 24*
147:*7* 163:*11* 164:*12*
165:*6* 166:*22* 188:*3*
**objective** 161:*16*
164:*6* 167:*1, 4*
**observed** 83:*22*
**obtain** 24:*2* 33:*2*
92:*10* 98:*3*
**obtained** 21:*7, 25*
22:*4, 16* 24:*2, 3*
30:*14* 97:*6*
**obtaining** 101:*2, 3*
**Obviously** 5:*16* 6:*3*
7:*5*
**occur** 105:*19* 136:*25*
137:*23* 138:*13* 146:*4*
**occurred** 9:*12* 162:*2,
17, 21*
**October** 3:*14, 16, 19,
21* 47:*12, 21* 48:*5, 13*
61:*1* 76:*7, 13* 120:*6,
10* 155:*22, 25* 156:*8,
12* 157:*25* 158:*5, 14,
25* 159:*11, 13* 160:*11,
20* 167:*19*
**offer** 11:*6, 8, 15, 21*

12:*3* 14:*5* 53:*4* 74:*2*
**offered** 17:*14*
**offering** 35:*16* 38:*9,
13* 47:*3, 20* 59:*2*
75:*7* 76:*19* 77:*15*
79:*13* 92:*3, 6* 114:*1*
137:*4* 182:*14, 18, 22*
**offhand** 36:*11*
**Officer** 171:*13*
**offshore** 171:*6*
**Oftentimes** 37:*13*
**Oh** 18:*17* 93:*6* 96:*3*
150:*19* 152:*14*
**Oil** 3:*20* 29:*13*
62:*17* 67:*3, 17, 25*
69:*4, 12, 22* 70:*8, 15*
71:*23* 117:*8, 11*
118:*13* 120:*17* 136:*1*
152:*12, 16* 170:*7*
174:*14* 175:*11, 16, 21*
188:*14*
**Okay** 6:*11* 7:*1, 5*
9:*1, 8, 16* 14:*1* 17:*17*
18:*19* 20:*24* 21:*9, 13*
23:*14* 25:*13, 15*
26:*15* 28:*7* 29:*8, 15*
30:*1* 31:*15* 32:*12*
35:*22* 36:*17* 39:*4*
46:*6* 48:*24* 50:*10*
55:*25* 59:*18* 73:*21*
79:*20, 22* 83:*9* 84:*23*
93:*6, 16* 94:*2* 104:*19*
105:*9, 22* 106:*5*
118:*2* 119:*2* 121:*12*
124:*5* 152:*23* 153:*6,
15, 22* 154:*13* 155:*24*
158:*17* 162:*7* 173:*14*
188:*21*
**omission** 19:*3, 9*
26:*17*
**omissions** 27:*11*
73:*23* 114:*25* 115:*1*
**omit** 118:*17*
**omitted** 26:*8, 18*
67:*23*
**once** 83:*3*
**one-day** 166:*13*
**ones** 18:*24* 21:*23*
22:*19* 28:*6, 21* 29:*3,
18* 30:*4* 31:*18* 33:*6*

34:*3* 35:*20* 85:*5*
115:*23* 116:*1, 3*
118:*19, 22* 140:*12*
187:*22*
**One's** 3:*11*
**one-year** 177:*18*
**open** 6:*15, 17* 160:*21*
**opine** 60:*5* 138:*10*
**opined** 19:*2, 8*
**opining** 25:*16* 26:*15,
16* 58:*25* 128:*20*
137:*18*
**opinion** 8:*23* 19:*18,
22* 24:*22* 46:*17* 47:*3,
20* 48:*16* 53:*4* 61:*2,
5, 10* 75:*7, 18* 76:*1,
19* 77:*15* 79:*13* 91:*5*
92:*3, 6* 114:*1, 6*
115:*12, 14* 124:*14, 17*
125:*3, 20* 130:*2, 8*
131:*22* 133:*14*
136:*24* 137:*4, 11*
138:*8* 142:*20* 145:*22*
147:*4* 156:*25* 157:*9*
182:*14, 18, 22*
**opinions** 11:*5, 7, 8, 15,
17, 20* 12:*1, 3* 13:*21,
24* 14:*4* 19:*13, 15, 19,
23* 20:*5, 21* 23:*7*
25:*6* 28:*17* 34:*15, 18*
35:*16, 18, 19* 38:*9, 13*
59:*2* 74:*3, 10* 75:*23*
119:*20* 170:*13*
**opposite** 55:*11*
101:*17* 102:*20, 21, 23*
114:*16* 158:*8* 179:*2*
**Optically** 144:*1*
**optics** 144:*3*
**order** 15:*10* 62:*20*
63:*16* 64:*2, 19, 21*
65:*16, 21* 85:*2* 99:*14*
178:*13*
**organizational** 108:*9*
**organizationally**
107:*25*
**Outcome** 3:*14*
**outline** 15:*9, 11*
**Outlook** 6:*17*
**Overall** 128:*10*

175:*11, 19*  177:*10*
**overlap**  44:*17*
**overlaps**  42:*13*  44:6
**oversaw**  160:*1*
169:*16*

**< P >**
**P.A**  2:*10*
**p.m**  104:2, *4*  155:*15,*
*17*  188:6, *8*  190:7, *14*
**PAGE**  3:2  10:2, *7, 9,*
*15*  16:20  17:2  28:8
35:*14*  45:*17*  91:*20*
93:*14*  94:5, *11*  104:6
105:9  112:*23*  119:*24*
152:*22*  153:*3, 4*
154:6, *12*  172:*16*
**pages**  20:*25*  118:*24*
126:7
**paid**  180:*1, 16*
**Paige**  5:*3*
**paint**  49:*20*
**painted**  49:*22*
**pandemic**  175:*10, 16*
**paper**  15:*3*
**paragraph**  44:*23*
45:6  54:*3, 4*  57:*15*
66:*23*  67:*11*  68:*24*
70:6  71:*21*  73:4
76:5  79:*20*  81:4
90:7  91:*19*  93:*18, 19,*
*24*  97:*15*  107:7, *22*
108:*11, 25*  109:2, *6,*
*20, 23*  110:4, *5, 7*
111:*19*  115:*16*
116:*17, 20*  117:*22*
118:6, *10, 21*  119:*1, 4*
120:*24*  122:4, *12, 15*
128:*10, 20*  129:*14*
139:*21, 23, 24*  140:4
141:*20, 22, 25*  142:8
149:*10, 15*  155:*21*
156:*12*  158:*13, 21*
161:*2, 8, 10, 12*
167:*20*  168:*22*
169:*15*  170:*24*  171:*3,*
*9*  172:*15*  173:*13, 17*
175:6  186:*14, 20*
188:*10, 17*  189:*11*

**paragraphs**  68:7
70:*17*  109:*14*  140:*16*
141:6  158:*18*
**parenthetical**  169:*4*
**Part**  8:*1*  12:*19*
14:*20*  22:*1, 5, 20*
26:*20*  32:*1*  33:*11*
44:*1*  56:*21*  59:*18*
60:*16, 20*  62:*3*  68:*1*
76:*23*  77:*24*  92:7
106:*16*  108:*11, 12*
110:*13*  111:5, *9*
119:*19*  130:*22*  133:6
134:*3, 6*  142:*11*
161:*3*  168:*11*  169:*22*
174:*12*  184:8
**partially**  71:*15*
**particular**  12:*20*
22:8  29:*1*  50:*10*
54:*1*  60:*25*  66:*1*
83:6  86:2  107:*18, 22*
148:*24*  175:*21, 22*
178:*10*
**particularly**  23:6, *23*
39:*16*  48:*18, 22*
59:*21*  61:*15*  62:8, *9*
115:8  143:*20*  151:*12*
173:*22*  179:*22*
181:*11*
**parties**  191:8
**partly**  169:*20*  170:*1,*
*2*
**parts**  22:*21*  23:*10*
33:*10, 23*  44:*20*
109:7  111:6  169:*23*
**paying**  179:*5*
**PDF**  16:*21*
**peer**  176:*19*
**peers**  173:*23*
**pen**  15:*3*
**Pennsylvania**  2:6
**percent**  78:2  83:*10,*
*12, 14, 20, 22, 25*
84:*11, 13, 14, 18, 20,*
*22, 24*  85:*3, 5, 9, 18*
86:*12, 13, 22*  87:*1, 13*
88:*3, 4, 6, 7, 9, 10, 15*
89:*3*  125:*15, 16*
126:*10, 24*  127:*2*
136:*25*  137:*3, 5, 12,*

*15, 16*  138:*12, 17*
142:*15, 17*  144:*15, 18*
153:*1, 25*  154:7, *14,*
*16, 18, 22, 24*  155:5
162:*12*  171:*12*
**performed**  164:*9*
**performing**  80:*1*
**period**  12:*19, 20, 21,*
*24*  13:5, *17, 20*  22:4
23:*1*  24:4, *15*  28:*14,*
*19, 23*  31:*12*  33:3
37:*3*  38:*11*  47:9, *18,*
*19*  49:*25*  51:*20*  52:*1*
53:*23*  54:2, *6, 7, 10*
57:*1, 5, 8, 11, 24*
59:*15*  61:6, *7, 19*
62:*12, 16*  69:2, *5, 17,*
*18*  71:*19*  72:*9, 13, 14,*
*18, 21, 25*  73:*1, 5, 8,*
*13, 18, 24, 25*  74:*3, 6,*
*9, 22*  75:5, *10, 19, 22,*
*24*  76:*2, 11, 21, 25*
77:6  78:*3, 4, 11, 15,*
*17, 18, 23*  79:*3, 4, 10,*
*11, 14, 18*  81:*10, 14*
82:*1, 5, 7, 9, 21, 25*
83:*23*  84:5, *10*  85:9,
*17*  86:*3, 4, 6*  87:*3, 10*
89:*1, 12, 21*  102:*2*
104:9, *11, 25*  106:2, *4,*
*8, 10, 12, 14, 15, 19, 21,*
*22*  107:*1, 4, 15, 19, 20*
108:*3, 13*  111:*1, 2, 7,*
*8*  112:*14*  115:*21*
118:*1*  119:*15, 23*
120:2  121:*20*  127:*18*
159:*14*  162:*24*
172:*11*  174:*16*  176:*1,*
*11, 12, 21, 22*  177:*2,*
*10, 18, 20, 21, 22*
178:6, *8, 10, 13*
179:*15, 16*  180:*21, 22*
181:*22*  189:*3, 12, 15,*
*17*
**periods**  13:*19*  23:2,
*16*  50:*1*  177:*13*
178:*2*
**person**  16:7, *10*
**personally**  25:*10*
38:6, 7

**persuasive**  92:*11*
98:*3*
**PHARR**  2:*16*
**phone**  6:*22*
**phrases**  104:*14*
**physically**  5:5
**picking**  122:*18*
**piece**  26:9  31:*17*
54:*10*  63:8, *10, 11, 21,*
*22*
**pieces**  165:*22*
**placed**  145:2
**Plains**  2:*11*
**Plaintiff**  118:*19*
**Plaintiffs**  2:4  4:*25*
9:*13*  18:22  22:*24*
25:*14, 16, 19, 24*  26:*1,*
*3, 7, 14, 21, 23*  27:*1*
31:*11*  40:*10, 20*  42:7,
*16*  43:*3, 7, 14, 20, 22,*
*24*  61:*20, 21*  62:*14*
64:*24*  65:*2, 9, 11, 17,*
*25*  66:*12, 14, 16, 19,*
*21, 25*  67:8, *12*  68:*12,*
*16, 19*  69:*10, 24*  70:*1,*
*11, 12*  71:6, *10, 12, 15*
72:*11*  76:9  100:4, *14*
101:6, *7, 13, 19, 21*
102:2, *5, 8, 17*  106:*13*
107:8  108:*4, 13, 18*
111:9  114:*25*  115:*23*
122:*10, 12, 15, 25*
123:2, *12, 21, 23*
128:*11*  129:*1*  130:*25*
131:*2, 6, 8, 13*  132:*7,*
*21*  133:*13, 14*  134:6
173:*20*  174:*1, 5, 9, 12*
175:*1*  178:*20*  180:*4,*
*10*  182:*3*  184:*24*
186:*10, 14*
**plausible**  95:*10*
96:*21*  97:4
**play**  15:*19*  67:*14*
77:9  117:*1, 3, 7, 16*
119:5  161:*4*  172:*22*
173:5
**please**  4:*15*  5:*1, 17*
**point**  5:*16*  6:2, *20*
7:5  46:4  52:*17*
53:*12, 13*  56:8  96:*16*

102:*3, 5, 18*  103:*8, 11,
14, 15, 17*  105:*19*
107:*23*  108:2  113:*14*
116:5  140:*18*  141:*10*
150:5  188:*17*
**pointed**  140:*23*
**points**  5:*15*  30:7
32:2  121:*9, 10*
188:*20*
**poor**  169:*25*  172:5
**portion**  13:*4*  17:*1*
93:*14*  95:24  161:7
184:*24*
**portions**  14:*21*  15:2,
*25*
**position**  52:22
131:22  132:2  140:*8*
**positive**  101:*3*
**possible**  27:*14*  66:*11*
117:*10*  177:*12*  186:6
**possibly**  50:*19*  83:2
**potentially**  23:*11*
51:*16*  60:*14*  64:*11*
87:*12*  182:5, *10*
**power**  95:*9, 13, 16,
20, 25*  96:*11, 20*  97:2,
*4, 11, 13, 16, 22*  98:*9,
24*  99:*1, 3*  100:*25*
101:*1, 2*  102:*13, 15*
**practice**  20:*4, 8, 10*
**precisely**  95:*20*
177:*14*
**predates**  13:5
**predicted**  80:*12*
**pre-focus**  73:*1*  74:6,
*9, 22*  76:2, *11, 21, 25*
78:*3, 23*  79:*14*
189:*15*
**preparation**  15:*19*
**prepare**  14:*16*  15:*14*
**prepared**  37:*20*
**preparing**  14:*18*
15:*8, 16*  16:*12*  20:*19*
21:*20*  170:*19*  189:*18*
**preponderance**  40:*25*
41:2, *7, 9*
**PRESENT**  2:*19*
**presumption**  40:*7*
**pretty**  90:*22*  137:2

150:*4, 10, 14*  153:*18*
**Preview**  3:*7*
**previous**  154:*19*
**previously**  46:*16*
140:*19*  172:5  174:*24*
**Price**  3:*19*  9:*8*  12:*9,
15, 19, 23*  13:*3, 4, 16*
14:*8*  19:*4, 10, 14, 19*
20:*6*  25:*16*  26:5, *6,
12, 15, 17*  27:*9*  34:*11*
35:2, *6, 19*  37:*10*
38:*20*  39:*7, 12, 23*
40:*1, 2, 4, 6, 15, 17, 23*
41:*4, 13, 16, 24*  42:5,
*6, 11*  43:*1, 5, 17, 25*
44:*7, 9, 18, 21*  45:*2,
10, 15, 22*  47:5, *8, 23,
25*  48:*10, 11*  49:*1, 2,
3, 4, 7, 8, 11, 14, 23*
50:*5, 11, 12, 21, 22*
51:*4, 5, 6, 9, 12, 17, 19,
20, 22, 25*  52:5, *8, 10,
15, 18, 19*  53:*1, 2, 3, 4,
5, 6, 7, 12, 13, 19, 21,
22*  54:*4, 6, 18, 23*
55:*4, 6, 10, 14, 17, 19,
22, 23, 24*  56:*1, 4, 5, 7,
8, 10, 15, 25*  57:2, *12,
13, 16, 20*  58:*4, 9, 20,
21*  59:*9, 10, 11, 13, 15,
25*  60:*14, 23*  61:5, *7*
62:*21*  63:*1, 3, 12, 16*
64:2, *7, 16*  65:8, *10,
18, 22*  66:*11*  69:*1*
71:*17, 18*  72:*4*  73:*11,
13, 14, 15, 17, 21*  74:2,
*6, 9, 21*  75:*4, 7, 9, 19*
76:2, *20, 24*  77:*12, 16,
17, 18, 21, 25*  78:*3, 11,
14, 16, 18, 22*  79:5, *8,
14, 15, 17*  80:*8, 16*
82:*17*  87:*17, 20*
88:*18*  91:7, *16, 17, 24,
25*  92:*15, 18, 22*
95:*24*  96:*1, 4, 5, 6, 7*
98:*16, 19*  99:*10, 11,
18, 22*  100:*1, 4, 6, 8,
11, 12, 13, 16*  101:*10,
12, 17, 20, 21, 23, 25*
102:7, *10, 12, 22*

103:2, *3, 6, 9, 10*
104:*9, 14, 18*  105:*4, 6,
13, 16, 17*  106:*1, 7, 9,
11, 17, 20, 23*  107:5,
*17*  110:*16, 21*  111:*1*
119:*12, 15, 16, 22*
120:*15, 21*  121:*13, 18,
20, 23, 25*  122:*8, 13,
16, 19, 21*  123:2
124:*15*  125:*4, 14, 21*
126:8  128:*13, 15, 22,
23*  129:*3, 6, 18*  130:2,
*9, 20*  131:*8, 15, 16, 24*
132:2, *4, 15, 22*
133:*20, 23*  137:*19*
138:*18, 19, 21*  139:*1,
8, 17*  143:*10*  145:*14*
146:*1, 8, 9, 10, 12, 15,
18*  147:*9, 14, 17, 18,
22*  148:*20*  149:*3*
150:6  156:*7, 8, 11, 13,
18*  157:*2, 5, 9, 15*
158:*10*  159:*16*
162:*13, 16*  164:*9, 20*
166:2, *8, 19*  169:*10*
175:5, *11, 16*  180:5,
*15*  181:*1, 7, 11*
182:*19*  188:*13*
189:*19*
**prices**  32:4  54:*17*
57:5, 7  107:*11, 20*
108:*3, 6, 14, 20*
109:*10, 16, 22*  110:*3,
6*  111:2, *8, 11, 15*
112:*15*  113:*16, 23*
115:*25*  117:*9*  120:*16*
129:*21*  130:*1, 6, 10,
11, 14, 22*  131:*1, 3, 9,
17, 19, 20, 24, 25*
132:*9, 11, 13, 16, 25*
133:5, *9, 11, 24*  134:*5,
20*  135:2, *9, 10*
136:*13*  139:*6, 10, 14,
18*  140:*20*  148:*6, 10,
15, 17, 21*  149:*7, 10,
17*  151:*3*  160:*9*
165:*20*  169:*21, 25*
171:*25*  172:7  179:2
186:*11*

**pricing**  114:*17*
143:*14*
**primary**  14:*14*
**principle**  150:*11, 14*
**prior**  9:*1*  64:5  66:*3*
78:*4*  88:*14*  106:*18*
108:5  139:7  148:*12*
**probabilistic**  90:*25*
**probability**  95:*13, 21*
98:*21*
**probably**  19:*16*
150:*23*  188:5
**problem**  140:*14*
**process**  15:7  31:*19,
25*  32:*16, 20*  36:*17*
60:*23*  61:*16*  88:*11*
**produce**  117:7
**produced**  152:*4*
**product**  7:*25*  8:9
**production**  67:*15, 24*
130:*16*  131:*4, 11, 18*
132:*14*  133:*16*
134:*19*  135:*4*  136:*1,
14*  137:6  140:*9*
141:*15*  143:*18*  145:*3,
4, 5, 10, 12, 17, 19, 21*
146:*3, 21, 23*  147:*3,
23*  148:*3, 21*  149:*1,
11, 18*  152:*12, 17*
154:*17, 19, 21, 25*
188:*15*
**Professional**  1:*18*
63:7  180:*18*  191:2
**professionals**  63:6
**profitable**  117:7
132:*24*
**programs**  6:*15*
**project**  22:2  169:*8*
**projections**  150:*16,
18, 20*  151:5
**projects**  7:*24*
**proof**  97:*22*
**prospect**  161:*16*
164:7  167:2  169:*1*
**prospects**  169:*14*
**provide**  8:6, *22*
91:*25*  120:*20*  182:*19*
187:*2*
**provided**  17:*3*  22:*12*
**proving**  40:*11*

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

prudent 133:*4* 139:*5*
144:*11, 24*
Prussia 2:*5*
publication 174:*3*
publicly 77:*9* 136:*17,*
*22* 174:*25* 184:*17*
published 28:*14, 18*
158:*25* 161:*23*
162:*17* 183:*6*
purchased 43:*8*
purpose 99:*13*
100:*19* 102:*21*
170:*15*
purposes 24:*11* 27:*9*
38:*9, 13* 56:*10* 81:*8*
114:*24* 130:*1*
put 15:*3* 37:*14, 18,*
*19* 38:*1* 99:*9* 107:*24*
150:*3, 9* 155:*8*
Putting 31:*17* 50:*10*
93:*3*
P-value 94:*6*
p-values 90:*6*

< Q >
quality 117:*2*
quarter 152:*24*
question 5:*17, 22, 24*
19:*5* 35:*3* 39:*25*
40:*9* 41:*19* 42:*2*
43:*12, 21* 44:*5, 15, 16*
46:*15* 49:*16* 51:*24*
53:*7, 10, 11, 15, 17, 25*
61:*13* 63:*24* 66:*3*
85:*14* 90:*10* 106:*11,*
*20* 108:*10* 114:*11, 20,*
*23* 115:*16* 123:*7*
124:*22* 126:*4* 130:*4*
134:*1* 136:*4, 6, 7, 9,*
*11* 138:*14* 141:*3, 8, 9,*
*24* 145:*14* 147:*1*
148:*13* 149:*14*
163:*18* 166:*14*
questions 190:*2, 3*
quick 5:*15* 44:*24*
46:*4, 10* 155:*12*
quickly 125:*24*
quite 22:*7* 37:*17*
63:*2, 11* 107:*22, 25*

115:*17* 175:*22*
QUOTATION 2:*24*
QUOTE 2:*24* 45:*8*
70:*17* 112:*2* 116:*25*
141:*22, 25* 143:*12*
quoted 70:*12* 144:*8*
quotes 111:*25* 148:*14*
quoting 68:*6*

< R >
Radnor 2:*6*
raise 11:*24*
ranking 86:*16* 87:*3*
rarely 91:*4*
rates 117:*10*
ratios 185:*4, 6*
RBC 3:*11* 159:*19*
160:*19* 161:*23* 162:*1*
163:*4, 9, 20* 164:*13,*
*22*
reached 161:*15*
164:*6* 167:*1* 168:*6*
183:*3*
reaching 60:*21* 167:*4*
react 92:*18* 124:*12,*
*20, 23* 125:*9* 143:*11*
reacted 122:*16*
125:*7* 164:*20* 165:*3,*
*21*
reacting 34:*11* 53:*6*
55:*19* 98:*19* 101:*17,*
*24* 157:*10*
reaction 28:*4* 45:*9,*
*18* 49:*3, 4* 50:*12*
51:*4* 55:*15* 77:*18, 25*
91:*24* 92:*19* 96:*7, 8*
106:*1* 123:*3, 5, 6, 14,*
*19* 124:*11, 20, 23, 24,*
*25* 125:*5, 6, 9, 10, 11,*
*12, 25* 126:*1, 3, 5*
132:*15* 138:*5, 22, 24*
166:*5, 13, 19*
reactions 75:*4* 88:*18*
reacts 52:*6* 98:*16*
99:*11, 12* 101:*23*
123:*2* 138:*3, 22*
read 25:*10* 30:*10, 12,*
*13* 32:*24* 33:*6, 16, 18*
34:*3, 4* 95:*24* 118:*3*

154:*2* 155:*2* 165:*18*
167:*7* 183:*5, 7* 187:*9*
reading 169:*23*
real 44:*24*
really 58:*3* 59:*25*
82:*13* 84:*19, 25*
89:*11* 90:*16* 117:*2*
126:*4* 146:*17* 153:*10*
174:*14* 178:*17*
189:*23*
Realtime 1:*18, 19*
reason 7:*13* 32:*7*
36:*11* 104:*19* 105:*15*
135:*20, 21* 138:*2*
139:*1* 148:*24* 169:*24*
179:*13*
reasons 25:*21* 30:*18,*
*21* 33:*9* 34:*1* 51:*18*
52:*16* 95:*1* 121:*1, 4,*
*12, 18* 134:*23* 138:*1,*
*19, 20* 139:*16, 19*
156:*14* 175:*4* 181:*15,*
*16* 187:*6*
recall 9:*4, 7, 10, 22*
13:*12, 14* 17:*10*
19:*11, 17, 21, 24* 27:*6*
34:*19* 36:*1* 38:*6*
74:*14* 143:*8* 145:*1*
151:*13, 15, 25* 163:*3,*
*19* 165:*20* 170:*12, 14*
172:*8* 182:*9, 12, 13*
received 9:*21*
receiving 9:*1, 12*
Recess 46:*12* 104:*3*
155:*16* 188:*7*
recognize 10:*4* 93:*11*
160:*19* 167:*16*
168:*17* 170:*9*
recollection 8:*25*
9:*11, 14* 20:*2* 27:*16*
28:*5* 34:*24* 74:*12, 18,*
*20, 23, 25* 75:*6, 13*
118:*18* 128:*9* 170:*15*
174:*5*
record 4:*1, 14* 5:*2,*
*10* 6:*21* 7:*2* 10:*15*
46:*11, 13* 104:*2, 4*
155:*14, 15, 17* 173:*9*
188:*6, 8* 190:*4, 7*

191:*5*
recorded 4:*4*
reduced 153:*1*
reduction 153:*25*
154:*3, 7, 14, 16, 24*
155:*5, 6*
reductions 159:*5*
refer 9:*16* 72:*25*
Reference 3:*7* 31:*19*
64:*5* 92:*8, 23* 93:*12*
94:*18* 98:*7* 100:*24*
109:*9, 14, 20* 175:*17*
187:*14*
referenced 11:*9*
12:*15* 19:*19, 23*
36:*25* 110:*4* 159:*23,*
*25*
referencing 187:*18*
referred 45:*14, 21*
144:*4* 172:*8*
referring 43:*21*
47:*17* 73:*2* 113:*4*
149:*16* 156:*9* 162:*2,*
*10, 12, 16* 164:*13, 14*
167:*21* 178:*7*
refers 17:*1* 94:*19*
120:*12* 152:*19*
172:*16*
REFLECT 2:*24*
reflected 16:*3, 13*
20:*17* 51:*18*
reflecting 142:*20*
reflects 17:*3*
refrain 6:*21*
refresh 93:*7*
regard 12:*22*
regarding 11:*17*
71:*13* 111:*10* 157:*4*
181:*25*
regardless 65:*2, 9, 17*
region 175:*22*
Registered 1:*18*
191:*2*
regression 81:*20*
84:*2, 5, 7, 8*
reject 87:*23* 88:*2, 8*
89:*9, 23*
rejected 94:*7*
rejecting 95:*13, 21*

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

Related 3:*14* 60:*4, 9,*
*11, 15* 138:*10* 157:*19*
158:*6* 161:*16* 163:*1,*
*25* 164:*7, 10, 18*
165:*4, 12* 166:*11*
167:*3, 5, 8, 11* 179:*1*
189:*19*
relationship 60:*6*
79:*5* 129:*2*
relative 12:*20* 48:*12*
51:*21* 52:*21* 57:*20*
61:*18, 19* 62:*14, 18*
63:*10, 21* 69:*25* 72:*8*
78:*24* 79:*8* 106:*23*
181:*14* 191:*8*
release 128:*10*
relevance 49:*15*
74:*17* 75:*17*
relevant 12:*14* 13:*7,*
*10, 19* 14:*8* 21:*24*
22:*6, 8* 25:*7* 40:*6*
43:*12* 49:*11, 16, 25*
50:*9, 16, 20* 52:*8*
64:*7, 9, 11, 16, 22*
69:*10* 74:*9, 21* 83:*23*
102:*18* 103:*19, 21, 22*
122:*2* 126:*4* 146:*3*
149:*2* 157:*22* 182:*23*
184:*13, 14*
reliance 40:*8, 11, 21*
99:*15* 100:*17* 102:*11*
relied 21:*19* 25:*4*
101:*7*
rely 36:*16*
relying 94:*19* 99:*16*
remainder 151:*6*
remember 189:*24*
remembering 27:*21*
REMOTE 1:*11, 15*
5:*19*
repeat 19:*5* 136:*4*
141:*24*
repeated 111:*13*
112:*14* 113:*15*
139:*13*
repeating 139:*11*
rephrase 5:*18*
Report 3:*7, 11, 14, 16*
6:*9* 9:*2, 13, 16, 21, 24*
10:*5, 16* 11:*10, 16, 17*

12:*5, 7, 9, 16, 21*
13:*14, 22, 23* 14:*10,*
*17, 18, 19, 21, 23*
15:*20, 25* 16:*3, 4, 11,*
*13, 19* 17:*8, 9* 19:*1, 7*
20:*19* 21:*20* 23:*10,*
*11* 25:*2, 8* 27:*14, 15,*
*20, 23* 28:*1, 22* 29:*3*
30:*3, 6, 8, 25* 31:*19,*
*25* 32:*10* 33:*10, 12,*
*23* 34:*5* 35:*20* 36:*10,*
*14, 22* 37:*5, 15, 18*
38:*5* 44:*23* 48:*20*
49:*2* 54:*3* 57:*15*
66:*23* 68:*10* 71:*8, 22*
72:*14* 75:*22* 76:*5, 17*
78:*1* 79:*21* 80:*24*
81:*9* 83:*3* 90:*2*
93:*15* 102:*13* 104:*7*
108:*2, 23* 109:*1, 3, 7,*
*8, 23* 111:*6* 112:*6, 9,*
*23* 113:*24* 115:*13, 15*
117:*22, 24* 119:*24*
121:*6, 8, 9, 14, 16, 17,*
*23* 122:*1* 127:*11, 12,*
*17* 128:*6* 140:*2, 8*
142:*1, 2, 9, 25* 143:*3,*
*4, 9, 20, 24* 144:*4, 8*
145:*1* 146:*20* 148:*20,*
*22, 25* 150:*4, 10, 24*
151:*22, 23* 152:*11, 22*
155:*21* 159:*19, 20*
160:*20, 23* 161:*7, 20,*
*23, 24* 163:*20* 164:*2*
165:*22, 24* 167:*19, 20,*
*21, 25* 168:*10, 21, 22,*
*24* 169:*15* 170:*19, 20*
173:*13* 174:*23* 175:*5*
183:*6, 7* 185:*10, 13*
186:*12* 187:*2, 3, 5, 7,*
*14, 15, 19, 23* 188:*2,*
*11* 189:*20, 21, 24*
reported 157:*14*
163:*9, 10* 166:*10, 20*
183:*2* 191:*3*
Reporter 1:*18, 19*
4:*11, 15* 141:*1* 191:*3*
Reporting 4:*10, 12*
163:*5* 165:*9*

reports 17:*14* 22:*14,*
*18* 23:*1, 4, 13, 15*
24:*3, 8, 14* 111:*17*
112:*5, 8, 18, 22* 113:*7,*
*8, 17* 128:*7* 140:*7*
141:*6, 19* 142:*5, 22,*
*23* 143:*22* 148:*5*
149:*10* 150:*19*
158:*10, 14, 15, 18*
159:*3, 18, 22, 23*
165:*19* 183:*24* 184:*9,*
*20* 185:*2, 5, 7, 8, 11,*
*12, 15, 17*
report's 164:*13*
repository 32:*13, 22*
represent 4:*25*
representations
115:*21*
represented 117:*6*
require 59:*5*
requirements 25:*1*
research 136:*2*
researcher 91:*13*
reserve 190:*3*
reserves 69:*4, 13, 22*
70:*9* 71:*24* 108:*17*
109:*13* 120:*17*
residual 80:*2, 6, 10,*
*18* 83:*4, 5, 19, 21, 22*
84:*14* 85:*12, 20*
86:*13, 14* 126:*8, 12,*
*17* 176:*3, 4* 188:*24*
189:*6*
Resignation 3:*13, 14,*
*18* 47:*13* 48:*4*
157:*19* 161:*15, 16*
162:*14* 163:*1, 22, 25*
164:*5, 7, 10* 166:*10,*
*20, 23* 167:*2, 8, 25*
168:*25* 169:*3, 7*
171:*4*
resigning 156:*1*
160:*24*
resigns 3:*21* 170:*7*
resource 67:*14*
117:*17* 171:*14, 18*
172:*9, 22* 173:*5*
resources 108:*19*
respect 11:*11* 22:*18*

40:*23* 74:*3, 6* 77:*20*
respond 109:*7*
response 49:*9* 51:*4*
55:*15* 56:*15* 62:*20*
64:*6, 14* 119:*17*
129:*21, 25* 130:*5*
131:*23* 136:*18* 158:*9,*
*16*
responsibilities 7:*22*
8:*5*
responsive 121:*17*
148:*13*
restate 136:*9*
restrictions 32:*17*
restroom 46:*10*
Result 3:*16* 90:*17*
96:*22* 103:*16* 120:*14*
168:*1*
results 88:*25* 90:*5*
97:*17* 99:*7* 103:*9*
117:*8* 168:*5* 176:*16,*
*17, 19, 24*
retained 8:*11, 19, 22,*
*24* 12:*10* 18:*21*
return 80:*2, 3, 6, 11,*
*12, 18* 83:*4, 5, 19, 21*
84:*3* 85:*12, 21* 86:*13,*
*14, 21* 117:*11* 122:*21*
126:*8, 12* 176:*3, 4*
returned 33:*17*
returns 80:*10* 81:*21*
82:*17, 18* 83:*22* 84:*9,*
*14* 85:*4* 86:*14, 16*
87:*2* 117:*12* 126:*17*
188:*24* 189:*6, 7*
Reuters 3:*20* 170:*6*
171:*4*
reveal 61:*22, 23*
revealed 48:*3* 62:*6*
64:*22* 156:*23* 157:*13*
revenue 150:*22*
review 13:*18* 20:*4, 7,*
*8* 21:*1, 3, 11, 12*
22:*19, 20* 24:*8* 31:*1*
32:*14, 16, 23* 33:*16,*
*19, 24* 34:*17* 106:*6*
111:*22* 157:*18, 21*
159:*10* 170:*18, 19*
reviewed 15:*5* 21:*15*
22:*15* 23:*1, 3* 24:*15,*

*16, 17, 21, 25* 25:*3, 5*
34:*9* 36:*2* 66:*20*
69:*15* 70:*1* 143:*4*
170:*21, 22*
reviewing 13:*16*
15:*23* 31:*3* 32:*17*
68:*19* 69:*14* 135:*18*
151:*25* 170:*12, 14*
rich 174:*11, 19*
178:*24* 179:*4*
RICHARD 2:*6*
Rick 4:*25* 46:*3*
96:*15* 103:*24* 134:*14*
140:*25*
right 5:*7* 6:*6, 15*
7:*17* 10:*10* 12:*2*
16:*24, 25* 19:*15*
28:*11, 15, 16* 29:*9*
33:*15* 41:*4* 44:*13*
45:*2, 12, 15, 16, 22*
49:*5* 56:*23* 57:*8*
58:*2, 7* 59:*1, 4, 20, 23,*
*24* 60:*18, 22* 64:*24*
67:*19, 25* 69:*13*
72:*15, 16, 22, 23* 73:*5*
74:*1* 75:*10, 11, 21, 25*
76:*4, 6, 8, 11, 14* 77:*7,*
*20* 79:*1, 16* 80:*21*
81:*6, 7, 10, 11, 22*
82:*1* 83:*7, 8, 11, 12,*
*13, 16, 17, 23* 84:*15*
85:*5, 23* 86:*6* 91:*7*
92:*4* 93:*20, 24* 94:*3,*
*16, 20, 21* 95:*15, 22*
96:*8, 9, 13, 14, 18, 24*
97:*7, 10* 98:*10, 25*
99:*4, 5, 13* 100:*20, 25*
101:*3* 105:*7, 8, 11, 14*
106:*2* 107:*15, 16*
108:*14, 15, 25* 109:*12*
110:*12, 16, 20* 112:*3,*
*6, 10, 16, 17* 113:*7, 16*
117:*22, 23* 118:*14, 15*
119:*22* 120:*2, 3, 7, 18,*
*19, 22, 25* 122:*6*
126:*15, 19, 21, 22*
127:*2, 19* 128:*1*
129:*10, 12, 18, 19, 23*
130:*23* 132:*18, 19*
134:*8, 11, 20, 21*

137:*19, 23* 139:*5, 24*
140:*3, 11, 18* 141:*13,*
*20* 142:*9, 10, 19, 21,*
*22* 143:*15, 16* 144:*5,*
*10, 17, 21* 145:*8, 23*
146:*1, 20* 147:*5*
151:*2* 154:*4, 21, 25*
156:*1, 2, 14, 20, 21, 24*
157:*8, 11* 158:*8, 14,*
*19, 20, 22* 159:*20, 21,*
*24* 160:*2, 3, 5, 6, 11,*
*12, 16, 25* 161:*5, 8, 18*
162:*3, 14, 15, 17, 18,*
*21* 163:*4, 10, 23*
166:*2, 11, 21* 167:*8*
168:*1, 8, 12* 169:*1, 16,*
*19* 170:*1* 171:*1, 19,*
*22* 172:*25* 174:*7, 21*
175:*8, 9, 17, 24*
177:*13* 178:*3* 181:*5*
186:*3, 4* 188:*15, 16,*
*19, 22, 23* 189:*2, 5, 6,*
*9, 10, 12, 13*
ringing 152:*3*
Risk 3:*18* 145:*5*
risks 145:*2*
Road 2:*5*
role 15:*18* 169:*6*
room 5:*7, 9*
rough 190:*8, 11*
roughly 17:*17* 189:*12*
row 153:*23*
RPR 191:*15*
rrusso@ktmc.com 2:*7*
R-squared 81:*5, 12,*
*18, 24* 82:*4, 25*
rules 21:*17*
run 84:*5* 87:*9*
running 30:*10*
runs 72:*14*
RUSSO 2:*6* 3:*4*
4:*23, 25* 9:*23* 10:*2, 3,*
*9, 11* 11:*13* 16:*20, 22*
41:*10* 44:*10* 46:*5, 7,*
*14* 92:*23* 93:*5, 10*
96:*17, 19* 104:*5*
113:*6* 116:*9, 13*
129:*9* 134:*10, 17*
136:*9, 10, 23* 137:*17*
138:*6* 141:*4, 12*

147:*10* 151:*16, 18, 20*
153:*11, 18, 24* 155:*8,*
*18* 160:*13, 16, 18*
163:*15* 164:*15, 24*
165:*1* 167:*6, 12, 15*
168:*14, 16* 170:*3, 5*
173:*18, 19* 187:*25*
188:*4, 9* 190:*1, 11*

**< S >**
S&P 188:*14*
SARA 2:*11*
saw 67:*21* 180:*5*
SAXENA 2:*10*
saying 43:*19* 46:*20,*
*23* 58:*23* 63:*19*
86:*20* 87:*3* 91:*8, 15*
97:*11* 98:*7, 11* 99:*14,*
*15* 100:*3* 103:*3, 4*
113:*19, 22* 114:*16*
117:*1* 132:*4* 137:*7,*
*15, 16, 20* 139:*3*
140:*13* 144:*3, 18*
145:*1* 146:*7, 13, 14*
147:*14, 19, 20* 148:*15,*
*20* 158:*11* 162:*5*
163:*6* 164:*16* 165:*15*
172:*3, 5* 174:*9, 17*
178:*22* 179:*2* 181:*10*
183:*1* 186:*9*
says 18:*15* 27:*14, 20*
29:*2, 12, 16* 36:*6*
49:*2* 70:*18* 82:*12*
91:*23* 92:*9* 94:*6, 25*
95:*16, 20* 96:*20, 25*
97:*3, 16* 98:*1* 100:*24*
104:*8* 110:*5* 117:*6,*
*15* 129:*14* 141:*14*
143:*12* 144:*1, 9, 24*
146:*6* 152:*16* 154:*1,*
*22* 155:*1* 161:*3, 14*
163:*8, 24* 164:*4*
166:*25* 167:*11* 168:*4*
169:*10, 18* 170:*1, 2,*
*25* 171:*3, 11, 24*
172:*21* 174:*19*
186:*21*
scenario 52:*9*
scenarios 52:*25*

scientific 92:*8* 93:*12*
scope 73:*19*
scratch 16:*7*
screen 153:*19*
scroll 10:*2*
sdileo@saxenawhite.co
m 2:*12*
search 20:*13* 24:*19*
28:*22* 30:*11* 31:*4, 13,*
*15, 20* 32:*19, 25* 33:*1,*
*14, 15* 183:*19, 21, 25*
184:*4, 6, 8, 19*
searched 23:*3* 24:*18*
183:*8, 22, 23, 24*
searches 23:*12* 30:*10*
31:*14*
searching 32:*19*
184:*3*
SEC 22:*3, 4, 6, 7*
second 16:*7* 17:*24*
45:*1, 6, 17* 47:*11, 16,*
*17* 57:*22* 64:*15*
66:*24* 67:*12* 93:*17,*
*24* 95:*10* 97:*3, 15*
123:*5* 156:*22* 161:*8,*
*9, 12* 168:*3* 171:*3*
172:*20*
section 23:*11* 29:*2*
94:*18, 19* 97:*3*
104:*25* 105:*10* 106:*3,*
*16* 107:*6, 23* 108:*1, 8*
109:*4, 19* 119:*25*
121:*11, 22* 169:*4*
sections 109:*3* 121:*9,*
*17* 122:*1*
SECURITIES 1:*5*
4:*5* 7:*24* 8:*8, 11, 16,*
*17* 17:*20, 23, 24* 18:*1,*
*3, 7, 11, 12, 16, 17, 19,*
*22* 19:*2, 8* 39:*22*
41:*21* 44:*20* 53:*20*
55:*8* 159:*19* 167:*21*
security 18:*5*
see 10:*21, 23, 25*
11:*1* 17:*22* 20:*24*
23:*24* 28:*9* 30:*20, 23*
31:*9* 34:*10* 35:*21*
36:*10* 45:*3, 7* 54:*8*
62:*6, 11* 67:*5* 72:*7*
84:*2* 88:*25* 92:*1*

93:*17*  94:*8, 9, 13*
95:*5*  96:*24*  97:*6, 13,*
*20, 24*  98:*5*  99:*10, 12*
101:*23*  103:*8, 14*
104:*12*  107:*12*
116:*20*  117:*4, 13, 19*
119:*3, 8, 9*  128:*18*
129:*2*  144:*18*  152:*1,*
*7, 13, 16*  153:*2, 8, 16*
154:*7, 14, 16, 18, 22*
155:*5, 7*  163:*20*
169:*5*  171:*7, 15*
172:*18, 20*  173:*24*
183:*13*  185:*11*
186:*20, 23*
**seeing**  86:*17*  89:*11,*
*19*  124:*13*  126:*2*
153:*9*
**Seeking**  30:*16*  31:*3,*
*6, 9, 17*  38:*21*  60:*25*
61:*17, 21*  173:*21*
174:*3, 6, 18*  178:*18,*
*19*  179:*24*  180:*15*
182:*15, 19, 23*  183:*2,*
*21, 22*  184:*3, 5, 10, 13,*
*24*  186:*21*  187:*1, 10,*
*17*
**seen**  36:*4, 7*  151:*23*
169:*2*  170:*10, 15*
**Select**  188:*15*
**sell**  108:*19*  150:*1, 6,*
*13*
**senior**  7:*16, 22*
15:*18, 21*
**sense**  16:*9*  20:*14*
32:*21*  60:*3*  61:*25*
79:*7, 11*  98:*22*
132:*13*  135:*21*
136:*20*  145:*20*
**sentence**  45:*1, 6*
57:*22*  66:*24*  67:*12*
91:*22*  93:*19, 24*  94:*3*
110:*13*  112:*13*
117:*15*  129:*14*
152:*19*  161:*3, 9, 13,*
*20*  167:*7*  168:*3*
169:*9, 22*  173:*20*
**separate**  31:*13*
**separately**  104:*20, 22*

**September**  72:*21, 25*
77:*4, 21*  116:*21, 25*
117:*21*  119:*11, 13, 18,*
*21*  172:*17, 24*  173:*3*
**served**  20:*6*  41:*20*
**serving**  8:*1, 4*
**set**  11:*16*  12:*3*
28:*24*  30:*9*
**sets**  148:*15*
**setting**  49:*10*
**seven**  91:*22*
**sever**  40:*16*
**severing**  59:*9, 17*
**Share**  3:*18*  162:*1, 2*
**shares**  171:*12, 21*
186:*22*
**short**  155:*11*  178:*10*
185:*9*
**shortcut**  100:*18*
**shorten**  177:*21*  178:*7*
**show**  6:*25*  10:*15, 19*
40:*15, 16*  49:*18*
57:*16*  92:*14*  97:*17*
100:*15, 17*  101:*11, 20*
102:*7, 10*  103:*9*
176:*14*
**showing**  10:*7*  101:*16,*
*24*  138:*23*
**shown**  40:*21*
**shows**  92:*19*  102:*24*
104:*9*  121:*23*  124:*18*
138:*4, 22*  156:*13*
**Shroti**  14:*14*
**side**  103:*16*
**sidebar**  134:*9*
**signature**  10:*12, 21*
**signed**  15:*5*
**significance**  79:*24*
83:*10*  84:*13*  85:*11,*
*24*  86:*12*  87:*22, 25*
88:*13, 16, 25*  89:*6, 7*
90:*12*  91:*1, 3, 6*
92:*11*  96:*12*  98:*3, 9*
122:*11*  127:*2*  128:*21*
129:*17*  138:*8*
**significant**  49:*8*  51:*3*
55:*14*  56:*15*  77:*12,*
*16*  83:*6, 19*  84:*15, 17,*
*22, 24*  85:*4, 8, 21*
86:*15, 25*  88:*5*  89:*20*

90:*5, 18*  91:*14, 24*
94:*6*  95:*1*  96:*8, 22*
97:*17*  110:*15*  119:*17*
120:*15*  122:*5, 7, 22*
123:*9, 13, 19, 21*
125:*1*  126:*23*  128:*13*
156:*8*  161:*5*  166:*1, 5,*
*8, 13*  176:*8, 9, 16, 17,*
*19, 24*
**significantly**  117:*12*
156:*11*  166:*18*
**signing**  17:*9*
**similar**  50:*1*  54:*16*
60:*12*  62:*11*  67:*21*
170:*22*  189:*14*
**Similarly**  22:*10*
**simpler**  37:*13*  90:*10*
**simply**  132:*2*
**single**  71:*5*  149:*2*
185:*13*
**sit**  11:*14*  12:*2*  16:*14*
27:*21*  28:*5*  127:*21*
128:*8*  182:*12*
**situation**  43:*11*
51:*11*  53:*25*  56:*14*
**situations**  49:*14*
85:*25*
**skills**  191:*5*
**slight**  144:*5*
**small**  93:*22*  153:*10,*
*20*
**software**  6:*14, 15*
**sold**  43:*8*
**solely**  174:*2*
**somewhat**  53:*14*
62:*10*
**sorry**  56:*20*  92:*5*
94:*9*  97:*10*  103:*24*
112:*23*  118:*25*
128:*25*  130:*3*  149:*14*
151:*24*  153:*3, 4*
154:*20*  164:*25*
166:*14*  168:*19*  173:*6,*
*17*
**sort**  23:*9*  35:*10*
41:*8*  49:*17*  50:*9*
58:*23*  75:*2*  79:*11*
85:*22*  88:*14*  100:*17*
125:*23*  148:*12*

150:*11*  189:*21, 23*
**sound**  66:*3*  170:*22*
**sounds**  60:*4*  144:*6*
**source**  37:*25*
**sources**  183:*15*
**SOUTHERN**  1:*1*  4:*7*
**speak**  34:*14*  44:*5*
114:*10*
**specialist**  4:*10*
**specific**  20:*1*  23:*3*
43:*2*  49:*12, 19, 24*
64:*17*  70:*23*  74:*18*
75:*6, 14*  111:*25*
112:*1*  115:*23*  116:*5*
128:*8*  158:*3*  163:*3*
165:*7, 21*
**specifically**  9:*7*
13:*12*  19:*24*  36:*11*
37:*21*  64:*4*  77:*20*
109:*6*  160:*4*
**specifics**  65:*25*
**speculation**  156:*18*
157:*7, 16*  158:*1, 7, 11*
159:*6*  165:*15*  166:*7*
169:*13*
**spend**  16:*12*
**spent**  16:*17*
**spike**  179:*18*
**spiked**  171:*12, 22*
**spot**  96:*18*
**stage**  27:*3*  40:*6*
**stand**  27:*15*  117:*2*
**standard**  84:*2, 7, 8*
86:*19*  87:*8, 10*  88:*24*
89:*5*  125:*2*  177:*15,*
*16, 25*
**start**  5:*24*  9:*8*  78:*4*
124:*11*  151:*4*  173:*15*
**started**  125:*11*
134:*14*
**starts**  16:*20*  93:*18*
107:*8*  161:*10*  171:*9*
172:*16*
**state**  5:*1*  54:*4*  56:*13*
81:*4*
**stated**  117:*15*  143:*24*
160:*1*  166:*10*
**statement**  53:*6, 8, 11*
119:*3, 4, 7*  134:*23*
141:*13*  142:*14*

144:*20*  164:*9*, *13*, *14*
171:*17*  172:*24*  173:*4*
**statements**  27:*2*
38:*16*, *24*  106:*7*
111:*12*  114:*5*, *13*, *15*
115:*17*, *24*  116:*21*, *24*
118:*3*, *6*  131:*7*
133:*10*
**STATES**  1:*1*  4:*6*
**stating**  163:*20*
**statistic**  84:*6*
**statistical**  79:*24*
83:*10*  84:*13*  85:*11*,
*24*  86:*12*  87:*7*, *22*, *25*
88:*12*, *15*, *22*, *25*  89:*5*,
*7*  90:*5*, *12*  91:*1*, *2*, *6*
95:*9*, *16*, *25*  96:*12*, *20*
97:*2*, *4*  98:*8*, *9*
122:*11*, *24*  127:*1*
128:*21*  129:*17*  138:*7*
176:*9*
**statistically**  49:*8*
51:*3*  55:*14*  56:*15*
77:*12*, *16*  83:*6*, *19*
84:*15*, *16*, *21*  85:*4*, *7*,
*21*  86:*15*  88:*5*  89:*20*
90:*18*  91:*14*, *24*  96:*8*,
*21*  110:*15*  119:*17*
120:*14*  122:*5*, *7*, *22*
123:*8*, *13*, *19*, *20*
125:*1*  126:*23*  128:*12*
156:*7*  166:*1*, *4*, *8*, *13*,
*18*  176:*8*, *15*, *16*, *19*,
*24*
**Statistics**  3:*7*  84:*1*
90:*8*, *20*, *23*, *25*  91:*4*
127:*8*
**stenographic**  4:*14*
**step**  80:*1*
**Stephens**  142:*8*, *9*, *11*,
*20*  143:*6*, *24*
**steps**  66:*13*, *15*  86:*10*
**Sterling**  9:*5*
**Steven**  3:*20*  48:*4*
155:*25*  170:*7*
**Stock**  3:*13*  13:*17*
19:*4*, *10*  26:*12*, *17*
34:*10*  35:*6*  38:*11*, *20*
39:*6*, *12*  40:*1*, *4*, *14*,
*17*  41:*4*, *13*  42:*5*, *6*

43:*5*, *25*  44:*8*  45:*10*
47:*8*, *25*  48:*10*, *11*
49:*3*, *4*, *7*, *8*, *22*, *23*
50:*12*  51:*3*, *16*, *19*, *20*,
*22*, *25*  52:*5*, *8*, *15*, *18*,
*19*  53:*6*, *12*, *13*, *21*, *22*
54:*6*, *17*, *18*, *23*  55:*4*,
*6*, *10*, *14*, *17*, *19*, *22*, *23*
56:*3*, *5*, *7*, *8*, *15*, *25*
57:*2*, *4*, *7*, *12*, *13*
59:*13*, *16*  61:*7*  63:*1*,
*12*  65:*8*  69:*1*  71:*17*,
*18*  72:*3*  73:*13*, *14*, *15*,
*17*, *25*  75:*4*, *9*  77:*11*
78:*3*, *10*, *22*  79:*5*, *8*,
*14*, *17*  80:*7*, *16*  91:*17*
92:*15*, *18*  98:*16*, *18*
99:*10*, *11*, *18*, *22*
100:*1*, *4*, *6*, *7*, *11*, *12*,
*16*  101:*10*, *12*, *17*
102:*7*, *10*, *12*  103:*2*, *3*,
*5*, *9*, *10*  107:*5*  110:*15*
111:*1*  119:*12*, *14*, *16*,
*22*  122:*8*, *13*, *16*, *19*,
*21*  123:*1*  124:*15*
125:*4*, *14*, *21*  126:*8*
128:*13*  129:*6*  131:*8*,
*15*, *16*  132:*22*, *25*
133:*19*, *23*  137:*19*
138:*3*  146:*1*, *9*, *12*
147:*14*, *16*, *17*, *18*, *22*
148:*20*  149:*3*  156:*7*,
*8*, *11*, *18*  157:*2*, *5*
158:*9*  159:*16*  160:*24*
162:*6*, *12*, *16*  164:*9*,
*19*  165:*8*, *9*, *17*  166:*2*,
*8*, *18*  169:*10*  181:*1*, *7*,
*11*  188:*13*, *18*
**stop**  46:*5*  150:*7*, *13*
**stopping**  46:*3*  96:*16*
**Stories**  28:*9*  29:*12*,
*16*, *24*  30:*2*, *13*, *22*
31:*1*, *8*  32:*23*  33:*2*, *4*,
*13*, *25*  34:*9*  165:*9*, *14*,
*19*  184:*21*
**story**  31:*10*  32:*24*
33:*18*  38:*21*  61:*18*,
*21*  172:*1*  180:*16*
**straightforward**

181:*20*
**Street**  2:*10*, *15*
**Strike**  77:*3*  97:*8*
99:*2*  116:*19*  118:*8*
122:*14*  139:*22*
144:*14*
**strong**  63:*2*, *11*
92:*21*  115:*9*, *17*
181:*16*
**structure**  117:*3*
**struggled**  171:*25*
**STUCKER**  2:*19*
**studied**  189:*14*
**studies**  79:*23*  92:*9*
98:*1*
**study**  9:*17*, *20*  75:*3*
79:*3*  80:*1*, *14*, *23*, *25*
81:*5*, *13*, *23*  82:*3*, *10*,
*16*, *24*  83:*4*  86:*1*, *2*
88:*12*, *13*, *19*, *24*  90:*6*
91:*23*  93:*18*  95:*10*
97:*2*, *4*, *16*  98:*9*, *24*
99:*1*, *3*  102:*14*  122:*9*,
*10*  126:*9*, *16*, *22*
156:*6*, *10*  166:*1*, *3*, *4*
175:*6*, *7*, *23*  177:*1*, *12*
178:*2*  179:*10*  188:*22*,
*25*
**stuff**  151:*4*
**subheading**  104:*23*
105:*9*, *25*
**subject**  71:*3*
**submitted**  13:*22*
17:*14*  19:*1*, *7*  36:*22*
170:*20*
**submitting**  189:*20*, *21*
**Subscribed**  191:*11*
**subsection**  94:*21*, *22*
**subset**  29:*18*
**substantially**  108:*20*
111:*3*, *8*, *15*
**suffer**  42:*7*
**suffered**  42:*16*
**suggest**  181:*6*
**suggesting**  124:*10*
**Suite**  2:*10*
**summarize**  12:*7*, *9*
**summarized**  11:*9*
12:*15*  68:*5*, *16*  71:*7*

**summarizes**  11:*7*, *17*,
*20*  12:*5*, *21*
**summary**  68:*7*
109:*11*, *19*  116:*8*
120:*23*  121:*3*, *16*
**SunTrust**  3:*14*
167:*19*  168:*4*
**supervision**  14:*20*, *24*
**support**  91:*2*, *3*
112:*13*  115:*17*  140:*8*
143:*5*
**supportive**  130:*8*
**Supreme**  54:*14*
**sure**  5:*14*, *19*  10:*18*
19:*6*  21:*16*  22:*12*
35:*3*, *25*  36:*5*  43:*21*
44:*25*  50:*25*  53:*17*
77:*23*  107:*22*, *25*
118:*20*  129:*7*  130:*3*
145:*4*  146:*17*, *24*
162:*8*, *10*, *22*  184:*18*
190:*12*
**Surely**  184:*20*
**Suriname**  3:*16*, *18*
156:*19*  157:*11*, *16*, *17*,
*20*, *25*  158:*2*, *4*, *6*, *12*
159:*6*, *8*  163:*2*, *17*, *22*
164:*10*, *18*  165:*4*, *13*,
*16*  166:*7*, *11*, *21*, *24*
167:*2*, *5*, *11*  168:*1*
169:*1*, *6*, *12*, *13*, *14*
171:*6*
**surprise**  74:*15*
130:*13*  131:*4*  133:*18*
135:*15*  137:*9*  140:*10*
141:*16*  142:*12*, *15*
143:*6*, *13*, *18*  146:*14*
148:*11*  186:*6*
**surprised**  75:*2*, *15*
131:*12*  133:*2*, *15*, *17*
139:*3*  143:*21*, *22*
146:*6*
**Susquehanna**  186:*3*,
*15*, *21*  187:*5*, *11*, *15*,
*19*  188:*1*
**SVP**  3:*13*
**swear**  4:*15*
**sworn**  4:*21*  191:*11*
**system**  20:*13*

< T >
**Tab** 9:24 92:25
116:*11, 14* 151:*16*
160:*14* 167:*13*
168:*14* 170:3 186:*13*
**tables** 15:*14, 16*
**take** 16:*19* 46:4, *7*
66:*13, 15* 79:20
86:*18* 96:*16* 103:25
151:*24* 188:*4*
**taken** 1:*15* 4:5 6:4
46:*12* 104:3 155:*16*
188:7 191:*11*
**takes** 126:*3*
**talk** 5:2*1* 15:9
23:*14* 24:6 54:*10*
72:*13* 77:4 83:*14*
109:*12* 122:3 134:*14*
155:*19, 22* 158:2*1*
**talked** 64:2*0* 119:25
164:*17*
**talking** 46:*1* 48:2*4,
25* 50:24 55:*13*
73:2*1* 86:*1* 122:*11*
125:*12, 18, 25* 138:*7,
8* 140:*16* 162:*1, 19,
20* 164:23 177:*20*
**target** 161:*15* 164:6
167:*1* 168:6
**targeted** 167:*4*
**targets** 145:*15* 146:*3,
8, 15*
**Tatiana** 14:*13*
**team** 14:*11, 12, 15, 25*
15:*4, 9, 13, 18* 16:*3, 4,
17* 21:*3, 11* 24:17
30:*10* 33:*19* 34:2
36:*16, 17* 37:2*1* 38:*3,
6, 8* 161:*4* 168:*11*
**technical** 6:2
**TECHNICIAN** 2:*22*
**tell** 42:*19* 89:*18*
99:*8* 101:*9* 170:2*3*
183:*3*
**tells** 89:*16* 91:4
**ten** 46:7
**tend** 15:*13, 16*
142:22

**term** 33:*1, 15* 54:*13,
14* 59:22 60:*1, 13*
105:6
**terms** 30:*11* 31:2*0*
32:*19* 45:24 57:*19*
58:*9, 11* 179:*16*
183:25 184:*4*
**test** 19:25 82:*15, 16*
92:*13, 17, 19* 95:*17,
25* 96:*6, 7, 11, 21*
97:*13* 99:2*1, 23*
103:*1, 4, 7, 8, 9, 11, 14,
15, 17, 21* 122:24
123:*3* 124:2, 6 127:*3,
7* 138:*3, 4, 21, 23*
148:*1* 176:8
**tested** 81:6, *8, 24*
82:*4, 7, 14* 83:*1, 9*
**testified** 4:2*1* 19:2, 8
165:25
**testifying** 7:7, *11*
**testimony** 7:*14* 17:2,
*4, 10, 15* 22:*11* 44:*3*
89:22 90:*11* 137:25
138:*15, 16, 18* 149:9
179:*12*
**testing** 81:*15, 17*
82:6, *8, 9, 17, 22*
86:*11* 87:*17* 88:*12,
18, 24* 90:*13, 17*
94:20 98:*12* 99:*19,
21, 25* 100:9 123:*1*
127:*10* 176:*10*
**tests** 82:20 94:*16, 23*
176:9, *15*
**TEXAS** 1:*1* 2:*16*
4:*7* 171:*1*
**text** 6:*12, 23* 141:*19*
**Thank** 10:*24* 46:6
93:9 97:*14* 113:*1*
190:2
**Thanks** 104:*1*
**theory** 13:*19*
**thickness** 117:2
**thing** 34:2*3* 42:*3, 4*
83:*16* 90:2*1* 99:24
101:22 104:*17* 130:6
132:*18* 133:4, *21, 22,
23* 139:5

**things** 16:*8* 22:2*3*
24:*18, 20* 30:*11* 31:7
32:25 39:*10* 52:20
66:7, *9* 69:*14* 70:*10,
20* 72:24 79:2 85:22
86:5 90:24 91:*8*
99:6 150:22 151:6
189:22
**think** 6:20 8:24 9:5
11:*3, 23* 12:*12* 14:*14*
16:20 18:*17, 24*
19:25 24:2 25:2*1*
26:4, *20, 24, 25* 27:*13,
20, 25* 28:2*1, 25* 29:2,
*20* 32:*3, 22* 33:2*1*
34:*23* 36:*24* 37:7, *8,
10* 38:7 40:*9, 19, 25*
42:*13* 43:*18* 44:*17,
18* 45:*16, 23* 46:2
48:*7, 19* 49:*6, 16*
50:6, *23* 51:*9, 15*
53:5, *14, 16* 54:*14*
56:6 59:*24* 60:*3, 8,
11, 19, 23* 61:*13, 25*
63:2, *11, 22* 65:*18, 23,
25* 66:*3, 4, 10* 68:*15*
76:*12* 83:2 88:*17*
89:*17* 94:2*1* 95:*8*
96:*14, 17* 97:*10, 11*
100:*3* 104:*1, 17*
105:5, *18, 23* 107:2*3*
108:8, *9, 21* 109:25
110:5 112:7, *12, 22*
114:*19* 115:*16* 118:5,
*18, 22* 123:2*3* 125:24
127:25 129:*12* 136:2
137:2 138:*16* 140:*13*
142:*3, 12, 14* 143:6,
*13, 22* 144:7, *11*
145:*12, 17* 146:5, *25*
148:*1* 149:20 150:*3,
9, 11* 152:2, *3* 153:22
154:*1* 155:7 156:9
157:7 158:20 159:9
160:6 161:*10* 162:*15,
23* 167:22, *23, 24*
169:2 172:*10, 11*
173:7, *8, 9, 11* 175:*13*
177:4, *8, 10, 14, 24*

178:6 179:*14, 17, 21*
184:5 190:*8*
**thinking** 132:9
**third** 123:6, *16*
**thought** 37:*18* 111:*3*
132:7, *17* 133:4, *17*
**three** 76:6 107:*14,
18* 110:8, *22* 112:5, *7,
10* 114:7, *8* 115:20
120:*20, 24* 121:*3, 5, 7,
10* 140:7, *17* 142:5
148:*14* 158:*13, 15, 18*
159:*18* 177:2*1*
**three-month** 177:*19*
**threshold** 87:*13*
127:*1*
**tie** 63:25
**time** 4:2 9:6 22:*4*
33:2 36:22 47:9
49:24 50:*1* 52:*1, 11*
53:7, *12, 14* 72:25
73:5, *8* 83:25 84:*18,
20, 22, 24* 85:*10, 18*
86:*4, 23* 87:*1, 3, 9*
88:7, *10* 89:*3, 4*
105:*19* 107:*19* 108:*3*
111:*2, 23* 125:*15, 16*
143:8 149:2 153:9
155:9 159:*14* 160:*11*
161:23 162:24
163:*14, 16, 19* 169:*12*
176:*1* 177:2 179:*15*
188:5 190:2, *12*
**times** 5:*12* 8:*10*
30:23 54:*12* 134:*15*
137:2 138:*15*
**timing** 163:*3, 12*
165:24 169:*3, 11*
**title** 160:23 167:25
184:6
**titled** 94:*15*
**today** 4:*11, 13* 5:5, *9*
7:2, *8, 14* 11:*14* 17:7
45:*25* 72:24 127:2*1*
138:*16* 190:2
**Today's** 4:*1*
**told** 171:*4* 178:2*1*
**top** 45:*17* 83:2*1*
84:*10, 14* 85:5 86:*13*

141:*13*  171:*3*

**TOPAZ**  2:*5*, *19*
**topic**  49:*20*
**topical**  58:*24*
**topically**  60:*7*, *12*, *14*
**topics**  11:*18*  23:*5*
**torts**  7:*25*  8:*8*
**total**  154:*17*, *19*, *21*, *24*
**touted**  66:*25*  67:*13*  172:*21*
**touting**  108:*17*
**track**  20:*10*, *14*
**tracking**  23:*7*
**traded**  162:*6*
**trading**  124:*15*  125:*4*, *14*, *22*  162:*21*  166:*19*
**transcript**  34:*23*  190:*9*  191:*4*
**transformational**  67:*1*, *13*
**tremendous**  117:*16*
**trial**  7:*11*  17:*4*, *15*  118:*18*  138:*14*  180:*5*
**tried**  24:2  90:*4*
**true**  19:*16*  38:*15*, *22*, *23*  53:*18*  60:*19*  65:*19*  90:*19*  95:2, *8*, *14*  96:*3*  97:*5*, *12*  134:*24*  136:*3*  150:*2*, *4*  175:*14*  191:*4*
**Truist**  159:*19*  167:*21*  168:*4*
**truth**  22:*25*  26:*1*  72:*11*  174:*13*
**truthful**  7:*14*
**try**  5:*20*, *23*  20:*7*, *10*  66:*15*  99:*10*  100:*14*  101:*11*  149:*8*  161:*11*  181:*17*
**trying**  32:*20*  89:*8*  93:*21*  110:*24*
**t-stat**  126:*20*
**turn**  10:*9*  17:*1*  20:*15*  36:*24*  44:*23*  91:*19*  93:*14*  104:*6*  105:*9*  116:*17*  118:*25*  139:*21*  152:*22*

155:*21*  172:*20*  173:*2*, *13*  188:*10*
**turnaround**  190:*12*
**turned**  22:*8*
**turnover**  29:*22*  189:*24*
**turns**  21:*22*
**twice**  16:*7*
**two**  37:*15*  45:*2*  49:*1*  51:*2*, *12*  64:*15*  76:*10*, *16*, *20*  95:*1*  103:*25*  104:*16*, *20*  119:*22*  125:*4*, *14*, *22*  127:*4*  139:*23*  140:*1*  141:*19*  156:*14*
**type**  34:*6*  55:*4*  99:*24*  101:*11*, *12*
**types**  8:*7*
**typical**  55:*7*  88:*4*
**typically**  15:*7*, *9*  20:*7*, *12*  35:*9*  37:*12*, *14*  55:*3*  185:*13*
**typographical**  14:*1*
**typos**  13:*23*, *25*

**< U >**
**unable**  7:*13*
**underlined**  118:*20*
**Underneath**  152:*16*
**underperformed**  181:*11*
**understand**  5:*16*  7:*7*, *10*  11:*1*  15:*1*  25:*14*, *15*, *22*  32:*20*  39:*24*  40:*2*, *5*  41:*9*, *19*  42:*8*  45:*25*  62:*15*  64:*23*  65:*24*  66:*12*, *14*, *16*  68:*12*  72:*3*, *17*  73:*2*  76:*9*  77:*5*, *8*  85:*1*, *14*  130:*3*  135:*7*  149:*14*
**understanding**  21:*17*  24:*24*  25:*1*  26:*13*, *20*, *25*  27:*10*  34:*12*  40:*10*, *22*  41:*1*, *7*  48:*21*  56:*20*  62:*16*  63:*9*  65:*20*  67:*7*, *22*  68:*18*, *21*  70:*21*, *22*  90:*8*  131:*9*  132:*11*  160:*7*  174:*1*

**understood**  48:*3*  61:*23*  62:*13*  130:*14*, *16*  131:*5*  132:*23*  135:*8*, *12*
**undertake**  62:*4*
**unexpected**  137:*8*  145:*24*
**UNITED**  1:*1*  4:*6*
**unnecessary**  179:*23*  180:*10*  181:*5*, *9*, *17*
**unprofitable**  67:*3*, *17*  70:*15*  109:*25*
**unrelated**  132:*1*  163:*17*, *22*  164:*10*  165:*4*
**unusual**  84:*19*  88:*8*  89:*12*, *13*, *15*, *17*  176:*10*
**Upcoming**  3:*16*  168:*1*
**update**  150:*23*  151:*2*, *7*, *8*
**updated**  150:*25*
**updates**  185:*9*
**updating**  149:*1*  150:*24*
**use**  45:*24*  54:*11*, *13*  59:*22*, *23*  60:*1*, *9*  79:*3*  80:*25*  84:*7*  88:*4*, *11*  99:*14*  100:*4*  105:*6*  124:*2*, *8*  125:*2*  127:*9*  176:*14*
**uses**  92:*17*  142:*19*  189:*3*

**< V >**
**valid**  176:*9*
**valuable**  62:*17*  67:*3*  70:*15*  174:*14*
**valuation**  110:*10*, *19*  113:*10*  139:*12*  144:*2*  145:*15*  149:*4*, *6*
**valuations**  114:*15*
**value**  62:*24*  63:*4*, *7*, *10*, *12*, *21*, *23*  83:*21*  84:*14*  85:*5*  86:*14*  87:*12*  147:*18*  151:*1*  179:*3*
**valuing**  149:*5*
**Varada**  14:*13*

**various**  23:*5*, *9*  30:*17*, *24*  33:*9*  51:*17*
**verbally**  7:*3*
**version**  10:*17*
**versus**  67:*25*  120:*18*
**veteran**  3:*20*  170:*7*
**viable**  67:*2*, *16*, *17*  70:*14*
**VIDEO**  1:*11*, *15*  2:*22*  4:*4*, *10*  10:*19*
**VIDEOGRAPHER**  4:*1*  46:*11*, *13*  93:*7*  104:*2*, *4*  151:*19*  155:*15*, *17*  160:*17*  188:*6*, *8*  190:*4*
**view**  52:*9*  62:*24*, *25*  63:*4*  66:*7*  69:*4*  71:*16*, *21*, *23*  72:*2*, *5*, *8*  133:*10*  137:*23*  144:*1*, *22*  157:*9*
**viewed**  137:*11*  143:*24*
**views**  23:*25*  62:*19*, *22*  69:*10*, *12*  70:*8*  71:*3*  72:*1*  180:*9*
**virtually**  117:*17*
**VIX**  177:*9*  179:*17*, *18*
**volatile**  175:*20*, *22*  176:*13*
**volatility**  175:*8*, *12*, *14*, *15*, *25*  176:*2*, *22*  177:*2*, *7*, *9*, *11*, *13*, *16*, *17*, *19*  178:*3*, *8*, *11*, *14*  179:*10*, *15*, *17*  181:*21*, *23*
**volume**  118:*12*
**voluminous**  68:*9*
**Vows**  3:*11*

**< W >**
**Waha**  32:*4*  143:*13*
**wait**  5:*21*, *23*  64:*14*  141:*1*  151:*24*
**walk**  23:*9*
**want**  46:*7*  59:*21*  60:*1*, *5*  70:*21*  107:*1*  127:*6*, *7*, *9*  129:*7*  136:*6*  153:*23*  154:*10*  155:*11*  183:*10*

190:*11*
**wanted**  108:7  118:*25*
**way**  10:*25*  16:9
27:8  29:*20*  31:*21*
45:8, *17*  48:*20*  52:*1*
56:*13*  59:22  64:9
86:2, *11*  97:9, *14*
98:*12*  99:*21*  116:7
148:*1*  174:8  178:*4*
179:*20*  180:*23*  181:8,
*21, 24*
**ways**  45:2  49:*1*
179:*11*
**weak**  97:22  113:*23*
**Weakness**  3:*13*
160:*24*  162:*1, 2*
**week**  23:*18, 19*  24:9
**Well**  3:*16*  6:*19*
11:22  12:*17*  26:*11*
31:6  35:24  46:*20*
48:*15, 22*  56:*13*
58:*25*  68:*3*  69:*17*
70:*3*  71:9  72:*10*
75:24  80:*15*  85:22
89:*15, 25*  98:24
109:*4*  111:*20*  120:*23*
122:*10*  123:*12*
126:*17*  127:*24*
140:*12*  143:8  146:*23*
147:*11*  150:*19*
153:*20*  156:*10*  158:*1*
162:*12*  163:9  168:*1,*
*5, 6*  169:*25*  170:*18*
171:*5*  176:*5*  179:*13*
**well-covered**  183:*16*
**well-established**
179:*21*
**went**  66:*21*  132:*16,*
*25*  140:*14, 20*
**we're**  5:9  6:*21*  7:2
21:24  22:22  31:22,
*24, 25*  81:*15, 19*  86:2
91:*19*  124:*13*  126:2
138:7, 8  149:*16*
151:*21*  160:*13, 16*
190:*7*
**West**  171:*1*
**wet**  62:*17*  67:*4, 17,*
*25*  69:*4, 12, 22*  70:8,
*15*  71:*23*  117:*3, 8, 17*

119:5  120:*18*  174:*11,*
*14, 19*  178:*23*  179:*4*
**we've**  11:*4*  103:*25*
**WHITE**  2:*10, 11*
**WHITMAN**  2:8
**widely**  170:*25*
**widgets**  150:5, *6, 8*
**Williams**  1:*17*  4:*11*
191:*2, 15*
**window**  123:*21, 23*
162:*20*
**windows**  124:8
**WITNESS**  3:2  4:*16,*
*20*  8:2, *11, 20*  93:*3, 6,*
*9*  113:*1*  153:*14, 16*
155:*12*
**word**  54:*11*  59:*25*
60:8, *9*  142:*19*
**worded**  114:*23*
**work**  5:*3*  8:*1*  9:*11*
32:*16*  34:*25*  178:*12*
189:*19*
**worked**  8:*15, 17*
**working**  15:*11*
**world**  10:*24*  51:*17*
52:*4, 13*  67:*14*
171:*13, 17*  172:9, *22*
173:*4*
**Wow**  153:8
**writing**  180:5
**written**  143:9  178:*1,*
*9*  180:*17*

**< Y >**
**Yeah**  8:*17*  10:*21*
30:*17, 21*  41:7  46:*5,*
*9*  54:*20*  58:*3*  59:*24*
61:*13*  74:*11*  83:8, *12,*
*17*  88:*17*  93:*21, 24*
94:*24*  95:8, *23*  96:*14*
104:*13, 14*  105:5, *12*
109:5  110:*20*  112:8,
*12*  113:*3, 8*  119:6
125:*20*  128:7  142:2
144:*11*  147:2  150:*23*
151:*1, 10*  152:*18*
153:*20*  154:5, *12, 13*
162:8, *15, 22*  166:*15*
167:*23*  169:9, *20*

170:*15*  178:*4*  186:2
189:*3*
**year**  8:*25*  81:*14, 15,*
*16*  82:*17, 18, 21, 22*
84:*6*  86:*3*  151:6
189:*4*
**years**  7:*20*  17:5, *14*
64:*15*  119:22
**year's**  81:*21*
**yep**  140:*1*  154:*23*
155:*7*  172:*19*
**yields**  91:*24*
**York**  2:*11*  5:*4, 6*

**< Z >**
**zero**  89:*16*  91:15
96:*10*  137:*18*  138:*10,*
*25*
**Zillow**  18:*12*
**Zoom**  1:*16*  2:2

Deposition of Lucy P. Allen                                          In re Apache Corp. Securities Litigation

## WORD LIST

**< $ >**
**$2.50**  *(1)*
**$40-barrel**  *(1)*

**< 1 >**
**1**  *(18)*
**1.4**  *(1)*
**1.94**  *(1)*
**10**  *(3)*
**10/19**  *(1)*
**10:15**  *(1)*
**10:19**  *(4)*
**10:42**  *(1)*
**10:53**  *(1)*
**100**  *(15)*
**104**  *(3)*
**106**  *(2)*
**10606**  *(1)*
**11**  *(3)*
**116**  *(1)*
**1166**  *(1)*
**12**  *(2)*
**12:32**  *(1)*
**12:46**  *(1)*
**13**  *(1)*
**14**  *(2)*
**15**  *(4)*
**151**  *(1)*
**16**  *(11)*
**160**  *(1)*
**167**  *(1)*
**168**  *(1)*
**16th**  *(10)*
**17**  *(4)*
**170**  *(1)*
**173**  *(2)*
**19**  *(3)*
**19087**  *(1)*
**191**  *(1)*
**192**  *(2)*
**193**  *(4)*
**194**  *(5)*
**1Q19**  *(1)*

**< 2 >**
**2**  *(14)*
**2:18**  *(1)*

**2:56**  *(1)*
**20**  *(6)*
**200**  *(1)*
**2016**  *(12)*
**2017**  *(9)*
**2018**  *(5)*
**2019**  *(29)*
**2020**  *(10)*
**2023**  *(5)*
**22**  *(4)*
**23**  *(33)*
**23rd**  *(3)*
**24**  *(2)*
**24th**  *(2)*
**25**  *(17)*
**252**  *(1)*
**253**  *(3)*
**254**  *(3)*
**25th**  *(11)*
**26**  *(10)*
**26th**  *(3)*
**27**  *(5)*
**27th**  *(1)*
**28**  *(3)*
**280**  *(1)*
**29**  *(1)*

**< 3 >**
**3**  *(10)*
**3:54**  *(1)*
**30**  *(3)*
**300,000**  *(1)*
**31**  *(1)*
**315**  *(3)*
**32**  *(1)*
**33**  *(1)*

**< 4 >**
**4**  *(8)*
**4/24**  *(1)*
**4/26**  *(1)*
**4:11**  *(1)*
**4:15**  *(2)*
**4:21-cv-00575**  *(2)*
**427**  *(1)*
**43**  *(11)*
**44**  *(2)*
**45**  *(2)*
**477**  *(1)*

**48**  *(2)*
**490**  *(1)*
**4A**  *(2)*

**< 5 >**
**5**  *(33)*
**50**  *(2)*
**52**  *(3)*
**56**  *(9)*
**57**  *(9)*

**< 6 >**
**6**  *(5)*
**60**  *(1)*
**63**  *(3)*
**64**  *(1)*
**66**  *(1)*
**67**  *(1)*
**68**  *(1)*
**69**  *(1)*

**< 7 >**
**7**  *(18)*
**70**  *(2)*
**700**  *(1)*
**75**  *(2)*
**77002**  *(1)*
**79**  *(1)*
**7A**  *(2)*
**7th**  *(3)*

**< 8 >**
**8**  *(9)*
**80**  *(1)*
**88**  *(1)*
**882**  *(1)*
**8C**  *(1)*

**< 9 >**
**9**  *(2)*
**9:30**  *(1)*
**9:32**  *(2)*
**9:44**  *(3)*
**910**  *(1)*
**93**  *(1)*
**94.6**  *(1)*
**95**  *(7)*

**< A >**

**a.m**  *(7)*
**ABIGAIL**  *(1)*
**ability**  *(1)*
**able**  *(3)*
**abnormal**  *(1)*
**above-styled**  *(1)*
**absence**  *(6)*
**absent**  *(1)*
**absolute**  *(4)*
**absolutely**  *(8)*
**academic**  *(3)*
**Acadia**  *(1)*
**accept**  *(3)*
**access**  *(2)*
**accommodate**  *(1)*
**account**  *(5)*
**accuracy**  *(3)*
**accurate**  *(2)*
**acknowledge**  *(2)*
**action**  *(16)*
**actions**  *(6)*
**actual**  *(10)*
**add**  *(1)*
**addition**  *(3)*
**additional**  *(8)*
**address**  *(9)*
**addressed**  *(3)*
**addressing**  *(1)*
**adjust**  *(5)*
**adjusted**  *(5)*
**adjusting**  *(1)*
**adjustment**  *(5)*
**affect**  *(1)*
**afternoon**  *(1)*
**aggregates**  *(2)*
**ago**  *(2)*
**agree**  *(5)*
**allegation**  *(4)*
**allegations**  *(9)*
**allege**  *(12)*
**alleged**  *(245)*
**allegedly**  *(7)*
**alleges**  *(1)*
**alleging**  *(32)*
**ALLEN**  *(42)*
**allow**  *(1)*
**allowed**  *(1)*
**Alpha**  *(31)*
**Alpha's**  *(1)*

Case 4:21-cv-00575   Document 149-33   Filed on 12/04/23 in TXSD   Page 220 of 228

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

Alpine  *(101)*
Alpine's  *(2)*
alter  *(1)*
altered  *(1)*
alternative  *(20)*
amanning@ktmc.com
 *(1)*
America  *(5)*
Americas  *(1)*
amount  *(1)*
AMRHEIN  *(2)*
AMY  *(2)*
amy.hefley@bakerbott
s.com  *(1)*
analyses  *(6)*
analysis  *(115)*
analyst  *(67)*
analysts  *(50)*
analyst's  *(1)*
analyze  *(36)*
analyzed  *(30)*
analyzing  *(44)*
and/or  *(4)*
announced  *(4)*
announcement  *(25)*
announcements  *(5)*
answer  *(18)*
answered  *(5)*
answers  *(2)*
anybody  *(4)*
APA  *(10)*
APACHE  *(85)*
Apache's  *(33)*
Apache-specific  *(3)*
Apart  *(2)*
apologize  *(1)*
appear  *(4)*
Appearing  *(3)*
appears  *(2)*
Appendix  *(25)*
applicable  *(1)*
applied  *(5)*
apply  *(6)*
applying  *(5)*
appreciate  *(2)*
approaches  *(2)*
appropriate  *(8)*
April  *(33)*
Arcadia  *(1)*

area  *(3)*
areas  *(2)*
Article  *(41)*
articles  *(24)*
aside  *(3)*
asked  *(34)*
asking  *(24)*
aspects  *(1)*
assess  *(2)*
assessment  *(1)*
assignment  *(18)*
assistance  *(1)*
assisted  *(2)*
association  *(3)*
assume  *(5)*
assumed  *(3)*
assuming  *(9)*
assumption  *(2)*
assumptions  *(3)*
ATLAS  *(1)*
attached  *(1)*
attachment  *(1)*
attempt  *(2)*
attention  *(3)*
attorney  *(1)*
attribute  *(1)*
attributed  *(5)*
August  *(2)*
AUSTIN  *(1)*
author  *(1)*
available  *(1)*
Avenue  *(1)*
aware  *(8)*

< B >
back  *(16)*
back-end  *(7)*
backing  *(1)*
backup  *(1)*
bad  *(2)*
Baez  *(1)*
BAKER  *(2)*
Bank  *(5)*
Barclays  *(1)*
based  *(9)*
bases  *(3)*
basic  *(3)*
basically  *(2)*
bear  *(1)*

bearing  *(2)*
beginning  *(9)*
begins  *(2)*
behalf  *(3)*
believe  *(26)*
believed  *(1)*
believes  *(1)*
bell  *(1)*
benefit  *(1)*
best  *(6)*
better  *(5)*
beyond  *(3)*
big  *(3)*
bigger  *(3)*
bit  *(2)*
Bloomberg  *(4)*
blow  *(1)*
blown  *(1)*
body  *(2)*
bottom  *(4)*
BOTTS  *(2)*
Brands  *(1)*
break  *(12)*
Bridge  *(2)*
broader  *(4)*
broadest  *(2)*
broke  *(1)*
broken  *(1)*
brought  *(2)*
browser  *(1)*
bulk  *(1)*
bullets  *(1)*
bunch  *(2)*
burden  *(2)*
burdened  *(1)*
business  *(2)*

< C >
Cabot  *(1)*
calculate  *(2)*
calculated  *(2)*
calculating  *(1)*
calculation  *(1)*
call  *(7)*
called  *(3)*
calling  *(4)*
calls  *(1)*
capabilities  *(3)*
Capital  *(1)*

Captioner  *(1)*
care  *(1)*
cared  *(1)*
career  *(1)*
carefully  *(1)*
cares  *(2)*
caring  *(1)*
Case  *(82)*
cases  *(8)*
cash  *(1)*
categories  *(1)*
category  *(1)*
causation  *(10)*
cause  *(7)*
caused  *(13)*
causes  *(5)*
Causing  *(8)*
cell  *(1)*
certain  *(9)*
certainly  *(7)*
certainty  *(7)*
CERTIFICATE  *(1)*
certification  *(14)*
Certified  *(2)*
certify  *(2)*
challenge  *(2)*
challenged  *(1)*
chance  *(8)*
chances  *(2)*
change  *(19)*
changed  *(22)*
changes  *(5)*
changing  *(4)*
characterize  *(2)*
chart  *(6)*
charts  *(4)*
Chat  *(1)*
CHECK  *(3)*
checked  *(4)*
checking  *(2)*
Chicago  *(2)*
Chief  *(1)*
choice  *(1)*
Christmann  *(6)*
Christmann's  *(1)*
chronological  *(1)*
chronologically  *(1)*
chronology  *(2)*
circumstances  *(3)*

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

cite  *(23)*
cited  *(19)*
cites  *(1)*
citing  *(6)*
City  *(1)*
claim  *(12)*
claiming  *(7)*
claims  *(15)*
CLARITY  *(1)*
class  *(65)*
clear  *(6)*
clearer  *(1)*
client  *(1)*
clients  *(2)*
close  *(3)*
closing  *(1)*
colleagues  *(1)*
collectively  *(1)*
color  *(4)*
combing  *(1)*
come  *(3)*
comes  *(2)*
coming  *(10)*
commencing  *(1)*
comment  *(1)*
commentary  *(2)*
commodity  *(20)*
common  *(3)*
communicating  *(2)*
Companies  *(6)*
Company  *(56)*
company's  *(8)*
company-specific  *(3)*
compare  *(1)*
compares  *(1)*
comparing  *(1)*
Complaint  *(45)*
complete  *(2)*
completely  *(1)*
completeness  *(3)*
comprehensive  *(1)*
computer  *(2)*
concealed  *(8)*
concept  *(2)*
concepts  *(1)*
concern  *(1)*
concerned  *(1)*
concerning  *(5)*
concerns  *(6)*

conclude  *(1)*
concluded  *(1)*
concludes  *(1)*
concluding  *(1)*
conclusion  *(9)*
conclusions  *(11)*
conclusive  *(1)*
conditions  *(1)*
conduct  *(6)*
conducted  *(14)*
conducting  *(6)*
Conference  *(1)*
confidence  *(9)*
confirm  *(1)*
confusing  *(1)*
connected  *(4)*
connection  *(12)*
consider  *(8)*
considered  *(30)*
considering  *(1)*
consistent  *(5)*
consistently  *(2)*
constituents  *(1)*
constitute  *(1)*
construed  *(1)*
consulting  *(1)*
contacted  *(3)*
contain  *(2)*
contained  *(1)*
contains  *(2)*
contending  *(1)*
contents  *(2)*
context  *(8)*
continue  *(11)*
continues  *(2)*
continuing  *(2)*
contrary  *(10)*
contrast  *(1)*
control  *(22)*
controlled  *(2)*
controlling  *(2)*
conversation  *(6)*
conversations  *(2)*
copy  *(11)*
Corp  *(3)*
CORPORATION  *(2)*
correct  *(76)*
corrected  *(10)*
correcting  *(1)*

correction  *(5)*
Corrections  *(1)*
corrective  *(127)*
correlation  *(3)*
cost  *(4)*
costs  *(3)*
counsel  *(11)*
count  *(1)*
couple  *(4)*
course  *(6)*
COURT  *(12)*
Courts  *(3)*
cover  *(1)*
covering  *(2)*
COVID  *(3)*
Cowen  *(4)*
Cowen's  *(1)*
craziest  *(1)*
crazy  *(4)*
create  *(2)*
creating  *(1)*
credit  *(1)*
credited  *(2)*
CreditSuisse  *(6)*
crisis  *(1)*
critical  *(1)*
CRR  *(1)*
Curiati  *(1)*
current  *(4)*
currently  *(3)*
curtailment  *(1)*
cut  *(2)*
CV  *(1)*

**< D >**
damages  *(3)*
data  *(6)*
database  *(1)*
date  *(32)*
dated  *(6)*
dates  *(26)*
David  *(1)*
day  *(31)*
days  *(19)*
DE  *(1)*
deal  *(1)*
debt  *(14)*
December  *(1)*
decide  *(1)*

decided  *(2)*
deciding  *(2)*
decision  *(2)*
decisions  *(6)*
declare  *(1)*
declared  *(1)*
decline  *(19)*
declines  *(3)*
declining  *(4)*
defendant  *(1)*
Defendants  *(6)*
defendant's  *(2)*
defer  *(10)*
deferral  *(19)*
deferred  *(1)*
deferring  *(6)*
defined  *(1)*
definite  *(2)*
definitely  *(2)*
definition  *(2)*
definitive  *(1)*
deflation  *(1)*
demonstrate  *(5)*
demonstrated  *(1)*
demonstrates  *(4)*
demonstrating  *(1)*
departure  *(9)*
depending  *(1)*
depends  *(5)*
deposed  *(2)*
DEPOSITION  *(13)*
Depositions  *(1)*
depressed  *(1)*
describe  *(2)*
described  *(3)*
describes  *(1)*
description  *(1)*
destroy  *(2)*
detail  *(1)*
detailed  *(4)*
detecting  *(3)*
deteriorating  *(3)*
determine  *(15)*
determining  *(7)*
develop  *(1)*
developed  *(1)*
differ  *(2)*
difference  *(4)*
different  *(30)*

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

| | | | |
|---|---|---|---|
| **differentiable** *(1)* | **drive** *(2)* | **events** *(3)* | **fair** *(3)* |
| **differentiated** *(4)* | **driven** *(1)* | **Everest** *(3)* | **fairly** *(2)* |
| **differently** *(1)* | **drop** *(5)* | **evidence** *(72)* | **fall** *(2)* |
| **DiLEO** *(1)* | **dropped** *(3)* | **exact** *(16)* | **fallen** *(1)* |
| **DIRECT** *(2)* | **dropping** *(2)* | **exactly** *(6)* | **falling** *(2)* |
| **direction** *(4)* | **dry** *(10)* | **Examination** *(2)* | **false** *(15)* |
| **directly** *(4)* | **due** *(10)* | **examining** *(1)* | **familiar** *(2)* |
| **director** *(2)* | **duly** *(1)* | **example** *(33)* | **February** *(11)* |
| **disagree** *(1)* | | **examples** *(1)* | **federal** *(1)* |
| **disappointment** *(1)* | **< E >** | **exceptions** *(2)* | **feel** *(1)* |
| **disclose** *(6)* | **E&P** *(6)* | **exclusively** *(1)* | **fell** *(1)* |
| **disclosed** *(21)* | **earlier** *(9)* | **executive** *(2)* | **felt** *(2)* |
| **discloses** *(1)* | **earnings** *(2)* | **Exhibit** *(32)* | **fifth** *(1)* |
| **disclosing** *(2)* | **easier** *(4)* | **exhibits** *(1)* | **figure** *(6)* |
| **disclosure** *(56)* | **Eastern** *(2)* | **exist** *(5)* | **file** *(2)* |
| **disclosures** *(63)* | **economic** *(19)* | **existed** *(2)* | **filings** *(4)* |
| **discovered** *(3)* | **economical** *(4)* | **existence** *(1)* | **filled** *(1)* |
| **discovery** *(4)* | **economically** *(3)* | **exists** *(11)* | **final** *(2)* |
| **discuss** *(5)* | **economics** *(16)* | **expect** *(20)* | **finals** *(1)* |
| **discussed** *(3)* | **effect** *(21)* | **expectation** *(8)* | **finance** *(3)* |
| **discussing** *(6)* | **efficiency** *(3)* | **expectations** *(4)* | **financial** *(12)* |
| **discussion** *(6)* | **efficient** *(9)* | **expected** *(41)* | **financially** *(1)* |
| **Dismiss** *(2)* | **effort** *(1)* | **expecting** *(5)* | **find** *(39)* |
| **dismissed** *(2)* | **either** *(6)* | **experience** *(2)* | **finding** *(12)* |
| **disputing** *(1)* | **electronic** *(3)* | **experienced** *(3)* | **findings** *(14)* |
| **disseminate** *(2)* | **electronically** *(2)* | **experiences** *(1)* | **fine** *(4)* |
| **disseminated** *(5)* | **element** *(1)* | **Expert** *(25)* | **finish** *(6)* |
| **dissipated** *(1)* | **employee** *(2)* | **expert's** *(10)* | **finished** *(2)* |
| **distinction** *(1)* | **employees** *(1)* | **explain** *(7)* | **first** *(31)* |
| **DISTRICT** *(4)* | **engineer** *(1)* | **explained** *(1)* | **fit** *(2)* |
| **DIVISION** *(2)* | **entering** *(1)* | **explaining** *(3)* | **five** *(4)* |
| **document** *(13)* | **entire** *(10)* | **explanation** *(2)* | **flat** *(1)* |
| **documents** *(13)* | **entirely** *(4)* | **explicitly** *(3)* | **focus** *(82)* |
| **doing** *(22)* | **entirety** *(4)* | **Exploration** *(8)* | **focused** *(6)* |
| **downgrade** *(1)* | **entitled** *(5)* | **express** *(2)* | **focuses** *(2)* |
| **downgraded** *(5)* | **entries** *(1)* | **expressing** *(12)* | **focusing** *(1)* |
| **downgrading** *(1)* | **entry** *(5)* | **extent** *(6)* | **folder** *(1)* |
| **download** *(1)* | **environment** *(2)* | **extract** *(1)* | **folks** *(1)* |
| **downloaded** *(1)* | **EPS** *(3)* | **extreme** *(1)* | **following** *(18)* |
| **downloading** *(1)* | **error** *(6)* | **extremely** *(19)* | **follows** *(1)* |
| **downside** *(2)* | **errors** *(1)* | | **follow-up** *(1)* |
| **downward** *(1)* | **ESQUIRE** *(5)* | **< F >** | **Footnote** *(3)* |
| **Dr** *(21)* | **essence** *(1)* | **face** *(1)* | **foregoing** *(1)* |
| **draft** *(5)* | **essentially** *(7)* | **fact** *(22)* | **forget** *(1)* |
| **drafted** *(3)* | **estimate** *(6)* | **Factiva** *(7)* | **form** *(1)* |
| **dramatic** *(1)* | **estimates** *(10)* | **factoring** *(1)* | **formation** *(1)* |
| **dramatically** *(2)* | **Evaluating** *(2)* | **factors** *(5)* | **formed** *(3)* |
| **draw** *(6)* | **evaluation** *(1)* | **fails** *(1)* | **former** *(2)* |
| **drilling** *(1)* | **event** *(49)* | **failure** *(2)* | **forming** *(8)* |

Deposition of Lucy P. Allen                                    In re Apache Corp. Securities Litigation

forward  *(1)*
found  *(24)*
four  *(8)*
fourth  *(4)*
fraud  *(6)*
free  *(1)*
front  *(2)*
front-end  *(11)*
full  *(5)*
fully  *(10)*
further  *(5)*

< G >
gain  *(1)*
Gas  *(81)*
gassy  *(3)*
general  *(10)*
Generally  *(4)*
generative  *(1)*
getting  *(6)*
Gina  *(4)*
give  *(2)*
given  *(24)*
go  *(38)*
goes  *(3)*
going  *(23)*
Good  *(19)*
Google  *(2)*
gotten  *(1)*
great  *(2)*
greater  *(1)*
ground  *(2)*
Group  *(1)*
Guide  *(1)*
guys  *(1)*

< H >
half-hour  *(1)*
Halliburton  *(1)*
hampering  *(1)*
hand  *(1)*
handy  *(1)*
happen  *(25)*
happened  *(13)*
happening  *(5)*
happens  *(3)*
hard  *(4)*
hard-copy  *(1)*
Head  *(2)*

heading  *(14)*
headline  *(1)*
health  *(8)*
Healthcare  *(2)*
heavy  *(3)*
hedged  *(1)*
HEFLEY  *(39)*
heightened  *(1)*
help  *(5)*
helped  *(2)*
helpful  *(3)*
Hey  *(1)*
High  *(99)*
higher  *(7)*
highest  *(1)*
highlight  *(1)*
highlighted  *(4)*
Highlights  *(1)*
highly  *(4)*
High's  *(6)*
high-volatility  *(1)*
hit  *(3)*
hold  *(2)*
home  *(1)*
honestly  *(1)*
host  *(1)*
hours  *(4)*
HOUSTON  *(3)*
Houston-based  *(1)*
Hub  *(1)*
huge  *(1)*
hurt  *(1)*
hypothesis  *(32)*
hypothetical  *(2)*

< I >
i.e  *(2)*
identification  *(8)*
identified  *(2)*
identify  *(4)*
ignore  *(1)*
immediately  *(3)*
immense  *(1)*
impact  *(175)*
impacted  *(19)*
impacting  *(22)*
impacts  *(6)*
important  *(12)*
impounded  *(6)*

inarguable  *(1)*
include  *(5)*
included  *(8)*
includes  *(4)*
including  *(14)*
inclusive  *(1)*
inconclusive  *(1)*
incorporate  *(3)*
incorporated  *(14)*
incorporating  *(2)*
increase  *(10)*
increased  *(9)*
independent  *(2)*
independently  *(2)*
index  *(15)*
indicate  *(1)*
indicates  *(1)*
Indicating  *(1)*
indication  *(2)*
indices  *(1)*
indirect  *(1)*
indirectly  *(1)*
individual  *(9)*
individually  *(1)*
individuals  *(2)*
industries  *(2)*
industry  *(15)*
inflated  *(1)*
inflation  *(3)*
information  *(96)*
informational  *(1)*
initial  *(1)*
insinuating  *(2)*
intend  *(6)*
intending  *(1)*
intention  *(1)*
interchangeable  *(1)*
interested  *(2)*
internal  *(4)*
interpret  *(1)*
interrupt  *(1)*
intraday  *(2)*
introduce  *(1)*
introduction  *(1)*
investigated  *(1)*
investigation  *(4)*
investment  *(1)*
investors  *(5)*
involved  *(4)*

involves  *(1)*
Iron  *(2)*
issue  *(8)*
issued  *(14)*
issues  *(12)*
issuing  *(2)*
its  *(25)*

< J >
JAKE  *(1)*
job  *(1)*
John  *(1)*
JOHNSTON  *(1)*
joins  *(1)*
Jorge  *(1)*
JR  *(1)*
judicial  *(1)*
July  *(4)*
June  *(5)*
junior  *(2)*
jwhitman@ktmc.com  *(1)*

< K >
Keenan  *(10)*
Keenan's  *(11)*
keep  *(2)*
Keeping  *(1)*
KEN  *(8)*
KESSLER  *(2)*
killing  *(1)*
kind  *(5)*
King  *(1)*
knew  *(4)*
know  *(102)*
knowing  *(2)*
knowledge  *(2)*
known  *(6)*
knows  *(1)*
Kohli  *(1)*

< L >
lack  *(5)*
laid  *(2)*
laptop  *(1)*
large  *(1)*
largest  *(1)*
lastly  *(1)*
late  *(1)*

lay *(4)*
leading *(1)*
learn *(2)*
learned *(5)*
led *(2)*
left *(3)*
LEGAL *(7)*
lengthy *(4)*
level *(16)*
levels *(10)*
leverage *(2)*
liability *(2)*
light *(3)*
limit *(3)*
limitations *(3)*
limited *(4)*
limiting *(1)*
line *(2)*
lines *(2)*
link *(51)*
Linked *(4)*
linking *(1)*
list *(22)*
listed *(14)*
listening *(1)*
lists *(2)*
Literally *(1)*
literature *(3)*
LITIGATION *(9)*
little *(5)*
LLP *(2)*
located *(1)*
locations *(1)*
long *(11)*
longer *(10)*
look *(54)*
looked *(24)*
looking *(22)*
looks *(5)*
loss *(18)*
lost *(2)*
lot *(7)*
lots *(5)*
Louisiana *(1)*
low *(60)*
lower *(3)*
LUCY *(9)*
lunch *(2)*

< M >
Macquarie *(7)*
Macquarie's *(1)*
magnitude *(9)*
major *(1)*
majority *(6)*
Maka1 *(3)*
Maka-1 *(1)*
making *(11)*
Malini *(1)*
manage *(2)*
managing *(2)*
MANNING *(1)*
manual *(7)*
manually *(1)*
March *(18)*
marginal *(2)*
mark *(8)*
marked *(9)*
market *(136)*
Markets *(1)*
market's *(3)*
marking *(1)*
MARKS *(1)*
mass *(2)*
material *(1)*
materials *(15)*
mathematically *(1)*
matter *(16)*
matters *(18)*
McDermott *(1)*
mean *(53)*
meaning *(2)*
meaningful *(6)*
means *(11)*
meant *(2)*
measure *(1)*
measuring *(1)*
medium *(1)*
MELTZER *(1)*
members *(8)*
mention *(9)*
mentioned *(17)*
mentioning *(3)*
mentions *(4)*
merely *(1)*
merits *(1)*
message *(1)*
method *(14)*

methodology *(15)*
mindlessly *(1)*
mini *(1)*
minimized *(1)*
minimum *(1)*
minute *(1)*
minutes *(6)*
mischaracterization *(1)*
mischaracterizes *(2)*
misinformation *(5)*
mislead *(1)*
misleading *(12)*
misled *(6)*
misrepresentation *(27)*
misrepresentations *(136)*
misrepresented *(10)*
misstated *(4)*
misstatement *(15)*
misstatements *(43)*
misstates *(4)*
misstating *(1)*
mistake *(3)*
mistakes *(1)*
mix *(9)*
model *(14)*
Mohawk *(1)*
month *(3)*
months *(1)*
morning *(3)*
Motion *(2)*
move *(8)*
moved *(9)*
movement *(29)*
movements *(11)*
moves *(3)*
moving *(11)*
multi-day-event *(1)*
multiple *(6)*

< N >
name *(7)*
names *(1)*
narrow *(1)*
narrowing *(2)*
natural *(4)*
near *(2)*

NECESSARILY *(9)*
necessary *(1)*
need *(17)*
negative *(20)*
negatively *(4)*
NERA *(4)*
never *(6)*
New *(63)*
Newell *(2)*
news *(64)*
NGL *(1)*
normally *(5)*
notations *(1)*
note *(3)*
noted *(1)*
notes *(3)*
notify *(1)*
notion *(1)*
null *(26)*
Number *(11)*
numbered *(1)*
numbers *(6)*
numerically *(1)*
numerous *(1)*
Nye *(5)*
Nye's *(16)*

< O >
oath *(2)*
Object *(4)*
Objection *(11)*
objective *(4)*
observed *(1)*
obtain *(4)*
obtained *(8)*
obtaining *(2)*
Obviously *(3)*
occur *(5)*
occurred *(4)*
October *(26)*
offer *(8)*
offered *(1)*
offering *(17)*
offhand *(1)*
Officer *(1)*
offshore *(1)*
Oftentimes *(1)*
Oh *(5)*
Oil *(25)*

Deposition of Lucy P. Allen     In re Apache Corp. Securities Litigation

**Okay** *(56)*
**omission** *(3)*
**omissions** *(4)*
**omit** *(1)*
**omitted** *(3)*
**once** *(1)*
**one-day** *(1)*
**ones** *(22)*
**One's** *(1)*
**one-year** *(1)*
**open** *(3)*
**opine** *(2)*
**opined** *(2)*
**opining** *(6)*
**opinion** *(45)*
**opinions** *(33)*
**opposite** *(8)*
**Optically** *(1)*
**optics** *(1)*
**order** *(11)*
**organizational** *(1)*
**organizationally** *(1)*
**Outcome** *(1)*
**outline** *(2)*
**Outlook** *(1)*
**Overall** *(4)*
**overlap** *(1)*
**overlaps** *(2)*
**oversaw** *(2)*

**< P >**
**P.A** *(1)*
**p.m** *(8)*
**PAGE** *(24)*
**pages** *(3)*
**paid** *(2)*
**Paige** *(1)*
**paint** *(1)*
**painted** *(1)*
**pandemic** *(2)*
**paper** *(1)*
**paragraph** *(81)*
**paragraphs** *(6)*
**parenthetical** *(1)*
**Part** *(36)*
**partially** *(1)*
**particular** *(15)*
**particularly** *(15)*
**parties** *(1)*

**partly** *(3)*
**parts** *(8)*
**paying** *(1)*
**PDF** *(1)*
**peer** *(1)*
**peers** *(1)*
**pen** *(1)*
**Pennsylvania** *(1)*
**percent** *(65)*
**performed** *(1)*
**performing** *(1)*
**period** *(172)*
**periods** *(6)*
**person** *(2)*
**personally** *(3)*
**persuasive** *(2)*
**PHARR** *(1)*
**phone** *(1)*
**phrases** *(1)*
**physically** *(1)*
**picking** *(1)*
**piece** *(8)*
**pieces** *(1)*
**placed** *(1)*
**Plains** *(1)*
**Plaintiff** *(1)*
**Plaintiffs** *(110)*
**plausible** *(3)*
**play** *(11)*
**please** *(3)*
**point** *(27)*
**pointed** *(1)*
**points** *(6)*
**poor** *(2)*
**portion** *(6)*
**portions** *(3)*
**position** *(4)*
**positive** *(1)*
**possible** *(5)*
**possibly** *(2)*
**potentially** *(7)*
**power** *(22)*
**practice** *(3)*
**precisely** *(2)*
**predates** *(1)*
**predicted** *(1)*
**pre-focus** *(12)*
**preparation** *(2)*
**prepare** *(2)*

**prepared** *(1)*
**preparing** *(8)*
**preponderance** *(4)*
**PRESENT** *(1)*
**presumption** *(1)*
**pretty** *(6)*
**Preview** *(1)*
**previous** *(1)*
**previously** *(4)*
**Price** *(376)*
**prices** *(82)*
**pricing** *(2)*
**primary** *(1)*
**principle** *(3)*
**prior** *(9)*
**probabilistic** *(1)*
**probability** *(3)*
**probably** *(3)*
**problem** *(1)*
**process** *(9)*
**produce** *(1)*
**produced** *(1)*
**product** *(2)*
**production** *(41)*
**Professional** *(4)*
**professionals** *(1)*
**profitable** *(2)*
**programs** *(1)*
**project** *(2)*
**projections** *(4)*
**projects** *(1)*
**proof** *(1)*
**prospect** *(4)*
**prospects** *(1)*
**provide** *(6)*
**provided** *(2)*
**proving** *(1)*
**prudent** *(4)*
**Prussia** *(1)*
**publication** *(1)*
**publicly** *(6)*
**published** *(6)*
**purchased** *(1)*
**purpose** *(4)*
**purposes** *(8)*
**put** *(10)*
**Putting** *(3)*
**P-value** *(1)*
**p-values** *(1)*

**< Q >**
**quality** *(1)*
**quarter** *(1)*
**question** *(59)*
**questions** *(2)*
**quick** *(5)*
**quickly** *(1)*
**quite** *(8)*
**QUOTATION** *(1)*
**QUOTE** *(8)*
**quoted** *(2)*
**quotes** *(2)*
**quoting** *(1)*

**< R >**
**Radnor** *(1)*
**raise** *(1)*
**ranking** *(2)*
**rarely** *(1)*
**rates** *(1)*
**ratios** *(2)*
**RBC** *(10)*
**reached** *(5)*
**reaching** *(2)*
**react** *(6)*
**reacted** *(5)*
**reacting** *(7)*
**reaction** *(45)*
**reactions** *(2)*
**reacts** *(8)*
**read** *(19)*
**reading** *(1)*
**real** *(1)*
**really** *(14)*
**Realtime** *(1)*
**reason** *(12)*
**reasons** *(23)*
**recall** *(30)*
**received** *(1)*
**receiving** *(2)*
**Recess** *(4)*
**recognize** *(6)*
**recollection** *(18)*
**record** *(20)*
**recorded** *(1)*
**reduced** *(1)*
**reduction** *(8)*
**reductions** *(1)*

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

| | | | |
|---|---|---|---|
| refer *(2)* | represented *(1)* | R-squared *(6)* | setting *(1)* |
| Reference *(14)* | require *(1)* | rules *(1)* | seven *(1)* |
| referenced *(8)* | requirements *(1)* | run *(2)* | sever *(1)* |
| referencing *(1)* | research *(1)* | running *(1)* | severing *(2)* |
| referred *(4)* | researcher *(1)* | runs *(1)* | Share *(3)* |
| referring *(14)* | reserve *(1)* | RUSSO *(66)* | shares *(3)* |
| refers *(5)* | reserves *(8)* | | short *(3)* |
| REFLECT *(1)* | residual *(21)* | < S > | shortcut *(1)* |
| reflected *(4)* | Resignation *(25)* | S&P *(1)* | shorten *(2)* |
| reflecting *(1)* | resigning *(2)* | SARA *(1)* | show *(17)* |
| reflects *(1)* | resigns *(2)* | saw *(2)* | showing *(4)* |
| refrain *(1)* | resource *(7)* | SAXENA *(1)* | shown *(1)* |
| refresh *(1)* | resources *(1)* | saying *(55)* | shows *(8)* |
| regard *(1)* | respect *(6)* | says *(56)* | Shroti *(1)* |
| regarding *(5)* | respond *(1)* | scenario *(1)* | side *(1)* |
| regardless *(3)* | response *(15)* | scenarios *(1)* | sidebar *(1)* |
| region *(1)* | responsibilities *(2)* | scientific *(2)* | signature *(2)* |
| Registered *(2)* | responsive *(2)* | scope *(1)* | signed *(1)* |
| regression *(5)* | restate *(1)* | scratch *(1)* | significance *(26)* |
| reject *(6)* | restrictions *(1)* | screen *(1)* | significant *(53)* |
| rejected *(1)* | restroom *(1)* | scroll *(1)* | significantly *(3)* |
| rejecting *(2)* | Result *(6)* | sdileo@saxenawhite.co | signing *(1)* |
| Related *(23)* | results *(11)* | m *(1)* | similar *(7)* |
| relationship *(3)* | retained *(6)* | search *(21)* | Similarly *(1)* |
| relative *(18)* | return *(23)* | searched *(9)* | simpler *(2)* |
| release *(1)* | returned *(1)* | searches *(3)* | simply *(1)* |
| relevance *(3)* | returns *(16)* | searching *(2)* | single *(3)* |
| relevant *(40)* | Reuters *(3)* | SEC *(4)* | sit *(8)* |
| reliance *(6)* | reveal *(2)* | second *(26)* | situation *(4)* |
| relied *(3)* | revealed *(5)* | section *(20)* | situations *(2)* |
| rely *(1)* | revenue *(1)* | sections *(4)* | skills *(1)* |
| relying *(2)* | review *(27)* | SECURITIES *(28)* | slight *(1)* |
| remainder *(1)* | reviewed *(20)* | security *(1)* | small *(3)* |
| remember *(1)* | reviewing *(10)* | see *(77)* | software *(2)* |
| remembering *(1)* | rich *(5)* | seeing *(6)* | sold *(1)* |
| REMOTE *(3)* | RICHARD *(1)* | Seeking *(32)* | solely *(1)* |
| repeat *(3)* | Rick *(6)* | seen *(6)* | somewhat *(2)* |
| repeated *(4)* | right *(258)* | Select *(1)* | sorry *(19)* |
| repeating *(1)* | ringing *(1)* | sell *(4)* | sort *(16)* |
| rephrase *(1)* | Risk *(2)* | senior *(4)* | sound *(2)* |
| Report *(198)* | risks *(1)* | sense *(12)* | sounds *(2)* |
| reported *(7)* | Road *(1)* | sentence *(23)* | source *(1)* |
| Reporter *(6)* | role *(2)* | separate *(1)* | sources *(1)* |
| Reporting *(4)* | room *(2)* | separately *(2)* | SOUTHERN *(2)* |
| reports *(49)* | rough *(2)* | September *(14)* | speak *(3)* |
| report's *(1)* | roughly *(2)* | served *(2)* | specialist *(1)* |
| repository *(2)* | row *(1)* | serving *(2)* | specific *(21)* |
| represent *(1)* | RPR *(1)* | set *(4)* | specifically *(9)* |
| representations *(1)* | rrusso@ktmc.com *(1)* | sets *(1)* | specifics *(1)* |

Deposition of Lucy P. Allen

In re Apache Corp. Securities Litigation

| | | | |
|---|---|---|---|
| **speculation**  *(10)* | **subsection**  *(2)* | **terms**  *(10)* | **trial**  *(3)* |
| **spend**  *(1)* | **subset**  *(1)* | **test**  *(44)* | **tried**  *(5)* |
| **spent**  *(1)* | **substantially**  *(4)* | **tested**  *(8)* | **true**  *(20)* |
| **spike**  *(1)* | **suffer**  *(1)* | **testified**  *(4)* | **Truist**  *(3)* |
| **spiked**  *(2)* | **suffered**  *(1)* | **testifying**  *(2)* | **truth**  *(4)* |
| **spot**  *(1)* | **suggest**  *(1)* | **testimony**  *(15)* | **truthful**  *(1)* |
| **stage**  *(2)* | **suggesting**  *(1)* | **testing**  *(24)* | **try**  *(11)* |
| **stand**  *(2)* | **Suite**  *(1)* | **tests**  *(5)* | **trying**  *(4)* |
| **standard**  *(12)* | **summarize**  *(2)* | **TEXAS**  *(4)* | **t-stat**  *(1)* |
| **start**  *(6)* | **summarized**  *(5)* | **text**  *(3)* | **turn**  *(18)* |
| **started**  *(2)* | **summarizes**  *(5)* | **Thank**  *(6)* | **turnaround**  *(1)* |
| **starts**  *(6)* | **summary**  *(7)* | **Thanks**  *(1)* | **turned**  *(1)* |
| **state**  *(4)* | **SunTrust**  *(3)* | **theory**  *(1)* | **turnover**  *(2)* |
| **stated**  *(4)* | **supervision**  *(2)* | **thickness**  *(1)* | **turns**  *(1)* |
| **statement**  *(16)* | **support**  *(6)* | **thing**  *(15)* | **twice**  *(1)* |
| **statements**  *(17)* | **supportive**  *(1)* | **things**  *(24)* | **two**  *(22)* |
| **STATES**  *(2)* | **Supreme**  *(1)* | **think**  *(167)* | **type**  *(5)* |
| **stating**  *(1)* | **sure**  *(27)* | **thinking**  *(1)* | **types**  *(1)* |
| **statistic**  *(1)* | **Surely**  *(1)* | **third**  *(2)* | **typical**  *(2)* |
| **statistical**  *(36)* | **Suriname**  *(37)* | **thought**  *(6)* | **typically**  *(10)* |
| **statistically**  *(46)* | **surprise**  *(17)* | **three**  *(27)* | **typographical**  *(1)* |
| **Statistics**  *(8)* | **surprised**  *(11)* | **three-month**  *(1)* | **typos**  *(2)* |
| **stenographic**  *(1)* | **Susquehanna**  *(8)* | **threshold**  *(2)* | |
| **step**  *(1)* | **SVP**  *(1)* | **tie**  *(1)* | **< U >** |
| **Stephens**  *(6)* | **swear**  *(1)* | **time**  *(59)* | **unable**  *(1)* |
| **steps**  *(3)* | **sworn**  *(2)* | **times**  *(7)* | **underlined**  *(1)* |
| **Sterling**  *(1)* | **system**  *(1)* | **timing**  *(6)* | **Underneath**  *(1)* |
| **Steven**  *(4)* | | **title**  *(3)* | **underperformed**  *(1)* |
| **Stock**  *(197)* | **< T >** | **titled**  *(1)* | **understand**  *(34)* |
| **stop**  *(3)* | **Tab**  *(10)* | **today**  *(14)* | **understanding**  *(28)* |
| **stopping**  *(2)* | **tables**  *(2)* | **Today's**  *(1)* | **understood**  *(9)* |
| **Stories**  *(19)* | **take**  *(11)* | **told**  *(2)* | **undertake**  *(1)* |
| **story**  *(8)* | **taken**  *(8)* | **top**  *(8)* | **unexpected**  *(2)* |
| **straightforward**  *(1)* | **takes**  *(1)* | **TOPAZ**  *(2)* | **UNITED**  *(2)* |
| **Street**  *(2)* | **talk**  *(14)* | **topic**  *(1)* | **unnecessary**  *(5)* |
| **Strike**  *(9)* | **talked**  *(3)* | **topical**  *(1)* | **unprofitable**  *(4)* |
| **strong**  *(6)* | **talking**  *(19)* | **topically**  *(3)* | **unrelated**  *(5)* |
| **structure**  *(1)* | **target**  *(4)* | **topics**  *(2)* | **unusual**  *(8)* |
| **struggled**  *(1)* | **targeted**  *(1)* | **torts**  *(2)* | **Upcoming**  *(2)* |
| **STUCKER**  *(1)* | **targets**  *(4)* | **total**  *(4)* | **update**  *(4)* |
| **studied**  *(1)* | **Tatiana**  *(1)* | **touted**  *(3)* | **updated**  *(1)* |
| **studies**  *(3)* | **team**  *(25)* | **touting**  *(1)* | **updates**  *(1)* |
| **study**  *(57)* | **technical**  *(1)* | **track**  *(2)* | **updating**  *(2)* |
| **stuff**  *(1)* | **TECHNICIAN**  *(1)* | **tracking**  *(1)* | **use**  *(20)* |
| **subheading**  *(4)* | **tell**  *(6)* | **traded**  *(1)* | **uses**  *(3)* |
| **subject**  *(1)* | **tells**  *(2)* | **trading**  *(6)* | |
| **submitted**  *(6)* | **ten**  *(1)* | **transcript**  *(3)* | **< V >** |
| **submitting**  *(2)* | **tend**  *(3)* | **transformational**  *(2)* | **valid**  *(1)* |
| **Subscribed**  *(1)* | **term**  *(9)* | **tremendous**  *(1)* | **valuable**  *(4)* |

Deposition of Lucy P. Allen · · · · · · · · · · · · · · · · · · · · · · · · In re Apache Corp. Securities Litigation

**valuation**  *(8)*
**valuations**  *(1)*
**value**  *(16)*
**valuing**  *(1)*
**Varada**  *(1)*
**various**  *(6)*
**verbally**  *(1)*
**version**  *(1)*
**versus**  *(2)*
**veteran**  *(2)*
**viable**  *(4)*
**VIDEO**  *(6)*
**VIDEOGRAPHER**
  *(13)*
**view**  *(17)*
**viewed**  *(2)*
**views**  *(9)*
**virtually**  *(1)*
**VIX**  *(3)*
**volatile**  *(3)*
**volatility**  *(24)*
**volume**  *(1)*
**voluminous**  *(1)*
**Vows**  *(1)*

**< W >**
**Waha**  *(2)*
**wait**  *(5)*
**walk**  *(1)*
**want**  *(16)*
**wanted**  *(2)*
**way**  *(27)*
**ways**  *(3)*
**weak**  *(2)*
**Weakness**  *(4)*
**week**  *(3)*
**Well**  *(48)*
**well-covered**  *(1)*
**well-established**  *(1)*
**went**  *(6)*
**we're**  *(21)*
**West**  *(1)*
**wet**  *(21)*
**we've**  *(2)*
**WHITE**  *(2)*
**WHITMAN**  *(1)*
**widely**  *(1)*
**widgets**  *(3)*
**Williams**  *(4)*

**window**  *(3)*
**windows**  *(1)*
**WITNESS**  *(13)*
**word**  *(6)*
**worded**  *(1)*
**work**  *(7)*
**worked**  *(2)*
**working**  *(1)*
**world**  *(10)*
**Wow**  *(1)*
**writing**  *(1)*
**written**  *(4)*

**< Y >**
**Yeah**  *(57)*
**year**  *(13)*
**years**  *(5)*
**year's**  *(1)*
**yep**  *(4)*
**yields**  *(1)*
**York**  *(4)*

**< Z >**
**zero**  *(6)*
**Zillow**  *(1)*
**Zoom**  *(2)*