## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575 |
|  | District Judge George C. Hanks, Jr. |
|  | Magistrate Judge Andrew M. Edison |

## DEFENDANTS' SUBMISSION OF ADDITIONAL EXHIBIT USED AT CLASS CERTIFICATION HEARING

Pursuant to the Court's directive at the December 6, 2023 class certification hearing, Defendants Apache Corporation, John J. Christmann, IV, Timothy J. Sullivan, and Stephen J. Riney ("Defendants") hereby file with the Court the document marked Exhibit 74, which was used and offered during Defendants' cross-examination of Lead Plaintiffs' expert, Dr. Nye.

Dated:  December 6, 2023      Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ David D. Sterling*
    David D. Sterling
    Attorney-In-Charge
    State Bar No. 19170000
    Federal I.D. No. 07079
    Amy Pharr Hefley
    State Bar No. 24046046
    J. Mark Little
    State Bar No. 24078869
    Federal I.D. No 1487508
    Anthony J. Lucisano
    State Bar No. 24102118
    Federal I.D. No. 3369146
    Frank Mace
    State Bar No. 24110609
    Federal I.D. No. 3385915
    910 Louisiana Street
    Houston, Texas 77002
    (713) 229-1946
    (713) 229-7946 (Fax)
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com
    mark.little@bakerbotts.com
    anthony.lucisano@bakerbotts.com
    frank.mace@bakerbotts.com

    John B. Lawrence
    Texas Bar No. 24055825
    S.D. Tex. No. 3124414
    2001 Ross Avenue, Suite 900
    Dallas, Texas 75201
    (214) 953-6873
    (214) 661-4873 (Fax)
    john.lawrence@bakerbotts.com

    ATTORNEYS FOR DEFENDANTS APACHE
    CORPORATION, JOHN J. CHRISTMANN IV,
    TIMOTHY J. SULLIVAN, AND STEPHEN J.
    RINEY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via ECF on all counsel of record on this 6th day of December, 2023.

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley