
# EXHIBIT 74

| | |
|---|---|
| **From:** | Clark, Gary </O=APACHECORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CLARK, GARYF7A> |
| **To:** | Andy Yang |
| **CC:** | Cassidy, Patrick |
| **Sent:** | 4/18/2019 1:12:19 PM |
| **Subject:** | Re: [EXTERNAL] FYI Alpine High |

Thanks Andy - always appreciate the feedback - we will make our case!

Sent from my iPhone

On Apr 18, 2019, at 10:28 AM, Andy Yang <andy.yang@holoceneadvisors.com> wrote:

Hi Gary and Patrick:

Just a heads up. I'm hearing more chatter in the investment community about Alpine High gas shut-in risk. It may be helpful to frame to market thought process on Alpine High shut-in during the call. The fact that you guys are not producing significant amounts of NGLs/condensates yet, it economically makes sense sometimes to shut in...once GCX comes online or once you are producing more NGLs/condensate, it likely does not make sense to shut in. Something to that explanation can assuage market fears (though I get big picture is Suriname...and maybe Egypt upside).

We are shareholders, just to frame reasoning. Stock +2% over past month vs HES/DVN/EG/NBL +10% to +12%...partially on M&A euphoria but in our opinion, possibly due to guys short term trading on Alpine High shut-in, shorting on it from what I hear. As long as Alpine High does not impact your PER Oil growth trajectory, that is probably most important for US Resource (not sure how you would guide on 2Q to be clear on that point...but would be helpful). Thanks.

Hope you both have a pleasant Good Friday tomorrow/weekend ahead.

Regards,
Andy

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Any views or opinions presented are solely those of the author and do not necessarily represent those of Holocene Advisors, LP or its affiliates. If you are not the intended recipient, please immediately notify the sender by replying to this email and destroy all copies of the original message and any attachments.

WARNING EXTERNAL EMAIL: This email is from an external source. Do not click links or open attachments without positive sender verification of purpose. Never enter Username, Password or sensitive information on linked pages from this email. If you are unsure about the message, please contact the Apache IT ServiceDesk for assistance.