

NEW YORK
110 East 59th Street, Suite 3200
New York, New York 10022

HOUSTON
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002

713 860 1600  telephone
713 860 1699  facsimile
www.ajamie.com

Thomas R. Ajamie
tajamie@ajamie.com

December 8, 2023

**VIA ECF**

U.S. Magistrate Judge Andrew M. Edison
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, TX 77550

      RE:    <u>*In re Apache Corp. Sec. Litig.*</u>**, No. 4:21-cv-00575 (S.D. Tex.)**

Dear Judge Edison:

      We write on behalf of Lead Plaintiffs, Plymouth County Retirement Association and the Trustees of the Teamsters Union No. 142 Pension Fund ("Lead Plaintiffs").  In response to Your Honor's request at the conclusion of the December 6, 2023 hearing on class certification, Lead Plaintiffs herein identify cases in which a court certified a class proceeding under the fraud-on-the-market theory of reliance where the price response of an alleged corrective disclosure was measured over a multiple-day period.

      The cases below include corrective disclosure event windows of three or more days.

1. *In re Grupo Televisa Sec. Litig.*, 2020 WL 3050550, at *5 (S.D.N.Y. June 8, 2020) (accepting a four-day corrective disclosure event window, but denying class certification due to inadequate class representative); 2020 WL 5521544, at *1 (S.D.N.Y. June 29, 2020) (certifying proposed class and appointing class representative); 2022 WL 2829253, at *1-3 (S.D.N.Y. July 20, 2022) (clarifying class period for certified class);

2. *In re Twitter, Inc. Sec. Litig.*, 2020 WL 4187915, at *17-18 (N.D. Cal. Apr. 17, 2020), *order clarified*, 2020 WL 2519890 (N.D. Cal. May 18, 2020) (denying motion for summary judgment in previously-certified class action, which included a four-day corrective disclosure event window); *see also In re Twitter Inc. Sec. Litig.*, 326 F.R.D. 619, 622 (N.D. Cal. July 17, 2018) (prior order certifying class);

3. *Sjunde AP-Fonden v. Gen. Elec. Co.*, 2023 WL 6314939, at *16 (S.D.N.Y. Sept. 28, 2023) (denying motion to exclude in previously-certified class action, and accepting a three-day corrective disclosure event window); *see also Sjunde AP-Fonden v. Gen. Elec. Co.* 341 F.R.D. 542, 549 (S.D.N.Y. 2022) (certifying class);

4. *Allegheny Cnty. Employees' Ret. Sys. v. Energy Transfer LP*, 623 F. Supp. 3d 470, 485-86, 494-505 (E.D. Pa. 2022) (granting class certification in case with three-day corrective disclosure event windows);

5. *In re Merck & Co., Inc., Vytorin/Zetia Sec. Litig.*, 2012 WL 4482041, at *1, *9 (D.N.J. Sept. 25, 2012) (granting class certification in case with a three-day corrective disclosure event window);

6. *In re Vivendi Universal, S.A., Sec. Litig.*, 634 F. Supp. 2d 352, 358, 372 (S.D.N.Y. 2009) (denying defendants' motion for summary judgment in previously-certified class action with a three-day corrective disclosure event window); 242 F.R.D. 76, 109 (S.D.N.Y. 2007) (certifying class), *aff'd sub nom. In re Vivendi, S.A. Sec. Litig.*, 838 F.3d 223 (2d Cir. 2016).

Respectfully submitted,

**AJAMIE LLP**

*s/ Thomas R. Ajamie*
Thomas R. Ajamie, Attorney-in-Charge
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiffs*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)

U.S. Magistrate Judge Andrew M. Edison
Page 3

          Joshua E. D'Ancona (admitted *pro hac vice*)
          Richard A. Russo, Jr. (admitted *pro hac vice*)
          Evan R. Hoey (admitted *pro hac vice*)
          Austin W. Manning (admitted *pro hac vice*)
          280 King of Prussia Road
          Radnor, PA 19087
          Telephone: (610) 667-7706
          Facsimile: (610) 667-7056
          gcastaldo@ktmc.com
          jwhitman@ktmc.com
          jdancona@ktmc.com
          rrusso@ktmc.com
          ehoey@ktmc.com
          amanning@ktmc.com

          **SAXENA WHITE P.A.**
          David R. Kaplan (admitted *pro hac vice*)
          Wolfram T. Worms (admitted *pro hac vice*)
          505 Lomas Santa Fe Drive, Suite 180
          Solana Beach, CA 92075
          Telephone: (858) 997-0860
          Facsimile: (858) 369-0096
          dkaplan@saxenawhite.com
          wworms@saxenawhite.com

          -and-

          Steven B. Singer (*pro hac vice* forthcoming)
          Joshua H. Saltzman (admitted *pro hac vice*)
          Sara DiLeo (admitted *pro hac vice*)
          10 Bank Street, 8th Floor
          White Plains, NY 10606
          Telephone: (914) 437-8551
          Facsimile: (888) 631-3611
          ssinger@saxenawhite.com
          jsaltzman@saxenawhite.com
          sdileo@saxenawhite.com

          -and-

          Maya Saxena (*pro hac vice* forthcoming)
          Joseph E. White, III (*pro hac vice* forthcoming)
          Lester R. Hooker (*pro hac vice* forthcoming)
          7777 Glades Road, Suite 300
          Boca Raton, FL 33434

U.S. Magistrate Judge Andrew M. Edison
Page 4

        Telephone: (561) 394-3399
        Facsimile: (561) 394-3382
        msaxena@saxenawhite.com
        jwhite@saxenawhite.com
        lhooker@saxenawhite.com

        *Co- Lead Counsel for Lead Plaintiffs*

        **DANIELS & TREDENNICK PLLC**
        Douglas A. Daniels
        Texas State Bar No. 00793579
        6363 Woodway, Suite 700
        Houston, TX 77057
        Telephone: (713) 917-0024
        Facsimile: (713) 917-0026
        Doug.Daniels@DTLawyers.com

        *Additional Counsel for Lead Plaintiffs*

cc:  All Counsel of Record