**BAKER BOTTS** L.L.P.

910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
**HOUSTON**
LONDON

NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

March 8, 2024

**VIA ECF AND EMAIL**

Amy Pharr Hefley
TEL +1 713.229.1270
FAX +1 713.229.2770
amy.hefley@bakerbotts.com

Hon. George C. Hanks, Jr.
United States District Judge
United States District Court
Southern District of Texas
515 Rusk Street, Room 6202
Houston, Texas 77002

Hon. Andrew M. Edison
United States Magistrate Judge
United States District Court
Southern District of Texas
601 Rosenberg, Seventh Floor
Galveston, Texas 77550

      Re: No. 4:21-cv-00575, *In re Apache Corp. Securities Litigation*

Dear Judge Hanks and Judge Edison:

      In light of Plaintiffs' pending objections to Judge Edison's February 9, 2024 Memorandum and Recommendation ("M&R"), the parties believe it prudent to inform the Court that the parties have agreed to settle this matter. We anticipate finalizing and executing a Settlement Term Sheet setting forth all the material terms associated with the resolution of this action next week. We stand ready to answer any questions from the Court.

      Respectfully submitted,

      */s/ Amy Pharr Hefley*
      Amy Pharr Hefley

cc:    Counsel of Record *(via ECF)*

111305585