# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison<br><br><u>CLASS ACTION</u> |

## DECLARATION OF THOMAS R. AJAMIE IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS

I, Thomas R. Ajamie, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the State Bar of Texas and am admitted to practice before this Court. I am Managing Partner of the law firm Ajamie LLP. I submit this Declaration in support of Lead Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Notice to the Settlement Class.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated May 7, 2024 ("Stipulation"), and the following exhibits to the Stipulation:

    Exhibit A:    [Proposed] Order Preliminarily Approving Settlement and Providing for Notice

    Exhibit A-1:  Postcard Notice

> Exhibit A-2:   Notice of: (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses
>
> Exhibit A-3:   Summary Notice of: (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion or Attorneys' Fees and Litigation Expenses
>
> Exhibit A-4:   Proof of Claim and Release Form
>
> Exhibit B:   [Proposed] Final Judgment and Order of Dismissal

3. Attached hereto as Exhibit 2 is a true and correct copy of the resume of A.B. Data, Ltd.'s Class Action Administration Company. In connection with their motion, Lead Plaintiffs have requested that the Court approve A.B. Data, Ltd.'s retention as the Claims Administrator for the Settlement.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 8th day of May, 2024

*s/ Thomas R. Ajamie*
Thomas R. Ajamie

8803909.v2