UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Plymouth County Retirement Association, et al. | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-cv-00575 |
| Apache Corporation, et al. | § § § | |
| Defendant. | § § § | |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| | |
|---|---|
| Apache Corporation  *[signature]* | Timothy J. Sullivan  *[signature]* |
| APA Corporation  *[signature]* | Stephen J. Riney  *[signature]* |
| John J. Christmann IV  *[signature]* | |

**ORDER TO TRANSFER**

It is **ORDERED** that this matter is transferred to United States Magistrate Judge Andrew M. Edison to conduct all further proceedings, including final judgment.

Date: _____          _____
George C. Hanks, Jr.
United States District Judge