UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Plymouth County Retirement Association et al. | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. __4:21-cv-00575__ |
| | § | |
| Apache Corporation, et al. | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

Plymouth County Retirement Association
_____

Trustees of the Teamsters Union No. 142
Pension Fund
_____

_____

**ORDER TO TRANSFER**

It is **ORDERED** that this matter is transferred to United States Magistrate Judge Andrew M. Edison to conduct all further proceedings, including final judgment.

Date: _____

_____
George C. Hanks, Jr.
United States District Judge