United States District Court
Southern District of Texas

**ENTERED**

September 11, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Plymouth County Retirement Association
et al.

§
§
Plaintiff, §
VS. §  CIVIL ACTION NO. _4:21-cv-00575_
§
Apache Corporation, et al. §
§
Defendant. §
§

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

Plymouth County Retirement Association

Trustees of the Teamsters Union No. 142
Pension Fund

## ORDER TO TRANSFER

It is **ORDERED** that this matter is transferred to United States Magistrate Judge Andrew M. Edison to conduct all further proceedings, including final judgment.

Date: _September 11, 2024_

George C. Hanks, Jr.
United States District Judge