United States District Court
Southern District of Texas
**ENTERED**
September 11, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | § § § § § § | CIVIL ACTION NO. 4:21-cv-00575 |

## ORDER

A class action settlement hearing in this case is scheduled for Thursday, September 19, 2024, at 10 am in Courtroom 8B at the Bob Casey United States Courthouse at 515 Rusk St, Houston, TX 77002.

At a recent status conference, I explained to the parties that I will be unable to fully participate in the September 19, 2024 hearing because my wife will be undergoing surgery that day. I will be at the hospital with her. I asked the parties for their thoughts on how we should proceed, and the parties have jointly offered a proposal (*see* Dkt. 169), which I will accept in large part, with slight modifications.

First, the final approval hearing will proceed as planned at 10 am sharp on September 19, 2024, in Courtroom 8B. Those who want to appear live may do so. There will be a Zoom link set up for all those who would rather participate remotely. The Zoom link will be:

https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09.

I will join the hearing remotely to determine if anyone present wants to be heard regarding objections to the settlement.

If an objector does appear on September 19, 2024, I will continue the hearing until 2 pm on September 26, 2024. If needed, the September 26, 2024 hearing will occur remotely, utilizing the same Zoom link as provided above. If no objector appears at the September 19, 2024 hearing, I will simply thank the parties

for their submissions and then take the matter under advisement. My goal will be to issue a written order promptly.

SIGNED this 11th day of September 2024.

                                    ANDREW M. EDISON
                          UNITED STATES MAGISTRATE JUDGE