# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison |

## PROOF OF SERVICE OF NOTICE
## OF SETTLEMENT UNDER CLASS ACTION FAIRNESS ACT

Defendants Apache Corporation ("Apache"), John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney, pursuant to this Court's Order Preliminarily Approving Settlements and Providing for Notice (the "Order") (Dkt. 163) and through their respective undersigned counsel, submit this Proof of Service of Notice of Settlement Under Class Action Fairness Act, and state as follows:

1. On May 13, 2024, the Court entered the Order and required Defendants to submit "proof by affidavit or declaration" of compliance with the notice requirements of the Class Action Fairness Act (the "Act"). *See* 28 U.S.C. § 1715.

2. Pursuant to the Court's Order, the Declaration of Amy Hefley is attached as Exhibit 1. Ms. Hefley's Declaration confirms that on May 14, 2024, the appropriate federal and state government officials were sent notice of the settlement of this action as required by the Act.

Dated: September 16, 2024  Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ David D. Sterling*
    David D. Sterling
    Attorney-In-Charge
    State Bar No. 19170000
    Federal I.D. No. 07079
    Amy Pharr Hefley
    State Bar No. 24046046
    J. Mark Little
    State Bar No. 24078869
    Federal I.D. No 1487508
    Anthony J. Lucisano
    State Bar No. 24102118
    Federal I.D. No. 3369146
    Frank Mace
    State Bar No. 24110609
    Federal I.D. No. 3385915
    910 Louisiana Street
    Houston, Texas 77002
    (713) 229-1946
    (713) 229-7946 (Fax)
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com
    mark.little@bakerbotts.com
    anthony.lucisano@bakerbotts.com
    frank.mace@bakerbotts.com

    John B. Lawrence
    Texas Bar No. 24055825
    S.D. Tex. No. 3124414
    2001 Ross Avenue, Suite 900
    Dallas, Texas 75201
    (214) 953-6873
    (214) 661-4873 (Fax)
    john.lawrence@bakerbotts.com

ATTORNEYS FOR DEFENDANTS APACHE CORPORATION, JOHN J. CHRISTMANN IV,

T<small>IMOTHY</small> J. S<small>ULLIVAN</small>, <small>AND</small> S<small>TEPHEN</small> J. R<small>INEY</small>

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document was served via ECF on all counsel of record on this 16th day of September, 2024.

                                              */s/ Amy Pharr Hefley*
                                              Amy Pharr Hefley

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APACHE CORP. SECURITIES LITIGATION | Civil Action No. 4:21-cv-00575<br><br>District Judge George C. Hanks, Jr.<br><br>Magistrate Judge Andrew M. Edison |

## DECLARATION OF AMY HEFLEY

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Baker Botts L.L.P., which is counsel of record for Defendants Apache Corporation ("Apache"), John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney in the above-styled cause of action. I am a member in good standing of the State Bar of Texas.

2. I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3. On May 14, 2024, Baker Botts sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed by certified mail to 57 officials, including to the Attorney General of the United States and the Attorneys General for each of the 50 states, the District of Columbia and the U.S. Territories. The CAFA Notice Service List is attached hereto as **Attachment 1**.

4. The materials sent to the Attorneys General included a cover letter which provided notice of the proposed settlement of the above-captioned case. The cover letter sent to the Attorney General of the United States is attached hereto as **Attachment 2**.

5. The cover letter was accompanied by a CD, which included the following:

   a. The live complaint, which is the Consolidated Amended Complaint for Violation of Federal Securities Law, with exhibits (filed December 17, 2021), and all prior complaints filed in this matter: the Original Complaint for Violation of the Federal Securities Laws (filed February 23, 2021).

   b. The parties' Stipulation and Agreement of Settlement, a proposed Order Preliminarily Approving Settlement and Providing for Notice, a Postcard Notice, a Notice of Proposed Settlement of Class Action, a Summary Notice, a Proof of Claim and Release, a proposed Order and Final Judgment, and the Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Notice to the Settlement Class, and Supporting Memorandum of Law (all filed May 8, 2024).

   c. The Court's May 13, 2024 Order Preliminarily Approving for Settlement and Providing for Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2023.

Amy Pharr Hefley

# ATTACHMENT 1

CAFA NOTICE SERVICE LIST
USPS CERTIFIED MAIL

| Attorney General | Full Name | Address |
| --- | --- | --- |
| United States | Merrick B. Garland | 950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Alabama | Steven T. Marshall | 501 Washington Ave.<br>Montgomery, Alabama 36104 |
| Alaska | Treg Taylor | 1031 W. 4th Ave., Suite 200<br>Anchorage, Alaska 99501 |
| Arizona | Kristin Kay Mayes | 400 W Congress Street, Suite S315<br>Tucson, AZ 85701 |
| Arkansas | John Timothy Griffin | 323 Center St., Suite 200<br>Little Rock, Arkansas 72201 |
| California | Robert Andres Bronta | 1300 I Street<br>Sacramento, California 95814-2919 |
| Colorado | Philip J. Weiser | 1300 Broadway, 10th Floor<br>Denver, Colorado 80203 |
| Connecticut | William M. Tong | 165 Capitol Ave., Ste. 3000<br>Hartford, CT 06106 |
| Delaware | Kathleen Jennings | 820 N. French Street<br>Wilmington, DE 19801 |
| Florida | Ashley B. Moody | The Capitol PL-01<br>Tallahassee, Florida 32399-1050 |
| Georgia | Christopher M. Carr | 40 Capitol Square, SW<br>Atlanta, Georgia 30334 |
| Hawaii | Anne E. Lopez | 425 Queen St.<br>Honolulu, Hawaii 96813 |
| Idaho | Raúl Labrador | 700 W. Jefferson St., Suite 210<br>Boise, Idaho 83720-0010 |
| Illinois | Kwame Raoul | 200 S Wyman St. Ste. 307<br>Rockford, IL 61101 |
| Indiana | Todd E. Rokita | 302 W. Washington St., 5th Floor<br>Indianapolis, Indiana 46204 |
| Iowa | Brenna Bird | 1305 E. Walnut St.<br>Des Moines, Iowa 50319 |
| Kansas | Kris W. Kobach | 120 SW 10th Ave., 2nd Floor<br>Topeka, Kansas 66612 |
| Kentucky | Russell Coleman | 700 Capitol Ave., Suite 118<br>Frankfort, Kentucky 40601-3449 |
| Louisiana | Elizabeth Murrill | 1885 N. Third St.<br>Baton Rouge, Louisiana 70802 |

| Attorney General | Full Name | Address |
|---|---|---|
| Maine | Aaron M. Frey | 6 State House Station<br>Augusta, Maine 04333 |
| Maryland | Anthony G. Brown | 200 St. Paul Place<br>Baltimore, Maryland 21202 |
| Massachusetts | Andrea J. Campbell | One Ashburton Place, 20th Floor<br>Boston, Massachusetts 02108-1518 |
| Michigan | Dana Nessel | 525 W. Ottawa St., 7th Floor<br>Lansing, Michigan 48909 |
| Minnesota | Keith M. Ellison | 445 Minnesota St., Suite 1400<br>St. Paul, Minnesota 55101-2131 |
| Mississippi | Lynn Fitch | 550 High St., Suite 1200<br>Jackson, Mississippi 39201 |
| Missouri | Andrew Bailey | 207 W. High St.<br>Jefferon City, Missouri 65102 |
| Montana | Austin M. Knudsen | 215 N. Sanders, 3rd Floor<br>Helena, Montana 59620-1401 |
| Nebraska | Mike Hilgers | 2115 State Capitol<br>Lincoln, Nebraska 68509 |
| Nevada | Aaron D. Ford | 100 N. Carson St.<br>Carson City, Nevada 89701 |
| New Hampshire* | John M. Formella | 33 Capitol St.<br>Concord, New Hampshire 03301 |
| New Jersey | Matt Platkin | 8th Floor, West Wing 25 Market Street<br>Trenton, New Jersey 08625-0080 |
| New Mexico | Raul Torrez | 408 Galisteo St.<br>Santa Fe, New Mexico 87501 |
| New York | Letitia James | The Capitol<br>Albany, New York 12224-0341 |
| North Carolina | Joshua H. Stein | 114 W. Edenton St.<br>Raleigh, North Carolina 27603 |
| North Dakota | Drew H. Wrigley | 600 E. Boulevard Ave., Dept. 125<br>Bismarck, North Dakota 58505-0040 |
| Ohio | David A. Yost | 30 E. Broad St., 14th Floor<br>Columbus, Ohio 43215 |
| Oklahoma | Gentner F. Drummond | 313 NE 21st St.<br>Oklahoma City, Oklahoma 73105 |
| Oregon | Ellen F. Rosenblum | 1162 Court Street NE<br>Salem, Oregon 97301-4096 |
| Pennsylvania | Michelle A. Henry | 16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |

| Attorney General | Full Name | Address |
|---|---|---|
| Rhode Island | Peter F. Neronha | 150 S. Main St.<br>Providence, Rhode Island 02903 |
| South Carolina | Alan M. Wilson | 1000 Assembly St., Room 519<br>Columbia, South Carolina 29201 |
| South Dakota | Martin J. Jackley | 1302 E. Highway 14, Suite 1<br>Pierre, South Dakota 57501-8501 |
| Tennessee | Jonathan T. Skrmetti | P.O. Box 20207<br>Nashville, Tennessee 37202-0207 |
| Texas | Warren Kenneth Paxton, Jr. | P.O. Box 12548<br>Austin, Texas 78711-2548 |
| Utah | Sean David Reyes | 350 N. State St., Suite 230<br>Salt Lake City, Utah 84114-2320 |
| Vermont | Charity Rae Clark | 109 State Street<br>Montpelier, Vermont 05609-1001 |
| Virginia | Jason S. Miyares | 202 N. Ninth St.<br>Richmond, Virginia 23219 |
| Washington | Robert W. Ferguson | 1125 Washington St. SE<br>Olympia, Washington 98504-0100 |
| West Virginia | Patrick J. Morrissey | Building 1, Room E-26<br>Charleston, West Virginia 25305 |
| Wisconsin | Joshua L. Kaul | P.O. Box 7857<br>Madison, Wisconsin 53707-7857 |
| Wyoming | Bridget Hill | 109 State Capitol<br>Cheyenne, WY 82002 |
| Puerto Rico | Domingo Emanuelli Hernández | P.O. Box 902192<br>San Juan, Puerto Rico 00902-0192 |
| District of Columbia* | Brian L. Schwalb | 441 4th St., N.W.<br>Washington, District of Columbia 20001 |
| Guam | Douglas Moylan | 590 S. Marine Corps Drive<br>Tamuning, Guam 96913 |
| U.S.V.I. | Ian Clement (acting) | 3438 Kronprindsens Gade<br>St. Thomas, U.S. Virgin Islands 00802 |
| American Samoa | Fainu'ulelei Alailima-Utu | Executive Office Building, 3rd Floor, P.O. Box 7<br>Utulei, American Samoa 96799 |
| Northern Mariana Islands | Edward Manibusan | Caller Box 10007<br>Saipan, Northern Mariana Islands 96950 |

# ATTACHMENT 2

**BAKER BOTTS** LLP

| | | |
|---|---|---|
| 910 LOUISIANA | AUSTIN | NEW YORK |
| HOUSTON, TEXAS | BRUSSELS | PALO ALTO |
| 77002-4995 | DALLAS | RIYADH |
| | DUBAI | SAN FRANCISCO |
| TEL +1 713.229.1234 | **HOUSTON** | SINGAPORE |
| FAX +1 713.229.1522 | LONDON | WASHINGTON |
| BakerBotts.com | | |

September 15, 2024

016858.0143

**VIA CERTIFIED MAIL**

Amy Pharr Hefley
TEL: 713.229.1270
FAX: 713.229.2770
amy.hefley@bakerbotts.com

The Honorable Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: Notice Pursuant to 28 U.S.C. § 1715 of Proposed Settlement in *In re Apache Corp. Securities Litigation*, Case No. 4:21-cv-00575, in the United States District Court for the Southern District of Texas

Dear Attorney General Garland:

Apache Corp. and its successor APA Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney (collectively, "Defendants") notify you, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1711–1715, that Defendants and Plymouth County Retirement Association and the Trustees of the Teamsters Union No. 142 Pension Fund (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, have filed with the Court a proposed settlement of this class action. Defendants deny any wrongdoing or liability whatsoever but have decided to settle this action recognizing that there is uncertainty and risk in any complex litigation and that further litigation would be protracted and expensive. The following documents, which are contained on the enclosed CD, more fully describe the matter and settlement:

1. The live complaint, which is the Consolidated Amended Complaint for Violation of Federal Securities Law, (filed December 17, 2021) and Exhibits A and B thereto, as well as all prior complaints filed in this matter: the Original Complaint for Violation of the Federal Securities Laws (filed February 23, 2021).

2. The parties' Stipulation and Agreement of Settlement, a proposed Order Preliminarily Approving Settlement and Providing for Notice (Exhibit A), a Postcard Notice (Exhibit A-1), a Notice of Proposed Settlement of Class Action (Exhibit A-2), a Summary Notice (Exhibit A-3), a Proof of Claim and Release (Exhibit A-4), a proposed Order and Final Judgment (Exhibit B), and the Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Notice to the Settlement Class, and Supporting Memorandum of Law (all filed May 8, 2024).

**BAKER BOTTS** LLP

The Honorable Merrick B. Garland         - 2 -                September 15, 2024

    3. The Court's May 13, 2024 Order Preliminarily Approving for Settlement and Providing for Notice.

If you are unable to access any of the documents on the enclosed CD, or if you prefer to receive paper copies of these documents, please contact me.

    This notice and the enclosed materials satisfy Defendants' notification obligations pursuant to the Class Action Fairness Act with respect to this action. The enclosed complaints satisfy 28 U.S.C. § 1715(b)(1), and the enclosed documents filed May 8, 2024 satisfy § 1715(b)(3)-(5).

    A hearing on the settlement has been scheduled for September 19, 2024 at 10:00 a.m. in Courtroom 8B of the Bob Casey United States Courthouse, 515 Rusk Street, Houston, TX 77002, with the United States District Court for the Southern District of Texas. *See id.* § 1715(b)(2). A notification to settlement class members of a proposed settlement and of settlement class members' rights to request exclusion from the settlement class, as well as the proposed settlement, were filed on May 8, 2024 and are enclosed. *See id.* § 1715(b)(3)-(5). Also enclosed is the Court's May 13, 2024 Order Preliminarily Approving Settlement and Providing for Notice. *See id.* § 1715(b)(8).

    There are currently no other written judicial opinions related to the materials described in § 1715(b)(3)-(6), nor has any final judgment or notice of dismissal been filed at this time. *See id.* § 1715(b)(6), (8).

    Because the settlement class has not yet been certified and potential class members have not yet submitted claim forms, it is not feasible for Defendants to provide: (a) the names of class members who reside in each state; (b) a reasonable estimate of the number of class members residing in each state; or (c) a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. *See id.* § 1715(b)(7). Class members who properly submit valid claim forms will receive a recovery as described in the enclosed Stipulation of Settlement.

    I submit this notice on behalf of Defendants. If you have any questions about it, the lawsuit, or the enclosed materials, please do not hesitate to contact me.

                            Sincerely,

                            Amy Pharr Hefley
                            *Attorney for Defendants*
                            *Apache Corp., APA Corporation, John J. Christmann IV, Timothy J. Sullivan, and Stephen J. Riney*

Enclosures