# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20240911-64

Stuart L. Berman
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Rd.
Radnor, PA 19087

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED
SEP 30 2024
Nathan Ochsner, Clerk of Court

Date: Wednesday, September 11, 2024
Case Number: 4:21-cv-00575
Document Number: 172 (1 page)
Notice Number: 20240911-64
Notice: The attached order has been entered.

**CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

ZIP 77002
02 1W
0001374615 SEP. 11. 2024.
US POSTAGE $000.69°
Pitney Bowes

United States Courts
Southern District of Texas
FILED
SEP 30 2024
Nathan Ochsner, Clerk of Court

NIXIE    171  DC 1    0009/22/24
    RETURN TO SENDER
    NO SUCH NUMBER
    UNABLE TO FORWARD

BC: 7720810101010    *1133-11462-11-42